AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | May 20, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jonathan V. Blankenship | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served upon Anthony Serrette of CT Corporation Systems, who is authorized to accept service. Address: 1015 15th Street NW, Suite 1000, Washington DC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 50.00 | 50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 20, 2005
Date

Signature of Server

PO Box 361, Fairfax VA 22035
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CATHERINE GAUJACQ

**SUMMONS IN A CIVIL CASE**

V.

ELECTRICITE DE FRANCE
INTERNATIONAL NORTH
AMERICA, INC., et al.

CASE NUMBER: 1:05CV0969

JUDGE: JOHN G. PENN

DECK TYPE: EMPLOYMENT DISCRIMINATION

DATE STAMP: 05/☐/05
                13

TO: (Name and address of Defendant)

ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC.
(1730 Rhode Island Ave., N.W. #509, Washington, DC 20036)

SERVE: CT Corporation System, Registered Agent
       1015 15th Street, N.W.
       Suite 100, Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elaine Charlson Bredehoft
CHARLSON BREDEHOFT & COHEN, PC
11260 Roger Bacon Drive, #201
Reston, VA 20190

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAY 13 2005
CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK