AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CATHERINE GAUJACQ

V.

ELECTRICITE DE FRANCE
INTERNATIONAL NORTH
AMERICA, INC., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV0969

JUDGE: JOHN G. PENN

DECK TYPE: EMPLOYMENT DISCRIMINATION

DATE STAMP: 05/■/05
                /3

TO: (Name and address of Defendant)

Christian Nadal
7811 Lonesome Pine Lane
Bethesda, MD 20817

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elaine Charlson Bredehoft
CHARLSON BREDEHOFT & COHEN, PC
11260 Roger Bacon Drive, #201
Reston, VA 20190

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                          MAY 13 2005
CLERK                                               DATE

_/s/_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 19, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jonathan V. Blankenship | Process Server |

Check one box below to indicate appropriate method of service

- ☐ Served personally upon the defendant. Place where served: 7811 Lonesome Pine Lane, Bethesda Maryland

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 19, 2005
                  Date

Signature of Server

PO Box 361, Fairfax VA 22038
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.