IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:05CV0969 |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., | : |
| ELECTRICITE DE FRANCE, S.A., | : |
| and | : |
| CHRISTIAN NADAL, | : |
| Defendants. | : |

**CONSENT MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LCvR 16.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel for Defendants Electricite De France International North America, Inc. ("EDFINA") and Christian Nadal ("Nadal") (collectively "Defendants") hereby request entry of an order: (1) extending the time in which Defendants may answer or otherwise respond to Plaintiff's Complaint through and including July 29, 2005; (2) setting September 30, 2005 as the deadline for Plaintiff's opposition to any motion filed under Rule 12(b) of the Federal Rules of Civil Procedure; and (3) setting October 31, 2005 as the deadline for any replies by Defendants in support of such motion or motions.

The undersigned counsel, including counsel for Plaintiff, consent to the requested extension of time and briefing schedule, and the requested extension would be the first to be requested or granted in this case.

Dated: June 7, 2005

        /s/
Laura B. Hoguet (D.C. Bar No. 200915)
Hoguet Newman & Regal, LLP
10 East 40th Street
New York, New York 10016
(212) 689-8808

Counsel for Defendant Electricite De France International North America, Inc.

        /s/
Ronald S. Cooper (D.C. Bar No. 149799)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
(202) 429-3000

Counsel for Defendant Christian Nadal

        /s/
Elaine Charlson Bredehoft (D.C. Bar No. 441425)
Kathleen Z. Quill (D.C. Bar No. 489079)
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
(703) 318-6800

Counsel for Plaintiff Catherine Gaujacq