**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CATHERINE GAUJACQ,                              :
                                                :
    Plaintiff,                 :
                                                :    Civil Action No.  1:05CV0969
v.                                              :
                                                :
ELECTRICITE DE FRANCE                           :
  INTERNATIONAL NORTH AMERICA, INC.,   :
                                                :
ELECTRICITE DE FRANCE, S.A.,                    :
                                                :
    and                        :
                                                :
CHRISTIAN NADAL,                                :
                                                :
    Defendants.                :


**ORDER**

This matter comes before the Court on the Consent Motion for Extension of Time to Answer or Otherwise Plead.  After due deliberation thereon and good cause being shown therefore, the Plaintiff's motion is hereby GRANTED.

IT IS THEREFORE ORDERED that:

1.    Defendants Electricite De France International North America, Inc. ("EDFINA") and Christian Nadal ("Nadal") (collectively "Defendants") may answer or otherwise respond to Plaintiff's Complaint through and including July 29, 2005;

2.    Plaintiff's opposition to any motion filed under Rule 12(b) of the Federal Rules of Civil Procedure must be filed on or before September 30, 2005; and

- 2 -

3.      Defendants' reply in support of any motion filed under Rule 12(b) of the Federal

Rules of Civil Procedure must be filed on or before October 31, 2005.


Dated: _____                          _____
                                               SENIOR JUDGE JOHN GARRETT PENN
                                               United States District Judge