UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELECTRICITE DE FRANCE )<br>INTERNATIONAL NORTH AMERICA, INC., )<br>)<br>ELECTRICITE DE FRANCE, S.A., )<br>)<br>and )<br>)<br>CHRISTIAN NADAL )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-0969 (JGP) |

**ORDER**

Pursuant to defendants Electricite De France International North America, Inc. and Christian Nadal's **Consent Motion for Extension of Time to Answer or Otherwise Plead** [# 4], and for good cause shown, it is hereby

**ORDERED** that defendants Consent Motion for Extension of Time to Answer is granted. And it is further

**ORDERED** that defendants shall file an answer or otherwise respond to plaintiff's complaint on or before July 29, 2005.  And it is further

**ORDERED** that plaintiff shall file her opposition to any Fed.R.Civ.P.12(b) motion on or before September 30, 2005.  And defendants shall file their reply on or before October 31, 2005.

Date:  June 9, 2005

JOHN GARRETT PENN
**United States District Court**