## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CATHERINE GAUJACQ,                    :
                                      :
    Plaintiff,                        :
                                      :          Civil Action No.  1:05CV0969
v.                                    :
                                      :
ELECTRICITE DE FRANCE                 :
  INTERNATIONAL NORTH AMERICA, INC.,  :
                                      :
ELECTRICITE DE FRANCE, S.A.,          :
                                      :
    and                               :
                                      :
CHRISTIAN NADAL,                      :
                                      :
    Defendants.                       :

## CONSENT MOTION
## FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LCvR 16.1 of the

Local Rules of the United States District Court for the District of Columbia, the undersigned

counsel for defendants Electricite De France International North America, Inc. and Christian

Nadal (collectively "Defendants") hereby request entry of an order: (1) extending the time in

which Defendants may answer or otherwise respond to Plaintiff's Complaint through and

including August 31, 2005; (2) setting October 31, 2005 as the deadline for Plaintiff's opposition

to any motion filed under Rule 12(b) of the Federal Rules of Civil Procedure; and (3) requiring

Defendants to file any reply briefs in support of such motion or motions within 30 days of the

filing of Plaintiff's opposition.

The undersigned counsel, including counsel for Plaintiff, consent to the requested extension of time and briefing schedule. Service of the French defendant, Electricite De France, S.A., has yet to be effected but is expected to be accomplished in the near future. While this would be the second extension to be granted in this case, the parties agree that proceeding in tandem following service of the French entity will facilitate the more efficient expenditure of the resources of the parties and the Court.

Dated: July 22, 2005

       /s/
Laura B. Hoguet  (D.C. Bar No. 200915)
Hoguet Newman & Regal, LLP
10 East 40th Street
New York, New York 10016
(212) 689-8808

Counsel for Defendant Electricite De France
International North America, Inc.

       /s/
Ronald S. Cooper (D.C. Bar No. 149799)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036-1795
(202) 429-3000

Counsel for Defendant Christian Nadal

       /s/
Elaine Charlson Bredehoft
D.C. Bar No. 149799
Kathleen Z. Quill
D.C. Bar No. 489079
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA  20190
(703) 318-6800

Counsel for Plaintiff, Catherine L. Gaujacq