IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:05CV0969 |
| v. : | |
| : | |
| ELECTRICITE DE FRANCE : | |
| INTERNATIONAL NORTH AMERICA, INC., : | |
| : | |
| ELECTRICITE DE FRANCE, S.A., : | |
| : | |
| and : | |
| : | |
| CHRISTIAN NADAL, : | |
| : | |
| Defendants. : | |

## ORDER

This matter comes before the Court on the Consent Motion for Extension of Time to Answer or Otherwise Plead. After due deliberation thereon and good cause being shown therefore, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED that:

1. Defendants Electricite De France International North America, Inc.("EDFINA") and Christian Nadal ("Nadal") (collectively "Defendants") may answer or otherwise respond to Plaintiff's Complaint through and including August 31, 2005;

2. Plaintiff's opposition to any motion filed under Rule 12(b) of the Federal Rules of Civil Procedure must be filed on or before October 31, 2005; and

- 2 -

3. Defendants' reply in support of any motion filed under Rule 12(b) of the Federal Rules of Civil Procedure must be filed within 30 days of the filing of Plaintiff's opposition.


Dated: _____                         _____
                                             SENIOR JUDGE JOHN GARRETT PENN
                                             United States District Judge