UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ,           )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>ELECTRICITE DE FRANCE         )<br>INTERNATIONAL NORTH AMERICA, INC., )<br>                              )<br>ELECTRICITE DE FRANCE, S.A.,  )<br>                              )<br>    and                       )<br>                              )<br>CHRISTIAN NADAL               )<br>                              )<br>    Defendants.               )<br>_____) | Civil Action No. 05-0969 (JGP) |

**ORDER**

Pursuant to defendants Electricite De France International North America, Inc. and Christian Nadal's second **Consent Motion for Extension of Time to Answer or Otherwise Plead** [# 6], it is hereby

**ORDERED** that defendants shall file an answer or otherwise respond to plaintiff's complaint on or before August 31, 2005. And it is further

**ORDERED** that plaintiff shall file her opposition to any Fed.R.Civ.P.12(b) motion on or before October 31, 2005. And defendants shall file their reply on or before November 30, 2005.

**Date: July 28, 2005**                                **JOHN GARRETT PENN**
                                                        **United States District Court**