IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, | : |
| Plaintiff, | : |
| | : Civil Action No. 1:05CV0969 |
| v. | : |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., | : |
| ELECTRICITE DE FRANCE, S.A., | : |
| and | : |
| CHRISTIAN NADAL, | : |
| Defendants. | : |

## ORDER

This matter comes before the Court on the Consent Motion for Extension of Time to Answer or Otherwise Plead. After due deliberation thereon and good cause being shown therefore, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED that:

1.   Defendants Electricite De France, S.A., Electricite De France International North America, Inc.("EDFINA") and Christian Nadal ("Nadal") (collectively "Defendants") may answer or otherwise respond to Plaintiff's Complaint through and including September 12, 2005;

2.   Plaintiff's opposition to any motion filed under Rule 12(b) of the Federal Rules of Civil Procedure must be filed on or before November 14, 2005; and,

- 2 -

3. Defendants' replies in support of any motion filed under Rule 12(b) of the Federal Rules of Civil Procedure must be filed within 30 days of the filing of Plaintiff's opposition.


Dated: _____                                 _____
                                                        SENIOR JUDGE JOHN GARRETT PENN
                                                        United States District Judge