UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ,            )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>ELECTRICITE DE FRANCE         )<br>INTERNATIONAL NORTH AMERICA, INC., )<br>                              )<br>ELECTRICITE DE FRANCE, S.A.,  )<br>                              )<br>          and                 )<br>                              )<br>CHRISTIAN NADAL               )<br>                              )<br>          Defendants.         )<br>_____) | Civil Action No. 05-0969 (JGP) |

ORDER

Pursuant to defendants **Consent Motion for Extension of Time to Answer or Otherwise Plead** [# 8], it is hereby

**ORDERED** that defendants shall file an answer or otherwise respond to plaintiff's complaint on or before September 12, 2005. And it is further

**ORDERED** that plaintiff shall file her opposition to any Fed.R.Civ.P.12(b) motion on or before November 14, 2005. And defendants shall file their reply on or before December 14, 2005.

**Date: August 26, 2005**                                                **JOHN GARRETT PENN**
                                                                          **United States District Court**