IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ,<br><br>       Plaintiff,<br><br>       v.<br><br>ELECTRICITE DE FRANCE<br>INTERNATIONAL NORTH AMERICA,<br>INC., ELECTRICITE DE FRANCE,<br>S.A. and CHRISTIAN NADAL,<br><br>       Defendants, | Civil Action No. 05-969<br>(JGP)<br><br>**LOCAL RULE 7.1 DISCLOSURE OF<br>CORPORATE AFFILIATIONS AND<br>FINANCIAL INTERESTS** |

     I, the undersigned, counsel of record for Defendants Electricité de France, S.A. ("EDF"), and Electricité de France International North America, Inc. ("EDFINA"), certify that to the best of my knowledge and belief, EDF and EDFINA do not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public other than the following:

          EDF Energy PLC
          EDF Energy Networks (LPN) PLC
          EDF Energy Networks (EPN) PLC
          DÉMÁSZ Rt.
          EnBW Energie Baden-Württemberg, A.G.
          Edison International
          Kogeneracja, S.A.
          Light Serviços de Electricidade, S.A.
          London Electricity
          Seeboard Energy
          Société des participations du commissariat à
          l'énergie atomique

>AMERICAN SUPERCONDUCTOR CORPORATION
>AAR et TESSIN S.A. d'Electricité (ATEL)
>Energie Baden Württemberg Holding AG
>Motor Columbus
>Délmagyarorszagi Aramszolgaltato Reszvenytarsasag
>(électricité Hongrie sud)
>Electricité de Strasbourg
>Zew Kogenracja S.A.

These representations are made in order that judges of this court may determine the need for recusal.


Dated: New York, New York
       September 22, 2005

>Respectfully submitted,
>
>_____
>LAURA B. HOGUET (D.C. Bar No. 200915)
>Hoguet Newman & Regal, LLP
>10 East 40th Street
>New York, New York 10016
>(212) 689-8808
>*Counsel for Defendants*
>*Electricité de France, S.A. and*
>*Electricité de France International*
>*North America, Inc.*