IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ,    ) | |
|    ) | |
|    Plaintiff,    ) | |
|    ) | |
| v.    ) | Civil Action No. 1:05CV0969 (JGP) |
|    ) | |
| ELECTRICITE DE FRANCE    ) | |
| INTERNATIONAL NORTH AMERICA, INC.,    ) | |
|    ) | |
| ELECTRICITE DE FRANCE, S.A.,    ) | |
|    ) | |
| and    ) | |
|    ) | |
| CHRISTIAN NADAL,    ) | |
|    ) | |
|    Defendants.    ) | |

**SCHEDULING ORDER PURSUANT TO RULE 16.3(d)**

The parties, having conferred pursuant to Local Civil Rule ("LCvR") 16.3(a) and this Court's Order for initial Scheduling Hearing, dated September 15, 2005, and the parties having submitted a Rule 16.3(d) Report simultaneously with this Order, in compliance with LCvR 16.3(d), hereby consent to the following schedule:

| | |
|---|---|
| **Initial Disclosures** (under 26(a)(1)) | October 27, 2005 |
| **First Day to Serve Written Discovery** | October 28, 2005 |
| **Deposition Discovery Begins** | January 2, 2006 |
| **Deadline To Amend Complaint** | March 1, 2006 |
| **Deadline To Amend Answers** | April 14, 2006 |

**Opening Expert Reports** (per 26(a)(2) on issues for which a party carries the burden of proof)       April 1, 2006

**Rebuttal Expert Reports** (per 26(a)(2) on issues for which opposing party carries burden of proof)       May 31, 2006

| | |
|---|---|
| **Close of Fact Discovery** | May 31, 2006 |
| **Expert Deposition Period** | June 1 through July 28, 2006 |
| **Dispositive and** *Daubert* **motions** Due | September 15, 2006 |
| **Oppositions** Due | October 13, 2006 |
| **Replies** Due | October 27, 2006 |
| **Hearing** (proposed) | November 10, 2006 |
| **Pretrial Statements** To Be Filed and Served | December 11, 2006 |
| **Pretrial Conference** | Week of December 18, 2006 |
| **Trial** | (30-60 days after pretrial conference, to be set by the Court at the October 13, 2005 Scheduling Hearing) |

**Dated**:_____    _____
**The Honorable John Garrett Penn**
United States District Judge

Copies to:

Elaine Charlson Bredehoft
D.C. Bar No. 441425
Kathleen Z. Quill
D.C. Bar No. 489079
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive
Suite 201
Reston, Virginia  20190
(703) 318-6800

Counsel for Plaintiff,
  Catherine L. Gaujacq

Laura B. Hoguet
D.C. Bar No. 200915
HOGUET NEWMAN & REGAL, LLP
10 East 40th Street
New York, New York 10016
(212) 689-8808

Counsel for Defendants
  Electricite de France, S.A. and
  Electricite de France International North America, Inc.


Ronald S. Cooper
D.C. Bar No. 149799
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000

Counsel for Defendant
  Christian Nadal