IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV0969 (JGP) |
| | ) |
| ELECTRICITE DE FRANCE | ) |
| INTERNATIONAL NORTH AMERICA, INC., | ) |
| | ) |
| ELECTRICITE DE FRANCE, S.A., | ) |
| | ) |
| and | ) |
| | ) |
| CHRISTIAN NADAL, | ) |
| | ) |
|     Defendants. | ) |

## SCHEDULING ORDER PURSUANT TO RULE 16.3(d)

The parties, having conferred pursuant to Local Civil Rule ("LCvR") 16.3(a) and this Court's Order for initial Scheduling Hearing, dated September 15, 2005, and the parties having submitted a Rule 16.3(d) Report simultaneously with this Order, in compliance with LCvR 16.3(d), hereby consent to the following schedule:

| | |
|---|---|
| **Initial Disclosures** (under 26(a)(1)) | October 27, 2005 |
| **First Day to Serve Written Discovery** | October 28, 2005 |
| **Deposition Discovery Begins** | January 2, 2006 |
| **Deadline To Amend Complaint** | March 1, 2006 |
| **Deadline To Amend Answers** | April 14, 2006 |

**Opening Expert Reports** (per 26(a)(2) on issues for which a party carries the burden of proof)    April 1, 2006

**Rebuttal Expert Reports** (per 26(a)(2) on issues for which opposing party carries burden of proof)    May 31, 2006

| | |
|---|---|
| **Close of Fact Discovery** | May 31, 2006 |
| **Expert Deposition Period** | June 1 through July 28, 2006 |
| **Dispositive and** *Daubert* **motions** Due | September 15, 2006 |
| **Oppositions** Due | October 13, 2006 |
| **Replies** Due | October 27, 2006 |
| **Hearing** (proposed) | November 10, 2006 |
| **Pretrial Statements** To Be Filed and Served | December 11, 2006 |
| **Pretrial Conference** | Week of December 18, 2006 |
| **Trial** | (30-60 days after pretrial conference, to be set by the Court at the October 13, 2005 Scheduling Hearing) |

**Dated**:_____     _____
**The Honorable John Garrett Penn**
United States District Judge

Copies to:

Elaine Charlson Bredehoft
D.C. Bar No. 441425
Kathleen Z. Quill
D.C. Bar No. 489079
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive
Suite 201
Reston, Virginia  20190
(703) 318-6800

Counsel for Plaintiff,
   Catherine L. Gaujacq

2

Laura B. Hoguet
D.C. Bar No. 200915
HOGUET NEWMAN & REGAL, LLP
10 East 40th Street
New York, New York 10016
(212) 689-8808

Counsel for Defendants
  Electricite de France, S.A. and
  Electricite de France International North America, Inc.


Ronald S. Cooper
D.C. Bar No. 149799
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000

Counsel for Defendant
  Christian Nadal