UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATHERINE GAUJACQ,**              ) | |
| )                                        | |
| **Plaintiff,**           ) | |
| )                                        | **Civil Action No. 05-0969 (JGP)** |
| v.                                       ) | |
| )                                        | |
| **ELECTRICITE DE FRANCE**            ) | |
| **INTERNATIONAL NORTH AMERICA, INC.,** ) | |
| )                                        | |
| **ELECTRICITE DE FRANCE, S.A.,**     ) | |
| )                                        | |
| **and**              ) | |
| )                                        | |
| **CHRISTIAN NADAL**                  ) | |
| )                                        | |
| **Defendants.**          ) | |
| _____)  | |

**ORDER**

This case came before the Court for an initial scheduling conference on October 13, 2005. Upon consideration of the parties' **Rule 16.3(d) Report** [#16], it is hereby

**ORDERED** that a status hearing shall be held on **May 9, 2006 at 10:00 a.m.** in Courtroom 15. And it is further

**ORDERED:**

| | |
|---|---|
| **Initial Disclosures** (under 26(a)(1)) | October 27, 2005 |
| **First Day to Serve Written Discovery** | October 28, 2005 |
| **Deposition Discovery Begins** | January 2, 2006 |
| **Deadline to Amend Complaint** | March 1, 2006 |
| **Deadline to Amend Answers** | April 14, 2006 |
| **Opening Expert Reports** (per 26(a)(2) on issues for which a party carries the burden of proof) | April 1, 2006 |

| | |
|---|---|
| **Rebuttal Expert Reports** (per 26(a)(2) on issues for which a party carries the burden of proof) | May 31, 2006 |
| **Close of Fact Discovery** | May 31, 2006 |
| **Expert Disposition Period** | June 1 through July 28, 2006 |
| **Dispositive and *Daubert* motions** Due | September 15, 2006 |
| **Oppositions** Due | October 13, 2006 |
| **Replies** Due | October 27, 2006 |
| **Hearing** (proposed) | November 10, 2006 |
| **Pretrial Statements** To Be Filed And Served | December 11, 2006 |
| **Pretrial Conference** | Week of December 18, 2006 |
| **Trial** | April 7, 2007 |

Date: October 14, 2005            JOHN GARRETT PENN
                                  United States District Court