# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLOMBIA

|  |  |
|---|---|
| CATHERINE GAUJACQ | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v | ) Civil Action No 1:05CV0969 (JGP) |
| | ) |
| ELECTRICITE DE FRANCE | ) |
| INTERNATIONAL NORTH AMERICA, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S INITIAL DISCLOSURE STATEMENT

Plaintiff, Catherine Gaujacq, by counsel and pursuant to Fed.R.Civ. P. 26 (a)

submits the following initial disclosures:

**Subpart (a):**   Individuals who may have information in support of Plaintiff's

claims in addition to the Plaintiff:

| Name/Role | Address/Phone | Subject |
|---|---|---|
| **Christian Nadal** Replacement as President of EDFINA Former supervisor as President of EDFINA | Washington, DC-USA | Harassment, discrimination, retaliation, defamation, interference. |
| **Fernando Ponasso** EDF Senior VP Chairman of EDFINA | Washington, DC-USA Paris(FRANCE) | Knowledge of discrimination, retaliation and unequal pay  Plaintiff's performance. Knowledge of EDF HR policies for high level executives. |

| | | |
|---|---|---|
| **Yann Laroche**<br>Senior VP<br>Human Resources EDF<br>S.A. | Paris(FRANCE) | Knowledge of expectations, retaliation and unequal pay. Knowledge of EDF HR policies for high level executives. |
| **Bernard Dupraz**<br>Senior VP EDF<br>Former | Paris(FRANCE) | Knowledge of EDF R&D and Engineering businesses of EDF in the US. Knowledge of harassment and discrimination. |
| **Laurent Stricker**<br>Senior VP EDF<br>Former supervisor | Paris(FRANCE) | Knowledge of harassment and discrimination. |
| **Jean-Luc Foret**<br>Former co-worker | Lyon (FRANCE) | Knowledge of harassment and defamation. Knowledge of work environment |
| **Walker Nolan**<br>Consultant with EDFINA | Washington, DC-USA | Plaintiff's performance and conduct. Knowledge of defamation. |
| **Mike Slavitt**<br>Former CPA with EDFINA | Washington, DC-USA | Knowledge of harassment, discrimination. Knowledge of EDF/EDFINA accounting. |
| **Adja MAME BA**<br>Former co-worker | Washington, DC-USA | Plaintiff's and Defendant's performance and conduct Knowledge of harassment and discrimination Knowledge of work environment. Knowledge of EDF/EDFINA accounting. |
| **Benoit Dreux**<br>Co-worker<br>VP of EDFINA | Washington, DC-USA | Knowledge of harassment, discrimination. Knowledge of work environment. Knowledge of EDF/EDFINA accounting |

**Subpart (b):**  Documents that may support the Plaintiff's claims are as follows:

1. Plaintiff's Employment contracts EDF and EDFINA 2000

2. Plaintiff's Employment contracts EDF and EDFINA 2004

3. EDFINA Plaintiff's housing lease contract

4. EDFINA applications for L1A visas Plaintiff's and Defendant Christian Nadal to the INS

5. Plaintiff's Pay-stubs and W2s

6. CG performance evaluation documents 2002 2003 2004 and 2000

7. Plaintiff's diplomas and recognitions

8. EDFINA Defendant Christian Nadal housing lease contract

9. EDFINA applications for L1A visas Plaintiff's and Defendant Christian Nadal to the INS

10. Defendant Christian Nadal Pay-stub

11. Insurance policy protecting EDFINA Officers from personal civil liability when acting in the course of their employment

12. EDFINA Business credit cards statements and activities related to the period of the dispute

13. List of EDFINA employees

14. EDFINA monthly financial statements to EDF S.A over the period

15. EDF compensation policy for high level executives over the period of the dispute

16. Guide of French EDF employees working abroad relevant to the period of the dispute

17. Statistics on EDF S.A. gender discriminatory practices with high level executives.

18. Corporate documents related to EDF S.A and EDFINA businesses in the USA and worldwide

19. Documents related to Plaintiff's current revenues and expenses

20. Documents related to damages incurred

21. Documents received from EEOC

22. Letters, e-mails, transcripts, records of phone conversations related to the events asserted and described in the Complaint.


**Documents anticipated to be produced by Defendants**

23. Plaintiff's Employment contracts EDF and EDFINA 2000 and 2004

24. EDFINA housing lease contracts Plaintiff's and Defendant Christian Nadal

25. EDFINA applications for visas Plaintiff's and Defendant Christian Nadal to the Department of Homeland Security

26. EDF/EDFINA Plaintiff's and Defendant Christian Nadal Pay-stubs and W2s

27. Checks voided in the company's books because of Benoit Dreux shredding in front of other employees.

28. EDFINA monthly financial statements to EDF S.A. over the period of the dispute

29. EDFINA Business credit cards statements and activities related to the period of the dispute

30. List of EDFINA employees

31. Christian Nadal employment contracts with EDF and EDFINA June, 1st, 2004

32. CG performance evaluation documents 2002 2003 and 2000

33. EDF compensation policies for high level executives

34. Guide of French EDF employees working abroad

35. Statistics on EDF S.A. gender discriminatory practices with high level executives.

36. NUSTART agreements

37. EPRI agreements

38. Letters, e-mails, transcripts and records of phone conversations related to the events

4

39. EDFINA active visa applications of all employees over the period

40. Pay-stubs and W2 Christian Nadal 2004

41. Christian Nadal performance evaluation documents 2000 to 2004

42. CN employment contract EDF and EDFINA 2004

43. EDF compensation policy for high level executives describing ranking and seniority system, as well as EDFINA President position place in the system

44. EDFINA articles of incorporations, by-laws and board decisions 2004.

45. Guide of French EDF employees working abroad

46. EDF internal financial Audit report of EDFINA July 2004

47. List of EDFINA employees over the period with indication of active visas sponsored employees.

48. Corporate documents related to EDF S.A and EDFINA businesses in the USA and worldwide such as the official document prepared for the partial IPO of the company.

