UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-0969 (JGP) |
| v. ) | |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, INC., ) | |
| ) | |
| ELECTRICITE DE FRANCE, S.A., ) | |
| ) | |
| and ) | |
| ) | |
| CHRISTIAN NADAL ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

The parties' **[#21] Joint Motion for Protective Order**, filed on December 6, 2005, establishes the terms under which they intend to be bound. Upon consideration of the [#21] Joint Motion, and for good cause shown, it is hereby

**ORDERED** that the [#21] Joint Motion for Protective Order shall be **GRANTED**. And it is further

**ORDERED** that the **Protective Order** shall be effective as of the undersigned date of this Order.

Date: December 14, 2005                           JOHN GARRETT PENN
                                                  **United States District Judge**