IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ<br><br>Plaintiff,<br><br>v.<br><br>ELECTRICITE DE FRANCE<br>INTERNATIONAL NORTH AMERICA,<br>INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 1:05CV0969 (JGP)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendants' Motion To Compel and for a Protective Order and the briefs and other submissions of counsel made in connection therewith;

The Court hereby ORDERS as follows:

The Defendant's Motion is GRANTED;

(a)   Plaintiff's deposition will be scheduled for two consecutive seven-hour days, with the understanding that Plaintiff will make a reasonable effort to accommodate additional questioning at the end of those two days if requested. In the event of a dispute concerning additional time, Defendants may seek further time from this Court if necessary for a full and fair examination;

(b)   Defendant Christian Nadal's deposition will be scheduled for within two weeks of the planned conclusion of Plaintiff's deposition as set out above. Nadal's deposition will similarly be scheduled for two consecutive seven-hour days, with the understanding that Plaintiff is to cover within that time all matters as to which Plaintiff

1

seeks answers in Mr. Nadal's personal capacity as well as all topics on which EDFINA and/or EDF may designate him to speak pursuant to Rule 30(b)(6). Not later than seven days prior to the first of the two days set for Mr. Nadal's deposition, Defendants EDF and EDFINA shall provide Plaintiff with notice of the topics on which defendant Nadal will be designated to speak. Plaintiff may seek further time from this Court for the deposition of Defendant Nadal in his personal and representative capacities if she believes such time is required for a full and fair examination; and,

(c) Plaintiff's pending 30(b)(6) deposition notice of Defendant EDF is quashed, and Plaintiff is directed to cooperate reasonably with EDF in the location and scheduling of a future deposition of EDF prior to serving another notice, to include the availability of counsel and corporate designees on such date as she may hereafter notice.

SO ORDERED this _____ day of _____ 2006.

 

_____
The Honorable John Garrett Penn
United States District Court Judge