IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br><br>Plaintiff, )<br><br>v. )<br><br>ELECTRICITE DE FRANCE )<br>INTERNATIONAL NORTH AMERICA, )<br>INC., et al. )<br><br>Defendants. ) | No. 1:05CV0969 (JGP) |

### ORDER

Defendants Electricite de France ("EDF"), Electricite de France International North America ("EDFINA"), and Christian Nadal ("Mr. Nadal") having moved, by counsel, to compel Plaintiff's deposition over two consecutive days, limit the scope and duration of Mr. Nadal's deposition to two days to be scheduled within two weeks of Plaintiff's deposition, and to quash Plaintiff's 30(b)(6) Notice of Deposition to EDF, and upon consideration of the papers and argument in this case, it is hereby

ORDERED, that Defendants' motions are DENIED. And it is

FURTHER ORDERED that:

1. Ms. Gaujacq shall be required to submit to a deposition for only up to 7 hours in duration, unless good cause is shown following the deposition, upon agreement of counsel or motion to this Court that it should be further reasonably extended; and

2. Mr. Nadal, the Corporate Designee or Designees for EDFINA and for EDF shall appear on the dates, times, place indicated in the Notices of Deposition served upon Defendants by Plaintiff, unless counsel are able to mutually agree to another date in close proximity; and

    3. EDF's motion to quash its corporate designee deposition is DENIED.

SO ORDERED.

DATE: _____

                                               Hon. John Garrett Penn
                                               United States District Judge