IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELECTRICITE DE FRANCE )<br>  INTERNATIONAL NORTH AMERICA, )<br>INC., et al )<br>)<br>Defendants. )<br>_____) | No. 1:05CV0969 (JGP) |

## ORDER

Plaintiff, Catherine Gaujacq, having moved, by counsel, pursuant to the Protective Order entered by the Court on December 14, 2005, to remove the "Highly Confidential" designations from documents produced by Defendant Christian Nadal ("Mr. Nadal") and amend the Protective Order entered by this Court on December 14, 2005, and upon consideration of the papers and argument in this case, it is hereby

ORDERED, that Plaintiff's Motion to Remove "Highly Confidential" Designations and to Amend the Protective Order is GRANTED. It is therefore

ORDERED, as follows:

1. The designation of "Highly Confidential" on documents designated by Mr. Nadal shall be immediately removed, and Ms. Gaujacq is hereby relieved of any requirements imposed by the provisions of the Protective Order governing "Highly Confidential" documents;

2. The Protective Order entered into by this Court on December 14, 2005 is hereby modified to delete any provision or reference to a "Highly Confidential" designation. No such designation is permitted by any party.

2

SO ORDERED.

DATE: _____    _____
                                      Hon. John Garrett Penn
                                      United States District Judge