# EXHIBIT 1



# Fairfax County Public Schools

Search: FCPS

FCPS Home    Site Index    Contact Us    Schools and Centers

You are here: Fairfax County Public Schools > Calendars > 2006-07 Standard School Year Calendar

## 2006-07 Standard School Year Calendar

The guidelines developed for the Standard School Year Calendar are outlined in Regulation 1344 (PDF format)

Acrobat Reader®

| | |
|---|---|
| September 5, 2006 | School Begins |
| October 9 | Columbus Day Holiday |
| November 3 | First Grading Period Ends*+ |
| November 6-7 | Student Holidays |
| November 22 | Students Released Two Hours Early (Guidelines for Early Release) |
| November 23-24 | Thanksgiving Holidays |
| December 25-January 1, 2007 | Winter Vacation |
| January 15 | Martin Luther King Jr.'s Birthday Holiday |
| January 24 | Second Grading Period Ends*+ |
| January 25-26 | Student Holidays |
| February 19 | George Washington's Birthday Holiday# |
| March 29 | Third Grading Period Ends*+ |
| March 30 | Student Holiday# |
| April 2-6 | Spring Vacation |
| May 28 | Memorial Day Holiday |
| June 13 | Graduation On or After This Date* |
| June 18 | Last Day of School*+# |

\* Schools are open

\+ Report cards are provided to parents at the end of each grading period and at the end of the school year

\# Date subject to change if more than three school days are lost because of inclement weather

| Days Missed | Makeup Days |
|---|---|
| 1 | No makeup required |
| 2 | No makeup required |
| 3 | No makeup required |
| 4 | Feb. 19 |
| 5 | March 30 |
| 6 | No makeup required |
| 7 | June 19 |

| | |
|---|---|
| 8 | No makeup required |
| 9 | June 20 |
| 10 | No makeup required |

Modified School Calendar, 2006-07
Elementary | Secondary

Last update: December 6, 2005
Curator: Nancy Moy, Nancy.Moy@fcps.edu

# EXHIBIT 2

| Filters Used: | | Date Printed: 1/10/2006 |
|---|---|---|
| 1 Tagged Record | **E-Mail Report** | Time Printed: 8:08AM |
| | Form Format | Printed By: ECB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | 12/07/2005 | Time | 10:04AM | 10:04AM | Duration | 0.01 (hours) | Code |
| | | | | | | | Staff  Elaine Charlson Bredehoft |
| Subject | Trial Date | | | | | | |
| Client | Catherine Gaujacq | | | MatterRef Gaujacq, Catherine | | | MatterNo 690 |
| From | Elaine Bredehoft | | | | | | |
| To | Elaine Bredehoft; 'rcooper@steptoe.com'; 'David Clark <Clark, David'; 'Dorothea Regal'; 'Laura Hoguet' | | | | | | |
| CC To | | | | | | | |
| BCC To | | | | | | | |
| Reminders | | (days before) | Follow N | Done N | Notify N | Hide N | Trigger N  Private N  Status |
| User1 | | | | User3 | | | |
| User2 | | | | User4 | | | |

While we are in our scheduling modes, I just obtained the 2006-07 school calendar and spring break is, you guessed it, April 2-6, the exact time of the first week of our scheduled trial. As you may recall, Judge Penn indicated that we could change the date if we needed to. I would be MOST APPRECIATIVE if we can either move it a few weeks forward, or back (so that we would start in early March, or in early May). I am mindful we want to complete it before the summer, so either of these would work for me. I suspect these dates would be available if we ask the Court now, but if we wait, they may fill up.

Thank you for your consideration. Elaine

-----Original Message-----
From: Elaine Bredehoft
Sent: Wednesday, December 07, 2005 8:52 AM
To: 'rcooper@steptoe.com'; 'David Clark <Clark, David'; 'Dorothea Regal'; 'Laura Hoguet'
Subject: Deposition Scheduling


Hello all:

I have had the opportunity to communicate with Ms. Gaujacq about the scheduling of her deposition following our discussions. Unfortunately, Ms. Gaujacq recently moved to Mississippi for her job, which is compounding things. Because of the newness of her job, she is also on borrowed time for vacation time, so this has been some effort. With the dictate of reserving two days in January, Ms. Gaujacq can be here either January 12 and 13 or January 19 and 20. Both of those dates have conflicts for me, but I will move them if necessary to accommodate. However, I need to know literally asap, as one of the dates I have committed to be a substitute judge, and another I have a court date scheduled (unfortunately, one of each of these is in the two sequences). So I would appreciate your efforts to check your schedules and get back to me as quickly as possible, but no later than Friday if I will have any realistic chance of changing my conflicts. Sorry to be so quick, but I had not anticipated the difficulties with Ms. Gaujacq's move and absence of vacation time.

