# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CATHERINE GAUJACQ                           )
                                            )
    Plaintiff,              )
                                            )
       v.    )          No  1:05CV0969 (JGP)
                                            )
ELECTRICITE DE FRANCE                       )
   INTERNATIONAL NORTH AMERICA,  )
INC , et al.                                )
                                            )
    Defendants.             )

## ORDER RESCHEDULING TRIAL

Plaintiff Catherine Gaujacq, having moved, by counsel, to reschedule the trial by jury,

currently scheduled to begin April 2, 2007, to a date in early March, 2007, or earlier, and upon good

cause shown, it is hereby

ORDERED, that Plaintiff's motion to reschedule to compel is GRANTED.   Trial by jury is

hereby rescheduled to begin on _____

SO ORDERED.


DATE: _____          _____
                                Hon  John Garrett Penn
                                United States District Judge