IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br><br>Plaintiff, )<br><br>v. )<br><br>ELECTRICITE DE FRANCE )<br>INTERNATIONAL NORTH AMERICA, )<br>INC., et al. )<br><br>Defendants. ) | No. 1:05CV0969 (JGP) |

## ORDER COMPELLING DISCOVERY

Plaintiff Catherine Gaujacq, having moved, by counsel, to compel responses to Plaintiff's First Set of Interrogatories to Defendant Electricite de France International North America ("EDFINA"), and to Plaintiff's First Request for Production of Documents to Defendant EDFINA, and upon consideration of the papers and for good cause shown, it is hereby

**ORDERED**, that Plaintiff's motion to compel is GRANTED, and it is further

**ORDERED** that EDFINA shall respond fully and completely to Interrogatory Nos. 2 through 14, 18 and 20 of Plaintiff's First Set of Interrogatories to Defendant EDFINA and Document Request Nos. 23, 24, 26, 43 through 46, 52, 54, 55, 70 and 72 of Plaintiff's First Request for Production of Documents to Defendant EDFINA, and deliver copies of all responsive documents to counsel for Plaintiff, no later than 5:00 p.m. on January 18, 2006; and it is further

**ORDERED** that EDFINA comply fully with Rule 33(d) of the Federal Rules of Civil Procedure and identify the specific document or documents, by Bates number, to which it refers in its responses to Interrogatory Nos. 2 through 4, 6, 8 through 12 and 14 through 20 of

Plaintiff's First Set of Interrogatories to Defendant EDFINA, to be served upon Plaintiff in a supplemental pleading, no later than 5:00 p.m. on January 18, 2006; and it is further

**ORDERED** that EDFINA comply fully with Rule 34(b) of the Federal Rules of Civil Procedure and identify, by Bates number, the document(s) produced in response to each of the document requests in Plaintiff's First Request for Production of Documents to Defendant EDFINA, to be served upon Plaintiff in a supplemental pleading no later than 5:00 p.m. on January 18, 2006; and it is further

**ORDERED** that EDFINA comply fully with Rule 26(b)(5) and specify which documents it is withholding and give sufficient details to allow Plaintiff to assess whether EDFINA's privilege designations are legally appropriate and to provide such privilege log to Plaintiff no later than 5:00 p.m. on January 18, 2006

**SO ORDERED.**

DATE: _____    _____
                        Hon. John Garrett Penn
                        United States District Judge