IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ </br></br> Plaintiff, </br></br> v. </br></br> ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al. </br></br> Defendants. | No. 1:05CV0969 (JGP) |

## ORDER COMPELLING DISCOVERY

Plaintiff Catherine Gaujacq, having moved, by counsel, to compel responses to Plaintiff's First Set of Interrogatories to Defendant Christian Nadal ("Mr. Nadal"), and to Plaintiff's First Request for Production of Documents to Defendant Mr. Nadal, and upon consideration of the papers and for good cause shown, it is hereby

**ORDERED**, that Plaintiff's motion to compel is GRANTED, and it is further

**ORDERED** that Mr. Nadal shall respond fully and completely to Interrogatory Nos. 4 through 8, 15, 18 and 19 of Plaintiff's First Set of Interrogatories to Defendant Mr. Nadal and all Document Requests of Plaintiff's First Request for Production of Documents to Defendant Mr Nadal, including all documents within his custody, control or possession, not only those in his personal possession, and deliver copies of all responsive documents to counsel for Plaintiff, no later than 5:00 p.m. on January 18, 2006; and it is further

**ORDERED** that Mr. Nadal comply fully with Rule 33(d) of the Federal Rules of Civil Procedure and identify the specific document or documents, by Bates number, to which he refers in his responses to Interrogatory Nos. 6, 15 and 18 of Plaintiff's First Set of Interrogatories to

Defendant Mr. Nadal, to be served upon Plaintiff in a supplemental pleading, no later than 5:00 p.m. on January 18, 2006; and it is further

**ORDERED** that Mr. Nadal comply fully with Rule 34(b) of the Federal Rules of Civil Procedure and identify, by Bates number, the document(s) produced in response to each of the document requests in Plaintiff's First Request for Production of Documents to Defendant Mr. Nadal, to be served upon Plaintiff in a supplemental pleading no later than 5:00 p.m. on January 18, 2006; and it is further

**ORDERED** that Mr. Nadal comply fully with Rule 26(b)(5) and specify which documents he is withholding and give sufficient details to allow Plaintiff to assess whether Mr. Nadal's privilege designations are legally appropriate and to provide such privilege log to Plaintiff no later than 5:00 p.m. on January 18, 2006.

**SO ORDERED**

DATE: _____     _____
                          Hon. John Garrett Penn
                          United States District Judge

2