IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al. ) | |
| ) | |
| Defendants ) | |

**ORDER**

Plaintiff Catherine Gaujacq, having moved, by counsel, pursuant to Fed. R. Civ. P. 30, 33, 34 and 37 and the inherent power of this Court, and upon consideration of the papers and for good cause shown, it is hereby

**ORDERED**, as follows:

1. Judgment on the merits and liability is hereby entered in favor of the Plaintiff, Catherine Gaujacq, and against the Defendants, jointly and severally. Trial as to damages shall be set to be heard, by jury, on _____, 2006.

2. Defendants are hereby prohibited from taking the deposition of the Plaintiff, Catherine Gaujacq, having waived the ability to do so through their conduct.

3. Defendants shall produce the Defendant, Christian Nadal, and all corporate designees of EDF and EDFINA responsive to all areas contained in Plaintiff's Notices of Deposition dated December 21, 2005, in the office of counsel for Plaintiff, at mutually agreeable dates and times, but in no event later than February 15, 2006.

4. Defendants shall respond fully to all outstanding discovery requests propounded by the Plaintiff, with the exception of the preservation of the attorney-client and work product privileges, no later than one week before the first scheduled deposition of the first of the Defendants' depositions, shall label all documents and which requests they are responsive to, and shall deliver all responsive documents to counsel for Plaintiff, along with a privilege log respecting all privilege objections.

5. The Protective Order is hereby amended to delete any reference to "Highly Confidential" and any such designations by Defendants are considered removed and void, effective the date of this Order.

6. Trial by jury on the merits and for damages (alternative to ¶ 1 ) is hereby scheduled to begin March 5, 2007 at 10:00 a.m.

7. The Plaintiff is awarded all costs and fees associated with the efforts to obtain compliance with discovery and depositions, as well as the other motions, and shall submit the fees and costs to this Court within 14 days of the date of this Order.

8. Defendants (and their counsel) are admonished to engage in professional, cooperative, and respectful conduct when communicating with Plaintiff (including counsel), and shall take no further action which will result in any delay or obstruction of the orderly and timely progression of this litigation to conclusion.

**SO ORDERED.**

DATE: _____        _____
                             Hon. John Garrett Penn
                             United States District Judge