IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al. | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon consideration of Defendants' Motion To Strike, the Court hereby ORDERS that Defendant's Motion is GRANTED. The Clerk shall note on the docket that Docket entries 28, 29, 30, 31 and 32 were stricken by order of the Court on this date, Plaintiff's counsel is ordered to meet and confer with Defendants in good faith before filing any further motions.

SO ORDERED this _____ day of _____ 2006.

_____
The Honorable John Garrett Penn
United States District Court Judge

1