IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | No 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER

Defendants Electricite de France ("EDF"), Electricite de France International North America ("EDFINA"), and Christian Nadal ("Mr. Nadal") having moved, by counsel, to strike Plaintiff's Motion to Reschedule Trial, Motion to Amend/Correct Protective Order, and Motions to Compel Discovery Responses from Defendants EDFINA and Mr. Nadal, and upon consideration of the papers and argument in this case, it is hereby

ORDERED, that Defendants' motions are DENIED; and it is

FURTHER ORDERED that the Plaintiff is awarded all costs and fees associated with the filing of papers in connection with the Motion to Strike, as well as the other motions, and shall submit the fees and costs to this Court within 14 days of the date of this Order.

SO ORDERED.

DATE: _____     _____
Hon. John Garrett Penn
United States District Judge