IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al. ) | |
| ) | |
| Defendants ) | |

### REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMOVE "HIGHLY CONFIDENTIAL" DESIGNATIONS AND TO AMEND PROTECTIVE ORDER

The plaintiff, Catherine Gaujacq ("Ms. Gaujacq"), by counsel, hereby replies to the Opposition to Plaintiff's Motion to Remove "Highly Confidential" Designations and to Amend the Protective Order filed by Defendants Electricite de France ("EDF"), Electricite de France International North America ("EDFINA"), and Christian Nadal ("Mr. Nadal").

### ARGUMENT

Counsel have conferred on the documents labeled "Highly Confidential," and counsel for Defendants have confirmed that none of the documents so labeled relate to business or trade secrets. Instead, counsel for Defendants have represented that all documents marked "Highly Confidential" relate to either Mr. Nadal's tax returns filed in France for 2003 or earlier, or relate to Mr. Nadal's children's education.

Defense counsel have indicated that they did not intend the Protective Order to require translators to be subject to the requirements under ¶4 of the Protective Order and have no objection to Plaintiff obtaining a translator or translators, without prior approval of Defendants,

to translate these documents, so long as the translator or translators for the "Highly Confidential" documents are not related to Plaintiff. Defense Counsel have indicated that instead of agreeing to amending the Protective Order, they will send a letter reflecting this agreement. Assuming Defendants send such a letter, this motion is resolved. If not, Plaintiff will request the relief set forth in the motion. Plaintiff will inform the Court if it receives the letter from Defendant, so that this motion may be removed from this Court's docket.

## CONCLUSION

For the reasons set forth above, Plaintiff requests this Court maintain Plaintiff's Motion to Remove "Highly Confidential" Designations and to Amend the Protective Order as pending until Plaintiff receives the letter promised by Defendants, at which time Plaintiff will inform the Court and withdraw the motion, without prejudice.

February 3, 2006

Respectfully submitted,

_____
Elaine Charlson Bredehoft
D.C. Bar No. 441425
Kathleen Z. Quill
D.C. Bar No. 489079
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive,
Suite 201
Reston, Virginia 20190
(703) 318-6800

Counsel for Plaintiff
  Catherine Gaujacq

2