IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHERINE GAUJACQ | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No 1:05CV0969 (JGP) |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al. | ) ) ) ) | |
| Defendants | ) ) | |

## PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO RESCHEDULE TRIAL

The plaintiff, Catherine Gaujacq ("Ms. Gaujacq"), by counsel, hereby replies to the Response to Plaintiff's Motion to Reschedule Trial filed by Defendants Electricite de France ("EDF"), Electricite de France International North America ("EDFINA"), and Christian Nadal ("Mr. Nadal").

### ARGUMENT

Defendants' counsel have agreed to reschedule the trial date, preferably to begin the first week in May 2007, which is agreeable to Plaintiff's counsel. Counsel has therefore attached an Order reflecting a change from the trial date to the parties' preferred date, subject to the availability of the Court.

### CONCLUSION

For the reasons set forth above, Plaintiff requests this Court grant Plaintiff's Motion to Reschedule Trial and schedule trial to begin in the first week of May 2007, subject to the Court's availability.

February 3, 2006                    Respectfully submitted,

*[signature]*

Elaine Charlson Bredehoft
D.C. Bar No. 441425
Kathleen Z. Quill
D.C. Bar No. 489079
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive,
Suite 201
Reston, Virginia 20190
(703) 318-6800

Counsel for Plaintiff
    Catherine Gaujacq

2