IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CATHERINE GAUJACQ | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:05CV0969 (JGP) |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al. | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER RESCHEDULING TRIAL

Plaintiff Catherine Gaujacq, having moved, by counsel, to reschedule the trial by jury, currently scheduled to begin April 2, 2007, to the first week in May 2007, subject to the availability of the Court, and upon good cause shown, it is hereby

ORDERED, that Plaintiff's motion to reschedule to compel is GRANTED. Trial by jury is hereby rescheduled to begin on _____.

SO ORDERED.

DATE: _____    _____
Hon. John Garrett Penn
United States District Judge