UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELECTRICITE DE FRANCE )<br>INTERNATIONAL NORTH AMERICA, INC., )<br>)<br>ELECTRICITE DE FRANCE, S.A., )<br>)<br>and )<br>)<br>CHRISTIAN NADAL )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-0969 (JGP) |

**ORDER**

Upon consideration of the **Plaintiff's Motion to Reschedule Trial [#29]**, subject to the availability of the Court, and upon the consent of defendants in the above-captioned case, it is hereby

**ORDERED** that the trial which is currently scheduled to begin on April 2, 2007 is hereby cancelled. And it is further

**ORDERED** that trial by jury is rescheduled to begin on **April 17, 2007 at 10:00 A.M.** in Courtroom 15.


Date: February 7, 2006                                                          JOHN GARRETT PENN
                                                                                **United States District Judge**