AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CATHERINE GAUJACQ,

    Plaintiff(s)

vs.

ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., ELECTRICITE DE FRANCE, S.A. and CHRISTIAN NADAL,

    Defendant(s)

**APPEARANCE**

CASE NUMBER 05-0969 (JGP)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Dorothea W. Regal__ as counsel in this
                             (Attorney's Name)

case for: __ELECTRICITE DE FRANCE, S.A. and ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC.__
                  (Name of party or parties)

February 7, 2006
Date

*/s/ Dorothea W. Regal*
Signature

Dorothea W. Regal
Print Name

NY0064
BAR IDENTIFICATION

HOGUET NEWMAN & REGAL, LLP   10 East 40th Street
Address

New York, New York 10016
City    State    Zip Code

(212) 689-8808
Phone Number