IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ELECTRICITE DE FRANCE | ) |
| INTERNATIONAL NORTH AMERICA, | ) |
| INC., et al | ) |
| | ) |
| Defendants | ) |

No. 1:05CV0969 (JGP)

## PLAINTIFF'S SECOND REQUEST
## FOR PRODUCTION OF DOCUMENTS TO DEFENDANT
## ELECTRICITE DE FRANCE, S.A. ("EDF")

Plaintiff Catherine Gaujacq, by counsel, requests that defendant Electricite de France,

S.A., produce, pursuant to Fed. R. Civ. P. 34, the following documents, and serve defendant's

response upon plaintiff's counsel at Charlson Bredehoft & Cohen, P.C., 11260 Roger Bacon

Drive, Suite 201, Reston, Virginia 20190, within the time provided by law.

### DEFINITIONS AND INSTRUCTIONS

In responding to these Requests, the following definitions and instructions shall apply:

1.    "Ms. Gaujacq" or "Gaujacq" refers to plaintiff Catherine Gaujacq. "You," "your"

or "EDF" refers to defendant Electricite de France, S.A., its agents, officers, and employees, and

their subsidiaries, affiliates, and associated corporations, partnerships, and entities. "EDFINA"

refers to defendant Electricite de France International North America. "The Company" refers

collectively to EDF and EDFINA. "Nadal" or "Mr. Nadal" refers to defendant Christian Nadal.

"Defendants" refers collectively to all three defendants.

2.      "This action" refers to this civil action now pending in the United States District Court for the District of Columbia

3.      The term "document" is used in the broadest possible sense, and includes (but is not limited to) any written, printed, typed, photocopied, photographed, recorded (including but not limited to magnetic, mechanical, or electronic recordings) or otherwise reproduced communication or representation  This definition includes (but is not limited to) correspondence, memoranda, wires, cables, studies, maps, analyses, diagrams, electronic mail, scraps of paper, notes, loan documentation, applications, drawings, charts, graphs, plans, plats, photographs, video tapes, audio tapes, computer disks, hard drives, contracts, agreements, working papers, drafts, reports of investigations or inspections of any kind, opinions of consultants or experts, diaries, minutes, calendars, other reports, vouchers, invoices, journals, bills, orders, time slips or records, books, computations, field notes, logs, financial records or statements, or work papers, checks, receipts, bank statements and the like  Data compilations from which information may be translated into usable form (e.g., computer memory) are also included  The definition includes, as a separate document, each duplicate or reproduction or copy of a document that contains any non-conforming note, marking, material or attachment  If it is maintained that any document requested to be identified has been destroyed or is otherwise no longer within your possession or control, identify the document and state the date, place, and manner of its destruction or removal from your control, and identify the person who authorized or ordered such destruction or removal

4       "Person" includes individuals, agencies, government entities, corporations, partnerships, unincorporated associations, and other business entities, and specifically includes the plaintiff and defendant in this action, and includes any predecessors or successors in interest

2

5.      The terms "identity," or "identify," or "describe," or "detail," when used in connection with a document mean to describe the document fully, including the character of the document, its title (if any), date, author(s), addressee(s), recipient(s), number of pages, the location and custodian of each copy to the extent known, the substance of the contents thereof, and any other identifying number of information  The terms "identity," or "identify," or "describe," or "detail" when used in connection with an event or condition mean to indicate, as completely and fully as possible, all facts comprising or contributing to the event or condition The terms "identity," or "identify," or "describe," or "detail" when used in connection with a person mean:

a       where the person is an individual, to state the person's full name, home and business addresses and telephone numbers, and business or other affiliation (including title), and

b       where the person is not an individual, to state the full name of the entity, the nature of the entity, address and telephone number of the entity, and such additional identifying information as may be necessary to enable the "person" to be contacted  When identifying a "person," information should in all cases be adequate to permit service of process or notice of a deposition upon such person

6       The terms "relating to," "regarding," and "referring to" shall be interpreted broadly, including both explicit and implicit reference and meaning (without limitation) relating to, regarding, referring to, constituting, defining, discussing, containing, construing, embodying, reflecting, stating, dealing with, prepared in contemplation of, prepared in connection with, prepared as a result of, or in any way pertaining to

7       Use of the singular tense shall be deemed to include the plural and <u>vice versa</u> Use of either the masculine or feminine pronoun shall be deemed to include both genders. "And" as well as "or" shall be construed either disjunctively or conjunctively so as to permit the inclusion of materials or information otherwise excluded.

