# HOGUET NEWMAN & REGAL, LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET

NEW YORK, NEW YORK 10016

LAURA B. HOGUET
FREDRIC S. NEWMAN
DOROTHEA W. REGAL
JOSHUA D. RIEVMAN
EDWARD P. BOYLE
SHERYL B. GALLER
IRA J. LIPTON

TEL (212) 689-8808
FAX (212) 689-5101
www.hnrlaw.com
hnr@hnrlaw.com

SARAH K. BARICKMAN
KATHLEEN L. LOWDEN
RANDI B. MAY

EDNA R. SUSSMAN, OF COUNSEL

January 30, 2006

**By E-Mail and By Facsimile**
Elaine Charlson Bredehoft, Esq.
Charlson Bredehoft & Cohen, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, VA 20190

Re: <u>Gaujacq v. EDFINA, et al.</u>

Dear Elaine:

I am in receipt of your letter of January 23, 2006 setting forth what you state to be concerns that you have with the discovery responses of Electricité de France, S.A. ("EDF") served on January 3, 2006 in response to plaintiff's discovery demands.

As we are scheduled to have a "meet and confer" meeting in Washington, D.C. this week (on February 1) on discovery issues, I expect that we will be able to discuss the concerns expressed in your letter of January 23 during that meeting as well.

Very truly yours,

Dorothea W. Regal

cc: Ronald S. Cooper, Esq.
    David A. Clark, Esq.