IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
|   ) | |
| Plaintiff, ) | |
|   ) | |
| v. ) | No. 1:05CV0969 (JGP) |
|   ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al. ) | |
|   ) | |
| Defendants. ) | |

## ORDER COMPELLING DISCOVERY

Plaintiff Catherine Gaujacq, having moved, by counsel, to compel responses to Plaintiff's First Set of Interrogatories to Defendant Electricite de France ("EDF"), to Plaintiff's First Request for Production of Documents to Defendant EDF, and to Plaintiff's Second Request for Production of Documents to Defendant EDF and upon consideration of the papers and for good cause shown, it is hereby

**ORDERED**, that Plaintiff's motion to compel is GRANTED, and it is further

**ORDERED** that EDF shall respond fully and completely to Interrogatory Nos. 2, 4, 5, 6, 8 and 9 of Plaintiff's First Set of Interrogatories to Defendant EDF and Document Request Nos. 3, 22, 23, 26, 43, 44, 45, 46, 52, 54, 55, 70 and 72 of Plaintiff's First Request for Production of Documents to Defendant EDF, and deliver copies of all responsive documents to counsel for Plaintiff, no later than 5:00 p.m. on March 6, 2006; and it is further

**ORDERED** that EDF comply fully with Rule 33(d) of the Federal Rules of Civil Procedure and identify the specific document or documents, by Bates number, to which it refers in its responses to Interrogatory Nos. 2, 3, 4, 6, 8, 9, 10, 11, 12, 14, 15, 16, 17 and 18 of

Plaintiff's First Set of Interrogatories to Defendant EDF, to be served upon Plaintiff in a supplemental pleading, no later than 5:00 p.m. on March 6, 2006; and it is further

**ORDERED** that EDF comply fully with Rule 34(b) of the Federal Rules of Civil Procedure and identify, by Bates number, the document(s) produced in response to each of the document requests in Plaintiff's First Request for Production of Documents to Defendant EDF and Plaintiff's Second Request for Production of Documents to Defendant EDF, to be served upon Plaintiff in a supplemental pleading no later than 5:00 p.m. on March 6, 2006; and it is further

**ORDERED** that EDF respond fully to Document Requests Nos. 8, 9, 17, 18 and 51 of Plaintiff's First Request for Production of Documents to Defendant EDF and Document Request No. 17 of Plaintiff's Second Request for Production of Documents to Defendant EDF, removing any limitation relating to relevance which is more restrictive than the limits imposed by Federal Rules of Civil Procedure, Rule 26(b), and deliver copies of all responsive documents to counsel for Plaintiff, no later than 5:00 p.m. on March 6, 2006.

**SO ORDERED.**

DATE: _____         _____
                              Hon. John Garrett Penn
                              United States District Judge