IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELECTRICITE DE FRANCE )<br>  INTERNATIONAL NORTH AMERICA, )<br>INC., et al. )<br>)<br>Defendants. )<br>_____) | No. 1:05CV0969 (JGP) |

**NOTICE TO WITHDRAW PLAINTIFF'S
MOTION TO REMOVE "HIGHLY CONFIDENTIAL"
DESIGNATIONS AND TO AMEND PROTECTIVE ORDER**

PLEASE TAKE NOTICE that the Plaintiff, Catherine Gaujacq, by counsel, respectfully withdraws her Motion to Remove "Highly Confidential" Designations and to Amend Protective Order, without prejudice. Counsel for Defendants have agreed that Plaintiff may obtain translations of documents labeled "Highly Confidential" by a third-party translator, without consulting with opposing counsel, so long as the translator is unrelated to Plaintiff. Based upon this agreement, Plaintiff sees no need to pursue this motion at this time.

February 16, 2006

Elaine Charlson Bredehoft
D.C. Bar No. 441425
Kathleen Z. Quill
D.C. Bar No. 489079
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800

Counsel for Plaintiff
Catherine Gaujacq