IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHERINE GAUJACQ | ) | |
| | ) | |
| Plaintiff, | ) | **ECF** |
| | ) | |
| v. | ) | Civil Action No. C5-969 (JGP) |
| | ) | |
| ELECTRICITE DE FRANCE | ) | |
| INTERNATIONAL NORTH AMERICA, | ) | |
| INC., ELECTRICITE DE FRANCE, S.A. | ) | |
| and Christian Nadal, | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL DISCLOSURE PURSUANT TO RULE 26(a)(1) OF DEFENDANTS ELECTRICITE DE FRANCE, S.A. AND ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC.

Defendants Electricité de France, S.A. ("EDF") and Electricité de France International North America, Inc. ("EDFINA") hereby supplement and amend their Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, filed October 27, 2005, by amending their response to paragraph II(D) therein to read as follows:

### D. Disclosure of Insurance

**Rule 26(a)(1)(D)**: Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse payments made to satisfy the judgment.

**Response**: Defendants EDF and EDFINA have identified the following Directors & Officers insurance policy that may be responsive to the description of an insurance

2

agreement as described in Rule 26(a)(1)(D):   Insurance policy entitled, "Assurance Responsabilité Civile des Dirigeants et Mandataires Sociaux," number 413 029 342 20, issued to Groupe Electricité de France (EDF Group) by AXA Corporate Solutions Assurance (Paris), for the period April 1, 2004 – April 1, 2005.


Dated:  March 6, 2006


HOGUET NEWMAN & REGAL


By:_____/s/_____
Dorothea W. Regal, Esq., D.C. Bar No. NY0064
10 East 40th Street
New York, New York 10016
(212) 689-8808

*Counsel for Defendants Electricité de France, S.A. and Electricité de France International North America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing SUPPLEMENTAL DISCLOSURE PURSUANT TO RULE 26(a)(1) OF DEFENDANTS ELECTRICITE DE FRANCE, S.A. AND ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC. by electronic mail upon the counsel below, pursuant to the agreement of counsel for all parties to accept service by such method, on March 6, 2006:

Elaine Charlson Bredeholf (ebredehoft@charlsonbredehoft.com)
Kathleen Z. Quill
CHARLSON BREDEHOFT & COHEN, P.C.
11260 roger Bacon Drive
Suite 201
Reston, Virginia 20190
(703) 318-6800

*Counsel for Plaintiff*


Ronald S. Cooper (rcooper@steptoe.com)
David Clark (dclark@steptoe.com)
STEPTOE & JOHNSON
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-3000

*Counsel for Defendant Christian Nadal*


_____
DOROTHEA W. REGAL