UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ,           )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br>ELECTRICITE DE FRANCE         )<br>INTERNATIONAL NORTH AMERICA, INC., )<br>                              )<br>ELECTRICITE DE FRANCE, S.A.,  )<br>                              )<br>        and                   )<br>                              )<br>CHRISTIAN NADAL               )<br>                              )<br>        Defendants.           )<br>_____) | Civil Action No. 05-0969 (JGP) |

### ORDER

This matter is before the Court on the **Consent Motion for Order [#53]**, which plaintiff filed on March 8, 2006. Within the Motion, *inter alia*, plaintiff represented that "the parties have come to an agreement concerning the issues raised in" Defendants' Motion to Compel and for Protective Order [#26], as well as the Supplement to Alert the Court to New Developments Impacting the Motions Before this Court and Motion for Enforcement of the Rules [#32], filed by plaintiff. Consent Motion at 1. For this reason, the parties have voluntarily "agree[d] to withdraw these motions . . . ." *Id.* Accordingly, and for good cause shown, it is hereby

**ORDERED** that the Consent Motion for Order is **GRANTED**. It is further

**ORDERED** that the express terms of the Consent Motion for Order, under which the parties intend and agree to be bound, are controlling. And it is further

**ORDERED** that the Court will treat plaintiff's Motion to Amend Protective Order [#28],

Motion to Compel [# 30], Motion to Compel [#31] and Motion to Compel [#47], and defendant's Motion to Strike for Failure to Meet and Confer [#33], as also voluntarily withdrawn because the issues raised therein are resolved in the instant Consent Motion for Order.

**Date: March 10, 2006**                                           **JOHN GARRETT PENN**
                                                                    **United States District Judge**