IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| Plaintiff, ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ELECTRICITE DE FRANCE ) INTERNATIONAL NORTH AMERICA, ) INC., et al. ) | |
| Defendants. ) | |

### ORDER

Defendants Electricite de France ("EDF"), Electricite de France International North America ("EDFINA"), and Christian Nadal ("Mr. Nadal") having moved, by counsel, to reopen the deposition of plaintiff Catherine Gaujacq ("Plaintiff") for an additional half-day (3.5 hours), and upon consideration of the papers and argument in this case, it is hereby

ORDERED, that Defendants' motions are DENIED; and it is

FURTHER ORDERED that pursuant to Fed. R. Civ. P. 37(a)(4)(b), the Plaintiff is awarded all costs and fees associated with the filing of papers in connection with the Motion, and shall submit the fees and costs expended to this Court within 14 days of the date of this Order.

SO ORDERED.

DATE: _____    _____
Hon. John Garrett Penn
United States District Judge