IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br><br>    Plaintiff, )<br><br>    v. )<br><br>ELECTRICITE DE FRANCE )<br>  INTERNATIONAL NORTH AMERICA, )<br>  INC., et al. )<br><br>    Defendants. )<br> | No. 1:05CV0969 (JGP) |

**DEFENDANTS' MOTION FOR ORDER REQUIRING PLAINTIFF TO SUBMIT TO
<u>MENTAL EXAMINATION</u>**

    Defendants Electricité de France, S.A. ("EDF"), Electricité De France International North America, Inc. ("EDFINA"), and Christian Nadal ("Nadal"), by and through their undersigned counsel, hereby move the Court pursuant to Federal Rule of Civil Procedure 35(a) for an Order requiring Plaintiff, Catherine Gaujacq ("Gaujacq"), to submit to mental examination. Counsel for the parties have been unable to agree on the terms for such examination. For the reasons stated more fully in Defendants' Memorandum in Support of Motion, submitted contemporaneously herewith and expressly incorporated herein by reference, Defendants have shown "good cause" why Plaintiff should be required to submit to the mental examination as described, and the Court should grant Defendants the relief they have requested.

Dated: May 12, 2006                                      Respectfully submitted,

                                                                                   _____
                                                                                   Laura B. Hoguet (#200915)
                                                                                   Dorothea W. Regal (#NY0064)
                                                                                   HOGUET NEWMAN & REGAL, LLP
                                                                                   10 East 40th Street
                                                                                    New York, NY 10016
                                                                                   (212) 689-8808

- 2 -

*Counsel for Defendants Electricité de France, S.A. and Electricité de France International North America, Inc.*


_____/s/_____
Ronald S. Cooper (#149799)
Morgan D. Hodgson (#186521)
David Clark (#473279)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 429-3000

*Counsel for Defendant Christian Nadal*