IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   No. 1:05CV0969 (JGP)<br>) |
| ELECTRICITE DE FRANCE<br>  INTERNATIONAL NORTH AMERICA,<br>  INC., et al. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

Upon consideration of Defendants' Motion to Require Plaintiff to Submit to a Mental Examination; the Court hereby ORDERS as follows:

The Defendants' Motion to Require Plaintiff to Submit to a Mental Examination is hereby GRANTED;

Plaintiff, Catherine Gaujacq is ordered to appear for a mental evaluation by Dr. Carol C. Kleinman at 5480 Wisconsin Avenue, Chevy Chase, MD 20815 on May 25, 2006 at 8:00 am. The examination will take no more than eight (8) hours to complete, and will consist of a clinical evaluation of Plaintiff and may involve psychological testing, both in a private setting.

SO ORDERED this _____ day of _____ 2006.

_____
The Honorable John Garrett Penn
United States District Court Judge