AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Catherine Gaujacq )
            )
    Plaintiff(s)    )    **APPEARANCE**
            )
            )
    vs.        )    CASE NUMBER   1:05CV0969(JGP)
Electricitie de France International North )
America, et al.    )
    Defendant(s)    )


To the Clerk of this court and all parties of record:

Please enter the appearance of   Morgan D. Hodgson   as counsel in this
                (Attorney's Name)

case for:   Defendant Christian Nadal
            (Name of party or parties)


May 11, 2006
Date

_[signature]_
Signature

MORGAN D HODGSON
Print Name

DC 186528
BAR IDENTIFICATION

1330 Connecticut Ave., NW
Address

Washington, DC 20036
City         State         Zip Code

202-429-6219
Phone Number