AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Catherine Gaujacq

   Plaintiff(s)   )
          ) **APPEARANCE**
          )
   vs.      ) CASE NUMBER  05-cv-00969
Electricite de France, et al. )
          )
   Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __David A. Clark__ as counsel in this
           (Attorney's Name)

case for: __Defendant Christian Nadal__
     (Name of party or parties)

__May 15, 2006__          _[signature]_
Date               Signature

               David A. Clark
__DC 473279__         Print Name
BAR IDENTIFICATION
               __1330 Connecticut Ave., NW__
               Address

               __Washington, DC  20036__
               City   State   Zip Code

               __202-429-6402__
               Phone Number