AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CATHERINE GAUJACQ

        Plaintiff(s)    )    **APPEARANCE**

vs.    )    CASE NUMBER   05-0969 (JGP)
ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., ELECTRICITE DE FRANCE, S.A. AND CHRISTIAN NADAL,
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Randi Seltzer May   as counsel in this
                                     (Attorney's Name)

case for:   ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC. AND ELECTRICITE DE FRANCE, S.A.
                (Name of party or parties)

February 7, 2006
Date

*Randi Seltzer May* (signature)
Signature

Randi Seltzer May
Print Name

NY0063
BAR IDENTIFICATION

HOGUET NEWMAN & REGAL, LLP  10 East 40th Street
Address

New York, New York 10016
City    State    Zip Code

212 689-8808
Phone Number