# United States District Court
# For the District of Columbia

CATHERINE GAUJACQ               )     **AMENDED**
                                )
        Plaintiff(s)             )    **APPEARANCE**
                                )
                                )
            vs.                  )    CASE NUMBER   05-0969 (JGP)
ELECTRICITE DE FRANCE INTERNATIONAL NORTH )
AMERICA, INC., ELECTRICITE DE FRANCE, S.A. AND )
CHRISTIAN NADAL,                )
        Defendant(s)             )


To the Clerk of this court and all parties of record:

Please enter the appearance of  Randi Seltzer May  as counsel in this
                                (Attorney's Name)

case for:  ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC. AND ELECTRICITE DE FRANCE, S.A.
                            (Name of party or parties)


May 16, 2006
Date                                    Signature

                                        Randi Seltzer May
NY0063                                  Print Name
BAR IDENTIFICATION
                                        HOGUET NEWMAN & REGAL, LLP  10 East 40th Street
                                        Address

                                        New York, New York 10016
                                        City        State       Zip Code

                                        212 689-8808
                                        Phone Number