IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO FILE DOCUMENT UNDER SEAL

Plaintiff CATHERINE GAUJACQ, by counsel, hereby moves this Court, pursuant to Local Civil Rule 5.1(j), for an Order filing under seal the Expert Report of Dr. Liza Gold. The grounds for this motion are set forth in the accompanying Memorandum, and a proposed order is attached.

May 15, 2006

_Elaine Bredehoft/by Pcc_
Elaine Charlson Bredehoft
D.C. Bar No. 441425
Kathleen Z. Quill
D.C. Bar No. 489079
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800

Counsel for Plaintiff
Catherine Gaujacq