IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | No 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC, et al ) | |
| ) | |
| Defendants ) | |

## MEMORANDUM IN SUPPORT OF MOTION
## TO FILE DOCUMENT UNDER SEAL

Plaintiff CATHERINE GAUJACQ ("Ms. Gaujacq"), by counsel, hereby moves this Court, pursuant to Local Civil Rule 5.1(j), for an Order filing under seal the Expert Report of Dr. Liza Gold. The Expert Report of Dr. Liza Gold is attached as Attachment A

### CERTIFICATE UNDER LOCAL RULE 37(E)

Counsel for the Plaintiff hereby certifies that counsel for Defendants have expressed no objection to Plaintiff's Motion to File Dr. Gold's Expert Report Under Seal

### ARGUMENT

This matter was discussed in open court today (May 15, 2006). The Expert Report by Dr. Liza Gold of Catherine Gaujacq contains information of a sensitive and personal nature. In accordance with the parties' Protective Order entered and accepted by this Court on December 14, 2005, documents of a personal nature shall be deemed "confidential" and, if necessary to file with the Court, shall be filed under seal. Pursuant to the terms of the Protective Order, Plaintiff hereby requests that Dr. Gold's Expert Report be filed under seal

May 15, 2006              _____
                                Elaine Charlson Bredehoft
                                D.C. Bar No. 441425
                                Kathleen Z. Quill
                                D.C. Bar No. 489079
                                CHARLSON BREDEHOFT & COHEN, P.C.
                                11260 Roger Bacon Drive, Suite 201
                                Reston, Virginia 20190
                                (703) 318-6800

                                Counsel for Plaintiff
                                  Catherine Gaujacq

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion, Memorandum, and Proposed Order in Support of Plaintiff's Motion to File Document Under Seal this 15th day of May 2006, by email, to counsel for defendants as follows:

> Laura B. Hoguet, Esq.
> Dorothea W. Regal, Esq.
> HOGUET NEWMAN & REGAL, LLP
> 10 East 40th Street
> New York, New York 10016
> (212) 689-8808
> lhoguet@hnrlaw.com
> dregal@hnrlaw.com
>
> Counsel for Defendants
>   Electricite de France, S.A. and
>   Electricite de France International North America
>
>
> Ronald S. Cooper, Esq.
> David Clark, Esq.
> Morgan Day Hodgson, Esq.
> STEPTOE & JOHNSON LLP
> 1330 Connecticut Avenue, NW
> Washington, DC 20036
> (202) 429-3000
> rcooper@steptoe.com
> dclark@steptoe.com
> mhodgson@steptoe.com
>
>
> Counsel for Defendant
>   Christian Nadal

_____
Elaine Charlson Bredehoft