IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | No 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC , et al ) | |
| ) | |
| Defendants. ) | |

## ORDER FILING UNDER SEAL

Plaintiff Catherine Gaujacq, having moved, by counsel, pursuant to Local Civil Rule 5 1(j), for an Order filing under seal the Expert Report of Dr Liza Gold, and upon good cause shown, it is hereby

ORDERED, that Plaintiff's motion to file the Expert Report of Dr Liza Gold under seal is GRANTED; and it is further

ORDERED, that the Expert Report of Dr Liza Gold is filed under seal

SO ORDERED

DATE: _____   _____
Hon. John Garrett Penn
United States District Judge