UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATHERINE GAUJACQ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-0969 (JGP) |
| ) | |
| **ELECTRICITE DE FRANCE** ) | |
| **INTERNATIONAL NORTH AMERICA, INC.,** ) | |
| ) | |
| **ELECTRICITE DE FRANCE, S.A.,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **CHRISTIAN NADAL** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

Upon consideration of plaintiff's **Motion to File Document Under Seal**, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**.


**Date: May 16, 2006**                                                        **JOHN GARRETT PENN**
                                                                               **United States District Judge**