IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br>    Plaintiff, )<br>        v. )<br>ELECTRICITÉ DE FRANCE<br>  INTERNATIONAL NORTH AMERICA,<br>  INC., et al. )<br>    Defendants. ) | No. 1:05CV0969 (JGP) |

### DEFENDANTS' UNOPPOSED MOTION FOR ORDER REQUIRING PLAINTIFF TO SUBMIT TO MENTAL EXAMINATION

Defendants Electricité de France, S.A. ("EDF"), Electricité De France International North America, Inc. ("EDFINA"), and Christian Nadal ("Nadal") hereby move the Court pursuant to Federal Rules of Civil Procedure 35(a) for an Order requiring Plaintiff Catherine Gaujacq to submit to mental examination. Counsel for Plaintiff has authorized undersigned counsel to represent that she consents to entry of the Order submitted herewith. Good cause why Plaintiff should be required to submit to the mental examination is stated in Defendants' Memorandum in Support of Motion filed on May 12, 2006 in support of a Rule 35 Order. Defendants respectfully request that the Court enter the Order.

Dated: May 17, 2006

Respectfully submitted,

_____
Laura B. Hoguet (#200915)
Dorothea W. Regal (#NY0064)
HOGUET NEWMAN & REGAL, LLP
10 East 40th Street
New York, NY 10016
(212) 689-8808

*Counsel for Defendants Electricité de France, S.A. and Electricité de France International North America, Inc.*

                /s/
Ronald S. Cooper (#149799)
Morgan D. Hodgson (#186521)
David Clark (#473279)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

*Counsel for Defendant Christian Nadal*

- 2 -