IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITÉ DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

**CONSENT ORDER**

Upon consideration of Defendants' Unopposed Motion to Require Plaintiff to Submit to a Mental Examination and the Consent of the Plaintiff to submit to an Examination pursuant to Fed. R. Civ. P. 35; it is hereby agreed, and therefore ORDERED as follows:

Plaintiff, Catherine Gaujacq shall appear for a mental evaluation by Dr. Carol C. Kleinman at 5480 Wisconsin Avenue, Chevy Chase, MD 20815 on May 25, 2006 at 10:00 am. The examination will take no more than eight (8) hours to complete. It will consist of a private clinical evaluation of Plaintiff and may involve psychological testing. The actual test questions, the answer sheets marked or prepared by the Plaintiff, and any computer-scored results or computer analysis of the testing will be provided to Plaintiff's counsel at the time Dr. Kleinman's report is submitted.

- 2 -

SO ORDERED this _____ day of \_\_\_\_\_ 2006.

_____
The Honorable John Garrett Penn
United States District Court Judge