# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| | ) |
| ELECTRICITE DE FRANCE | ) |
| INTERNATIONAL NORTH AMERICA, | ) |
| INC., et al. | ) |
| | ) |
| Defendants. | ) |

## AUTHORIZATION

I, Catherine Gaujacq, hereby authorize the disclosure of copies of any NON-OPINION records, documents and/or files in the possession, custody or control of RHR International Company, or Cheryl Fellows, Ph.D. relating specifically to me in connection with my interviewing and qualifications for employment with ENTERGY Corporation, to Hoguet Newman & Regal, LLP, 10 East 40th Street, 35th Floor, New York, New York 10016, attorneys for defendants Electricite de France, S.A. ("EDF") and Electricite de France International North America, Inc. ("EDFINA") in the above-captioned action, and to Steptoe & Johnson LLP, 1330 Connecticut Avenue NW, Washington, DC 20036, attorneys for defendant Christian Nadal in the above-captioned action, with a copy to my counsel, Charlson Bredehoft & Cohen, P.C., 11260 Roger Bacon Drive, Suite 201, Reston, Virginia 20190. I further authorize Cheryl Fellows, Ph.D. to testify as to any fact knowledge she may have, but based upon the representations made to me by Defendants that they do not intend to seek any opinion evidence or testimony, I do not waive any

Privilege concerning opinions, and do not authorize Dr. Fellows to provide any information or testimony, constituting or relating to any opinions of Dr. Fellows, and request that Dr. Fellows decline to answer any questions seeking such opinion related information or testimony.

A photocopy of this authorization shall have the same force and effect as the original.

Dated: _____, 2006.


_____
Catherine Gaujacq