IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al. | ) |
| Defendants. | ) |

### ORDER

Defendants Electricite de France ("EDF"), Electricite de France International North America ("EDFINA"), and Christian Nadal ("Mr. Nadal") having demanded, by counsel, a medical authorization from Ms. Gaujacq, and upon consideration of the papers and good cause shown, it is hereby

ORDERED that Defendants' motion is DENIED as moot.

DATE: _____    _____
                          Hon. John Garrett Penn
                          United States District Judge