IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
|   Plaintiff, ) | |
|   v. ) | No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE ) INTERNATIONAL NORTH AMERICA, ) INC., et al. ) | |
|   Defendants. ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF ADDITIONAL AUTHORITY RELEVANT TO DEFENDANTS' MOTION FOR PLAINTIFF'S LIMITED MEDICAL AUTHORIZATION**

Defendants Electricité de France, S.A., Electricité de France International North America Inc. and Christian Nadal ("Defendants") respectfully request that the Court accept for filing the attached supplementary filing bringing to the Court's attention a recent Order issued by the United States District Court for the Northern District of Texas that is directly relevant to Defendants' Motion for Plaintiff's Limited Medical Authorization, filed May 17, 2006. A proposed Order is attached.

Dated: May 26, 2006

Respectfully submitted,

/s/
_____
Laura B. Hoguet (#200915)
Dorothea W. Regal (#NY0064)
HOGUET NEWMAN & REGAL, LLP
10 East 40th Street
New York, NY 10016
(212) 689-8808

- 2 -

*Counsel for Defendants Electricité de France, S.A. and Electricité de France International North America, Inc.*

/s/
_____
Morgan D. Hodgson (#186521)
David Clark (#473279)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

*Counsel for Defendant Christian Nadal*