IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br>)<br>   Plaintiff, )<br>)<br>      v. )<br>)<br>ELECTRICITÉ DE FRANCE )<br>  INTERNATIONAL NORTH AMERICA, )<br>  INC., et al. )<br>)<br>   Defendants. )<br>) | No. 1:05CV0969 (JGP) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion and the arguments presented, the Court hereby:

GRANTS the Motion of Defendants Electricité de France, S.A., Electricité de France International North America Inc. and Christian Nadal for Leave to File Notice Of Additional Authority Relevant To Defendants' Motion For Plaintiff's Limited Medical Authorization dated May 26, 2006.


May __, 2006    _____
                The Honorable John Garrett Penn
                United States District Judge