IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
CATHERINE GAUJACQ                       )
                                        )
    Plaintiff,                          )
                                        )
        v.                              )   No. 1:05CV0969 (JGP)
                                        )
ELECTRICITÉ DE FRANCE                   )
  INTERNATIONAL NORTH AMERICA,          )
  INC., et al.                          )
                                        )
    Defendants.                         )
_____ )

**DEFENDANTS' NOTICE OF ADDITIONAL AUTHORITY IN SUPPORT OF
DEFENDANTS' MOTION FOR PLAINTIFF'S LIMITED
MEDICAL AUTHORIZATION**

As this Court is aware from Defendants' Motion for Plaintiff's Limited Medical Authorization, filed May 17, 2006, Defendants Electricité de France, S.A., Electricité de France International North America Inc. and Christian Nadal ("Defendants") seek an Order of this Court requiring Plaintiff Catherine Gaujacq to execute a medical authorization to permit Dr. Cheryl Fellows, a psychologist who tested and interviewed Plaintiff, to produce documents and testify at deposition about facts and occurrences relevant to this lawsuit, namely her contacts and interactions with Plaintiff, which have occurred on multiple occasions between January 2005 and April 2006.

Judge Kaplan of the United States District Court for the Northern District of Texas, earlier today issued an Order requiring Dr. Fellows to comply with the outstanding subpoena and

appear at deposition.[1]  The Order is attached at Exhibit A hereto for this Court's consideration in ruling on Defendants' pending Motion.  Judge Kaplan's analysis of the law and the permissible scope of examination by Defendants makes clear that the scope of examination planned by Defendants, and, therefore, the scope of the medical authorization sought by Defendants, is reasonable.   Plaintiff's attempt to limit the scope of inquiry through an unnecessarily restricted medical authorization is not reasonable.

Dated: May 26, 2006

Respectfully submitted,

/s/
_____
Laura B. Hoguet (#200915)
Dorothea W. Regal (#NY0064)
HOGUET NEWMAN & REGAL, LLP
10 East 40th Street
New York, NY  10016
(212) 689-8808

*Counsel for Defendants Electricité de France, S.A. and Electricité de France International North America, Inc.*

/s/
_____
Morgan D. Hodgson (#186521)
David Clark (#473279)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 429-3000

*Counsel for Defendant Christian Nadal*

---

[1] Judge Kaplan's Order requires a  deposition on May 30, 2006, but the deposition will likely be rescheduled to  accommodate Dr. Fellows' schedule and the required production of documents.