IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CATHERINE GAUJACQ | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al. | ) ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION FOR WITHDRAWAL OF APPEARANCE OF RONALD S. COOPER AS COUNSEL FOR DEFENDANT CHRISTIAN NADAL**

Ronald S. Cooper, counsel of record for defendant Christian Nadal, hereby moves the Court pursuant to Local Rule 83.6(c) for leave to withdraw his appearance as counsel in this case. Defendant Christian Nadal will continue to be represented by Morgan D. Hodgson and David A. Clark of Steptoe & Johnson, LLP. Counsel has informed Mr. Nadal of his intent to withdraw his appearance and has obtained Mr. Nadal's consent. Counsel Ronald S. Cooper respectfully requests that the Court enter the attached order.

Dated: May 31, 2006

Respectfully submitted,

_____/s/_____
Ronald S. Cooper (149799)
Morgan D. Hodgson (#186521)
David Clark (#473279)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

*Counsel for Defendant Christian Nadal*