IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al. | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motion for Withdrawal of Appearance of Ronald S. Cooper; the Court hereby ORDERS as follows:

The motion is hereby GRANTED.

SO ORDERED this _____ day of _____ 2006.

_____
The Honorable John Garrett Penn
United States District Court Judge