# EXHIBIT D



---

**CONDITIONS PARTICULIERES APPLICABLES A LA MISSION DE LONGUE DUREE**

**DE MADAME CATHERINE GAUJACQ A WASHINGTON**

---

ENTRE :

ELECTRICITE DE FRANCE
dont le siège social est situé :

2, rue Louis Murat
75008-PARIS

REPRESENTEE PAR :

Jean-Louis JOLIOT, Secrétaire Général

D'UNE PART,

ET

Madame Catherine GAUJACQ

demeurant :

Rue de Kotchandpur
76550 - OFFRANVILLE

D'AUTRE PART

il a été convenu et arrêté ce qui suit :

Article 1 - Objet de l'engagement

Madame Catherine GAUJACQ est nommée, à la date d'effet du 1ᵉʳ août 2000, Déléguée *Générale*
Etats-Unis et Canada à Washington par décision du Directeur Général Délégué "Clients".

Les conditions générales de la mission qui se rattachent à la position " Mission de Longue
Durée " sont décrites dans la brochure intitulée " Guide de Gestion des Agents travaillant à
l'étranger " dont Madame Catherine GAUJACQ déclare avoir reçu un exemplaire.

Ces conditions générales sont applicables dans la mesure où celles particulières, précisées
ci-après, n'y dérogent pas.

- 1/9 -

Les clauses du présent document se substituent donc en tant que de besoin aux dispositions correspondantes de la brochure ci-dessus, en les annulant ou les remplaçant. Elles constituent la base des engagements réciproques des deux parties signataires et prennent effet à la date de départ pour les Etats-Unis.

Le présent engagement, qui prend effet à la date d'installation à Washington, cessera de plein droit d'être applicable à la fin de la mission pour quelque cause que ce soit ; le contrat de travail initial reprenant de plein droit tous ses effets dès le retour définitif en France.

### Article 2 – Législation applicable

Pour tout ce qui concerne les conditions d'exécution de la prestation de travail, notamment les dispositions relatives à la durée du travail, au repos hebdomadaire, au régime des jours fériés et chômés, il est fait application des lois et règlements du lieu où s'exerce l'activité professionnelle définie à l'article 6.

### Article 3 - Fonction

*générale*

Madame Catherine GAUJACQ est affectée à Washington en qualité de Déléguée Etats-Unis et Canada. Les responsabilités spécifiques confiées, les résultats attendus et les conditions d'évaluation de ses résultats font l'objet de la lettre de mission établie par le Directeur International d'EDF, auquel Madame Catherine GAUJACQ aura à rendre compte régulièrement de l'exercice de sa mission professionnelle.

### Article 4 - Durée de la mission

Prévue pour une durée initiale de 3 ans, renouvelable pour une année par tacite reconduction.

### Article 5 - Statut familial

Il est retenu pour l'application de plusieurs dispositions communes insérées au guide de gestion cité à l'article 1 que Madame Catherine GAUJACQ a fait le choix de résider sur son nouveau lieu d'activité avec son conjoint.

### Article 6 - Lieu de travail

Au siège de la Délégation d'EDF à WASHINGTON :

Electricité de France International North America, Inc
1730 Rhodes Island Avenue NW – Suite 509
WASHINGTON DC, 20036
ETATS-UNIS

En fonction des nécessités du service, EDF se réserve le droit de demander à Madame Catherine GAUJACQ d'effectuer des déplacements temporaires n'entraînant pas de changement de lieu de résidence.

EDF 000439

En fonction des nécessités du service, EDF se réserve le droit de demander à Madame Catherine GAUJACQ d'effectuer des déplacements temporaires n'entraînant pas de changement de lieu de résidence.

### Article 7 - Rémunération

A la date de sa prise de fonction, Madame Catherine GAUJACQ aura un salaire mensuel de base fixé à 39 313, 63 F.

Elle percevra en outre l'indemnité dégressive d'ancien Directeur d'unité, dont la valeur, la première année, est de 3 550 F/mois payée 12 fois l'an.

En contrepartie des responsabilités exercées, Madame Catherine GAUJACQ percevra avec son traitement de base FRANCE déterminé par référence à son classement personnel, augmenté le cas échéant des avantages familiaux reconnus par la loi française ou la réglementation propre à EDF, une rémunération spécifique comprenant les composantes ci-après.

Ces éléments se substitueront aux précédents avantages reconnus au titre de l'emploi exercé en France.

○ **Une indemnité d'éloignement**

CALCUL

Cette indemnité versée avec les appointements est calculée selon la formule suivante :

$S \times 13/12 \times X \%$,

S : étant le salaire mensuel brut correspondant :

⇨    au classement de l'agent au jour de son départ ;

⇨    à la majoration résidentielle appliquée à Paris : 25 %.

