**EXHIBIT F**

| date month | GG | events |
|---|---|---|
| 1 january | | |
| 2 january | office | |
| 3 january | | |
| 4 january | | |
| 5 january | office | |
| 6 january | office | |
| 7 january | EEI Scottsdale AZ | |
| 8 january | EEI Scottsdale AZ | |
| 9 january | EEI Scottsdale AZ | |
| 10 january | | |
| 11 january | EDFINA branch | |
| 12 january | home | |
| 13 january | office | GE meeting Project |
| 14 january | office | Creuzet meeting - WB meetings - Westinghouse meeting Project |
| 15 january | office | |
| 16 january | office | Areva meeting |
| 17 january | | |
| 18 january | | |
| 19 january | | |
| 20 january | Atlanta | |
| 21 january | France | |
| 22 january | France | meeting Septen Project |
| 23 january | France | meeting EDF chairman Nuclear and International Counsetors |
| 24 january | France | |
| 25 january | France | |
| 26 january | France | |
| 27 january | France | |
| 28 january | France | |
| 29 january | France | |
| 30 january | France | |
| 31 january | France | |
| 1 february | | |
| 2 february | New York | meeting utilities CFO bankers |
| 3 february | New York | meeting utilities CFO bankers |
| 4 february | office | meeting Project |
| 5 february | office | 2003 bonuses Adja BA Alexandre AUDIE |

| Date | Location | Notes |
|---|---|---|
| 6 february | office | |
| 7 february | | |
| 8 february | | |
| 9 february | office | |
| 10 february | office | |
| 11 february | office | |
| 12 february | office | |
| 13 february | office | |
| 14 february | | |
| 15 february | | |
| 16 february | | |
| 17 february | office | |
| 18 february | office | EDF Chairman visit to US Secretary of Energy |
| 19 february | office | EDF Chairman visit to US Secretary of Energy |
| 20 february | office | |
| 21 february | | |
| 22 february | | |
| 23 february | office | |
| 24 february | office | |
| 25 february | office | meeting with CN washington,DC - NEI meeting New Plants |
| 26 february | Atlanta | Project meeting |
| 27 february | Atlanta | Project meeting |
| 28 february | | |
| 29 february | | |
| 1 march | office | French Embassy |
| 2 march | home | |
| 3 march | office | |
| 4 march | office | |
| 5 march | office | NEI meeting |
| 6 march | office | French Embassy meeting |
| 7 march | | |
| 8 march | office | Septen meeting,Project meeting |
| 9 march | office | WOG meeting |
| 10 march | office | RJC NRC meetings |
| 11 march | office | RJC NRC meetings |
| 12 march | office | RJC NRC meetings |
| 13 march | | |

| Date | Location | Description |
|---|---|---|
| 14 march | home | |
| 15 march | office | |
| 16 march | office | |
| 17 march | office | F Ponasso meetings |
| 18 march | office | WB meetings |
| 19 march | office | Senten meeting Project - Ponasso 2003 evaluation meeting |
| 20 march | office | Project meeting, MOU signed |
| 21 march | | |
| 22 march | Buenos Aires | |
| 23 march | Buenos Aires | Creuzet Ponasso Buenos Aires meeting |
| 24 march | EEI Washington,DC | |
| 25 march | EEI Washington,DC | LLGM meeting |
| 26 march | office | information EDFINA team about CN mission, meeting visit CN McVicker |
| 27 march | | |
| 28 march | enXco-Chicago | |
| 29 march | enXco-Chicago | Board meeting |
| 30 march | enXco-Chicago | Board meeting |
| 31 march | enXco-Chicago | |
| 1 april | office | Nolan |
| 2 april | home | Project - WOG |
| 3 april | | |
| 4 april | | |
| 5 april | home | |
| 6 april | office | Project - WOG |
| 7 april | office | Project - EPRJ |
| 8 april | office | NEI |
| 9 april | home | EDF-DOE conference call |
| 10 april | | |
| 11 april | | |
| 12 april | home | Project conference call |
| 13 april | home | |
| 14 april | office | Project conference call |
| 15 april | home | Project conference call |
| 16 april | home | Project conference call |
| 17 april | | |
| 18 april | | |
| 19 april | office | meeting french congressmen Biraux Bataille Washington DC |

