IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al. | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Defendants' Motion To Clarify the Scheduling Order, the Court hereby GRANTS Defendants' Motion and further ORDERS the following:

(1) the October 14, 2005 Scheduling Order is clarified to permit Defendants to pursue their subpoenas for records from PNC Bank, Bank of America, and Trustmark Bank without regard to the May 31, 2005 cut-off date for fact discovery; and

(2) Defendants shall be permitted reasonable follow-on depositions, with all travel and transcription costs borne by Plaintiff, as necessary in light of late-produced documents.

SO ORDERED this _____ day of June, 2006.

_____
The Honorable John Garrett Penn
United States District Court Judge