IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CATHERINE GAUJACQ | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al. | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER FOR EXPEDITED BRIEFING
OF
DEFENDANTS' MOTION TO CLARIFY SCHEDULING ORDER**

In order to expedite the Court's consideration and decision of Defendants' Motion To Clarify the Scheduling Order ("Motion"), the Court hereby ORDERS expedited briefing as follows:

(1) Plaintiff shall file any memorandum opposing the Motion no later than 5:00 p.m. on June 20, 2006; and

(2) Defendants shall file any reply memorandum in further support of the Motion by 5:00 p.m. on June 22, 2006.

SO ORDERED this _____ day of June, 2006.

_____
The Honorable John Garrett Penn
United States District Court Judge