IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, <br><br> Plaintiff, <br><br> v. <br><br> ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al. <br><br> Defendants. | No. 1:05CV0969 (JGP) |

**DEFENDANTS' MOTION TO SUBSTITUTE PLEADINGS
TO CORRECT TECHNICAL FORMATTING ERROR**

Defendants Electricité de France, S.A., Electricité De France International North America, Inc., and Christian Nadal hereby move the Court for leave to replace the motion, memorandum and proposed order presently associated with Defendants' Motion To Compel Production of Documents **[#74]** with the motion, memorandum and proposed order attached hereto.  This substitution will correct a technical formatting problem that caused portions of the original documents to be filed in an unintentionally small font size.  No changes have been made to the substance of the documents, and Defendants believe that the corrected documents will be easier to review.

A proposed order is attached.

Dated: June 19, 2006

Respectfully submitted,

_____/s/_____
Dorothea W. Regal
D.C. Bar No. NY0064
Randi B. Seltzer-May
D.C. Bar No. NY0063
HOGUET NEWMAN & REGAL, LLP
10 East 40th Street

- 2 -

New York, NY  10016
(212) 689-8808
*Counsel for Defendants Electricité de France, S.A. and Electricité de France International North America, Inc.*


_____/s/_____
Morgan D. Hodgson (#186521)
David Clark (#473279)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 429-3000

*Counsel for Defendant Christian Nadal*