IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHERINE GAUJACQ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05CV0969 (JGP) |
| | ) | |
| ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Defendants' Motion to Substitute Pleadings to Correct Technical Formatting Error ("Motion"), the Motion is hereby GRANTED.

The Court hereby ORDERS the following:

1. If the Clerk is able to effect the change in the ECF system, the PDF files representing the motion, memorandum and proposed order previously associated with Defendants' Motion To Compel Production of Documents **[#74]** shall be replaced with the PDF files representing the motion, memorandum and proposed order attached to Defendants' Motion to Substitute Pleadings to Correct Technical Formatting Error;

2. If the physical substitution of PDF files cannot be effected by the Clerk within the ECF system, then the motion, memorandum and proposed order attached to Defendants' Motion to Substitute Pleadings to Correct Technical Formatting Error shall nevertheless be deemed to be the operative versions going forward; and,

- 2 -

3.      In either event, Defendants' Motion To Compel Production of Documents shall be deemed to have been filed on June 16 for purposes of calculating briefing deadlines under this Court's local rules.

SO ORDERED this _____ day of \_\_\_\_\_ 2006.

_____
The Honorable John Garrett Penn
United States District Court Judge

- 2 -

3.    In either event, Defendants' Motion To Compel Production of Documents shall be deemed to have been filed on June 16 for purposes of calculating briefing deadlines under this Court's local rules.

SO ORDERED this _____ day of \_\_\_\_\_ 2006.

_____
The Honorable John Garrett Penn
United States District Court Judge