IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
CATHERINE GAUJACQ              )
                               )
    Plaintiff,                 )
                               )
    v.                         )   No. 1:05CV0969 (JGP)
                               )
ELECTRICITE DE FRANCE          )
INTERNATIONAL NORTH AMERICA,   )
INC., et al.                   )
                               )
    Defendants.                )
_____)
```

**ORDER**

Upon consideration of Defendants' Motion To Compel Production of Documents and the briefs and other submissions and arguments of counsel made in connection therewith;

The Court hereby GRANTS Defendants' Motion and further ORDERS the following:

(1) Plaintiff's objections to individual Document Requests 7, 16, 9, and 10 of Defendants' Second Request for Production of Documents are overruled, and Plaintiff is directed to produce all responsive documents forthwith, to be accompanied by a full explanation regarding any documents that no longer exist;

(2) Defendants shall be permitted reasonable follow-on depositions, with all travel and transcription costs borne by Plaintiff, as necessary in light of late-produced documents; and

- 2 -

(3) Defendants are awarded reasonable expenses, including attorneys' fees, associated with bringing this Motion. Defendants will present Plaintiff with a statement of costs and fees as soon as possible, and Plaintiff will pay said statement within 10 days of receipt.

SO ORDERED this _____ day of June, 2006.

_____
The Honorable John Garrett Penn
United States District Court Judge