IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXPEDITED BRIEFING OF DEFENDANTS' MOTION TO CLARIFY SCHEDULING ORDER

The Plaintiff Catherine Gaujacq ("Ms. Gaujacq" or "Plaintiff") submits this memorandum in response to Defendants' Motion for Expedited Briefing of Defendants' Motion to Clarify Scheduling Order.

Plaintiff respectfully requests that Defendants' Motion for Expedited Briefing be denied to the extent it calls for a response from Plaintiff today, June 20, 2006 by 5:00 p.m. Instead, Plaintiff asks that the expedited briefing schedule proposed by Defendants be pushed back by two days.

This current issue under litigation involves the three subpoenae to banks for all records relating to Philippe Gaujacq's bank accounts was initiated by Defendants, who (1) served subpoenae on third-party banks after the discovery cut-off, (2) seek broader discovery with respect to bank account records than was served on Mr. or Ms. Gaujacq themselves, and (3) seek to compel responses from the banks with an artificially shortened-time-frame of approximately eight days. By imposing return-dates of eight days on the subpoenae,

Defendants forced Plaintiff to file expedited motions to quash the subpoena before the banks would have to produce documents, which production would have rendered the motions moot

The briefing schedule requested by Defendants is unnecessary. The Mississippi District Court requested a response from Defendants on June 30, 2006. The Florida District Court did not set a specific response date, though presumably under the rules the Defendants have sufficient time under the rules to submit a response. Defendants have never requested an extension from the Florida Court or from Plaintiff. The Pennsylvania District Court denied Plaintiff and her husband's motions to quash without explanation, though a motion to stay and reconsider that Order is pending in light of the current Motion to Clarify.

## CONCLUSION

Plaintiff proposes a briefing schedule that would include a response from Plaintiff no later than Thursday, June 22, 2006 and a reply brief by Defendants no later than Tuesday, June 27, 2006. Given that there is no need for the expedited briefing schedule as proposed by Defendants, Plaintiff submits that their Motion be denied, and the expedited briefing schedule proposed by Plaintiff be granted.

June 20, 2006

Respectfully Submitted,

Elaine Charlson Bredehoft
D.C. Bar No. 441425
S. Christian Wickwire
D.C. Bar No. 488797
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive
Suite 201
Reston, Virginia 20190
(703) 318-6800

Counsel for Plaintiff
Catherine Gaujacq

2