IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al. | ) ) ) ) |
| Defendants | ) ) |

## ORDER FOR EXPEDITED BRIEFING OF DEFENDANTS' MOTION TO CLARIFY SCHEDULING ORDER

In order to expedite the resolution of Defendants' Motion To Clarify the Scheduling Order ("Motion"), the Court hereby ORDERS expedited briefing as follows:

(1) Plaintiff shall file any memorandum opposing the Motion no later than June 22, 2006;

(2) Defendants shall file any reply memorandum in further support of the Motion no later than June 27, 2006.

SO ORDERED

DATE: _____

_____
Hon. John Garrett Penn
United States District Judge