UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELECTRICITE DE FRANCE )<br>INTERNATIONAL NORTH AMERICA, INC., )<br>)<br>ELECTRICITE DE FRANCE, S.A., )<br>)<br>and )<br>)<br>CHRISTIAN NADAL )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-0969 (JGP) |

## ORDER

Upon consideration of **Defendants' Motion to Clarify Scheduling Order and for Expedited Briefing and Resolution [#75]** and **Plaintiff's Response to Defendant's Motion for Expedited Briefing of Defendants' Motion to Clarify Scheduling Order [#77]**, it is hereby

**ORDERED** that plaintiff shall file any memorandum opposing the Motion on or before June 22, 2006. And it is further

**ORDERED** that defendants shall file any reply memorandum, if they feel such a reply is necessary, in further support of the Motion on or before June 27, 2006.

**Date: June 21, 2006**                                           **JOHN GARRETT PENN**
                                                                                  **United States District Judge**