IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants Electricité de France, S.A., Electricité de France International North America, Inc. and Christian Nadals (collectively "Defendants") having moved, by counsel, for an order clarifying whether the subpoenae for documents relating to Philippe Gaujacq (the "Subpoenae") to Bank of America, Trustmark Bank, and PNC Bank (collectively the "Banks") dated June 7, 2006 are permissible, notwithstanding the Court's Scheduling Order closing fact discovery on May 31, and upon consideration of the papers and argument in this case, it is hereby

ORDERED, that Defendants' Motion is DENIED to the extent it seeks an order that the Subpoenae are permissible under the Court's October 14, 2005 Scheduling Order; and it is

FURTHER ORDERED, that that the Subpoenae are invalid and unenforceable because (1) they are untimely, (2) they are not reasonably calculated to lead to the discovery of admissible evidence and (3) Defendants do not have a "substantial need" for the confidential financial documents relating to third-party Philippe Gaujacq.

SO ORDERED.

DATE: _____     _____
                          United States District Judge