IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC , et al ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO EXTEND TIME TO RESPOND TO
DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff Catherine Gaujacq ("Ms. Gaujacq" or "Plaintiff") hereby requests entry of an order extending the time in which Plaintiff may respond to Defendants' Electricite De France International North America, Inc ("EDFINA") and Christian Nadal ("Nadal") (collectively "Defendants") June 16, 2006 Motion to Compel Production of Documents through and including July 14, 2006

Counsel for Defendants consent to the requested extension of time, and the requested extension would be the first to be requested or granted on Defendants' Motion in this case.

June 27, 2006                                  Respectfully Submitted,


                                               _____/s/_____
                                               Elaine Charlson Bredehoft
                                               D.C. Bar No. 441425
                                               S. Christian Wickwire
                                               D.C. Bar No. 488797
                                               CHARLSON BREDEHOFT & COHEN, P.C.
                                               11260 Roger Bacon Drive
                                               Suite 201
                                               Reston, Virginia 20190
                                               (703) 318-6800

                                               Counsel for Plaintiff
                                                   Catherine Gaujacq