IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CATHERINE GAUJACQ | ) | |
| Plaintiff, | ) ) ) | |
| v | ) ) | No 1:05CV0969 (JGP) |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC , et al | ) ) ) ) | |
| Defendants | ) ) | |

## ORDER

This matter comes before the Court on the Consent Motion To Extend Time To Respond To Defendants' Motion To Compel Production Of Documents. After due deliberation thereon and good cause being shown therefore, the Plaintiff's motion is hereby GRANTED

IT IS THEREFORE ORDERED that:

The time in which Plaintiff Catherine Gaujacq ("Ms. Gaujacq" or "Plaintiff") may respond to Defendants' Electricite De France International North America, Inc ("EDFINA") and Christian Nadal ("Nadal") (collectively "Defendants") June 16, 2006 Motion to Compel Production of Documents is extended through and including July 14, 2006.

Dated: _____

                                                          SENIOR JUDGE JOHN GARRETT PENN
                                                          United States District Judge