UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-0969 (JGP) |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., | ) |
| ELECTRICITE DE FRANCE, S.A., | ) |
| and | ) |
| CHRISTIAN NADAL | ) |
| Defendants. | ) |

## ORDER

This comes before the Court on the **Defendants' Motion to Clarify Scheduling Order [#75]**. After giving careful consideration of the Motion and the Opposition thereto, the Motion is granted. The discovery the defendants seek to undertake is a continuation of the discovery they began prior to the May 31, 2006 cut-off date when they took the deposition of Philippe Gaujacq. They were entitled to the records they sought at that time but could not complete the discovery within the deadline not due to the actions of the defendants. The defendants are therefore entitled to complete their discovery and are authorized to do so. Accordingly, it is hereby

**ORDERED** that the Motion to Clarify Scheduling Order [#75] is **GRANTED**. And it is further

**ORDERED** that the defendants are entitled to pursue their subpoenas for the records relating to Mr. Philippe Gaujacq from the named banks.

**Date: June 29, 2006**                                                              **JOHN GARRETT PENN**
                                                                                      **United States District Judge**