# ATTACHMENT 1

15/12 05 17:13 FAX 33 1 48 14 42 40        GROSPIRON INTERNATIONAL                               ☒002



# GROSPIRON INTERNATIONAL

DEMENAGEMENTS INTERNATIONAUX ET NATIONAUX - GARDE-MEUBLES - INTERNATIONAL MOVING & STORAGE - RELOCATION
Z.I. DU COUDRAY - 30/32, AVENUE ALBERT EINSTEIN - 93155 LE BLANC-MESNIL CEDEX FRANCE
TELEPHONE : + 33 (0) 1 48 14 42 42 - Fax : + 33 (0) 1 48 14 42 40 - website : http://www.grospiron.com - E-mail : info@grospiron.com

Mr GAUJACQ Philippe et Catherine
125 Levingston Drive
MADISON MA

MA 39110
ETATS-UNIS

**FACTURE N° P255226**

Paris, le 15 Décembre 2005

Référence client : 27303 /CGAUJA                   EXEMPLAIRE1
Contrat N° 2633 GM/27303

| | | |
|---|---|---|
| LOYER DE GARDE-MEUBLES | | |
| POUR LA PERIODE DU 07/01/2005 AU 31/12/2005 | | |
| Date d'entrée : 21/07/2000 | | |
| GARANTIE : | | |
| 4 caisse 12M3 à 66 Euros pendant 12 mois | 3 168,00 | 3 |

**ATTENTION : DOCUMENT EN EUROS**

| Montant H.T. | Code | Taux TVA | Montant TVA | | | |
|---|---|---|---|---|---|---|
| 3 168,00 | 3 | 19,60 | 620,93 | Total H.T. | 3 168,00 | E |
| | | | | Total T.V.A. | 620,93 | E |
| | | | | **TOTAL T.T.C.** | **3 788,93** | **E** |
| Virement 30 j nets, date de facture | | | | | | |
| Echéance : 15/01/2006 | | | RESTE DU | 3 788,93 | E |

Facture arrêtée à la somme de : trois mille sept cent quatre-vingt huit euros et 93 cents
Soit :   24 853.75 Francs

loi n°92-1442 du 31 décembre 1992 : Intérêts de retard applicables : 150% du taux d'intérêt légal

Agence / Offices : LYON - NICE - TOULOUSE
Raoult GROSPIRON INTERNATIONAL
MAISON FONDEE EN 1840, LA PLUS ANCIENNE DU NOM

SOCIETE ANONYME AU CAPITAL DE 830 400 € - R.C.S. BOBIGNY B 377 589 932 - SIRET 377 589 932 00070 - CODE APE 602 N - N° D'IDENTIFICATION T.V.A. FR 25 377 589 932

              126

# GROSPIRON INTERNATIONA

DEMENAGEMENTS INTERNATIONAUX ET NATIONAUX - GARDE-MEUBLES - EMBALLAGES - INTERNATIONAL MOVING - STORAGE - PACK
15, RUE DANIELLE CASANOVA - BP 244 - 93533 AUBERVILLIERS CEDEX FRAN(
TELEPHONE : + 33 (0) 1 48 11 71 71 - FAX : + 33 (0) 1 48 11 71 70 - Website : http://www.grospiron.com - E-Mail : info@grospiron

*PAGE 1*  **CONTRAT DE GARDE-MEUBLES**  CLIENT N°2730:
**CONTRAT DEFINITIF**  CONTRAT N° 1079

TYPE DE GARDE : Garde en conteneurs individuels        Date d'entrée : 21/07/2000

### CLIENT

Nom :          Monsieur GAUJACQ
Adresse :      801 Lake Windermere Court
               Great Falls
               VA 22066
               USA
Téléphone domicile :

*agissant en qualité de Propriétaire du mobilier*

### PERSONNES HABILITEES A RETIRER DU MOBILIER

Article 7 des conditions générales de ventes jointes
- Le client
- Les personnes suivantes ( noms, prénoms, adresses, numéros de téléphone) :

### LIEU D'ENTREPOSAGE DU MOBILIER

GROSPIRON INTL PARIS
En cas de gardiennage par une tierce personne, nom de l'entreprise :

### PIECE D'IDENTITE PRESENTEE PAR LE SIGNATAIRE DU CONTRAT

Nom :                                  Prénom :
Nationalité :                          Pièce d'identité :
N° :                                   Délivré le   par :

### DECLARATION DE VALEUR DU MOBILIER

NON ASSURE PAR NOS SOINS

*Agences à Lyon et Nice*

**UniGroup**
Worldwide
UNITED. MAYFLOWER.

Raoult GROSPIRON INTERNATIONAL
**MAISON FONDEE EN 1840, LA PLUS ANCIENNE DU NOM**
SOCIETE ANONYME AU CAPITAL DE 1 877 500 FRANCS
R C S. BOBIGNY B 377 589 932 - SIRET 377 589 932 00047 - CODE APE 602 N
N° D'IDENTIFICATION T.V.A. FR 25 377 589 932
B N P. PARIS DUPLEIX N° 00021227591/11 - U B P PARIS AG CENTRALE N° 00112420007/80

**2053 FIDI**

Omni 

# GROSPIRON INTERNATIONAL

DEMENAGEMENTS INTERNATIONAUX ET NATIONAUX - GARDE-MEUBLES - EMBALLAGES - INTERNATIONAL MOVING - STORAGE - PACKING

**15, RUE DANIELLE CASANOVA - BP 244 - 93533 AUBERVILLIERS CEDEX FRANCE**
TELEPHONE : + 33 (0) 1 48 11 71 71 - FAX : + 33 (0) 1 48 11 71 70 - Website : http://www.grospiron.com - E-Mail : info@grospiron.com

*PAGE 2*                 **CONTRAT DE GARDE-MEUBLES**           CLIENT N°27303
                         **CONTRAT DEFINITIF**                  CONTRAT N° 1079

« Bon pour accord » (mention manuscrite)

