# ATTACHMENT 3

CATHERINE GAUJACQ DEPOSITION March 17, 2006 Gaujacq v. EDFINA

In the U.S. District Court

For the District of Columbia

-----------------------------x

Catherine Gaujacq :

: NO. 1:05CV0969

v. :

:

Electricite de France :
International, North :
America, et al :

-----------------------------x

March 17, 2006

DEPOSITION OF:

Catherine Gaujacq (Cont'd)

a witness, called by counsel pursuant to notice, commencing at 8:41 a.m., which was taken at 11260 Roger Bacon Drive, Reston, VA

Overnite Court Reporting Service (301) 593-0671 Fax - (301) 593-8353
Washington, DC Metro Area www.DCCourtReporters.com
0c0f48af-5751-478a-b896-e6bbdf0dd6d8

CATHERINE GAUJACQ DEPOSITION March 17, 2006 Gaujacq v. EDFINA

Page 300

Q. Had you been in the office that day?

A. I don't know.

Q. Were you in the Washington, D.C. area?

A. I don't know. I was really, you know, traveling like him at this time. I can't tell you. I had some travel.

Q. So you don't know where you were?

A. You could tell me with this document, obviously. It's a document I produced.

Q. The witness can see we're guided by our documents here.

I would mark exhibit 1229 and I will give it to you and to your counsel with an explanation. Exhibit 1229 is a document produced by Ms. Gaujacq. Its Bates numbers start at 1229 and --

MS. BREDEHOFT: Is there a reason why you are not doing it as exhibit 52?

MS. HOGUET: I misspoke. It's exhibit 52 and that should be what I wrote.

(Whereupon the proffered item was marked as exhibit number 52.)

Overnite Court Reporting Service (301) 593-0671 Fax - (301) 593-8353
Washington, DC Metro Area www.DCCourtReporters.com
0c0f48af-5751-478a-b896-e6bbdf0dd6d8

BY MS. HOGUET:

Q. Exhibit 52 was a document produced by Ms. Gaujacq and it had some strikeouts on it, highlighting rather than strikeouts, highlighting, and we found that by holding the pages up to the light we could actually read what was underneath some of the highlighting.

So we wrote it in handwriting on pages 1232 and 1233. I'm saying that for the record because if anybody disagrees that that's what it says and wants to comment on it, you should certainly have the opportunity, but right now I don't think I'm going to be talking about those particular pages.

What is exhibit 52, Ms. Gaujacq?

A. I guess it's something I -- a kind of chronology I prepared when I had this claim with the EEOC.

Q. It was a chronology you prepared. Did you prepare it on a computer?

A. Yes.

Q. Do you know what computer you prepared it

CATHERINE GAUJACQ DEPOSITION March 17, 2006 Gaujacq v. EDFINA
Page 302

on?

A. No.

Q. Was it on your EDFINA laptop?

A. I cannot tell you.

Q. If you look at page 1231, down in the middle of the page there seems to be an entry which is very hard to read but it looks as if it says on June 5 there's a phone call. The location has been crossed out.

It looks like even then when you made out this calendar you didn't know where the conversation was, correct, where you were when you had the conversation?

A. I recall it was in the evening. It was around 5 p.m. or so and I was working from home on that day and I was ready to leave for a meeting on Sunday.

Q. The date here is given as June 5.

A. Yes.

Q. I think your best recollection of when this was.

Overnite Court Reporting Service (301) 593-0671 Fax - (301) 593-8353
Washington, DC Metro Area www.DCCourtReporters.com
0c0f48af-5751-478a-b896-e6bbdf0dd6d8

CATHERINE GAUJACQ DEPOSITION March 17, 2006 Gaujacq v. EDFINA

Page 303

A. Yes.

Q. You write: CN asks aggressively for associations and names of business contacts.

A. Yes.

Q. I would like to focus on separating the word aggressively from asking for the names of business contacts.

Was there anything improper, in your view, Mr. Nadal asking you for the names of business contacts?

A. Whole list of the business contacts of everyone and all the business cards, yes, there was something wrong.

Q. What was wrong with that?

A. Simply that it was just a list that was maybe that thick.

Q. Let the record show the witness is indicating a distance of maybe two feet, three feet.

A. Excuse me?

Q. I was just trying to state for the record that you were indicating there was a distance

Overnite Court Reporting Service (301) 593-0671 Fax - (301) 593-8353
Washington, DC Metro Area www.DCCourtReporters.com
0c0f48af-5751-478a-b896-e6bbdf0dd6d8

CATHERINE GAUJACQ DEPOSITION March 17, 2006 Gaujacq v. EDFINA

Page 304

relating to the amount of files, I take it.

A. No, no, it was simply that we had to work together and we were to work together for almost three years and so I really did not understand why he wanted this list and asked almost -- it was urgent, he said.

