# ATTACHMENT 5

```
          In the U.S. District Court

          For the District of Columbia

------------------------------x

Catherine Gaujacq            :

                             : NO. 1:05CV0969

          v                  :

                             :

Electricite de France        :
International, North         :
America, et al               :

------------------------------x

          March 17, 2006

DEPOSITION OF:

          Catherine Gaujacq (Cont'd)

a witness, called by counsel pursuant to notice,

commencing at 8:41 a.m., which was taken at 11260

Roger Bacon Drive, Reston, VA
```

Page 506

1  with EEOC that you were speaking at a conference in
2  Florida on August 9 or 6?
3      A.   I don't know.
4      Q.   Look at the October letter to EEOC. It's
5  one of the first five exhibits.
6           (Pause)
7  BY MR. COOPER:
8      Q.   If you'll look in footnote three, I think
9  it says it's on or about August 9.
10     A.   Yes.
11     Q.   You learned while you were there that
12 credit cards had been cancelled?
13     A.   Yes.
14     Q.   How did you learn that?
15     A.   Because the cards were refused, both of
16 them, American Express and Visa card with the hotel
17 attendant.
18     Q.   With the hotel attendant. What do you
19 mean?
20     A.   He tried to swipe the card and it didn't
21 work. I said, as I guess we all do, "Try this

1   American Express; maybe this one does work." Then
2   the other one, the Visa one from the Riggs Bank
3   didn't work so I was left with paying with my,
4   paying these business expenses with my own money.
5       Q.   Personal credit card?
6       A.   Yes.
7       Q.   The complaint at paragraph 210 says that
8   Mr. Nadal cancelled those credit cards. What facts
9   do you know that support that?
10      A.   This one.
11      Q.   I know it happened or you say it happened.
12      A.   Yes.
13      Q.   How do you know Mr. Nadal or how do you
14  believe Mr. Nadal is the one who cancelled your
15  credit cards?
16      A.   Because he was an officer of the company
17  and was the one with the power to cancel those
18  cards.
19      Q.   Does anyone else have that power?
20      A.   I understand from the documents that
21  Benoit Dreux had also that power.

1   Q. So it could have been Benoit Dreux that
2   cancelled your credit cards?
3   A. That's a possibility.
4   Q. Did you ever ask Mr. Nadal if he cancelled
5   your credit cards?
6   A. I never spoke to Mr. Nadal.
7   Q. Again?
8   A. Again.
9   Q. When was the last time you spoke to him by
10  phone?
11  A. By phone or by --
12  Q. Or e-mail. Well, phone, communicated with
13  him in person by phone?
14  A. In person by phone? The last time I
15  communicated in person with him was on July 12.
16  Q. And you didn't have any telephone
17  conversations with him after that?
18  A. Not that I recall.
19  Q. There's an e-mail that we showed you just
20  a minute ago from Mr. Nadal indicating that you are
21  going to be replaced on NuStart.