IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ<br><br>Plaintiff,<br><br>v.<br><br>ELECTRICITE DE FRANCE<br>INTERNATIONAL NORTH AMERICA,<br>INC., et al.<br><br>Defendants. | No. 1:05CV0969 (JGP) |

ORDER

Defendants Electricité de France, S.A., Electricité de France International North America, Inc. and Christian Nadal's (collectively "Defendants") having moved, by counsel, for an order compelling production of documents by Plaintiff in response to Documents Request Nos. 7, 16, 9 and 10 of Defendants' Second Request for Production of Documents (the "Document Requests") and overruling Plaintiff's objections, and upon consideration of the papers and argument in this case it is hereby

ORDERED, that Defendants' Motion is DENIED and it is

FURTHER ORDERED that Plaintiff's objections to the Document Requests are sustained.

SO ORDERED.

DATE: _____        _____
                             United States District Judge