IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO EXTEND TIME
FOR EXPERT DEPOSITIONS**

Plaintiff, Catherine Gaujacq, by counsel, hereby moves pursuant to Fed. R. Civ. P. 6 (b), with the consent of counsel for Defendants, for an extension of time to complete parties' expert witness depositions. In support of this Motion, the parties state the following:

1. The reports of the Plaintiff's experts were served on March 31, 2006, and the rebuttal reports of Defendants' experts were served on June 15, 2006. Plaintiff served a Supplemental Report of one of her experts (Dr. Liza Gold) on June 30, 2006 and a Revised Report of her other expert (Neil Demchick) on July 20, 2006.

2. The depositions of Dr. Liza Gold, one of Plaintiff's experts, and Dr. Carol Kleinman, one of Defendants' experts, have already been taken.

3. The depositions of the other experts could not be completed by the July 28, 2006 deadline set forth in the Court's Scheduling Order due to Mr. Demchick's revision of his report served on July 20, 2006 and scheduling conflicts among counsel and the parties' experts. The parties have agreed to the deposition of Neil Demchick, one of Plaintiff's expert witnesses, on

August 18, 2006 at 10:00 in the offices of counsel for Mr. Nadal, and the deposition of Mr. Walker, one of Defendants' expert witnesses, on August 21, 2006 at 8:30 a.m. in the offices of counsel for Mr. Nadal.

4. Because the Court's Scheduling Order provides for the depositions of the expert witnesses to be completed by July 28, 2006, the parties request an extension of this deadline up through and including August 21, 2006 to complete the expert witness depositions.

WHEREFORE, for the foregoing reasons, Plaintiff, with the consent of Defendants, respectfully requests an extension of time to complete the parties' expert witness depositions.

July 28, 2006                                  Respectfully Submitted,

                                               _____
                                               Elaine Charlson Bredehoft
                                               D.C. Bar No. 441425
                                               S. Christian Wickwire
                                               D.C. Bar No. 488797
                                               CHARLSON BREDEHOFT & COHEN, P.C.
                                               11260 Roger Bacon Drive
                                               Suite 201
                                               Reston, Virginia 20190
                                               (703) 318-6800

                                               Counsel for Plaintiff
                                                   Catherine Gaujacq