IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
|   INTERNATIONAL NORTH AMERICA, ) | |
|   INC., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the Consent Motion to Extend Time to Complete the Expert Depositions. Upon consideration of the papers, and for good cause shown, it is hereby:

**ORDERED**, that the Consent Motion to Extend Time to Complete the Expert Depositions is GRANTED, and it is further

**ORDERED**, that the time in which parties may complete expert witness depositions is extended through and including August 21, 2006.

**SO ORDERED.**

DATE: _____     _____
                          Hon. John Garrett Penn
                          United States District Judge