IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br><br>Plaintiff, )<br><br>v )<br><br>ELECTRICITE DE FRANCE )<br>INTERNATIONAL NORTH AMERICA, )<br>INC , et al )<br><br>Defendants )  | No. 1:05CV0969 (JGP) |

## ORDER COMPELLING DISCOVERY

Plaintiff Catherine Gaujacq, having moved, by counsel, to compel production of documents in response to Plaintiff's Fourth and Fifth Sets of Requests for Production to defendants Electricite de France International North America ("EDF") and Electricité de France International North America, Inc ("EDFINA") (collectively "Defendants"), and upon consideration of the papers and arguments and for good cause shown, it is hereby

**ORDERED**, that Plaintiff's motion to compel is GRANTED, and it is further

**ORDERED** that Defendants shall produce all documents in response to Plaintiff's Fourth Request For Production Nos. 1-3, 13-16, 18- 21, 27-9, 33-6, and 38 and Fifth Request for Production Nos. 7, 25-7, 31, 44-5, 32-36, 53, 54-7, 58-9, 62-4, 71-2, and 79, and deliver copies of all responsive documents to counsel for Plaintiff, no later than 5:00 p.m. on August 31, 2006

**SO ORDERED.**

DATE: _____        _____
                             Hon John Garrett Penn
                             United States District Judge