**EXHIBITS IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL EXCEED 500 PAGES AND
WILL FOLLOW BY MESSENGER IN HARD COPY AND ON CD**

# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **CATHERINE GAUJACQ** | |
| Applicant(s), | |
| vs. | Civil Action No. 05-969 (JGP) |
| **ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC.** | |
| Respondent(s). | |

## NOTICE REGARDING BULKY EXHIBITS

Pursuant to the procedures for filing documents electronically, bulky exhibits have been filed in this case. The exhibits are available at the Clerk's Office for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                                     **NANCY MAYER-WHITTINGTON**

                                                          Clerk