IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al. ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S NOTICE OF NEW FACT RELATIVE TO DEFENDANTS'
JUNE 16, 2006 MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

PLEASE TAKE NOTICE that the Plaintiff, Catherine Gaujacq, by counsel, submits this Notice of New Fact Relative to Defendants' June 16, 2006 Motion to Compel Production of Documents.

Since the filing of Defendants' June 16, 2006 Motion, Plaintiff has been able to obtain documents from her financial institution and has served them on counsel for Defendants. *See* Attachment 1.

By producing these documents, Plaintiff in no way represents that such documents are either responsive to any of Defendants' Requests for Production of Documents or that they were in her possession, custody, or control at the time such Requests were made. Plaintiff reiterates the statement in her Opposition to Defendants' Motion to Compel the Production of Documents, which Motion is currently pending, that she has produced all documents in her possession, custody or control in response to Defendants' Request for Production No. 16 and that Defendants' Motion with respect to that Request is moot.

August 4, 2006

_/s/ Elaine Charlson Bredehoft_
Elaine Charlson Bredehoft
D.C. Bar No. 441425
S. Christian Wickwire
D.C. Bar No. 488797
Kathleen Z. Quill
D.C. Bar No. 489079
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800

Counsel for Plaintiff
 Catherine Gaujacq