# ATTACHMENT 1

# CHARLSON BREDEHOFT & COHEN, P.C.
ATTORNEYS AND COUNSELORS AT LAW

CURTIS L. CHARLSON (RET.)*
ELAINE CHARLSON BREDEHOFT◊
PETER C. COHEN◊
KATHLEEN Z. QUILL◊●
S. CHRISTIAN WICKWIRE◊□○
CARLA D. BROWN◊▲
ANJUMA K. GOSWAMI◊
JENNIFER A. HARPER

* ADMITTED ONLY IN MINNESOTA
◊ ALSO ADMITTED IN D.C.
● ALSO ADMITTED IN MASSACHUSETTS
□ ALSO ADMITTED IN NEW YORK
▲ ALSO ADMITTED IN MARYLAND
○ NOT ADMITTED IN VIRGINIA

August 4, 2006

**BY EMAIL**
Dorothea W. Regal, Esq.
HOGUET NEWMAN & REGAL, LLP
10 East 40th Street
New York, New York 10016

    *Re:*    *Gaujacq v. Electricite de France International North America, et al.*
             *Civil Action No. 1:05CV0969*

Dear Dorothea:

Enclosed please find documents bates numbered 2829 - 2832 consisting of documents recently obtained from Credit Mutuel, Ms. Gaujacq's bank in France. By producing these documents, Ms. Gaujacq is in no way representing that such documents are either responsive to any of Defendants' Requests for Production of Documents or that they were in her possession, custody or control at the time such Requests were made.

Plaintiff reiterates the statement in her Opposition to Defendants' Motion to Compel the Production of Documents, which Motion is currently pending, that she has produced all documents in her possession, custody or control in response to Defendants' Request for Production No. 16 and that Defendants' Motion with respect to that Request is moot.

                                   Yours truly,

                                   S. Christian Wickwire

Enclosures
cc:    Laura B. Hoguet, Esq.
        Randi B. Seltzer-May, Esq.
        David A. Clark, Esq.
        Morgan D. Hodgson, Esq.
        Ms. Catherine Gaujacq

2829

| Date d'opération | Date de valeur | Montant |
|---|---|---|
| 1/3/2006 | 1/1/2006 | ■■ |
| 1/3/2006 | 1/3/2006 | ■■ |
| 1/9/2006 | 1/9/2006 | ■■ |
| 1/16/2006 | 1/16/2006 | ■■ |
| 1/19/2006 | 1/19/2006 | -1895 |
| 1/19/2006 | 1/19/2006 | -4260.15 |
| 1/31/2006 | 1/31/2006 | ■■ |

**REDACTED**

2829

| Libellé | Solde |
|---|---|
| ██████████ | 11377 57 |
| ██████████ | 11356 57 |
| ██████████ | 11320.88 |
| ██████████ | 11290 88 |
| CHEQUE 2242814 | 9395 88 |
| CHEQUE 2242815 | 5135.73 |
| ██████████ | 4023 5 |



**REDACTED**

2830

Fax émis par : 33 0248681589        E] CHQ HSBC HERVET        25/07/06   14:44   Pg: 2/3



