AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CATHERINE GAUJACQ

       Plaintiff(s)       )    **APPEARANCE**

       vs.       )    CASE NUMBER   1:05cv0969(JGP)

EDFINA, et al.

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Sumner Christian Wickwire  as counsel in this
                              (Attorney's Name)

case for:  Plaintiff Catherine Gaujacq
             (Name of party or parties)

August 14, 2006                            /s/ Christian Wickwire
Date                                                  Signature

                                                  Sumner Christian Wickwire
DC   488797                               Print Name
BAR IDENTIFICATION

                                                  CHARLSON BREDEHOFT & COHEN, PC   11260 Roger Bacon Dr. #201
                                                  Address

                                                  Reston, VA   20190
                                                  City            State            Zip Code

                                                  (703) 318-6800
                                                  Phone Number