IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO DEFER
EXPERT DEPOSITIONS AND DAUBERT MOTIONS**

Defendants Electricité de France, S.A. ("EDF"), Electricité de France International North America, Inc. ("EDFINA") and Christian Nadal, by counsel, hereby move pursuant to Fed.R.Civ.P. 6 (b), with the consent of counsel for Plaintiff, Catherine Gaujacq, to defer the remaining depositions of the parties' expert witnesses and any Daubert motions until after the Court has decided the summary judgment motion(s). In support of this Motion, the parties state the following:

1. The reports of the Plaintiff's experts were served on March 31, 2006, and the rebuttal reports of Defendants' experts were served on June 15, 2006. Plaintiff served a Supplemental Report of one of her experts (Dr. Liza Gold) on June 30, 2006 and a Revised Report of her other expert (Neil Demchick) on July 20, 2006.

2. The depositions of Dr. Liza Gold, one of Plaintiff's experts, and Dr. Carol Kleinman, one of Defendant's experts, have already been taken.

- 2 -

3. By Order dated July 28, 2006, the Court granted the parties' Consent Motion to Extend Time for Expert Depositions, permitting the parties to complete the remaining expert depositions on or before August 21, 2006.

4. The depositions of the remaining experts could not be completed by August 21, 2006 due to a health emergency of Neil Demchick, one of Plaintiff's expert witnesses.

5. The Court's Scheduling Order provides that any motions for summary judgment and any Daubert motions must be filed by September 15, 2006. Defendants intend to move for summary judgment.

6. Because the parties are unable to complete the expert depositions prior to the deadline for summary judgment and Daubert motions, the parties request that the Court (i) defer the deadline for completion of expert depositions to a date which is 30 days after the Court issues its decision on the motion(s) for summary judgment and (ii) defer the deadline for filing Daubert motions to a date which is 60 days after the Court issues its decision on the motion(s) for summary judgment.

WHEREFORE, for the foregoing reasons, Defendants, with the consent of Plaintiff, respectfully request a deferral of the deadline to complete the parties' expert witness depositions and the deadline for filing Daubert motions until after the Court has decided the summary judgment motion(s).

August 21, 2006

                                                           Respectfully Submitted,

                                                      /s/
                                          Dorothea W. Regal
                                          D.C. Bar No. NY0064
                                          Randi Seltzer May
                                          D.C. Bar No. NY0063

- 3 -

>HOGUET NEWMAN & REGAL, LLP
>10 East 40th Street
>New York, NY 10016
>(212)689-8808
>
>*Counsel for Electricité de France*
>*International North America, Inc.*
>*and Electricité de France, S.A.*
>
>Morgan D. Hodgson
>D.C. Bar No. 186521
>David Clark
>D.C. Bar No. 473279
>STEPTOE & JOHNSON, LLP
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>(202) 429-3000
>
>*Counsel for Defendant Christian Nadal*