IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on the Consent Motion to Defer Expert Depositions and Daubert Motions. Upon consideration of the papers, and for good cause shown, it is hereby:

**ORDERED**, that the Consent Motion to Defer Expert Depositions and Daubert Motions is GRANTED; and it is further

**ORDERED**, that the time in which the parties may complete expert depositions is extended to a date which is 30 days after the Court issues its decision on the motion(s) for summary judgment; and it is further

**ORDERED**, that the time in which the parties may file Daubert motions is extended to a date which is 60 days after the Court issues its decision on the motion(s) for summary judgment.

**SO ORDERED.**

DATE: _____

_____
Hon. John Garrett Penn
United States District Judge