AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CATHERINE GAUJACQ

       Plaintiff(s)  )   **APPEARANCE**

       vs.  )   CASE NUMBER  1:05cv0969(JGP)

EDFINA, et al.

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Carla D. Brown  as counsel in this
(Attorney's Name)

case for:  Plaintiff Catherine Gaujacq
(Name of party or parties)

August 22, 2006
Date

       */s/ Carla Brown*
       Signature

DC  474097
BAR IDENTIFICATION

Carla D. Brown
Print Name

CHARLSON BREDEHOFT & COHEN PC  11260 Roger Bacon Dr  #201
Address

Reston, VA  20190
City    State    Zip Code

(703) 318-6800
Phone Number