**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CATHERINE GAUJACQ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05CV0969 (JGP) |
| | ) | |
| ELECTRICITÉ DE FRANCE | ) | |
| INTERNATIONAL NORTH AMERICA, | ) | |
| INC., et al. | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO APPEAR PRO HAC VICE**
**(For This Case Only)**

Comes now Morgan D. Hodgson, pursuant to Local Rule 83.2 (d) of the United States District Court for the District of Columbia, and moves this Court to allow Elisabeth M. Morse to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of Defendant Christian Nadal, and in support thereof states and certifies to the Court:

1. That Elisabeth M. Morse, Steptoe & Johnson LLP, 1330 Connecticut Ave., NW, Washington, DC 20036 is an attorney licensed to practice law in the State of Pennsylvania.

2. That Elisabeth M. Morse is a member in good standing in the bar as set forth above, and has not been disciplined by any bar.

3. That Elisabeth M. Morse has a pending application to the District of Columbia bar, and is scheduled to be sworn in on September 15, 2006.

4. That Elisabeth M. Morse has never been admitted pro hac vice in any case before the US District Court for the District of Columbia.

5. That Elisabeth M. Morse is familiar with the law, facts and procedures relating to the subject matter of this litigation.

**THEREFORE**, I respectfully request that Elisabeth M. Morse be granted permission to appear of record and participate pro hac vice before the United States District Court for the District of Columbia on behalf of Defendant Christian Nadal.

　　　　　　　　　　　　　　/s/　Morgan D. Hodgson
　　　　　　　　　　　　　Morgan D. Hodgson (#186521)
　　　　　　　　　　　　　STEPTOE & JOHNSON LLP
　　　　　　　　　　　　　1330 Connecticut Avenue, N.W.
　　　　　　　　　　　　　Washington, D.C.  20036
　　　　　　　　　　　　　(202) 429-3000

　　　　　　　　　　　　　*Counsel for Defendant Christian Nadal*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CATHERINE GAUJACQ, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:05CV0969 (JGP) |
| | ) | |
| ELECTRICITÉ DE FRANCE | ) | |
| INTERNATIONAL NORTH AMERICA, | ) | |
| INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**O R D E R**

**IT IS ORDERED** that,

Elisabeth M. Morse
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:  (202) 429-8173
Facsimile:   (202) 429-3902

is admitted to practice pro hac vice (for this case only) before the United States District Court for

the District of Columbia, as attorney for Defendant Christian Nadal.

DATED:  _____

SO ORDERED this _____ day of _____ 2006.

_____
The Honorable John Garrett Penn
United States District Court Judge