IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CATHERINE GAUJACQ, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:05CV0969 (JGP) |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

This matter comes before the Court on the Joint Consent Motion to Amend the Scheduling Order. Upon consideration of the papers, and for good cause shown, it is hereby:

**ORDERED**, that the Joint Consent Motion to Amend the Scheduling Order is GRANTED; and it is further

**ORDERED**, that the Joint Scheduling Order is amended as follows:

| | |
|---|---|
| Dispositive motions Due | October 16, 2006 |
| Oppositions Due | November 20, 2006 |
| Replies Due | December 4, 2006 |
| Hearing (proposed) | Week of December 18, 2006 |
| Expert Depositions Deadline | 30 days after issuance of decision on summary judgment motions |
| *Daubert* Motions Due | 60 days after issuance of decision on summary judgment motions |
| Pretrial Statements Due | February 15, 2007 |
| Pretrial Conference | February 22, 2007 |

- 2 -

Trial                                              April 17, 2007

**SO ORDERED**.

DATE: _____         _____
                                                          Hon. John Garrett Penn
                                                          United States District Judge