IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., | ) |
| Defendants. | ) |

## ERRATA

### TO FILE THE JOINT CONSENT MOTION TO AMEND SCHEDULING ORDER WHICH WAS PREVIOUSLY GRANTED BUT INADVERTENTLY OMITTED FROM ELECTRONIC CASE FILING

1. On August 24, 2006, Defendants Electricité de France, S.A. ("EDF"), Electricité de France International North America, Inc. ("EDFINA") and Christian Nadal, and Plaintiff Catherine Gaujacq, by counsel, (the "Parties") moved pursuant to Fed.R.Civ.P. 6 (b), to amend the Scheduling Order herein (Docket Number 96).

2. On August 24, 2006, the Joint Consent Motion to Amend the Scheduling Order (attached hereto as Exhibit 1) was inadvertently omitted from the electronic case filing. Instead, only the Proposed Order granting the Joint Consent Motion to Amend the Scheduling Order was filed (Docket Number 96).

3. On August 24, 2006, the Court granted the Proposed Order to Amend the Scheduling Order.

- 2 -

4.      The Parties would like the Joint Consent Motion to Amend the Scheduling Order to be part of the record and therefore, Defendants EDF and EDFINA have filed this Errata and Exhibit 1.

August 28, 2006                         Respectfully submitted,

                              _____/s/_____
                              Dorothea W. Regal
                              D.C. Bar No. NY0064
                              Randi Seltzer May
                              D.C. Bar No. NY0063
                              HOGUET NEWMAN & REGAL, LLP
                              10 East 40th Street
                              New York, NY  10016
                              (212)689-8808

                              *Counsel for Electricité de France*
                              *International North America, Inc.*
                              *and Electricité de France, S.A.*

                              Morgan D. Hodgson
                              D.C. Bar No. 186521
                              David Clark
                              D.C. Bar No. 473279
                              STEPTOE & JOHNSON, LLP
                              1330 Connecticut Avenue, N.W.
                              Washington, D.C.  20036
                              (202) 429-3000

                              *Counsel for Defendant Christian Nadal*

- 3 -

        Elaine Charlson Bredehoft
        D.C. Bar No. 441425
        S. Christian Wickwire
        D.C. Bar No. 488797
        Carla D. Brown
        D.C. Bar No. 474097
        CHARLSON BREDEHOFT & COHEN
        11260 Roger Bacon Drive
        Suite 201
        Reston, VA 20190
        (703) 318-6800

        *Counsel for Plaintiff Catherine Gaujacq*