IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**PREVIOUSLY GRANTED BUT INADVERTENTLY OMITTED FROM ELECTRONIC FILING JOINT CONSENT MOTION TO AMEND SCHEDULING ORDER**

Defendants Electricité de France, S.A. ("EDF"), Electricité de France International North America, Inc. ("EDFINA") and Christian Nadal, and Plaintiff Catherine Gaujacq, by counsel, hereby move pursuant to Fed.R.Civ.P. 6 (b), to amend the Scheduling Order herein. In support of this Motion, the parties state the following:

1. By Order dated August 23, 2006, the Court granted the parties' Consent Motion to Defer the Expert Depositions and *Daubert* Motions, extending the time for the parties to complete the remaining expert depositions to a date 30 days following the issuance of the Court's decision on the summary judgment motion(s) and extending the time for the parties to file any *Daubert* motions to a date which is 60 days following the issuance of the Court's decision on the summary judgment motion(s).

2. Plaintiff filed a motion to compel discovery from EDF and EDFINA on July 28, 2006, which motion was fully briefed upon filing of the opposition of Defendants EDF and

- 2 -

EDFINA on August 11, 2006 and the filing of Plaintiff's reply on August 21, 2006. This motion is *sub judice*.

3. Defendants previously filed a motion to compel discovery from Plaintiff on June 16, 2006, which motion was fully briefed upon filing of the Plaintiff's opposition on July 14, 2006 and the filing of Defendants' reply on July 19, 2006. This motion is *sub judice*.

4. The parties propose to extend the dates for dispositive motions and for pre-trial order submissions to allow for a more orderly schedule following the Court's decision on the pending motions to compel discovery, and propose the following schedule:

| | |
|---|---|
| Dispositive motions Due | October 16, 2006 |
| Oppositions Due | November 20, 2006 |
| Replies Due | December 4, 2006 |
| Hearing (proposed) | Week of December 18, 2006 |
| Expert Depositions Deadline | 30 days after issuance of decision on summary judgment motions |
| *Daubert* Motions Due | 60 days after issuance of decision on summary judgment motions |
| Pretrial Statements Due | February 15, 2007 |
| Pretrial Conference | February 22, 2007 |
| Trial | April 17, 2007 |

WHEREFORE, for the foregoing reasons, the parties, respectfully request that the Court amend the Scheduling Order as set forth above.

August 28, 2006                     Respectfully submitted,

                                                   /s/
Dorothea W. Regal
D.C. Bar No. NY0064
Randi Seltzer May
D.C. Bar No. NY0063
HOGUET NEWMAN & REGAL, LLP
10 East 40th Street
New York, NY  10016
(212)689-8808

*Counsel for Electricité de France*
*International North America, Inc.*
*and Electricité de France, S.A.*

Morgan D. Hodgson
D.C. Bar No. 186521
David Clark
D.C. Bar No. 473279
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 429-3000

*Counsel for Defendant Christian Nadal*


Elaine Charlson Bredehoft
D.C. Bar No. 441425
S. Christian Wickwire
D.C. Bar No. 488797
Carla D. Brown
D.C. Bar No. 474097
CHARLSON BREDEHOFT & COHEN
11260 Roger Bacon Drive
Suite 201
Reston, VA 20190
(703) 318-6800


*Counsel for Plaintiff Catherine Gaujacq*