**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CATHERINE GAUJACQ, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE, S.A., ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., | ) |
| Defendants. | ) |

**NOTICE OF BULKY EXHIBITS**

Pursuant to the procedures for filing documents electronically, exhibits 1 through 96, which are the attachments to Defendants' Statement Pursuant to FRCP 56.1 and Local Rule 7(h), are in paper form only and are being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

October 16, 2006