IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHERINE GAUJACQ, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE, S.A., ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE REGARDING FILING OF SEALED MATERIAL**

Notice is given that a portion of Exhibit F (an attachment to the Declaration of Patrick De Botherel), and Exhibits 27, 30 and 60, (attachments to Defendants' Statement Pursuant to FRCP 56.1 and Local Rule 7(h)), together with their translations have been filed as Sealed Attachments in paper format with the Court. These documents are not available for public viewing.

**NANCY MAYER-WHITTINGTON**

Clerk

October 16, 2006