# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE, S.A., ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., | ) |
| Defendants. | ) |

## PROPOSED ORDER

Upon consideration of Defendants, and Electricité De France, S.A and Electricité De France International North America, Inc.'s Motion for Summary Judgment and the briefs and other submissions and arguments of counsel made in connection therewith:

The Court hereby GRANTS Defendant's Motion and further ORDERS that the Complaint is dismissed, as against Defendants Electricité De France, S.A and Electricité De France International North America, Inc. in its entirety, with prejudice.

SO ORDERED this ___ day of ____, 2006:

_____
Hon. John Garret Penn
United States District Judge