# EXHIBIT A



Francois METAIS
31/03/2004 14:54

Pour :   Yann LAROCHE/DGEDF/EDFGDF/FR@EDFGDF
cc :     Gerard CREUZET/DGEDF/EDFGDF/FR@EDFGDF, jlbetouret@edfamericas.com, Michel
         SONDAG/DGEDF/EDFGDF/FR@EDFGDF
Objet :  Réf. : Réf. : Gaujacq confidentiel proposition



Commentaires Delcadir sur le contenu du projet de contrat rédigé par Catherine GAUJACQ :
- La décision du Comex n'est pas nécessaire pour sa nomination sur un poste probablement R3.
- Il n'est pas utile de re rédiger intégralement un nouveau contrat de mission longue durée, il suffit d'un avenant portant sur les seuls articles à modifier (fonction, durée de la mission, salaire, etc). Michel SONDAG de la Delcadir pourra assurer cette mise en forme. Cet avenant sera signé par Yann LAROCHE.
- Si nous acceptons la proposition de Catherine, nous la prolongeons de fait de 3 ans sur place. Ajoutés aux 4 années déjà effectuées, cela porterait sa durée d'expatriation à 7 ans ce qui est dérogatoire par rapport à nos pratiques habituelles (3 ans plus une année renouvelable une fois = 5 ans maxi). Mais administrativement, il n'y aurait pas d'incidence négative à le faire.
- Il faut faire valider par toutes les parties prenantes sa proposition de double reporting au Directeur de la Branche Amériques et au Directeur de la Branche Energies.
- Elle propose de rester dans la structure EDF International North America en changeant de titre et en conservant des responsabilités opérationnelles : Officer and Treasurer ainsi qu'une mission : pilotage du MOU du 19 mars 2004 avec les utilities et vendors américains. Pour tout cela il semble judicieux de consulter le Délégué général EDF qui sera le Président d'EDF International North America.
- Sur le plan salarial, Catherine Gaujacq prend un 3e poste de niveau R3 (dans l'hypothèse où son nouveau poste est de ce niveau), elle est en DO1 en terme de contribution : elle peut légitimement (au moins de son point de vue) réclamer un coup de pouce. Il serait temps également de la mettre à l'assurance-vie, niveau C3.

EDF 000976

# EXHIBIT A-T

*From: Francois METAIS*
*Sent: March 31, 2004        2:54 PM*
*To: Yami LAROCHE/DGEDF/EDFGDF/FR@EDFGDF*
*Cc: Gerard CREUZET/DGEDF/EDFGDF/FR@EDFGDF, jlbetouretaedfamericas.com, Michel SONDA G/DGEDF/EDFGDF/FR@EDFGDF*
*Subject: Re: Gaujacq confidential proposition*

Delcadir's comments on the content of the contact drafted by Catherine Gaujacq:

- the Comex's decision is not necessary for her appointment at a position probably rated R 3.
- It is not necessary to fully redraft a new long term assignment contract abroad; an amendment covering the articles to be modified is sufficient (position, term of the assignment, salary, etc.). Michel SONDAG from Delcadir will make these changes. This amendment will be signed by Yam Laroche.
- If we accept Catherine's proposal, we will in fact extend her stay in the US for three years. If we consider the 4 years already done, she would be expatriated for 7 years, which is an exception to our usual practices (3 years plus one year; renewable once = 5 years maximum). However, from an administrative point of view, there is no drawback to do that.
- We must obtain approval of all concerned parties to her proposal to report both to fee Director Branch Americas and to the Director of the Energy Department
- She suggests remaining within EDF International North America and to change her title while keeping operational responsibilities: Officer and Treasurer and: management of the MOU of March 19, 2004 with the American vendors and utilities. For all this, it would be appropriate to seek advice from the General Delegate of EDF that will be the President of EDF International North America.
- From a salary point of view, Catherine Gaujacq takes a third position rated R3 (in the event her new position is so rated), she is DO1 for her remuneration: she can legitimately (at least from her point of view) ask for an increase of her salary. It would be time as well to provide her with level C3 life insurance.