# EXHIBIT B



**Francois METAIS**

06/04/2004 19:29

Pour : Gerard CREUZET/DGEDF/EDFGDF/FR@EDFGDF, Yann
LAROCHE/DGEDF/EDFGDF/FR@EDFGDF, Bruno
LESCOEUR/ED/SC/DEPT/EDFGDF/FR@EDFGDF
cc : Jacques BOURON/MISSIONS/SC/DEPT/EDFGDF/FR@EDFGDF,
JLBETOURET@edfamericas.com
Objet : Catherine GAUJACQ

Décision : Catherine GAUJACQ est affectée sur le projet "Primium 2015"
(cooperation franco américaine sur la 4 ème génération nucléaire).
A ce titre elle est rattachée à la Branche Energies qui lui adressera une
lettre de mission.
Cette nouvelle affectation se traduit pour Catherine par une sortie de la
Branche Amériques et de la structure EDF North America Inc.
Sa mission la conduira à passer une partie importante de son temps aux
Etats Unis selon des modalités qui seront définies par la Branche Energies.

EDF 000983

# EXHIBIT B-T

*From: François METAIS com*
*Sent: April 6, 2004    7:29 PM*
*To:        Gérard        CREUZET/DGEDF/EDFGDF/FR@EDFGDF,        Yann*
*Laroche/DGEDF/EDFGDF/FR@EDFGDF,                          Bruno*
*LESCOEUR/DGEDF/EDFGDF/FR@EDFGDF*
*Cc:        Jacques        BOURON/MISSIONS/SC/DEPT/EDFGDF/FR@EDFGD,*
*JLBETOURET@edfamericas.com*
*Subject: Catherine Gaujacq*

T37

Decision: Catherine Gaujacg is appointed to the "Primium 2015" (French-American cooperation on the 4th nuclear generation). Accordingly, she reports to the Energy Department that will send her an assignment letter.

This new appointment means that Catherine leaves the Americas Branch and EDF North America Inc.

Due to her assignment, she will spend a lot of time in the US on conditions that will be specified by the Energy Department.