# EXHIBIT C

(See attached file: C.htm)
(See attached file: Gaujacq-ContratMLD2004.pdf)

---------------- Réacheminé par Gerard CREUZET/DGEDF/EDFGDF/FR sur 07/04/2004 18:43 -------------------

Catherine,

Après discussion avec Yann et François, il apparait plus judicieux de te nommer sur le poste "Projets Nucléaires génération 4" avec un rattachement unique à la Branche Energies, même s'il est clair que l'essentiel de ton temps se passera aux Etats-Unis.

Je t'invite à voir avec Bruno Lescoeur les termes de ta lettre de mission.

Gérard


EDFINACG@aol.com sur 07/04/2004 22:17:26

Pour : Gerard CREUZET/DGEDF/EDFGDF/FR@EDFGDF
cc : Yann LAROCHE/DGEDF/EDFGDF/FR@EDFGDF, Francois
    METAIS/DGEDF/EDFGDF/FR@EDFGDF, Bruno
    LESCOEUR/ED/SC/DEPT/EDFGDF/FR@EDFGDF
Objet : Re: Réf. : Gaujacq confidentiel proposition


Bonsoir Gerard,
Merci pour ta reponse.Toutefois,le libelle de mon poste est genant. Mon engagement dans le consortium US et aux USA requiert :
1-que je ne sois pas uniquement generation 4 (le consortium est sur la generation 3 ou 3+ : AP 1000 et ESBWR)
2-que je reste Officer de EDFINA aux USA car c'est cette compagnie,qui pour des raisons juridiques de protection de la mere et de "benefice" des subventions DOE au sein du consortium, est membre du consortium...tous les documents du
consortium sont boucles dans ce sens.

Je n'ai bien sur rien contre le fait de "rejoindre" la Branche Energie au sein d'EDF.
Merci de me confirmer que cette proposition est possible.
Qui dois-je contacter pour mon contrat ?
amicalement,
catherine gaujacq

**EDF 000986**

# EXHIBIT C-T

------------------------------Forwarded by Gérard CREUZET/DGEDF/EDFGDF/FR April 7, 2004, 6:43 PM----------------------------------------

Catherine, T51

After discussing it with Yann and François, it seems more appropriate to appoint you to "the 4th generation nuclear project" reporting the Energy Department only, even if it is clear that you will spend most of your time in the US.

Please check the terms of your assignment letter with Bruno Lescoeur.

Gérard

*From: EDFINACG@aol.com*
*Sent: April 7, 2004   10:17 PM*
*To: Gérard CREUZET/DGEDF/EDFGDF/FR@EDFGDF*
*Cc:       Yann       Laroche/DGEDF/EDFGDF/FR@EDFGDF,       François METAIS/DGEDF/EDFGDF/FR@EDFGDF,                                  Bruno LESCOEUR/DGEDF/EDFGDF/FR@EDFGDF*
*Subject: Re: Gaujacq confidential proposal* T52

Good evening Gerard,

Thank you for your answer. However, the title of my position is uncomfortable. My undertaking in the US consortium and in the USA requires that:
1- I be not only generation 4 (the consortium is on generation 3 or 3+: AP 1000 and ESBWR)
2- I remain an EDFINA Officer in the USA since this is this company, that for legal protection of the parent company and to benefit from DOE subsidies within the consortium, is member of the consortium... all the documents of the consortium being drafted in line with this.

Of course, I have nothing against the fact of "rejoining" the Energy Department within EDF.

Can you please confirm me that this proposal is possible?

Whom should I contact with regard to my contract?

Regards,


Catherine Gaujacq

Catherine GAUJACQ
President
EDF International North America, Inc