# EXHIBIT E



EDFINACG@aol.com on 22/07/2004 15:59:45

Pour :   Francois ROUSSELY/DGEDF/EDFGDF/FR@EDFGDF, Gerard
         CREUZET/DGEDF/EDFGDF/FR@EDFGDF
cc :
Objet :  confidentiel personnel et tres urgent

Je souhaite en parler AVANT lundi.
avec mes excuses pour l'erreur dans le texte
Catherine GAUJACQ

************see confidentiality notice bellow********************

Monsieur le President d'EDF,
Monsieur le DOO, Gerard,

Malgre mes demandes reiterees et vos accords de principe en Fevrier puis en
Mars,je suis maintenant a 9 jours de ne pas disposer de lettre de mission
ni de
contrat d'expatriation pour ma nouvelle mission a Washington. J'ai tenu
tous
mes engagements ,en particulier au 31 Mai j'ai accepte ma demission du
poste
de President d'EDFINA pour un poste de Vice President.

Depuis l'arrivee "effective" de Christian NADAL le 1er Juin 2004, des
evenements graves sont survenus a mon encontre.Christian NADAL essaie par
tous les
moyens de m'empecher de travailler et prend des mesures discriminatoires a
mon
encontre. Le vide juridique cree dans ma situation au 1er Aout 2004 me
laissera encore plus a la merci de Christian Nadal qui pourrait d'un trait
de plume
rendre illegale ma presence sur le territoire Americain. Je ne peux
supporter
cette situation et j'ai decide de me defendre contre lui par une plainte
aupres
des Autorites Americaines.

Jusqu'a ce jour, je continue a assurer ma mission sur NuStart et les
projets "
production et projets nucleaires" avec assiduite et avec l'appreciation de
nos partenaires Americains. Ma plainte contre Christian NADAL aura
ineluctablement des effets negatifs sur la participation d'EDFINA/EDF au
consortium
nucleaire Americain NuStart Energy Development,LLC du fait d'un contrat
avec le
gouvernement Americain (DOE).

Signerez-vous ma nouvelle lettre de mission et le contrat d'expatriation
associe?

Si non, pourquoi?

Prendrez-vous des mesures pour arreter le comportement illegal de Christian
Nadal a mon egard?

Si non, pourquoi ?

Prendrez-vous cet engagement par ecrit?

EDF 004580

Si non, pourquoi?

Je souhaite discuter avec vous de ma situation avant lundi, a n'importe quelle heure du jour et de la nuit, avant de deposer ma plainte. Vous pouvez m'
appeler au 1 703 433 9755. Merci de m'accorder quelques minutes de votre temps que
je sais tres precieux. J'espere que mes 24 ans de loyaux services au Groupe EDF
le meritent a vos yeux.

Catherine GAUJACQ
Vice President
EDF International North America.

The information contained in this message is confidential and is intended for
the addressee(s) only. If you have received this message in error please notify the originator immediately. The unauthorized use, disclosure, copying
or
 alteration of this message is strictly forbidden.

- C.htm

# EXHIBIT E-T

EDFINACG@aol.com on 07/22/2004 3:59:45 PM

To: Francois ROUSSELY/DGEDF/EDFGDF/FR@EDFGDF, Gerard
    CREUZET/ DGEDF/EDFGDF/FR@EDFGDF
Cc:
Subject: personal, confidential and very urgent

I would like to talk about it BEFORE Monday.
With my apologies for the mistake in the text
Catherine Gaujacq

*******************see confidentiality notice below***************************************

Sir the President of EDF,
Sir the DOO, Gerard,

Despite my repeated requests and your agreements in principle in February, then in March, I am now 9 days away of having an assignment letter or an expatriation contract for my new mission in Washington.
I fulfilled all my commitments; especially on may 31, I accepted my resignation from the position of President at EDFINA for a Vice-President position.

Since the "effective" arrival of Christian NADAL, on June 1, 2004, serious incidents happened to me. Christian NADAL tries, by all means, to prevent me from doing my job and takes discriminatory measures against me.

Being without any contract as of August 1, 2004 would leave me at the mercy of Christian NADAL who would be able, with the stroke of a pen, to render my presence on the US territory illegal. This situation is unbearable and I decided to defend myself against him by filing a complaint before the US Authorities.

Till now, I continue to accomplish my mission on NuStart and the projects "production and nuclear projects" with assiduousness and with the gratefulness of our American partners. My complaint against Christian NADAL will inescapably affects negatively the interests of EDFINA/EDF in the nuclear consortium of American NuStart Energy development, LLC, as a result of a contract with the American government (DOE).

Are you going to sign my new assignment letter and the associated expatriation contract?

If not, why?

Are you going to take measures to stop the illegal behavior of Christian NADAL against me?

If not, why?

Are you going to take this commitment by written?

If not, why?

I would like to have a conversation with you regarding my situation before Monday, at any time, day or night, before filling my complaint. You can call me at this number: 1 703 433 9755. Thank you for giving me few minutes of you precious time. I hope that my 24 years of loyal services at the EDF Group deserve it in your opinion.

Catherine Gaujacq
Vice-President
EDF International North America.