# EXHIBIT F

Subject:    C.GAUJACQ follow-up
Date:       7/25/2004 4:32:24 PM Eastern Standard Time
From:       EDFINACG

To:   gerard.creuzet@edf.fr, yann.laroche@edf.fr, fponasso@edfamericas.com

\*\*\*\*\*\*\*\*\*\*\*read confidentiality notice bellow\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Gerard, Yann and Fernando,

I thank you for the precious time you spent with me on Friday over the phone to discuss the concerns I raised in my emails to you, especially given the major restructuring efforts in which you are involved as EDF moves forward from a State-owned utility to a global Corporation. I also want to thank you for agreeing to call me on Monday, July 26th, with what I hope is the solution that is needed to a very personally distressful situation. You did not, however, indicate the time when you expect to get back to me. While there are some personal matters I need to attend to on Monday morning, I want to make myself available at your convenience because it is critical that we resolve this matter by Monday.

As I explained to you in our calls, since Christian Nadal arrived in the US and took over my position as President of EDFINA, I have been subjected to personally demeaning, discriminatory and illegal conduct that has become intolerable for me. As my intentions are and have always been during my 24 years with EDF to significantly contribute to the success of the company, I can tell you I never expected to be in such a situation where I felt I had no other recourse but to take legal action on my own behalf in order to protect myself. And while I am hopeful that we can solve this problem internally, I am very disturbed after my conversation with Gerard, where he told me the Company will not tolerate a claim against EDF, and that my career with EDF is dead if I filed a claim. Please understand that my actions were to notify the Company of a serious issue at EDFINA and to seek your help to correct it. I do not want to harm the Company.

As we agreed, I will postpone my decision to file a claim until we speak further on Monday as to the steps to be taken to resolve the current situation. To reiterate what I said on Friday, I feel that the Company can quickly correct my situation by taking the following actions:

- The parent company, EDF, (Gerard Creuzet and Yann Larouche) signs my three (3) years expatriation contract, the material terms of which are set forth in the proposed agreement I sent to Gerard Creuzet and Yann Laroche in March and which were agreed to by Gerard in March. The contract must explicitly state that there is no direct reporting relationship to Christian Nadal as President of EDFINA, except only to provide written reports on a monthly basis, as liaison, for the purpose of keeping him updated on general status. Christian Nadal will have no input on and will not interfere with the direction or details of my mission or in regard to my performance reviews.

731

- The parent company, EDF, (Gerard Creuzet Yann Laroche) signs my new Mission Letter, the original of which was dated May 12th, 2004 and sent in May to Gerard Creuzet and Yann Laroche. The letter must expressly provide for dedicated Financial and Human Resources support, specifically that Jean-Luc Foret and/or his successor(s), as well as the engineers in EDF Energy Branch working on Nuclear initiatives in the US report to me exclusively, that dedicated budget lines are assigned to my mission on the EDFINA Yellow account at the bank in the US, and that there will be no interference from Christian Nadal on my missions with EDFINA.

I request that the above signed documents be delivered to me no later than Tuesday, July 27th.

Also, to insure that the improper actions of Christian Nadal are corrected, resolutions of the Board of EDFINA should be prepared as follows:

- The Board of EDFINA (FP) can resolve in a "written consent" to acknowledge, approve and ratify my mission letter and expatriation contract.
- The Board of EDFINA (FP) can resolve in a "written consent" that Christian Nadal cancel and void his letter to EDFINA bank and restate my status of Authorizing Officer of EDFINA.
- The Board of EDFINA (FP) can resolve in a "written consent" that Christian Nadal cancel and void his letter to me dated June 18th, thereby acknowledging my equal status and treatment with the other male Vice Presidents of EDFINA.

I also request that the Company agree to reimburse me for attorneys fees incurred as a result of this matter.

I am hopeful that you will find this proposal acceptable. I request **written** confirmation of your acceptance of the above terms of my contract and mission letter, and the requested resolutions (Gerard Creuzet Yann Laroche Fernando Ponasso), either by e-mail or fax at home, by Monday, July 26th, EOB EDT.

I am so saddened to go through this incredible situation after 24 years of successful and loyal services to EDF and EDFINA. Please be assured of my loyal commitment to the success of the EDF Group and its affiliates in the US. Notwithstanding this unfortunate matter, I have not and will not let my personal concerns interfere with my dedicated representation of EDFINA and EDF in connection with our US business operations.

Yours sincerely,
Catherine Gaujacq
Vice President EDFINA
10801 Sycamore Springs Lane
GREAT FALLS VA 22066
1 703 433 9755

732