# EXHIBIT G

EDF Branch Americas
Dirección de recursos Humanos y Comunicación



**Confidentiel F. Ponasso**

## SITUATION GAUJACQ NADAL juillet 2004

Analyse de Jean-Louis Bétouret selon les informations disponibles au lundi 26 juillet 2004.

### Rappel des évènements récents antérieur à la crise actuelle

Dans le cadre de la première décision de rattachement de C. Gaujacq à la Branche Energies, Bruno Lescoeur lui a proposé s'occuper en France du projet EPR.

CG a réagi violemment en faisant savoir que cette offre ne correspondait en rien à ce qui lui avait été promis. Qu'avait il été promis ? je n'en sais rien. Par qui ? apparemment par Gérard Creuzet à Buenos Aires le 22 mars.

De son côté Nadal a rencontré le président qui lui a bien confirmé qu'il était le N°1 au bureau de Washington. Le président a fait passer un message selon lequel « si CG décidait de rester aux Etats Unis, elle était placée sous l'autorité de C. Nadal ». Je pense que cette information a été donnée à CG par Nadal et par Creuzet mais pas forcément sous cette forme.

Il a été demandé à CG de démissionner de sa fonction de président de EDF INA au 31 mai, ce qu'elle a fait. C. Nadal a été nommé président au 1$^{er}$ juin. Elle a été nommée vice présidente.

A cette occasion, B Lescoeur a fait savoir qu'il souhaitait que la présence de la Branche Energies dans le management du projet Nu Start - Primium 2015 soit renforcée en faisant rentrer quelqu'un de la BE au conseil d'administration de EDF INA ( Georges Servière).

A partir de cette date, la communication entre CG et CN a été réduite au minimum, la plupart des échanges se faisant par mail. CG n'a pu ou voulu assister à plusieurs réunions en France ou aux EU en présence de Nadal et de JL Floret.

Enfin un audit flash demandé par le président a été réalisé à Washington. Il met en cause le contrôle interne, la coordination des acteurs, la gestion des expatriés et l'absence de claseement de la documentation.

### Données connues de la crise actuelle

C. Gaujacq a écrit au président et à Creuzet pour se plaindre que C. Nadal avait en mains les moyens juridiques de la contraindre à quitter les Etats Unis et mettant en quelque sorte « en demeure » les deux destinataires de tenir leurs promesses sous 48 heures faute de quoi, elle déposerait plainte contre Nadal aux EU avec toutes les conséquences négatives que ce la aurait pour l'image de EDF dans le projet Nu Start.

### Analyse de JL Bétouret

Cette analyse est faite avec les éléments dont je dispose au terme de mes entretiens avec C. Nadal, F. Ponasso, Jacques Bouron, Yann Laroche (2 fois).

Les très mauvaises relations de CG avec CN préexistantes au 1$^{er}$ juin n'ont fait qu'empirer depuis cette date se traduisant soit par une absence totale de communication, soit par une communication uniquement formelle (mails, lettres, ...) fondée sur la méfiance et l'hostilité réciproques.

C Nadal affirme que C Gaujacq est la seule responsable du mauvais état de leurs relations. En effet, selon lui, bien qu'elle lui ait réservé un très mauvais accueil depuis sa nomination en février 2004, il estime avoir essayé de mettre en place depuis son arrivée à Washington des relations durables avec elle. Bien sûr cela a été fait, d'une part en faisant respecter la décision de subordination de CG qui avait été prise, et d'autre part en essayant d'entrer dans le projet Nu Start comme cela lui paraît normal en tant que représentant de EDF en Amérique du Nord.

EDF Branch Americas                                                                                   26/07/04
Dirección de recursos Humanos y Comunicación

Massart (via Bouron) confirme qu'il n'est pas satisfait du reporting de Gaujacq, y compris de celui du 17 mai 2004, dont elle affirme qu'il a été conforme aux attentes de la BE. Il y a quelques mois, le Septen avait dit que ce projet ne pouvait être conduit en « free lance » → elle semble avoir vis à vis de la BE le même comportement d'indépendance que celui adopté récemment vis à vis de Nadal. Elle se comporte comme si elle était intuitu personnae dans le projet.

Lescoeur (via Bouron) confirme qu'il est prêt à l'accueillir selon un calendrier qui reste à définir.

Lescoeur (via Bouron) demande où on en est de l'entrée de Servière dans le CA de EDF INA (thème déjà évoqué de renforcer le présence de la BE dans le projet Un Start tant vis à vis de Nadal jugé incompétent sur ce thème que vis à vis de Gaujacq trop indépendante)

Les différents mails de Gaujacq confirment bien sa panique à l'idée de devoir quitter les EU et que sa procédure en cours d'obtention de la green card n'avorte. A remarquer aussi, et c'est nouveau, que le second thème de plus en plus fort est celui du refus absolu de voir Nadal interférer dans ses affaires de quelque manière que ce soit. J'observe qu'elle abdique de toute prudence sur ce thème au risque de faire échouer ce qui pouvait être sauvé c'est à dire rester aux Etats Unis.

## Evènements du lundi 26 juillet

Arrivée du nouveau mail en anglais adressé à Creuzet, Laroche et Ponasso éttant en demeure Creuzet et Laroche sur les 3 points déjà cités à Ponasso vendredi 23.

