# EXHIBIT H

LE DIRECTEUR GÉNÉRAL
OPÉRATIONS



Madame Catherine GAUJACQ
10801 Sycamore Springs Lane
GREAT FALLS VA 22066
ETATS-UNIS

Paris, le 27 juillet 2004

Chère Madame,

Par contrat de mission de longue durée à l'étranger à effet du 1ᵉʳ août 2000, dont vous avez accepté les termes, vous avez été nommée Déléguée Etats-Unis et Canada à Washington pour une durée de trois ans, éventuellement renouvelable pour une année par tacite reconduction (article 4 du contrat de mission).

Nous vous confirmons qu'à l'issue de cette durée maximale de 4 ans, votre mission arrive à son terme le 1ᵉʳ août 2004.

Nous vous rappelons qu'en application des stipulations de l'article 1ᵉʳ du contrat de mission, celui-ci *"cessera de plein droit d'être applicable à la fin de la mission pour quelque cause que ce soit ; le contrat de travail initial reprenant de plein droit tous ses effets dès le retour définitif en France"*.

En conséquence, l'ensemble du dispositif du contrat précité n'est plus opposable à compter du 2 août 2004. Votre retour effectif en France devrait ainsi intervenir à cette date. Cependant nous vous accordons un délai supplémentaire de 3 mois au plus afin d'organiser sereinement les conditions matérielles de votre réinstallation en France. Cette période ne peut être considérée comme une prolongation de votre mission.

A son issue, soit au plus tard le 1ᵉʳ novembre 2004, EDF sera en mesure de vous proposer au sein de la Branche Energies un poste conforme à votre niveau de responsabilité et à l'expérience que vous avez acquise. Je vous invite à poursuivre les discussions que vous avez déjà engagées à ce sujet avec B. LESCOEUR.

Je vous prie d'agréer, chère Madame, l'expression de ma considération distinguée.

Gérard CREUZET

c/M. Laroche, Ponasso, Lescoeur, Nadal, Nataire, (Kaminsburato

EDF 001052

# EXHIBIT H-T

HEAD OF OPERATIONS                                    TRANSLATION

[EDF letterhead]

Mrs. Catherine Gaujacq 10801
Sycamore Springs Lane
GREAT FALLS VA 22066
UNITED STATES

Paris, July 27, 2004

Dear Mrs. Gaujacq,

Pursuant to an agreement for a long term overseas assignment, effective August 1, 2000, the terms and conditions of which you agreed to, you were appointed Delegate for the USA and Canada in Washington for three years, subject to renewal for one year by tacit agreement (article 4 of the assignment contract).

We hereby confirm that upon the expiration of this maximum 4 year period, your assignment will end on August 1, 2004.

We remind you that pursuant to the provisions of article 1 of the assignment contract, it "shall automatically terminate at the end of the assignment for any reason; the initial employment contract shall be automatically reinstated in full upon permanent return to France".

Consequently, the entire arrangement of the aforementioned contract is no longer binding as from August 2, 2004. Your actual return to France should occur at that time. However, we will provide you with an additional maximum three months period to organize serenely the material conditions of your move back to France. This period is not be considered as an extension of your assignment

Upon its term, i.e. at the latest on November 1, 2004, EDF will be able to offer you in the Energy Department a position appropriate to your level of responsibility and the experience that you have acquired. I invite you to continue the discussions that you have started on this matter with B. LESCOEUR.

Yours sincerely,

Gerard CREUZET

Cc: Laroche, Ponasso, Lescoeur, Nadal, Metais, Leraandowski