# EXHIBIT I

ÉLECTRICITÉ DE FRANCE

LE DIRECTEUR DE LA BRANCHE ÉNERGIES

S H

| D | RH | CSD | 2004 | 034 |

## DÉCISION

Madame Catherine GAUJACQ est nommée Chargée de mission auprès du Directeur de la Division Production Nucléaire de la Branche Energies.

La présente décision prend effet à compter du 1er Août 2004.

COURRIER
0 1 SEP. 2004
D.P.D.

Fait à Saint-Denis, le 24 AOUT 2004

Bruno LESCOEUR

SITE CAPE AMPERE - 1 PLACE PLEYEL - 93282 SAINT-DENIS CEDEX - TEL . 01 43 69 22 00 - FAX : 01 43 69 30 60

EDF 000007

# EXHIBIT I-T

ELECTRICITE de France

The Director of the Energies Branch

## DECISION

Mrs. Gaujacq is appointed *Chargé de mission* to the Manager of the Nuclear Generation Division of the Energy Branch.

This decision takes effect from August 1st, 2004.

Executed at Saint-Denis, on August 24, 2004.

Bruno Lescoeur

Letter Sept. 1st, 2004 D.P.D.