# EXHIBIT J

Subject:   Réf. : proposition de poste
Date:      9/8/2004 11:55:48 AM Eastern Standard Time
From:      jacques.bouron@edf.fr

To:        EDFINACG@aol.com
CC:        bruno.lescoeur@edf.fr

*Sent from the Internet (Details)*

Catherine,
en réponse à ton e-mail, je peux d'ores et déjà te donner les indications suivantes sur l'accompagnement matériel de ta mutation à la Branche Energies, qui, entre temps, a changé de nom pour devenir la Branche "Production Ingénierie"....
To answer your questions, I already can give you the following information about the material conditions of your transfer to the Energy Branch, which is now called Generation & Engineering Branch...

- La mission confiée relèvera du classement "R3", ce qui correspond à ton classement actuel. Lorsque cette mission aura pris de l'ampleur avec le développement du projet EPR, il sera toujours possible de revoir le positionnement en faisant une évaluation de celle-ci.
- The missions is at level R3 in our scale, which is your personal current level. When the missions expends with the development of the EPR project, it will be possible to reassess the level with a new assessment.
    - Ton salaire de base sera de 100800 € au moment de ton arrivée et pourra être ré-examiné dès la fin du premier trimestre 2005.
    - Your basis salary will be 100800 Euros when you arrive, and might be reassessed at the end of the 1st quarter of 2005.
        - Le bonus 2004 aura une part collective fonction des résultats du groupe, et une part individuelle fonction de tes résultats. A titre indicatif, avec les résultats 2003, les bonus ont varié cette année de 0 à 23% du salaire annuel pour les R3.
        - The bonus 2004 will have a collective component depending on the results of the Group, and an individual component depending on your results. As an example, with the 2003 results, the bonuses were between 0% and 23% of the annual salary for the level R3.
            - Dans le cadre de la nouvelle politique logement, tu bénéficieras d'une aide au logement de 1500 €/mois à ton retour sur Paris, ceci pendant une durée de 5ans, puis cette aide se réduira progressivement à partir de la 6 ème année pour s'éteindre la 15 ème année....
            - Following the new housing policy, you will get a benefit of 1500 Euros a month in Paris for a 5 years period, then this benefit will decrease each year starting on the 6th year to become 0 Euros on year 15th.
                - En matière de véhicule, la règle pour les R3 / R2 / R1 est la mise à disposition d'un véhicule à travers une société de leasing. Le moment venu, je te donnerai les types de véhicule susceptibles de t'être fournis. Il est d'ailleurs toujours possible de disposer d'un véhicule de niveau supérieur à celui proposé en prenant en charge la différence de coût

000063

TAB 9

- As for the car policy, the rule for level R3/R2/R1 is the benefit of a car through a leasing company. When the time comes, I'll let you know what vehicule you will get. It's always possible to to have a higher standard vehicule if you pay the lease differential.
  - Assurance-vie : rien de changé par rapport à ta situation actuelle puisque tu bénéficies déjà d'une assurance-vie. En matière d'assurance accident-maladie-décès, l'inscription est automatique à partir du classement R3.
  - Life Insurance: no change from your current situation since you benefit from a life insurance policy. As for the accident-illness-death insurance, you automatically benefit from it starting level R3
    - Enfin, tu m'interroges sur la localisation du poste : ce sera à Cap Ampère, et des déplacements seront nécessaires principalement au niveau européen pour entretenir le contact avec nos partenaires de l'EPR, et plus largement pour identifier les meilleures pratiques dans l'exploitation des réacteurs.
  - Finally, you ask me about the location of the position. The place is Cap Ampere, and travel will be required at the European level to maintain contacts with our partners on the EPR project, and beyond to identify the best operating practices in reactors operations.

    Voilà déjà les informations que je peux te donner. Je reste à ta disposition pour t'aider à préparer ce retour dans les meilleures conditions
  - Here are the information I can give you. I stay in touch to help you prepare your come back in the best conditions.
    Cordialement
    Jacques

000064

TAB 9

# EXHIBIT J-T

From:       Jacques BOURON on 09/08/2004    5:37 PM
To:         EDFINACG@aol.com
Cc:         Bruno LESCOEUR (ccc: Christian BINET/DGEDF/EDFGDF/FR)
Subject:    Ref: offer of position

Catherine,

In response to your e-mail I can already give you the following information on the material aspect of your transfer to the Energy Branch, which has now changed in the meantime, and is now called the "Engineering Production Branch"

- The mission conferred will be of the rank "R-3," which corresponds to your current rank. Once this mission will have grown with the development of the EPR project, it will be possible to review the positioning when evaluating it.

- Your base salary will be 100,800 Euros upon your arrival and could be re-examined at the end of the first trimester of 2005.

- The 2004 bonus will be a collective portion dependent on the results of the Group and an individual portion dependent on your results. As a guideline, with the 2003 results, bonuses varied that year from 0 to 23% of annual salary for the R3's.

- Under the new housing policy, you will receive 1500 Euros per month for housing assistance when you get back to Paris, for a period of 5 years and then this aid will progressively be reduced from the 6th year to end the 15th year.

- Regarding the vehicle, the policy for the R3/R2/R1 is to provide them use of a vehicle through a leasing company. When the time comes, I will mention the types of car you may get. You also have the option to get a car of a higher standard than the ones offered by the company if you pay for the cost difference.

- Life insurance: no change in your current situation since you already benefit from a life insurance. Concerning the accident/illness/death insurance, enrollment is automatic as of the classification to R3.

- Finally, as you asked me about the locality of the position: it will be at Cap Ampère, and some travel will be necessary in order to maintain contacts with our EPR partners, and more generally, to learn about best practices in the operation of the reactors.

Here is the information I can give you. I remain at your disposition to help you prepare your return in the best conditions.

Cordially,

Jacques