# EXHIBIT K



YANN LAROCHE
DIRECTEUR GENERAL DELEGUE

LETTRE RECOMMANDEE
AVEC ACCUSE DE RECEPTION

Madame Catherine GAUJACQ
10801 Sycamore Springs Lane
GREAT FALLS VA 22066
Etats-Unis

Paris, le 0 6 JAN. 2005

Madame,

Nous avons eu à déplorer de votre part des faits constitutifs d'une faute grave, ce dont il vous a été fait part lors de l'entretien du 10 décembre 2004.

Par lettre du 27 juillet 2004, le Directeur Général Opérations d'EDF vous a confirmé que votre contrat de mission de longue durée aux Etats-Unis à effet du 1$^{er}$ août 2000, arrivait à son terme le 1$^{er}$ août 2004.

Aux termes de ce courrier, il vous était accordé un délai supplémentaire de trois mois au plus, expirant le 1$^{er}$ novembre 2004 au plus tard, afin d'organiser sereinement les conditions matérielles de votre réinstallation en France, étant précisé qu'avant cette dernière date, EDF vous proposerait au sein de la Branche Energies un poste conforme à votre niveau de responsabilité et à votre expérience.

Par décision du Directeur de la Branche Energies d'EDF en date du 24 août 2004, vous avez été nommée Chargée de Mission auprès du Directeur de la Division Production Nucléaire de la Branche Energies, lequel par lettre de mission en date du 24 septembre 2004 vous détaillait le contenu de vos fonctions.

Par lettre en date du 7 octobre 2004, adressée au Directeur de la Branche Energies, vous avez refusé la mission qui vous était fixée, refus confirmé par courrier électronique adressé le 16 octobre 2004 au Directeur de la Délégation aux Cadres Dirigeants d'EDF.

Par lettre du 21 octobre 2004, le Directeur de la Branche Production Ingénierie (anciennement Branche Energies) vous confirmait que vous deviez rejoindre votre nouveau poste le 2 novembre 2004.



Par lettre du 28 octobre 2004 adressée au Directeur de la Branche Production Ingénierie d'EDF, vous mainteniez votre position de refus.

Le 2 novembre 2004, il était constaté votre absence à votre nouveau poste, absence qui perdure à ce jour.

Cette absence à votre nouveau poste depuis le 2 novembre 2004 est constitutive d'une faute grave, et les explications recueillies auprès de vous lors de l'entretien susvisé du 10 décembre 2004 n'ont pas permis de modifier notre appréciation sur la gravité de cette faute.

Nous sommes en conséquence au regret de vous notifier, par la présente lettre recommandée avec accusé de réception, votre mise à la retraite d'office, sanction disciplinaire prévue par l'article 6.1.6° du Statut National du Personnel des Industries Electriques et Gazières.

Cette mise à la retraite d'office prend effet à première présentation de cette lettre, et votre solde de tout compte sera arrêté à cette date.

Vous pouvez vous présenter à Monsieur François ROGNIER (Département Personnel de Direction - 9, avenue Percier - 75008 Paris - tél : 01.40.42.26.81) pour percevoir les sommes vous restant éventuellement dues notamment au titre de salaire et de l'indemnité de congés payés, et retirer votre certificat de travail et votre attestation ASSEDIC, qui sont à votre disposition.

Veuillez agréer, Madame, l'expression de mes salutations distinguées.

Yann LAROCHE

# EXHIBIT K-T

Yann Laroche
Directeur General Delegue

Paris, January 6, 2005

Madame,

We regret that the component facts on your part are a grave fault, which was outlined to you in the meeting of 10 December 2004.

By a letter of 27 July 2004, the Director General of Operations of EDF confirmed with you that your long term posting contract to the United States in effect from 1 August 2000 arrived at its term on 1 August 2004.

By terms of that letter, a supplementary delay of 3 more months was given to you, expiring on 1 November 2004, for calmly organizing the material conditions of your trip back to France, and it was laid out that EDF proposed for you at the seat of the Energies Branch a post conforming to your level of responsibility and to your level of experience.

By decision of the Director of the Energies Branch of EDF on 24 August 2004, you were named Head of the Posting under the Director of the Nuclear Generation Division of the Energies Branch, which by letter of 24 September 2004 detailed for you the content of these functions.

By letter of 7 October 2004 addressed to the Director of the Energies Branch, you refused the Posting that was set for you, the refusal was confirmed by electronic message addressed 16 October 2004 to the Director of the Delegation of managers of EDF.

By letter of 21 October 2004, the Director of the Engineering Generation Branch (formerly the

Energies Branch) confirmed that you must join your new posting on 2 November 2004.

By letter of 28 October 2004 addressed to the Director of the Engineering Generation Branch of EDF, you maintained your refusal position.

2 November 2004 marked your absence from your new post, an absence that continues to this day.

This absence from your new posting since 2 November 2004 constitutes a grave fault, and the explanations gathered from you at the meeting of 10 December 2004 do not change our opinion of the gravity of this offense.

We thus regret to inform you, by the present letter sent with return receipt, your being out on retirement, a disciplinary sanction allowed under article 6.1.6 of the National Statute of Personnel in Electric and Gas Industries.

This putting of you on retirement takes effect from the receipt of this letter, and your pay and all compensation will be terminated as of this date.

You may present yourself to Mr. F. Rognier (Personnel Department) for sums due to you for salary and unpaid vacation,, and to withdraw your work certificate and your ASSEDIC attestation, that are at your disposition.

Very truly yours,

Yann Laroche