# EXHIBIT A

# Christian R. NADAL

## PERSONAL DATA

| | |
|---|---|
| Born | 03/05/1952 |
| Place | AUMALE (ALGERIE) |
| Citizenship | FRANCE |
| Married, 3 children | |
| Personal address | 153, rue de l'Université<br>75007 PARIS<br>France |
| Phone | 0 11 33 6 08 94 96 34 |
| Personal e.mail | christian.nadal@noos.fr |
| Professional address | E D F<br>22/30 Avenue de Wagram<br>75008 PARIS<br>France |
| Phone | 0 11 33 1 40 42 27 53 |
| Fax | 0 11 33 1 40 42 81 81 |
| Cell. phone | 0 11 33 6 08 94 96 34 |
| e.mail | christian.nadal@edf.fr |

1

CN00187

## PROFESSIONAL EXPERIENCE/ELECTRICITE DE FRANCE (EDF), FRENCH UTILITY COMPANY : 1988 - Present

**2002 - Present**    **Executive Vice-Président for General Controlling**

Responsible for auditing and executive surveys by demand of the chairman and CEO of EDF. Either on issues related to the opening of French and European market of energy (ex : pricing policies, proposals for new regulatory standards). Either on international issues : restructuring of companies affiliates of EDF or sell off of participations(ex : sale of EDF's shares in a Swedish distribution company, Graningue).

Advisor for the French Trade Council (Paris section)

**1999 - 2001**    **CEO of EDENOR (affiliate of EDF) company of electricity (distribution) for Buenos Aires (Argentina)**

Edenor is a private company of electricity distribution in Argentina. Owned at that time by EDF, Endesa (of Spain) and REPSOL-YPF (of Spain and Argentina). Edenor's figures : net profit = 140 millions USD, market share = 30%, customers = 2,3 millions, turnover = 950 millions USD, employees = 2500.

Main responsibilities :

- In charge of the full operational responsibility of the company (average annual result : turnover (+ 6%), value added (+ 10%), net profit (+8%).
- Key negotiator with governmental bodies and regulatory authorities in Argentina.
- Handling relationships with unions and local authorities, as well as social and ecological problems.
- Well connected with a specific and local environment in permanent economical and political instability.
- Key decision maker of the new partnership with Buenos Aires city Government.

2

CN00188

- Leader in quality certification (ISO 9000, ISO 14000 and Total Quality Process) in Argentina for the company and its suppliers.
- Promoter of the incentive program to develop new sub-contracting relationships and create new opportunities helping the development of small and medium businesses in partnership with the IFC (World Bank Group).

Other activities :

- Director of the Franco-Argentinean Chamber of Commerce
- Member of the Business Board of Electricity Distribution in Argentina
- Advisor for the French Trade Council (Argentina section)

**1997 - 1999**　　　**EDF Executive Vice-President for Corporate Strategy and Development**

Missions :

- assists the Chairman and CEO in managing and re-engineering of sales and development departments
- chairs, by delegation of the chairman and CEO, the internal committees in charge of sales and pricing, European affairs and industrial policy
- elaborates new products and services (for electrical heating, tariffs and services for small customers...)
- preparation of EDF for the opening of the market for large customers : new pricing system and new contracts, creation of an energy trading department...)
- re-allocation of resources to meet the new market and needs of customers.

Other responsibilities :

- Chairman of the committee for establishment of industries (contribution to local development and location of foreign industries)

3

CN00189

- Chairman of SDS, EDF's holding for services (turn over = Euros, 700 millions), reorganization and sell off of activities showing deficit and acquisition of services companies.
- Director of various companies (EDF International, Sodel)

Other external corporate responsibilities :

- Member of the Board of Industry's commission for Economics,
- Member of the bureau of the Board of Industry's commission for Energy
- Director of Rexecode (Research Center for Economics driven by large industry companies)

**1996 - 1997**     **EDF Executive Vice-President for Corporate Strategy and Communications**

Inside the company : adapt strategy, trading prospects and internal communications of EDF to the new market

Outside : negotiation with the European Commission and the French regulatory authorities for the opening of the energy market. Developping communication programs.

**1995 - 1996**     **EDF Executive Vice-President for Communications, European Affairs and Trade Strategy**

Prepare the transposition of the European Directive opening the energy market, adapt EDF's strategies to this new environment
Renew tecnico-economical surveys, develop benchmarking
Promote new issues of internal and external communications related to the opening of the market
Manage crises such as December 95 strikes

4

CN00190

**1994 - 1995**          **EDF Vice-President for Development and Commercial**
**Strategy**

In charge of EDF's strategic planning for development, new
products and services and relationships with related business
partners

**1991 - 1994**          **Head of the Communication Division**

In close relation with the CEO, develop and implement the
corporate communication strategy (internal communication,
press relations, corporate lobbying, high profile sponsoring
operations…)

**1988 - 1991**          **CEO of Sodel Consultants (affiliate of EDF) becoming**
**BDDP Corporate**

Transform an internal EDF's deficit public relations and
advertising agency into a profitable entity, merge it with and
sell it off to a business partner.

## PROFESSIONAL EXPERIENCE/PRIOR POSITIONS : 1976/1988

**1982 - 1988**          **Vice-president , General Secretary of Charbonnages de**
**France ( French National Coal Board)**

Initialy in charge of economical and social surveys and
strategic planning, take a major responsibility assisting
directly the CEO for the preparation and implementation of
the process of restructuring and downsizing the activities and
the general management of the company.

**1980 - 1982**          **Head of the Finance Bureau of the Rescue Division in the**
**Ministry of Internal Affairs (RDMIA)**

Responsible for planning and operating government's
financial resources and subsidies for natural disasters and
mass damages

5

CN00191

| | |
|---|---|
| **1977 - 1979** | **General Secretary of the local Council of the town of Honfleur and area (Normandy)** |

Chief Executive of the operating staff (350 members) of the City and local area under control of the President of the area, the Mayor and the related elected bodies.

| | |
|---|---|
| **1976 - 1977** | **Deputy Director of the Finance Bureau of the Rescue Division in the Ministry of Internal Affairs (RDMIA)** |

Managing the application of government's financial resources and subsidies for emergency situations.

## EDUCATION

June-July 1994                    Training internship

at London Business School
Regent's Park
London NW1 4SA
United Kingdom

October 1973-June 1974    Degree in Law and Public Finance
October 1969-June 1973    Master in Law

at Université des Sciences Sociales
Toulouse I
Place Anatole France
31042 TOULOUSE CEDEX
France

## DECORATIONS

Chevalier de l'Ordre National du Mérite
Médaille d'or de la Brigade de Sapeurs Pompiers de Paris

6

CN00192