# EXHIBIT B

globalement bien reparti , en attente grille évaluation

Il aura une TB vue sur les approfondissements à conduire .
NNitj : NON au Comm j'ai mon opinion , j'attends que
Yann m'en parle ,

_____ Elisa 10.2.04 _____

⊗    | 3 DONAS  majuscules | minuscules    Carpeta des groups W ou e
Elisa | 3 DONAS 9                          ACTUALITES
      | 3 DONAS                            contacto frecuente  actualit

Valeria | hotel alvear     Valradi    info
        | 24332 4  2466324
        | ou 624

_____ C. Nadal 10. 2. 04 _____

⊗ y vais le 16 février . en reconnaissance
   partira avec un enfant _ ( le 2ème )
   montée en régime expatrié à l'été _ ( tendance )
→ Il qui vise les ok avion du délégué Général ? ( il n'y a pas d'urgence )
                                    le CE
→ act. au budget des CG ( n'en a pas vraiment ) d'ici juillet, axé à voir
   Il avec F. Métais ( Nadal non prévu au budget de la BAM ! )

   travaille sur sa LdM . Le président lui a donné qqe orientations pour
       préparer l'après ouverture du capital
   a une position ouverte(s) par C Gaujacq . rester pourquoi pas . Elle l'a convaincu
   qu'il y avait " beaucoup de travail "    (s)encourage par Pdt, Métais, Lauche
   JLB ok sa position ouverte, attention à la limite des 5 ans d'expatriation et
   à faire valider l'éventuel renforcement du bureau de W ( Nadal + Gaujacq
   par Paris . [ ne pas glisser vers ça tran convenances personnelles de CG
   Sans justification fonctionnelle ]

# EXHIBIT B-T

TRANSLATION

C. Nadal - 02.10.04

Goes to W. to reconnoiter on February 16.
Will go with one child (in 2nd class).

Placement on expatriate scheme in the summer (Sondag)
- concerning the OK [illegible] of the general representative ? (there is no rush).
- currently on the CG budget (the C [?] does not really have one) by July, check <u>with F. Métais</u> (Nadal is not taken into account for the budget of the BAM!).

Working on his assignment description. The president has given him some guidelines to prepare for the period after share listing.

Is open (1) as far as C. Gaujacq is concerned. Stay, why not. She convinced him that there was "lots of work"
(1) encouraged by president, Métais, Laroche JLB ok on open position, watch out for the 5-year expatriation limit and have the possible strengthening of the W. office (Nadal + Gaujacq) <u>approved</u> by Paris.  [don't fall into that out of CG's personal convenience without any business justification].