# EXHIBIT C

**Christian NADAL**  
26/03/2004 16:48

Pour : Francois METAIS/DGEDF/EDFGDF/FR@EDFGDF,  
jlbetouret@edfamericas.com@hub  
Objet : Réf. : (no subject)

Chers François et Jean-Louis,

Je ne veux pas surcharger vos boîtes de courrier avec des copies d'échanges divers. Mais il vous intéressera sans doute de voir sous quelle forme Catherine m'a informé de l'évolution du dossier en envoyant copie à F Ponasso et G Creuzet.
Il demeure cependant quelques imprécisions. Par exemple, lorsqu'elle m'a envoyé son mail elle n'avait pas informé les gens du bureau car ils l'attendaient encore à son retour de Buenos Aires et elle ne les a rejoints que sensiblement plus tard. Par ailleurs, il y a, à cette heure-ci, encore quelques désaccords entre l'avocat et Catherine sur certains éléments de la procédure de demande de visa.
Je pense toutefois que le message est cette fois bien passé, qu'il faut attendre quelques jours que cela se décante en restant vigilant pour éviter tout nouveau dérapage.
En vous remerciant à nouveau.
Amitiés.
C Nadal.
---- Réacheminé par Christian NADAL/DI/EDFGDF/FR le 26/03/2004 16:22 ----

**Christian NADAL**  
26/03/2004 16:22

Pour : EDFINACG@aol.com  
cc :  
Objet : Réf. : (no subject)

Chère Catherine,

En réponse à ton e-mail du 25/03, je te confirme que, comme je te l'indiquais dans mon e-mail du 19 Mars, je compte me rendre à Washington du 12 au 27 Avril prochain.
Cordialement.
C Nadal.
EDFINACG@aol.com



**EDFINACG@aol.com**  
25/03/2004 17:17

Pour : Christian NADAL/DI/EDFGDF/FR@EDFGDF  
cc : fponasso@edfamericas.com, Gerard CREUZET/DGEDF/EDFGDF/FR@EDFGDF  
Objet : (no subject)

Cher Christian,

J'ai annonce a l'equipe ce matin mon erreur sur ta mission et ta nomination comme Delegue General d'EDF aux Etats-Unis. L'avocat prepare le dossier dans ce
sens, il devrait partir a l'immigration demain.

Comme l'avocat te l'avait confirme des la semaine derniere, tu peux venir sur
un waiver program "business" pour une periode inferieure a 90 jours dans l'attente de la reponse de l'immigration americaine. Il te faudra toutefois repartir
en France au moins une fois pour aller chercher ton visa a l'ambassade Americaine des que celui-ci sera obtenu.

Je dois conserver le titre americain de President of EDFINA jusqu'a l'obtention de ton visa et des formalites juridiques et bancaires necessaires pour la
filiale americaine, que nous pourrons regler avec Fernando Ponasso.

Tout "probleme" etant a present resolu pour toi, nous esperons te voir arriver au plus tot a DC, car EDF prepare en ce moment une eventuelle

EDF 000969

rencontre a
Paris avec le DOE en Mai.Il me semble tout a fait approprie que tu reprennes
cette activite au plus tot.

Merci de m'indiquer quand tu comptes arriver , ton bureau etant pret depuis
hier.

Cordialement,
catherine

- C.htm

EDF 000970

# EXHIBIT C-T

*From: EDFlNACG@aol.com*
*Sent: March 25, 2004        5:17 PM*
*To: Christian NADAL/DI/EDFGDF/FR@EDFGDF*
*Cc:Jponasso@edfamericas.com, Gerard CRUZET/DGEDF/EDFGDF/FR@EDFGDF*
*Subject: Re: (no subject)*

Dear Christian,

I told the team this morning about my error on your assignment and your appointment as General Representative of EDF in the US. The lawyer is preparing the file in line with this, it should be sent to the immigration authorities tomorrow.

As confirmed to you by the lawyer last week, you can come to the US under a waiver program "business" for a period inferior of less than 90 days while awaiting an answer from the US immigration authorities. However, you will have to go back to France at least once to get your visa from the US embassy once issued.

I must keep the US title of President of EDFINA until you get your visa and the legal and banking formalities for the US subsidiary are completed, that can be dealt with Fernando Ponasso.

All your "problems" now solved, we hope to see you as soon as possible in DC, since EDF is working on a potential meeting with the DOE in Paris in May. It seems to me that it is appropriate that you take over this activity at the earliest.

Could you please tell me when you expect to arrive, your office is ready since yesterday.

Regards,

Catherine