# EXHIBIT D

Christian NADAL                Pour : Francois METAIS/DGEDF/EDFGDF/FR@EDFGDF
01/04/2004 19:36               cc : jlbetouret@edfamericas.com
                               Objet : Organisation de la succession à Washington

Cher François,

J'ai rencontré brièvement JL Bétouret à Buenos Aires. Il m'a dit avoir entendu parler de demandes de Catherine pour se maintenir aux USA en s'occupant de "questions opérationnelles" et "concernant le nucléaire" si j'ai bien compris.

Je crois pouvoir dire que j'ai tout fait pour ne pas compliquer ce dossier et ne pas lui donner un tour polémique. Mais il est maintenant indispensable, après la mise au point de G Creuzet et du Président, que des décisions précises soient prises et appliquées pour la suite des opérations. Au point où nous en sommes, je tiens à préciser trois points essentiels :

1 - Catherine a créé les conditions qui rendent extrêmement difficiles son maintien sur place ou une collaboration que ce soit avec moi, avec les membres du bureau ou avec différents partenaires auxquels elle a tenu des propos incompatibles avec mon arrivée comme Délégué Général et avec son maintien dans une fonction spécialisée, fût-ce avec un gros effort de conciliation de toutes parts. Elle a largement dépassé le point de non retour avec tout le monde et dans tous les domaines et ceci contre toute raison et sans aucune nécessité. Il ne me semble pas possible qu'elle puisse reconstruire quelque chose dans ce contexte. La seule solution convenable est qu'elle exerce de nouvelles responsabilités dans un domaine différent.

2 - S'agissant des questions nucléaires, j'ai la certitude que le potentiel de Jean Luc Forêt a été sous utilisé au sein du bureau et surtout qu'il est de loin le mieux placé pour traiter au sein de la Délégation des dossiers nucléaires de développement intéressant EDF. En effet, il a été chef du projet EPR au Septen et vient de passer deux ans chez Westinghouse, complètement intégré au sein même du projet AP 1000 comme responsable de la qualité de ce projet. Il y a peu de personnes qui aient une aussi bonne connaissance du potentiel et des conditions de mise en oeuvre des principales technologies actuellement en développement. La dimension exploitant de centrale n'est pas la compétence critique dans ce domaine.
Pour ce qui est de la coopération intéressant les exploitants, le bureau n'a pas besoin de disposer d'un ancien directeur de centrale, ni en son sein ni comme écran avec les services spécialisés concernés, pour assurer ses fonctions au service du groupe dans ce domaine.

3 - En dernier lieu, j'ajouterai que, dans la situation actuelle, au lieu de bénéficier d'un passage de consignes serein et fécond, je ne reçois aucune contribution positive et au contraire, je découvre des pierres accumulées sur mon chemin et sur celui de l'entreprise. Il me semble donc qu'une cessation rapide et complète de l'activité de Catherine est de loin la solution préférable, sachant que l'actuel adjoint du bureau dispose de toutes les délégations et manifeste la loyauté et la compétence nécessaires pour assurer un interim et sachant que je me mettrai au courant dans de meilleures conditions en m'appuyant sur les collaborateurs de la délégation que dans la situation actuelle.
En te remerciant à nouveau, je suis à ta disposition pour toutes démarches nécessaires.

EDF 000978

# EXHIBIT D-T

ᛝ 9 2
2.

Christian NADAL          To:    François METAIS/DGEDF/EDFGDF/FR@EDFGDF
April 1, 2004 6:36 p.m.    Re:    Organization of succession in Washington

Dear François,

I met briefly with JL Bétouret in Buenos Aires. He told me that he had heard of requests from Catherine to stay in the United States to address "operational questions and "nuclear matters" if I understood correctly.

I can say that I did everything not to complicate this file and not to create controversy. But it is now crucial, after updating G Creuzet and the President, that the specific decisions be made and applied for the continuation of operations. At this time, I would like to mention three essential points:

1.    Catherine has created conditions that make it extremely difficult to keep her in place or to arrange any type of collaboration with me, with the members of the office or with different partners in respect of which she made remarks that are incompatible with my arrival as General Manager and her holding specialized function, even with a significant effort of conciliation on all sides. She has largely passed the point of no return with everyone and in all areas and this is against all reason and without any necessity. It does not seem to me possible that she can rebuild anything in this context. The only appropriate solution is for her to exercise new responsibilities in a different area.

2.    Regarding the nuclear questions, I am certain that the potential of Jean Luc Forêt has been under-utilized within the office and that he is above all by far the best suited within the Branch to handle the nuclear development matters of interest to EDF. In fact, he has been head of the EPR project at Septen and has just spent two years at Westinghouse, completely integrated in the AP 1000 project as quality controller. There are few people who have as good knowledge of the potential and of the conditions of use of the main technologies under development. The power station dimension is not a critical competence in this area.

      With regards to the cooperation involving operators, the office does not need the use of a former director of a power station, neither internally nor to interface with the specialized services concerned, to assure its functions to the service of the group in this area.

3.    Finally, I would add that, in the current situation, instead of benefiting from a serene and useful transition, I am getting no positive contribution and to the contrary, facing many obstacles have been placed in my way and in the way of the business. It therefore seems to me that the quick and total termination of Catherine's activity is by far the preferable solution, given that the current office assistant has all the powers and has the loyalty and the necessary competence to ensure an interim period and given that I will get myself up to speed on the current situation as quickly as possible with the support of the associates of the branch. Thank you again, I am at your disposal for all necessary steps.

H:\CLIENTS\EDF-Gaujacq (15639.0071)\Wei\CNadal's Personal Folder\email FMETAIS to CNadal March 13,
2004.doc