# EXHIBIT E

Christian NADAL  Pour : Francois METAIS/DGEDF/EDFGDF/FR@EDFGDF
07/04/2004 18:25  cc : jlbetouret@edfamericas.com
 Objet : Réf. : Réf. : Réf. : Réf. : Organisation de la succession à Washington

Cher François,

Je te remercie, mais je ne crois pas que les problèmes soient définitivement réglés, bien au contraire. Le projet Premium 2015 est l'un des éléments importants de l'activité de la Délégation de Washington au service de la branche energies et de l'entreprise. Il ne me paraît pas acceptable, compte tenu de l'attitude de Catherine et de ses relations avec JL Foret, qu'elle garde ce dossier et dispose en outre de l'autorité de la branche Energies.
Cela reste pour moi un obstacle majeur, c'est l'une des "solutions" que je souhaitais éviter.
Désolé.
A bientôt.
C Nadal.

EDF 000985

# EXHIBIT E-T

*From: Christian NADAL*
*Sent: April 7,, 2004    6:25 PM*
*To: Frangois METAIS/DGEDF/EDFGDF/FR@EDFGDF*
*Cc: jlbetouret@edfamericas.com*
*Subject: Re: Organization of the succession in Washington*

Dear Francois,

Thank you, but I don't think that the problems are definitively resolved, quite the contrary. The Premium 2015 Project is one of the key elements of the activity of the Washington Representation to the sendee of the energy department and the company. It seems to me that it is not acceptable, considering Catherine's behavior and her relationships with JL Forest, that she retain this matter and that in addition she be empowered the Energy department.

This remains for me a major isue, this is one of the "solutions" that I wanted to avoid.

Sorry.

See you soon.

C. Nadal

H:"CUENTS>EDF-Guiijacq( 15639.0071 j"aciirnnd-EDFIMATRAMSLATIOH JOIIB v