# EXHIBIT F



**Francois METAIS**
26/05/2004 12:57

Pour : jlbetouret@edfamericas.com, Jacques BOURON/MISSIONS/SC/DEPT/EDFGDF/FR@EDFGDF
cc :
Objet : C. Nadal

Pour votre information.
Le Président a décidé, en ce qui concerne Catherine GAUJACQ, que si elle décide de rester aux Etats-Unis elle dépendra uniquement de Christian NADAL.

---------------------- Envoyé par Francois METAIS/DGEDF/EDFGDF/FR le 26/05/2004 11:57 ----------------------



Gerard CREUZET
25/05/2004 19:57

Pour :   Igor CZERNY/DGEDF/EDFGDF/FR@EDFGDF
cc :     Francois METAIS/DGEDF/EDFGDF/FR@EDFGDF, fponasso@edfamericas.com
Objet :  Réf. : C. Nadal

Igor,

J'ai eu Catherine au téléphone dans la journée; elle a bien compris qu'elle serait rattachée à Christian Nadal, et elle va rédiger une description de fonctions.

Gérard
Igor CZERNY



**Igor CZERNY**
25/05/2004 19:51

Pour :   Gerard CREUZET/DGEDF/EDFGDF/FR@EDFGDF, Francois METAIS/DGEDF/EDFGDF/FR@EDFGDF, fponasso@edfamericas.com
cc :     Cedric LEWANDOWSKI/DGEDF/EDFGDF/FR@EDFGDF
Objet :  C. Nadal

Le Président a reçu aujourd'hui, mardi 25 mai 2004 Christian Nadal.

1) Christian Nadal s'installera entre le 1er juin et le 1er juillet 2004 à Washington (sa famille le rejoindra le 3 ou le 4 juillet)

2) Christian Nadal, recevra, signée de **F. Ponasso**, avec copie Catherine Gaujacq, la note de service ci-après précisant ses positions:

**Note de service**

- la démission de C.Gaujacq du Board et la nomination de C. Nadal comme Administrateur de EDF INA;
- la nomination de C. Nadal comme Président de EDF INA en remplacement de C.

EDF 001016

Gaujacq ;
- la nomination de F. Ponasso comme Chairman du Board.

C. Gaujacq serait nommée Vice-President de EDF INA avec rattachements opérationnel à C. Nadal.

3) Si Catherine Gaujacq veut rentrer....elle peut le faire.

4) C. Nadal a été dissuadé de toute renégociation.

Je vous remercie de mettre en oeuvre les décisions du Président

Bonne soirée

EDF 001017

# EXHIBIT F-T

10.

*From: François METAIS*
*Sent: May 26, 2004   12:57 PM*
*To: jlbetouret@edfamericas.com, Jacques BOURON/MISSIONS/SC/DEPT/EDFGDF/FR@EDFGDF*
*Cc:*
*Subject: C. Nadal*

T8

For your information.
The President has decided, with regard to Catherine Gaujacq, that if she decides to stay in the US she will report only to Christian Nadal.

---------------------------Send by François METAIS/DGEDF/EDFGDF/FR May 26, 2004, 11.57 AM ---------------------------

*From: Gérard Creuzet*
*Sent: May 25, 2004   7:57 PM*
*To: Igor CZERNY/DGEDF/FR@EDFGDF*
*Cc: François METAIS/DGEDF/EDFGDF/FR, fponasso@edfamericas.com*
*Subject: Re: C. Nadal*

T9

Igor,

I spoke to Catherine over the phone today; she has understood that she would report to Christian Nadal, and she is going to draft a description of her functions.

Gérard
Igor CZERNY

---

*From: Igor CZERNY*
*Sent: MAY 25, 2004   7:51 PM*
*To:   Gérard   CREUZET/DGEDF/EDFGDF/FR@EDFGDF,   François   METAIS /DGEDF/EDFGDF/FR@EDFGDF, fponasso@edfamericas.com*
*Cc: Cedric LEWANDOWSKI/DGEDF/EDFGDF/FR@EDFGDF,*
*Subject: C. Nadal*

T10

The President met with Christian Nadal today, Tuesday May 25, 2004.

1) Christian Nadal will move to Washington between June 1st and July 1st, 2004 (his family will join him on July 3rd or July 4th).

11.

2) Christian Nadal will receive the following internal note specifying his position, executed by F. Ponasso and copied to Catherine Gaujacq:

Internal Note:

- the resignation of C. Gaujacq from the Board and the appointment of C. Nadal as member of the board of EDFINA;
- the appointment of C. Nadal as President of EDF INA to replace C. Gaujacq;
- the appointment of F. Ponasso as Chairman of the Board.

C. Gaujacq would be appointed Vice President of EDF INA with operational reporting to C. Nadal.

3) If Catherine wants to go back... she can do it.

4) C. Nadal has been dissuaded from renegotiating.

Thank you for implementing the President's decisions.

Good evening