# EXHIBIT G



Enter Symbol: [        ] Quote [▼] [Submit] Lookup s

Home    LiveCharts    News    Most Actives    Personal Finance    Por

**PRNewswire**

# Constellation Energy and Electricite de France Sign Memorandum of Understanding Related to U.S. Evolutionary Power Reactor

**1 June 2006, 11:59am ET**

BALTIMORE, June 1 /PRNewswire-FirstCall/ -- Constellation Energy (NYSE:CEG) and Electricite de France (EdF) today announced that the two companies have signed a Memorandum of Understanding (MOU). Specifically, EdF and Constellation Energy's subsidiary, Constellation Generation Group, have agreed to work together toward an agreement allowing EdF to provide assistance to Constellation Energy as part of the development of the U.S. Evolutionary Power Reactor (EPR).

"As the world's leading nuclear operator and developer of the first EPR in France, Electricite de France will facilitate the advancement and promotion of the EPRs as the technology of choice for nuclear fleets around the world," said Michael J. Wallace, executive vice president of Constellation Energy, president of Constellation Generation Group, and co-chief executive officer of UniStar Nuclear. "EdF's extensive technical expertise will also prove invaluable as we design, license, build and operate a fleet of U.S. EPR advanced nuclear power plants in North America."

UniStar Nuclear is a joint enterprise between Baltimore-based Constellation Energy and Bethesda, Md.-based AREVA, Inc., that provides the business framework through which the first fleet of advanced nuclear power plants in America in nearly three decades will be developed and deployed.

The U.S. EPR is a 1,600 megawatt reactor designed for America by AREVA, Inc. It is a standardized, advanced design derived from the EPR nuclear reactor currently being built in Europe.

"With the passage late last year of the Energy Policy Act, the Bush Administration and Congress have helped secure America's energy future," Wallace said. "Their foresight and action continue to pave the way for companies like UniStar Nuclear to help bring about America's newest fleet of nuclear power plants."

The technical assistance agreement that the companies will finalize in the coming weeks is likely to involve the exchange of engineers, documentation and assistance services that strengthen the input and experience base that the global fleet of EPRs brings to UniStar Nuclear in its goal to deploy the U.S. EPR. The agreement also allows for EdF and Constellation Energy to explore further areas in which they might jointly cooperate on new nuclear development opportunities in the United States.

"The EPR is the only generation three plus advanced reactor design actually under construction in the world today," said George Vanderheyden, senior vice president of Constellation Generation Group, and president of UniStar Nuclear. "The insight gained from the construction, startup and operations

| Mentioned | Last | Change |
|---|---|---|
| CEG | 53.25 | ↑0.61 (1.15%) |

EDF4786

experience of the global fleet will translate directly into increased efficiencies and greater certainty for UniStar Nuclear partners leading the resurgence of the U.S. nuclear power industry."

EdF has long been an active participant in assisting with pressurized water reactor development in this country. EdF joined eight other energy companies and Constellation Energy, an early member, in NuStart Energy Development LLC. The consortium was created in 2004 to demonstrate the U.S. Nuclear Regulatory Commission's (NRC) new combined Construction and Operating License (COL) process, and to complete the design engineering of selected reactor technologies. EdF has also worked with the Nuclear Energy Institute, the Electric Power Research Institute and the Institute of Nuclear Power Operations, and participated in the utility reference plant design.

The first EPR, under construction at Olkiluoto, Finland, is scheduled to commence operations by 2009. The second, in Flamanville, France, was approved by EdF in May and is scheduled for completion in 2012.

"This global construction experience provides the strong foundation for a U.S. EPR fleet with real experience in constructing and operating an advanced nuclear power plant," said Vanderheyden. "This invaluable experience will no doubt improve the efficiencies of the U.S. fleet."

Constellation Energy ( http://www.constellation.com ), a FORTUNE 200 company with 2005 revenues of $17.1 billion, is the nation's largest competitive supplier of electricity to large commercial and industrial customers and the nation's largest wholesale power seller. Constellation Energy also manages fuels and energy services on behalf of energy intensive industries and utilities. It owns a diversified fleet of more than 100 generating units located throughout the United States, totaling approximately 12,000 megawatts of generating capacity. The company delivers electricity and natural gas through the Baltimore Gas and Electric Company (BGE), its regulated utility in Central Maryland.

