# EXHIBIT A

# Le statut national du personnel des industries électriques et gazières

## (mise à jour 20 juin 2005)

### Sommaire

**TITRE I : Champ d'application du statut**

Services et entreprises
Agents statutaires et temporaires

**TITRE II : Dispositions générales concernant le personnel**

Commissions du personnel
Agents statutaires
Agents temporaires
Sanctions disciplinaires
Démission

**TITRE III : Hiérarchisation -avancement-coefficients salaires et traitements**

Classification
Salaire de base et majorations résidentielles
Coefficients hiérarchiques
Avancements d'échelons
Dispositions générales sur les salaires

**TITRE IV : Travail-repos-congés**

Durée du travail et repos hebdomadaire
Heures supplémentaires
Jours fériés
Congés annuels payés
Congés spéciaux d'ordre familial
Congés sans solde
Congés sans solde pour fonctions politiques, syndicales

**TITRE V : Maladies-maternités-accidents du travail-maladies professionnelles**

Prestations en espèces
Prestations en nature
Prestations Invalidité-Vieillesse-Décès
Oeuvres sociales

**TITRE VI : Dispositions diverses**

Avantages familiaux
Avantages à titre militaire
Indemnités - Remboursement de frais - Primes diverses
Femmes des chefs de secteur, etc.
Changement de résidence

**TITRE VII : Représentation et formation du personnel**

statut national du personnel des industries électriques et gazières    http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

Représentation du personnel
Exercice du droit syndical
Comités mixtes à la production
Apprentissage, perfectionnement professionnel
Brevets d'invention

### TITRE VIII : Cas spéciaux

Personnel hors classification
Fonctionnaires en service détaché ou en position hors cadre

### ANNEXE N° 1 - Salaire de base et majorations résidentielles, locales et départementales

### ANNEXE N° 2 – Table des coefficients d'échelle

### ANNEXE N° 3 - Prestations invalidité-vieillesse-décès (*)

Décompte du temps de service
Salaires à considérer pour le décompte des prestations
Prestations pensions d'ancienneté et d'ancienneté proportionnelle
Prestations pensions d'invalidité
Majorations et bonifications
Décès des agents ayant droit aux prestations pension d'ancienneté ou d'ancienneté proportionnelle et des pensionnés
Décès des agents n'ayant pas droit à pension
Paiement des prestations pensions
Participation du personnel (cotisation Invalidité-Vieillesse- Décès)
Sous-commission des prestations pensions
Révocations et départs

### Complément à l'annexe n° 3

Services insalubres
Services actifs
Services sédentaires

**Structure et grille de rémunération**

*Une convention du 7 janvier 1960 et des circulaires d'application ont modifié, à compter du 1er janvier 1960, le système de rémunération fixé par le statut d'origine. Les dispositions de cette convention ont elles-mêmes été remplacées, à dater du 1er juillet 1982, par celles de la convention du 31 mars 1982.*

Grille de rémunération
Convention du 7 janvier 1960 et ses annexes
Convention du 31 mars 1982 et ses annexes

(*) La circulaire T.S 429 (février 947) qui fixe les modalités d'application de la présente annexe est disponible auprès de la Direction de la demande et des marchés énergétiques - Bureau des affaires Sociales et Statutaires - 61 boulevard Vincent Auriol 75703 Paris Cédex 13

 haut

© Ministère de l'Économie, des Finances et de l'Industrie, 24/05/2002

##  TITRE I Champ d'application

(<u>1</u>) Art. 1<sup>er</sup>. (Article résultant des décrets du 4-05-50 et du 24-11-54) - Le présent statut s'applique à l'ensemble du personnel (ouvriers, employés, agents de maîtrise, cadres administratifs et techniques) en situation d'activité ou d'inactivité :

> a) Des services nationaux et des services de distribution créés par les articles 2 et 3 de la loi du 8 avril 1946;

> b) Des entreprises de production et de distribution exclues de la nationalisation;

> c) De la Caisse nationale de l'énergie.

Ces établissements, ainsi que les services régionaux des établissements publics nationaux, sont dénommés dans le présent statut : exploitations, à l'exception du siège social des services nationaux dénommé : service.

Les modalités d'application des mesures prises par les établissements nationaux en exécution dudit statut au personnel de la Caisse nationale de l'énergie seront fixées par des décisions du ministre de l'industrie et du commerce et du ministre des finances, des affaires économiques et du plan.

Un exemplaire de ce statut sera remis à tout agent statutaire dès son admission dans le personnel susvisé.

Art. 2. - Le personnel auquel s'applique le présent statut (ouvriers, employés, agents de maîtrise, cadres administratifs et techniques) est composé d'agents statutaires et d'agents temporaires.

