# EXHIBIT B



# La politique de rémunération des cadres dirigeants



CONFIDENTIAL

EDF 004447

**1.** Les principes _____ p. 2

**2.** Les niveaux de responsabilités et les rôles _____ p. 4

**3.** Le volet contribution / salaire _____ p. 6

**4.** Le volet performance / bonus _____ p. 10

**5.** Les périphériques de rémunération _____ p. 12

**6.** Le rôle des acteurs dans le dispositif de rémunération _____ p. 13

*Mars 2003*

© EDF 2003  Reproduction interdite

CONFIDENTIAL

EDF 004448

 ette plaquette présente les orientations et les modalités de mise en œuvre de la politique de rémunération des cadres dirigeants. Elle doit constituer un document de référence pour chacun, notamment au moment des entretiens individuels annuels.

Dans le cadre de la politique de gestion des cadres dirigeants, décidée en juin 1999, et de notre volonté que leurs salaires intègrent mieux le niveau réel des responsabilités confiées, trois orientations majeures relatives à la rémunération ont été retenues :

• **Renforcer l'équité** : en fixant les principes qui permettent de donner à chaque dirigeant un salaire cohérent avec ses responsabilités d'une part, et avec sa contribution personnelle d'autre part.

• **Accroître la lisibilité** : en recentrant chaque composante de la rémunération, monétaire ou non, sur sa logique propre, connue et partagée par tous, et en valorisant l'ensemble de ces composantes pour donner à chaque dirigeant une vision globale de sa rémunération.

• **Impliquer le management** : en individualisant la gestion des rémunérations et en décentralisant les décisions vers les hiérarchiques, qui assument une responsabilité managériale renforcée dans le cadre des entretiens individuels annuels.

Ces orientations ont été progressivement mises en œuvre. Aujourd'hui, notre système a atteint une certaine stabilité par rapport à l'objectif que nous nous étions fixé.

La politique en place n'est pas figée et nous restons attentifs à son impact sur la ligne managériale et sur les cadres dirigeants eux-mêmes.

Les progrès et adaptations se poursuivront avec le souci permanent que la rémunération soit un outil de compétitivité et de mobilisation au service du développement du Groupe.

**François Roussely**

CONFIDENTIAL

© EDF 2003 Reproduction interdite

EDF 004449



# Les principes : responsabilités, marché, individualis;

✔ **Valoriser les responsabilités exercées par le dirigeant dans son poste**

Les **postes** de dirigeants sont regroupés en **4 niveaux de responsabilités :** R1, R2, R3, et R4.

À chacun de ces niveaux est associée une plage salariale d'une amplitude de l'ordre de 30 %.

Le **salaire** du dirigeant (partie fixe de sa rémunération globale) est déterminé en fonction :
- du niveau des responsabilités de son poste,
- du degré de maîtrise de ces responsabilités, lequel évolue d'une part au fil des postes successifs occupés dans le même niveau, et d'autre part au sein de chacun de ces postes (c'est ce que l'on dénomme contribution individuelle).

*Un **bonus** (partie variable et réversible de sa rémunération globale), calculé en % du salaire, est versé au dirigeant en fonction des résultats du Groupe et de sa performance individuelle.*

✔ **Pour chaque niveau, être en phase avec le marché**

Afin d'ajuster les rémunérations des dirigeants aux tendances du marché, une étude externe est réalisée chaque année sur les différentes composantes de la rémunération.

Cette étude sert de base pour trouver la meilleure adéquation entre recherche de compétitivité des rémunérations et spécificités du Groupe afin de fixer pour chaque niveau de responsabilités :
- le salaire moyen,
- la distribution souhaitable autour de ce salaire moyen,
- le niveau de bonus en % du salaire moyen,
- les caractéristiques des périphériques de rémunération.



© EDF 2003. Reproduction interdite

CONFIDENTIAL

ion (contribution individuelle et performance)

✔ **Individualiser les rémunérations en s'appuyant
sur les entretiens annuels**

Le volet « Rémunération » des entretiens individuels annuels [1] permet d'analyser et
d'évaluer (pour les rétribuer) :

- **La performance individuelle**, évaluation des résultats annuels par rapport aux
objectifs fixés (bonus),
- **La contribution individuelle**, degré de maîtrise des responsabilités confiées,
constituant la contribution du dirigeant au développement du Groupe dans la
durée (salaire et augmentation individuelle éventuelle du salaire).

