# EXHIBIT C

PLAGES DE SALAIRES R1 R2 R3 AU 1ER JUILLET 2004

CONFIDENTIAL

EDF 004463

Délégation aux cadres dirigeants



| | PLAGES DE SALAIRES R1 R2 R3 A COMPTER DU 1er JUILLET 2004 | | | | |
|---|---|---|---|---|---|
| | En EUROS | | | | |
| **R1** | **ANNUEL** | | **MENSUEL (A/13)** | | **PMDO2** |
| | Plancher | Plafond | Plancher | Plafond | |
| MO1 | 135 525 | 140 232 | 10 425 | 10786 | |
| MO2 | 140 233 | 144 940 | 10 787 | 11148 | |
| DO1 | 144 941 | 151 217 | 11 149 | 11631 | |
| DO2 | 151 218 | 157 494 | 11 632 | 12114 | 154 356 |
| DO3 | 157 495 | 163 771 | 12 115 | 12597 | |
| DEP1 | 163 772 | 168 479 | 12 598 | 12959 | |
| DEP2 | 168 480 | 173 187 | 12 960 | 13321 | |
| FR | 173 188 | 182 604 | 13 322 | 14046 | |
| **R2** | **ANNUEL** | | **MENSUEL** | | **PMDO2** |
| | Plancher | Plafond | Plancher | Plafond | |
| MO1 | 108 225 | 111 637 | 8 325 | 8587 | |
| MO2 | 111 638 | 115 049 | 8 588 | 8849 | |
| DO1 | 115 050 | 119 599 | 8 850 | 9199 | |
| DO2 | 119 600 | 124 149 | 9 200 | 9549 | 121 875 |
| DO3 | 124 150 | 128 699 | 9 550 | 9899 | |
| DEP1 | 128 700 | 132 112 | 9 900 | 10162 | |
| DEP2 | 132 113 | 135 524 | 10 163 | 10424 | |
| FR | 135 525 | 142 350 | 10 425 | 10950 | |
| **R3** | **ANNUEL** | | **MENSUEL** | | **PMDO2** |
| | Plancher | Plafond | Plancher | Plafond | |
| MO1 | 86 775 | 89 455 | 6 675 | 6881 | |
| MO2 | 89 456 | 92 137 | 6 881 | 7087 | |
| DO1 | 92 138 | 95 712 | 7 088 | 7362 | |
| DO2 | 95 713 | 99 287 | 7 363 | 7637 | 97 500 |
| DO3 | 99 288 | 102 862 | 7 638 | 7912 | |
| DEP1 | 102 863 | 105 543 | 7 913 | 8119 | |
| DEP2 | 105 544 | 108 224 | 8 119 | 8325 | |
| FR | 108 225 | 113 588 | 8 325 | 8738 | |

CONFIDENTIAL

EDF 004464

# EXHIBIT C-T

17.

SALARIES LEVELS R1 R2 R3 on July 2004

CONFIDENTIAL
H:\CLIENTS\EDF-Gaujacq (15639.0071)\Joanna\EXECUTIVES COMPENSATION POLICY.doc

18.

| | SALARY LEVELS R1 R2 R3 AS FROM DU JULY 1st 2004 | | | | |
|---|---|---|---|---|---|
| | *En EUROS* | | | | |
| **R1** | ANNUAL | | MONTHLY (A/13) | | PMD02 |
| | Minimum | Maximum | Minimum | Maximum | |
| M01 | 135 525 | 140 232 | 10 425 | 10786 | |
| M02 | 140 233 | 144 940 | 10 787 | 11148 | |
| D01 | 144 941 | 151 217 | 11 149 | 11631 | |
| D02 | 151 218 | 157 494 | 11 632 | 12114 | 154 356 |
| D03 | 157 495 | 163 771 | 12 115 | 12597 | |
| DEP1 | 163 772 | 168 479 | 12 598 | 12959 | |
| DEP2 | 168 480 | 173 187 | 12 960 | 13321 | |
| FR | 173 188 | 182 604 | 13 322 | 14046 | |
| **R2** | ANNUAL | | MONTHLY | | PMD02 |
| | Minimum | Plafond | Minimum | Maximum | |
| M01 | 108 225 | 111 637 | 8 325 | 8587 | |
| M02 | 111 638 | 115 049 | 8 588 | 8849 | |
| D01 | 115 050 | 119 599 | 8 850 | 9199 | |
| D02 | 119 600 | 124 149 | 9 200 | 9549 | |
| D03 | 124 150 | 128 699 | 9 550 | 9899 | 121 875 |
| DEP1 | 128 700 | 132 112 | 9 900 | 10162 | |
| DEP2 | 132 113 | 135 524 | 10 163 | 10424 | |
| FR | 135 525 | 142 350 | 10 425 | 10950 | |
| **R3** | ANNUAL | | MONTHLY | | PMD02 |
| | Minimum | Plafond | Minimum | Maximum | |
| M01 | 86 775 | 89 455 | 6 675 | 6881 | |
| M02 | 89 456 | 92 137 | 6 881 | 7087 | |
| D01 | 92 138 | 95 712 | 7 088 | 7362 | |
| D02 | 95 713 | 99 287 | 7 363 | 7637 | |
| D03 | 99 288 | 102 862 | 7 638 | 7912 | 97 500 |
| DEP1 | 102 863 | 105 543 | 7 913 | 8119 | |
| DEP2 | 105 544 | 108 224 | 8 119 | 8325 | |
| FR | 108 225 | 113 588 | 8 325 | 8738 | |

CONFIDENTIAL
H:\CLIENTS\EDF-Gaujacq (15639.0071)\Joanna\EXECUTIVES COMPENSATION POLICY.doc