# EXHIBIT D

# FICHE DE GESTION SYNTHETIQUE

| DLR | DDNR |
|---|---|
| 01/01/01 | 01/01/02 |

| MATRICULE | NOM PRENOM |
|---|---|
| 03644 B | GAUJACQ CATHERINE |

**SERVICE MILITAIRE :** AFF COLLECTIVE DEFENS

| DATE TRAITEMENT | ROUTAGE |
|---|---|
| 15/12/03 | 8010 |

### PERFECTIONNEMENTS

| DATE | PERFECTIONNEMENT | CODE |
|---|---|---|
| 09/89 | P5 -502- HISTO 2 | D120 |
| 03/90 | FORMAT V1-SYGMA | D159 |
| 09/91 | PROBL.PERSP.ETA 1600 | 1600 |
| 06/93 | NEGOC.PRIS.DECIS9003 | 9003 |
| 07/93 | METIR DIR USIN | M058 |

### DIPLOMES

| ANNEE | DIPLOME |
|---|---|
| 80 | ENSM NANCY ENERGIE |
| 77 | DUT MP TECH.MES.PHYS |
| 75 | BAC C MATH.SC.PHYS. |

### PERFECTIONNEMENTS

| DATE | PERFECTIONNEMENT | CODE |
|---|---|---|
| 11/87 | NEGOCIAT SOCIALE | D096 |
| 01/89 | FORM GESTION P 7 | D109 |
| 03/89 | SUIVI NEGOC SOCIA | D113 |
| 09/89 | P 5-500-BD HISTO | D117 |
| 09/89 | FORM P5-12-ORACLE | D118 |

