# EXHIBIT E

# BULLETIN de PAIE


EDF
Electricité de France

EMPLOYEUR :

**ELECTRICITE DE FRANCE**

ETABLISSEMENT :

EDF- DIRECTION INTERNATIONALE
30 RUE JACQUES IBERT

75858 PARIS CEDEX 17

MME GAUJACQ CATHERINE
CHALET LES PATOUS
RUE DU ROCHAS

05100 MONTGENEVRE

| RÉFÉRENCE | N° SÉCURITÉ SOCIALE | GF | NR | ÉCH | PROCHAIN ECHELON | M.R. |
|---|---|---|---|---|---|---|
| 03644L | 2 57 09 57 491 406 73 | | HC | | | 25,00 |

| FONCTION | NB D'HEURES DU MOIS | MOIS |
|---|---|---|
| DELEGUE GENERAL | 151,67 | AOUT 2000 |

SANS INDICATION PARTICULIÈRE, TOUS LES CALCULS ET MONTANTS SONT EN FRANCS

| CODE | LIBELLÉ DE LA RUBRIQUE | BASE DE CALCUL | TAUX | MONTANT A PAYER | MONTANT A RETENIR |
|---|---|---|---|---|---|
| 0010* | TRAITEMENT AGENT STAT | | | 39313,63 | |
| 1050* | INDEMNITE DEGRESSIVE CH.U | | | 3550,00 | |
| 2280* | IND PERTE REVENUS CJT | | | 5259,68 | |
| 2360* | INDEMNITE M.L.D. | | | 6388,47 | |
| 2370* | DIFF EGALISATION COUT VIE | | | 7395,63 | |
| 3350 | AVANT NATURE PART SIMPLE | | | 9,36 | |
| 4020 | S.S. MISSION LONGUE DUREE | | | | 269,33 |
| 4030- | COTISATION C.A.S. | 22785,00 | 1,715 | | 390,76 |
| 4050- | COTISATION RETRAITE | 39313,63 | 7,85 | | 3086,12 |
| 4110- | COTISATION IDCP ACCIDENT | 39313,63 | 0,207 | | 81,38 |
| 4140- | CONTR EXCEPT SOLIDARITE | 58349,15 | 1,00 | | 583,49 |
| 7300 | RETENUE EGALISATION FISCA | | | | 6894,00 |

| DATE DE PAIEMENT | MODE PAIEMENT | DOMICILIATION BANCAIRE OU POSTALE | NET A PAYER |
|---|---|---|---|
| 30 AOUT 2000 | VB | 10278 05190 00019232840 | 50611,69 |

---> SOIT, AU TAUX DE CONVERSION DE 1 EURO = 6,55957 FRANCS : 7715,70 EUROS

| CHARGES PATRONALES SÉCURITÉ SOCIALE | | | MOIS | ANNÉE |
|---|---|---|---|---|
| LIBELLÉ DE LA RUBRIQUE | MONTANT | | | |
| C.A.S. PART EMPLOYEUR | 390,76 | BRUT IMPOSABLE | 61907,41 | 364899,10 |
| PART PATRONALE I.V.D. | 21819,06 | COTISATIONS DÉDUCTIBLES | 4141,75 | 45450,24 |
| | | NET IMPOSABLE | 57765,66 | 319448,86 |
| | | AVANTAGES EN NATURE Base Cotis. SEC. SOC. | 194,20 | 1553,60 |

DOCUMENT EST A CONSERVER SANS LIMITATION DE DURÉE

EDF 005226

# BULLETIN de PAIE



EMPLOYEUR :

**ELECTRICITE DE FRANCE**

ETABLISSEMENT :

EDF- DIRECTION INTERNATIONALE
20 PLACE DE LA DEFENSE

92050 PARIS LA DEFENSE CEDEX

MME GAUJACQ CATHERINE

10801 SYCAMORE SPRINGS LANE
GREAT FALLS VA
99404 U S A 22066

| RÉFÉRENCE | N° SÉCURITÉ SOCIALE | GF | NR | ÉCH | PROCHAIN ECHELON | M.R. |
|---|---|---|---|---|---|---|
| 03644L | 2 57 09 57 491 406 73 | | HC | | | 25,00 |

