# EXHIBIT F

Case 1:05-cv-00969-HHK  Document 104-7  Filed 10/16/2006  Page 1 of 7

PORTION OF EXHIBIT F
(Nadal Paystub, January 2004)
TO THE DE BOTHEREL
DECLARATION

FILED UNDER SEAL – PURSUANT
TO PROTECTIVE ORDER



# EXHIBIT F-T

PORTION OF EXHIBIT F-T
(Nadal Paystub, January 2004)
TO THE DE BOTHEREL
DECLARATION

FILED UNDER SEAL – PURSUANT
TO PROTECTIVE ORDER



| Employer | | | | | |
|---|---|---|---|---|---|
| Electricité de France | | Mr. NADAL CHRISTIAN | | | |
| | | CHEMIN DE LA BEGUE | | | |
| Establishment | | 78230 LE PECQ | | | |
| EDF – DIRECTION INTERNATIONALE | | | | | |
| 20 PLACE LA DEFENSE | | | | | |
| 92050 PARIS LA DEFENSE | | | | | |
| Reference | Social Security Number | GF | NR | GRADE | NEXT GRADE | M.R. |
| 03962V | 1 52 05 99 352 272 79 | HC | | | | |

| Position | Monthly Hours | Month |
|---|---|---|
| GROUP MEMBER (*Membre du Corps*) | 151.67 | December 2003 |

*Except as otherwise stated, all the calculations and figures are in Euros*

| Code | Category | Calculation Base | Rate | Amount to Pay | Amount to Deduct |
|---|---|---|---|---|---|
| 0010 | Statutory Employee Salary | | | 11,150.00 | |
| 0500 | End-of-year Bonus | | | 11,14.96 | |
| 2060 | Housing allowance | | | 1,760.00 | |
| 3010 | Family allowance | | | 2.29 | |
| 3050 | Reduced rate *ICFE* | | | 70.63 | |
| 3150 | Ind. P.R. Special Expenses | | | 11.43 | |
| 3350 | *Avant-Nature part simple* | | | 1.78 | |
| 4454 | *CSG* before business expenses deduction | 37.75 | 2.40 | 2.40 | .91 |
| 4455 | *CSG* after business expenses deduction | 13,893.56 | 2.40 | | 333.45 |
| 4433 | *RDS* before business expenses deduction | 37.75 | 0.50 | | .19 |
| 4439 | *RDS* after business expenses deduction | 13893.56 | 0.50 | | 69.47 |
| 4453 | *CSG* before business expenses deduction | 37.75 | 5.10 | | 1.93 |
| 4450 | *CSG* after business expenses deduction | 13,893.56 | 5.10 | | 708.57 |
| 4030 | Contributions *CAS* | 3,769.60 | 1.715 | | |
| 4035 | Contributions *except* CAS | 3,769.60 | 0.30 | | |
| 4050 | Retirement Contributions | 12264.98 | 7.85 | | |
| 4140 | Contributions *except Solidarite* | 9,728.00 | 1.00 | | 97.28 |
| 7040 | National Insurance Withholdings | | | | 276.56 |
| 7810 | Special benefit PBT | | | | 714.27 |

1

| Payment Date | Payment Method | Bank domicile | Net Amount to Pay |
|---|---|---|---|
| December 30, 2003 | VB | 13135 00080 04198888510 | EUR 10,867.70 |

| Employer social security costs ||
|---|---|
| Entry title | Amount |
| SS Medicare Empl. Stat. Ceiling | 1,427.47 |
| Family benefits Empl. Stat. Ceiling | 734.95 |
| C.A.S. Employer's Part | 75.96 |
| Work related accident | 42.40 |
| Employer's Part *IVD* | 7,481.63 |
| Total | 9,762.39 |

WS0501.50073.1