# EXHIBIT G

Ressources Humaines pour l'International

C

CONSEIL

# GUIDE DE GESTION DES AGENTS TRAVAILLANT A L'ETRANGER

EDF
GDF

# 1ERE PARTIE :

# CONSEQUENCES DE LA MISSION SUR LA SITUATION EN FRANCE

Chapitre 1 - **Spécificités à la mission de longue durée**

- Contrat de mission ..........
- Lettre de mission ..........
- Chef de mission ..........
- Organisation - Recrutement - Gestion ..........

Chapitre 2 - **Parcours professionnel - Réaffectation**

- Au départ ..........
- En cours de mission ..........
- Fin de mission ..........

Chapitre 3 - **Aide à la mobilité à l'international**

- Situation du conjoint EDF ou GDF de l'agent ..........
- Mesures d'incitation spécifiques ..........

Chapitre 4 - **Formalités - Dispositions en vue du départ**

- Argent ..........
- Bagages ..........
- Documents à emporter ..........
- Frais ..........
- Impôts France ..........
- Pièces d'identité obligatoires ..........
- Représentant en France ..........
- Scolarité ..........
- Sécurité Sociale ..........
- Vaccinations ..........
- Protection du patrimoine ..........

Chapitre 5 - **Logement en France**

- Le logement ..........
- Déménagement du mobilier en France ..........
- Avantages en nature ..........

REDACTED

## 2.3 - FIN DE MISSION

### 2.31 - CAS GENERAL

Pour favoriser la valorisation de la mobilité internationale dans le parcours professionnel, la Direction d'originè de l'agent - y compris le cas où elle n'est pas titulaire du contrat passé avec le client ou partenaire - définit outre les modalités de la gestion du suivi de carrière, les conditions de retour à EDF ou GDF.

A cet effet, il convient de marquer les différentes étapes de la mission par des actions facilitant l'exécution des engagements pris par la direction d'origine, ainsi :

- désignation d'un responsable - au sein de la direction d'origine - chargé du suivi de l'activité professionnelle à l'étranger en vue de la préparation de la réaffectation tenant compte des compétences acquises et des attentes et des souhaits exprimés par l'agent.
- entretien initial avant le départ.
- mise en place de liaisons entre ce responsable et la direction titulaire du contrat qui s'engage à l'informer régulièrement du déroulement de la mission.
- entretien bilan, si possible annuel, au plus tard 6 mois avant le retour.

### 2.32 - CAS PARTICULIER

#### 2.32-1 L'INTERRUPTION DE LA MISSION

**1° A la demande de l'agent**

Principe :
Par son acceptation des conditions portées au contrat de mission de longue durée, l'agent s'engage à exécuter sa mission jusqu'à son terme convenu.

Le retour anticipé ne peut donc revêtir qu'un caractère exceptionnel et doit être motivé par des impératifs graves (par exemple : état de santé, insécurité).

En tout état de cause, le retour ne peut avoir lieu qu'après accord écrit sauf cas de force majeure empêchant les communications nécessaires.

Si la prolongation par accord réciproque est prévue au contrat de mission de longue durée, il appartient à l'agent sous réserve du respect d'un préavis minimum de 3 mois d'informer la direction titulaire du contrat de son intention de ne pas prolonger sa mission.

2° **A la demande de la direction titulaire du contrat**

Il peut être mis fin à tout moment à la demande de cette direction à une mission de longue durée si l'intérêt d'EDF ou de GDF, de leurs clients ou partenaires l'exige ou pour toute autre raison justifiée.

Le rapatriement intervient sous réserve du respect d'un préavis de 3 mois auquel il peut être dérogé en cas de force majeure (exemples : insécurité, résiliation du contrat conclu entre EDF ou GDF et ses partenaires, état de santé de l'intéressé, difficultés particulières, etc...).

Dès sa réintégration en France, l'agent perçoit le traitement de base correspondant à son classement personnel, à l'exception des indemnités et avantages liés au séjour à l'étranger.

