# EXHIBIT H

DÉLÉGATION AUX CADRES DIRIGEANTS
POUR ÉLECTRICITÉ DE FRANCE
DÉLÉGATION AUX CADRES DIRIGEANTS
DU GROUPE GAZ DE FRANCE

DÉPARTEMENT PERSONNEL DE DIRECTION



VOS RÉF. :

NOS RÉF. :

INTERLOCUTEUR :

OBJET :

## CERTIFICAT DE TRAVAIL

La société EDF-SA dont le siège social est situé 22-30 avenue de Wagram à Paris 8ème
immatriculée au Registre du Commerce et des Sociétés sous le numéro 55208131749502

Certifie que Madame Catherine GAUJACQ

Demeurant :    10801 Sycamore Springs Lane

GREAT FALLS VA 22066

ETATS UNIS

Numéro Sécurité Sociale : 2 57 09 57 491 406

a été employée dans l'entreprise en qualité de :

| Fonction | Date de Début | Date de Fin |
|---|---|---|
| Ingénieur Stagiaire | 1er Septembre 1980 | 31 Août 1981 |
| Ingénieur Jeune Cadre | 1er Septembre 1981 | 30 Mai 1982 |
| Ingénieur de Sûreté et de Radioprotection | 1er Juin 1982 | 31 Octobre 1983 |
| Attachée au chef de centrale | 1er Novembre 1983 | 30 Juin 1984 |
| Adjoint au chef de service Préparation | 1er Juillet 1984 | 31 Décembre 1984 |
| Adjoint au chef du Service Moyens | 1er Janvier 1985 | 31 Mars 1986 |
| Chef du Service Moyens | 1er Avril 1986 | 31 Août 1988 |
| Chef du Service Travaux | 1er Septembre 1988 | 30 Juin 1990 |
| Inspecteur au Service Central de la Production Thermique | 1er Juillet 1990 | 30 Avril 1992 |
| Chef de Centrale | 1er Mai 1992 | 30 Avril 1994 |

32, RUE DE LISBONNE - 75008 PARIS - TÉL. : 01 40 42 22 22 - FAX : 01 42 25 78 15 - TÉLEX : 641 125
EDF R C S PARIS B 552 081 317 - GDF R.C.S PARIS B 542 107 651

1/2

EDF 000231

| | | |
|---|---|---|
| Directeur de l'Unité « CNPE » de Penly | 1$^{er}$ Mai 1994 | 31 Juillet 2000 |
| Délégué Général pour les EU et le Canada à la direction internationale | 1$^{er}$ Août 2000 | 31 Juillet 2002 |
| Directeur USA/Canada de la Branche Amérique | 1$^{er}$ Août 2002 | 31 Juillet 2004 |
| Chargé de mission | 1$^{er}$ Août 2004 | 7 Janvier 2005 |

Fait à Paris

Le 09 Février 2005

Signature de l'employeur

2/2

EDF 000232

# EXHIBIT H-T

EXECUTIVE MANAGEMENT DEPARTMENT
FOR ELECTRICITÉ DE FRANCE

[Letterhead of EDF-GDF]

EXECUTIVE MANAGEMENT
DEPARTMENT OF GROUPE GAZ
DE FRANCE

DEPARTMENT OF HUMAN RESOURCES
FOR MANAGEMENT


**WORK CEFTIFICATE**


The company EDF-SA, having its head office at 22-30 avenue de Wagram in Paris 8ième and registered with the Commercial and Corporate Registry under number 55208131749502

Certifies that Madame Catherine GAUJACQ
Residing at:    10801 Sycamore Springs Lane
               GREAT FALLS VA 22066
               UNITED STATES
Social Security Number 2 57 09 57 491 406


has been employed with the company as :


| Position | Start | End |
|---|---|---|
| Engineer *Stagiaire* | September 1, 1980 | August 31, 1981 |
| Engineer Junior Executive | September 1, 1981 | May 30, 1982 |
| Engineer to the Safety and Radioprotection | June 1, 1982 | October 31, 1983 |
| Station Chief's Assistant | November 1, 1983 | June 30, 1984 |
| Assistant to the Chief of the Preparation Unit | July 1, 1984 | December 31, 1984 |
| Assistant to the Chief of the Resources Unit | January 1, 1985 | March 31, 1986 |
| Resources Unit Chief | April 1, 1986 | August 31, 1988 |
| Construction Unit Chief | September 1, 1988 | June 30, 1990 |
| Inspector to the Central Department of Heat  Production | July 1, 1990 | April 30, 1992 |
| Station Chief | May 1, 1992 | April 30, 1994 |

| | | |
|---|---|---|
| Station Chief Director of the Unit "CNPE" of Penly | May 1, 1994 | July 31, 2000 |
| General delegate for the United States and Canada to the International Direction | August 1, 2000 | July 31, 2002 |
| Director USA/Canada of the Branch Americas | August 1, 2002 | July 31, 2004 |
| *Chargée de mission* | August 1, 2004 | January 7, 2005 |

Done in Paris
February 9, 2005

Employer's Signature