## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

### AMENDED NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that a portion of Exhibit F (an attachment to the Declaration of Patrick De Botherel), and Exhibits 27, 30 and 66, (attachments to Defendants' Statement Pursuant to FRCP 56.1 and Local Rule 7(h)), together with their translations have been filed as Sealed Attachments in paper format with the Court. These documents are not available for public viewing.

**NANCY MAYER-WHITTINGTON**

Clerk

October 16, 2006

Case 1:05-cv-00969-HHK    Document 105    Filed 10/16/2006    Page 2 of 2