## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Exhibits to Defendants' Statement Pursuant to FRCP Rule 56.1 and Local Rule 7(H) and Exhibits filed under seal pursuant to protective order by federal express and mail upon:

>Elaine Charlson Bredehoft
>CHARLSON BREDEHOFT & COHEN, P.C.
>11260 Roger Bacon Drive
>Suite 201
>Reston, Virginia 20190
>(703) 318-6800
>
>*Attorney for Plaintiff*
>
>David Clark, Esq.
>Morgan Hodgson, Esq.
>Kathleen Teale, Esq.
>Steptoe & Johnson LLP
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>
>*Attorney for Christian Nadal*

_____
KAREN McKINNON-LIPSETT

Dated: October 16, 2006