IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., | ) |
| Defendants. | ) |

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELECTRICITÉ DE FRANCE )<br>INTERNATIONAL NORTH AMERICA, )<br>INC., et al., )<br>)<br>Defendants. )<br>) | No. 1:05CV0969 (JGP) |

Excerpts from the March 16-17, 2006

Deposition of CATHERINE GAUJACQ,

Plaintiff.

Excerpts from Deposition of Catherine Gaujacq
March 16-17, 2006

**79:4-80:3**

4   A.   Mr. Nadal discriminated me through a
5  meeting on July 12 when he asked to bring, I don't
6  know what kind of documents, at the office in a very
7  demeaning tone.
8        He was almost threatening me. To show you
9  how this happened, to ask about the documents,
10 that's what it is. And you've got to bring this
11 document here. Otherwise. That's what he did.
12           MS. BREDEHOFT:  Let the record
13 show --
14 BY MS. HOGUET:
15    Q.   What did you say when Mr. Nadal said that?
16           MS. BREDEHOFT:  Let the record
17 reflect --
18    A.   Nothing.
19           MS. BREDEHOFT:  Excuse me, stop.
20         Let the record reflect that Ms. Gaujacq
21 stood up, leaned over the table, pointed her finger
(Page 80)
1  in the face of Ms. Hoguet and spoke in a menacing
2  tone of voice mimicking what Mr. Nadal did to
3  Ms. Gaujacq


**161:8-16**

8    Q.   Was the lunch pleasant, as far as you were
9  concerned?
10   A.   Yes.
11   Q.   Was he rude to you?
12   A.   No.
13   Q.   Did he discriminate against you?
14   A.   No.
15   Q.   Did he harass you in any way?
16   A.   No.


**272:16-273:9**

16   Q.   Just so I know, EDF branch Americas
17 executive vice-president, at the time that was
18 Mr. Ponasso, correct?
19   A.   Yes.
20   Q.   And EDF energy branch France executive

1

Excerpts from Deposition of Catherine Gaujacq
March 16-17, 2006

    21  vice-president to whom she reports regularly, is
(Page 273)
    1  that Mr. Lescoeur?
    2     A.  Yes.
    3     Q.  And did you report regularly to
    4  Mr. Lescoeur at that time?
    5     A.  Yes.  I would report in my position as
    6  president of EDFINA to a lot of people, depending on
    7  the project, and since we had the project with
    8  NuStart going on, I would report very regularly to
    9  him.


**299:3-13**

    3     A.  I had a call early June, I would guess,
    4  but it's only a guess, on or around June 3 or June 2
    5  or maybe even May 31 and that was my -- and
    6  Christian Nadal called me at home and did ask for
    7  all the business relations and -- the phone call I'm
    8  talking about is one in which he asked for all the
    9  business contacts that I had.
    10        I recall him telling me, well, I have to go
    11  to a meeting.  I was asked by the chairman to go to
    12  a meeting in Aspen, Colorado and I want you to
    13  prepare all these information.


**308:16-309:9**

    16    Q.  In response to the request Mr. Nadal made
    17  on June 5 on the telephone, did you provide him with
    18  anything in addition to exhibit 51?
    19    A.  He had access to all the EDFINA
    20  information.
    21    Q.  He had asked you to provide contact
(Page 309)
    1  information, list of business contacts, correct?
    2     A.  Yes.
    3     Q.  My question is did you give him anything
    4  in addition to exhibit 51?
    5     A.  I never had the opportunity to do so.
    6     Q.  Is the answer no, you didn't?
    7     A.  My answer is I never had the opportunity
    8  to do so because the last time I met with Mr. Nadal
    9  was on July 12.

