IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   No. 1:05CV0969 (JGP)<br>) |
| ELECTRICITÉ DE FRANCE<br>INTERNATIONAL NORTH AMERICA,<br>INC., et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

# Exhibit 2

EXHIBIT 11

Date: Mon, 12 Jul 2004 14:31:49 -0400
From: cnadal@edfina.com
To: cgaujacq@edfina.com, edfinacg@aol.com
Cc: fponasso@edfamericas.com, cnadal@edfina.com
Bcc: jlbetouret@edfamericas.com, jlforet@edfina.com
Subject: CR de Reunion du 12/07/04 / C. Gaujacq - JL Foret - C. Nadal

Chere Catherine,

Après un entretien personnel que nous avons eu, nous avons tenu, ce lundi 12 juillet a 10 heures, une reunion avec Jean-Luc Foret sur le Projet Premium 20015 - NuStart.
Je te transmets, ci-après, les principaux elements de cette derniere reunion :

Je t'ai demande :

1) De reintegrer au bureau d'EDF-INA, avant ton depart en vacances demain soir, l'ensemble des documents et informations de toute nature concernant le Projet Premium 2015 - NuStart car :
- les documents concernant ce projet doivent normalement etre archives, avec la securite appropriee, au sein du siege de la societe EDF-INA,
- j'ai besoin, en tant que Delegue General d'EDF pour l'Amerique du Nord et President d'EDF-INA, d'avoir a disposition ce dossier pour etre informe du projet et notamment connaître les engagements concernant EDF et EDF-INA,
- nous avons convenu le 21 juin dernier avec le SEPTEN, au cours de la reunion a laquelle tu n'as pas pu assister, de leur faire un point exact du projet pour la fin aout ; ceci afin de permettre d'etablir leur prevision budgetaire. A cette occasion nous t'avons indique que le compte-rendu de cette reunion te serait transmis des que le SEPTEN nous l'aura communique.

2) De faire participer JL Foret a la reunion telephonique NuStart de demain dont vous venons de decouvrir l'existence en evoquant ton calendrier de vacances et d'absences.

3) De participer a une reunion avec JL Foret et moi-meme, le 17 aout prochain a 09h00 au bureau d'EDF-INA, pour faire le point sur le dossier NuStart et preparer les elements a fournir a la DIN et au SEPTEN pour repondre au manque d'information dont ils ont fait regulierement etat.


Tu m'as indique :

1) Que tu prenais bonne note de ma demande relative a la reintegration des documents

2) Que JL Foret ne peut pas assister a la reunion de demain pour des raisons de confidentialite.
Selon les indications que tu as bien voulu me fournir, j'ai bien note qu'il s'agissait d'une obligation statutaire de confidentialite propre a NuStart et qu'elle ne s'appliquait pas uniquement a JL Foret. En resume, comme tu l'as indique, en tant que « Manager » du projet, tu es la seule personne habilitee.

3) Qu'il n'y a pas de nouvelles informations a transmettre a l'ingenierie car Serge Massart a tous les elements depuis la reunion de mai 2001 que tu as tenue avec lui a Saint Denis.

EDFINA 000802

En resume je te rappelle mes demandes :

1) Reintegration, avant demain soir, de la documentation du projet et plus generalement l'ensemble des documents EDF-INA que tu detiens a ton domicile ou sous « forme electronique »

2) Presentation urgente de la disposition statutaire de NuStart interdisant la participation de JL Foret a la reunion de demain et plus generalement la communication des informations aux commanditaires du projet ou aux autorites EDF

3) Participation a la reunion du 17 aout 2004 a 09h00 pour repondre aux preoccupations de l'ingenierie qui s'estime toujours mal informee.

En te remerciant par avance,

Cordialement,

Christian Nadal

Delete | Reply | Reply to All | Forward | Redirect | Blacklist | Message Source | Save as | Print      Back to sent-mail ◁▷
Move | Copy This message to

EDFINA 000802

Date: Monday, 12 Jul 2004
From: C. Nadal
Subject: Briefing on 12/07/04 meeting – C. Gaucacq ( JL Foret – C. Nadal
To: C. Gaujacq

T251

Dear Catherine,

Following a private[9] discussion between us, we had a meeting, this Monday July 12, at 10:00 am with Jean-Luc Foret about the Premium 20015 NuStart Project.
I am communicating to you below the major points of this last meeting:

I have requested that you:

1) return to the EDF-INA office, before you leave on vacation tomorrow evening, all documents and information of any nature about the Premium 2015[10] - NuStart Project for (because):
- documents relating to this project must normally be archived (filed), at the proper security level, at EDF-INA's headquarters,
- I need, as EDF's Managing Director (?) for North America and EDF-INA's CEO, to have this file available to keep abreast[11] of the project, including of commitments relating to EDF and EDF-INA,
- this June 21, we have agreed with SEPTEN, at a meeting you were unable to attend, to update them on the exact status of the project by the end of August; in order that they may establish their provisional budget. At that time[12], we indicated to you that the report (rundown) of this meeting will be given to you as soon as we get it from SEPTEN,

---

[9] Est-ce l'idée ?
[10] ou 20015 comme indiqué plus haut ?
[11] Est-ce l'idée ?
[12] Toutefois, Catherine « n'a pas pu assister » à cette réunion, (à cette occasion). Donc plutôt, « à ce sujet » ?

2) have JL Foret take part in the conference call about Nustart tomorrow that we just learnt about as the dates of your vacation and leave from work came up in the discussion;

3) to take part in a meeting with JL Foret and myself, next August 17, at 9:00 am at EDF-INA's offices, for an update on the Nustart file and to gather elements to provide to DIN and SEPTEN so as to remedy the lack of information they regularly refer to.

You have indicated to me:

1) that you acknowledged my request pertaining to the return of the documents,

2) that JL Foret could not attend the meeting tomorrow for confidentiality reasons. According to the information that you were willing to give me[13], I have indeed noted that the statutes provide for a confidentiality requirement specific to NuStart and that it does not solely apply to JL Foret. In summary, as you indicated, as Project "Manager", you are the sole authorized person.

3) that there is no new information to pass on to Engineering as Serge Massart has complete data since your May 2001 meeting with him, in Saint-Denis.

In summary, I am repeating my requests to you:

1) To return, before tomorrow evening, the project documents and, more generally, all EDF-INA documents that you hold in your home or in "electronic form".

2) To produce, as a matter of urgency, the provision in the NuStart statutes whereby JL Foret is prohibited from attending tomorrow's meeting and, more generally, from being apprised of information relating to the project sponsors or to EDF senior management.

3) To attend the August 17, 2004 meeting, which is scheduled at 9:00 am, to answer to concerns from Engineering which deems to remain insufficiently informed.

With my thanks in advance,

Cordially,

Christian Nadal.

---

[13] « ou a volunteered to me »