IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., | ) |
| Defendants. | ) |

# Exhibit 3

ELECTRICITÉ DE FRANCE INTERNATIONAL
NORTH AMERICA, INC.



June 4th, 2004

Mr. Timothy Mc Carthy
Riggs Bank
1528 Connecticut Avenue, NW
Washington, DC 20036

Dear Mr. Mc Carthy,

Mrs. Catherine Gaujacq is no longer official signature holder of Electricité de France International North America, Inc. She has been replaced by Mr Christian Nadal. Therefore, our company at this point has only two officials responsible for the signature of checks, Mr Christian Nadal and Mr Benoit Dreux.

Please replace the signature cards that the Riggs Bank has on file for the following accounts for Electricité de France International North America, Inc, with the ones enclosed.

    08-585-429
    17-006-863

If you have any questions or concerns please feel free to reach our office at (202) 429-2527.
Thank you for all your help,

Sincerely Yours,

Christian Nadal
President and Treasurer

EDFINA 005346

ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC.
1730 RHODE ISLAND AVENUE, N.W. - SUITE 509 - WASHINGTON, D.C. 20036 - TEL: (202) 429-2527 - FAX. (202) 429-2532

**Riggs Bank N.A.**

| TYPE | BR | ACCOUNT NUMBER | CHG | TAX ID NUMBER | FCC | RC | INT | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| | | 08585429 | | 98-0114772 | | | | 06/01/04 |

BUSINESS/COMPANY NAME / COMMENTS

LEGAL TITLE: *Electricite de France International North America, Inc.*

YOU THE ACCOUNTHOLDER(S) AGREE TO THE TERMS AND CONDITIONS AS STATED ON THE REVERSE OF THIS CARD

| AUTHORIZED SIGNATURE | PRINT NAME/TITLE |
|---|---|
| [signature] | Christian Nadal – President & Treasurer |
| [signature] | BENOIT DREUX – VICE PRESIDENT & SECRETARY |

MAILING ADDRESS: 1730 Rhode Island Avenue, NW, Suite 509, Washington, DC 20036

BUSINESS ADDRESS: Same

TELEPHONE: (202) 429-2527

IDENTIFICATION:

SIC CODE:

TYPE OF BUSINESS: Representative Office

VERIFICATION CODE: 

APPROVAL:

---

**ACCOUNT NUMBER**

You have received the Rules and Regulations and Fee Schedule Governing Business Accounts and by signing this document hereby agree to the terms and conditions stated in these documents and as amended from time to time.

**W-9 CERTIFICATION**

Check Appropriate Box
[ ] Individual/Sole Proprietor  [X] Corporation  [ ] Partnership  [ ] Other _____

Social Security or Employer Identification No. 98-0114772

You certify under penalty of perjury that: (1) the Social Security Number or Employer Identification Number shown on this card is correct; and (2) you are not subject to backup withholding because (a) you are exempt from backup withholding, or (b) you have not been notified by the Internal Revenue Service (IRS) that you are subject to backup withholding as a result of failure to report all interest and dividends, or (c) the IRS has notified you that you are no longer subject to backup withholding (Note: You must cross out item 2 above if the IRS has notified you that you are currently subject to backup withholding because of under reporting interest or dividends on your tax return.)

Signature: [signature]  Date: 07/29/04

TITLE: President & Treasurer

Referred By ID #:

Sold By ID #:

FM-00087 (Rev. 3/98)

EDFINA 005347

Riggs Bank N.A.

| TYPE | BR | ACCOUNT NUMBER | CHG | TAX ID NUMBER | FCC | RC | INT | EFFECTIVE DATE |
|------|----|----|------|----|----|----|----|----|
|      |    | 17006863 |     | 98-0114772 |    |    |    | 06/01/04 |

BUSINESS/COMPANY NAME                                   COMMENTS
LEGAL TITLE

_Electricité de France International North America, Inc._

YOU THE ACCOUNTHOLDER(S) AGREE TO THE TERMS AND CONDITIONS AS STATED ON THE REVERSE OF THIS CARD

| AUTHORIZED SIGNATURE | PRINT NAME/TITLE |
|---|---|
| [signature] | Christian Nadal - President & Treasurer |
| [signature] | BENOIT DREUX - VICE PRESIDENT & SECRETARY |

MAILING ADDRESS: 1730 Rhode Island Avenue, NW, Suite 509, Washington, DC 20036

BUSINESS ADDRESS: ← same

TELEPHONE: (202) 429-2527

SIC CODE:

TYPE OF BUSINESS: Representative Office

IDENTIFICATION:

VERIFICATION CODE:        APPROVAL:

---

**ACCOUNT NUMBER**

You have received the Rules and Regulations and Fee Schedule Governing Business Accounts and by signing this document hereby agree to the terms and conditions stated in these documents and as amended from time to time.

**W-9 CERTIFICATION**

Check Appropriate Box
[ ] Individual/Sole Proprietor   [X] Corporation   [ ] Partnership   [ ] Other _____

Social Security or Employer Identification No. __98-0114772__

You certify under penalty of perjury that: (1) the Social Security Number or Employer Identification Number shown on this card is correct; and (2) you are not subject to backup withholding because (a) you are exempt from backup withholding, or (b) you have not been notified by the Internal Revenue Service (IRS) that you are subject to backup withholding as a result of failure to report all interest and dividends, or (c) the IRS has notified you that you are no longer subject to backup withholding (Note: You must cross out item 2 above if the IRS has notified you that you are currently subject to backup withholding because of under reporting interest or dividends on your tax return.)

Signature: [signature]        Date: 07/29/04

TITLE: President & Treasurer

Referred By ID #:

Sold By ID #:

FM-00387 (Rev. 3/98)

EDFINA 005348