IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., | ) |
| Defendants. | ) |

# Exhibit 5

ELECTRICITÉ DE FRANCE INTERNATIONAL
NORTH AMERICA, INC.

June 18, 2004

   

ATTN: Ms. Catherine Gaujacq, Vice President
Mr. Benoit Dreux, Vice President

RE: Officer Transition

Dear Ms. Gaujacq and Mr. Dreux,

In order to facilitate the smooth transition of officers, I would like to review the following policies and practices of Electricite de France, International North America ("EDFINA") with respect to the offices of President and Vice-President.

Only the President is permitted to enter into contracts with third parties on behalf of EDFINA; make representations and/or warranties on behalf of EDFINA, or incur expenses on behalf of EDFINA. In the President's absence, the above transactions may be carried out by either Vice-President upon the express written consent of the President. The President's consent, however, is not necessary for either Vice-President's use of their corporate credit cards for the incurrence or reimbursement of daily expenses. If any electronic payment is needed for corporate expenses, the Assistant will use the President's credit card for such purpose, as usual.

In addition, it is the duty of the President to supervise the daily operations of EDFINA, including all operations of Electricite de France in the United States and Canada. Therefore, it is important that the President is kept informed of the status of all pending or current contract negotiations and agreements involving Electricite de France in the United States or Canada. All files, letters, contracts, correspondence, bills, and similar documents must be maintained at the principal office of EDFINA, International North America in Washington, D.C. Mail directed to EDFINA should also be delivered to and maintained at the principal office in Washington, D.C., including a copy of important emails and other relevant pieces of informal information.

For convenience and efficiency, all publications, reviews, newspapers (in print or electronically) must be delivered to the office of which they are to be redistributed.

Sincerely,

Electricite De France International North America
Christian Nadal, President

ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC.
1730 RHODE ISLAND AVENUE, N.W. - SUITE 909 - WASHINGTON, D.C. 20036 - TEL: (202) 429-2527 - FAX: (202) 429-2532