IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., | ) |
| Defendants. | ) |

# Exhibit 6

ELECTRICITÉ DE FRANCE INTERNATIONAL
NORTH AMERICA, INC.



COPY

June 18, 2004

*Via Hand Delivered*
Electricite De France
International North America
1730 Rhode Island Ave., NW
Suite 509
Washington, DC 20036
ATTN: Mr. Benoit Dreux, Vice President

Re: *Delegation of Authority*

Dear Mr. Dreux:

    Let this correspondence serve as your authority to act on my behalf as President of Electricite De France International North America. Said authority shall include the power to make representations and warranties on behalf of Electricite de France International, North America; the power to legally enter into contracts on behalf of Electricite de France International, North America; and the power to incur expenses on behalf of Electricite de France International, North America.

Electricite De France
International North America

By: _____
Christian Nadal, President

cc: F Ponasso, EDF Americas

ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC.
1730 RHODE ISLAND AVENUE, N.W. - SUITE 509 - WASHINGTON, D.C. 20036 - TEL: (202) 429-2527 - FAX: (202) 429-2532

EDF 001041