IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ,<br><br>    Plaintiff,<br><br>    v.<br><br>ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al.,<br><br>    Defendants. | No. 1:05CV0969 (JGP) |

# Exhibit 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, <br><br> Plaintiff, <br><br> v. <br><br> ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., <br><br> Defendants. | No. 1:05CV0969 (JGP) |

Excerpt from the April 4, 2006

Deposition of CHRISTIAN NADAL.

Defendant.

Excerpt from Deposition of Christian Nadal
April 4, 2006

**241:13-244:18**

  13    Q.  But you didn't have any conversations with
  14  Catherine Gaujacq about the files and the current
  15  status of anything between February 25 and April, did
  16  you?
  17    A.  Between February 25th and the end of March
  18  she treated me as a gas analyst.  And, well, we -- we
  19  had no conversation possible.
  20    Q.  I'm sorry.  She treated you as what?
  21    A.  Gas analyst.
  22    Q.  A gas analyst?
(Page 242)
  1    A.  Yes.
  2    Q.  So it's your testimony that between February
  3  25 and the end of March Catherine Gaujacq treated you
  4  as a gas analyst.
  5    A.  Yes.
  6    Q.  And that made you very upset.
  7       MS. REGAL:  Object to the form of the
  8  question.
  9    A.  I was really surprised at least, because,
  10  once again, I had this decision from the president and
  11  conversation with a lot of people.  And she -- she was
  12  still going on with this idea of gas analyst.
  13      And even she -- when I came this position of
  14  gas analyst not very clear.  She mention you had to
  15  work on gas and things about gas.  I did not
  16  understand; but obviously it was not consistent with
  17  my mission, according to the mission, the mission
  18  given by the president.
  19      I was aware of the situation of gas analyst
  20  by Mike Vicker.  Mike Vicker.  Mike Vicker is
  21  V-I-C-K-E-R.  When he called me at home, a moment when
  22  I was in France -- and he told me I have been
(Page 243)
  1  instructed to prepare a -- well, he did not tell me
  2  that in the beginning.
  3      He told me have you any background in -- in
  4  gas industry.  And I told him not really, I know some
  5  things about gas, because it's useful for electricity,
  6  but I am not a gas analyst.
  7      And so he -- I need to have some more
  8  information about your gas background.  And I said to
  9  him I cannot provide any gas background.
  10      And he told me but in that case I will have a

1

Excerpt from Deposition of Christian Nadal
April 4, 2006

11  lot of difficulties to establish your visa
12  application.  And I said why.  And he told me because
13  U.S. authorities will consider your background, give
14  you a visa.  If your background isn't consistent with
15  the visa application, they will deny the visa.
16       And it took me a moment to understand he was
17  warning me that Catherine had -- was preparing an
18  application for gas analyst for me.  And I reported
19  this to Metais.  And I told him, look, it is still not
20  consistent with the position of the company, what's
21  going on.
22    Q.  When did you have this telephone conversation
(Page 244)
 1  with Michael McVicker?
 2    A.  In March.  I don't recall exactly when.  It
 3  was in March.
 4    Q.  Early?  Mid?  Late?
 5    A.  I don't know.
 6    Q.  And it's your testimony that you believe
 7  Mr. McVicker was trying to tell you that Catherine
 8  Gaujacq was setting you up to be a gas analyst.
 9       MS. REGAL:  Object to the form of the
10  question.
11    A.  Well, he was trying to.  And I'm trying to
12  recall.  At the end of the conversation he -- it
13  was -- he told me that, yes.  He said I am preparing
14  under Catherine instructions visa for gas analyst for
15  you.
16    Q.  And your recollection is that he called it a
17  gas analyst.
18    A.  That is my recollection, yes.

2