IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., | ) |
| Defendants. | ) |

# Exhibit 8

**Christian Nadal**

EXHIBIT 74

De: EDFINACG@aol.com
Envoyé: mardi 3 août 2004 12:02
À: Christian Nadal; fponasso@edfamericas.com
Objet: C.GAUJACQ

*****************see confidentiality notice bellow*******************

Mr President of EDFINA, Inc
Mr Chairman of the Board of EDFINA, Inc

I wanted to let you know that there are several missions I am scheduled to handle on behalf of EDFINA, Inc. while on vacation and in the coming weeks.

Specifically, I am scheduled to participate in and am planning to attend meetings and conference calls on behalf of EDFINA with, but not exclusively, the following organizations: NuStart, EPRI, NEI ,EEI and enXco on behalf of EDFINA. I received a call today requesting that I participate in a conference call for this afternoon, which I am going to do.

Most of the meetings are to take place in August and September. Given my current situation, please advise if the Company doesn't want me to attend to these matters on its behalf.

Yours Sincerely,

Catherine GAUJACQ
Vice President
EDFINA, Inc
Suite 509
1730 Rhode Island Avenue, NW
WASHINGTON DC 20036
e-mail : cgaujacq@edfina.com or edfinacg@aol.com

10801 Sycamore Springs Lane
GREAT FALLS VA 22066

EDFINA 000876