IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., | ) |
| Defendants. | ) |

# Exhibit 9

Subject: Re: C.GAUJACQ
Date: 8/5/2004 4:32:05 PM Eastern Standard Time
From: cnadal@edfina.com

To: EDFINACG@aol.com
CC: fponasso@edfamericas.com

EXHIBIT 15

*Sent from the Internet (Details)*

Catherine,

Je te remercie pour ton email du 3 Aout demandant les instructions d'EDFINA sur la representation a des reunions physiques ou telephoniques durant les mois d'Aout et Septembre.
Thanks for your e-mail dated August 3rd asking instructions from EDFINA on your representation at meetings or conference calls during August and September.
Nous prenons toutes dispositions pour assurer ton remplacement dans les mandats et representations dont tu avais la charge et qui cessent avec la fin de ta mission survenue au 1 Aout dernier. Pour ce qui concerne plus particulierement le projet NuStart, c'est bien G Serviere qui representera l'entreprise au Comite des Managers.
We take all measures to replace you in the mandates and representations you were in charge of and which end with the end of your mission which happened on August,1st. Specifically for the NuStart project, G.Serviere will represent EDFINA at the Managers Committee.
Nous nous efforcerons de ne pas te deranger pendant tes conges sauf en cas de besoin urgent pour des passations de consignes d'ici a la fin Aout au plus tard. Dans le meme esprit, si tu as des informations a nous transmettre pour cette periode de transition, tu peux nous les communiquer sous la forme qui te conviendra.
We will try not to disturb you during your vacation, except in case of emergency for transitioning no later than August 31st. In the same spirit, if you have information to transmit to us in this period of transitioning, you can communicate them by whichever means you prefer.
Enfin, je te rappelle que nous devons assurer des que possible la reintegration des documents de la compagnie que tu detiens.
Finaly, I remind you that we must ensure as soon as possible the reintegration of the documents of the company you have.
En te remerciant a nouveau.
Thanks again.
C Nadal.

Quoting EDFINACG@aol.com:

000057

TAB 6