IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., | ) |
| Defendants. | ) |

# **Exhibit 10**

Subject: **Reunions NuStart**
Date: 8/18/2004 6:32:54 PM Eastern Standard Time
From: cnadal@edfina.com
To: edfinacg@aol.com, cgaujacq@edfina.com


EXHIBIT 79

*Sent from the Internet (Details)*

Catherine,

Par differentes demarches aupres du secretriat de NuStart, aupres d'Adja et de Jean-Luc notamment, tu manifestes l'intention de participer aux reunions NuStart.
By different means with NuStart secretary, with Adja and Jean-Luc specifically, you intend to participate to NuStart meetings.
Comme je te l'ai indique dans ma reponse du 5 Aout a ta demande d'instructions complementaires de la part d'EDFINA par email du 3 Aout, je te confirme a nouveau que tu as ete remplacee par G Serviere dans ta fonction de representante d'EDFINA aupres des instances de NuStart. Celles-ci en ont ete dument informees.
As I indicated in my answer dated August 5th to your request for instructions from EDFINA dated August 3rd, I confirm once again that you have been replaced by George Serviere in your assignment of EDFINA representative with NuStart. NuStart has been duly informed.
Tu n'es donc pas autorisee a participer a ces reunions.
You are not authorized to participate to these meetings.
Cordialement.
Sincerely.
C Nadal.

854