IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

)
CATHERINE GAUJACQ                                    )
                                                     )
        Plaintiff,                                   )
                                                     )
                v.                                   )        No. 1:05CV0969 (JGP)
                                                     )
ELECTRICITÉ DE FRANCE                                )
INTERNATIONAL NORTH AMERICA,                         )
INC., et al.,                                        )
                                                     )
        Defendants.                                  )
_____)

**ORDER**

Upon consideration of Defendant Christian Nadal's Motion for Summary Judgment on Counts IV, VI, VIII, and XII, and the briefs and other submissions and arguments of counsel made in connection therewith:

The Court hereby GRANTS Defendant's Motion and further ORDERS the following:

(1)  Count IV (Gender Discrimination in violation of the D.C. Human Rights Act) is dismissed with prejudice;

(2) Count VI (Aiding and Abetting Retaliation in violation of the D.C. Human Rights Act) is dismissed with prejudice;

(3)  Count VIII (Tortious Interference with Contractual Relations Against Defendant Nadal) is dismissed with prejudice;

(4)  Count XII (Defamation) is dismissed with regard to Defendant Nadal with prejudice.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable John Garrett Penn
United States District Court Judge