49. Insurance policy protecting EDFINA Officers from civil personal liability when acting in the course of their employment.

50. Letters, e-mails, transcripts and records of phone conversations related to the events

**Subpart (c):**

A.      Plaintiff's damages claim, and method of computation, are set forth as

follows (these are subject to supplementation through discovery):

| Relief EPA TITLE VII until September 30th, 2005: | | |
|---|---|---|
| 11/01/2001 to 10/31/2004 3-years back-pay difference in compensation male/female President EDFINA | | $ 359,958 |
| 11/01/2004 to 01/07/2005 difference in compensation male President EDFINA Plaintiff's | | $ 37,761 |
| 01/07/2004 to 04/04/2005 difference in compensation male President EDFINA Plaintiff unemployed | | $ 84,314 |
| 04/04/2005 to 09/30/2005 front pay difference in compensation male President EDFINA Plaintiff's new job | | $ 112,737 |
| **TOTAL:** | | **$ 594,770** |

| Actual monetary losses until September 30th, 2005: | | |
|---|---|---|
| Differed bonus at termination owed and not paid | | $ 114,384 |
| Moving expenses differential male President of EDFINA and Plaintiff | | $ 45,118 |
| Unpaid expenses EDFINA-EDF | | $ 1,721.30 |
| Loss of 27 vacation days | | $ 29,996 |
| Health insurance 11/01/2004 to 04/03/2005 | | $ 2,503 |
| Moving expenses following EDF breach of housing lease contract | | $ 4,500 |
| Unpaid bonus and profit sharing 2004 | | $ 21,975 |
| 4 round trips Washington-Paris 2004 airfares not paid | | $ 16,000 |
| Loss of Husband's one year salary because of company's action | | $ 38,519 |
| Expenses to find a job | | $ 500 |
| Expenses in the new job caused by Defendants' action | | $ 24,540 |
| **TOTAL:** | | **$ 299,756.30** |

**All calculations are based on the following template for which all documents are available in EDF and EDFINA books and Plaintiff's documents:**

| Net compensation male President of EDFINA | | **$ 337,254** |
|---|---|---|
| Net compensation Plaintiff President and Vice-President of EDFINA until 10/31/2004 | | **$ 217,268** |
| Net compensation Plaintiff EDF 11/01/2004 to 01/07/2005 | | **$ 110,688** |
| Net compensation Plaintiff unemployed 01/08/2005 to 04/04/2005 | | **$ 0** |
| Net compensation Plaintiff new job 04/04/2005 to 09/30/2005 | | **$ 111,780** |

B.    Future lost income and expenses:  Ms. Gaujacq will be claiming future lost income and expenses.  The amounts would be based upon the information above, as well as below:

| Future Monetary losses after September 30th, 2005: | | |
|---|---|---|
| Preferential Stock owed and not proposed | | Still in calculation |
| 04/04/2005 to 07/31/2007 front pay difference in compensation male President EDFINA Plaintiff's new job | | $ 453,238 |
| Pension differential from termination at 47 instead of 60 years old | | Still in calculation |
| Moving of furniture in the USA stored under contract with EDF in France | | $ 20,000 |
| Expenses in the new job caused by Defendants' action | | $ 11,400 |
| TOTAL: | | $ 484,638 |

C.    Compensatory damages other than lost income and benefits:  Ms. Gaujacq is requesting emotional distress and other compensatory damages.  This amount is determined by the jury.

D.    Punitive damages: Ms. Gaujacq is requesting punitive damages.  The jury determines this amount.

E.    Attorney fees and costs:  Ms. Gaujacq is requesting attorneys' fees and costs.  These amounts will continue to be incurred, and are to be determined by the Court upon Petition submitted after trial.

**Subpart (d):**  Insurance information is not applicable to Plaintiff.

October 27, 2005

Respectfully submitted,

*Elaine Charlson Bredehoft* /JAH

Elaine Charlson Bredehoft
Virginia Bar No. 23766
Kathleen Z. Quill
Virginia Bar No. 66323
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive
Suite 201
Reston, Virginia 20190
(703) 318-6800

Counsel for Plaintiff,
Catherine Gaujacq

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing PLAINTIFF'S INITIAL
DISCLOSURE STATEMENT by first class mail, postage pre-paid, this 27th day of
October, 2005 on counsel for defendants addressed as follows:

Laura B. Hoguet, Esq
HOGUET NEWMAN & REGAL, LLP
10 East 40th Street
New York, New York 10016
(212) 689-8808

Counsel for Defendants
Electricite de France, S.A. and
Electricite de France International North America, Inc.

Ronald S. Cooper, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

Counsel for Defendant
Christian Nadal

*Elaine Charlson Bredehoft* /JAH

Elaine Charlson Bredehoft