When we arrive at Ms. Gaujacq's deposition dates, we can then fix Mr. Nadal's and the corporate designee. If you want to send me available dates for those to get that in place for your convenience, I will be happy to work with you on that as well.

Thanks for your assistance and cooperation. Elaine

Elaine Charlson Bredehoft
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201

1

# EXHIBIT 3

| Filters Used: | | Date Printed: | 1/10/2006 |
|---|---|---|---|
| 1 Tagged Record | **E-Mail Report** | Time Printed: | 8:12AM |
| | Form Format | Printed By: | ECB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | 12/19/2005 Time | 9:33AM | 9:36AM | Duration | 0.05 (hours) | Code | | |
| | | | | | | Staff | Elaine Charlson Bredehoft | |
| Subject | Trial rescheduling | | | | | | | |
| Client | Ronald S. Cooper | | | MatterRef Gaujacq, Catherine | | | MatterNo 690 | |
| From | ECB | | | | | | | |
| To | rcooper@steptoe.com; David Clark <Clark, David [dclark@steptoe.com]>; Laura Hoguet <lhoguet@hnrlaw.com>; Dor | | | | | | | |
| CC To | Kathy Quill <kquill@charlsonbredehoft.com>;Jessica Bogo <jbogo@charlsonbredehoft com> | | | | | | | |
| BCC To | | | | | | | | |
| Reminders | | (days before) | Follow | Done | Notify | Hide | Trigger | Private | Status |
| User1 | | | | | User3 | | | |
| User2 | | | | | User4 | | | |

Counse: You may recall my sending you a request to continue the trial either three weeks before the scheduled date, or three weeks after. Should I represent to the Court in my request that you are not in agreement with the request for a change in the trial date? Please let me know so that I can timely file the request. Thank you for your consideration.
Elaine

Elaine Charlson Bredehoft
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190
(703) 318-6800 Phone
(703) 318-6808 Fax

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. Thank you.

# EXHIBIT 4

| | | |
|---|---|---|
| Filters Used: <br> 1 Tagged Record | **E-Mail Report** <br> Form Format | Date Printed: 1/10/2006 <br> Time Printed: 8:13AM <br> Printed By: ECB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | 12/20/2005 Time | 12:30PM | 12:30PM | Duration | 0.00 (hours) | Code <br> Staff | Elaine Charlson Bredehoft |
| Subject | Re: Trial rescheduling | | | | | | |
| Client | Dorothea W Regal | | | MatterRef Gaujacq, Catherine | | | MatterNo 690 |
| From | DRegal@hnrlaw.com | | | | | | |
| To | Elaine Bredehoft | | | | | | |
| CC To | Laura Hoguet; rcooper@steptoe.com; dclark@steptoe.com | | | | | | |
| BCC To | | | | | | | |
| Reminders | | (days before) | Follow N | Done N | Notify N | Hide N | Trigger N  Private N  Status |
| User1 | | | | User3 | | | |
| User2 | | | | User4 | | | |

Elaine:
We have no problem with agreeing with you to request a change in the trial schedule to accommodate your family vacation schedule, but we need to confirm with EDF that there is no particular timing problem as to either of the two alternative dates you proposed. I hope to have a response on this by the end of the week.

Dorothea W. Regal
HOGUET NEWMAN & REGAL, LLP
10 East 40th Street
New York, New York 10016

Tel. (212) 689-8808
Fax (212) 689-5101
dregal@hnrlaw.com


"Elaine Bredehoft" <ebredehoft@charlsonbredehoft.com>

12/19/2005 09:36 AM To
<rcooper@steptoe.com>, "David Clark <Clark, David", "Laura Hoguet" <lhoguet@hnrlaw.com>, "Dorothea Regal" <dregal@hnrlaw.com>
cc
"Kathy Quill" <kquill@charlsonbredehoft.com>, "Jessica Bogo" <jbogo@charlsonbredehoft.com>
Subject
Trial rescheduling

Counsel: You may recall my sending you a request to continue the trial either three weeks before the scheduled date, or three weeks after. Should I represent to the Court in my request that you are not in agreement with the request for a change in the trial date? Please let me know so that I can timely file the request. Thank you for your consideration.
Elaine

1