8       In responding to these Requests, please furnish all information available to you or within your control, including any information in the possession of agents, attorneys, contractors, subcontractors, former employees, officers, members, or any other person acting on your behalf.

9       Each Request shall be deemed continuing so as to require supplemental answers in accordance with the Rule 26(e) of the Federal Rules of Civil Procedure.

10      In responding to each Request, please identify all contributing sources of information, including the identity of any person consulted or document used in connection with answering such interrogatory and the extent of any person's assistance.

11      If a privilege or privileges are asserted as to any information requested by these Requests, or if any Request is otherwise not fully answered, please respond to the extent the Request is not objected to, and state the specific grounds for not fully answering, the legal basis for not fully answering (specifying any privilege asserted), and the facts allegedly giving rise to any claim of privilege. Identify any information, document, or other material for which any privilege is asserted, and identify the date and author or generator as well as all persons shown as having been, or otherwise known to you as having been, recipients of such information, document, or other material. If you contend that you have attempted to procure the waiver of the privilege, please also identify fully the persons with whom you communicated and the stated reason for refusal to waive the privilege.

12      Where there is no time limit specified, the Requests encompass documents in existence and/or events occurring during the time period from August 1, 2000 through the present

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.      Please produce copies of all housing lease contracts for Catherine Gaujacq

2.      Please produce copies of all housing lease contracts for Christian Nadal

3.      Please produce copies of the EDFINA visa applications to the Department of Homeland Security, and/or its predecessor within the U S federal government, for Catherine Gaujacq

4.      Please produce copies of the EDFINA visa applications to the Department of Homeland Security, and/or its predecessor within the U.S. federal government, for Christian Nadal

5.      Please produce copies of pay stubs and W2's for Catherine Gaujacq from August 2000 to January 2005.

6.      Please produce copies of pay stubs and W2's for Christian Nadal from January 2000 to the present

7.      Please produce copies of all documents reflecting checks voided in the Company's books on or about June 2004, which were signed by Ms Gaujacq but were voided and/or ripped up by Benoit Dreux.

8.      Please produce copies of EDFINA's monthly financial statements provided to EDF from August 2000 to January 2005

9.      Please produce documents listing all EDFINA employees from August 2000 to January 2005, with indication of which were active visa-sponsored employees

10      Please produces copies of Christian Nadal's employment contracts with EDF and EDFINA from 2000 to the present

11      Please produce all documents reflecting EDF's compensation policies for high-level executives.

12      Please produce all documents reflecting the ranking and seniority system for high-level executives, including the EDFINA President's position within this system.

13      Please produce the EDF Guide to French employees working abroad

14      Please produce copies of all NUSTART agreements.

15      Please produce copies of all EPRI agreements

16      Please produce copies of all EDFINA active visa applications for all employees from 2000 to the present

17      Please produce EDFINA's Articles of Incorporation, Bylaws, and Board Decisions

18      Please produce EDFINA's July 2004 Internal Financial Audit Report

19      Please produce the corporate document(s), related to EDF and EDFINA in the U.S. and abroad, which was (were) prepared for the partial IPO of the company

November 22, 2005

Catherine Gaujacq,
By Counsel

Elaine Charlson Bredehoft
D.C. Bar No. 441425
Kathleen Z. Quill
D.C. Bar No. 489079
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive
Suite 201
Reston, Virginia 20190
(703) 318-6800

Counsel for Plaintiff,
Catherine L. Gaujacq

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing PLAINTIFF'S SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANT EDF by first-class mail, postage pre-paid, this 22nd day of November, 2005, addressed to counsel defendant EDF as follows:

Laura B. Hoguet, Esq.
HOGUET NEWMAN & REGAL, LLP
10 East 40th Street
New York, New York 10016
(212) 689-8808

Counsel for Defendants Electricite de France, S.A. and
Electricite de France International North America, Inc.

With a courtesy copy sent this same day by first class mail, postage pre-paid, addressed as follows:

Ronald S. Cooper, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

Counsel for Defendant
Christian Nadal

Kathleen Z. Quill