X : représente le pourcentage de "dépaysement et de difficultés de vie", soit, pour Washington : 15 %.

Le montant de cette indemnité mensuelle s'élève à ce jour à 6 388,47 F.

REVISION

Le montant de cette indemnité est actualisé en fonction des modifications du barème des rémunérations en vigueur à EDF et des évolutions affectant le salaire de Madame Catherine GAUJACQ.

○  Une indemnité compensatrice du différentiel de coût de vie

Par rapport à la base FRANCE, l'indice de coût de vie déterminé par la Société O.R.C. - Société de conseil en ressources humaines retenue par E.D.F. et G.D.F. pour mesurer les

- 3 / 9 -

L'indemnité mensuelle allouée à ce titre avec les appointements est fixée pour une personne résidant à Washington avec son conjoint à 7 395, 63 F.

Cette indemnité est régulièrement actualisée en fonction de l'évolution des indices de coût de vie.

∘ Autres formes de rémunération / Personnel de Direction

Madame Catherine GAUJACQ bénéficiera aussi des avantages propres au régime appliqué en France au personnel de Direction (P.A.G., jours de disponibilité).

Les remboursements de frais professionnels attachés au poste occupé avant l'affectation à Washington ne sont pas reconduits : la prise en charge des dépenses liées à l'usage du véhicule personnel mis à la disposition d'EDF, prend fin à la date d'installation à Washington ainsi que les remboursements de communications téléphoniques en France.

Article 8 - Domicile en France

Pendant la durée d'application du présent engagement, Madame Catherine GAUJACQ fait élection de domicile à l'adresse suivante :

Chalet " Les Patous "
Rue du Rochas
05100 - MONTGENEVRE

Les conséquences attachées à cette notion sont précisées au document annoncé à l'article 1 des présentes.

Compte tenu de la libération du logement actuel situé rue de Kolchandpur à OFFRANVILLE , les frais de transport du mobilier jusqu'au lieu de stockage, ainsi que le coût du garde-meubles seront pris en charge, au vu des justificatifs, par le Département Personnel de Direction.

Article 9 - Logement à Washington

Loyer et charges

EDF mettra gratuitement un logement à la disposition de Madame Catherine GAUJACQ.

Celle-ci recherchera ce logement et prélèvera sur la trésorerie de la Délégation le montant du loyer qu'elle versera au bailleur. Les sommes utilisées devront pouvoir être vérifiées au vu de justificatifs.

Les autres dépenses directement liées à l'occupation du local d'habitation (charges, chauffage, consommations d'énergie, assurances et taxes locales) seront prises en charge selon les modalités exposées ci-dessus pour le loyer principal.

Il en sera de même pour les dépenses liées au maintien à niveau du mobilier en possession d'EDF, à traiter en liaison avec la Direction Internationale sur justificatifs selon l'état des lieux.

EDF 000441

Les quittances, ou à défaut un état des frais engagés, devront être annexées à la pièce comptable justifiant les prélèvements opérés à partir de la trésorerie de la Délégation.

A titre exceptionnel, les frais pour l'installation d'un poste téléphonique ou d'un fax au domicile de Madame Catherine GAUJACQ ainsi que le coût d'abonnement restent à la charge d'EDF.

Le coût des communications téléphoniques émises à partir du domicile n'est pas pris en charge, sauf nécessité justifiée par des motifs strictement professionnels.

○ **Indemnité forfaitaire d'installation**

Dès conclusion du présent engagement, une indemnité forfaitaire de premier équipement, fixée à 10 000 F, sera versée au compte bancaire personnel en France de Madame Catherine GAUJACQ.

○ **Déménagement international**

Les frais exposés pour l'acheminement du mobilier et des effets personnels adaptés à la situation familiale seront pris en charge par le Département Personnel de Direction sur présentation des justificatifs et après accord de la Mission aux Cadres Dirigeants du Pôle Clients. Au terme de la mission, les mêmes dispositions sont appliquées.

Du fait des conditions d'installation, Madame Catherine GAUJACQ ne bénéficiera pas de l'article 30 au départ de la mission ; elle bénéficiera de l'article 30 en fin de mission, si le changement de résidence est effectif et nécessaire par rapport au logement occupé avant le départ en mission.

### Article 10 - Indemnité de Perte d'emploi du conjoint

Conformément à la note DP 17.1, Madame Catherine GAUJACQ aura droit à une indemnité mensuelle pour compenser le fait que son mari doit abandonner son emploi actuel à l'Education Nationale pour l'accompagner à Washington.