2511

| Date | Location | Notes |
|------|----------|-------|
| 20 April | home | |
| 21 April | office | NEI meeting DOE meeting |
| 22 April | home | |
| 23 April | office | NEI - Project Nustart Operating agreement signed |
| 24 April | | |
| 25 April | | |
| 26 April | office | ICONE 12 meetings with Septen |
| 27 April | office | ICONE 12 meetings with Septen |
| 28 April | office | GF consulting meeting |
| 29 April | home | |
| 30 April | office | NEI new plants meeting |
| 1 May | | |
| 2 May | | |
| 3 May | home | |
| 4 May | office | |
| 5 May | office | Nustart meeting |
| 6 May | home | |
| 7 May | office | Lighthouse meeting |
| 8 May | | |
| 9 May | | |
| 10 May | home | |
| 11 May | home | |
| 12 May | NEI new orleans | Nustart NEI DOE meetings |
| 13 May | NEI new orleans | Nustart NEI DOE meetings |
| 14 May | NEI new orleans | Nustart NEI DOE meetings |
| 15 May | | |
| 16 May | France | |
| 17 May | France | Scyvere - Massart meetings |
| 18 May | France | enXco meeting - Lescoeur dinner |
| 19 May | France | Nustart conference call |
| 20 May | France | Nustart conference call |
| 21 May | France | |
| 22 May | France | |
| 23 May | | |
| 24 May | office | |
| 25 May | home | Nolan |
| 26 May | home | |

2512

| Date | Location | Notes |
|---|---|---|
| 27 May | home | |
| 28 May | office | Nustart meeting |
| 29 May | | |
| 30 May | | |
| 31 May | | |
| 1 June | office | Nustart meeting |
| 2 June | office | DOE meeting |
| 3 June | office | Nustart conference call – French Embassy WW II |
| 4 June | home | |
| 5 June | | |
| 6 June | EEI orlando | |
| 7 June | EEI orlando | |
| 8 June | EEI orlando | Meeting Scottish Power E7 |
| 9 June | EEI orlando | |
| 10 June | office | |
| 11 June | office | |
| 12 June | | |
| 13 June | ANS Pittsburg | |
| 14 June | ANS Pittsburg | Meeting Dominion 7:00 am - Meeting French Ambassador Nuclear Counselor |
| 15 June | home | |
| 16 June | home | |
| 17 June | home | |
| 18 June | home | |
| 19 June | home | |
| 20 June | home | |
| 21 June | home | |
| 22 June | home | |
| 23 June | home | |
| 24 June | home | |
| 25 June | home | |
| 26 June | home | |
| 27 June | home | |
| 28 June | office | |
| 29 June | home | |
| 30 June | office | |
| 1 July | home | |
| 2 July | office | |