TYPE DE GARDE : Garde en conteneurs individuels

### FRAIS DE GARDE

| | Nombre d'unité | Total |
|---|---|---|
| SUIVANT LA VALEUR DECLAREE : 0,00 FF à 4,00 pour mille / mois | 3 | 0,00 |
| SUIVANT L'ESPACE OCCUPE : | | |
| caisse 12M3 à 384,00 | 4,00 | 1 536,00 |
| à 0,00 | 0,00 | 0,00 |
| à 0,00 | 0,00 | 0,00 |
| à 0,00 | 0,00 | 0,00 |
| à 0,00 | 0,00 | 0,00 |
| à 0,00 | 0,00 | 0,00 |
| à 0,00 | 0,00 | 0,00 |
| | **TOTAL HT PAR MOIS** | 1 536,00 |
| | **TVA à 19,60 %** | 301,06 |
| | **TOTAL TTC PAR MOIS** | 1 837,06 |

| FRAIS ACCESSOIRES | | PAIEMENT A EFFECTUER D'AVANCE |
|---|---|---|
| Article 9 des conditions générales de vente jointes | | Par trimestre    Intérêts de retard 0,00 % par an |
| Frais d'ouverture de dossier : | FHT | **NOM ET ADRESSE DE FACTURATION** |
| Frais d'inventaire : | FHT | EDF Direction Internationale |
| Frais de manutention : | FHT | 75017 PARIS |
| Frais administratifs de sortie : | FHT | |
| Divers : | FHT | |

### MISE EN GARDE-MEUBLES

Espace (volume ou surface) du lot déposé : 48,00 m³
Inventaire : Oui
En cas de garde-meubles en conteneurs individuels, numéros des conteneurs et des plombs :
N°820 Plbs 6812113 6812114 / N°2171 plbs 6812115 6812116 / N°140 plbs 6812117 6812117 / N°0539 plbs 6812119 6812120

ACCEPTATION

La garde du mobilier s'effectuera aux conditions générales de vente du contrat de garde-meubles approuvées par le client, ainsi qu'aux conditions énoncées ci-dessus.

Signature de l'entreprise                Signature du client          A Washington              le 20/10/00

IMPORTANT :

*Agences à Lyon et Nice*

**Raoult GROSPIRON INTERNATIONAL**
**UniGroup**   **MAISON FONDEE EN 1840, LA PLUS ANCIENNE DU NOM**        205ADI
Worldwide         SOCIETE ANONYME AU CAPITAL DE 1.877.500 FRANCS
UNITED. MAYFLOWER    R.C.S. BOBIGNY B 377 589 932   SIRET 377 589 932  00047 - CODE APE 602 N
International        N° D'IDENTIFICATION T.V.A. FR 25 377 589 932                 Omni
              B.N.P. PARIS DUPLEIX N° 00021227591 11 - U.B.P. PARIS AG. CENTRALE N° 0311242000 7/40




| CONDITIONS GENERALES DE VENTE DU CONTRAT DE GARDE-MEUBLES |

*Contrat N°*   1079   *Client N°*   27303   GAUJACQ                                                        PAGE 1

Les présentes conditions générales de vente et les conditions particulières négociées entre l'entreprise de garde-meubles (le dépositaire) et le client (le déposant) déterminent les droits et obligations de chacun d'eux. Elles s'appliquent de plein droit aux opérations de garde-meubles objet du présent contrat.

## CHAPITRE 1 - DISPOSITIONS GENERALES

### Article 1 - Objet et contenu du contrat de garde-meubles

Le présent contrat a pour objet le gardiennage d'un patrimoine mobilier sous forme d'un lot en conteneurs individuels ou en emplacement individualisé dans un local spécialement aménagé et sous la responsabilité de l'entreprise moyennant une rétribution basée sur le double critère de l'espace occupé (volume ou surface) par le lot et de la valeur attribuée par le client au dit lot.

Le contrat de garde-meubles est constitué d'une proposition contractuelle établie par l'entreprise et remise au client pour acceptation. La signature par le client de cette proposition vaut engagement contractuel.

Le contrat définitif, incluant les éléments techniques non connus lors de l'établissement de la proposition contractuelle, est ensuite établi et adressé au client par courrier avec accusé de réception dans un délai maximum convenu à l'avance par les parties.

### Article 2 - Formalité d'inventaire à l'entrée en garde-meubles

L'inventaire est une liste établie contradictoirement avant le conditionnement identifiant chacun des objets ou éléments de mobilier constituant le patrimoine confié. Cette identification précise l'état des biens à entreposer. La liste est signée par l'entreprise et par le client.

#### 2.1 - Garde en conteneurs individuels

L'inventaire est facultatif lorsque la mise en conteneur plombé s'effectue en présence du client ou de son mandataire il en est de même lorsque le conteneur est réceptionné déjà plombé lors de son entrée en garde-meubles.

En l'absence du client ou de son mandataire l'inventaire est obligatoirement établi dans le cas où la mise en conteneur plombé est effectuée par l'entreprise qui a réalisé elle-même le conditionnement du mobilier. L'inventaire est alors adressé au client en courrier avec accusé de réception lequel doit le retourner directement signé à l'entreprise. Il est réputé l'accepter sans réserves passé le délai de dix jours.

#### 2.2 - Garde en en emplacement individualisé

L'inventaire est obligatoirement établi à l'entrée en garde-meubles. En l'absence du client ou de son mandataire l'inventaire lui est adressé par courrier avec accusé de réception lequel doit le retourner directement signé à l'entreprise. Il est réputé l'accepter sans réserves, passé un délai de dix jours.

### Article 3 - Gardiennage par une tierce entreprise

L'entreprise conserve la faculté de confier, sous son entière responsabilité, le gardiennage du mobilier à une tierce entreprise. Dans le cas où l'entreprise utilise cette faculté le client est informé de l'identité de cette tierce entreprise et il est en droit de la refuser éventuellement.

### Article 4 - Revalorisation et révision de la valeur déclarée

#### 4.1 - Revalorisation globale

Afin d'éviter une dépréciation de la valeur globale déclarée lors de la conclusion du contrat, cette valeur peut être revalorisée annuellement. La revalorisation de la valeur globale interviendra à compter du 1er jour du trimestre civil anniversaire de la conclusion du contrat proportionnellement à la variation constatée entre la valeur de l'Indice INSEE série nationale afférent au premier mois du trimestre civil à la conclusion du contrat et la valeur du même indice douze mois après. Les revalorisations suivantes interviendront chaque année à la même date.