I told him I'm going to do, you know, whatever I can but we've got a lot of time to work on those.

We had some -- EDFINA had some lists already and all the employees had some lists.

Q. Did you think it was inappropriate for him to ask you for business contacts?

A. No, no. The urgency was inappropriate. I did not understand why he was, you know, and I recall telling him well, why is it so urgent? We've got a lot of time to work together.

Q. You said you did not appreciate the urgency in substance or you didn't see why it was so urgent.

What did he say?

Overnite Court Reporting Service (301) 593-0671 Fax - (301) 593-8353
Washington, DC Metro Area www.DCCourtReporters.com
0c0f48af-5751-478a-b896-e6bbdf0dd6d8

CATHERINE GAUJACQ DEPOSITION March 17, 2006 Gaujacq v. EDFINA

Page 305

A. I recall telling him well, since you want it, I'm going to work on it and do my best but I've got some meetings and I'm going to and the results of his request is a note, is the notes in exhibit 51.

Q. Try, if you could, to answer this question.

A. I cannot answer your question.

Q. What he said, tell me what his words were as best as you can remember?

A. I cannot give you the content and detail because I don't have.

The only thing I recall was we had an exchange where he told me well, I'm going to Aspen. I don't know why the chairman of EDF wants me to be there but I need a list of all your business contacts.

I said well, we've got -- I tried to have in detail what his real needs were and he said I want all the details of all the institutions and all.

And I said well, I really didn't understand

Overnite Court Reporting Service (301) 593-0671 Fax - (301) 593-8353
Washington, DC Metro Area www.DCCourtReporters.com
0c0f48af-5751-478a-b896-e6bbdf0dd6d8

why he was so urgent in his request and I just complied. I said I'm going to do that the best I can as soon as I can and that's what I did with this note.

Q. In this note which we've marked as exhibit 47 -- I'm sorry, not 47.

A. 51.

Q. 51, yes. Is there any list of business contacts there?

A. There are lots of them. All the associations we were working with and who was the contact for those associations.

You've got to understand that when I prepared this list was on a business trip in Florida in the mean time.

Q. In other words, you were at home when you had the phone call with Mr. Nadal, correct?

A. Yes.

Q. And then you prepared exhibit 51 and sent it out I think we said six days later, June 11, is that correct?

A. Yes.

Q. When you say that the institutions are listed, the information that's given is in kind of a shorthand, isn't it?

There are initials rather than full names or contact list?

A. Everyone knows who EEI is and there are tons of documents at EDFINA, who is the contact for what activity, so it was the best way to give him the best information I could but I was not -- well, I mean, I still didn't understand why he was in such a hurry.

Q. Just so I can understand that I'm looking at the right thing, where it says associations, I take it those are the institutions with whom EDFINA dealt, is that correct?

A. Yes, some of them, yes, most of them.

Q. Names like EEI is the name of an institution and CERA is an institution, is that right?

A. Yes.

Q. What is EEI?

A. Edison Electric Institute.

Q. What is CERA?

A. CERA we call it. It's a think tank on energy in Boston, Massachusetts.

Q. Is the document you've attached -- a moment ago I said June 11 and I meant June 10. I'm sorry. We should correct the record physically if we can because exhibit 51 I think is sent on June 10.

Is the document attached to exhibit 51 the only list of contacts that you provided to Mr. Nadal in response to the request he made to you on June 5?

A. There were lots of them at the EDFINA office.

Q. In response to the request Mr. Nadal made on June 5 on the telephone, did you provide him with anything in addition to exhibit 51?

A. He had access to all the EDFINA information.

Q. He had asked you to provide contact

CATHERINE GAUJACQ DEPOSITION March 17, 2006 Gaujacq v. EDFINA

Page 309

information, list of business contacts, correct?

A. Yes.

Q. My question is did you give him anything in addition to exhibit 51?

A. I never had the opportunity to do so.

Q. Is the answer no, you didn't?

A. My answer is I never had the opportunity to do so because the last time I met with Mr. Nadal was on July 12.

Q. I'm putting exhibit 53 in front of the witness.

(Whereupon the proffered item was marked as exhibit number 53.)

Q. Ms. Gaujacq, exhibit 53 is an e-mail from your production Bates number 997. It appears to be an e-mail from yourself to Mr. Nadal on June 11, 2004.

I notice it's in English. When you spoke to Mr. Nadal on June 5 did you and he speak English or French?