Divers contacts pour s'assurer qu'il n'y a aucun document écrit prévoyant son maintien au delà de 2004. Cela a été fait, y compris par une ultime vérification téléhonique auprès de Baumgarten. Au contraire, le contrat initial n'a jamais été remis en cause : il prévoyait 3 ans jusqu'au 1er août 2003 avec possibilité de prolongation de 1 an par tacite reconduction 1 an donc au 1er août 2004. C'est ce qui a été fait. On est donc à l'echéance contractuelle normale ne nécessitant même pas de préavis.

Position d'EDF (yann Laroche puis Métais qui le tient de Creuzet), selon lettre vérifiée par un avocat et après accord du président, lui signifier que son contrat se termine comme prévu le 1er août 2004.

JL Bétouret a demandé a Métais s'il fallait envoyer la notification de salaire (+5%) au 1er juillet.

EDF 004589

# EXHIBIT G-T

EDF Americas Branch
Department of Human Resources and Communication

T135

**Confidential F. Ponasso**

| GAUJACQ NADAL SITUATION July 2004 |

Analysis of Jean-Louis Betouret according to the information available as of Monday July 26, 2004.

### Review of the recent events before the current crisis

In the framework of the first decision to assign C. Gaujacq to the Energy Branch, Bruno Lescoeur proposed to her that she stay in France on the EPR project.

CG reacted violently in making it known that such offer did not correspond in any way with what had been promised to her. What had been promised? I do not know. By whom? Apparently by Gerard Creuzet in Buenos Aires on March 22.

On his side Nadal met with the president who had confirmed to him that he was the No. 1 in the Washington office. The president sent a message that said "if CG should decide to stay in the US, she would be placed under the authority of C. Nadal". I think that this information has been given to CG by Nadal and by Creuzet but not necessarily in that way.

He asked CG to resign her position as president of EDF INA on May 31, which she did. C. Nadal was named president on June 1. She was named vice president.

At this time, B Lescoeur made it known that he wished that the presence of the Energy Branch in the management of the Nu Start Project – Primium 2015 be reinforced by placing someone from the EB on the board of directors of EDF INA (Georges Serviere).

Thereafter, the communication between CG and CN was reduced to a minimum, most of the exchanges made by e-mail. CG could not or would not participate in most of the meetings in France or in the US in the presence of Nadal and of JL Foret.

Finally a flash audit was performed in Washington at the request of the President. It put in place internal controls, coordination of the actors, management of the expatriates and the classification of the documentation.

## STATUS OF THE CURRENT CRISIS

C. Gaujacq wrote to the president and to Creuzet to complain that C. Nadal had in hand the legal means to force her departure from the United States, and to some extent put "on notice" the two recipients to keep their promises within 48 hours failing which she would file a claim in the United States with all of the negative consequences that that would create for the image of EDF in the Nu Start project.

## Analysis of JL Betouret

This analysis is made with the information provided to me during my meetings with C. Nadal, F. Ponasso, Jacques Bouron, Yann Laroche (2 times).

The very bad relationship between CG and CN existing before June 1st worsened since this date due either to a total absence of communication, or by only formal communication (emails, letters...) based on suspicion and reciprocal hostility.

C Nadal affirms that C Gaujacq is solely responsible for the poor state of their relationship. In fact, according to him, even though she has made him very unwelcome since his nomination in February 2004, since his arrival in Washington he took the initiative to try to put in place a working relationship with her. Of course that was done, on the one hand to respect the decision of the subordination of CG that had been taken, and on the other hand to try to enter into the Nu Start project as would have been normal for a representative of EDF in North America.

Massart (via Bouron) confirmed that he is was not satisfied with Gaujacq's reporting, including that of May 17, 2004, in which she affirmed that it had conformed with the expectations of the EB. A few months later, the Septen had said that this project could not be conducted as "free lance" → she seemed to have the same independent behavior towards the EB that she had recently adopted towards Nadal. She behaved as if it was her personal project.

Lescoeur (via Bouron) confirmed that he is ready to welcome her according to a calendar that is yet to be defined.

Lescoeur (via Bouron) asked where we are in placing Serviere on the Board of EDF INA (a theme already raised in reinforcing the presence of the EB in the Un Start (sic) project as in relation to Nadal, judged not competent on this matter, as in relation to Gaujacq, being too independent).

The different emails of Gaujacq confirms her panic at the idea of having to leave the US and that her efforts to obtain a green card would have to be abandoned. A further remark, and its new, the second theme is getting worse in that she absolutely refuses to see Nadal interfere in her business in any manner whatsoever. I have noticed that she loses all sense of caution on this theme at the risk of ruining what could be saved, that is to say staying in the United States.

## Events of Monday July 26

Arrival of a new email in English addressed to Creuzet, Laroche and Ponasso notifying Creuzet and Laroche on the 3 points already made to Ponasso on Friday the 23rd.

Various contacts to check that there is no written document providing for her maintenance beyond the 2004. That having been done, including by an ultimate verification with Baumgarten by phone. On the contrary, the initial contract has never been called into question: it contemplated 3 years up to August 1, 2003 with the possibility of an extension of 1 year by tacit renewal 1 year therefore to August 1, 2004. That is what has been done. We are therefore at the normal contractual term that therefore does not even require notice.

EDF's position (yann Laroche then Metais who received it from Creuzet), according to a letter verified by a lawyer and after approval by the president, is to give her notice that her contract is terminated as provided on August 1, 2004.

JL Betouret asked Metais is it would be necessary to send the salary notification (+5%) on July 1.