In less than 20 years, the EdF Group has acquired unequalled nuclear electricity generation resources - 58 reactors with generating capacity of 65.7 GW which raises France to the rank of the second largest nuclear electricity power generator in the world, behind the United States. Nuclear power provides over 85 percent of EdF's electricity production and its technological expertise is now a recognized benchmark throughout the world. EdF has a diversified mix of generation capacities of all energy types - fossil fuels (coal, fuel oil and gas) and renewable energy (hydraulic, solar, wind and biomass) - as well as nuclear.

```
SOURCE  Constellation Energy
     -0-                         06/01/2006
    /CONTACT:  Robert Gould, +1-410-234-7433, or Investors: Kevin Hadlock,
+1-410-783-3647, both of Constellation Energy/
    /Company News On-Call:
```

http://www.prnewswire.com/comp/084087.html/

/Web site:

http://www.constellation.com/

(CEG)

```
CO:  Constellation Energy; Electricite de France; UniStar Nuclear; AREVA,
     Inc.; Constellation Generation Group
ST:  Maryland, France, Finland
IN:  UTI OIL
SU:  JVN CON

DP
-- PHTH033 --
8256 06/01/2006 11:59 EDT
```

http://www.prnewswire.com

EDF4787



Paris, June 1st 2006

# EDF to cooperate with the US Constellation Energy for the development of EPR-type nuclear power plants in the USA

EDF signed yesterday a Memorandum of Understanding with the US energy company Constellation Energy. According to this agreement, both companies will work together to define the ways EDF will provide Constellation Energy's subsidiary Constellation Generation Group (CGG) with a package of services sustaining the development of advanced EPR-type nuclear power plants in the USA. EDF and Constellation Energy also have agreed in the MOU to explore further areas of cooperation related to nuclear opportunities in the United States.

The proposed agreement, of which it is expected that all detailed items will be specified and laid down in a contract during the coming weeks, concerns in particular the exchange of engineers, of documentation, and of technical assistance services useful to Constellation Generation Group in the licensing, designing, building and operating processes of EPR-type reactors in the USA.

This signature confirms EDF's interest in the current evolutions of the US nuclear sector. EDF and Constellation are both part of NuStart Energy Development LLC consortium which was created in March 2004 (joining eight US nuclear energy generators and two constructors). The aim of NuStart is to develop nuclear energy in the USA within the coming decade, and specifically to test and improve the licensing and building of new nuclear power plants in the USA.

Pierre Gadonneix, Chairman and CEO of EDF Group, declared : "The agreement signed with Constellation is a further sign of the international recognition of EDF's nuclear expertise."

*The EDF group is leader on the French electricity market and one of the leading players on the European energy market. It is present in all areas of the electricity value chain : generation, transport, distribution, supply and trading of energies. With a total installed capacity of 125 GW, it supplies more than 42 million customers around the world, of which 28 million in France, 37 million in Europe.*

Direction Médias Groupe
22-30, avenue de Wagram
75382 Paris cedex 08
www.edf.fr
EDF SA au capital de 911 085 545 euros – 552 081 317 R.C.S. Paris


eDF

EDF4782



*Constellation Energy Group is one of the main electricity companies and the largest wholesale power seller in the USA. Constellation Energy also manages energy services on behalf of energy intensive industries and utilities. It owns a diversified fleet of more than 100 generating units located throughout the USA, totalling approximately 12,000 megawatts of generating capacity. The group's revenue in 2005 reached 17.1 billion US dollars. In September 2005, Constellation and Areva formed a joint enterprise, Unistar Nuclear, that provides the business framework through which the first fleet of advanced nuclear power plants of EPR-type in America could be developed and deployed.*

Press contact: Stéphanie Lardeau – Tel.: +33 (0)1 40 42 31 59