(<u>1</u>) Article modifié par le décret du 17/12/2001

**haut**

© Ministère de l'Économie, des Finances et de l'Industrie, 17/01/2002

# TITRE III Hiérarchisation. - Avancement. - Coefficients salaires et traitements

*Classification (1)*

(1) Art. 8 - La classification du personnel des services et des exploitations est ainsi fixée :

| DEFINITIONS TECHNIQUES | NUMEROS des échelles | DEFINITIONS ADMINISTRATIVES |
|---|---|---|
| Manœuvres | 1 et 2 | Garçons de bureaux, de courses, plantons. |
| Manœuvres spécialisés, aide-ouvriers | 3 et 4 | Employés aux écritures, copistes. |
| Ouvriers ordinaires | 5 et 6 | Employés ordinaires. |
| Ouvriers qualifiés | 7 et 8 | Employés qualifiés. |
| Chefs ouvriers, maîtres ouvriers | 9 et 10 | Employés principaux. |
| Chefs d'équipe d'ouvriers qualifiés | 11 | Chefs de groupe. |
| Contremaîtres ordinaires | 12 | Chefs de groupe principaux. |
| Contremaîtres | 13 | Rédacteurs 2$^e$ catégorie. |
| Contremaîtres principaux | 14 | Rédacteurs 1$^{ere}$ catégorie. |
| Ingénieurs adjoints | 15 | Rédacteurs principaux. |
| Ingénieurs 3$^e$ classe | 16 | Sous-chefs de bureau. |
| Ingénieurs 2$^e$ classe | 17 | Chefs de bureau. |
| Ingénieurs 1$^{ere}$ classe | 18 | Chefs de services et directeurs 3$^e$ échelon. |
| Ingénieurs en chef | 19 | Directeurs 2$^e$ échelon. |
|  | Directeur 1$^{er}$ échelon. |  |
|  | 20 |  |

Les désignations d'emploi, de fonction ou de postes mises ci-dessus, en face des échelles, ont pour but d'indiquer l'ordre d'importance de l'échelle correspondante.

La commission supérieure nationale du personnel répartit dans chaque échelle, les emplois, fonctions, postes effectivement exercés.

Les agents correspondant à ces échelles y sont affectés :

Soit directement au moment de leur admission dans le personnel statutaire, en considération de leurs titres, qualités, compétences ou aptitudes professionnelles, techniques, commerciales ou administratives, après avis :

a) De la commission interrégionale du personnel (2), pour les emplois, fonctions ou postes relevant des échelles 15 à 20 (cadres);

b) De la commission secondaire pour les emplois, fonctions ou postes relevant des échelles 1 à 15 (ouvriers, employés, agents de maîtrise);

Soit à la suite de décision d'avancement d'échelle prise dans les conditions fixées à l'article 11 du présent statut.

Tous les postes, fonctions ou emplois de la présente classification doivent être pourvus par décision officielle comme il est indiqué ci-dessus.

La commission supérieure nationale du personnel a charge de contrôler que les règles relatives à l'admission, à l'affectation et à l'avancement des agents soient respectées ; elle saisit les conseils d'administration des infractions qui seraient commises.

*Salaire ou traitement de base*
*et majorations résidentielles locales et départementales.*

(8) Art.9. - § 1. - Le salaire national de base applicable à l'ensemble des agents soumis au présent statut est fixé par voie d'accord collectif de branche. Cet accord s'impose dès la signature à tous les employeurs dont le personnel relève du présent statut.

§ 2. - A ce salaire national de début (coefficient 100) s'ajoutent des majorations résidentielles locales et départementales fixées en fonction de coefficients dudit salaire national.

Ces majorations se décomposent en deux parties :

a) Une majoration en coefficients variables suivant les localités et départements, basés sur les différenciations de zone, fixées par le ministre du travail en ce qui est des salaires de l'industrie et du commerce.

b) Une majoration exceptionnelle temporaire pour certaines localités ou régions, saisonnières pour d'autres (villes ou régions touristiques, climatiques, etc.).

§ 3. - Les majorations susvisées s'ajoutent aux salaires et traitements dont elles constituent un élément composant ; elles sont prises en considération dans le salaire ou traitement et avec eux pour les cotisations, versements et participations aux prestations de toute nature, fixées au présent statut (article 23, § 4 et 8, article 24, § 2).

§ 4. - Le salaire national de début et les majorations résidentielles locales et

départementales ci-dessus visées font l'objet d'une annexe au présent statut.

Cette annexe a pour titre : Annexe n° 1. - Salaires de base et majorations résidentielles locales et départementales.

*Hiérarchie.*

(3) Art. 10. - A partir du salaire ou traitement de l'échelle n° 1, dite de base, correspondant au coefficient de base 100, les coefficients majorateurs d'échelle dits coefficients d'échelle (hiérarchie) font l'objet de l'annexe 2 du présent statut.