**Pour les cadres dirigeants,
il n'y a pas d'augmentation
collective des salaires.**



Ces entretiens permettent d'aborder également le projet professionnel et le développement personnel

© EDF 2003, Reproduction interdite

CONFIDENTIAL



## Les niveaux de responsabilités et les rôles

### ✔ Une classification en 4 niveaux de responsabilités

La classification des postes de dirigeants repose sur une méthode d'évaluation principalement basée sur :

- le niveau de participation des postes au pilotage des grandeurs financières du Groupe,
- le niveau d'autonomie, de délégation,
- les enjeux des postes influençant le devenir du Groupe.

Elle conduit au positionnement de chaque poste dans l'un des **4 niveaux** suivants :

- **R1** (exemple : Directeur de Branche)
- **R2** (exemple : N°2 d'une Division ou Direction importante)
- **R3** (exemple : Directeur d'une unité opérationnelle)
- **R4** (exemple : Directeur adjoint d'une unité opérationnelle)

D'autres exemples pourraient être trouvés dans les filiales, les filières, les projets ou l'expertise.

Un dirigeant pourra occuper successivement 2 postes, voire 3, au sein d'un même niveau de responsabilités.

Ainsi :

- le fait de quitter un poste d'un niveau de responsabilités « N » n'implique pas la nécessité d'accéder à un poste d'un niveau de responsabilités supérieur,
- tous les titulaires de postes de même niveau n'ont pas forcément le même salaire : en effet, celui-ci va varier en fonction de la phase de contribution individuelle atteinte, et également du nombre de postes occupés dans le même niveau.

**Un dirigeant pourra occuper successivement 2 postes, voire 3, au sein d'un même niveau de responsabilités.**

© EDF 2003 Reproduction interdite



CONFIDENTIAL

EDF 004452

### ✔ Des rôles différenciés de dirigeant

Au-delà de son niveau de responsabilités, chaque poste peut être également positionné en fonction de **son rôle dans l'organisation**.

L'identification de ce rôle permet de mieux apprécier la contribution individuelle du dirigeant.

- **Le manager de société** est un chef d'entreprise (ou un membre de directoire) chargé d'un business, le plus souvent dans un contexte concurrentiel.

- **Le manager de structure** est en charge d'une mission opérationnelle pérenne, centrée sur un métier, nécessitant la mise en œuvre de ressources importantes.

- **Le pilote de filière transverse** est garant de l'excellence, l'efficience et la cohérence d'un domaine transverse en animant un réseau de responsables de ce domaine.

- **Le manager de projet(s)** est en charge de missions limitées dans le temps devant respecter des impératifs de délais, de coûts et de production quantitative et qualitative.

- **Le responsable d'équipe d'experts** constitue, maintient, anime et met à disposition une compétence collective correspondant aux besoins de l'entreprise.

- **Le conseil/expert** réalise des diagnostics et propose des recommandations apportant aux entreprises une forte valeur ajoutée dans un domaine stratégique.



© EDF 2003  Reproduction interdite

CONFIDENTIAL

EDF 004453



## Le volet contribution / salaire ————————

La contribution individuelle d'un dirigeant traduit son degré de maîtrise des responsabilités qui correspondent au niveau de son poste ; elle reflète sa valeur ajoutée dans l'exercice de ses missions.

Le rôle tenu (position dans l'organisation) explicite la nature de la contribution individuelle, facilite et guide son évaluation.

### ✔ La reconnaissance de la contribution individuelle

La contribution individuelle est évaluée chaque année par la hiérarchie et détermine l'évolution éventuelle du salaire.