### DEROULEMENT DE CARRIERE

| DATE | MOTIF CHANGEMENT | CLASSEMENT | POSTE | METIER ASSOCIE A L'EMPLOI | MOTIF POSTE | FONCTION | SPECIALITE | UNITE D'AFFECTATION | DUA |
|---|---|---|---|---|---|---|---|---|---|
| 01/09/80 | EMB. STATUTAIRE | 10 | 10 B | 2 | | AG EN FORMATION | PRODUCTION | GRPT EST | CLE FESSENHEIM |
| 01/09/81 | MUTATION OFFICE | 10 | 10 B | 5 | | JEUNE CADRE | PRODUCTION | GRPT EST | CLE FESSENHEIM |
| 01/09/81 | 1ERE.AFF.CADRE | 10 | 10 B | 5 | | JEUNE CADRE | PRODUCTION | GRPT EST | CLE FESSENHEIM |
| 01/09/81 | AVT PARTICULIER | 10 | 10 C | 5 | | JEUNE CADRE | PRODUCTION | GRPT EST | CLE FESSENHEIM |
| 01/06/82 | MUTAT.APP.CAND. | 12 | 11 | 3 | | INGENIEUR | RADIOPROTECTION | GRPT EST | CLE FESSENHEIM |
| 01/07/82 | CHGT GRILLE 82 | 13 | 13 20 | 3 | | INGENIEUR | RADIOPROTECTION | GRPT EST | CENTR CATTENOM |
| 01/07/84 | MUTAT.APP.CAND. | 13 | 13 20 | 3 | | ADJ CH SERVICE | ENTRETIEN | GRPT EST | CATTENOM S U T |
| 01/01/85 | MUTAT. NOMINAT. | 13 | 13 20 | 3 | | INGENIEUR | PREPARATION | GRPT EST | CATTENOM S U T |
| 01/01/85 | MOD.FONCT/SPEC | 13 | 13 20 | 3 | | ADJ CH SERVICE | PREPARATION | GRPT EST | CATTENOM S U T |
| 01/01/85 | AVT CHOIX CONT. | 13 | 13 22 | 3 | | ADJ CH SERVICE | PREPARATION | GRPT EST | CATTENOM S U T |
| 01/10/85 | TRANSFERT | 13 | 13 22 | 3 | | CHEF DE SERVICE | PREPARATION | CPN CATTENOM | CATTENOM SUT |
| 01/04/86 | MUTAT.APP.CAND. | 15 | 15 23 | 3 | | CHEF DE SERVICE | PREPARATION | CPN CATTENOM | CATTENOM SUT |
| 01/01/87 | TRANSFERT | 15 | 15 23 | 2 | | CHEF DE SERVICE | TRAVAUX | CPN CATTENOM | CATTENOM SUT |
| 01/01/89 | MUTATION OFFICE | 15 | 15 24 | 2 | | INSPECTEUR | TRAVAUX | CPN CATTENOM | CATTENOM SUT |
| 01/01/90 | AVT CHOIX CONT. | 15 | 15 25 | 2 | | INSPECTEUR | TRAVAUX | CPN CATTENOM | CATTENOM SUT |
| 01/07/90 | RECLASS. AGENT | 17 | 17 26 | 2 | | INSPECTEUR | TRAVAUX | SCE PROD THERM | ETAT MAJOR |
| 01/01/90 | MUTAT.APP.CAND. | 17 | 17 26 | 2 | | CHEF CENTRALE | PRODUCTION | SCE PROD THERM | INSP NUCL |
| 01/10/90 | TRANSFERT | 17 | 17 28 | 2 | | CHEF CENTRALE | PRODUCTION | SCE PROD THERM | INSP NUCL |
| 01/01/92 | AVT CHOIX CONT. | 17 | 17 28 | 2 | | DIRECTEUR | PRODUCTION | GRPT EST | ETAT MAJOR |
| 01/05/92 | MUTAT. NOMINAT. | 19 | 19 30 | 2 | METIER NON IDENTIFIE | DIRECTEUR UNITE | DIR. ETAT MAJOR | E. LORR CHA ARD | CPT LA MAXE |
| 01/01/93 | TRANSFERT | 19 | 19 30 | 2 | METIER NON IDENTIFIE | DIRECTEUR UNITE | DIR. ETAT MAJOR | E. LORR CHA ARD | CPT LA MAXE |
| 01/02/93 | MUTATION OFFICE | 19 | 19 | 2 | METIER NON IDENTIFIE | DIRECTEUR UNITE | DIR. ETAT MAJOR | CNPE PENLY | CLE PENLY |
| 01/05/94 | MUTAT. NOMINAT. | U2 | U2 B | 3 | METIER NON IDENTIFIE | DIRECTEUR UNITE | DIR. ETAT MAJOR | CNPE PENLY | CLE PENLY |
| 01/04/96 | CH APPEL STRUCT | U2 | U2 C | 3 | | DIRECTEUR UNITE | DIR. ETAT MAJOR | CNPE PENLY | CLE PENLY |
| 01/01/97 | AVT CHOIX CONT. | U2 | U2 C | 3 | | DIRECTEUR UNITE | DIR. ETAT MAJOR | CNPE PENLY | CLE PENLY |
| 01/01/99 | AVT CHOIX CONT. | U2 | U2 D | 3 | | DELEGUE | DIR. ETAT MAJOR | EDF DION INTER | AMERIQUES |
| 01/10/99 | PASSAGE A 35 H | U2 | U2 | 3 | | DIRECTEUR | DIR. ETAT MAJOR | EDF DION INTER | AMERIQUES |
| 01/08/00 | MUTAT. NOMINAT. | HC | HC 2 | 3 | | | | | |
| 01/01/03 | MUTAT. NOMINAT. | HC | HC 2 | 2 | | | | | B A M | BAM EXPATRIES |

### CARACTERISTIQUES DU POSTE DE L'AGENT

| NUMERO | AFFECTATION | MOTIF ABSENCE | ACTIVITE | AUX PRE | POSTE SINGULIER | NOMBRE SOLDE | OPTION CONSOM | NAV POSTES |
|---|---|---|---|---|---|---|---|---|
| POSTE: 00268 | EDF F | | SEDENTAIRE | | | | 1 | |

**DERNIERE SITUATION**

| IJA | IDUA | SDUA | ISEJOUR | POSITION D'AFFECTATION | MODIF.POSITION | EFFECTIF | MOTIF ABSENCE MA DISPOSITION |
|---|---|---|---|---|---|---|---|
| | | | | 2 STATUTAIRE SANS POSTE | | | 6 ABSENCE LGE DUREE |

BRANCHE AMERIQUES
BRANCHE AMERIQUES EXPATRIES
DIRECTION USA ET CANADA

PAGE 1 SUR 1

EDF 000041

**EDF**

| | | | |
|---|---|---|---|
| Unité Managériale | D.U.M. | S.D.U.M. | Nom et prénom |
| DIVISION PRODUCTION NUCLEAIRE | SERVICE CENTRAL | DIRECTION DPN | MME GAUJACQ, CATHERINE |