| FONCTION | NB D'HEURES DU MOIS | MOIS |
|---|---|---|
| DIRECTEUR | 151,67 | AOUT 2002 |

SANS INDICATION PARTICULIÈRE, TOUS LES MONTANTS SONT EN EUROS

| CODE | LIBELLÉ DE LA RUBRIQUE | BASE DE CALCUL | TAUX | MONTANT A PAYER | MONTANT A RETENIR |
|---|---|---|---|---|---|
| 0010* | TRAITEMENT AGENT STAT | | | 6460,00 | |
| 1050* | INDEMNITE DEGRESSIVE CH. U | | | 242,39 | |
| 2280* | IND PERTE REVENUS CJT | | | 816,32 | |
| 2360* | INDEMNITE M. L. D. | | | 1049,74 | |
| 2361* | REGUL INDTE M. L. D. | | | 14,62 | |
| 2370* | DIFF EGALISATION COUT VIE | | | 1111,41 | |
| 3350 | AVANT NATURE PART SIMPLE | | | 1,42 | |
| 4020 | S. S. MISSION LONGUE DUREE | | | | 43,33 |
| 4030- | COTISATION C. A. S. | 3645,60 | 1,715 | | 62,52 |
| 4050- | COTISATION RETRAITE | 6460,00 | 7,85 | | 507,11 |
| 4110- | COTISATION IDCP ACCIDENT | 6460,00 | 0,207 | | 13,37 |
| 4140- | CONTR EXCEPT SOLIDARITE | 9408,00 | 1,00 | | 94,08 |
| 7300 | RETENUE EGALISATION FISCA | | | | 1005,00 |

| DATE DE PAIEMENT | MODE PAIEMENT | DOMICILIATION BANCAIRE OU POSTALE | NET A PAYER |
|---|---|---|---|
| 30 AOUT 2002 | VB | 10278 05190 00019232840 | 7970,49 EUR |

| CHARGES PATRONALES SÉCURITÉ SOCIALE | | | MOIS | ANNEE |
|---|---|---|---|---|
| LIBELLÉ DE LA RUBRIQUE | MONTANT | | | |
| C. A. S. PART EMPLOYEUR | 62,52 | BRUT IMPOSABLE | 9694,48 | 90161,00 |
| PART PATRONALE I. V. D. | 3811,40 | COTISATIONS DÉDUCTIBLES | 677,08 | 5629,81 |
| | | NET IMPOSABLE | 7017,40 | 84531,15 |
| | | AVANTAGES EN NATURE Base Cotis. SEC. SOC. | 29,58 | 236,66 |

DOCUMENT EST A CONSERVER SANS LIMITATION DE DURÉE

EDF 005202

**BULLETIN DE PAIE**
PERIODE: 01 05 2004/31 05 2004
PAYABLE LE 28 05 2004



| EMPLOI | ROUTAGE |
|---|---|
| DIRECTEUR | EG01296 |

**EMPLOYEUR / ETABLISSEMENT**

ELECTRICITE DE FRANCE
BRANCHE AMERIQUES

900   AV MADERO
99415  BUENOS AIRES
APE: 401Z URSSAF: 75U0
N SIRET: 55208131774351

MAI   2004

| MODE DE PAIEMENT | CLASSEMENT | | | PROCHAIN ECHELON | MAJORAT / RESIDENT |
|---|---|---|---|---|---|
| | GF | NR | ECH | | |
| BANQUE | HC | | | | |

**IDENTIFICATION DE L'AGENT**

EG: EG01296  TRI: ZZ  DUM:        UO: 65080205T

MME  GAUJACQ CATHERINE      NNI-CONTRAT: C82417AA

10801 SYCANORE SPRINGS LAN
GREAT FALLS VA
         USA 22066-ETATS UNIS

NUMERO SECURITE SOCIALE   2 57 09 57 491 406

POUR LES AGENTS CLASSES EN U.
SUITE A LA DECISION DU PRESIDENT ROUSSELY ET
DU PRESIDENT GADONNEIX, VOUS BENEFICIEZ D'UNE
AUGMENTATION DE 2,4 % DU SALAIRE NATIONAL DE BASE
A COMPTER DU 1ER MAI 2004.

| TEMPS PLEIN DU PARTIEL | % REMUN DU HORAIRE HEBDO | NOMBRE D'HEURES DU MOIS | TAUX HORAIRE DU MOIS | POSITION PAR RAPPORT AU STATUT |
|---|---|---|---|---|
| PLEIN | | 151,67 | 46,02 | STATUTAIRE |

Sans indication particulière, tous les calculs et montants sont en euros

| TAUX HORAIRE | NOMBRE D'HEURES | BASE DE CALCUL | TAUX | POSABLE | PERIODE CONCERNEE | CODE ET LIBELLE DE LA RUBRIQUE | MONTANT A RETENIR | MONTANT A PAYER |
|---|---|---|---|---|---|---|---|---|
| | | | | SC SF | | 001 REMUNERATION BRUTE | | 6 980,00 |
| | | | | | | 181 RET EGALISAT. FISC | 1 067,00 | |
| | | | | SF | | 575 IND MOB INTERNATIO | | 1 134,25 |
| | | | | SC SF | | U51 INDEMNITE DEGRESS | | 92,99 |
| | | | | SC SF | | 311 COMP DISPO ENCADRT | | 3 221,40 |
| | | 3 837,80 | 0,30 | DF | | 721 RET COT. CF ETRANG | 45,39 | |
| | | 6 980,00 | 0,186 | DF | | 839 CONTRIB EXCEPT CAS | 11,51 | |
| | | 3 837,80 | 1,715 | DF | | 842 COT IDCP ACCIDENT | 12,98 | |
| | | 6 980,00 | 7,85 | DF | | 846 COTISATION CAS | 65,82 | |
| | | 9 904,00 | 1,00 | DF | | 870 COTISATION IVD | 547,93 | |
| | | | | | | 873 CONTRIB SOLIDARITE | 99,04 | |
| IMPOSABLE | D | DEDUCTIBLE | S | SOUMIS | C | CSG ET RDS  R  RDS  F  FISC  TOTAL | 1 849,67 | 11 428,64 |