En outre, il ne sera versé aucune indemnité compensatrice lorsque la durée prévue de la mission est écourtée quel qu'en soit le motif. Les difficultés pouvant résulter d'un retour anticipé feront l'objet d'un examen tout particulier (ex : logement).

2.32-2 LA MISE EN INACTIVITE

REDACTED

# EXHIBIT G-T

**Human Resources for Employees Working Abroad**

[logo] C

# MANAGEMENT GUIDE FOR AGENTS WORKING ABROAD

**RECOMMENDATION**

**EDF**
**GDF**

# PART ONE

# CONSEQUENCES OF THE MISSION ON THE SITUATION IN FRANCE

**CHAPTER ONE - Characteristics of the Long-Term Mission**

- Mission Contract

- Mission Letter

- Mission Director

- Organization – Recruitment – Management

**Chapter Two – Career Development – Reassignment**

- Upon Departure

- During Mission

- End of Mission

**CHAPTER THREE – Assistance in International Relocation**

- Situation of the spouse of the EDF or GDF agent

- Specific incentive measures

**Chapter Four – Formalities – Arrangements for departure**

- Money
- Luggage
- Accompanying documents
- Expenses
- French Taxes
- Required identification documents
- Representatives in France
- Education
- Social Service Benefits
- Vaccinations
- Asset Protection

**Chapter Five – Accommodation in France**

- Accommodation
- Moving furniture in France
- Fringe Benefits

[stamp in English: REDACTED]

**2.3 End of the Mission**

**2.31 GENERAL CASE**

In order to encourage the promotion of international mobility as part of career development, the agent's home management -- including cases where said management is not the holder of the agreement signed with the client or partner -- in addition to defining the terms of career management, defines the terms for the return to EDF or GDF.

Therefore, it is appropriate to mark the various stages of the mission with actions that facilitate the performance of the commitments made by the home management. Thus:

- The appointment of a person in charge - within the home management– entrusted with the supervision of the professional activities abroad, in order to prepare the reassignment taking account of the qualifications acquired, the expectations and the wishes expressed by the agent.

- A pre-departure interview.

- Establishing contacts between this person in charge and the management that is the holder of the contract, which undertakes to regularly inform him/her of the progress of the mission.

- An evaluative discussion, if possible annually, at the latest 6 months before the return.

**2.32 SPECIFIC CASE**

2.32-1 INTERRUPTION OF THE MISSION

**1. At the request of the agent**

Principle

By accepting the conditions set forth in the long-term mission contract, the agent undertakes to fulfill his/her mission until the agreed expiration thereof.

Any premature return may therefore only be deemed exceptional, and must be justified by serious necessities (e.g. health condition, unsafe conditions).

In any event, the return may only take place following a written approval, except in cases of *force majeure* preventing necessary communications.

If a mutually agreed upon extension is provided for in the long-term mission contract, the agent, subject to compliance with a prior notice of at least 3 months, shall inform the management holding the contract of his/her intention to refrain from extending his/her mission.

**2. At the request of the management holding the contract**

A long-term mission may be terminated at any time upon the request of said management, if the interest of EDF or GDF, its clients or partners requires it, or for any other justifiable reason.

Repatriation is subject to compliance with a 3-month advance notice which may be disregarded in the event of *force majeure* (such as unsafe conditions, termination of the agreement between EDF or GDF and its partners, health condition of the interested party, specific problems, etc.)

Upon reintegration in France, the agent shall receive the base salary corresponding to his/her personal classification, with the exception of the compensation and benefits in connection with his/her stay abroad.

In addition, no compensatory indemnity shall be paid when the stipulated duration of the mission is shortened for any reason whatsoever. Problems that may arise from a premature return shall be subject to close review (e.g. accommodation).

2.32-2 INTERRUPTION OF ACTIVITY

[stamp in English: REDACTED]