2

Excerpts from Deposition of Catherine Gaujacq
March 16-17, 2006

**310:9-311:19**

9   On June 11 were you in Florida still?
10  A. No.
11  Q. Do you know where you were?
12  A. I was at the office.
13  Q. Did Mr. Dreux speak to you that day in the
14 office?
15  A. Mr. Dreux aggressed me at the office at
16 this time.
17  Q. What did he say to you?
18  A. I just came back at the office and had
19 some checks to sign for the accounting and just came
20 over and told me you cannot sign these checks. You
21 are not authorized any more. He was really stressed
(Page 311)
1 for a reason I ignored.
2      So he took the checks I was about to sign
3 and then went to the secretary's office to void them
4 or rip them or whatever and I said what's going on?
5 He did refuse to talk to me. That's my recollection
6 of the facts.
7      There were witnesses of this event and I
8 really didn't understand why he was that aggressive.
9      Even told me now that you are a colleague
10 you should talk to me differently and I told him the
11 respect I have for people is the same, whatever
12 their rank.
13     Well, I was really shocked by what had
14 happened. The other employees present were kind
15 of -- also did not understand what was going on and
16 I thought the best way to solve the issue -- well, I
17 mean, business had to go along, was just to tell
18 Christian what was going on and to ask him to change
19 what was a mistake.


**333:3-335:12**

3   A. When I learned about his going to the
4 meeting in Pittsburgh and I learned that from Jon
5 Luc Foret I felt it was not a good business decision
6 to have three persons from the office attending the
7 same meeting.
8      I was almost ready to not going there
9 because I really felt that three persons were way

3

Excerpts from Deposition of Catherine Gaujacq
March 16-17, 2006

10 too much and I was also amazed during this
11 conversation with Jon Luc Foret because I had called
12 him to make the arrangements for our meeting going
13 to Pittsburgh because I was to be the driver for Jon
14 Luc Foret and I had some repairs to do on the
15 company's car, the HVAC, and it was only June and I
16 told him you are going to be happy, the HVAC is
17 repaired and he tells me no, I'm not going with you.
18 Christian Nadal is going to the meeting and he wants
19 me to drive there with him. So I'm not coming with
20 you.
21       That was also something -- I said, well, too
(Page 334)
1 bad, let's go.
2   Q. Who was going to drive to Pittsburgh with
3 Christian Nadal?
4   A. Jon Luc Foret.
5   Q. You were now going to have to come
6 independently, is that correct, to Pittsburgh?
7   A. The first arrangement for this meeting,
8 neither Jon Luc Foret nor I knew that Christian
9 Nadal was coming to this meeting.
10       Jon Luc Foret learned about it and I did not
11 learn about it because Christian Nadal didn't tell
12 me anything about coming to my meeting.
13       I learned of his coming to the meeting from
14 Jon Luc Foret and at this time -- and I was in
15 Orlando at the meeting -- I recall calling Jon Luc
16 to make sure that the arrangements were okay. I was
17 supposed to be the driver there and Jon Luc Foret
18 was to come with me.
19       I had the Jeep, a white car, and there was
20 this HVAC issue in June which I can't understand the
21 problem, so I was -- I was happy to let him know
(Page 335)
1 that we would have some comfort to ride there with
2 the car.
3       In the mean time Jon Luc Foret tells me no,
4 the arrangement are not those. Christian Nadal is
5 coming to the meeting.
6       He is also coming to the meeting in Leon,
7 France and to go to Pittsburgh, he does not want me
8 to come with you. He wants to come -- he wants me
9 to come with him.
10      And so I was left by myself.
11   Q. To get there on your own?