Cette indemnité lui sera versée, si son mari n'a pas trouvé d'emploi à Washington au moment du départ aux USA et tant qu'il n'en aura pas trouvé un, dans la limite de deux ans. Le montant de cette indemnité mensuelle est fixé à deux fois le salaire national de base, soit 5 197,28 F. $5259,68$ (valeur 1-7-2000)

EDF s'engage à fournir à Madame Catherine GAUJACQ, via EDF International North America, l'assistance juridique à l'obtention du visa de travail H1B de son époux sur présentation par celui-ci d'une proposition de travail d'un employeur américain.

### Article 11 – Véhicule Personnel de Direction

Le véhicule précédemment utilisé par Monsieur Jean COTTAVE est mis à la disposition de Madame Catherine GAUJACQ. Il est prioritairement réservé à l'usage professionnel. Le remplacement du véhicule sera réalisé dans les conditions générales appliquées aux cadres dirigeants, après accord du Gestionnaire de carrière du Pôle Clients.

EDF 000442

Madame Catherine GAUJACQ est invitée à souscrire toutes les assurances garantissant sa propre responsabilité et celle de son employeur.

Les dépenses relatives aux assurances ainsi que les frais d'entretien et de réparation du véhicule sont à la charge d'EDF. A cet effet, Madame Catherine GAUJACQ est autorisée à prélever sur la caisse de la Délégation les moyens de paiement des prestataires avec justification par les exemplaires originaux des factures.

Les dépenses de carburant correspondant à l'usage professionnel sont également prises en charge par EDF. Les consommations relatives à des déplacements privés ne sont pas indemnisées.

Les éventuelles conséquences des décisions pénales ou civiles à raison de l'usage du véhicule sont à la charge de Madame Catherine GAUJACQ.

Le véhicule, propriété d'EDF, sera restitué, en fin de mission, à son représentant.

### Article 12 - Frais de fonctionnement de la Délégation

Madame Catherine GAUJACQ est autorisée à prélever sur les fonds mis à la disposition de la Délégation, les dépenses d'ordre professionnel engagées sur place pendant et à l'occasion de sa mission (frais de déplacement sur le territoire, fournitures d'équipements professionnels, frais de réception, etc.).

Ces dépenses sont mentionnées sur l'état mensuel des mouvements de fonds adressé au Service Gestion-Budget-Financements Internationaux de la Direction Internationale accompagné des pièces justificatives.

Ces dépenses s'inscrivent dans le cadre de l'allocation budgétaire annuelle notifiée à la Délégation par la Direction internationale.

Toute dépense exceptionnelle non inscrite ou non prise en compte pour la détermination du budget de fonctionnement, ne pourra être engagée qu'après accord du Directeur international d'EDF.

### Article 13 - Voyages internationaux

○ Voyages en cours de mission pour des raisons professionnelles

Ils sont effectués par la voie la plus directe en classe affaires et pris en charge pour Catherine GAUJACQ seule.

○ Voyages au titre des congés annuels

Pour Madame Catherine GAUJACQ et son conjoint, les voyages aériens sont pris en charge pour chaque période de 12 mois de séjour, en classe économique et pour des vols directs, à raison de 2 rotations entre son lieu de mission et leur lieu de résidence en France désigné à l'article 8 des présentes.

Le coût d'achat des titres de transport, achetés suivant les conditions tarifaires pratiquées sur place, est prélevé sur la trésorerie de la Délégation ; la justification étant apportée par la production des originaux des factures établies par l'agence de voyages locale ou le transporteur.

EDF 000443

Article 14 - Fiscalité

○ En France

A l'occasion de son installation aux USA, Madame Catherine GAUJACQ s'engage à accomplir auprès de l'inspection des Impôts de son dernier domicile en France, toutes les obligations et formalités relatives à sa situation fiscale personnelle - notamment pour ce qui concerne l'apurement de son compte pour l'année fiscale en cours.

Pour l'appréciation à cet égard de sa position, une note générale d'information établie par le Service Fiscal de la Direction Financière d'EDF est annexée aux présentes.

○ Aux USA

Catherine GAUJACQ s'engage à se conformer pendant la durée de sa mission aux règles fiscales en vigueur aux USA.

Elle devra particulièrement s'assurer du respect des obligations fiscales assignées par la loi et les règlements des Etats-Unis aux personnes physiques domiciliées fiscalement sur leur territoire.

Pour information, est annexée aux présentes copie de la note du 10 mai 1995 des Directeurs des Services Financiers et Juridiques d'Electricité de France et du Gaz de France.

EGALISATION FISCALE

Pour assurer la neutralisation des effets de la fiscalité locale sur son traitement, Madame Catherine GAUJACQ autorise Electricité de France à prélever mensuellement sur sa rémunération domiciliée en France, à compter de la date d'installation à Washington, le montant de la retenue pour égalisation fiscale.

A la date des présentes, cette retenue mensuelle sur le bulletin individuel de paie s'élève à 6 894 F.