2513

| Date | Location | Notes |
|---|---|---|
| 3 July | | |
| 4 July | | |
| 5 July | office | EDF Audit interview |
| 6 July | home | Nustart conference call |
| 7 July | office | EDF Audit |
| 8 July | office | EDF Audit |
| 9 July | office | Audit findings debreefing |
| 10 July | | |
| 11 July | | |
| 12 July | office | meeting CN with JL Foret |
| 13 July | nustart | |
| 14 July | | |
| 15 July | nustart | |
| 16 July | Home | |
| 17 July | Home | I find CN expenses on American Express ( $ 47,000.00) Edfina accounts |
| 18 July | Home | |
| 19 July | Home | |
| 20 July | Home | |
| 21 July | nustart | |
| 22 July | Home | 1 e-mail and fax to request EDF help about my situation with CN |
| 23 July | Home | calls from G Creuzet Yann Laroche F Ponasso |
| 24 July | Home | |
| 25 July | Home | |
| 26 July | Home | call F Ponasso |
| 27 July | nustart | FAX letter from Gerard Creuzet - call Metais |
| 28 July | Home | |
| 29 July | Home | call B Lescoeur |
| 30 July | Home | Chum filing Version 0 11:05 am - calls Igor Czeruv - FAX letter from Metais |
| 31 July | Home | |
| 1 August | Home | |
| 2 August | Home | |
| 3 August | nustart | Mc Vicker withdraws representation EDFINA and GALIACQ |
| 4 August | Home | |
| 5 August | Home | |
| 6 August | nustart | |
| 7 August | Home | |
| 8 August | ANS Florida | AMEX declined  VISA declined |

2514

| Date | Location | Note |
|---|---|---|
| 9 August | ANS Florida | |
| 10 August | ANS Florida | |
| 11 August | Home | |
| 12 August | Home | |
| 13 August | Home | letter to EDF Yann Laroche from lawyer |
| 14 August | Home | |
| 15 August | Home | |
| 16 August | Home | |
| 17 August | Home | |
| 18 August | nustart | CN e-mail and phone calls to NuStart management |
| 19 August | Home | E-mail to F Ponusso Yann Laroche about my situation when representing the company |
| 20 August | Great Falls VA | |
| 21 August | Great Falls VA | |
| 22 August | Great Falls VA | |
| 23 August | Great Falls VA | |
| 24 August | Great Falls VA | |
| 25 August | Great Falls VA | |
| 26 August | Great Falls VA | |
| 27 August | Great Falls VA | |
| 28 August | Great Falls VA | |
| 29 August | Great Falls VA | |
| 30 August | Great Falls VA | |
| 31 August | Great Falls VA | |
| 1 September | Great Falls VA | |
| 2 September | Great Falls VA | |
| 3 September | Great Falls VA | outpatient surgery 11:30 am Reston hospital |
| 4 September | Great Falls VA | |
| 5 September | Great Falls VA | |
| 6 September | Great Falls VA | |
| 7 September | Great Falls VA | |
| 8 September | Great Falls VA | New EDF Chairman appointed Pierre Gadonneix |
| 9 September | Great Falls VA | |
| 10 September | Great Falls VA | |
| 11 September | Great Falls VA | |
| 12 September | Great Falls VA | |
| 13 September | Great Falls VA | |
| 14 September | Great Falls VA | |
| 15 September | Great Falls VA | |

| | | |
|---|---|---|
| 16 | September | Great Falls VA |
| 17 | September | Great Falls VA |
| 18 | September | Great Falls VA |
| 19 | September | Great Falls VA |
| 20 | September | Great Falls VA |
| 21 | September | Great Falls VA |
| 22 | September | Great Falls VA |
| 23 | September | Great Falls VA |
| 24 | September | Great Falls VA | Letter to new EDF Chairman Pierre Gadonneix about my situation |
| 25 | September | Great Falls VA |
| 26 | September | Great Falls VA |
| 27 | September | Great Falls VA |
| 28 | September | Great Falls VA |
| 29 | September | Great Falls VA |
| 30 | September | Great Falls VA |
| 1 | october | Great Falls VA | I receive a fax with job offer from EDF |
| 2 | october | Great Falls VA |
| 3 | october | Great Falls VA |
| 4 | october | Great Falls VA |
| 5 | october | Great Falls VA |
| 6 | october | Great Falls VA |
| 7 | october | Great Falls VA |
| 8 | october | Great Falls VA |
| 9 | october | Great Falls VA | Letter refusing job offer in France to Bruno Lescoeur |
| 10 | october | Great Falls VA |
| 11 | october | Great Falls VA |
| 12 | october | Great Falls VA |
| 13 | october | Great Falls VA | Call from Jacques Bouron telling me EEOC claim has no merit |
| 14 | october | Great Falls VA |
| 15 | october | Great Falls VA |
| 16 | october | Great Falls VA |
| 17 | october | Great Falls VA |
| 18 | october | Great Falls VA |
| 19 | october | Great Falls VA |
| 20 | october | ATLANTA INPO | EDF informs me they provide no health insurance on November 1st in the USA. |
| 21 | october | ATLANTA INPO | INPO interview meetings Atlanta |
| 22 | october | Great Falls VA. |