Les conditions particulières fixent la valeur de l'indice de base ainsi que la date de la première revalorisation.

#### 4.2 - Revalorisation partielle

En cours de contrat, dans son propre intérêt, le client s'engage à déclarer par courrier avec accusé de réception toutes modifications de la valeur qui lui paraîtront justifiées notamment en cas de retraits partiels ou de dépôt de nouveaux objets.

### Article 5 - Lieu d'entreposage

Le contrat mentionne le lieu où se trouve entreposé le mobilier confié. En cas de changement du lieu d'entreposage en cours de gardiennage l'entreprise doit en informer le client par courrier avec accusé de réception. Le client est en droit de refuser le changement du lieu de gardiennage ce qui constitue un motif de rupture du contrat de garde-meubles sans indemnité de part et d'autre.

### Article 6 - Adresse du client

Le client est tenu d'informer l'entreprise par courrier avec accusé de réception de ses changements d'adresses successifs.

| CONDITIONS GENERALES DE VENTE DU CONTRAT DE GARDE-MEUBLES |
|---|

*Contrat N°* 1079   *Client N°* 27303   GAUJACQ                                                    PAGE 2

Article 7 - Personnes habilitées à retirer le mobilier

Il appartient au client de désigner au contrat la (ou les) personne(s) habilitée(s) à retirer tout ou partie du mobilier A défaut le retrait du mobilier ne pourra être effectué que par une personne justifiant de son identité et disposant d'un mandat écrit dont copie devra être adressée à l'entreprise huit jours à l'avance En cas de décès du client le mobilier ne sera remis qu'à ses héritiers qui devront justifier de cette qualité

## CHAPITRE 2 - PRIX ET MODALITES DE REGLEMENT

### Article 8 - Frais de garde

La rétribution du garde-meubles est calculée mensuellement sur le double critère de la valeur et de l'espace occupé augmenté le cas échéant des prestations particulières afférentes à chaque mobilier
La garde suivant valeur est calculée sur la valeur totale du mobilier figurant au contrat
La garde suivant l'espace occupé est calculée :
- soit d'après le volume extérieur des conteneurs utilisés ou d'après le volume réel d'encombrement du lot en emplacement individualisé avec un minimum de facturation défini aux conditions particulières
- soit en fonction de la surface occupée

### Article 9 - Frais accessoires

Les frais de garde ne comprennent pas
- les frais d'ouverture de dossier
- les frais d'établissement d'inventaire facturés suivant le temps passé
- la location du matériel de conditionnement
- toute prestation excédant la garde proprement dite , telle que la protection particulières de certains objets
- toute manutention ou autre prestation consécutive à une demande du client
- les frais administratifs de sortie
L'ensemble de ces frais doit être acquitté préalablement à toute restitution du lot

### Article 10 - Révision du prix

Le client est informé avec un délai de prévenance d'un mois de toute modification du montant du prix mensuel et des frais accessoires au cours de l'entreposage

### Article 11 - Paiement

Les conditions particulières doivent prévoir les modalités de paiement des frais de garde et accessoires étant précisé que tout mois commencé est dû entièrement.
A défaut, le paiement s'effectue par trimestre et d'avance au siège de l'entreprise Par dérogation en cas de mise en garde-meubles consécutive à un partage, une succession saisie ou expulsion l'entreprise est en droit de demander au client un règlement préalable équivalent à 6 mois de frais de garde En tout état de cause les frais de garde et accessoires sont payables avant le retrait des meubles et objets mobiliers
Toute somme due et non réglée porte intérêt au taux figurant aux conditions particulières à compter du troisième mois qui suit son exigibilité sans qu'il soit besoin d'une mise en demeure préalable

## CHAPITRE 3 - FIN DU CONTRAT

### Article 12 - Préavis en cas de résiliation

L'entreprise conserve la faculté de résilier le présent contrat avec un préavis d'un mois Par contre le client est tenu d'annoncer le retrait de ses meubles avec un préavis minimum de quinze jours de même que pour aviser l'entreprise de toute visite ou manutention à effectuer en garde-meuble

### Article 13 - Vente en cas de non paiement

Conformément à la loi du 31 décembre 1903, modifiée par la loi du 31 décembre 1968, le défaut de paiement d'un an de gardiennage emporte le droit pour l'entreprise de faire procéder, après mise en demeure adressée au client par courrier avec accusé de réception, à la vente aux enchères publiques du mobilier sur ordonnance du juge d'instance.
Ce droit entraîne celui d'ouvrir en présence de l'officier ministériel désigné par l'ordonnance du juge les contenants, les meubles fermés et d'en examiner le contenu. Tous les frais qui résultent de l'application du présent article sont prélevés sur le montant de la vente

| CONDITIONS GENERALES DE VENTE DU CONTRAT DE GARDE-MEUBLES |
|---|

*Contrat N°*   1079   *Client N°*   27303   GAUJACQ                                              PAGE 3

## CHAPITRE 4 - RESPONSABILITE DU GARDE-MEUBLES

### Article 14 - Principe

L'entreprise est responsable des biens qui lui sont confiés dans les conditions édictées par les articles 1927 et 1932 du code civil et plus particulièrement par celles de l'article 1933 stipulant que : "le dépositaire est tenu de rendre la chose déposée dans le même état où elle se trouve au moment de la restitution. Les détériorations qui ne sont pas survenues par son fait sont à la charge du déposant."

### Article 15 - Exclusions

Le garde-meubles n'assure pas la garde des végétaux, matières dangereuses, infecte, explosives ou inflammables, bijoux, monnaies, métaux précieux, clés, valeurs et titres. Tout manquement à cette règle engage la responsabilité personnelle et exclusive du client.
Le garde-meubles ne répond pas des dommages et conséquences dommageables résultant :
- des insectes (mites..) et rongeurs, de la durée du gardiennage (froissement d'étoffes..), de l'état hygrométrique de l'air ambiant (condensation à l'intérieur des contenants et des appareils confiés) et plus généralement de l'influence des facteurs climatiques naturels.
- du vice propre ou du dérèglement des objets, notamment lorsque ceux-ci comporte un dispositif mécanique, électrique, électronique ou autre dont l'entreprise n'a pas qualité pour juger du fonctionnement à l'entrée en garde-meubles.
De même, la responsabilité du garde-meubles n'est pas engagée pour les pertes ou avaries des objets n'ayant pas été conditionnés par ses soins ou consécutives aux manutentions effectuées dans le garde-meubles par le client ou son mandataire.