A. I don't recall.

Overnite Court Reporting Service (301) 593-0671 Fax - (301) 593-8353
Washington, DC Metro Area www.DCCourtReporters.com
0c0f48af-5751-478a-b896-e6bbdf0dd6d8

EXHIBIT 52

| date | month | CG location | CN location | contact | from | to | events |
|---|---|---|---|---|---|---|---|
| 12 | january | | | | | | |
| 13 | january | | | | | | |
| 14 | january | | | in person | GC | CG | carreer discussion President EDFINA till August, 1st, 2005 then high level management position in France |
| 15 | january | | | | | | |
| 16 | january | | | | | | |
| 17 | january | | | | | | |
| 18 | january | | | | | | |
| 19 | january | | | | | | |
| 20 | january | | | | | | |
| 21 | january | | | | | | |
| 22 | january | | | | | | |
| 23 | january | | | | | | |
| 24 | january | | | | | | |
| 25 | january | | | | | | |
| 26 | january | | | | | | |
| 27 | january | | | | | | |
| 28 | january | | | phone | FP | CG | arrival of Christian Nadal in Washington ? |
| 29 | january | | | | | | |
| 30 | january | | | | | | |
| 31 | january | | | | | | |
| 1 | february | | | | | | |
| 2 | february | | | phone | IC/FR | CG | CN will be assigned in Washington, what mission can you suggest for him ? |
| 3 | february | | | e-mail | CG | IC/FR | mission letter proposal for CN |
| 4 | february | | | | | | |
| 5 | february | | | | | | |
| 6 | february | | | | | | |
| 7 | february | | | | | | |
| 8 | february | | | | | | |
| 9 | february | | | | | | |
| 10 | february | | | | | | |
| 11 | february | | | | | | |
| 12 | february | | | | | | |
| 13 | february | | | | | | |
| 14 | february | | | | | | |
| 15 | february | | | | | | |
| 16 | february | | | | | | |
| 17 | february | | | | | | |
| 18 | february | | | in-person | FR | CG | Washington,DC |
| | | | | | | | stay in Washington,DC for one more year, then a high level management position with EDF Summer 2005 |
| 19 | february | | | | | | |
| 20 | february | | | | | | |
| 21 | february | | | | | | |
| 22 | february | | | | | | |
| 23 | february | | | in person | CG | edfina | CN mission described to EDFINA team |
| 24 | february | | | | | | |
| 25 | february | | | in person | CG | CN | Washington,DC lunch and description of the mission of CN |
| 26 | february | | | | | | |
| 27 | february | | | | | | |
| 28 | february | | | | | | |
| 29 | february | | | | | | |
| 1 | march | | | | | | |
| 2 | march | | | | | | |
| 3 | march | | | | | | |
| 4 | march | | | [illegible] | CG | GC | description of CN's mission as accepted by FR |
| 5 | march | | | | | | |
| 6 | march | | | | | | |
| 7 | march | | | | | | |
| 8 | march | | | | | | |
| 9 | march | | | | | | |
| 10 | march | | | | | | |
| 11 | march | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | march | | | | | | |
| 13 | march | | | | | | |
| 14 | march | | | | | | |
| 15 | march | | | | | | |
| 16 | march | | | [illegible] | FP | CG | Washington, DC evaluation 2003 contribution |
| 17 | march | | | | | | |
| 18 | march | | | | | | |
| 19 | march | | | | | | |
| 20 | march | | | | | | |
| 21 | march | | | | | | |
| 22 | march | | | | | | |
| 23 | march | | | in person | GC FP | CG | Buenos Aires meeting "State mission" |
| 24 | march | | | e-mail | CG | GC | new mission CG with new mission CN |
| 25 | march | | | | | | |
| 26 | march | | | in person | CG | edfina | information EDFINA team about CN mission, Information to change letter of support of EDFINA to EDFINA lawyer |
| | | | | [illegible] | | | letter of support = my letter of support = same job as mine--> CN paystub |
| 27 | march | | | | | | |
| 28 | march | | | | | | |
| 29 | march | | | [illegible] | GC | CG | acceptance CG new contract, awaiting signature HR |
| 30 | march | | | | | | |
| 31 | march | | | | | | |
| 1 | april | | | | | | |
| 2 | april | | | | | | |
| 3 | april | | | | | | |
| 4 | april | | | | | | |
| 5 | april | | | | | | |
| 6 | april | | | | | | |
| 7 | april | | | | | | |
| 8 | april | | | [illegible] | CG | edf | I send the new expatriation contract to the HR people in Paris as told by EDF management |
| 9 | april | | | | | | |
| 10 | april | | | | | | |
| 11 | april | | | | | | |
| 12 | april | | | | | | |
| 13 | april | | | | | | |
| 14 | april | | | | | | |