*Avancement d'échelle.*

(4) Art. 11. - Pour les avancements d'échelles, les dispositions suivantes sont applicables :

§ 1er. - Pour les échelles 1 à 15 (ouvriers, employés, agents de maîtrise), le passage d'une des échelles à celle supérieure, dit avancement d'échelle, est décidé par le directeur d'exploitation intéressé après avis de la commission secondaire du personnel.

Tout agent peut de lui-même demander à occuper un emploi, une fonction ou un poste supérieur ; il doit dans ce cas adresser une demande écrite à son directeur d'exploitation ; ce dernier transmettra obligatoirement, pour avis, le dossier de l'intéressé à la commission secondaire d'exploitation.

Aucune autre forme de présentation de candidature à un emploi, à une fonction ou à un poste supérieur ne pourra être admise.

Les commissions secondaires tiendront compte des directives de la commission supérieure nationale pour émettre lesdits avis.

§ 2. - Pour les échelles 15 à 20 (cadres), les directeurs généraux et les directeurs d'établissements publics feront transmettre à la commission supérieure nationale du personnel, le 1er novembre de chaque année au plus tard, les dossiers des agents proposés pour l'avancement d'échelles ou ayant demandé à bénéficier de cet avantage, en indiquant pour chaque échelle et pour chaque spécialité de l'échelle le nombre probable d'emplois à pourvoir au cours de l'année suivante.

Les dossiers seront établis suivant les règles fixées par la commission supérieure nationale.

La commission supérieure nationale établit ainsi le tableau d'avancement national d'échelles. Dans chaque échelle et pour chaque spécialité ce tableau devra comprendre un nombre d'inscriptions égal au double du nombre des emplois à pourvoir dans les services ou les exploitations.

Aucun agent ne pourra bénéficier de l'avancement d'échelles s'il n'est inscrit audit tableau.

Les inscriptions au tableau d'avancement ne sont valables que pour l'année en cours ; ledit tableau est à reconstituer chaque année ; le fait d'avoir été inscrit une année ne détermine en aucune façon l'automatisme d'inscription sur le tableau des années suivantes.

Les tableaux d'avancement sont portés à la connaissance du personnel dès qu'ils sont établis.

§ 3. - 1° Dans le cas où un agent bénéficie d'une promotion à l'échelle immédiatement supérieure, les règles suivantes sont appliquées :

    a) L'ancienneté de l'agent dans son échelon est fixée, à partir de la date de sa promotion, en faisant subir à l'ancienneté qu'avait acquise l'agent dans cet échelon, à la même date, l'abattement indiqué dans le tableau ci-dessous (5):

| ECHELLES avant promotion | ECHELON AVANT PROMOTION D'ECHELLE | | |
|---|---|---|---|
| | **1** | **2** | **3 à 10** |
| 1 à 11 | Ancienneté acquise dans l'échelon 1. | Ancienneté acquise dans l'échelon 2, avec maximum d'abattement d'un an. | 1 an |
| 12 à 20 | Ancienneté acquise dans l'échelon 1. | Ancienneté acquise dans l'échelon 2. | 2 ans. |

    b) Lorsque l'ancienneté acquise par l'agent, dans son échelon, à la date de sa promotion, est d'une durée inférieure à celle correspondant à l'abattement prévu au tableau ci-dessus, l'agent est placé dans l'échelon immédiatement inférieur et acquiert, dans ce dernier échelon, une ancienneté de trois ans (deux ans s'il s'agit de l'échelon 2) diminuée de la différence entre les deux durées considérées.

2° Dans le cas où un agent bénéficie d'une promotion à une échelle autre que l'échelle immédiatement supérieure, les règles fixées aux alinéas a et b ci-dessus sont appliquées comme si l'agent bénéficiait successivement de plusieurs promotions à l'échelle immédiatement supérieure.

3° Lorsqu'un agent classé dans l'échelon 10 de son échelle bénéficie d'une promotion d'échelle, l'application des dispositions qui précèdent se fait en considérant que le temps passé dans l'échelon 10, à prendre en compte pour cette application, ne peut dépasser trois ans.

§ 4. - Règles générales. - Du fait que tous les postes ou emplois doivent être pourvus par décision officielle, les fonctions d'intérim ne peuvent être qu'exceptionnelles et provisoires, et ne présenter qu'un caractère de remplacement momentané et de courte durée.

Les agents appelés à assurer les intérim d'emploi, de fonction ou de poste d'une échelle supérieure à la leur, deviendront prioritaires :

    1°) Pour leur nomination auxdits emplois, fonctions ou postes dès qu'une vacance définitive se produira si lesdits emplois, fonctions ou postes relèvent des échelles 1 à 15 (ouvriers, employés, agents de maitrise);

    2°) Pour leur inscription au tableau d'avancement s'ils n'y sont déjà pour les agents dont les emplois, fonctions ou postes relèvent des échelles 15 à 20 (cadres).