L'évaluation de la contribution et son impact sur l'évolution salariale permettent de mobiliser les dirigeants du Groupe sur :
- les missions de leur poste *(généralement concrétisées par des lettres de missions ou des documents organisationnels),*
- les axes majeurs de développement du Groupe *(esprit client, accompagnement de la construction du Groupe, rentabilité/productivité, esprit entrepreneurial et gestion des risques, création de valeur économique).*

**Elle ne correspond pas
à l'estimation d'un potentiel
ou à la reconnaissance d'une
performance conjoncturelle, mais
se construit sur plusieurs années
en produisant des effets en
profondeur dans la durée.**

© EDF 2003. Reproduction interdite

CONFIDENTIAL

EDF 004454

### ✔ Une progression dans le temps plus ou moins rapide sur quatre phases

La contribution individuelle du dirigeant dans un même niveau de responsabilités se construit progressivement, au fil des postes occupés au sein de ce niveau, par le passage dans une ou deux phases de contribution, voire trois (exceptionnellement quatre) :

- dans la phase « Met en œuvre », le dirigeant assure sa mission et élabore une stratégie de progrès,
- dans la phase « Domine », il optimise son organisation et obtient des résultats de haut niveau dans la durée,
- dans la phase « Dépasse », ses innovations réussies influencent notoirement son environnement,
- quand le dirigeant « Fait référence », son action impacte le Groupe, il est reconnu en dehors du Groupe.

**Quatre phases de contribution**
au sein de chaque niveau de responsabilité

| Phases | Met en œuvre | Domine | Dépasse | Fait référence |
|---|---|---|---|---|
| Durée indicative [1] | 2 à 3 ans | 4 à 6 ans | 2 à 3 ans | |
| Degré de maîtrise des responsabilités des postes tenus | Appropriation et construction de la mission | Pleine maîtrise de la mission et optimisation des résultats | Influence au-delà du périmètre de la mission | Niveau exceptionnel |

La phase « Domine » correspond à la référence « Marché ». Elle implique :
- une maîtrise avérée des différentes composantes du poste,
- une légitimité acquise au sein d'un réseau, au travers de réalisations construites dans la durée et d'une permanence de la qualité des résultats,
- un apport significatif aux axes majeurs de développement du Groupe.

[1] Les fourchettes indiquées sont indicatives et ne constituent pas une norme. Par définition, les durées de passage dans chaque phase sont nécessairement individualisées.

 © EDF 2003. Reproduction interdite.

 CONFIDENTIAL

EDF 004455

### ✔ Les principes de l'évolution salariale

La structure salariale adoptée a été conçue pour s'adapter à différents impératifs :

- d'une part, les amplitudes des plages de salaire (de l'ordre de 30 %) attachées à chaque niveau de responsabilités permettent de reconnaître significativement l'évolution de contribution d'un dirigeant au sein de ce niveau, y compris sur une période couvrant plusieurs postes successifs,

- d'autre part, le décalage des plages permet d'accompagner une progression rapide entre deux niveaux de responsabilités par une augmentation forte du salaire. En effet, dans ce cas, les dirigeants promus en niveau « N+1 » seront issus le plus souvent de la phase de contribution « Domine » du niveau précédent.

**Le changement de poste, au sein d'un même niveau de responsabilités, n'entraîne pas de rupture dans la progression de la contribution. Celle-ci continue d'évoluer en lien étroit avec les évaluations réalisées annuellement.**



© EDF 2003 Reproduction interdite

CONFIDENTIAL

EDF 004456

## Le volet contribution / salaire

### ✔ La proposition d'augmentation de salaire



La décision en matière d'évolution du salaire individuel est le résultat d'un arbitrage entre différentes contraintes. De ce fait, il ne peut y avoir de liaison rigide entre phase de contribution et niveau de salaire.

*L'une de ces contraintes est la maîtrise de la masse salariale qui va déterminer l'enveloppe disponible pour les augmentations individuelles de salaire.*

### ✔ Le cadrage de la masse salariale

La maîtrise de la masse salariale est rendue possible grâce au respect collectif d'une répartition repère indicative des effectifs dans les différentes phases de contribution : 25 % en « Met en œuvre », 50 % en « Domine », 20 % en « Dépasse », 5 % en « Fait référence ».