**Système d'informations Ressources Humaines**

| Année | Diplôme | | | | | Langues étrangères |
|---|---|---|---|---|---|---|
| 1980 | E.N.S.MINES NANCY, ENERGIE | | | | | |
| 1975 | BAC.ENS.GENERAL, MATH.SC.PHYS. (C) | | | | | |

Fiche C01
Situation Individuelle
12/2004

| Année | Perfectionnements | Année | Perfectionnements |
|---|---|---|---|
| 1999 | FORMATION A2K | 1998 | SIPACT Cte APE F |
| 1996 | MEDIA TRAINING P | | |
| 1977 | D.U.T.MESURES PHYS, TECH.MESURES PHYS. | | |
| 1998 | ANGLAIS POST P.R | | |

## Déroulement de Carrière

| Date | Motif mouvement | Fonction / Spécialité ou Emploi | Gst Poste | Pos Agent | Gst Agent | Unité Managériale | Découpage Unité Managériale |
|---|---|---|---|---|---|---|---|
| 09/1980 | EMB.STATUTAIRE | AG EN FORMATION / PRODUCTION | | 2 | 2 | G R P T EST | CLE NUCLEAIRE DE FESSENHEIM |
| 09/1981 | AVT PARTICULIER | AG EN FORMATION / PRODUCTION | 10B | | | G R P T EST | CLE NUCLEAIRE DE FESSENHEIM |
| 01/1981 | MUTATION OFFICE | JEUNE CADRE / PRODUCTION | 10C | 2 | 2 | G R P T EST | CLE NUCLEAIRE DE FESSENHEIM |
| 06/1982 | MUTAT.APP.CAND. | INGENIEUR / RADIOPROTECTION | 10C | 5 | | G R P T EST | CLE NUCLEAIRE DE FESSENHEIM |
| 07/1982 | CHGT GRILLE 82 | INGENIEUR / RADIOPROTECTION | 12 | | 3 | G R P T EST | CENTRALE DE CATTENOM |
| 07/1984 | MUTAT.APP.CAND. | ADJ CH SERVICE / ENTRETIEN | 11B | 13 20 | 3 | G R P T EST | CENTRALE DE CATTENOM |
| 01/1985 | AVT CHOIX CONT. | ADJ CH SERVICE / ENTRETIEN | 13 | 13 20 | 3 | G R P T EST | CPN CATTENOM S UNITE TECHNIQUE |
| 01/1985 | MUTAT. NOMINAT. | ADJ CH SERVICE / PREPARATION | 13 | 13 22 | 3 | G R P T EST | CPN CATTENOM SOUS UNITE TECHN |
| 10/1985 | TRANSFERT | ADJ CH SERVICE / PREPARATION | 13 | 13 22 | 3 | G R P T EST | CPN CATTENOM SOUS UNITE TECHN |
| 04/1986 | MUTAT.APP.CAND. | CHEF DE SERVICE / PREPARATION | 15 | 15 23 | 3 | C P N DE CATTENOM | CPN CATTENOM SOUS UNITE TECHN |
| 01/1987 | TRANSFERT | CHEF DE SERVICE / PREPARATION | 15 | 15 23 | 3 | C P N DE CATTENOM | CATTENOM S UNITE TECHNIQUE |
| 09/1987 | MUTATION OFFICE | CHEF DE SERVICE / TRAVAUX | 15 | 15 23 | 3 | C P N DE CATTENOM | CATTENOM S UNITE TECHNIQUE |
| 01/1989 | AVT CHOIX CONT. | CHEF DE SERVICE / TRAVAUX | 15 | 15 24 | 3 | C P N DE CATTENOM | CATTENOM S UNITE TECHNIQUE |
| 01/1990 | RECLASS. AGENT | CHEF DE SERVICE / TRAVAUX | 15 | 16 25 | 3 | C P N DE CATTENOM | CATTENOM S UNITE TECHNIQUE |
| 07/1990 | MUTAT.APP.CAND. | INSPECTEUR / TRAVAUX | 17 | 17 26 | 3 | SCE PRODUCTION THERMIQUE | ETAT MAJOR DU SERVICE |
| 10/1990 | TRANSFERT | INSPECTEUR / TRAVAUX | 17 | 17 26 | 3 | SCE PRODUCTION THERMIQUE | INSPECTION NUCLEAIRE |
| 01/1992 | AVT CHOIX CONT. | INSPECTEUR / TRAVAUX | 17 | 17 28 | 3 | SCE PRODUCTION THERMIQUE | INSPECTION NUCLEAIRE |
| 05/1992 | MUTAT. NOMINAT. | CHEF CENTRALE / PRODUCTION | 19 | 19 30 | 3 | G R P T EST | CENT PROD THERM LA MAXE |
| 07/1993 | TRANSFERT | CHEF CENTRALE / PRODUCTION | 19 | 19 30 | 3 | ENERGIE LORR CHAMP ARDENNES | CENT PROD THERM LA MAXE |
| 02/1993 | MUTATION OFFICE | DIRECTEUR / PRODUCTION | 19 | 19 30 | 3 | ENERGIE LORR CHAMP ARDENNES | CENT PROD THERM LA MAXE |
| 05/1994 | MUTAT. NOMINAT. | DIRECTEUR UNITE | 52 | 52 51 | 3 | CNPE DE PENLY | CLE DE PENLY |
| 04/1996 | CH APPEL STRUCT | DIRECTEUR UNITE / DIR. ETAT MAJOR | 52 | 52 51 | 3 | CNPE DE PENLY | CLE DE PENLY |
| 01/1997 | AVT CHOIX CONT. | DIRECTEUR UNITE / DIR. ETAT MAJOR | 52 | 52 52 | 3 | CNPE DE PENLY | CLE DE PENLY |
| 01/1999 | AVT CHOIX CONT. | DIRECTEUR UNITE / DIR. ETAT MAJOR | 52 | 52 53 | 3 | CNPE DE PENLY | CLE DE PENLY |