| CHARGES PATRONALES SECURITE SOCIALE | | | PRESTATIONS FAMILIALES, RETENUES ET COMPLEMENTS DIVERS | | | | | |
|---|---|---|---|---|---|---|---|---|
| CODE | LIBELLE DE LA RUBRIQUE | MONTANT | IMPOSABLE | PERIODE CONCERNEE | CODE | LIBELLE DE LA RUBRIQUE | A RETENIR | A PAYER |
| 839 CONTRIB EXCEPT CAS | | 11,51 | SC | | | 058 FOR COT AN ENERGIE | | 29,58 |
| 846 COTISATION CAS | | 65,82 | | | | 060 AN PART SIMPLE | | 1,42 |
| 870 COTISATION IVD | | 4 397,40 | SC SF | | | W64 AN ASSURANCE VIE | | 306,25 |
| | | | SC | | | W65 AN ASSURANCE DECES | | 149,91 |
| | | | | | | 768 REPRISE HORS F.P. | 485,74 | |
| TOTAL | | 4 474,73 | | | | TOTAL | 485,74 | 487,16 |

| CUMUL ANNUEL IMPOSABLE | | BASE COTIS SEC SOC AVANT NAT | BRUT IMPOSABLE DU MOIS | COTISATIONS DEDUCTIBLES DU MOIS | NET IMPOSABLE DU MOIS | SOMMES NON IMPOSABLES DU MOIS | TOTAL A RETENIR EN EUROS | TOTAL A PAYER EN EUROS |
|---|---|---|---|---|---|---|---|---|
| BRUT | 56 386,35 | | | | | | | |
| NET | 52 699,95 | | 10 294,39 | 737,28 | 9 557,11 | -1 110,97 | | 9 580,39 |

EDF 005181

**BULLETIN DE PAIE**
PERIODE: 01 06 2004/30 06 2004
PAYABLE LE 29 06 2004





| EMPLOI | ROUTAGE |
|---|---|
| DIRECTEUR | EG01296 |

JUIN  2004

| MODE DE PAIEMENT | CLASSEMENT | PROCHAIN ECHELON | MAJORAT RESIDENT |
|---|---|---|---|
| | G.F. | N.R. | ECH. | | |
| BANQUE | HC | | | | |

**EMPLOYEUR / ETABLISSEMENT**

ELECTRICITE DE FRANCE
BRANCHE AMERIQUES

900  AV MADERO
99415  BUENOS AIRES
APE: 401Z URSSAF: 75U0
N  SIRET: 55208131774351

**IDENTIFICATION DE L'AGENT**

EG: EG01296   TRI: ZZ   DUM: 650802   UO: 65080205T

MME  GAUJACQ CATHERINE        NNI-CONTRAT: C82417AA

10801 SYCANORE SPRINGS LAN
GREAT FALLS VA
USA 22066-ETATS UNIS

**NUMERO SECURITE SOCIALE**: 2 57 09 57 491 406



| TEMPS PLEIN DU PARTIEL | % REMUN ou HORAIRE HEBDO | NOMBRE D'HEURES DU MOIS | TAUX HORAIRE DU MOIS | POSITION PAR RAPPORT AU STATUT |
|---|---|---|---|---|
| PLEIN | | 151,67 | 46,02 | STATUTAIRE |

Sans indication particulière, tous les calculs et montants sont en euros

| TAUX HORAIRE | NOMBRE D'HEURES | BASE DE CALCUL | TAUX | POSABLE | PERIODE CONCERNEE | CODE ET LIBELLE DE LA RUBRIQUE | MONTANT A RETENIR | MONTANT A PAYER |
|---|---|---|---|---|---|---|---|---|
| | | | | SC SF | | 001 REMUNERATION BRUTE | | 6 980,00 |
| | | | | SC SF | | 030 GRAT FIN D'ANNEE | | 3 490,00 |
| | | | | | | 181 RET EGALISAT. FISC | 1 067,00 | |
| | | | | SF | | 575 IND MOB INTERNATIO | | 1 134,25 |
| | | | | SC SF | | U51 INDEMNITE DEGRESS | | 92,99 |
| | | | | | | 721 RET COT. CF ETRANG | 45,39 | |
| | | 3 837,80 | 0,30 | DF | | 839 CONTRIB EXCEPT CAS | 11,51 | |
| | | 10 470,00 | 0,186 | DF | | 842 COT IDCP ACCIDENT | 19,47 | |
| | | 3 837,80 | 1,715 | DF | | 846 COTISATION CAS | 65,82 | |
| | | 10 470,00 | 7,85 | DF | | 870 COTISATION IVD | 821,90 | |
| | | 9 904,00 | 1,00 | DF | | 873 CONTRIB SOLIDARITE | 99,04 | |
| | | | | | | **TOTAL** | 2 130,13 | 11 697,24 |