4

Excerpts from Deposition of Catherine Gaujacq
March 16-17, 2006

12   A.   Yes.

**361:19-363:6**

19   A.   Yes. That's when it became pretty clear
20   how Christian Nadal was discriminating against me.
21   Whatever I would do to try to please him, I would
(Page 362)
1   not.
2         Obviously he was doing fine with the other
3   males at the office, with Jon Luc Foret and with
4   Benoit Dreux and he was -- there was really nothing
5   I could do about what was going on. I did send this
6   e-mail on July 9.
7   Q.   The individual to whom you were comparing
8   yourself here is Benoit Dreux, is that correct?
9   A.   I'm not comparing. I'm just -- well, I
10  just understood if I still had some doubts that I
11  benefitted from a very special treatment from
12  Mr. Nadal and that the other guys in the office, the
13  other officers of the office did not benefit from
14  the same treatment.
15        Benoit Dreux, because he had this letter,
16  all the other VP in California because he did not
17  receive any letter at all.
18  Q.   You and Mr. Dreux were vice-presidents,
19  correct?
20  A.   Yes.
21  Q.   He gave some authority to Mr. Dreux --
(Page 363)
1   A.   He gave all his authority to Mr. Dreux.
2   Q.   Which he withdrew from you, correct?
3   Mr. Dreux had some authority -- as a result of these
4   two letters Mr. Dreux had more authority than you
5   did, correct?
6   A.   I had no authority.

**365:21-366:15**

21  Q.   So there were two officers who were
(Page 366)
1   vice-presidents, is that correct, yourself and
2   Mr. Dreux?
3   A.   When?

5

4  Q. On June 18, 2004.
5  A. Yes.
6  Q. What happened here was that Mr. Nadal took
7 some authority away from you which Mr. Dreux had,
8 correct?
9  A. I understood that Mr. Nadal was removing
10 me from any authority or job or work or whatever
11 while he was giving the full authority to Mr. Dreux.
12  Q. That is what you are complaining about,
13 correct?
14  A. Yes. That was not the only thing I was
15 complaining about on this exhibit 60.


**376:21-377:8**

21      Throughout the meeting on July 9 Christian
(Page 377)
1 Nadal said something about a contract and that's the
2 contract with Mr. Walter Nolan saying well, it's
3 really serious, you know, and he was talking about
4 information that were in EDFINA's possession would
5 he only have asked for and I was really worried and
6 the auditors were too because when they left, and
7 they told me the biggest thing we're going to write
8 on this audit is there was no wrongdoing.


**390:14-391:3**

14  Q. There was part of the meeting that was
15 just between you and Nadal and part of it Christian
16 Nadal asked Jon Luc Foret to come in, is that
17 correct?
18  A. Yes.
19  Q. How long was the part that was just
20 between you and Mr. Nadal last?
21  A. I don't recall.
(Page 391)
1  Q. Was it five minutes or an hour? Can you
2 give me some estimate?
3  A. No.

Excerpts from Deposition of Catherine Gaujacq
March 16-17, 2006

**391:18-392:9**

18   Q.  I want you to tell me if you can what he
19 said to you, as close as you can remember, what
20 words he used when he spoke to you, one thing at a
21 time.
(Page 392)
 1      What did he say to you?
 2   A.  The only thing I recall today, now, that
 3 we are speaking is when he jumped out of his office
 4 where he was sitting and he tells me I'm the General
 5 Delegate of EDFINA and you have to comply to my
 6 orders or you are going to have to, you know.
 7      That's the only thing I recall from this
 8 meeting.  That's the only thing I recall from this
 9 meeting.


**392:2-6**

 2   A.  The only thing I recall today, now, that
 3 we are speaking is when he jumped out of his office
 4 where he was sitting and he tells me I'm the General
 5 Delegate of EDFINA and you have to comply to my
 6 orders or you are going to have to, you know.


**394:12-395:2**

12   Q.  He says that he asked you to do certain
13 things and I just want to go over them and find out
14 if you can confirm that those are things he asked
15 you to do.
16      The first one, number one, is return to the
17 EDFINA office before you leave on vacation tomorrow
18 evening all documents and information of any nature
19 about the premium 2015 NuStart project.
20      Did he ask you to do that?
21   A.  I recognize the e-mail.  Yes, he did.
(Page 395)
 1   Q.  Thank you.
 2   A.  He did, yes.  He did it, you know.