Le montant de cette retenue est mis à jour annuellement en fonction des dispositions de la loi de finances.

EDF s'engage à assurer suivant les conditions arrêtées par ses Conseils le règlement des contributions locales assises sur les salaires de Madame Catherine GAUJACQ et mises en recouvrement par l'Administration du lieu d'exercice de l'activité professionnelle.

Une fiche de calcul de la retenue pour égalisation fiscale est jointe en annexe.

EDF 000444

### Article 15 - Protection sociale

Cette dernière est organisée sur la base d'une adhésion, pour le compte de l'assurée et son conjoint, au régime de la Caisse des Français de l'Etranger, dont les prestations sont complétées par les indemnités servies par la Mutuelle du régime spécial de sécurité sociale et celles allouées en application du contrat d'assurance EDF-GDF/AXA présenté au Guide de Gestion.

Afin de faciliter l'accès aux soins, elle bénéficiera aussi, ainsi que son conjoint, d'une garantie particulière " frais médicaux, hospitalisation, etc. "(Chargés de mission police AIG 4700.0001).

Pour faciliter le règlement des indemnités, il est demandé d'adresser l'ensemble des originaux des documents concernant les soins, au correspondant désigné ci-après :

Monsieur Jacques GAMARD - Président de la SLV 18
EDF - DI
30, rue Jacques Ibert -75858 PARIS CEDEX 17
☎ +33 1 40.42.65.43

Il est recommandé de conserver la copie des pièces adressées aux organismes de sécurité sociale pour faciliter le suivi du processus de règlement des indemnités.

### Article 16 - Assurances

Madame Catherine GAUJACQ sera inscrite au contrat d'assurance-vie des cadres dirigeants pour un capital de 500 000 F, ainsi qu'aux contrats d'assurance-décès « toutes causes » et « accident ».

### Article 17- Immatriculation consulaire

Madame Catherine GAUJACQ est invitée, dès son installation, à se faire immatriculer à l'Ambassade de France à Washington :

Consulat Général de France
4101 Réservoir Road NW Olozaga 9,
Washington DC, 20007
☎ +1 202 944 60 00

Bien que cette formalité soit facultative, la carte d'immatriculation consulaire facilitera l'accomplissement d'un grand nombre de démarches tant auprès des autorités locales que des autorités françaises.

### Article 18 - Engagement

Madame Catherine GAUJACQ s'engage à faire connaître sans délai tout changement postérieur à la conclusion du présent engagement qui interviendrait dans son état civil, sa situation familiale.

EDF 000442

### Article 19 – Obligation de sécurité

Madame Catherine GAUJACQ s'engage à tenir informé le responsable désigné à l'article 3 de tous les faits et risques observés sur le lieu de travail ou dans son environnement courant, qui seraient de nature à menacer sa sécurité ou celle des membres de sa famille. Il envisagera à cette occasion, après concertation avec le responsable susvisé, les mesures permettant de la rétablir.

En cas d'accident du travail, Madame Catherine GAUJACQ doit également en informer ce même responsable dans les meilleurs délais.

Toute reproduction ou communication du présent engagement à l'extérieur d'Electricité de France sans le consentement préalable d'Electricité de France – Délégation aux Cadres Dirigeants est prohibée.

Fait à Paris, en deux originaux, le    01.07.2000

Le Secrétaire Général d'EDF

Jean-Louis JOLIOT                    Catherine GAUJACQ

Annexes :    Calcul de l'impôt théorique français
             Fascicule sécurité
             Note du 10 mai 1995 des Directeurs des Services Financiers et Juridiques d'EDF/GDF

-9/9-

EDF 000446

Annexe

Délégation aux cadres dirigeants
pour EDF et Gaz de France

Juin 2000

## CALCUL DE LA RETENUE POUR EGALISATION FISCALE
### DE Madame Catherine GAUJACQ

Les montants sont en francs

| | Taux | Salaire | Total |
|---|---|---|---|
| Mensuel | | 39 314 | 39 314 |
| Mensualités | | 13 | |
| Annuel | | 511 077 | 511 077 |
| Cotisations IVD, CAS, solidarité (1) | 10,57% | -53 995 | -53 995 |
| CSG déductible (2) | 5,10% | -24 762 | -24 762 |
| Net imposable | | 432 320 | 432 320 |
| Revenu imposable (R) | 72% | | 311 271 |
| Nombre de parts | 2 | | |
| Taux d'imposition marginal | 43% | | |
| Déduction dans barème (3) | -65 198 | | |
| Impôt sur le revenu | | | -68 648 |
| CSG non déductible (4) | 2,90% | | -14 080 |
| Total | | | -82 729 |
| Retenue mensuelle | | | -6 894 |