| | | |
|---|---|---|
| 23 october | Great Falls VA | Health insurance application to BCHS |
| 24 october | Great Falls VA | |
| 25 october | Great Falls VA | |
| 26 october | Great Falls VA | |
| 27 october | Great Falls VA | I receive a 2nd letter from EDF Bruno Lescoeur about the job offer in France |
| 28 october | Great Falls VA | Letter to Bruno Lescoeur again refusing the job offer |
| 29 october | Great Falls VA | Visit USNA Annapolis |
| 30 october | Great Falls VA | |
| 31 october | Great Falls VA | |
| 1 november | Great Falls VA | |
| 2 november | Great Falls VA | I contact EDF/EDFINA for my expenses and return of company properties |
| 3 november | Great Falls VA | |
| 4 november | Great Falls VA | NuStart DOE award announced |
| 5 november | Great Falls VA | |
| 6 november | Great Falls VA | |
| 7 november | Great Falls VA | |
| 8 november | Great Falls VA | |
| 9 november | Great Falls VA | |
| 10 november | Great Falls VA | |
| 11 november | Great Falls VA | |
| 12 november | Great Falls VA | Demand Euros 1,200,000 for my voluntary departure with a letter of recommandation from EDF Chairman |
| 13 november | Great Falls VA | |
| 14 november | Great Falls VA | |
| 15 november | Great Falls VA | |
| 16 november | Great Falls VA | |
| 17 november | Great Falls VA | |
| 18 november | Great Falls VA | |
| 19 november | Great Falls VA | |
| 20 november | Great Falls VA | |
| 21 november | Great Falls VA | |
| 22 november | COGEMA | Bethesda, Maryland |
| 23 november | Great Falls VA | Proposition EDF Euros 300,000.00 declined |
| 24 november | Great Falls VA | |
| 25 november | Great Falls VA | |
| 26 november | Great Falls VA | |
| 27 november | Great Falls VA | |
| 28 november | Great Falls VA | |

| Date | Location | Notes |
|---|---|---|
| 29 november | Great Falls VA | |
| 30 november | Great Falls VA | |
| 1 december | Great Falls VA | |
| 2 december | Great Falls VA | |
| 3 december | Great Falls VA | |
| 4 december | Great Falls VA | EDF Notice of termination formal interview |
| 5 december | Great Falls VA | |
| 6 december | Great Falls VA | |
| 7 december | Great Falls VA | |
| 8 december | Great Falls VA | |
| 9 december | France | |
| 10 december | France | EDF termination formal interview 10:00 am for serious fault |
| 11 december | France | |
| 12 december | France | |
| 13 december | France | |
| 14 december | Great Falls VA | |
| 15 december | Great Falls VA | |
| 16 december | Jackson MS | |
| 17 december | Jackson MS | Meetings with Pete Schneider William Campbell Randy Hutchinson Gary Taylor |
| 18 december | Great Falls VA | |
| 19 december | Great Falls VA | |
| 20 december | Great Falls VA | |
| 21 december | Great Falls VA | |
| 22 december | Great Falls VA | |
| 23 december | Great Falls VA | |
| 24 december | Great Falls VA | |
| 25 december | Great Falls VA | |
| 26 december | Great Falls VA | |
| 27 december | Great Falls VA | |
| 28 december | Great Falls VA | |
| 29 december | Great Falls VA | |
| 30 december | Great Falls VA | |
| 31 december | Great Falls VA | |
| 1 january | Great Falls VA | |
| 2 january | Great Falls VA | |
| 3 january | Great Falls VA | |
| 4 january | Great Falls VA | |