### Article 16 - Formalités à la sortie du garde-meubles

Le client doit être présent ou dûment représenté à la sortie de son mobilier du garde-meubles.
Après vérification des documents et des contenants ou des contenus suivant le cas, le client doit contradictoirement consigner par écrit sur le bordereau de restitution les dommages constatés et donner décharge. L'absence de formulation de réserves écrites précises et détaillées, emporte présomption que les biens confiés sont sortis du garde-meubles au complet et en bon état.
En cas de garde en conteneurs individuels plombés et en l'absence d'inventaire établi, la présence du client ou de son mandataire pour le déplombage est impérative.

### Article 17 - Indemnisation pour pertes et avaries

Suivant la nature des dommages, les pertes et avaries donnent lieu à réparation, remplacement ou indemnité compensatrice.
L'indemnisation intervient dans la limite du préjudice matériel prouvé et des conditions particulières négociées entre l'entreprise et le client quant à la valeur du mobilier.
Ces conditions particulières fixent sous peine de nullité de plein droit du contrat :
- le montant de l'indemnisation maximum pour la totalité du mobilier
- le montant de l'indemnisation maximum par objet non valorisé sur une liste
Elles peuvent également fixer l'indemnisation maximum des objets figurant sur une liste valorisée.

### Article 18 - Actions en justice

Les actions auxquelles peut donner lieu le contrat de garde-meubles doivent être intentées dans le délai de dix ans qui suit la sortie des biens, à l'exception de celles en règlement des frais de garde dont le délai est fixé à cinq ans.

*SIGNATURE DU CLIENT*
*Précédée de la mention 'lu et approuvé"*

*"lu et approuvé"*
*/ Gaujacq*

**2057**

09/01 06 15:55 FAX 33 1 48 14 42 40    GROSPIRON INTL                           ☒001



**GROSPIRON INTERNATIONAL MOVERS**

PARIS Office :

Z.I DU COUDRAY
30/32 AV. ALBERT EINSTEIN
93155 LE BLANC MESNIL CEDEX

☎ :   33 1 48 14 42 42
Fax : 33 1 48 14 42 40

# FAX

| To : | M et Mme GAUJACQ | From : | Delphine BOUCHERIE |
|---|---|---|---|
| Fax N° : | + 1 601 879 0482 | Date : | 09/01/06 |
|  |  | Page : | 5 |

Objet : Devis de votre déménagement

Madame Monsieur,

Nous vous remercions d'avoir consulté GROSPIRON INTERNATIONAL en vue d'effectuer votre déménagement au départ de notre Garde meubles et à destination de Moyeuvre Grande, France.

Nous avons le plaisir de vous soumettre nos devis vous présentant notre prestation de porte à porte.

Nous vous en souhaitons bonne réception.

Olivier POULAIN reste à votre entière disposition pour tout complément d'informations.

Dans l'espoir d'une future collaboration veuillez agréer Madame Monsieur, nos sincères et cordiales salutations.

Delphine BOUCHERIE
*Sales Assistant*
Email : d.boucherie@grospiron.com
Direct Line : + 33 (0) 1 48 14 41 62

GROSPIRON INTERNATIONAL
PARIS - Corporate Office
30/32, avenue Albert EINSTEIN
93155 Le BLANC-MESNIL CEDEX - FRANCE
Tel : + 33 (0) 1 48 14 42 42
Fax : + 33 (0) 1 48 14 42 40
www.grospiron.com

FAIM certified (FIDI Accredited International Mover)

*Handwritten notes:*
→ 12/9/05 to 2/09/06
2 months garde meubles
→ déménagement
8 février 2006
( 7 février )
9 Rue Jeanne d'Arc
57250 MOYEUVRE-Grande

• stockage  3788/12 × 2 = 632 Euros
• déménagement  4260.15 Euros

Offices in PARIS, LYON, NICE and TOULOUSE
Member of : FIDI - OMNI - LACMA - EUROVAN - HHGFA - AMSA        **2058**

SEOPEZ
01/08/01



M et Mme GAUJACQ Philippe et
Catherine
125 Levingston Drive
MADISON MA, 39110
ETATS-UNIS

Le BLANC MESNIL, le 06/01/2006

DEVIS n° : 50640

Madame Monsieur,

A la suite de votre demande et des indications que vous nous avez fournies par email, nous avons le plaisir de vous confirmer les conditions auxquelles nous pourrons réaliser votre déménagement :

<u>*De :*</u>
Notre Garde meubles
93150 LE BLANC MESNIL
FRANCE

<u>*A :*</u>
Adresse à préciser
57250 MOYEUVRE GRANDE
France
Sous Réserve d'Accès Normaux

<u>NOS PRESTATIONS COMPRENNENT</u> :

* Manutention sortie de Garde meubles
* Chargement
* Transport en circuit routier combiné - date à déterminer d'un commun accord, selon disponibilités
* Livraison à votre nouvelle adresse - accès normaux à nos véhicules routiers sans transbordement ni portage
* Mise en place du mobilier suivant vos indications
* Remontage si nécessaire du mobilier démonté par nos soins
* Déballage de la vaisselle et des objets fragiles
* Retrait des cartons



*Agences à Lyon - Nice - Toulouse*
**Raoult GROSPIRON INTERNATIONAL**
MAISON FONDEE EN 1840, LA PLUS ANCIENNE DU NOM
SOCIETE ANONYME AU CAPITAL DE 300,400 EUROS
R.C.S. BOBIGNY B 377 589 932 - SIRET 377 589 932 00047 - CODE APE 602 N
N° d'IDENTIFICATION TVA: FR 25 377 589 932



2059

09 01 06 15:57 FAX 33 1 48 14 42 40    GROSPIRON INTL    ☒003



Pour ces prestations et pour un volume de ~~44~~ m3    ← 48m³
46m³

| | |
|---|---|
| NOTRE PRIX H.T. : | 3 562,00 € |
| T.V.A 19.60 % : | 698,15 € |
| TOTAL T.T.C. : | 4 260,15 € |

*PRIX VALABLE JUSQU'AU · 09/04/2006*

GARANTIE SUR VALEUR :

Nous vous proposons un taux de 1% + TVA 19.6% appliqué sur la valeur à nous déclarer.