| 15 | april | | | | | | |
| 16 | april | | | | | | |
| 17 | april | | | | | | |
| 18 | april | | | | | | |
| 19 | april | | | | | | |
| 20 | april | | | | | | |
| 21 | April | | | | | | |
| 22 | April | | | | | | |
| 23 | April | | | | | | |
| 24 | April | | | | | | |
| 25 | April | | | | | | |
| 26 | April | | | | | | |
| 27 | April | | | | | | |
| 28 | April | | | | | | |
| 29 | April | | | [illegible] | | | BD signs a lease contract with CN for CN housing without telling me |
| | | | | | | | lease contract = $ 5900 a month |
| 30 | April | | | | | | |
| 1 | May | | | | | | |
| 2 | May | | | | | | |
| 3 | May | | | | | | |
| 4 | May | | | | | | |
| 5 | May | | | | | | |
| 6 | May | | | | | | |
| 7 | May | | | | | | |
| 8 | May | | | | | | |
| 9 | May | | | | | | |
| 10 | May | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | May | | | e-mail | CG | BL | send mission letter as VP EDFINA in charge of nuclear projects to EDF management, to be discussed on May,18th |
| 12 | May | | | | | | |
| 13 | May | | | | | | |
| 14 | May | | | | | | |
| 15 | May | | | | | | |
| 16 | May | paris | | | | | |
| 17 | May | paris | | | | | |
| 18 | May | paris | | in person | CG | BL | meeting BL, asks Paris on July, 1st, 2004 but no answer before September, October |
| 19 | May | paris | | | | | |
| 20 | May | paris | | | | | |
| 21 | May | paris | | | | | |
| 22 | May | paris | | | | | |
| 23 | May | | | | | | |
| 24 | May | | | e-mail | CG | GC,YL | I ask explanation to GC after my dinner with BL and send my detailled mission letter |
| 25 | May | | | phone | GC | CG | Chairman has signed a decision for CG as VP of EDFINA , don't pay attention to BL proposal, you report to EDFINA president |
| 26 | May | | | | | | |
| 27 | May | | | | | | |
| 28 | May | | | e-mail | FP | CG | confirmation of my new assignment from EDF Chairman, I sign resignation as President and acceptance VP |
| 29 | May | | | | | | |
| 30 | May | | | | | | |
| 31 | May | | | | | | |
| 1 | june | office | ? | mail | FP | edfina | board resolution with CG as Vice-President, CN as board member and President and Treasurer of EDFINA |
| 2 | june | office | ? | | | | |
| 3 | june | office | ? | | | | |
| 4 | june | office | ? | | | | |
| 5 | june | | ? | phone | CN | CG | CN asks agressively for associations and names of business contacts [illegible] |
| 6 | june | | | | | | |
| 7 | june | meeting | | | | | |
| 8 | june | meeting | office | phone | JLF | CG | JLF tells me CN is coming to my meetings in Pittsburg and in Lyon (France) [illegible] |
| 9 | june | meeting | office | e-mail | CG | CN | I send a long memo to CN about the practices and organization of EDFINA to answer his request of June,5th |
| 10 | june | meeting | ? | | | | |
| 11 | june | office | ? | phone | BD/CN | CG | BD threats + call CN 4:10 pm threats and tells me he has removed me as Authorizing Officer of EDFINA at the Bank [illegible] |
| | | | | e-mail | CG | FP | I inform EDFINA Chairman of the situation |
| 12 | june | | | | | | |
| 13 | june | meeting | meeting | | | | |
| 14 | june | meeting | meeting | memo | CG | CN JLF | while in Pittsburg, I receive a call about a serious family health problem , must go back home |
| 15 | june | | meeting | e-mail | CG | | e-mail to inform of my familial problem all the persons I'm supposed to have a meeting with in the following 2 weeks |
| 16 | june | | meeting | | | | |
| 17 | june | | meeting | | | | |
| 18 | june | | office | mail | CN | CG BD | send letters to BD and CG : discharges me from any significant work and send a different letter to BD in the meantime [illegible] |
| 19 | june | | | | | | |
| 20 | june | | | | | | |
| 21 | june | | Lyon | | JLF | | CN attends "meeting" canceled in Lyon (France) |
| 22 | june | | ? | | | | |
| 23 | june | | ? | mail | CN | CG | letter received at home |
| 24 | june | | ? | | | | |
| 25 | june | | ? | | | | |
| 26 | june | | | | | | |
| 27 | june | | | | | | |
| 28 | june | office | ? | | | | |
| 29 | june | office | ? | | | | |
| 30 | june | office | ? | | | | |
| 1 | july | office | ? | | | | |
| 2 | july | office | ? | | | | |
| 3 | july | | | | | | |
| 4 | july | | | | | | |
| 5 | july | office | | | | | |