L'agent assurant un intérim bénéficiera automatiquement et intégralement pour la durée du remplacement qu'il effectue, du salaire ou du traitement (échelle et échelon) de l'agent qu'il remplace.

Dès l'intérim terminé, l'agent qui a assuré ledit intérim retrouvera son salaire ou traitement précédent.

### Avancements d'échelons.

(6) Art. 12 - § 1er. - Chaque échelle comporte dix échelons d'ancienneté. A partir du salaire ou traitement de l'échelon n° 1 de chaque échelle, salaire ou traitement correspondant au coefficient figurant, pour cette échelle, au tableau de l'annexe n° 2 du présent statut, les coefficients majorateurs des échelons 2, 3, 4, 5, 6, 7, 8, 9, 10 sont respectivement fixés à 5 p. 100, 10 p. 100, 15 p. 100, 20 p. 100, 25 p. 100, 30 p. 100, 35 p. 100, 40 p. 100, 45 p. 100 dudit salaire ou traitement.

§ 2. - Dans chaque échelle le passage de l'échelon 1 à l'échelon 2 a lieu, de plein droit, à l'expiration d'un délai d'une année de présence dans l'échelon 1, le passage de l'échelon 2 à l'échelon 3 a lieu, de plein droit, à l'expiration d'un délai de deux années de présence dans l'échelon 2 ; le passage de l'un quelconque des échelons 3 à 9 inclus à l'échelon immédiatement supérieur a lieu, de plein droit, à l'expiration d'un délai de trois années de présence dans l'échelon considéré, que les services aient été continus ou non et qu'ils aient été accomplis dans un ou plusieurs services ou exploitations.

§ 3. - Pour récompenser les bons services, l'autorité qualifiée pourra, après avis de la commission interrégionale du personnel, pour les agents des échelles 15 à 20 (cadres), et de la commission secondaire du personnel, pour les agents des échelles 1 à 15 (ouvriers, employés, agents de maîtrise), décider de faire jouer ledit avancement à partir d'une année de présence seulement dans l'échelon ou attribuer une bonification d'ancienneté dans l'échelon au plus égale à deux ans.

§ 4. - Le temps que l'intéressé serait appelé à passer sous les drapeaux au titre de service militaire légal, de périodes d'instruction ou éventuellement de mobilisation, compterait pour les changements d'échelon.

### Résultante générale des coefficients d'échelles et d'échelons.

Art. 13 - Abrogé par décret n° 53-109 du 18 février 1953. (J.O. du 19 février 1953) .

### Dispositions générales salaires-traitements.

Art. 14 - § 1. - Les changements d'échelle et les changements d'échelon ainsi que les modifications de salaire ou traitement pouvant intervenir en cours de mois dans la situation individuelle d'un agent prendront obligatoirement date et effet du 1er dudit mois où les changements et modifications interviendraient.

Chaque changement de situation (classification, avancement, modifications de salaires ou traitements de tous ordres) sera notifié à l'intéressé par formule de service.

§ 2. - Les salaires du personnel féminin sont égaux à ceux des agents masculins de même échelle, donc de même classification et de même échelon, donc de même ancienneté.

§ 3. - Les salaires des agents de moins de 18 ans subissent par rapport au salaire ou traitement de l'échelle à laquelle ils sont rattachés, les réductions suivantes :

De 14 à 16 ans révolus : 30 p. 100.
De 16 à 18 ans révolus : 15 p. 100.

§ 4. - Les agents statutaires ont droit chaque année au payement d'une gratification dite de "fin d'année" d'un montant égal à celui du mois de décembre de l'année considérée.

Cette gratification est soumise aux retenues réglementaires au titre des prestations invalidité-vieillesse-décès.

§ 5. - Comme acompte à valoir sur cette gratification de fin d'année les agents pourront obtenir au moment de leur départ en congé annuel une avance de l'ordre de 50 pour 100 de leur traitement mensuel du moment ; le solde de ladite gratification sera versé le 25 décembre au plus tard de chaque année (7).

§ 6. - Les agents en service dans les territoires d'outre-mer bénéficieront de l'intégralité des indemnités coloniales applicables aux fonctionnaires de l'Etat dans les mêmes territoires.

§ 7. - Les retenues pour absences non payées sont calculées sur la base horaire du salaire ou traitement annuel, cette base étant déterminée en considération du salaire annuel de l'intéressé et du nombre légal d'heures de travail auxquels la catégorie à laquelle il appartient est astreinte.