Ce cadrage permet en effet, pour un niveau donné, d'aider le management à maintenir :

- le potentiel d'évolution des salaires : les départs (salaires élevés) et les arrivées (salaires plancher), tout au long de l'année, induisent une diminution de la masse salariale ce qui génère des possibilités de hausse pour l'année suivante *(dans le cas extrême où tous les salaires seraient calés sur le milieu de la plage « domine », les départs et arrivées n'engendreraient aucune modification de la masse salariale et donc aucun « grain à moudre »).*

- une distribution des salaires cohérente avec celles observées à l'externe *(les comparaisons avec le marché montrent des répartitions similaires qui admettent la valeur référence « Domine » comme moyenne).*

La répartition repère indicative est parfaitement compatible avec une individualisation fine des rémunérations.

Elle n'a de sens cependant que sur des ensembles suffisamment importants en effectifs (Direction ou Branche).



© EDF 2003 Reproduction interdite

CONFIDENTIAL

EDF 004457



# Le volet performance / bonus

## ✔ La reconnaissance de la performance individuelle

Le bonus (part variable de la rémunération globale) permet de reconnaître des résultats, constatés en fin d'année, et comparés avec des objectifs contractualisés en début d'année.

## ✔ La prise en compte de la performance de l'entreprise

Un pourcentage standard est fixé chaque année comme référence pour chaque niveau de responsabilités.

Une partie plus ou moins importante du bonus est déterminée par les résultats du Groupe (et/ou de la Branche et/ou de la Division et/ou de l'Unité).

Le bonus est donc solidaire des résultats du Groupe.

## ✔ Une détermination lisible et mobilisatrice du bonus

L'efficacité du bonus dépend de sa lisibilité :
- L'atteinte complète des objectifs fixés en amont déclenche le versement d'un bonus standard, affiché dès le départ, calculé en % du salaire.
- Le dépassement des objectifs peut entraîner le versement d'un bonus allant jusqu'à 120 % du standard.
- Des résultats inférieurs entraînent une diminution du bonus plus que proportionnelle à celle des résultats.

**Dans tous les cas, le bonus est une donnée variable et réversible d'une année sur l'autre.**

© EDF 2003. Reproduction interdite


CONFIDENTIAL

EDF 004458

### ✔ La pertinence des objectifs

La qualité d'une démarche « performance » ne dépend pas du nombre d'objectifs, mais de la pertinence de chacun d'entre eux, des moyens d'actions que l'évalué peut mettre en œuvre pour les atteindre et de leur mesurabilité *(mieux vaut un seul objectif concrétisant un enjeu du poste fort et lisible que six objectifs insuffisamment définis).*

### ✔ L'adaptation aux changements

Les évolutions rapides des organisations et les efforts d'adaptabilité qui en découlent doivent bien évidemment être pris en compte lors de l'analyse des résultats.

Dans certains cas, l'importance des changements peut entraîner un réajustement – voire une révision – des objectifs en cours d'année, qu'il appartient aux acteurs concernés *(le dirigeant avec sa hiérarchie)* de réaliser sans attendre l'évaluation finale.



© EDF 2003  Reproduction interdite.

CONFIDENTIAL



# Les périphériques de rémunération

Les rémunérations monétaires, salaire et bonus, présentées dans les pages précédentes, s'inscrivent dans une logique de rémunération globale qui vise également d'autres finalités que la rétribution des responsabilités, de la contribution individuelle et de la performance.

En effet, la prise en compte des caractéristiques de la fonction, l'accompagnement de la mobilité, la volonté du Groupe de fidéliser ses dirigeants, etc. nécessitent la mise en œuvre d'éléments complémentaires, monétaires ou non, immédiats ou différés.

Trois de ces composantes sont présentées ci-dessous.

### > Aide à la mobilité géographique
Des aides sont accordées aux dirigeants lors de mutations exigeant un changement de domicile, en fonction des zones géographiques et du nombre de mobilités vécues.

Quel que soit leur montant, ces aides sont dégressives dans le temps en l'absence de nouvelle mobilité.

### > Véhicule de fonction
Les dirigeants des niveaux R1, R2 et R3 bénéficient de l'attribution d'un véhicule de fonction (système de location longue durée) dans le cadre de barèmes déterminés.

Les dirigeants du niveau R4, sous réserve de l'accord de leur hiérarchie, perçoivent une indemnité mensuelle de mise à disposition de leur véhicule personnel. Seuls les kilomètres réellement effectués pour l'entreprise (hors trajet domicile-lieu de travail) sont remboursés.