| Caractéristiques du poste | N° Poste | Position d'affectation | Taux activité | Insalubre | Temps de service | Sce actif | Entrée | Retraite | Echelon | Chgt échelon |
|---|---|---|---|---|---|---|---|---|---|---|
| | | EE divers (autre cas) | SEDENTAIRE | | | Non dispo | | 09/2017 | | |

| Situation de Famille | Sexe | Nb Enfants | % Gaz | Enfants à charge | Nom | Unité | D.U.M. | S.D.U.M. | Autres caractéristiques | Affectation défense |
|---|---|---|---|---|---|---|---|---|---|---|
| Marié | F | 2 | 0 | | | 4008I | 4008M | 4008I10 | F:S:D.U.M. 40081011 | AFF COLLECTIVE DEFENSE |

| Position Statutaire | Profession du conjoint | Ref. Conjoint | Fonct. Exc. | Date naissance | Age | Contrat | Nn | Nom et prénom |
|---|---|---|---|---|---|---|---|---|
| Statutaire titulaire | | | Fonctionnaire | 24/09/1957 | 47 | AA | C82417 | MME GAUJACQ, CATHERINE |

Adresse: 1 PLACE PLEYEL, CAP AMPERE 93200 ST DENIS

EDF 004673

**EDF**

| Unité Managériale | | S.D.U.M. | | Nom et prénom |
|---|---|---|---|---|
| DIVISION PRODUCTION NUCLEAIRE | SERVICE CENTRAL | | DIRECTION DPN | MME GAUJACQ, CATHERINE |

**Système d'Informations Ressources Humaines**

| Année | Diplôme | | Année | Langues étrangères |
|---|---|---|---|---|
| 1980 | E.N.S.MINES NANCY , ENERGIE | | 1977 | D.U.T.MESURES PHYS , TECH.MESURES PHYS. |
| 1975 | BAC.ENS.GENERAL , MATH.SC.PHYS. (C) | | | |

**Fiche C01**

| Année | Perfectionnements | | Année | Perfectionnements |
|---|---|---|---|---|
| 1999 | FORMATION A2K | | 1998 | ANGLAIS POST P.R |
| 1996 | MEDIA TRAINING P | | 1998 | SIPACT Cte APE F |