IMPOSABLE: D - DEDUCTIBLE: S - SOUMIS / C - CSG ET RDS: R - RDS: F - FISC

| CHARGES PATRONALES SECURITE SOCIALE | | | | PRESTATIONS FAMILIALES RETENUES ET COMPLEMENTS DIVERS | | | | |
|---|---|---|---|---|---|---|---|---|
| CODE | LIBELLE DE LA RUBRIQUE | MONTANT | | IMPOSABLE | PERIODE CONCERNEE | CODE | LIBELLE DE LA RUBRIQUE | A RETENIR | A PAYER |
| 839 CONTRIB EXCEPT CAS | | 11,51 | | SC | | 058 FOR COT AN ENERGIE | | 29,58 |
| 846 COTISATION CAS | | 65,82 | | | | 060 AN PART SIMPLE | | 1,42 |
| 870 COTISATION IVD | | 6 596,10 | | SC SF | | W64 AN ASSURANCE VIE | | 306,25 |
| | | | | SC | | W65 AN ASSURANCE DECES | | 149,91 |
| | | | | | | 768 REPRISE HORS F.P. | 485,74 | |
| **TOTAL** | | 6 673,43 | | | | **TOTAL** | 485,74 | 487,16 |

| CUMUL ANNUEL IMPOSABLE | BASE COTIS SEC SOC AVANT NAT | BRUT IMPOSABLE DU MOIS | COTISATIONS DEDUCTIBLES DU MOIS | NET IMPOSABLE DU MOIS | SOMMES NON IMPOSABLES DU MOIS | TOTAL A RETENIR EN EUROS | TOTAL A PAYER EN EUROS |
|---|---|---|---|---|---|---|---|
| BRUT  66 949,34 | | | | | | | |
| NET   62 245,20 | | 10 562,99 | 1 017,74 | 9 545,25 | -1 110,97 | | 9 568,53 |

EDF 005180

**BULLETIN DE PAIE**
PERIODE: 01 07 2004/31 07 2004
PAYABLE LE 30 07 2004





EMPLOI: DIRECTEUR



ROUTAGE: EG01296

**EMPLOYEUR / ETABLISSEMENT**

ELECTRICITE DE FRANCE
BRANCHE AMERIQUES

900   AV MADERO
99415  BUENOS AIRES
APE: 401Z  URSSAF: 75U0
N SIRET: 55208131774351

JUILLET  2004

MODE DE PAIEMENT: BANQUE
CLASSEMENT: G.F. HC / N.R. / ECH.
PROCHAIN ECHELON:
MAJORAT. RESIDENT:

**IDENTIFICATION DE L'AGENT**

EG: EG01296   TRI: ZZ   DUM: 650802   UO: 65080205T

MME   GAUJACQ CATHERINE        NNI-CONTRAT: C82417AA

10801 SYCAMORE SPRINGS LAN
GREAT FALLS VA
USA 22066-ETATS UNIS

NUMERO SECURITE SOCIALE: 2 57 09 57 491 406



| TEMPS PLEIN DU PARTIEL | % REMUN OU HORAIRE HEBDO | NOMBRE D'HEURES DU MOIS | TAUX HORAIRE DU MOIS | POSITION PAR RAPPORT AU STATUT |
|---|---|---|---|---|
| PLEIN | | 151,67 | 46,02 | STATUTAIRE |

Sans indication particulière, tous les calculs et montants sont en euros

| TAUX HORAIRE | NOMBRE D'HEURES | BASE DE CALCUL | TAUX | POSABLE | PERIODE CONCERNEE | CODE ET LIBELLE DE LA RUBRIQUE | MONTANT A RETENIR | MONTANT A PAYER |
|---|---|---|---|---|---|---|---|---|
| | | | | SC SF | | 001 REMUNERATION BRUTE | | 6 980,00 |
| | | | | SF | | 181 RET EGALISAT. FISC | 1 067,00 | |
| | | | | | | 575 IND MOB INTERNATIO | | 1 134,25 |
| | | | | SC SF | | U51 INDEMNITE DEGRESS | | 92,99 |
| | | 6 980,00 | 0,186 | DF | | 721 RET COT. CF ETRANG | 45,39 | |
| | | 3 837,80 | 1,715 | DF | | 842 COT IDCP ACCIDENT | 12,98 | |
| | | 6 980,00 | 7,85 | DF | | 846 COTISATION CAS | 65,82 | |
| | | 9 904,00 | 1,00 | DF | | 870 COTISATION IVD | 547,93 | |
| | | | | | | 873 CONTRIB SOLIDARITE | 99,04 | |