7

Excerpts from Deposition of Catherine Gaujacq
March 16-17, 2006

**419:15-420:2**

15  Q. In which he said to you that there
16  are -- what are QA's? Is that quality assurance.
17  There are QA and security issues and you'll have to
18  answer some questions.
19  A. Yes.
20  Q. Mr. Dubois told you there's no wrongdoing
21  but there are quality and security issues and you
(Page 420)
1  will have to answer questions, correct?
2  A. Yes.


**472:14-475:18**

14  Q. I want to recap your contacts with
15  Mr. Nadal. I think the first one is in February, is
16  it the 25th 2004?
17  A. Yes.
18  Q. A two hour lunch and meeting in the
19  office?
20  A. Yes.
21  Q. Lunch at the Mayflower I think you said?
(Page 473)
1  A. Yes.
2  Q. Pleasant, I think you said.
3  A. Business-like.
4  Q. Nothing untoward?
5  A. Yes.
6  Q. You did not meet him again until the 12th
7  of July, is that correct?
8  A. That's correct.
9  Q. I don't think we know exactly how long
10  that lasted but it was less than two hours
11  certainly?
12  A. Yes.
13  Q. Less than an hour?
14  A. No. I think it was more.
15  Q. More than an hour?
16  A. More than an hour, yes.
17  Q. This was the two part meeting where part
18  of it was you and Mr. Nadal and part was you and
19  Mr. Nadal and Jon Luc Foret, is that correct?
20  A. That's not this meeting we are talking
21  about. You are talking about February?

8

Excerpts from Deposition of Catherine Gaujacq
March 16-17, 2006

(Page 474)
 1   Q.  No, July 12.
 2   A.  Excuse me. I thought you were talking
 3  about the February meeting.
 4   Q.  I didn't mean to confuse you. February 25
 5  is the first meeting, two hour lunch, meeting in the
 6  office and lunch at the Mayflower.
 7   A.  Yes.
 8   Q.  Then I think you didn't meet him again
 9  until the 12th of July.
10   A.  We had some phone conversation as you may
11  know and e-mails.
12   Q.  We'll get to that. I'm talking about in
13  person meetings.
14   A.  Yes.
15   Q.  You didn't meet him person to person even
16  though theoretically you are working in the same
17  place, you didn't meet him again until the 12th of
18  July, is that right?
19   A.  From the information we get, you know, he
20  made sure he wouldn't meet with me. I think it was
21  on purpose because as for me, I was working, you
(Page 475)
 1  know, I was working at the office and there was
 2  nothing.
 3   Q.  A simple question. You did not meet him
 4  again between, face to face, between February 25 and
 5  July 12, is that correct?
 6   A.  That's my recollection, yes.
 7   Q.  Tell me any subsequent face to face
 8  meetings you had with Mr. Nadal after July 12?
 9   A.  None.
10   Q.  Never?
11   A.  No.
12   Q.  If I've got it right, the sum total of
13  your personal face to face interaction with
14  Mr. Nadal is less than three hours?
15   A.  I would say so.
16   Q.  How many telephone conversations did you
17  have with Mr. Nadal?
18   A.  Five or six, I would say.

9

Excerpts from Deposition of Catherine Gaujacq
March 16-17, 2006

**483:9-13**

9    A.  My recollection is that the auditor said
10  there are some contracts we couldn't find any
11  related documentation and specifically
12  talked -- they specifically talked about two
13  contracts. One was a contract for Mr. Walter Nolan

**484:5-8**

5   talked about the -- the auditors talked about the
6   issue of the contracts, they had not asked me during
7   my own interview and Mr. Nadal over the phone said
8   oh, this is very serious.