Notes :
(1) IVD 7,65%, CAS 1,715 %; Solidarité 1%
(2) S'applique sur 95 % du revenu brut
(3) L'impôt est égal à R x taux marginal - déduction dans barème
(4) S'applique sur 95 % du revenu brut

EDF 000447

SPECIFIC CONDITIONS APPLICABLE TO THE LONG TERM ASSIGNMENT OF MRS. CATHERINE GAUJACQ TO WASHINGTON

Between:

ELECTRICITE DE FRANCE
with headquarters located at

2, rue Louis Murat
75008 PARIS

Represented by:
Jean-Louis JOLIOT, General Secretary

ON THE ONE HAND,

and

Mrs. Catherine GAUJAC(
Residing:

[handwritten: T 266 to T 294]

Rue
765:

[HAND]

It has been agreed as follo·

## Article 1 – Purpose of As

By decision of the Gene                                        JJACQ is hereby named
[handwritten: General] Representative United States and Canada in Washington.

The general assignment conditions applicable for Representatives 'Long Term Assignment' are described in a brochure entitled 'Management Guide for Representatives Working Abroad', receipt of a copy of which is acknowledged by Mrs. Catherine GAUJACQ.

Such general conditions are applicable to the extent they are not amended by the specific conditions set forth below.

Accordingly, the provisions of this agreement cancel or replace, as the case may be, the corresponding provisions of the above-referenced brochure. The provisions hereof set forth the basis of the mutual agreement of the parties hereto and are effective as at the date of departure for the United States.

The provisions hereof set forth the basis of the mutual agreement of the parties hereto and are effective

This agreement which becomes effective at the date of transfer to Washington, shall automatically terminate at the end of the assignment for any reason; the initial employment contract shall be automatically reinstated in full upon permanent return to France.

### Article 2 – Applicable Law

For all matters relating to the conditions under which work is to be performed, in particular rules relating to work hours, weekly break, holidays and days-off, the rules and regulations of the location specified in Article 6 at which the work is performed shall apply.

### Article 3 – Role

Mrs. Catherine GAUJACQ is assigned to Washington as [handwritten: General] Representative to the United States and Canada. Specific responsibilities, expectations and performance evaluations are set out in a letter of assignment prepared by the International Director of EDF to whom Mrs. Catherine GAUJACQ will report regularly as to the performance of her assignment.

### Article 4 – Term of Assignment

Initially a period of 3 years, renewable for one year by tacit agreement.

### Article 5 – Family Matters

It is noted for purposes of applicability of several general provisions of the management guide referred to in Article 1 that Mrs. Catherine GAUJACQ has opted to reside in her new work location with her spouse.

### Article 6 – Place of Work

The offices of the EDF Representation in WASHINGTON:

> Electricité de France International North America, Inc
> 1730 Rhodes Island Avenue NW–Suite 509
> WASHINGTON DC, 20036
> USA

EDF may ask Mrs. Catherine GAUJACQ to travel as required for purposes of her work but without change of residence.

### Article 7 – Compensation

Upon taking up her functions, Mrs. Catherine GAUJACQ will receive upon the start of her assignment a base monthly salary of FF 39,313.63.

She will also be entitled to a declining indemnity as former Director, the value of which will be FF 3,550 per month for the first year, payable in 12 installments.

As consideration for her responsibilities, Mrs. Catherine GAUJACQ will receive compensation based on the following factors, in addition to her base compensation FRANCE based on her employee level; increased, as applicable, by French law or EDF specific family benefit.

These factors will be in lieu of the benefits previously granted for employment performed in France.

⊙ An expatriate indemnity

CALCULATION

This indemnity shall be paid concurrently with the salary and shall be calculated as follows:

S x 13/12 x X %

S: being the gross monthly salary corresponding:

⇨    to the representative's level on the expatriation date;

⇨    the housing increase applicable to Paris : 25%

X: represents the percentage for "expatriation and hardship", i.e. for Washington: 15%

The amount of this monthly indemnity as at the date hereof is FF 6,388.47.

REVISION

The amount of such indemnity is marked to market according to changes in the EDF salary grids and variations affecting Mrs. Catherine GAUJACQ's salary.

⊙ Cost of living differential indemnity

Compared to the basis FRANCE, the cost of living index determined by O.R.C.- a human resources company hired by E.D.F. and G.D.F. to measure [sentence end missing in French text]

Such monthly indemnity allocated with the salary for a Washington resident with a spouse is FF 7, 395.63.

This indemnity is regularly marked to market to reflect changes in the cost of living indexes.

⊙ Other Compensation / Executives

Mrs. Catherine GAUJACQ will also be entitled to the specific benefits afforded in France to executives (P.A.G., availability).

4.