| | | | |
|---|---|---|---|
| 5 | january | Great Falls VA | |
| 6 | january | Great Falls VA | |
| 7 | january | Great Falls VA | |
| 8 | january | Great Falls VA | Termination letter received from EDF |
| 9 | january | Great Falls VA | |
| 10 | january | Great Falls VA | |
| 11 | january | Great Falls VA | |
| 12 | january | Great Falls VA | Entergy/RHR meeting Dulles Airport Cheryl Felows 11:30 am |
| 13 | january | Great Falls VA | |
| 14 | january | Great Falls VA | |
| 15 | january | Great Falls VA | |
| 16 | january | Great Falls VA | |
| 17 | january | Great Falls VA | |
| 18 | january | Great Falls VA | |
| 19 | january | Great Falls VA | |
| 20 | january | Great Falls VA | call Mike Slavitt |
| 21 | january | Great Falls VA | |
| 22 | january | Great Falls VA | |
| 23 | january | Great Falls VA | |
| 24 | january | Great Falls VA | |
| 25 | january | Great Falls VA | |
| 26 | january | Great Falls VA | |
| 27 | january | Great Falls VA | |
| 28 | january | Great Falls VA | |
| 29 | january | Great Falls VA | |
| 30 | january | Great Falls VA | |
| 31 | january | Great Falls VA | |
| 1 | february | Great Falls VA | |
| 2 | february | Great Falls VA | |
| 3 | february | Great Falls VA | |
| 4 | february | Great Falls VA | |
| 5 | february | Great Falls VA | |
| 6 | february | Great Falls VA | |
| 7 | february | Great Falls VA | |
| 8 | february | Great Falls VA | |
| 9 | february | White Plains NY | |
| 10 | february | White Plains NY | Meetings with Entergy Senior Executives |

2519

| Date | Location | Notes |
|---|---|---|
| 11 february | Great Falls VA | Lease contract meadow Shire lane |
| 12 february | Great Falls VA | |
| 13 february | Great Falls VA | |
| 14 february | Great Falls VA | |
| 15 february | Great Falls VA | |
| 16 february | Great Falls VA | |
| 17 february | Great Falls VA | |
| 18 february | Great Falls VA | |
| 19 february | Great Falls VA | |
| 20 february | Great Falls VA | |
| 21 february | Great Falls VA | |
| 22 february | moving | |
| 23 february | moving | |
| 24 february | moving | |
| 25 february | moving | |
| 26 february | moving | |
| 27 february | moving | |
| 28 february | moving | 9:00 am - Check-out from Sycamore Springs lane Steptoe & Johnson |
| 1 march | Great Falls VA | |
| 2 march | Great Falls VA | Settlement conference EEOC 9:00 am aborted (no EDF decision maker) |
| 3 march | Great Falls VA | ENTERGY job offer accepted |
| 4 march | Great Falls VA | Lettre A/R Grospiron - Drug test Entergy Employment Research Services |
| 5 march | Great Falls VA | |
| 6 march | Great Falls VA | |
| 7 march | Great Falls VA | |
| 8 march | Great Falls VA | |
| 9 march | Great Falls VA | |
| 10 march | Great Falls VA | |
| 11 march | Great Falls VA | |
| 12 march | Great Falls VA | |
| 13 march | Great Falls VA | |
| 14 march | Great Falls VA | |
| 15 march | Great Falls VA | |
| 16 march | Great Falls VA | |
| 17 march | Great Falls VA | |
| 18 march | Great Falls VA | |
| 19 march | Great Falls VA | |