En cas de dommages, une franchise de 152 € est applicable.

RESPONSABILITE CONTRACTUELLE

A défaut de garantie dommages, notre responsabilité contractuelle est limitée à concurrence de 305 € par objet ou élément de mobilier et dans la limite de (457 € x 44 m3 = 20 108 €) pour la totalité du mobilier.

Dans tous les cas, une *déclaration de valeur* devra nous être fournie (formulaire fourni par nos soins) avant le commencement des opérations.

PLANNING

Date d'enlèvement à confirmer

CONDITIONS DE REGLEMENT :

En cas d'accord de votre part sur les termes de notre devis, nous vous demandons de bien vouloir nous adresser notre bon de commande dûment rempli et signé ainsi qu'un chèque de la totalité du devis avant la livraison du Garde meubles.

Votre dossier est suivi par OLIVIER POULAIN - Service ROUTE - qui est à votre disposition pour tout renseignement complémentaire.

Vous assurant à l'avance de nos meilleurs soins et dans l'attente de votre confirmation, nous vous prions d'agréer, Madame, Monsieur, l'expression de nos sentiments distingués.

Olivier POULAIN

P.J. : 1 bon de commande



*Agences à Lyon - Nice - Toulouse*
Raoul GROSPIRON INTERNATIONAL
MAISON FONDEE EN 1840, LA PLUS ANCIENNE DU NOM
SOCIETE ANONYME AU CAPITAL DE 300.400 EUROS
R.C.S. BOBIGNY B 377 540 932 - SIRET 377 540 932 00047 - CODE APE 602 N
N° d'IDENTIFICATION T.V.A. FR 23 377 540 932



2060

09/01  06 15:58 FAX 33 1 48 14 12 40      GROSPIRON INTL                    ☒004

# CONDITIONS GENERALES DE VENTE DU CONTRAT DE DÉMÉNAGEMENT

Les présentes conditions générales de vente et les conditions particulières négociées entre l'entreprise et le client déterminent les droits et obligations de chacun d'eux. Elles s'appliquent de plein droit aux opérations de déménagement objet du présent contrat.

## CHAPITRE I – CONCLUSION DU CONTRAT

**ARTICLE 1 – INFORMATION SUR LES CONDITIONS DE RÉALISATION DU DÉMÉNAGEMENT**

A la demande de l'entreprise, le client doit fournir toutes informations dont il a connaissance permettant la réalisation matérielle du déménagement, tant au lieu de chargement que de livraison (conditions d'accès pour le personnel et le véhicule, possibilité de stationnement, travaux en cours et toutes autres particularités).
Le client est préalablement informé des suppléments chiffrés qu'il serait éventuellement amené à supporter en cas d'absence d'informations ou d'inexactitude de celles-ci.
Le client doit également signaler les objets dont le transport est assujetti à une réglementation spéciale (vins, alcools, armes, etc.), les formalités administratives étant à sa charge.
Un devis gratuit décrivant les caractéristiques de l'opération projetée est fourni par l'entreprise au client.

**ARTICLE 2 – RÉALISATION DU CONTRAT**

Sauf stipulation contraire aux conditions particulières, toute somme versée d'avance est qualifiée d'arrhes. Sauf cas de force majeure.
- en cas de résiliation par le client, les arrhes ne sont pas remboursées.
- en cas de résiliation par l'entreprise ou de défaillance de celle-ci, le professionnel le restitue au double.

**ARTICLE 3 – DÉMARCHAGE ET VENTE A DOMICILE**

En cas de démarchage et vente à domicile, le client bénéficie de la faculté de renonciation dans les 7 jours suivant la signature du contrat de déménagement telle que prévue par la loi du 22 décembre 1972 modifiée.
Il reçoit à cet effet un bordereau de rétractation, aucune contrepartie financière ne devant être perçue pendant ce délai.

**ARTICLE 4 – ASSURANCE DOMMAGE**

L'entreprise a la faculté de proposer au client de souscrire une assurance dommage destinée à garantir le mobilier contre certains risques pour lesquels elle n'assume légalement aucune responsabilité.
Son coût est porté à la connaissance du client, qui a la possibilité d'y souscrire ou non.

**ARTICLE 5 – DÉLAIS D'EXÉCUTION INDÉTERMINÉS**

Si, à la demande du client, il n'est pas fixé de date ou de période formelle d'exécution, le client peut adresser une mise en demeure par lettre recommandée à l'entreprise, au cas où celle-ci n'a pas entrepris le transport dans un délai normalement prévisible.
A compter de cette mise en demeure, l'entreprise dispose d'un délai de dix jours, sauf cas de force majeure. Le contrat est considéré comme résilié par l'entreprise et les sommes versées sont restituées.

## CHAPITRE II – PRIX ET MODALITÉS DE RÈGLEMENT

**ARTICLE 6 – PRIX ET MODALITÉS DE RÈGLEMENT**

Les prix fixés au contrat ne peuvent être modifiés que si des charges imprévisibles et indépendantes de la volonté de l'entreprise liées aux modalités de réalisation, surviennent avant le début de l'opération.
Le client et l'entreprise peuvent toutefois décider d'un commun accord de modifier les dispositions prévues au contrat sous réserve de convenir de nouvelles modalités et des conséquences pouvant en résulter sur le prix fixé, notamment pour toutes prestations supplémentaires non prévues au contrat initial.

**ARTICLE 7 – VALIDITÉ DES PRIX**

Si la date de réalisation n'a pas été fixée, l'entreprise et le client déterminent la durée de validité des prix à compter de la date d'établissement du devis.

**ARTICLE 8 – MODALITÉS DE RÈGLEMENT**

Les conditions particulières doivent prévoir après négociation :
- le montant des arrhes versé à la commande,
- le montant du versement intermédiaire, le cas échéant, à la fin du chargement
- le solde à la fin du contrat de déménagement.