| 6 | july | office | ? | | | | EDF internal audit of EDFINA about my tenure as President (2001-2004) |
| 7 | july | office | ? | | | | EDF internal audit of EDFINA about my tenure as President (2001-2004) |
| 8 | july | office | ? | | | | EDF internal audit of EDFINA about my tenure as President (2001-2004) |
| 9 | july | office | ? | | | | Audit findings meeting (EDF Auditors CG BD CN on conference call) CN threatens with some findings (fictive employments etc.) [illegible] |
| | | | | e-mail | CG | FP | I inform FP of CN discrimination |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | July | | | | | | |
| 11 | July | | | | | | |
| 12 | July | office | office | in person | CN | CG | meeting at the office with threats + e-mail (JL witnesses) to send tons of documents [illegible] |
| 13 | July | meeting | | | | | |
| 14 | July | | | | | | |
| 15 | July | meeting | | | | | |
| 16 | July | | | e-mail | CN | CG | CN sends e-mail+call+fax for me to send him tons of documents |
| 17 | July | | | | | | |
| 18 | July | | | | | | |
| 19 | July | | | | | | |
| 20 | July | | | e-mail | CG | CN | I answer CN e-mail (cc FP). I inform GC FR of the situation and my decision to file a claim if they don't find a quick fix to the situation |
| 21 | July | meeting | | [illegible] | | | I inform GC FR of the situation and of my decision to file a claim against CN if the company doesn't find a quick fix to my situation with CN |
| 22 | July | | | | | | |
| 23 | July | | | phone | GC YL FP | CG | call GC YL FP |
| 24 | July | | | | | | |
| 25 | July | | | | | | |
| 26 | July | | | phone [illegible] | FP | CG | FP says the company sends a letter confirming my position as VP of EDFINA in charge of nuclear matters in the USA |
| 27 | July | meeting | | fax [illegible] | GC | CG | [illegible] |
| 28 | July | | | | | | → Fax stipulates back in France November 1st 2004 with mission ending August 1st 2004 and no mission until then |
| 29 | July | | | | | | |
| 30 | July | | | fax [illegible] | GC | CG | [illegible] |
| 31 | July | | | | | | → Confirmation fax July 27th, 2004 |
| 1 | August | | | | | | |
| 2 | August | | | | | | |
| 3 | August | meeting | | e-mail | CG | CN | Questions about travel and visa, no answer. EDFINA immigration lawyer [illegible] representation of both EDFINA and CG in cases with USCIS [illegible] |
| 4 | August | | | | | | |
| 5 | August | meeting | | | | | |
| 6 | August | meeting | | | | | |
| 7 | August | | | | | | |
| 8 | August | meeting | | | | | while on a business representation of EDFINA: AMEX declined, VISA declined [illegible] |
| 9 | August | meeting | | | | | |
| 10 | August | meeting | | | | | |
| 11 | August | meeting | | | | | |
| 12 | August | | | | | | |
| 13 | August | | | | | | |
| 14 | August | | | | | | |
| 15 | August | | | | | | |
| 16 | August | | | | | | |
| 17 | August | | | | | | |
| 18 | August | | | e-mail | CN | CG | CN e-mail and phone calls to NuStart secretary to prevent me from attending the meeting [illegible] |
| 19 | August | | | e-mail | CG | FP | E-mail Info FP YL about situation when representing the company |
| 20 | August | | | | | | |
| 21 | August | | | | | | |
| 22 | August | | | | | | |
| 23 | August | | | | | | |
| 24 | August | | | | | | |
| 25 | August | | | e-mail | BL | CG | BL informs he has signed a decision about my situation dated August, 1st and asks to contact him about the job he had proposed in May |
| 26 | August | | | | | | |
| 27 | August | | | | | | |
| 28 | August | | | | | | |
| 29 | August | | | | | | |
| 30 | August | | | 1st e-mail | CG | BL JB | I ask basic questions about the proposed job on November, 1st: compensation, scope of work, objectives, reporting, resources |
| 31 | August | | | | | | |
| 1 | September | | | | | | |
| 2 | September | | | | | | |
| 3 | September | | | | | | |
| 4 | September | | | | | | |
| 5 | September | | | | | | |
| 6 | September | | | | | | gives some information about compensation in France confirming lesses with the new job |
| 7 | September | | | | | | |
| 8 | September | | | e-mail | BL JB | CG | [illegible] |
| 9 | September | | | e-mails | GS | CG | Assertions that I was to transition in June with him / I correct his statement |