(1) Article résultant du décret du 20-11-59.
(2) Ces commissions n'étant pas mise en place (Pers. 413 du 1-07-65) leurs attributions restent du ressort de la C.S.N.P.
(3) Article résultant du décret du 18-02-53.
(4) Article résultant des décrets du 4-05-50 et du 18-02-53. Les modifications dans l'application de cet article sont exposées à la suite des annexes.
(5) La position en échelon n'est plus modifiée par les avancements (voir à la suite des annexes).
(6) Article résultant des décrets du 18-02-53 et du 20-11-59. Les modifications dans l'application de cet article sont exposées à la suite des annexes.
(7) 1er acompte (0,5 mensualité) versé fin juin ; 2e acompte (0,4 mensualité) versé fin novembre ; solde (0,1 mensualité) réglé fin décembre (circulaire N. 78-13 du 9-03-78).
(8) Article résultant du décret 2004-1155 du 29 octobre 2004

haut

© Ministère de l'Économie, des Finances et de l'Industrie, DGEMP, modifiée le 20/06/2005

statut national du personnel des industries électriques et gazières            http://www.industrie.gouv.fr/energie/electric/statut/stat8.htm

##  TITRE VIII Cas spéciaux

*Personnel hors classification.*

Art. 36. - Les directeurs généraux, les directeurs de services, les inspecteurs généraux, les directeurs régionaux des services d'équipement, les adjoints aux directeurs des services, les chercheurs du service des études et recherches, sont hors de la classification prévue à l'article 8 du présent statut et, en conséquence, leur rémunération relève uniquement du conseil d'administration du Gaz et de l'Electricité de France.

Ils bénéficient de tous les autres avantages et garanties du présent statut du personnel, sauf dispositions contraires de la loi n° 46-628 du 8 avril 1946 ou du statut des établissements publics nationaux.

*Fonctionnaires en service détaché ou en position hors cadre.*

Art. 37 (Article résultant du décret du 30-09-66) - Les fonctionnaires de l'Etat, des départements ou des communes en service détaché ou en position hors cadre dans un établissement public créé par la loi n° 46-628 du 8 avril 1946 bénéficient des dispositions du présent statut, sous réserve des limitations que leur statut de fonctionnaire imposerait.

Ils peuvent être remis, à toute époque, à la disposition de leur administration d'origine.

Dans ce cas, et pendant une durée d'un an au maximum, leur traitement dans les cadres de l'établissement public leur serait maintenu jusqu'à leur reprise en charge par ladite administration.

*Personnel des entreprises et exploitations exclues de la nationalisation.*

Art. 38 - Abrogé par le décret n° 50-488 du 4 mai 1950. (J.O. du 5 mai 1950).

haut

© Ministère de l'Économie, des Finances et de l'Industrie, 24/10/2000

# EXHIBIT A-T

TRANSLATION

# National status of the electricity and gas industries staff

### (last updated June 20, 2005)

### Summary

## TITRE I: Scope of the Status

Services and entities
Statutory and temporary agents

## TITRE II: general provisions regarding staff

Employees committees
Statutory Agents
Temporary Agents
Disciplinary Sanctions
Resignation

## TITRE III: Hierarchy – Promotion –Salary and benefit coefficients

Classification
Base salary and housing allowances
Seniority coefficients
Grade Promotions
General provisions regarding salaries

## TITRE IV: Work – days off – holidays

Workweek and weekly days off
Overtime
Days off
Annual Paid Leave
Family leave
Unpaid leave
Unpaid leave to exercise political or union functions

## TITRE V: Sickness – maternity – work-related accidents – work-related illnesses

Benefits in cash
Benefits in kind
Invalidity – old age –death benefits
Social welfare work

2.

## TITRE VI: Miscellaneous

Family benefits
Military benefits
Indemnities – reimbursement of costs – miscellaneous bonuses
Spouses of heads of departments, etc.
Change of residence

## TITRE VII: Staff representation and training

Staff representation
Exercise of union rights
Joint-committees
Apprenticeship, professional education
Patents

## TITRE VIII: Special cases

Non-classified staff
Civil servants on secondment or in non-management positions

## EXHIBIT N°1 – Base salary and housing (*locales et départementales*) allowances.

## EXHIBIT N°2 – Table of coefficients by level

## EXHIBIT N°3 – Invalidity – old age – death benefits[*]

Length of employment calculation
Salaries taken into consideration for the benefits deduction
Seniority benefits and proportional seniority benefits
Invalidity benefits
Allowances and bonuses
Death of agents entitled to seniority benefits or proportional seniority benefits and death of pension beneficiaries.
Death of the agents not entitled to pensions
Payment of the pensions benefits
Staff contributions (Invalidity – old-age – life insurance contributions)
Sub-committee of pension benefits
Dismissals and resignations

3.

<u>Supplement to</u> **EXHIBIT N°3**

Unsanitary services
Active services
Non-operating services


**Structure and remuneration grid**

An agreement dated January 7, 1960 and implementing circulars amended, as from January 1, 1960 the remuneration system set out by the original rules. The provisions of this agreement were themselves substituted, as from July 1, 1982, by the provisions of the agreement dated March 31, 1982.