### > Assurance décès
À partir du niveau R3, les dirigeants bénéficient systématiquement d'une assurance décès souscrite par le Groupe (elle constitue un avantage en nature fiscalisable).

© EDF 2003 · Reproduction interdite

CONFIDENTIAL

EDF 004460



# Le rôle des acteurs
## dans le dispositif de rémunération

| Acteurs | Rôle |
|---|---|
| **Dirigeant évalué** | • Réalise l'auto-évaluation des résultats de l'année N et de sa contribution à l'entreprise dans la réalisation de sa mission.<br>• Contribue à construire de nouveaux objectifs pour l'année N (ou des réadaptations en cours d'année). |
| **Hiérarchie** | • Élabore les objectifs individuels en liaison avec son collaborateur et en accord avec les priorités de l'entreprise.<br>• Évalue la performance de son collaborateur en fonction des objectifs fixés et propose un montant de bonus.<br>• Évalue la contribution individuelle de son collaborateur, met en évidence les axes de progrès et en déduit une proposition éventuelle d'augmentation de son salaire. |
| **Gestionnaire de carrière** | En matière de rémunération :<br>• Informe les dirigeants et leur hiérarchie des orientations politiques et des modalités pratiques, et pilote le processus pour le compte des directeurs des branches ou entités.<br>• Conseille la hiérarchie dans son évaluation et veille au respect des règles communes.<br>• Assure un lien entre la Délégation aux cadres dirigeants et le management des branches ou entités. |
| **Délégation aux cadres dirigeants** | • Élabore et actualise la politique de rémunération.<br>• Mène chaque année des études sur les rémunérations du marché et recherche le meilleur ajustement avec les spécificités du Groupe.<br>• Fixe pour chaque niveau de responsabilités les normes de rémunération pour l'année.<br>• Contrôle le bon fonctionnement des processus et apporte les améliorations souhaitées.<br>• S'assure du respect des grands principes et des enveloppes en alertant si nécessaire. |

© EDF 2003  Reproduction interdite

CONFIDENTIAL

EDF 004461





Electricité de France
Délégation aux cadres dirigeants
22-30, avenue de Wagram
75382 PARIS CEDEX 08

© EDF 2003  Reproduction interdite – Réalisation *implica*

CONFIDENTIAL

# EXHIBIT B-T

Translation

7292

# EXECUTIVES COMPENSATION POLICY
## Electricité de France

Translation

1.  Principles                                        p.2
2.  Levels of responsibility and positions            p.4
3.  Contribution/compensation aspects                 p.6
4.  Performance/bonus aspects                         p.10
5.  Fringe Benefits                                   p.12
6.  Mission of players in the compensation system     p.13

March 2003

This brochure presents the directions and the implementation terms of the executive compensation policy and should be considered as a background document for annual personal reviews.

Within the frame-work of the executive management policy decided in June 1999, as well as of our intent to match better the executives' salaries with the actual levels of responsibilities entrusted to them, three main goals for compensation have been selected:

- **Enhancing equity**: by setting principles that enable each executive to receive a salary consistent with his/her responsibilities on the one hand and with his/her personal contribution on the other hand.
- **Increasing understanding**: by focusing each compensation component -whether financial or not- on its own logic, known and shared by everyone and by giving a value to the whole of these components to provide each executive with a global vision of his/her compensation.
- **Involving management**: by personalizing the compensation management and decentralizing decisions down to the various levels of management, who take on a greater level of managerial responsibility with respect to annual personal reviews.

These goals have been gradually implemented. Today, our system has reached a relative stability with respect to the goals we had set.

The current policy is not set in stone and we keep paying attention to its impact on management and the executives themselves.

Further progress and modifications will continue with the constant view of having compensation be a tool for competitiveness and mobilization in support of the Group's development.


Francois Roussely

4.

# 1. PRINCIPLES: RESPONSIBILITY, MARKET, PERSONALIZATION

✓ **Rewarding the responsibilities carried out by the executive in his/her position** .

The executive **positions** are grouped in 4 levels of responsibilities: R1, R2, R3 and R4.

To each of these levels corresponds a salary range which can vary to up to 30 %.