**Situation Individuelle** 12/2004

**Déroulement de Carrière**

| Date | Motif mouvement | Fonction / Spécialité ou Emploi | Cist Poste | Cist Agent | Pos | Découpage Unité Managériale |
|---|---|---|---|---|---|---|
| 08/2000 | MUTAT. NOMINAT. | DELEGUE / DIR. ETAT MAJOR | 50 | 60 | 3 | EDF DIRECTION INTERNATIONALE AMERIQUES |
| 08/2000 | MISSION | DELEGUE / DIR. ETAT MAJOR | 60 | 60 | 3 | EDF DIRECTION INTERNATIONALE AMERIQUES |
| 01/2001 | CHGT APPELL STRUCT | DELEGUE / DIR. ETAT MAJOR | 60 | 60 | 9 | S EDF DIRECTION INTERNATIONALE AMERIQUES |
| 01/2003 | MUTAT. NOMINAT. | DIRECTEUR / DIR. ETAT MAJOR | 60 | 60 | 9 | S BRANCHE AMERIQUES BRANCHE AMERIQUES EXPATRIES |
| 11/2003 | TRANSFERT | DIR ETAT MAJOR | 60 | 60 | 3 | S BRANCHE AMERIQUES BRANCHE AMERIQUES EXPATRIES |
| 08/2004 | MUTAT. NOMINAT. | ... | 60 | 60 | 9 | S DIVISION PRODUCTION NUCLEAIRE SERVICE CENTRAL |
| 11/2004 | FIN DE MISSION | | 60 | 60 | 9 | S DIVISION PRODUCTION NUCLEAIRE SERVICE CENTRAL |

**Caractéristiques du poste**

| Position/affectation 2 | % Gaz | Taux activité | Insalubre | Temps de Scéacti | Entrée | Retraite | Échelon | Chgt échelon |
|---|---|---|---|---|---|---|---|---|
| EE divers (autre cas) | 0 | SEDENTAIRE | Non | Non dispo. | | 09/2017 | | |

**Situation de Famille**

| Situation de Famille | Profession du conjoint | Enfants à charge | | Unité | Empl | U.M. | D.U.M. | F.S.D.U.M. | Autres caractéristiques |
|---|---|---|---|---|---|---|---|---|---|
| Marié | Fonctionnaire | Per. | Foy. | Enf. | | | | | |
| | | 2 | | 0 | 400B | 4008M | 4008I0 | 40081011 | |

**Infos Agent**

| Position statutaire | Sexe | NNI | Contrat | Date naissance | Âge | | Affectation défense |
|---|---|---|---|---|---|---|---|
| Statutaire titulaire | F | C82417 | AA | 24/09/1957 | 47 | | AFF COLLECTIVE DEFENSE |

**Adresse**: 1 PLACE PLEYEL, CAP AMPERE 93200 ST DENIS

| | Nom et prénom |
|---|---|
| | MME GAUJACQ, CATHERINE |

Nature du jugement

EDF 004674

# EXHIBIT D-T

**TRANSLATION**

## SUMMARY MANAGEMENT RECORD

| DLH | DDR | | | | PROCESSING DATE | ROUTE |
|---|---|---|---|---|---|---|
| 01/01/01 | 01/01/02 | | | | 12/15/03 | 8010 |

| MATRICULA-TION CODE | LAST NAME, FIRST NAME |
|---|---|
| 03644 B | GAUJACQ, CATHERINE |

| YEAR | DEGREES |
|---|---|
| 80 | Postgraduated Engineering school ENSM NANCY ENERGIE |
| 77 | Bachelor in technics and physics DUT HP TECHN.MES.PHYS |
| 75 | *Baccalauréat degree* BAC C MATH.SC.PHYS. |
| | |
| | |

| DATE | PROFESSIONAL DEVELOPMENT | CODE | DATE | PERSONNAL DEVELOPMENT | CODE |
|---|---|---|---|---|---|
| 11/87 | COLLECTIVE BARGAINING | D096 | 09/89 | P5 – 502 – HISOT 2 | D120 |
| 01/89 | FORM GESTION 7 | D109 | 03/90 | FORMAT VI-SYGMA | D159 |
| 03/89 | COLLECTIVE BARGAINING ATTENDANCE | D113 | 09/91 | PROBL. PERSP. ETA 1600 | 1600 |
| 09/89 | P 5-500-BD HISTO | D117 | 06/93 | NECOC.PRIS.DEC IS9003 | 9003 |
| 09/89 | FORM P5-12-ORACLE | D118 | 07/93 | METIR DIR USIN | M058 |