IMPOSABLE  D = DEDUCTIBLE  S = SOUMIS / C = CSG ET RDS  R = RDS F = FISC    TOTAL: 1 838,16 | 8 207,24

**CHARGES PATRONALES SECURITE SOCIALE**

| CODE | LIBELLE DE LA RUBRIQUE | MONTANT |
|---|---|---|
| 846 COTISATION CAS | | 65,82 |
| 870 COTISATION IVD | | 4 397,40 |
| | TOTAL | 4 463,22 |

**PRESTATIONS FAMILIALES - RETENUES ET COMPLEMENTS DIVERS**

| IMPOSABLE | PERIODE CONCERNEE | CODE | LIBELLE DE LA RUBRIQUE | A RETENIR | A PAYER |
|---|---|---|---|---|---|
| SC | | 058 | FOR COT AN ENERGIE | | 29,58 |
| | | 060 | AN PART SIMPLE | | 1,42 |
| SC SF | | W64 | AN ASSURANCE VIE | | 306,25 |
| SC | | W65 | AN ASSURANCE DECES | | 149,91 |
| | | 768 | REPRISE HORS F.P. | 485,74 | |
| | | | TOTAL | 485,74 | 487,16 |

| CUMUL ANNUEL IMPOSABLE | | BASE COTIS. SEC. SOC. AVANT NAT. | BRUT IMPOSABLE DU MOIS | COTISATIONS DEDUCTIBLES DU MOIS | NET IMPOSABLE DU MOIS | SOMMES NON IMPOSABLES DU MOIS | TOTAL A RETENIR EN EUROS | TOTAL A PAYER EN EUROS |
|---|---|---|---|---|---|---|---|---|
| BRUT | 74 022,33 | | | | | | | |
| NET | 68 592,42 | | 7 072,99 | 725,77 | 6 347,22 | -1 110,97 | | 6 370,50 |

EDF 005179

# EXHIBIT E-T

# PAY SLIP



| Employer |
|---|
| **ELECTRICITE DE FRANCE** |
| **Establishment** |
| EDF – DIRECTION INTERNATIONALE |
| 30, rue jacques Bert |
| 75 858 Paris Cedex 17 |

| Employee |
|---|
| Mrs. Catherine Gaujacq |
| Chalet les Patous |
| Rue du Rochas |
| 05100 Mongenevre |

| Reference | Social Security Number | GF | NR | GRADE | Next Grade | Housing Allowance |
|---|---|---|---|---|---|---|
| 03644L | 2 57 09 57 491 406 73 | | | HC | | 25.00 |

| Position | Monthly Hours | Month |
|---|---|---|
| General Delegate | 151.67 | August 2000 |

*Except as otherwise stated, all the calculations and figures are in Euros*

| Code | Concerned Period | Calculation Base | Rate | Amount to Pay | Amount to Deduct |
|---|---|---|---|---|---|
| 0010 | Statutory Employee Salary | | | 39,313.63 | |
| 1050 | Decreasing Indemnity *CH. U* | | | 3,550.00 | |
| 2280 | Ind. Loss of earnings Indemnity CJT | | | 5,259.68 | |
| 2360 | Indemnity *M.L.D.* | | | 6,388.47 | |
| 2370 | Cost-of-living Differential equalization | | | 7,395.63 | |
| 3350 | *Avant-Nature part simple* | | | 9.36 | |
| 4020 | Social Security long term mission | | | | 269,33 |
| 4030 | Contributions *C.A.S* | 22,785.00 | 1.715 | | 390.76 |
| 4050 | Retirement Contributions | 39,313.63 | 7.85 | | 3,086.12 |
| 4110 | Contributions *IDCP Accident* | 39,313.63 | 0.207 | | 81.38 |
| 4140 | Contribution *except Solidarite* | 58,349.15 | 1.00 | | 583.49 |
| 7300 | Tax Equalization Withholdings | | | | 6,894.00 |

WS0501.50068.1

# PAY SLIP



**Employer**
**ELECTRICITE DE FRANCE**

**Establishment**
EDF – DIRECTION
INTERNATIONALE
20 PLACE LA DEFENSE
92050 PARIS LA DEFENSE

**Employee**

Mrs. Catherine Gaujacq
10801 Sycamore Springs Lane
Great Falls, VA 22066
USA

| Reference | Social Security Number | GF | NR | GRADE | Next Grade | Housing Allowance |
|---|---|---|---|---|---|---|
| 03644L | 2 57 09 57 491 406 73 | | | HC | | 25.00 |

| Position | Monthly Hours | Month |
|---|---|---|
| Director | 151.67 | August 2002 |