**507:13-508:8**

13   Q.  How do you know Mr. Nadal or how do you
14  believe Mr. Nadal is the one who cancelled your
15  credit cards?
16   A.  Because he was an officer of the company
17  and was the one with the power to cancel those
18  cards.
19   Q.  Does anyone else have that power?
20   A.  I understand from the documents that
21  Benoit Dreux had also that power.
(Page 508)
1    Q.  So it could have been Benoit Dreux that
2   cancelled your credit cards?
3    A.  That's a possibility.
4    Q.  Did you ever ask Mr. Nadal if he cancelled
5   your credit cards?
6    A.  I never spoke to Mr. Nadal.
7    Q.  Again?
8    A.  Again.

**508:9-18**

9    Q.  When was the last time you spoke to him by
10  phone?
11   A.  By phone or by --
12   Q.  Or e-mail. Well, phone, communicated with
13  him in person by phone?

10

Excerpts from Deposition of Catherine Gaujacq
March 16-17, 2006

14   A.  In person by phone?  The last time I
15 communicated in person with him was on July 12.
16   Q.  And you didn't have any telephone
17 conversations with him after that?
18   A.  Not that I recall.


**511:2-17**

2   A.  I was asking Jon Luc Foret who was my
3 direct report if he had other directions from EDF,
4 EDFINA as for my attendance to the conference call
5 and the management committee meeting.  That's what I
6 understand.
7   Q.  You're asking him but Mr. Nadal has
8 already told you not to attend?
9   A.  I told you that I didn't want to speak or
10 hear to Mr. Nadal.
11   Q.  Or listen?
12   A.  Or listen, that's for sure, yes.  That's
13 why I had all this information sent to Mr. Ponasso
14 and Mr. LaRoche.
15   Q.  And you were going to ignore any
16 directions that you received?
17   A.  From Mr. Nadal, yes.

11

## ERRATA PAGE OF DEPONENT

### March 16, 2006 Deposition of Catherine Gaujacq

| Page | Line | Correction | | Reason For Change |
|---|---|---|---|---|
| 36 | 3 | It is | It is not | Misunderstanding of the question |
| 38 | 12 | Francois | Francis | name spelling |
|  | 13 | Toll | Houtoulle | name spelling |
| 40 | 7 | Yamocks | La Maxe | name spelling |
| 41 | 2 | Penlee | Penly | name spelling |
| 41 | 6 | Lamocks | La Maxe | name spelling |
| 41 | 8 | Penlee | Penly | name spelling |
| 41 | 12 | Lamocks | La Maxe | |
| 41 | 20 | Penlee | Penly | |
| 42 | 5 | Penlee | Penly | |
| 42 | 20 | Penlee | Penly | |
| 44 | 8 | I'm used to | I have been | |
| 45 | 8 | Penlee | Penly | |
| 45 | 16 | Francois Denny | Francois Denis | name spelling |
| 46 | 1 | Penlee | Penly | |
| 47 | 1 | he had | EDF had | clarification |
| 48 | 16 | Parlee | Penly | |
| 49 | 6 | Penlee | Penly | |
| 49 | 17 | Penlee | Penly | |
| 53 | 11 | Herbat | Herbin | |
| 53 | 18 | I worked in the | he worked as a | |
| 54 | 6 | Urban | Herbin | |
| 54 | 17 | Bussar | Boussard | |
| 55 | 5 | Herbat | Herbin | |
| 55 | 8 | I don't recall his name right now | Olivier Carret | clarification |
| 55 | 17 | Mr. Adar is an | Mr Nadal has an | clarification |
|  | 18 | contractor | contract of | clarification |
| 58 | 1 | John Louie Jolliet | Jean-Louis Jolliot | |
| 61 | 5 | Louie Caperan | Loic Caperan | |
| 61 | 8 | including | with | clarification |
| 61 | 13 | Bokallstrand | Bo Kallstrand | |
| 62 | 2 | Bokallstrand | Bo Kallstrand | |
| 66 | 4 | 2003 | 2002 | clarification |
| 66 | 7 | Bokallstrand | Bo Kallstrand | |
| 66 | 11 | Tujerock was there as CEO | Creuzet was there as COO | clarification |
| 67 | 10 | Calstrom | Kallstrand | |
| 74 | 15 | Najabar | Adja Ba | |
| 74 | 17 | Alexander Rodier | Alexandre Audie | |
| 88 | 9 | Pierre Baumgarten | Fernando Ponasso | |