There is no carry over of reimbursements of business expenses relating to the employment prior to the assignment to Washington: the expensing of costs relating to the personal vehicle offered by EDF as well as the reimbursements of telephone calls in France terminate upon the move to Washington.

Article 8–**Residence in France**

For the term of this agreement, Mrs. Catherine GAUJACQ elects domicile at the following address:

> Chalet"Les Patous'
> Rue du Rochas
> 05100–MONTGENEVRE

The effects of such election as set forth in the document referred to in Article1 hereof.

Given that the current domicile located rue de Kotchandpur in OFFRANVILLE is being vacated, the costs of moving furniture to storage as well as the storage costs will be paid, upon receipt of invoices, by the Executive Human Resources Department.

Article 9–**Housing in Washington**

**Rent and costs**

EDF will offer housing to Mrs. Catherine GAUJACQ at no cost.

She will look for housing and will withdraw from the Representative Office accounts the amount of rent to be paid to the landlord.  The amount used must be susceptible of proof.

The other expenses directly relating to housing (charges, heat, utilities, insurance and local taxes) will be paid as set forth above in respect of rent.

The same shall apply to the expenses of maintaining furniture owned by EDF, and shall be dealt with, based on a furniture inventory, by the International Department upon submission of proof.

Receipts, or if none, a statement as to expenses incurred, must be attached to the accounting document setting forth any withdrawals made from the Representative office accounts.

As an exception to the rule, the costs of installing a telephone or a fax machine in Mrs. Catherine GAUJACQ's home as well as the related charges will be paid by EDF.

The cost of telephone calls made from home is not covered, unless justified for purely business reasons.

⊚ **Lump sum moving indemnity**

Upon execution of this agreement, a lump-sum indemnity of FF 10,000 for basic equipment will be transferred to Mrs. Catherine GAUJACQ's personal bank account in France.

⊚ **International move**

The costs appropriate to the relevant family situation incurred to move furniture and personal effects will be paid by the Executive Human Resources Department upon submission of proof and after approval by the Executive Management - Department Clients. Upon the expiration of the term of the assignment, the same provision will apply.

In light of the moving conditions, Mrs. Catherine GAUJACQ will not benefit from the provisions of article 30 at the start of the assignment; she will benefit from article 30 at the conclusion of the assignment if there is an actual and necessary change in residence from that occupied prior to the start of the assignment.

## Article 10—Indemnity for Loss of Spouse's Employment

Pursuant to memorandum DP 17.1, Mrs. Catherine GAUJACQ is entitled to a monthly indemnity to compensate for the fact that her husband is leaving his current employment with the National Education to accompany his wife to Washington.

This indemnity will be payable if her husband has not found employment in Washington at the time of departure to the US and remains unemployed for a period of up to two years. The amount of this monthly indemnity is set at twice the national base salary, i.e. FF 5,197.28.

EDF agrees to provide to Mrs. Catherine GAUJACQ, though EDF International North America, legal counsel to obtain a H1B visa for her husband upon receipt by her husband of an offer employment from a US employer.

## Article 11 – Executive Car

The car that was previously used by Mr. Jean COTTAE will be made available to Mrs. Catherine GAUJACQ. Its main purpose is business use. The car will be replaced in accordance with the general conditions applicable to executives after approval by the Manager of the Client Division.

Mrs. Catherine GAUJACQ should take out all necessary insurance for personal liability as well as employee liability coverage.

Insurance costs as well as the car maintenance and repair costs will be paid by EDF. To such end, Mrs. Catherine GAUJACQ is entitled to withdraw funds from the Representative Office accounts to pay service providers upon submission of the original invoices.

Gas expenses relating to business use are also covered by EDF. Gas use relating to personal trips is not covered.

Any civil or criminal penalties resulting from to the use of the car are the responsibility of Mrs. Catherine GAUJACQ.

The car which is owned by EDF will be returned at the end of the assignment to an EDF representative.

## Article 12 – Business Expenses

Mrs. Catherine GAUJACQ is authorized to withdraw funds from the Representative Office accounts for, business expenses incurred in connection with her assignment (travel expenses, office supplies, entertainment expenses, etc.)

These expenses, submitted with documentary proof, will be listed on the monthly account report made to the Department of Management – Budget – International Financing of the International Department.

These expenses are included in the annual budget alloted by the International Department to the Representative office.

Any exceptional expenses not included in or accounted for in the budget can only be paid after approval by the International Director of EDF.

## Article 13 – International Travel

### ⊚ Business travel during the Assignment

Travel is by the most direct route, business class, and is paid for Mrs. Catherine GAUJACQ only.

### ⊙ Annual Vacation Travel

Airfare for Mrs. Catherine GAUJACQ and her spouse is covered for each 12 month period of residency in economy class and for direct flights, for 2 round-trips between her place of assignment and their residence in France referred to in Article 8 hereof.