| Date | Location | Notes |
|---|---|---|
| 20 march | Great Falls VA | |
| 21 march | Great Falls VA | |
| 22 march | Great Falls VA | |
| 23 march | Great Falls VA | |
| 24 march | Great Falls VA | |
| 25 march | Great Falls VA | |
| 26 march | Great Falls VA | |
| 27 march | Great Falls VA | |
| 28 march | Great Falls VA | |
| 29 march | Great Falls VA | |
| 30 march | Great Falls VA | |
| 31 march | Great Falls VA | |
| 1 april | Great Falls VA | |
| 2 april | Great Falls VA | |
| 3 april | Jackson MS | |
| 4 april | Jackson MS | 1st day Entergy employment – call CFE for health insurance transfer |
| 5 april | Jackson MS | |
| 6 april | Jackson MS | |
| 7 april | Jackson MS | |
| 8 april | Jackson MS | |
| 9 april | Great Falls VA | |
| 10 april | Jackson MS | |
| 11 april | Jackson MS | |
| 12 april | Jackson MS | |
| 13 april | Jackson MS | |
| 14 april | Jackson MS | |
| 15 april | Great Falls VA | |
| 16 april | Great Falls VA | EEOC right to sue issued |
| 17 april | Jackson MS | |
| 18 april | Jackson MS | |
| 19 april | Jackson MS | Call from Entergy security about EDF not returning their calls for my employment history |
| 20 april | Jackson MS | |
| 21 april | Jackson MS | |
| 22 april | Jackson MS | |
| 23 april | Great Falls VA | |
| 24 april | Jackson MS | |
| 25 april | Jackson MS | |

| Date | Location | |
|---|---|---|
| 26 april | Jackson MS | |
| 27 april | Jackson MS | |
| 28 april | Jackson MS | |
| 29 april | Great Falls VA | |
| 30 april | Great Falls VA | |
| 1 may | Jackson MS | |
| 2 may | Jackson MS | |
| 3 may | Jackson MS | |
| 4 may | Jackson MS | |
| 5 may | Jackson MS | |
| 6 may | Jackson MS | |
| 7 may | Great Falls VA | |
| 8 may | Jackson MS | |
| 9 may | Jackson MS | |
| 10 may | Jackson MS | |
| 11 may | Jackson MS | |
| 12 may | Jackson MS | |
| 13 may | Great Falls VA | Complaint filed US federal DC Court |
| 14 may | Great Falls VA | |
| 15 may | Jackson MS | |
| 16 may | Jackson MS | |
| 17 may | Jackson MS | |
| 18 may | Jackson MS | |
| 19 may | Jackson MS | |
| 20 may | Jackson MS | |
| 21 may | Great Falls VA | |
| 22 may | Jackson MS | |
| 23 may | Jackson MS | |
| 24 may | Jackson MS | |
| 25 may | Jackson MS | |
| 26 may | Jackson MS | |
| 27 may | Great Falls VA | |
| 28 may | Great Falls VA | |
| 29 may | Great Falls VA | |
| 30 may | Jackson MS | |
| 31 may | Jackson MS | |
| 1 june | Jackson MS | |

2522

| | | |
|---|---|---|
| 2 | june | Jackson MS |
| 3 | june | Jackson MS |
| 4 | june | Great Falls VA |
| 5 | june | Jackson MS |
| 6 | june | Jackson MS |
| 7 | june | Jackson MS |
| 8 | june | Jackson MS |
| 9 | june | Jackson MS |
| 10 | june | Great Falls VA |
| 11 | june | Great Falls VA |
| 12 | june | Jackson MS |
| 13 | june | Jackson MS |
| 14 | june | Jackson MS |
| 15 | june | Jackson MS |
| 16 | june | Jackson MS |
| 17 | june | Jackson MS |
| 18 | june | Great Falls VA |
| 19 | june | White Plains NY |
| 20 | june | White Plains NY |
| 21 | june | Plymouth MA |
| 22 | june | Plymouth MA |
| 23 | june | Plymouth MA |
| 24 | june | Great Falls VA |
| 25 | june | Great Falls VA |
| 26 | june | Jackson MS |
| 27 | june | Jackson MS |
| 28 | june | Jackson MS |
| 29 | june | Jackson MS |
| 30 | june | Jackson MS |
| 1 | july | Jackson MS |
| 2 | july | Great Falls VA |
| 3 | july | Great Falls VA |
| 4 | july | White Plains NY |
| 5 | july | White Plains NY |
| 6 | july | White Plains NY |
| 7 | july | White Plains NY |
| 8 | july | Great Falls VA |