## CHAPITRE III – RÉALISATION DES PRESTATIONS

**ARTICLE 9 – PRESTATIONS EFFECTUÉES PAR L'ENTREPRISE**

Les prestations convenues avec le client préalablement à chaque opération et précisément définies dans les devis.
L'entreprise n'assume pas la prise en charge des personnes, animaux, des végétaux, des matières dangereuses, infectes, explosives ou inflammables, des bijoux, des monnaies, métaux précieux ou valeurs.
Toute exception à cette règle doit faire l'objet d'un accord écrit entre l'entreprise et le client avant le début de la réalisation.

**ARTICLE 10 – RÉALISATION PAR UNE TIERCE ENTREPRISE**

L'entreprise conserve la faculté de confier, sous son entière responsabilité, la réalisation totale ou partielle du déménagement à une tierce entreprise dénommée «entreprise exécutante».

Dans le cas où l'entreprise contractante utilise cette faculté, l'information du client sur l'identité de l'entreprise exécutante doit être réalisée dans un délai maximum de 48 heures avant la date de réalisation. Le client est en droit de refuser et les sommes lui sont alors restituées.

**ARTICLE 11 – PRÉSENCE OBLIGATOIRE DU CLIENT**

Le client ou son mandataire doit être présent tant au chargement qu'à la livraison. Il doit vérifier, avant le départ du véhicule, qu'aucun objet n'a été oublié dans les lieux et dépendances où se trouvait son mobilier.
Le représentant de l'entreprise est en droit d'exiger du client la constatation par écrit de toute détérioration antérieure au déménagement.

## CHAPITRE IV – RESPONSABILITÉ DE L'ENTREPRISE

**ARTICLE 12 – RESPONSABILITÉ POUR RETARD**

L'entreprise est tenue de réaliser le déménagement suivant la date de chargement et de livraison (article 104 du code du commerce), ou, en cas de groupage suivant la période indiquée sur la lettre de voiture.
Sauf cas de force majeure, l'indemnité due en cas de retard est calculée suivant le préjudice démontré et supporté par le client.

**ARTICLE 13 – RESPONSABILITÉ POUR PERTES ET AVARIES**

L'entreprise est responsable des meubles et objets qui lui ont été confiés, sauf cas de force majeure, vice propre de la chose ou faute du client (article 103 du code de commerce).
Elle décline toute responsabilité en ce qui concerne les opérations qui ne seraient pas exécutées par ses préposés ou ses intermédiaires substitués.

**ARTICLE 14 – INDEMNISATION POUR PERTES ET AVARIES**

Suivant la nature des dommages, les pertes et avaries donnent lieu à réparation par remplacement ou indemnité compensatrice.
L'indemnisation intervient dans la limite du préjudice matériel prouvé et des conditions particulières négociées entre l'entreprise et le client.
Ces conditions particulières fixent – sous peine de nullité de plein droit du contrat – le montant de l'indemnisation maximum pour la totalité du mobilier et pour chaque objet ou élément du mobilier.
Elles peuvent également fixer l'indemnisation maximum des objets figurant sur une liste valorisée. Le client est informé des coûts en résultant.

**ARTICLE 15 – PRESCRIPTION**

Les actions en justice pour avarie, perte ou retard auxquelles peut donner lieu le contrat de déménagement doivent être intentées dans l'année qui suit la livraison du mobilier (article 108 du code du commerce).

## CHAPITRE V – LIVRAISON ET FORMALITÉS

**ARTICLE 16 – LIVRAISON DU MOBILIER À DOMICILE**

A la réception, le client doit vérifier l'état de son mobilier et en donner décharge. La livraison est terminée à l'aide de la déclaration de fin de travail.
En cas de perte ou d'avarie et pour sauvegarder ses droits et moyens de preuve, le client a intérêt à émettre dès la livraison et la mise en place, en présence des représentants de l'entreprise, des réserves écrites, précises et détaillées.
Que des réserves aient été prises ou non, le client doit, en cas de perte ou d'avarie, se adresser à l'entreprise une lettre recommandée dans laquelle il décrit le dommage constaté, soit faire établir un acte extrajudiciaire (constat d'huissier).
Ces formalités doivent être accomplies dans les 3 jours, non compris les dimanches et jours fériés, qui suivent la livraison.
A défaut, le client est privé du droit d'agir contre l'entreprise (article 105 du code de commerce).

**ARTICLE 17 – LIVRAISON DU MOBILIER AU GARDE-MEUBLES A LA DEMANDE DU CLIENT**

La livraison en garde-meubles est assimilée à une livraison à domicile et met fin au contrat de déménagement.
Les frais d'entrée en garde-meubles sont stipulés et facturés au client par le garde-meubles qui assume la garde du mobilier.

**ARTICLE 18 – DÉPÔT NÉCESSAIRE PAR SUITE D'EMPÊCHEMENT A LA LIVRAISON**

En cas d'absence du client aux adresses de livraison par lui indiquées, ou d'impossibilité matérielle n'étant pas le fait de l'entreprise, le mobilier est placé d'office dans un garde-meubles, par tous moyens appropriés, l'entreprise rend compte au client de cette opération de dépôt qui met fin au contrat de déménagement.

Les présentes conditions générales de vente ont été déposées par la Chambre Syndicale du Déménagement avec les représentants des consommateurs et tiennent compte de la recommandation n°82-02 concernant les contrats de déménagement de la Commission des Clauses Abusives. Elles prennent effet au 1er octobre 1993.