1232

| Day | Month | Location | | Medium | From | To | Description |
|---|---|---|---|---|---|---|---|
| 19 | September | | | 2nd e-mail | CG | BL JB YL | I ask basic questions about the proposed job on November, 1st: scope of work, objectives, reporting, human and financial resources |
| | | | | mail | CN | CG | CN asks me questions about EDFINA management in regard with the IRS |
| 11 | September | | | | | | |
| 12 | September | | | | | | |
| 13 | September | | | mail | LS | CG | I receive the decision for my new position in France from Laurent Stricker. LS adds he will prepare a mission letter. |
| 14 | September | | | | | | |
| 15 | September | | | e-mail | BL | CG | BL tells me LS is to prepare a mission letter for me |
| 16 | September | | | | | | |
| 17 | September | | | | | | |
| 18 | September | | | e-mail | CG | JB CN FP BD | I request payment by the company of professional expenses and utilities and insurance |
| 19 | September | | | | | | |
| 20 | September | | | | | | |
| 21 | September | | | | | | |
| 22 | September | | | | | | |
| 23 | September | | | | | | |
| 24 | September | | | mail | CG | PG | I ask for the new Chairman to facilitate exchanges on my situation |
| 25 | September | | | | | | |
| 26 | September | | | | | | mission letter draft received by fax at home confirming |
| 27 | September | | | | | | demeaning position in France |
| 28 | September | | | | | | |
| 29 | September | | | | | | |
| 30 | September | | | 3rd e-mail | CG | JB BL YL | I ask basic questions about the proposed job on November, 1st: scope of work, objectives, reporting, human and financial resources |
| 1 | october | | | fax | LS | CG | [illegible] |
| 2 | october | | | | | | |
| 3 | october | | | phone call | BL | CG | wants to know if I have received the mission letter from Laurent Stricker |
| 4 | october | | | | | | |
| 5 | october | | | | | | |
| 6 | october | | | e-mail | CG | JB CN FP BD | I request payment by the company of professional expenses and utilities and insurance |
| 7 | october | | | | | | |
| 8 | october | | | certified mail | CG | BL | [illegible] |
| 9 | october | | | | | | |
| 10 | october | | | | | | > I refuse the position in France and justifies my decision in accordance |
| 11 | october | | | | | | with company internal procedure |
| 12 | october | | | | | | and french law |
| 13 | october | | | phone call | JB | CG | the company asks about my answer to the position, says my claim in the US has no value. |
| 14 | october | | | | | | |
| 15 | october | | | | | | |
| 16 | october | | | e-mail | CG | JB JP | I ask about the company contribution to health insurance starting November, 1st |
| 17 | october | | | | | | |
| 18 | october | | | | | | |
| 19 | october | | | | | | |
| 20 | october | Atlanta | | | | | |
| 21 | october | Atlanta | | e-mail | CG | JB JP | the company refuses its contribution to health insurance in the US starting November, 1st |
| 22 | october | | | | | | |
| 23 | october | | | | | | |
| 24 | october | | | | | | |
| 25 | october | | | | | | |
| 26 | october | | | mail and e-mail | edfina | CG | partial reimbursement of expenses / I answer the amount is wrong |
| 27 | october | | | mail and e-mail | BL | CG | [illegible] |
| 28 | october | | | | CG | BL YL JB GC | |
| 29 | october | | | | | | reminds me of being in Paris on November 2nd and tells me how the |
| 30 | october | | | | | | position is urgent. I restate my refusal of the position, tells BL his |
| 31 | october | | | | | | letter doesn't answer my points and explains the mistreatment |
| 1 | november | | | | | | during the 3 months |
| 2 | november | | | | | | |