<u>Remuneration Grid</u>
<u>Agreement dated January 7, 1960 and its exhibits</u>
<u>Agreement dated March 31, 1982 and its exhibits</u>


(*) Circular T.S 429 (February 947) which provides for the implementation procedures of the present exhibit is available from the *Direction de la demande et des marchés énergétiques – Bureau des affaires Sociales et Statutaires* – 61, boulevard Vincent Auriol 75703 Paris Cédex 13.

© *Ministère de l'Economie, des Finances et de l'Industrie*, 05/24/2002

4.

## TITRE I: Scope

(1) Art. 1. (Article resulting from decrees dated 05/04/50 and 11/24/54) – The present law applies to all staff (workers, employees, foremen, administrative and technical executives), whether active or non-active:

- a) of the national services and distribution services set out by articles 2 and 3 of the law dated April 8, 1946;

- b) of production and distributions companies excluded from nationalization;

- c) of the national energy fund (*Caisse nationale de l'énergie*).

These establishments, as well as regional branches of national public companies, are designated by the present status as: business units with the exception of the registered offices of these national branches which are designated as: service.

The enforcement procedures of the measures taken by national companies in the light of said law for the national energy fund (*Caisse nationale de l'énergie*) staff will be set forth by decision of the *ministre de l'industrie et du commerce* and of the *ministre des finances, des affaires économiques et du plan.*

A copy of this law shall be given to any employee upon his admission to the above referred to staff.

Art. 2. – The staff to which the present law applies (workers, employees, foremen, administrative and technical executives), is composed of regular and temporary employees.

(1) Article amended by decree dated 12/17/2001.

© *Ministère de l' Economies, des Finances de l'Industrie, 17/01/2002*

WS0501 50006.2

## TITLE III  Hierarchy – Promotion – Salary and Benefit Coefficients

### *Classification (1)*

(1) Art. 8 – classification of the services and branches staff is as follows:

| TECHNICAL DEFINITIONS | LEVEL NUMBERS | ADMINISTRATIVE DEFINITIONS |
|---|---|---|
| Skilled Labor | 1 and 2 | Messengers, runners |
| Specialized Skilled Labor, Assistant Basic Operatives | 3 and 4 | Clerks |
| Basic operatives | 5 and 6 | Basic employees |
| Skilled operatives | 7 and 8 | Skilled employees |
| Superintendent, master-workers | 9 and 11 | Principal employees |
| Heads of skilled-operatives teams | 11 | Team heads |
| Foremen | 12 | Heads of principal groups |
| Skilled foremen | 13 | 2nd category staff members |
| Principal foremen | 14 | 1st category staff members |
| Associate engineers | 15 | Main staff members |
| 3rd class engineers | 16 | Assistant supervisors |

WSO501 50006 2

| 2nd class engineers | 17 | Supervisors |
|---|---|---|
| 1st class engineers | 18 | Heads of services and grade 3 directors |
| Chief engineers | 19 | grade 2 directors |
| | grade 1 director | |
| | 20 | |

Each of the above employment, function and position designations aims at designating the ranking of the corresponding level.

The *commission supérieure nationale du personnel* apportion the employments, functions and positions to each level.

The employees who fit with a given level are assigned thereto:

Either directly, upon their admission as permanent staff on the basis of their titles, professional, technical, commercial or administrative abilities or skills, and upon review by:

a) the *commission interregional du personnel* (2), with respect to the employments, functions and positions of levels 15 to 20 (managers (*Cadres*));

b) the *commission secondaire,* with respect to the employments, functions and positions of levels 1 to 15 (workers, employees, foremen);

Or upon decision of a level advancement adopted in accordance with the conditions laid down in article 11 of the present law.

All these employments, functions and positions must be filled pursuant to an official decision as set forth above.

The *commission supérieure nationale du personnel* supervises the enforcement of the rules pertaining to the admission, assignment and advancement of the employees; the *commission supérieure nationale du personnel* brings before the boards (*conseil d'administration*) any breaches of the rules.

7.

**Salary or base wages and local**
**and** (*local and regional housing*) housing allowances.

(8) Art.9. - §1. – The national base salary applicable to all employees covered by this law, is determined by branch collective bargaining. Once signed, such collective bargaining applies to all employers the staff of which is governed by this law.

§ 2. In addition to the starting national salary (coefficient 100), local and regional housing allowances determined on the basis of said national salary coefficient, are granted.

These allowances have two components:

a) an allowance based on variable coefficients, depending on the location or region (*département*) and based on the zones differentiations set forth by the ministry of employment for trade and industry salaries.

b) an exceptional temporary allowance for certain locations or regions or seasonal in some cases, (tourist cities or regions or weather related)

§3.- The above referred to allowances are in addition to the salaries and the base wages of which they constitute a component; these allowances are taken into consideration in the salary and in the base wage; these allowances are taken into consideration together with the salary and the base wage for the contributions, payments and participations to any kind of benefits set forth by this law (article 23, § 4 and 8, article 24, § 2).