The executive's **salary** (fixed part of his/her overall compensation) is determined in accordance to:
- ○ the level of responsibility of the position,
- ○ the degree of expertise in his/her responsibilities, which evolves on the one hand with the positions successively held within the same level and on the other hand within each of these positions (the so-called individual contribution).

A **bonus** (the variable and reversible part his/her overall compensation), computed as a percentage of the salary, is paid in accordance with the Group's performance and the individual performance.

✓ **For each level, being consistent with the market**

In order to adjust the executives' compensations with market trends, an external survey is conducted every year on the various components of compensation.

This survey is used as a basis to find the best balance between the search for competitiveness in compensation and the specificities of the Group, in order to set up for each level of responsibilities:

- the average salary,
- the best allocation above and below such average salary,
- the level of bonus as a percentage of the average salary,
- the characteristics of fringe benefits.

CONFIDENTIAL
H:\CLIENTS\EDF-Gaujacq (15639.0071)\Joanna\EXECUTIVES COMPENSATION POLICY.doc

5.

(INDIVIDUALIZATION AND PERFORMANCE)

✓ Personalizing compensation based on annual reviews

The "compensation" component of the annual personal reviews[1] enables analysis and evaluation (to compensate them for):

- **The individual performance,** evaluation of annual results with respect to the set goals (bonus),
- **The individual contribution,** degree of command over the duties entrusted, representing the executive's contribution to the development of the Group over the time (salary and individual salary increase opportunities).

**For executives,**
**there is no general increase**
**of salaries**

---

[1] The purpose of these appraisals is also to address the career paths and personal development.

CONFIDENTIAL
H:\CLIENTS\EDF-Gaujacq (15039.0071)\Joanne\EXECUTIVES COMPENSATION POLICY.doc

6.

## 2. LEVELS OF RESPONSABILITY AND POSITIONS

### ✓ A classification in four levels of responsibilities

The classification of the executive's positions is built on an evaluation method which is mainly based on:

- the level of participation of the positions in achieving the financial figures of the Group,
- the level of autonomy, of delegation,
- the importance of the position, influencing the Group's future.

This classification leads to structuring each position in one of the following **four levels**:
- **R1** (for example: Director of a Branch)
- **R2** (for example: N°2 of a Division or of an important Direction)
- **R3** (for example: Director of an operational unit)
- **R4** (for example: Assistant to the Director of an operational unit)

Other examples could be found in subsidiaries, groups, projects or expertise.

An executive can hold in sequence 2 or even 3 positions within the same level of responsibilities,

Thus:

- Leaving a position corresponding to a level "N" of responsibility does not necessarily signify attaining to a position at a higher level of responsibility,
- Executives who hold positions at the same level do not necessarily receive the same compensation, which will vary according to the level of individual contribution achieved and also according to the number of positions held within the same level.

## An executive can hold successively 2 or even 3 positions within the same level of responsibility

7.

✓   **Differentiated roles for executives**

Beyond its level of responsibility, each position may also be determined according to its **role in the organization**.

The identification of this role enables better appreciation of the individual contribution of each executive.

- **The company manager** is head of the company (or a board member) in charge of a business, most of the time in a competitive context.
- **The structure manager** is in charge of a long-term operational mission, focused on one job, requiring significant resources.
- **The manager steering a transverse subsidiary** vouches for the excellency, the efficiency and coherence of a transverse domain by directing a network of managers in this area.
- **The project(s) manager** is in charge of temporary missions, and has to deal with requirements in terms of time-frames, costs and quantitative and qualitative output.
- **The head of the team of experts** constitutes, maintains, directs and offers a collective competence meeting the needs of the company.
- **The advisor/expert,** conducts diagnostics and suggests recommendations that bring a strong added value in a strategic field.

## 3. CONTRIBUTION/SALARY ASPECTS

The executive's individual contribution corresponds to his/her degree of competence over the responsibility corresponding to the level of the position; it reflects the added value in the exercise of his/her mission.

The position held (position in the organization) clarifies the nature of the individual contribution, facilitates and guides his/her evaluation.

✓  **Recognizing the individual contribution**

The individual contribution is evaluated each year by his or her superiors and determines the salary's growth potential.