## CAREER DEVELOPMENT

| DATE | CAUSE OF CHANGE | POSITION CLASSIFICATION | AGENT CLASSIFICATION | POSITION ASSIGNMENT | TRADE ASSOCIATED WITH THE POSITION | FONCTION | CONCENTRATION | ASSIGNMENT UNIT | DU/A |
|---|---|---|---|---|---|---|---|---|---|
| 09/01/80 | Statutory hiring | | 10B | 2 | | Agent in training | production | GRPT EST | CLE FESSENHEIM |
| 09/01/81 | Mandatory transfer | 10 | 10B | 5 | | Young executive | production | GRPT EST | CLE FESSENHEIM |
| 09/01/81 | 1st manager assignment | 10 | 10B | 5 | | Young executive | production | GRPT EST | CLE FESSENHEIM |
| 09/01/81 | Special advancement | 10 | 10C | 5 | | Young executive | production | GRPT EST | CLE FESSENHEIM |

WS0501.S0004.1

TRANSLATION

2.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/01/82 | Candidate transfer application | 12 | 11B | 3 | | Engineer | radioprotection | GRPT EST | CLE FESSENHEIM |
| 07/01/82 | Grid 82 transfer | 13 | 13 20 2 | 3 | | Engineer | radioprotection | GRPT EST | CLE FESSENHEIM |
| 07/01/84 | Candidate transfer application | 13 | 13 20 2 | 3 | | Assistant chief of service | maintenance | GRPT EST | CENTR CATTENOM |
| 01/01/85 | Transfer appointment | 13 | 13 20 2 | 3 | | Engineer | preparation | GRPT EST | CATTENOM S U T |
| 01/01/85 | Function modification/concentration | 13 | 13 20 2 | 3 | | Assistant chief of service | preparation | GRPT EST | CATTENOM S U T |
| 01/01/85 | Advancement choice cont. | 13 | 13 22 2 | 3 | | Assistant chief of service | preparation | GRPT EST | CATTENOM S U T |
| 10/01/85 | Candidate transfer application | 13 | 13 22 2 | 3 | | Assistant chief of service | preparation | CPN CATTENOM | CATTENOM SUT |
| 04/01/86 | Transfer | 15 | 15 23 2 | 3 | | Chief of service | preparation | CPN CATTENOM | CATTENOM SUT |
| 01/01/87 | Office transfer | 15 | 15 23 2 | 3 | | Chief of service | preparation | CPN CATTENOM | CATTENOM SUT |
| 09/01/88 | Agent reclassification | 15 | 15 23 2 | 3 | | Chief of service | preparation | CPN CATTENOM | CATTENOM SUT |
| 01/01/89 | Candidate transfer application | 15 | 15 24 2 | 3 | | Chief of service | works | CPN CATTENOM | CATTENOM SUT |
| 01/01/90 | Transfer | 15 | 16 25 2 | 3 | | Chief of service | works | CPN CATTENOM | CATTENOM SUT |
| 07/01/90 | Advancement choice cont. | 17 | 17 26 2 | 3 | | Inspector | works | SCE PROD THERM | STAFF DIRECTION |
| 10/01/90 | Transfer appointment | 17 | 17 26 2 | 3 | | Inspector | works | SCE PROD THERM | NUCLEAR INSPECTION |
| 01/01/92 | Transfer | 17 | 17 28 2 | 3 | | Inspector | works | SCE PROD THERM | NUCLEAR INSPECTION |

WS:05\01.50004.1

TRANSLATION

3.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/01/92 | Off transfer | 19 | 19 30 2 | 3 | Chief of facility | works | GRPT EST | CPT LA MAXE |
| 01/01/93 | Transfer appointment | 19 | 19 30 2 | 3 | Chief of facility | production | E. LORR. CHA. ARD | CPT LA MAXE |
| 02/01/93 | Off transfer | 19 | 19 30 2 | 3 | director | production | | |
| 05/01/94 | Transfer appointment | U2 | U2 B 2 | 3 | Unit director | production | E. LORR. CHA. ARD | CPT LA MAXE |
| 04/01/96 | Structural change request | U2 | U2 B 2 | 3 | Unit director | Staff director | CNPE PENLY | CLE PENLY |
| 01/01/97 | Advancement choice cont. | U2 | U2 C 2 | 3 | Unit director | Staff director | CNPE PENLY | CLE PENLY |
| 01/01/99 | Advancement choice cont. | U2 | U2 D 2 | 3 | Unit director | Staff director | CNPE PENLY | CLE PENLY |
| 10/01/99 | 35 hour workweek | U2 | U2 D 2 | 3 | Unit director | Staff director | CNPE PENLY | CLE PENLY |
| 08/01/00 | Advancement choice cont. | HC | HC 2 | 3 | delegate | Staff director | EDF DION INTER | AMERICA |
| 01/01/03 | Advancement choice cont. | | HC 2 | 2 | director | | B A M | BAM EXPATRIATES |