*Except as otherwise stated, all the calculations and figures are in Euros*

| Category | Calculation Base | Rate | Amount to Pay | Amount to Deduct |
|---|---|---|---|---|

| Concerned Period | Calculation Base | Rate | Amount to Pay | Amount to Deduct |
|---|---|---|---|---|
| 0010 Statutory Employee Salary | | | 6,460.00 | |
| 1050 Decreasing Indemnity *CH. U* | | | 242.39 | |

WS0501.50075.1

| 2280 Loss of earnings Indemnity | | | | 816.32 | |
|---|---|---|---|---|---|
| 2360 Indemnity *M.L.D.* | | | | 1,049.74 | |
| 2361 Payment of the *M.L.D.* indemnity | | | | 14.62 | |
| 2370 Cost-of-living Differential equalization | | | | 1,111.41 | |
| 3350 *Avant-Nature part simple* | | | | 1.42 | |
| 4020 Social Security long term mission | | | | | 43.33 |
| 4030 Contributions *CAS* | 3,645.60 | 1.715 | | | 62.52 |
| 4050 Retirement Contributions | 6,460.00 | 7.85 | | | 507.11 |
| 4110 Contributions *IDCP Accident* | 6,460.00 | 0.207 | | | 13.37 |
| 4140 Contributions *except Solidarite* | 9,408.00 | 1.00 | | | 94.08 |
| 7300 Tax Equalization Withholdings | | | | | 1,005.00 |

| Payment Date | Payment Method | Banking domiciliation | | Net Amount to Pay |
|---|---|---|---|---|
| August 30, 2002 | VB | 10278  05190  00019232840 | | EUR 7,970.49 |

| Employer Social Security Costs | | | Month | Year |
|---|---|---|---|---|
| Entry title | Amount | Taxable Gross Amount | 9,694.48 | 90,161.00 |
| *C.A.S.* Employer's Part | 62.52 | Deductible Contribution | 677.08 | 5,629.81 |
| Employer's Part *IVD* | 3,811.40 | Taxable Net Amount | 9,017.40 | 84,531.19 |
| Total | | Fringe Benefits (Social Security Contributions basis) | 29.58 | 236.66 |

WS0501.50075.1

Pay Slip
Period: 05/01/2004-05/31/2004
Payable on: 05/28/2004



May 2004

| Position |
|---|
| Director |

Routing

EGO1296

Employer/Establishment

Electricite de France

Branch Americas

900 AVE MADERO
99415 BUENOS AIRES
APE: 401ZURSSAF: 7500
N. Siret: 55208131774351

| Payment method | Classification | | | Next Grade | Residence Allowance |
|---|---|---|---|---|---|
| Bank | GF | NR | GRADE | | |
| | HC | | | | |

| Employee Identification | | | |
|---|---|---|---|
| EG: EGO 1296 | TRI: ZZ | DUM: 600015 | UO:65080205T |
| Mrs. Catherine Gaujacq | | | |
| 10801 Sycamore Springs Lane | | NNI Contract: | C82417AA |
| Great Falls, VA 22066 | | | |
| USA | | | |

**Social Security Number**
2 57 09 57 491 406

| Employees classified in U further to a decision of President Roussely and of President Gadonneix, you are entitled to an increase of 2.4% of the national base salary from May 1, 2004. | Part time or Full time | % Rem or Weekly rem | Hours per month | Monthly Hourly rate | Position within the Statute |
|---|---|---|---|---|---|
| | Full time | | 151.67 | 46, 02 | Statutory |
| *Except as otherwise stated, all the calculations and figures are in Euros* | | | | | |

| Hourly Rate | Number of hours | Calculation Base | Rate | Taxable | Concerned Period | Code and entry title | Amount to deduct | Amount to pay |
|---|---|---|---|---|---|---|---|---|
| | | | | SC SF | | 001 Gross Remuneration | | 6,980.00 |
| | | | | | | 181 Retirement Tax Equalization | 1,067.00 | |
| | | | | SF | | 575 Ind. International mobility | | 1,134.25 |
| | | | | SC SF | | U51 Decreasing Indemnity | | 92.99 |
| | | | | SG SF | | 311 *Comp Disp. Encadrt* | | 3,221.40 |
| | | | | | | 721 Retirement contribution *CF Etrang* | 45.39 | |
| | | 3,837.80 | 0.30 | DF | | 839 Contribution *Except CAS* | 11.51 | |
| | | 6,980.00 | 0.186 | DF | | 842 Contribution *IDCP* Accident | 12.98 | |
| | | 3,837.80 | 1,715.00 | DF | | 846 Contributions *CAS* | 65.82 | |
| | | 6,980.00 | 7.85 | DF | | 870 Contributions *IVD* | 547.93 | |
| | | 9,904.00 | 1.00 | DF | | 873 Contribution *Solidarité* | 99.04 | |
| | | | | | | | 1,849.67 | 11,428.64 |

Taxable: D= Deductible  S = Subject to / C= CSG & RDS/ R=RDS/ F=Tax.