| Page | Line | Original | Correction |
|---|---|---|---|
| 90 | 21 | Louie Rovarsee | Louis Roversi |
| 91 | 4 | Louie Rovarsee | Louis Roversi |
| 97 | 9 | and early 2004 and early 2000 | early 2003 and early 2004 clarification |
| 113 | 10 | Francois Metias from John Louie | Francois Metais from Jean-Louis |
| 114 | 13 | Metias | Metais |
| 114 | 14 | Metias | Metais |
| 114 | 15 | Metias | Metais |
| 120 | 14 | the have national | the international |
| 123 | 20 | Exactly, yes. | Exact, the notes were not written in February 2004 |
| 124 | 15 | Asian contract | contract |
| 144 | 17 | John | Yann |
| 146 | 20 | I had | EDF had    clarification |
| 150 | 13 | Michelle | Michel |
|  | 14 | Jan | Yann |
| 157 | 19 | today | that day |
| 185 | 6 | not | pot |
| 191 | 4 | communication | assignment |
| 194 | 8 | fight | file |
| 204 | 1 | Jan | Yann |
| 204 | 4 | Metias | Metais |
| 207 | 14 | Jon Luc | Jean-Luc |
| 208 | 19 | EDN | EDFINA |
| 210 | 21 | made | mailed |
| 211 | 1 | Jan | Yann |
| 216 | 9 | Jan | Yann |
| 223 | 2 | You | I |
| 235 | 20 | Jan | Yann |
| 236 | 15 | Arabia | Asia |
| 238 | 15 | Gerard | Bruno |
| 238 | 16 | Creuzet | Lescoeur |
| 250 | 13 | nature | signature |

# ERRATA PAGE OF DEPONENT

## March 17, 2006 Deposition of Catherine Gaujacq

| Page | Line | From | To |
|---|---|---|---|
| 270 | 14 | Jan | Yann |
| 290 | 7 | budget | bonuses |
| 291 | 13 | August | June |
| 306 | 1 | urgent | urging |
| 330 | 2 | it's make | it makes |
| 330 | 16 | Jon Luc | Jean-Luc |
| 331 | 2 | Leon | Lyon |
| 331 | 5 | Leon | Lyon |
| 331 | 6 | Leon | Lyon |
| 332 | 13 | Jon Luc | Jean-Luc |
| 332 | 15 | Leon | Lyon |
| 333 | 4 | Jon | Jean- |
| 333 | 11 | Jon Luc | Jean-Luc |
| 333 | 13 | Jon | Jean- |
| 334 | 4 | Jon Luc | Jean-Luc |
| 334 | 8 | Jon Luc | Jean-Luc |
| 334 | 10 | Jon Luc | Jean-Luc |
| 334 | 14 | Jon Luc | Jean-Luc |
| 334 | 15 | Jon Luc | Jean-Luc |
| 334 | 17 | Jon Luc | Jean-Luc |
| 335 | 3 | Jon Luc | Jean-Luc |
| 335 | 6 | Leon | Lyon |
| 335 | 15 | Leon | Lyon |
| 335 | 21 | employee, taking | employees rather than taking |
| 336 | 5 | Jon Luc | Jean-Luc |
| 336 | 7 | Leon | Lyon |
| 336 | 19 | Jon Luc | Jean-Luc |
| 338 | 8 | maybe 12 or | monday |
| 338 | 21 | Miyair Moyon | Moyeuvre |
| 339 | 6 | Jon Luc | Jean-Luc |
| 339 | 11 | Jon Luc | Jean-Luc |
| 339 | 17-21 | | |