The purchase price of the tickets at the local cost may be paid from the Representative office accounts; proof of purchase shall be submission of the original invoices from the travel agency or the air carrier.

## Article 14 – Taxes

### ⊙ In France

In connection with her move to the US, Mrs. Catherine GAUJACQ agrees to satisfy all her personal tax obligations and complete all formalities relating thereto with the Tax Inspector for her last place of residence in France—and specifically for the settlement of her taxes for the then current year.

To comply therewith, a general memorandum is attached hereto prepared by the Tax Department of the Finance Department of EDF.

⊘ In the United States

Catherine GAUJACQ agrees during the period of her assignment to comply with all US tax laws.

In particular, she will comply with US tax rules and regulations applicable to US tax payers.

For informational purposes, attached hereto is the memorandum of May 10, 1995 of the Tax and Legal Department of Electricité de France and Gaz de France.

## TAX EQUALIZATION

In order to achieve tax neutrality for local taxes, Mrs. Catherine GAUJACQ authorizes as from the date of her move to Washington; Electricité de France to deduct monthly from her French based income, the amount to be withheld for her tax equalization.

As of the date hereof, the monthly deduction on each individual pay slip is FF 6,894.

The amount of this deduction is adjusted yearly according to tax laws.

EDF agrees to pay according to the advice of its counsel the amount of local taxes payable on Mrs. Catherine GAUJACQ's salaries and claimed by the Administration of her place of employment.

A form for calculation of the tax equalization deduction is attached hereto.

## Article 15 – Benefits

Benefits are provided by way of participation, for the account of the insured and her spouse, in the Caisse des Français à l'Etranger, in addition to the indemnities provided by the Mutuelle of the Special Social Security System and those provided by the EDF-GDF/AXA insurance described in the Management Guide.

In order to facilitate access to health services, she and her spouse will also benefit from a special guaranty for "medical costs, hospitalization, etc." (Executives insurance policy AIG 4700.0001).

To expedite payment of reimbursements, all originals of documents relating to treatments should be addressed to the following person:

Mr. Jacques GAMARD–President SLV 18
EDF–DI
30, Rue Jacques Ibert–75858 PARIS CEDEX 17

Phone: 33.1.40.42.65.43

A copy of the documents sent to Social Security should be retained to facilitate the processing of payments.

## Article 16 – Insurance

Mrs. Catherine GAUJACQ will be covered by a executive life insurance contract for        FF 550,000 as well as life insurance "all causes" and "accident".

## Article 17 – Consular Registration

Mrs. Catherine GAUJACQ is asked to register upon arrival with the French Embassy in Washington:

> Consulate General of France
> 4101 Reservoir Road NW Olozaga 9
> Washington, DC 20007
>
> Phone:  1.202.944.6000

Notwithstanding that it is not required, the consular registration card will facilitate a number of formalities to be accomplished with local as well as French authorities.

## Article 18 – Undertaking

Mrs. Catherine GAUJACQ agrees to give notice promptly of any change after the date hereof affecting her personal status or her family situation.

## Article 19 – Security

Mrs. Catherine GAUJACQ agrees to notify the responsible individual referred to in Article 3 of any facts or risks noted in her place of employment or her daily environment, which would threaten her security or that of her family members.

Appropriate measures to insure security will thereupon be considered after consultation with the above-mentioned individual.

Mrs. Catherine GAUJACQ will promptly notify such individual in the event of a work accident.

Copying or communicating this agreement outside of Electricité de France without the prior consent of Electricité de France–Executives Management Department, is prohibited.

Done in Paris, in two originals 7/1/2000

General Secretary to EDF

[signature]                                         [signature]

H:\CLIENTS\EDF-Gaujacq (15639.0071)\Translations\Translation of Employment Contract.doc

9.

Jean-Louis JOLIOT                                    Catherine GAUJACQ


Annexes :       Calculation of French tax
                Memorandum on security
                Memorandum of May 10, 1995 from the tax and Legal Department of EDF-GDF

10.