2523

| Date | Location |
|---|---|
| 9 july | Great Falls VA |
| 10 july | White Plains NY |
| 11 july | White Plains NY |
| 12 july | White Plains NY |
| 13 july | White Plains NY |
| 14 july | White Plains NY |
| 15 july | White Plains NY |
| 16 july | Great Falls VA |
| 17 july | White Plains NY |
| 18 july | White Plains NY |
| 19 july | White Plains NY |
| 20 july | White Plains NY |
| 21 july | White Plains NY |
| 22 july | Jackson MS |
| 23 july | Great Falls VA |
| 24 july | White Plains NY |
| 25 july | White Plains NY |
| 26 july | White Plains NY |
| 27 july | White Plains NY |
| 28 july | White Plains NY |
| 29 july | Great Falls VA |
| 30 july | Great Falls VA |
| 31 july | Boston MA |
| 1 august | Boston MA |
| 2 august | Boston MA |
| 3 august | Boston MA |
| 4 august | Boston MA |
| 5 august | Boston MA |
| 6 august | Great Falls VA |
| 7 august | Syracuse NY |
| 8 august | Syracuse NY |
| 9 august | Syracuse NY |
| 10 august | Greensborough VT |
| 11 august | Greensborough VT |
| 12 august | Greensborough VT |
| 13 august | Great Falls VA |
| 14 august | Plymouth MA |

| Date | Location | | Date | Location |
|---|---|---|---|---|
| 15 august | Plymouth MA | | | |
| 16 august | Plymouth MA | | | |
| 17 august | Plymouth MA | | | |
| 18 august | Plymouth MA | | | |
| 19 august | Great Falls VA | | | |
| 20 august | Great Falls VA | | | |
| 21 august | White Plains NY | | | |
| 22 august | White Plains NY | | | |
| 23 august | White Plains NY | | | |
| 24 august | White Plains NY | | | |
| 25 august | White Plains NY | | | |
| 26 august | White Plains NY | | | |
| 27 august | Great Falls VA | | | |
| 28 august | White Plains NY | | | |
| 29 august | White Plains NY | | | |
| 30 august | White Plains NY | | | |
| 31 august | White Plains NY | | | |
| 1 september | White Plains NY | | | |
| 2 september | Chicago IL | | | |
| 3 september | Chicago IL | | | |
| 4 september | Great Falls VA | | | |
| 5 september | White Plains NY | | | |
| 6 september | White Plains NY | | | |
| 7 september | White Plains NY | | | |
| 8 september | White Plains NY | | | |
| 9 september | White Plains NY | | | |
| 10 september | Great Falls VA | | | |
| 11 september | White Plains NY | | | |
| 12 september | White Plains NY | | | |
| 13 september | White Plains NY | | | |
| 14 september | White Plains NY | | | |
| 15 september | White Plains NY | | | |
| 16 september | Great Falls VA | | | |
| 17 september | Great Falls VA | | | |
| 18 september | White Plains NY | | | |
| 19 september | White Plains NY | | | |
| 20 september | White Plains NY | | | |