09/01 06 15:58 FAX 33 1 48 14 42 40    GROSPIRON INTL                                    ☒005

# BON DE COMMANDE ET D'INSTRUCTIONS
*à compléter, signer et retourner à :*

## GROSPIRON INTERNATIONAL

ZI du Coudray – 30/32, av. Albert Einstein – 93155 LE BLANC MESNIL CEDEX – France
TEL : + 33 (0) 1 48 14 42 42 – FAX : + 33(0) 1 48 14 42 40

M : **GAUJACQ Philippe et Catherine**
Nom et prénom ou raison sociale
demeurant : **125 S Livingston Drive MADISON MS 39110 –USA–**
Adresse complète

après avoir lu et accepté les conditions imprimées et manuscrites dans son devis daté du : **9/1/06**
référence : **50640**, donne commande à la Société GROSPIRON INTERNATIONAL pour le déménagement des objets mobiliers et personnels de M : **GAUJACQ Philippe et Catherine**
(Nom si différent)

Commencer l'emballage en date du : _____
Terminer l'enlèvement du mobilier le : _____
Livrer à destination à partir du : **le 8 Février 2006**
Date d'arrivée du propriétaire à destination : **7 Février 2006**

**ADRESSE ET ETAGE POUR CHARGEMENT :** **en garde-meuble par vos soins**
**contrat 1079 client 27303**
Etage : _____  Téléphone : _____

**ADRESSE A DESTINATION POUR CONTACT AVANT LIVRAISON :**
**VAXELAIRE Gisèle 9, Rue Jeanne d'Arc 57250 NOYEUVRE-Grande**
Téléphone : **03-87-58-88-58**

**ADRESSE A DESTINATION POUR LIVRAISON : 9, Rue Jeanne d'Arc**
**57250 NOYEUVRE-Grande**
Etage : **RdC – 2° étage**  Téléphone : **03-87-58-88-58**

La valeur totale des objets à transporter est de frai EUROS
Ci-joint l'inventaire (indispensable) pour l'assurance (avec valeurs détaillées)
GROSPIRON INTERNATIONAL doit/ne doit pas* faire assurer les objets pendant le transport et à mes frais, pour la valeur totale indiquée ci-dessus, contre tous les risques.
*Rayer la mention inutile

**PAIEMENT :**
Les frais payables au départ seront payés par : **Catherine et Philippe GAUJACQ**
Adresse : **125 Livingston drive MADISON MS 39110 –USA–**
Autres instructions (si nécessaire) : _____
Date : **10/01/06**                                  Nom du signataire :

                                                    *[signatures]*
                                                    GAUJACQ C    GAUJACQ P

N.B. : Si les frais du déménagement doivent être payés par une société ou un organisme,
prière de faire apposer cachet et signature sur ce bon de commande.   **2062**

SECOM9 01/06 01          Agence à LYON : 0472795858

# GROSPIRON INTERNATIONAL

HEAD OFFICE
15, RUE DANIELLE CASANOVA - BP 244
93533 AUBERVILLIERS CEDEX FRANCE

Téléphone : +33 (0) 1 48 11 71 71
Fax : +33 (0) 1 48 11 71 70

☐ PARIS    ☐ LYON    ☐ NICE

Remover Möbelspediteur Déménageur

HOUSEHOLD GOODS DESCRIPTIVE INVENTORY
LISTE DES UMZUGSGUTES
INVENTAIRE DESCRIPTIF DU MOBILIER

| Ref | Date Datum | Page Seite |
|---|---|---|
| | | |

Owner Umziehender Propriétaire

| From Von De | To Nach A |
|---|---|
| | GM AUBER |

| Agent Représentant | Hauler Frachtführer Tractionnaire |
|---|---|

(Numbered inventory list 1–20 in two columns, blank)

We have checked all the items listed and their condition and acknowledge that this is a true and complete list of the goods received and delivered. (Reservations with regard to loss or damage must be made in writing to the remover within seven days)

Wir haben die aufgeführten Gegenstände und ihren Zustand überprüft und bestätigen, dass dieses eine richtige und vollständige Liste der empfangenen und abgelieferten Güter ist. (Vorbehalte bezüglich Verlust oder Schaden müssen dem Möbelspediteur schriftlich innerhalb von 7 Tagen eingereicht werden)

Nous avons contrôlé tous les articles inventoriés et leur état, et reconnaissons que ceci est la liste véritable et complete des biens reçus et livrés (les réserves concernant les pertes ou domages doivent être faites par écrit à l'entreprise de déménagement dans un délai maximum de sept jours).

| AT ORIGIN AM ABGANGSORT A L'ORIGINE | Driver Fahrer Conducteur | Date Datum | AT DESTINATION AM EMPFANGSORT A DESTINATION | Driver Fahrer Conducteur | Date Datum |
|---|---|---|---|---|---|
| | Owner Umziehender Propriétaire | Date Datum | | Owner Umziehender Propriétaire | **2063** Date Datum |

**GROSPIRON INTERNATIONAL**
HEAD OFFICE
15, RUE DANIELLE CASANOVA - BP 244
93533 AUBERVILLIERS CEDEX FRANCE
Téléphone : +33 (0) 1 48 11 71 71
Fax : +33 (0) 1 48 11 71 70
☐ PARIS  ☐ LYON  ☐ NICE

HOUSEHOLD GOODS DESCRIPTIVE INVENTORY
LISTE DES UMZUGSGUTES
INVENTAIRE DESCRIPTIF DU MOBILIER

| Ref | Date Datum | Page Seite |
|---|---|---|
| | | |

Owner Umziehender Propriétaire

| From Von De | To Nach A |
|---|---|
| | GN AVBER |

| Agent Représentant | Hauler Frachtführer Tractionnaire |
|---|---|

Remover Möbelspediteur Déménageur

2064

We have checked all the items listed and their condition and acknowledge that this is a true and complete list of the goods received and delivered. (Reservations with regard to loss or damage must be made in writing to the remover within seven days.)

Wir haben die aufgeführten Gegenstände und ihren Zustand überprüft und bestätigen, dass dieses eine richtige und vollständige Liste der empfangenen und abgelieferten Güter ist. (Vorbehalte bezüglich Verlust oder Schaden müssen dem Möbelspediteur schriftlich innerhalb von 7 Tagen eingereicht werden.)