| 3 | november | | | | | | |
| 4 | november | | | | EDF lawyer | CG lawyer | answer from EDF lawyer about EDF ready to sanction me |
| 5 | november | | | | | | |
| 6 | november | | | | | | |
| 7 | november | | | | | | |
| 8 | november | | | | | | |
| 9 | november | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | july | | | | | | |
| 11 | july | | | | | | |
| 12 | july | office | office | in person | CN | CG | meeting at the office with threats+e-mail (JLF witnesses) to send tons of documents |
| 13 | july | meeting | | | | | |
| 14 | july | | | | | | |
| 15 | july | meeting | | | | | |
| 16 | july | | | e-mail | CN | CG | CN sends e-mail+call+fax for me to send him tons of documents |
| 17 | july | | | | | | |
| 18 | july | | | | | | |
| 19 | july | | | | | | |
| 20 | july | | | e-mail | CG | CN | I answer CN e-mail (cc FP). I inform GC FR of the situation and my decision to file a claim if they don't find a quick fix to the situation |
| 21 | july | meeting | | [illegible] | | | I inform GC FR of the situation and of my decision to file a claim against CN if the company doesn't find a quick fix to my situation with CN |
| 22 | july | | | | | | |
| 23 | july | | | phone | GC YL FP | CG | call GC YL FP |
| 24 | july | | | | | | |
| 25 | july | | | | | | |
| 26 | july | | | phone | FP | CG | FP says the company sends a letter confirming my position as VP of EDFINA in charge of nuclear matters in the USA |
| 27 | july | meeting | | [illegible] | GC | CG | [illegible] |
| 28 | july | | | | | | |
| 29 | july | | | | | | |
| 30 | july | | | [illegible] | GC | CG | [illegible] |
| 31 | july | | | | | | |
| 1 | August | | | | | | |
| 2 | August | | | | | | |
| 3 | August | meeting | | e-mail | CG | CN | Questions about travel and visa no answer / EDFINA immigration lawyer rejects representation of both EDFINA and CG in cases with USCIS |
| 4 | August | | | | | | |
| 5 | August | meeting | | | | | |
| 6 | August | meeting | | | | | |
| 7 | August | | | | | | |
| 8 | August | meeting | | | | | while on a business representation of EDFINA, AMEX declined, VISA declined [illegible] |
| 9 | August | meeting | | | | | |
| 10 | August | meeting | | | | | |
| 11 | August | meeting | | | | | |
| 12 | August | | | | | | |
| 13 | August | | | | | | |
| 14 | August | | | | | | |
| 15 | August | | | | | | |
| 16 | August | | | | | | |
| 17 | August | | | | | | |
| 18 | August | | | e-mail | CN | CG | CN e-mail and phone calls to NuStart secretary to prevent me from attending the meeting |
| 19 | August | | | e-mail | CG | FP | E-mail info FP YL about situation when representing the company |
| 20 | August | | | | | | |
| 21 | August | | | | | | |
| 22 | August | | | | | | |
| 23 | August | | | | | | |
| 24 | August | | | | | | |
| 25 | August | | | e-mail | BL | CG | BL informs he has signed a decision about my situation dated August, 1st and asks to contact him about the job he had proposed in May |
| 26 | August | | | | | | |
| 27 | August | | | | | | |
| 28 | August | | | | | | |
| 29 | August | | | | | | |
| 30 | August | | | 1st e-mail | CG | BL JB | I ask basic questions about the proposed job on November, 1st: compensation, scope of work, objectives, reporting, resources |
| 31 | August | | | | | | |
| 1 | September | | | | | | |
| 2 | September | | | | | | |
| 3 | September | | | | | | |
| 4 | September | | | | | | |
| 5 | September | | | | | | |
| 6 | September | | | | | | |
| 7 | September | | | | | | |
| 8 | September | | | e-mail | BL JB | CG | [illegible] |
| 9 | September | | | e-mails | GS | CG | Assertions that I was to transition in June with him / I correct his statement |