§4.- The above starting national salary and domestic local and regional housing allowances are set forth in an exhibit hereto.

The title of the said exhibit is: Exhibit 1. – Base salaries and local and regional housing allowances.

*Hierarchy*

(3) Art. 10.- The increasing coefficients of levels, the so-called level coefficient (hierarchy), based on the salary and base wage of level 1, also called base level, which corresponds to the base coefficient of 100, are set forth in Exhibit 2 hereto.

8.

## Level Advancement

Art. 11. The following provisions apply to level advancements:

§1.- With respect to levels 1 to 15 (workers, employees, foremen), the promotion from one level to the next higher level, also called level advancement, is decided by the relevant branch director upon review by the *commission secondaire du personnel*.

Each agent may request by written notice his/her branch director to hold a higher level employment, function or position; said branch director shall submit the agent's application to the *commission secondaire d'exploitation*.

No other application procedure for an employment, function or position of a higher level is authorized.

The *commissions secondaires* in their review will take into consideration the instructions of the *commission supérieure nationale*.

§2.- With respect to the levels 15 to 20 (executives), executive directors (*directeurs généraux*) and public entities directors (*directeurs d'établissements publics*) shall submit to the *commission nationale superieure du personnel* by no later than November 1 of each year, the application of the employees whose level advancement is recommended or of those who requested to take advantage of such a benefit, by indicating for each level or for each specialization within such level, the number of positions expected to be filled in the coming year.

The applications shall be completed in accordance with the terms and conditions laid down by the *commission supérieure nationale*.

The *commission supérieure nationale* thus sets forth a national list of level advancements. For each level and specialization, this list shall include a number of applications equal to twice the number of positions to be filled in the services and branches.

No agent will be allowed to take advantage of level advancement, unless he/she is registered on the said list.

Registration on said list of level advancement is valid only for the current year; the list must be redone each year; registration on said list on any given year, does not automatically ensure listing in any later year.

The list of persons marked for promotion is notified to the staff as soon as established.

§3.- 1° In the event an employee benefits from a level advancement to the next level, the following rules apply:

WSO501 50006 2

9.

a)     As from the date of his/her advancement, the seniority of the employee within his/her grade, is determined by applying to the prior seniority of the employee within this grade the following reductions (5):

| LEVEL prior to advancement | GRADE PRIOR TO LEVEL ADVANCEMENT | | |
|---|---|---|---|
| | 1 | 2 | 3 to 10 |
| 1 to 11 | Seniority gained within grade 1. | Seniority gained within grade 2 with a maximum 1-year reduction. | 1 year |
| 12 to 20 | Seniority gained within grade 1. | Seniority gained within grade 2. | 2 years |

b)     When the seniority gained by the agent within his/her grade upon the date of his/her advancement is shorter than the one corresponding to the reduction set forth in the above chart, the employee is placed in the next lower grade. The employee, in this grade, shall be granted three years seniority (two year sseniority, if grade 2) minus the difference between the two periods taken into consideration.

2° In the event an employee is advanced from a level to a level other than the next higher level, the rules set forth in the sub-sections a) and b) above shall apply as if the employee was granted several successive advancements to the next higher level.

3° When the employee classified in grade 10 of his/her level is advanced to the next level, the above provisions shall apply as if the time spent in grade 10 does not exceed three years.

§4.-  General Provisions. – As all positions or employments must be the subject of an official decision, temporary functions may only be exceptional and temporary, and may only be filled on a temporary and short-term basis.

Agents who fill temporary employments, functions or positions in a level higher than their own level, shall have priority for:

1°) their appointment to said employments, functions or positions as soon as there is a permanent opening provided that said employments, functions or positions are within levels 1 to 15 (workers, employees, foremen).

2°) their registration on the list of persons eligible for promotion if not already so listed, the employees in employments, functions and positions eligible within levels 15 to 20 (executives).

Any employee filling a position on a temporary basis, shall be paid automatically and fully during such period the salary or the general wages paid to the employee whose position he/she is filling.

At the end of the temporary period, the employee who filled the position will be reinstated to his previous salary or basic wage.

### Grade advancements

Art.12.- §1. – Each level is composed of 12 grades of seniority. Based on the salary or basic wage of grade 1 in each level, the salary and basic wage which correspond to the coefficient, set forth for this level, by exhibit 2 hereto, the increasing coefficients of the grades 2, 3, 4, 5, 6, 7, 8, 9, 10, are set forth respectively at 5 percent, 10 percent, 15 percent, 20 percent, 25 percent, 30 percent, 35 percent, 40 percent, 45 percent of said salary or basic wage.