The evaluation of the contribution and its impact on the salary's growth enable the executives of the Group to focus on:

- the job description (usually defined in the engagement letters or by organizational documents),
- the major axis of the Group's development (client-oriented focus, Group development, profitability/productivity, entrepreneurial spirit and risk management, creation of economic value added).

**It does not correspond to
the assessment of potential
or the recognition of a one-time performance,
but is built over time by producing deep long-term effects.**

CONFIDENTIAL
H:\CLIENTS\EDF-Gaujacq (15639.0071)\Joanna\EXECUTIVES COMPENSATION POLICY.doc

9.

✓ **A varying development over time in four stages**

The executive's individual contribution within the same level of responsibility is built gradually, over the course of the positions occupied within such level, through one or two or even three stages (exceptionally four):

- at the "Implementation" stage, the executive achieves his/her mission and builts a development strategy,
- at the "Dominates" stage, he improves his/her organization and attains sustainable high level results.
- at the "Excels" stage, his/her successful innovations have a noticeable impact on his/her environment.
- when the executive is "Is a Reference", his/her actions produce impact on the Group and he/she gains credit outside the Group.

Four Stages of Contribution
(within each level of responsibility)

| Stages | Implements | Dominates | Excels | Is a Reference |
|---|---|---|---|---|
| Suggested Period[2] | 2 to 3 years | 4 to 6 years | 2 to 3 years | |
| Degree of control over responsibilities of the positions held | Responsibility for and building of the mission | Full control over the mission and optimization of results | Influence beyond the mission | Exceptional level |

The "Dominates" stage corresponds to the "Market" reference. It requires:

- o proved expertise of the different components of the position;
- o credibility acquired within a network, through lasting achievements and a continuous quality of results.
- o significant contribution to the major axis of the Group development.

---

[2] The mentioned ranges are indicative only and do not constitute a standard. By definition, the time spent at each stage necessarily depends on the individual.

CONFIDENTIAL

H:\CLIENTS\EDF-Gaujacq (15639.0071)\Joanna\EXECUTIVES COMPENSATION POLICY.doc

## Principles of salary's progression

The salary structure adopted has been conceived to adapt to different requirements:

- on the one hand, the variations within the salary levels (around 30%) corresponding to each level of responsibility, enable significant recognition of the development of an executive's contribution within this level, including over a period covering several successive positions,
- on the other hand, the differential in levels enables to recognize a rapid progression between two levels of responsibility through a significant salary increase. Executives upgraded to a level " N +1 " will most often come from the "Dominate" contribution stage of the previous level.

**The change of position,
within a same level of responsibility
does not hinder the progression,
which continues to change closely linked to the annual reviews.**



Salary progression and definition of salary levels.

CONFIDENTIAL
H:\CLIENTS\EDF-Gaujacq (15639.0071)\Joanna\EXECUTIVES COMPENSATION POLICY.doc

11.

> **The proposal for a salary increase**



**Components to take into account in the proposal for a salary increase**

Decisions concerning an individual's salary results from a compromise between various constraints. Thus there cannot be a rigid link between the contribution stage and the salary level.

*One of the constraints is the consideration of the overall payroll which will determine the margins available for individual salary increases.*

> **Frame-work of the overall payroll**

The control over the overall payroll is made possible by general application of an indicative marker allocation of the staff in the different stages of contribution: 25% at "Implementation", 50 % at "Dominates", 20% at "Excels", 5% "Is a Reference".

This frame-work enables, for a given level, to help maintain:

- the possible salary increases: departures (high salaries) and arrivals (floor salaries) all year long result in a decrease of the overall payroll which triggers possible increases in the next year (in extreme cases, all the salaries would be frozen in the middle of the "dominates" stage, the departing and new employees would not result in any modification of the overall payroll and thus no reallocations to be made).

12.

    o   A coherent distribution of salaries with those seen externally (benchmarks with the market show similar allocations that accept the reference value "Dominates" as an average).

The indicative marker allocation is perfectly compatible with a careful salary individualization.

Such indicative marker allocation, however, only makes sense for entities large enough in terms of staff (Direction or Branch).

CONFIDENTIAL

13.

## IV. PERFORMANCE / BONUS ASPECTS

✓ **Recognition of individual performance**

The bonus (the variable component of the overall compensation) enables recognition of the results noted at the end of the year and, compared with the goals contractually agreed upon at the beginning of the year.