WS0501.50004.1

TRANSLATION

4.

| PREVIOUS POSITION | UA | Americas Branch | | | | | | | INACTIVITY DATE |
|---|---|---|---|---|---|---|---|---|---|
| | DUA | America expatriates branch | | | | | | | |
| | S/DUA | USA & Canada direction | | | | | | TRADE ASSOCIATED TO THE POSITION | |

| | AGENT POSITION FEATURES | | | | | | |
|---|---|---|---|---|---|---|---|
| NUMBER | % GAS | SERVICE NATURE | ACTIVITY RATE | UNSANITARY POSI | WEEKLY HOURS PART TIME | | |
| Post: 00268 | EDF F | Non operating | | | | | |

| ASSIGNED POSITION | ASSIGNED POSITION CAUSE | ABSENCE OR SECONDMENT CAUSE | Taux IPP |
|---|---|---|---|
| 2 Statutory without post | 6 Long Term Abscence | | |

| JAC | Option CONPENSATION | SCE continuous Work 2 post |
|---|---|---|
| | | 1 |

Page 1 of 1

| EDF | | Executive unit | | D.U.M. | | S.D.U.M. | | Last Name, First name |
|---|---|---|---|---|---|---|---|---|
| Human Resources Information System C01 Form Personal status 12/2004 | | Nuclear Production Division | | Central Department | | D.P.N. Management | | Mrs. GAUJACQ, Catherine |
| | | **Year** | **Degree** | **Year** | **Degree** | | | **Foreign Languages** |
| | | 1980 | E.N.S. Mines Nancy, Energy | 1977 | D.U.T. Phys. Measures | | | |
| | | 1975 | General Bac., Maths and Phys. (c) | | | | | |
| | | **Year** | **Professional Development** | **Year** | **Professional Development** | **Year** | | **Professional development** |
| | | 1999 | A2K Training | 1998 | English Post P.R. | 1998 | | SIPACT Cte APE F |
| | | 1996 | Media training P | | | | | |

## Career Development

| Date | Change Motive | Office/Expertise or Employment | Position Ranking | Agent ranking | Pos. | Management Unit | Executive Unit |
|---|---|---|---|---|---|---|---|
| 09/1980 | Hiring | AG in training / Production | | 10B | 2 | 2 G R P T EST | FESSENHEIM NUCLEAR PLANT |
| 09/1981 | Specific advancement | AG in training/ Production | | 10C | 2 | 2 G R P T EST | FESSENHEIM NUCLEAR PLANT |
| 09/1981 | Office transfer | Junior executive / Production | 10 | 10C | 5 | G R P T EST | FESSENHEIM NUCLEAR PLANT |
| 06/1982 | Applicant request transfer | Engineer / Radioprotection | 12 | 11B | 3 | G R P T EST | FESSENHEIM NUCLEAR PLANT |
| 07/1982 | Table modification 82 | Engineer / Radioprotection | 13 | 13 20 | 3 | G R P T EST | FESSENHEIM NUCLEAR PLANT |
| 07/1984 | Applicant request transfer | Ass. Dept. Manager / Maintenance | 13 | 13 20 | 3 | G R P T EST | CATTENOM PLANT |
| 01/1985 | Advancement cont. choice | Ass. Dept. manager / Maintenance | 13 | 13 22 | 3 | G R P T EST | CATTENOM PLANT |
| 01/1985 | Appointment Transfer | Ass. Dept. Manager/ Preparation | 13 | 13 22 | 3 | G R P T EST | CATTENOM NPP TECHN. UNIT |
| 10/1985 | Transfer | Ass. Dept. Manager/ Preparation | 13 | 13 22 | 3 | CATTENOM NPP | CATTENOM NPP TECHN. UNIT |
| 04/1986 | Applicant request transfer | Ass. Dept. Manager/ Preparation | 15 | 15 23 | 3 | CATTENOM NPP | CATTENOM TECHN. UNIT |
| 01/1987 | Transfer | Ass. Dept. Manager/ Preparation | 15 | 15 23 | 3 | CATTENOM | CATTENOM TECHN. UNIT |