WS0501.50064.1

2.

| Employer social security costs ||| Family allowances- Withholdings and other payments ||||||
|---|---|---|---|---|---|---|---|---|
| Code | Entry title | Amount | Taxable | Relevant Period | Code | Entry title | Amount to deduct | Amount to pay |
| 839 | Contribution Except *CAS* | 11.51 | SC | | 058 | *FOR COT AN ENERGIE* | | 29.58 |
| 846 | Contributions *CAS* | 65.82 | | | | | | |
| 870 | Contributions *IVD* | 4,397.40 | | | 060 | *AN PART SIMPLE* | | 1.42 |
| | | | SC SF | | W64 | annual life insurance | | 306.25 |
| | Total | 4,474.73 | SC | | W65 | annual death insurance | | 149.91 |
| | | | | | 768 | *Reprise Hors F.P.* | 485.74 | |
| | | | | | | Total | 485.74 | 487.16 |

| Taxable Annual Accumulation || Social Security Contributions base before nationalization | Monthly Taxable Gross Amount | Deductible monthly contribution | Taxable Net Amount | Monthly non taxable amount | Aggregate amount to Deduct in Euros | Aggregate amount to pay in Euros |
|---|---|---|---|---|---|---|---|---|
| Gross | 56,386.35 | | | | | | | |
| Net | 52,699.95 | | 10,294.39 | 737.28 | 9,557.11 | (1,110.97) | | 9,580.39 |

WS0501.50064.1

Pay Slip
Period :06/01/2004-06/30/2004
Payable on: 06/29/2004



June 2004

| Position |
|---|
| Director |

Routing

EGO1296

Employer/Establishment

Electricite de France

Branch Americas

900 AVE MADERO
99415 BUENOS AIRES
APE: 401ZURSSAF: 7500
N. Siret: 55208131774351

| Payment method | Classification | | | Next Grade | Housing Allowance |
|---|---|---|---|---|---|
| *Bank* | GF | NR | GRADE | | |
| | HC | | | | |

| Employee Identification |
|---|
| EG: EGO 1296              TRI: ZZ       DUM: 600802        UO:65080205T |
| Mrs. Catherine Gaujacq |
| 10801 Sycamore Springs Lane                    NNI Contract:      C82417AA |
| Great Falls, VA 22066 |
| USA |

| Social Security Number | 2 57 09 57 491 406 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Part time or Full time | % Rem or Weekly rem | Hours per month | Monthly Hourly rate | Position within the Statute |
| | | | | Full time | | 151.67 | 46.02 | Statutary |
| | | | | *Except as otherwise stated, all the calculations and figures are in Euros* | | | | |
| Hourly Rate | Number of hours | Calculation Base | Rate | Taxable | Concerned Period | Code and entry title | Amount to deduct | Amount to pay |
| | | | | SC  SF | 001 Gross Renumeration | | | 6,980.00 |
| | | | | SC  SF | 030 End-of-year Bonus | | | 3,490.00 |
| | | | | | 181 Retirement Tax equalization | | 1,067.00 | |
| | | | | SF | 575  Ind. International mobility | | | 1,134.25 |
| | | | | SC  SF | U51  Decreasing Indemnity | | | 92.99 |
| | | | | | 721 Retirement contributions *CF Etrang* | | 45.39 | |
| | | 3,837.80 | 0.30 | DF | 839 Contributions *Except CAS* | | 11.31 | |
| | | 10,470.00 | 0.186 | DF | 842 Contributions *IDCP* Accident | | 19.47 | |
| | | 3,837.80 | 1.715 | DF | 846 Contributions *AS* | | 65.82 | |
| | | 10,470.00 | 7.85 | DF | 870 Contributions *IVD* | | 821.90 | |
| | | 9,904.00 | 1.00 | DF | 873 Contributions *Solidarite* | | 99.04 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | 2,130.13 | 11,697.24 |

Taxable: D= Deductible S = Subject to / C= CSG & RDS/  R=RDS/ F=Tax.