This does not read correctly. I came to Washington, but did not go to France at that time, although we anticipated I may have to leave at any time. Instead, I monitored the situation from home, because my mother-in-law was in a coma, and our dog became very ill, and died at this same time. This was very distressing as well, as Philippe and I are very close to our dogs - we have no children, so they are like our children to us. I stayed in contact with EDFINA and EDF and kept them advised of my status, as well as that of my mother-in-law, and my dog. Since I was not in France, I could not attend the June 21 meeting in Lyon, which

they understood and were very reassuring to me and expressed their understanding (as did Mr. Nadal on this particular issue and my cancellation of the trip – please refer to my earlier deposition testimony on this). I returned to the office after approximately a week. Mr. Nadal was aware of this, and wrote the June 18 letter at this time, knowing I was in the area dealing with my mother-in-law's crisis, as well as the illness and death of my dog at the same time. It was a very difficult time for my husband and me.

| | | | |
|---|---|---|---|
| 340 | 15 | Leon | Lyon |
| 342 | 18 | I was not in France | See the note above |
| 348 | 20 | notes | note |
| 354 | 1 | I never saw | I had never seen |
| 362 | 3 | Jon Luc | Jean-Luc |
| 362 | 16 | all | or |
| 363 | 8 | almost | almost all |
| 372 | 14 | of the | or |
| 372 | 20 | at | |
| 372 | 21 | last time | last time I talked to him alive |
| 373 | 19 | Dubois | Dreux |
| 375 | 7 | direction of four weeks | management |
| 377 | 18 | send | sent |
| 382 | 20 | the | to |
| 384 | 1 | EDF | EDFINA |
| 384 | 5 | this to | this time to |
| 389 | 11 | I | he |
| 390 | 11 | Jon Luc | Jean-Luc |
| 391 | 4 | Jon Luc | Jean-Luc |
| 392 | 14 | Jon Luc, was Jon Luc | Jean-Luc, was Jean-Luc |
| 395 | 6 | Jon Luc | Jean-Luc |
| 397 | 14 | me. | from him |
| 415 | 7 | what was | what I was |
| 416 | 2 | Jan | Yann |
| 416 | 18 | world | word |
| 416 | 20 | Jan | Yann |
| 417 | 1 | he | Gerard Creuzet |
| 417 | 6 | Jan | Yann |
| 417 | 12 | Jan LaRoche and Jan | Yann Laroche and Yann |
| 417 | 16 | LaRoche | Laroche |
| 423 | 12 | Jan | Yann |
| 423 | 13 | Jan | Yann |
| 423 | 14 | Metias | Metais |
| 423 | 15 | Jan | Yann |
| 423 | 18 | Metias | Metais |
| 424 | 5 | Metias | Metais |
| 424 | 20 | Metias | Metais |
| 425 | 8 | your position | in opposition |
| 425 | 17 | Metias | Metais |

| | | | |
|---|---|---|---|
| 432 | 5 | Jon Luc | Jean-Luc |
| 433 | 17 | Metias | Metais |
| 442 | 3 | that | who |
| 442 | 6 | are | were |
| 451 | 19 | suborned | subpoened |
| 464 | 1 | delay | delete |
| 470 | 12 | you came | on the day you came |
| 473 | 19 | Jon Luc | Jean-Luc |
| 505 | 3 | he | Nadal |
| 509 | 12 | John Luc | Jean-Luc |
| 510 | 1 | Jon Luc | Jean-Luc |
| 510 | 3 | Jon Luc | Jean-Luc |
| 510 | 8 | Jon Luc | Jean-Luc |
| 510 | 13 | Jon Luc | Jean-Luc |
| 511 | 2 | Jon Luc | Jean-Luc |
| 513 | 7 | contribution | opposition |
| 513 | 18 | Jan | Yann |
| 514 | 9 | Jan | Yann |
| 520 | 3 | Jon Luc | Jean-Luc |
| 520 | 18 | Jon | Jean- |