Annex

Executives Management
Department

June 2000

## CALCULATION OF DEDUCTIONS FOR TAX EQUALIZATION OF
### Mrs. Catherine GAUJACQ

| Amount expressed in Francs | Rate | Salary | Total |
|---|---|---|---|
| Monthly | | 39 314 | 39314 |
| Monthly Payments | | 13 | |
| Yearly | | 511 077 | 511 077 |
| IVD, CAS, solidarity contribution (1) | 10.57% | -53 995 | -53 995 |
| CSG deductible (2) | 5.10% | -24 762 | -24 762 |
| Net taxable | | 432 320 | 432 320 |
| Taxable Income | 72% | | 311 271 |
| Number of Parts | 2 | | |
| Marginal Tax Rate | 43% | | |
| Grid Deduction (3) | -65 198 | | |
| Income Tax | | | -68 648 |
| Non-deductible  CSA (4) | 2.90% | | -14 080 |
| Total | | | -82 729 |
| Monthly Deduction | | | -6 894 |

Notes:
(1) IVD 7.85%, CAS 1.715%, Solidarity 1%
(2) Applies to 95% of gross revenues
(3) Tax is equal to R x marginal rate–deduction according to grid
(4) Applies to 95% of gross revenues

H:\CLIENTS\EDF-Gaujacq (15639.0071)\Translations\Translation of Employment Contract.doc

# EXHIBIT E

Page 1 of 2

**From:** Elaine Bredehoft [mailto:ebredehoft@charlsonbredehoft.com]
**Sent:** Thursday, June 08, 2006 2:10 PM
**To:** DRegal@hnrlaw.com
**Cc:** Clark, David; lhoguet@hnrlaw.com; Hodgson, Morgan; RMay@hnrlaw.com; Christian Wickwire; Jessica Bogo
**Subject:** Miscellaneous issues

Counsel:    This follows our discussion earlier this week and the subsequent email respecting experts:

1. Jessica Bogo, my paralegal sent you the documents Neil Demchick has reviewed and listed in his report. This is with the understanding and agreement that you will provide the same with respect to your experts.

2. Jessica also emailed you the stock option information from Ms. Gaujacq. I am attaching the 401K statement. Entergy said there is a document that reflects benefits, etc. that may not have been sent to Ms. Gaujacq, but they are in the process of obtaining it for me, and once I receive it, I will send it to you.

3. I have confirmed with Entergy that Ms. Gaujacq did not have a physical at ENTERGY, was not paid for the every other week transportation while still in Virginia, and that the 160 hours was not given to her until the following year.

4. I have obtained medical releases from Ms. Gaujacq for Reston Hospital and Physicians for OBGYN Care and sent them to these places. As soon as I receive responses, I will review the records and contact Ms. Hodgson to discuss.

5. On the ownership of a home in France, I discussed this with Neil Demchick and he said he would need more specific reasons provided by you to fathom the relevance. I gave him your explanation, and he said that did not make sense in the context of calculating the damages in this case. Perhaps Mr. Walker would like to weigh in on the explanation of why this information is relevant. I will consider any explanation that may make sense, if not to me, to a financial expert, but currently, neither I nor our expert can see any plausible reason for your request.

6. On ensuring the documents have been produced that are responsive and in Ms. Gaujacq's possession, I have assured myself that she has made a thorough and exhaustive search of her home, including all boxes and containers, and that there is nothing further that is responsive. I continue to be highly skeptical that EDF/EDFINA does not possess the personnel files of the employees, Nustart documents and many other responsive documents that Ms. Gaujacq recalls being at EDFINA, both in paper files and electronic files. I reviewed the documents produced more recently and do not agree that Ms. Gaujacq appears to have provided only documents "favorable" to her claims. I believe many of them are completely irrelevant and some well beyond what is sought in discovery, which shows that Ms. Gaujacq has conscientiously produced the documents in her possession, even documents she was not earlier aware she had copies of. All the parties have a duty to supplement upon the discovery of additional documents and Ms. Gaujacq has done that. Absent evidence to the contrary, I believe you have no basis for asserting otherwise, particularly given the conduct of the defendants in this discovery process.

6/12/2006

7. On the scheduling of the expert depositions:    Mr. Demchick and I are available for deposition on July 7, but not July 6. Will that work?  Dr. Gold is out of town, returning Monday and I will confirm her availability for the deposition on July 11.  I am available on July 11 in the event Dr. Gold is.    For Mr. Walker, I cannot depose him on July 18, but can depose him on July 19 or 20. Will either of these work? On Dr. Kleinman, I am available to depose her on July 26.  I am agreeable to having our experts deposed in your offices and yours in mine.  I suggest a starting time of 10:00 a.m. for all expert depositions.  I do NOT agree that we each pay for our own experts for the deposition time.  While we can be responsible for the travel and preparation, the actual time spent deposing is the responsibility of the party taking the deposition.  If we need to get this resolved with the Court in advance, I am amenable to scheduling an expedited briefing schedule and ruling in advance of these depositions.

I believe this email addresses all outstanding current issues.  Please let me know on the scheduling issues of the experts.  Elaine

Elaine Charlson Bredehoft
Charlson Bredehoft & Cohen, P.C.
11260 Roger Bacon Drive
Suite 201
Reston, VA  20190
(703) 318-6800
(703) 318-6808 (fax)
www.charlsonbredehoft.com