2525

| Date | Location | |
|---|---|---|
| 21 september | White Plains NY | |
| 22 september | White Plains NY | |
| 23 september | White Plains NY | |
| 24 september | Great Falls VA | |
| 25 september | White Plains NY | |
| 26 september | White Plains NY | |
| 27 september | White Plains NY | |
| 28 september | White Plains NY | |
| 29 september | White Plains NY | |
| 30 september | Great Falls VA | |
| 1 october | Great Falls VA | |
| 2 october | White Plains NY | |
| 3 october | White Plains NY | |
| 4 october | White Plains NY | |
| 5 october | White Plains NY | |
| 6 october | White Plains NY | |
| 7 october | White Plains NY | |
| 8 october | Great Falls VA | |
| 9 october | Jackson MS | |
| 10 october | Jackson MS | |
| 11 october | White Plains NY | |
| 12 october | White Plains NY | |
| 13 october | White Plains NY | |
| 14 october | Great Falls VA | |
| 15 october | Great Falls VA | |
| 16 october | Jackson MS | |
| 17 october | Jackson MS | |
| 18 october | Jackson MS | |
| 19 october | Jackson MS | |
| 20 october | Jackson MS | |
| 21 october | Jackson MS | Entergy relocation to Mississippi authorization |
| 22 october | Great Falls VA | |
| 23 october | Great Falls VA | |
| 24 october | Jackson MS | |
| 25 october | Jackson MS | |
| 26 october | Jackson MS | |
| 27 october | Jackson MS | |

| Date | Location | Notes |
|---|---|---|
| 28 october | Great Falls VA | |
| 29 october | Great Falls VA | |
| 30 october | Jackson MS | |
| 31 october | Jackson MS | |
| 1 november | Jackson MS | |
| 2 november | Jackson MS | |
| 3 november | Jackson MS | |
| 4 november | Jackson MS | |
| 5 november | Great Falls VA | |
| 6 november | Great Falls VA | |
| 7 november | Jackson MS | |
| 8 november | Jackson MS | |
| 9 november | Jackson MS | |
| 10 november | Jackson MS | |
| 11 november | Jackson MS | |
| 12 november | Jackson MS | |
| 13 november | Jackson MS | |
| 14 november | Jackson MS | |
| 15 november | White Plains NY | |
| 16 november | White Plains NY | |
| 17 november | White Plains NY | |
| 18 november | Great Falls VA | |
| 19 november | moving | driving to Chattanooga,TN |
| 20 november | moving | driving to MS |
| 21 november | Jackson MS | |
| 22 november | Jackson MS | |
| 23 november | Jackson MS | |
| 24 november | Jackson MS | |
| 25 november | Jackson MS | |
| 26 november | Jackson MS | |
| 27 november | Jackson MS | |
| 28 november | Jackson MS | |
| 29 november | Jackson MS | |
| 30 november | Jackson MS | |
| 1 december | Jackson MS | |
| 2 december | Jackson MS | |
| 3 december | Jackson MS | |
| 4 december | Jackson MS | |

| | | |
|---|---|---|
| 5 | december | Jackson MS |
| 6 | december | Jackson MS |
| 7 | december | Jackson MS |
| 8 | december | Jackson MS |
| 9 | december | Jackson MS |
| 10 | december | Jackson MS |
| 11 | december | Jackson MS |
| 12 | december | Jackson MS |
| 13 | december | Jackson MS |
| 14 | december | Jackson MS |
| 15 | december | Jackson MS |
| 16 | december | Jackson MS |
| 17 | december | Jackson MS |
| 18 | december | Jackson MS |
| 19 | december | Jackson MS |
| 20 | december | Jackson MS |
| 21 | december | France |
| 22 | december | France |
| 23 | december | France |
| 24 | december | France |
| 25 | december | France |
| 26 | december | France |
| 27 | december | France |
| 28 | december | France |
| 29 | december | Jackson MS |
| 30 | december | Jackson MS |
| 31 | december | Jackson MS |