Nous avons contrôlé tous les articles inventoriés et leur état, et reconnaissons que ceci est la liste véritable et complète des biens reçus et livrés (les réserves concernant les pertes ou dommages doivent être faites par écrit à l'entreprise de déménagement dans un délai maximum de sept jours).

| AT ORIGIN AM ABGANGSORT A L'ORIGINE | Driver Fahrer Conducteur | Date Datum | AT DESTINATION AM EMPFANGSORT A DESTINATION | Driver Fahrer Conducteur | Date Datum |
|---|---|---|---|---|---|
| | Owner Umziehender Propriétaire | Date Datum | | Owner Umziehender Propriétaire | Date Datum |

**GROSPIRON INTERNATIONAL**
HEAD OFFICE
15, RUE DANIELLE CASANOVA - BP 244
93533 AUBERVILLIERS CEDEX FRANCE
Téléphone : +33 (0) 1 48 11 71 71
Fax : +33 (0) 1 48 11 71 70
☐ PARIS  ☐ LYON  ☐ NICE

HOUSEHOLD GOODS DESCRIPTIVE INVENTORY / LISTE DES UMZUGSGUTES / INVENTAIRE DESCRIPTIF DU MOBILIER

Ref. / Date Datum / Page, Seite

Owner Umziehender Propriétaire

From Von De / To Nach A: 60 AUBER

Remover Möbelspediteur Déménageur

Agent Représentant / Hauler Frachtführer Tractionnaire

2065

# GROSPIRON INTERNATIONAL

HEAD OFFICE
15, RUE DANIELLE CASANOVA - BP 244
93533 AUBERVILLIERS CEDEX FRANCE
Téléphone : +33 (0) 1 48 11 71 71
Fax : +33 (0) 1 48 11 71 70

☐ PARIS    ☐ LYON    ☐ NICE

**HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**
LISTE DES UMZUGSGUTES
INVENTAIRE DESCRIPTIF DU MOBILIER

Ref | Date, Datum | Page Seite

Owner Umziehender Propriétaire

From Von De | To Nach, A: 6D AUBER

Remover Möbelspediteur, Déménageur

Agent, Représentant | Hauler Frachtführer Tractionnaire

We have checked all the items listed and their condition and acknowledge that this is a true and complete list of the goods received and delivered. (Reservations with regard to loss or damage must be made in writing to the remover within seven days).

Wir haben die aufgeführten Gegenstände und ihren Zustand überprüft und bestätigt, dass dieses eine richtige und vollständige Liste der empfangenen und abgelieferten Güter ist. (Vorbehalte bezüglich Verlust oder Schaden müssen dem Möbelspediteur schriftlich innerhalb von 7 Tagen eingereicht werden).

Nous avons contrôlé tous les articles inventoriés et leur état, et reconnaissons que ceci est la liste véritable et complète des biens reçus et livrés (les réserves concernant les pertes ou dommages doivent être faites par écrit à l'entreprise de déménagement dans un délai maximum de sept jours).

| AT ORIGIN AM ABGANGSORT A L'ORIGINE | Driver Fahrer, Conducteur | Date Datum | AT DESTINATION AM EMPFANGSORT A DESTINATION | Driver, Fahrer, Conducteur | Date Datum |
|---|---|---|---|---|---|
| | Owner Umziehender Propriétaire | Date Datum | | Owner Umziehender Propriétaire | Date Datum |

2066

Page 1 of 3

Subj:     Fwd: PHILIPPE G JACKSON MISS 05FEB06
Date:     1/9/2006 7:35:36 P.M. Central Standard Time
From:     EDFINACG
To:       ISISIXIA

---------
Forwarded Message:
Subj:     PHILIPPE G JACKSON MISS 05FEB06
Date:     1/9/2006 7:34:23 P.M. Central Standard Time
From:     DeltaElectronicTicketReceipt@delta.com
To:       EDFINACG@AOL.COM
Sent from the Internet (Details)


delta.com

## Your Receipt and Itinerary


(Scan this barcode at a Delta Self-Service Kiosk to a reservation.)

CATHERINE GAUJACQ
125 LIVINGSTON DRIVE
MADISON MS 39110

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to conta check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyM.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta Take control and make changes to your itineraries at delta.com/itineraries

Enjoy the fastest way to the gate. For domestic travel use delta.com's Online Check-in from 24 hours to 30 minu departure.

## Flight Information

```
DELTA CONFIRMATION #:  4CXIA6
TICKET #:  00623172393012
                                  Bkng                              Meals/  Seat/
Day Date     Flight     Status    Class     City          Time      Other   Cabin
--- ----     ------     ------    -----     ----          ----      ------  -----
Sun 05FEB  DELTA 1188    OK        L     LV JACKSON MISS  153P              13A
                                         AR ATLANTA       422P              COACH

Sun 05FEB  DELTA 50      OK        L     LV ATLANTA       645P      D M     30G
                                         AR PARIS-DEGAUL  925A#             COACH
                                            LE

Sat 25FEB  DELTA 51      OK        L     LV PARIS-DEGAUL  140P      L M     24A
                                            LE                              COACH
                                         AR ATLANTA       540P
```

Monday, January 9, 2006 America Online

2072

```
Sat 25FEB DELTA 4154*         OK    L    LV ATLANTA      751P        4A
                                         AR JACKSON MISS 813P        COACH
              *Operated by ATLANTIC SOUTHEAST
```

Check your flight information online at delta.com or call the Delta Flightline at 800-325-1999.

Baggage check-in requirements vary by airport. Please review Delta's Check-In Requirements for details. Please check in with the operating carrier.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

Key to Terms
\# - Arrival date different th date
** - Check in required
*** - Multi meals
*SS - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels/Beverages
D - Dinner
F - Food available for purc
L - Lunch
LV - Departs
M - Movie
R - Refreshments - Compl
S - Snack
T - Cold meal

## Passenger Information

PHILIPPE GAUJACQ
Skymiles Number: *******221

## Billing Details

## Receipt Information

```
Fare Details: JAN DL X/ATL Q55.00DL PAR274.00LLWSL5 DL X/ATL Q55.00DL JAN274.
00LLWSL5 NUC658.00END ROE1.00 XT YC 5.00 XY 7.00 US 29.00 XA 5.00 AY 7.50 FR
18.38 QX 14.31 XF 13.50 JAN4.5ATL4.5ATL4.5

Fare:     658.00 USD       Form of Payment   VI************7821
Tax:       99.69 XT
Tax:
Tax:
Total:    757.69 USD
```

NON-REF/CHANGE FEE/PENALTY

Note: If ticket purchase was by credit card and within 5 days of travel, you must present this card at time of travel using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or cre apply and are displayed in the sections below

This is a special fare ticket. Changing your reservation may result in penalties and increased fare. Always advise airline or travel agent that you are traveling on a special fare.

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.

```
        TICKET #:  00623172393012
        Issue Date: 01/09/06  Expiration: 01/09/07
        Place of Ticket Issue: WWWRES
        Issuing Agent Id: DL/WW
        Ticket Issue date: 09JAN06
```