| Day | Month | Location | | Medium | From | To | Description |
|---|---|---|---|---|---|---|---|
| 10 | September | | | 2nd e-mail | CG | BL JB YL | I ask basic questions about the proposed job on November, 1st: scope of work, objectives, reporting, human and financial resources |
| | | | | mail | CN | CG | CN asks me questions about EDFINA management in regard with the IRS |
| 11 | September | | | | | | |
| 12 | September | | | | | | |
| 13 | September. | | | mail | LS. | CG | I receive the decision for my new position in France from Laurent Stricker.LS adds he will prepare a mission letter. |
| 14 | September | | | | | | |
| 15 | September | | | e-mail | BL | CG | BL tells me LS is to prepare a mission letter for me |
| 16 | September | | | | | | |
| 17 | September | | | | | | |
| 18 | September | | | e-mail | CG | JB CN FP BD | I request payment by the company of professional expenses and utilities and insurance |
| 19 | September | | | | | | |
| 20 | September | | | | | | |
| 21 | September | | | | | | |
| 22 | September | | | | | | |
| 23 | September | | | | | | |
| 24 | September | | | mail | CG | PG | I ask for the new Chairman to facilitate exchanges on my situation |
| 25 | September | | | | | | |
| 26 | September | | | | | | |
| 27 | September | | | | | | |
| 28 | September | | | | | | |
| 29 | September | | | | | | |
| 30 | September | | | 3rd e-mail | CG | JB BL YL | I ask basic questions about the proposed job on November, 1st: scope of work, objectives, reporting, human and financial resources |
| 1 | october | | | fax | LS | CG | [illegible] |
| 2 | october | | | | | | |
| 3 | october | | | phone call | BL | CG | wants to know if I have received the mission letter from Laurent Stricker |
| 4 | october | | | | | | |
| 5 | october | | | | | | |
| 6 | october | | | e-mail | CG | JB CN FP BD | I request payment by the company of professional expenses and utilities and insurance |
| 7 | october | | | | | | |
| 8 | october | | | certified mail | CG | BL | [illegible] |
| 9 | october | | | | | | |
| 10 | october | | | | | | |
| 11 | october | | | | | | |
| 12 | october | | | | | | |
| 13 | october | | | phone call | JB | CG | the company asks about my answer to the position, says my claim in the US has no value. |
| 14 | october | | | | | | |
| 15 | october | | | | | | |
| 16 | october | | | e-mail | CG | JB JP | I ask about the company contribution to health insurance starting November, 1st. |
| 17 | october | | | | | | |
| 18 | october | | | | | | |
| 19 | october | | | | | | |
| 20 | october | Atlanta | | | | | |
| 21 | october | Atlanta | | e-mail | CG | JB JP | the company refuses its contribution to health insurance in the US starting November, 1st. |
| 22 | october | | | | | | |
| 23 | october | | | | | | |
| 24 | october | | | | | | |
| 25 | october | | | | | | |
| 26 | october | | | mail and e-mail | edfina | CG | partial reimbursement of expenses / I answer the amount is wrong |
| 27 | october | | | mail and e-mail | BL | CG | [illegible] |
| 28 | october | | | | CG | BL YL JB GC | [illegible] |
| 29 | october | | | | | | |
| 30 | october | | | | | | |
| 31 | october | | | | | | |
| 1 | november | | | | | | |
| 2 | november | | | | | | |
| 3 | november | | | | | | |
| 4 | november | | | | EDF lawyer | CG lawyer | answer from EDF lawyer about EDF ready to sanction me |
| 5 | november | | | | | | |
| 6 | november | | | | | | |
| 7 | november | | | | | | |
| 8 | november | | | | | | |
| 9 | november | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | november | | | | | | |
| 11 | november | | | | | | |
| 12 | november | | | | | | |
| 13 | november | | | | | | |
| 14 | november | | | | | | |
| 15 | november | | | | | | |
| 16 | november | | | | | | |
| 17 | november | | | | | | |
| 18 | november | | | | | | |
| 19 | november | | | | | | |
| 20 | november | | | | | | |
| 21 | november | | | | | | |
| 22 | november | | | | | | |
| 23 | november | | | | | | |
| 24 | november | | | | | | |
| 25 | november | | | | | | |
| 26 | november | | | | | | |
| 27 | november | | | | | | |
| 28 | november | | | | | | |
| 29 | november | | | | | | |
| 30 | november | | | | | | |
| 1 | december | | | | | | |
| 2 | december | | | | | | |
| 3 | december | | | | | | |
| 4 | december | | | letter | JB | CO | notification of formal meeting to terminate my contract on December, 10th |
| 5 | december | | | | | | |
| 6 | december | | | | | | |
| 7 | december | | | | | | |
| 8 | december | | | | | | |
| 9 | december | | | | | | |
| 10 | december | | | in person | JB + xxx | CG | formal meeting of intend to terminate my employment contract, hearing of my defense in Paris |
| 11 | december | | | | | | |
| 12 | december | | | | | | |
| 13 | december | | | | | | |
| 14 | december | | | | | | |
| 15 | december | | | | | | |
| 16 | december | | | | | | |
| 17 | december | | | | | | |
| 18 | december | | | | | | |
| 19 | december | | | | | | |
| 20 | december | | | | | | |
| 21 | december | | | | | | |
| 22 | december | | | | | | |
| 23 | december | | | | | | |
| 24 | december | | | | | | |
| 25 | december | | | | | | |
| 26 | december | | | | | | |
| 27 | december | | | | | | |
| 28 | december | | | | | | |
| 29 | december | | | | | | |
| 30 | december | | | letter | JB | CG | EDF informs me that the lease contract of the company with the Landlord is canceled on December, 31st, 2004 |
| 31 | december | | | | | | |
| 1 | january | | | | | | |
| 2 | january | | | | | | |
| 3 | january | | | | | | |
| 4 | january | | | | | | |
| 5 | january | | | | | | |
| 6 | january | | | | | | |
| 7 | january | | | | | | |
| 8 | january | | | letter | YL | CG | EDF notifies me of the termination of my employment contract for disciplinary reasons |
| 9 | january | | | | | | |
| 10 | january | | | letter | CG | YL | I challenge the termination as wrongful, ask to negociate before going to litigation deadline January, 28th |

1234

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | january | | | | | | |
| 12 | january | | | | | | |
| 13 | january | | | | | | |
| 14 | january | | | | | | |
| 15 | january | | | | | | |
| 16 | january | | | | | | |
| 17 | january | | | | | | |
| 18 | january | | | | | | |
| 19 | january | | | | | | |
| 20 | january | | | | | | |
| 21 | january | | | | | | |
| 22 | january | | | | | | |
| 23 | january | | | | | | |
| 24 | january | | | | | | |
| 25 | january | | | fax | EEOC | CC | Informs me about EDF statement of defense and EDF request to settle the case/relief questionnaire |
| 26 | january | | | | | | |
| 27 | january | | | | | | |
| 28 | january | | | | | | |
| 29 | january | | | e-mail+letter | CG | YL | I inform the company I'm going to litigation |
| 30 | january | | | | | | |
| 31 | january | | | | EDF/EDFINA | CG | Informs EDF/EDFINA don't accept my final offer because their american lawyers are very comfortable with the case |
| 1 | february | | | | | | |
| 2 | february | | | | | | |