§2. – Within each level, the advancement from grade 1 to grade 2 is automatic upon expiration of one year within grade 1; the advancement from grade 2 to grade 3 is automatic upon expiration of a two years within grade 2; the advancement from any of the grades 3 to 9 (inclusive) to the next higher grade is automatic upon expiration of three years within the relevant grade, whether the services were rendered continuously or not and whether they were rendered within one or several departments or branches.

§3. – In order to reward good service, the competent authority may, upon review by *the commission interrégionale du personnel* for employees in levels 15 to 20 (executives), and upon review by the *commission secondaire du personnel* for the employees in levels 1 to 15 (workers, employees, foremen), decide to advance the employee after only one year within the grade or to grant a seniority bonus within the grade but not more than two years.

§4. – Any time spent by the relevant person to fulfill his legal military service, in training or if drafted will be taken into consideration for the grade advancements.

### General consequence of the scales and grades coefficients

Art. 13. – Repealed by decree n°53-109 dated February 18, 1953 (*Journal Officiel (J.O.)* dated February 19, 1953).

11.

*General provisions regarding salaries and wages*

Art. 14 §1. – Any advancement from one level or grade to another, as well as any changes to salary or wages which may occur in the course of the month for any employee will be effective on the first day of the given month on which such advancement or modification will take effect.

Each change (classification, advancement, salary or wage modifications) shall be notified to the relevant person by the relevant service.

§2. Salaries for female staff shall be equal to those of male staff within the same level, i.e. of the same classification and grade, and according to the same seniority.

§3. Salaries of employees under the age 18 shall be the salary or basic wage of their grade, minus:

From age 14 to 16 included:  30 percent
From age 16 to 18 included:  15 percent

§4. The statutory employees are entitled each year to a year-end bonus in an amount equal to the amount paid on December of the given year.

This bonus is subject to statutory withholding of invalidity, old-age and death benefits.

§5. As an advance for the year-end bonus, the employees shall be granted upon their departure on annual leave, a down payment of fifty percent of their current monthly wage; the balance of the bonus shall be paid by December 25 of each year (7).

§6. Employees located in the *territoires d'oure-mer* shall be entitled to all of the colonial indemnities applicable to the state civil servants in such *territoires d'oure-mer*.

§7. Withholding for unpaid absences shall be calculated on the basis of the hourly annual salary of the relevant employee and on the basis of the legal workweek hours applicable to said employee.

(1) Article resulting from decree dated 11/20/59
(2) These committees having not been set up (Pers. 413 dated 1-07-65), their functions are within the competences of the *commission supérieure nationale du personnel*.
(3) Article resulting from decree dated 02/18/1953.
(4) Article resulting from decrees dated 05/04/50 and 02/18/53. Amendments with respect to the enforcement of this article are set forth after the exhibits.
(5) The position within a grade is no longer affected by the advancements (See after the exhibits).
(6) Article resulting from decrees dated 02/18/53 and 11/18/59. Amendments with respect to the enforcement of this article are set forth after the exhibits.
(7) 1st advance (0.5 monthly installment) paid end of June; 2nd advance (0.4 monthly installment) paid end of November; balance (0.1 monthly installment) paid end of December (Circular N.78/13 dated 03/9/78).

12.

(8) Article resulting from the decree 2004-1155 dated 10/29/2004.

© *Ministère de l' Economie, des Finances de l'Industrie, Direction Générale de l'Energie et des Matières Premières,* as amended on *06/20/2005.*

## TITRE VIII  Special Cases

### *Non classified staff*

Art. 36. – Executive directors (*directeurs généraux*), services directors, general inspectors (*inspecteurs généraux*), regional equipment services directors, assistants services directors, research and development researchers are not part of the classification set forth in article 8 hereof and, as a result their remuneration is determined solely by the board of directors (*Conseil d'administration*) of Gaz et Electricité de France.

They are entitled to all other benefits and warranties provided by this law, unless otherwise stated by the law n°46-628 dated April 8, 1946 or by the national public companies rules.

### *Civil servants on secondment or in separate service*

Art. 37. – (Article resulting from the decree dated 09/30/66) State, regions (*départements*) or local civil servants on secondment *(Fonctionnaires en service détaché) or* in separate service *(fonctionnaires en position hors cadre),* are governed by the provisions hereof unless otherwise subject to the limitations resulting from their status as civil servants.

They may at any time be reinstated to their original administration.

In this case and, for a period not in excess of one year, they shall be entitled to the wages applicable to public companies until taken over by said administration.

### *Staff of entities and branches excluded from nationalization*

Art. 38 - Repealed by decree n°50-488 dated May 4, 1950 (*Journal Officiel* dated May 1950).

*Ministère de l' Economie, des Finances de l'Industrie, 10/24/2000.*