✓ **Taking into account the company's performance**
A standard percentage is established each year as a reference for each level of responsibility.

A variable part of the bonus is determined by the Group's performance (and/or of the Branch and/or Division and/or Unit).

The bonus is thus linked to the performance of the Group.

✓ **A clear and motivating determination of the bonus**

The efficiency of the bonus depends on its clarity:

- fully reaching the goals set up upstream results in the payment of a standard bonus, announced at the outset, calculated as a percentage of the salary.
- exceeding the goals may result in the payment of a bonus of up to 120 % of the standard.
- underperformance triggers a decrease of the bonus more than proportional to the results.

**In all events,
the bonus is a variable
and reversible component
from one year to the other**

✓ **Relevancy of the goals**

The quality of a "performance" approach does not depend on the number of goals but on the relevancy of each of them, on the means that the appraised person may use to achieve them and on how they can be measured (it is better to have a unique goal embodying a strong and clear goal of a position than to have six insufficiently defined goals).

✓ **Adapting to changes**

The rapid evolutions of organizations and the resulting need for adaptability must of course be taken into account while analyzing the results.

In some cases, significant changes may lead to an adjustment -- or even a modification - of the goals in the course of the year, that the interested parties (the executive and his/her superiors) must implement without awaiting the final appraisal.

CONFIDENTIAL

H:\CLIENTS\EDF-Gaujacq (15639.0071)\Joanna\EXECUTIVES COMPENSATION POLICY.doc

15.

## 4.  FRINGE BENEFITS

Compensations, salary and bonus, presented in the previous pages, are part of a plan of an overall compensation, which also has other purposes than compensation for responsibility, the individual contribution and performance.

The need to consider the characteristics of the position, together with mobility, the aim of the Group to build executive loyalty, etc. require implementing additional elements, financial or not, immediate or deferred.

Three of these components are set forth below:

➢  Assisting geographical mobility

Assistance is granted to the executives when transfers require a change of domicile, depending on the geographical regions and on the number of previous transfers.

Whatever its amount, this assistance decreases over time in the absence of a new transfer.

➢  Company car

Level R1, R2 and R3 executives benefit from a company car (long-term leasing) within the frame-work of determined rates.

R4 level executives, subject to the approval of their superiors, receive a monthly indemnity for the use of their personal vehicle. Only mileage actually incurred for the company (except domicile-work place) are reimbursed.

➢  Life insurance

From level 3, executives systematically benefit from a life insurance subscribed by the Group (this constitutes a taxable benefit).

CONFIDENTIAL
H:\CLIENTS\EDF-Gaujacq (15639.0071)\Uosma\EXECUTIVES COMPENSATION POLICY.doc

16.

## 5. ROLE OF THE PLAYERS IN THE COMPENSATION SYSTEM

| Players | Role |
|---|---|
| Appraised executive | ➢ Performs a self-evaluation of performance in year N-1 and of his/her contribution to the company through the performance of his mission.<br>➢ Contributes to build new goals for year N (*or to adjustments in the course the year*). |
| Hierarchy | ➢ Sets personal goals together with his/her associate and in accordance with the company priorities.<br>➢ Evaluates the performance of his/her associate in accordance with the goals sets and suggests a bonus amount.<br>➢ Evaluates the individual contribution of his/her associate, evidences the areas of progress and leads to a proposal for a possible increase of his/her salary. |
| Career manager | In terms of compensation:<br>➢ Informs the executives and their superiors of the policy orientations and of the practical modalities and guides the process on behalf of the branch and unit's directors.<br>➢ Advises the superiors on his/her appraisal and focus on observance of the common rules.<br>➢ Ensures the link between the Executive Delegation and the management of the branches or units. |
| Executive Delegation | ➢ Establishes and updates the compensation policy.<br>➢ Conducts each year market surveys on compensation and seeks the best adjustment with the requirements of the Group .<br>➢ Sets up for each level of responsibility compensation guidelines for the year.<br>➢ Supervises the adequate operation of the processes and brings needed improvements.<br>. ➢ Ensures that the main principles and the limits are followed by notice if necessary. |

CONFIDENTIAL