[1] Regional Group of Thermal Production

WS0501.49994.2

## Career Development

| Date | Change Motive | Office/Expertise or Employment | Position Ranking | Agent ranking | Pos. | Management Unit | Executive Unit |
|---|---|---|---|---|---|---|---|
| 09/1988 | Office transfer | Department Manager/ Studies | 15 | 15 23 | 3 | CATTENOM NPP | CATTENOM TECHN. UNIT |
| 01/1989 | Advancement cont. choice | Department Manager/ Construction | 15 | 15 24 | 3 | CATTENOM NPP | CATTENOM TECHN. UNIT |
| 01/1990 | Agent Reclassification | Department Manager/ Studies | 15 | 16 25 | 3 | CATTENOM NPP | CATTENOM TECHN. UNIT |
| 07/1990 | Applicant request transfer | Inspector/ Studies | 17 | 17 26 | 3 | SCE THERMIC PRODUCTION | GENERAL STAFF DEPARTMENT |
| 10/1990 | Transfer | Inspector / Studies | 17 | 17 26 | 3 | THERMAL PRODUCTION DEPT | NUCLEAR INSPECTION |
| 01/1992 | Advancement cont. choice cont. | Inspector / Studies | 17 | 17 28 | 3 | THERMAL PRODUCTION DPT. | NUCLEAR INSPECTION |
| 05/1992 | Transfer by appointment | Plant Manager / Production | 19 | 19 30 | 3 | G R P T EST | LA MAXE THERMAL PLANT |
| 01/1993 | Transfer | Plant Manager / Production | 19 | 19 30 | 3 | ENERGY Lorraine Champagne Ardennes | LA MAXE THERMAL PLANT |
| 02/1993 | Office Transfer | Managing Director / Production | 19 | 19 30 | 3 | PENLY NPP | LA MAXE THERMAL PLANT |
| 05/1994 | Transfer by appointment | Unit Managing Director | 52 | 52 51 | 3 | PENLY NPP | PENLY PLANT |
| 04/1996 | *Ch. Appel struct.* | Unit Managing Director / General Staff Management | 52 | 52 51 | 3 | PENLY NPP | PENLY PLANT |
| 01/1997 | Advancement cont. choice | Unit Managing Director / General Staff Management | 52 | 52 52 | 3 | PENLY NPP | PENLY PLANT |
| 01/1999 | Advancement cont. choice | Unit Managing Director / General Staff Management | 52 | 52 53 | 3 | PENLY NPP | PENLY PLANT |
| 08/2000 | Transfer on appointment | Representative/ General Staff Management Dept. | 60 | 60 | 3 | EDF Int'l Management | Americas |
| 08/2000 | Assignment | Representative/ General Staff Management Dept. | 60 | 60 | 3 | EDF Int'l Management | Americas |
| 01/2001 | *Ch. Appel Struct.* | Representative/ General Staff Management Dept. | | 60 | 9 S | EDF Int'l Management | Americas |
| 01/2003 | Transfer by appointment | Representative/ General Staff Management Dept. | | 60 | 9 S | Americas | Branch Americas - Expatriate |
| 11/2003 | Transfer | …/ General Staff Management | | 60 | 3 | Americas | Branch Americas – Expatriate |
| 8/2004 | Transfer by appointment | … | | 60 | 9 S | Nuclear Production Division | Central Dept. |
| 11/2004 | End of assignment | … | | 60 | 9 S | Nuclear Production Division | Central Dept. |

WS0501.49994.2

| | Position # | Appointment Position | % Gas | Activity Rate | Unsanitary | Length of service | Active Sce | Entry date | Retirement | Level | Level change |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Position Characteristics | | EE (other) | 0 | Non-operating employee | No | | Not available | | 09/2017 | | |
| Marital Status | | Spouse occupation | Household | Children | Dependent Children 1 2 3 4 5 6 | Empl. Unit | | | | F.S.D.U.M. | Defense appointment |
| | | Civil Citizen | 2 | 0 | | 4008 | U.M. | D.U.M. | S.D.U.M. | App: COLLECTIVE DEFENSE | |
| Agent Information | | Sex  NNI | Contract | DOB | Age | | 4008M | 400810 | | Last name and first name | |
| | Incumbent | F C82417 | AA | 09/24/57 | 47 | | | | | Mrs. Gaujacq, Catherine | |
| Address | 1, place Pleyel, CAP AMPERE 93200 ST DENIS | | | | | | | | | | |

WS0501.49994.2