WS0501.50065.1

2.

| Employer social security costs | | |
|---|---|---|
| Code | Entry title | Amount |
| 839 | Contribution *Except CAS* | 11.31 |
| 846 | Contributions *CAS* | 65.82 |
| 870 | Contributions *IVD* | 6,596.10 |
| | Total | 6,673.43 |

| Family allowances- Withholdings and other payments | | | | | |
|---|---|---|---|---|---|
| Taxable | Relevant Period | Code | Entry title | Amount to deduct | Amount to pay |
| SC | | 058 | *FOR COT AN ENERGIE* | | 29.58 |
| | | 060 | *An part simple* | | 1.42 |
| SC SF | | W64 | annual life insurance | | 306.25 |
| SC | | W65 | annual death insurance | 485.74 | 149.91 |
| | | 768 | *Reprise Hors F.P.* | | 487.16 |
| | | | Total | 485.74 | |

| | Monthly Taxable Gross Amount | Deductible monthly contribution | Taxable Net Amount | Monthly non taxable amount | Aggregate amount to Deduct in Euros | Aggregate amount to pay in Euros |
|---|---|---|---|---|---|---|
| | 10,562,99 | 1,017.74 | 9,545.25 | (1,110.97) | | 9,568.53 |

| | Taxable Annual Accumulation | Social Security Contributions base before nationalization |
|---|---|---|
| Gross | 66,949.34 | |
| Net | 62,245.20 | |

WS0501.50065.1

**TRANSLATION**

Pay Slip
Period : 07/01/2004-07/31/2004
Payable on: 07/30/2004



July 2004

| Position |
|---|
| |
| Director |



EGO1296

| Employer/Establishment |
|---|
| Electricite de France |
| Branch Americas |
| 900 AVE MADERO |
| 99415 BUENOS AIRES |
| APE: 401ZURSSAF: 7500 |
| N. Siret: 55208131774351 |
| **Social Security Number** |
| 2 57 09 57 491 406 |

| Payment method | Classification | | | Next Grade | Housing Allowance |
|---|---|---|---|---|---|
| Bank | GF | NR | ECH | | |
| | HC | | | | |

| Employee Identification | | |
|---|---|---|
| EG: EGO 1296 | TRI: ZZ    DUM: 600015 | UO:65080205T |
| Mrs. Catherine Gaujacq | | |
| 10801 Sycamore Springs | NNI – Contract | C82417AA |
| Great Falls, VA 22066 | | |
| USA | | |

| Part time or Full time | % Rem or Weekly rem | Hours per month | Monthly Hourly rate | Position within the Statute |
|---|---|---|---|---|
| Full time | | 151.67 | 46.02 | Statutory |

*Except as otherwise stated, all the calculations and figures are in Euros*

| Hourly Rate | Number of hours | Calculation Base | Rate | Taxable | Concerned Period Code and entry title | Amount to deduct | Amount to pay |
|---|---|---|---|---|---|---|---|
| | | | | SC SF | 001 Gross Renumeration | | 6,980.00 |
| | | | | | 181 Retirement Tax Equalization | 1,067.00 | |
| | | | | SF | 575 Ind. International Mobility | | 1,134.25 |
| | | | | SC  SF | U51 Decreasing indemnity | | 92.99 |
| | | | | | 721 Retirement Contributions *CF Etrang* | 45.39 | |
| | | 6,980.00 | 0.186 | DF | 842 Contributions *IDCP* Accident | 12.98 | |
| | | 3,837.80 | 1.715 | DF | 846 Contributions *CAS* | 65.82 | |
| | | 6,980.00 | 7.85 | DF | 870 Contributions *IVD* | 547.93 | |
| | | 9,904.00 | 1.00 | DF | 873 Contributions *Solidarite* | 99.04 | |
| | | | | | | 1,838.16 | 8,207.24 |

Taxable: D= Deductible S = Subject to / C= CSG & RDS/ R=RDS/ F=Tax.

WS0501.50070.1

**TRANSLATION**

| Employer social security costs ||| Family allowances- Withholdings and other payments |||||| 
|---|---|---|---|---|---|---|---|---|
| Code | Entry title | Amount | Taxable | Relevant Period | Code | Entry title | Amount to deduct | Amount to pay |
| 846 | Contributions *CAS* | 65.82 | SC | | 058 | *FOR COT AN ENERGIE* | | 29.58 |
| 870 | Contributions *IVD* | 4,397.40 | | | 060 | *AN PART SIMPLE* | | 1.42 |
| | | | SC SF | | W64 | annual life insurance | | 306.25 |
| | Total | 4,473.36 | SC | | W65 | annual death insurance | | 149.91 |
| | | | | | 768 | *Reprise Hors F.P.* | 485.74 | |
| | | | | | | Total | 485.74 | 487.16 |

| Taxable Annual Accumulation || Social Security Contributions base before nationalization | Monthly Taxable Gross Amount | Deductible monthly contribution | Taxable Net Amount | Monthly non taxable amount | Aggregate amount to Deduct in Euros | Aggregate amount to pay in Euros |
|---|---|---|---|---|---|---|---|---|
| Gross | 74,022.33 | | | | | | | |
| Net | 68,592.42 | | 7,072.99 | 725.77 | 6,347.22 | (1,110.97) | | 6,370.50 |

WS0501.50070.1