**ATTACHMENT 1**

# EXHIBIT A

*DeBotherel*

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

**The National Personnel Statues of the
Electric and Natural Gas Industries**

(updated June 20, 2005)

Summary

TITLE I: Scope of the Statutes
Services and enterprises
Statutory and temporary agents

TITLE II: General provisions on personnel
Personnel committees
Statutory agents
Temporary agents
Disciplinary sanctions
Resignation

TITLE III: Hierarchy – Promotion – Salary and pay coefficients
Classification
Base salary and location-based supplements
Hierarchical coefficients
Promotions by step
General provisions on salaries

TITLE IV: Work – Time off – Leave
Working time and weekly time off
Overtime
Holidays
Paid annual leave
Special family leave
Unpaid leave
Unpaid leave for political or trade union positions

TITLE V: Illness – Pregnancy – Workplace accidents – Work-related illnesses
Cash benefits
In-kind benefits
Disability – retirement – death benefits
Social welfare

TITLE VI: Miscellaneous provisions
Family benefits
Military benefits
Compensation – Expense reimbursements – Miscellaneous bonuses
Wives of sector heads, etc.
Change of location

TITLE VII: Staff representation and training

National Personnel Statues of the Electric and Natural Gas Industries – http://www industrie gouv fr/energie/electric/statut/sommaire htm

Staff representation
Exercising trade union rights
Joint production committees
Apprenticeships, advanced professional training
Patents

TITLE VIII: Special cases
Non-classified staff
Civil servants on temporary assignment or who have been seconded

ANNEX 1 – Base salary and local and departmental location-based supplements

ANNEX 2 – Table of grade coefficients

ANNEX 3 – Disability – retirement – death benefits (*)
Statement of time in service
Salary to be considered for the benefit statement
Seniority and proportional seniority pension benefits
Disability pension benefits
Supplements and bonuses
Death of agents entitled to seniority or proportional seniority pension benefits and retired employees
Death of agents not entitled to a pension
Payment of pension benefits
Participation by personnel (disability – retirement – death contribution)
Subcommittee on pension benefits
Dismissal and departure

Supplement to Annex 3
Hardship services
Active services
Sedentary services

**Pay structure and scale**
*A collective agreement dated January 7, 1980, and implementation circulars amended, effective
January 1, 1960, the system of remuneration specified by the original Statutes The provisions of that
collective agreement were themselves replaced, effective July 1, 1982, by the provisions of the collective
agreement dated March 31, 1982*

Salary scale
Collective agreement of January 7, 1960, and annexes
Collective agreement of March 31, 1982, and annexes

(*) Circular T S  429 (February 947) specifying the details of implementation of this Annex is available
from the Directorate of Demand and Energy Markets – Office of Social and Statutory Affairs –
61 Boulevard Vincent Auriol – 75703 Paris Cédex 13

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

[icon] Top

(c) Ministry of Economics, Finance, and Industry, May 24, 2002

National Personnel Statues of the Electric and Natural Gas Industries – http://www industrie gouv fr/energie/electric/statut/sommaire htm

## TITLE I – Scope

(1) Article 1 (Article resulting from the decrees of May 4, 1950, and November 24, 1954) – These Statutes apply to all personnel (manual workers, office employees, first-line supervisors, and administrative and technical executives), whether active or inactive:

a) Of the national services and distribution services created by Articles 2 and 3 of the Law of April 8, 1946

b) Of production and distribution enterprises that are excluded from nationalization

c) Of the National Energy Fund [*Caisse nationale de l'energie*]

Those establishments, as well as the regional services of the national public establishments, are referred to as "operations" in these Statutes, with the exception of the headquarters of the national services, which is referred to as "service."

The details of implementation of the measures taken by national establishments to implement said Statutes for personnel of the National Energy Fund will be specified by decisions of the Minister of Industry and Commerce and the Minister of Finances, Economic Affairs, and the Plan

A copy of these Statutes will be given to all statutory agents when they become the personnel described above.

Article 2 – The staff to whom these Statutes apply (manual workers, office employees, first-line supervisors, and administrative and technical executives) comprise statutory agents and temporary agents.

(1) Article amended by the decree of December 17, 2001

[icon] Top

(c) Ministry of Economics, Finance, and Industry, January 17, 2002

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

## TITLE III Hierarchy – Promotion – Salary and pay coefficients

### Classification (1)

(1) Article 8 -- The classification of staff for the services and operations is specified as follows:

| TECHNICAL DEFINITIONS | NUMBERS of the grades | ADMINISTRATIVE DEFINITIONS |
|---|---|---|
| Unskilled workers | 1 and 2 | Office boys, errand boys, runners |
| Specialized unskilled workers, worker's assistants | 3 and 4 | Clerk typists, copy typists |
| Ordinary workers | 5 and 6 | Ordinary clerks |
| Qualified workers | 7 and 8 | Qualified clerks |
| Head workers, master workers | 9 and 10 | Principal clerks |
| Heads of qualified workers' teams | 11 | Group heads |
| Ordinary foremen | 12 | Principal group heads |
| Foremen | 13 | Second-class junior managers |
| Principal foremen | 14 | First-class junior managers |
| Assistant engineers | 15 | Principal junior managers |
| Third-class engineers | 16 | Assistant office heads |
| Second-class engineers | 17 | Office heads |
| First-class engineers | 18 | Service heads and step-three directors |
| Chief engineers | 19 | Step-two directors |
| | Step-one director | |
| | 20 | |

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

The titles of positions, functions, or jobs which are provided opposite the grades above are intended to show the ranking of the corresponding grade.

The National Higher Personnel Committee [*Commission Supérieure Nationale du Personnel*] distributes within each grade the positions, functions, and jobs that are actually filled.

The agents corresponding to those grades are assigned to them:

Either directly when they become statutory personnel or depending on their professional, technical, commercial, or administrative certificates, abilities, skills, or talents, after an opinion is expressed by:

a) The Interregional Staff Committee [*Commission Interrégionale du Personnel*] (2) for the positions, functions, or jobs coming under classes 15 to 20 (executives)

b) The Secondary Committee [*Commission Secondaire*] for the positions, functions, or jobs coming under classes 1 to 15 (manual workers, office employees, and first-line supervisors)

Or following a decision to promote by grade which is made under the conditions specified in Article 11 of these Statutes.

All positions, functions, or jobs in the present classification must be filled by an official decision as described above.

The Higher National Personnel Committee is responsible for verifying that the rules for admission, assignment, and promotions of agents are followed; it reports any violations to the Board of Directors.

*Base salary or pay*
*and local and departmental location-based supplements*

(8) Article 9 – §1 – The national base salary that is applicable to all agents who are subject to these Statutes is specified by a sectoral collective agreement. As soon as that agreement is signed, it applies to all employers whose staff are covered by these Statutes.

§2 – Local and departmental [Translator's note: a *département* is a French administrative division] location-based supplements that are determined on the basis of coefficients on said national salary are applied to the initial national salary (coefficient 100).

Those supplements are broken down into two parts:

a) A supplement with variable coefficients depending on the municipalities and departments, based on regional differences, which are specified by the Minister of Labor for salaries in trade and industry

b) A temporary exceptional supplement for certain municipalities or regions, which may be seasonal (cities or regions that are popular with tourists, have attractive climates, etc.)

§3 – The aforementioned supplements are in addition to the salaries and pay of which they are a component; they are included in the salary or pay and, along with them, for the contributions, payments, and participation in benefits of all kind which are specified by these Statutes (Article 23(4) and (8), Article 24(2)).

National Personnel Statues of the Electric and Natural Gas Industries -- http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

§4 – The initial national salary and the above local and departmental location-based supplements are contained in one of the annexes to these Statutes

The title of that annex is Annex 1 – Base salaries and local and departmental location-based supplements

### Hierarchy

(3) Article 10 – Based on the salary or pay for class 1, known as the base, which corresponds to base coefficient 100, supplemental class coefficients known as class coefficients (hierarchy) are contained in Annex 2 of these Statutes.

### Promotion by grade

(4) Article 11 – The following provisions apply to promotions by grade:

§1 – For grades 1 through 15 (manual workers, office employees, and first-line supervisors), movement from one grade to the next highest grade, known as a promotion by grade, is decided by the director of the operation concerned after obtaining the opinion of the Secondary Personnel Committee.

Any agent may ask to take a higher position, function, or job; in that case he must send a written request to the director of his operation; the latter is required to send the file of the person concerned to the Secondary Committee of the operation to request its opinion

No other form of submission of a candidacy for a higher-ranking position, function, or job can be accepted.

The Secondary Committees will follow the directions of the Higher National Committee when providing said opinions.

§2 – For grades 15 to 20 (executives), the directors general and the directors of public establishments will send to the Higher National Personnel Committee, by November 1 of each year at the latest, the files of the agents for whom a promotion by grade is being suggested or who have asked for such a promotion, stating for each grade and for each specialty in the grade the number of jobs that are likely to be filled during the following year.

The files will be prepared according to the rules specified by the Higher National Committee

The Higher National Committee prepares the national table of promotions by grade in this way. The table must include in each grade and for each specialty a number of entries that is equal to twice the number of positions to be filled in the services or the operations.

No agent may be promoted by grade if he is not listed in the table.

Entries in the table of promotions are valid only for the current year; a new table must be prepared each year; having been listed one year in no way determines automatic listing in the tables for subsequent years.

Employees are informed as soon as the tables of promotions have been prepared

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

§3 – 1. If the agent is promoted to the next highest grade, the following rules apply:

a) The seniority of the agent in his step is determined, starting with the date he was promoted, by applying the reduction contained in the table below (5) to the seniority that the agent had acquired in that step as of the same date:

| GRADES before promotion | STEP BEFORE PROMOTION IN GRADE | | |
|---|---|---|---|
| | 1 | 2 | 3 to 10 |
| 1 to 11 | Seniority in step 1 | Seniority in step 2, with maximum reduction by one year | 1 year |
| 12 to 20 | Seniority in step 1 | Seniority in step 2 | 2 years |

b) When the agent's seniority in the step as of the promotion date is less than the seniority corresponding to the reduction specified in the above table, the agent is placed in the next lowest step and, in that step, acquires seniority of three years (two years in the case of step 2) minus the difference between the two periods concerned.

2. If the agent is promoted to a grade other than the next highest grade, the rules specified in subparagraphs a and b above will be applied as if the agent had been promoted to the next highest grade several times in succession.

3. When an agent who is classified in step 10 of his grade is promoted to the next grade, the above provisions are applied subject to the proviso that the time spent in grade 10, which is to be taken into account in this case, may not exceed three years.

§4 – General rules – Since all positions or jobs must be filled by official decision, temporary duties may only be exceptional and provisional and may only be a brief, short-term replacement.

Agents who are asked to fill temporary positions, functions, or jobs at a grade higher than their own shall receive priority:

1) For being appointed to said positions, functions, or jobs as soon as there is a definitive vacancy, if said positions, functions, or jobs come under grades 1 to 15 (manual workers, office employees, and first-line supervisors)

2) For being listed in the table of promotions if they are not already in it, in the case of agents whose positions, functions, or jobs come under grades 15 to 20 (executives)

Agents who are serving temporarily will automatically receive the entire salary or pay (grade and step) of the agent they are replacing for the duration of the replacement period.

As soon as the temporary job has ended, the agent who has done the temporary work will return to his previous salary or pay.

### Promotions by step

(6) Article 12 – §1 – Each grade contains ten seniority steps. Starting with the salary or pay for step 1 of each grade, which salary or pay corresponds to the coefficient that is contained, for that grade, in the table in Annex 2 of these Statutes, supplemental coefficients for steps 2, 3, 4, 5, 6, 7, 8, 9, and 10 are respectively set at 5%, 10%, 15%, 20%, 25%, 30%, 35%, 40%, and 45% of said salary or pay.

§2 – In each grade, the change from step 1 to step 2 automatically occurs at the end of one year in step 1, the change from step 2 to step 3 automatically occurs at the end of two years in step 2, and the change from any of steps 3 to 9 to the next highest step automatically occurs at the end of three years in the step concerned, whether or not employment has been continuous and whether or not it has been in one or more services or operations.

§3 – To reward good service, the qualified authority may, after obtaining an opinion from the Interregional Personnel Committee for agents in grades 15 to 20 (executives) and from the Secondary Personnel Committee for agents in grades 1 through 15 (manual workers, office employees, and first-line supervisors), decide to carry out said promotion based on presence in the grade for only one year or to increase seniority in the step by no more than two years.

§4 – The time during which the person concerned is required to perform the legal military service, periods of training, or any mobilization shall count toward changes in step.

### General result of grade and step coefficients

Article 13 – Repealed by decree 53-109 of February 18, 1953 (Official Journal of February 19, 1953)

### General provisions on salaries and pay

Article 14 · §1 – It is mandatory for any changes in grade and changes in step, as well as adjustments to salary or pay that may occur in the individual status of an agent during the month, to take effect as of the first of the month in which the changes and adjustments occurred.

The person concerned shall be notified any change in status (classification, promotion, changes in salary or pay of any kind) using the service form.

§2 – The salaries of female staff are equal to those of male staff of the same grade and therefore of the same classification and the same step and therefore of the same seniority.

§3 – The salaries of agents under age 18 are subject to the following reductions in relation to the salary or pay of the grade under which they fall:

From age 14 to 16: 30%
From age 16 to 18: 15%

§4 – Statutory agents are entitled each year to payment of an "end-of-year" bonus equal to their pay for the month of December of the year concerned.

This bonus is subject to the legally required withholding for disability-retirement-death benefits.

§5 – As partial payment of that end-of-year bonus, agents may obtain an advance of 50% of their current monthly pay when they go on annual leave; the balance of said bonus will be paid at the latest on December 25 of each year (7).

§6 – Agents serving in the French overseas territories shall receive all of the colonial service compensation applicable to State civil servants in the same territories.

§7 – Withholding for unpaid leave shall be calculated based on the hourly basis of the annual salary or pay, with that basis being determined as a function of the annual salary of the person concerned and the legal number of hours which his category is required to work.


(1) Article resulting from the decree of November 20, 1959.
(2) Since these committees have not been set up (Pers. 413 of July 1, 1965), their responsibilities remain with the Secondary National Personnel Committee
(3) Article resulting from the decree of February 18, 1953
(4) Article resulting from the decrees of May 4, 1950, and February 18, 1953. Changes in the application of this article are listed following the annexes
(5) The position in the step is no longer changed by promotions (see following the annexes).
(6) Article resulting from the decrees of February 18, 1953, and November 20, 1959. Changes in the application of this article are listed following the annexes.
(7) First installment (50% of monthly pay) paid in late June; second installment (40% of monthly pay) paid in late November; balance (10% of monthly pay) settled in late December (circular N. 78-13 of March 9, 1978)
(8) Article resulting from decree 2004-1155 of October 29, 2004.

[icon] Top

(c) Ministry of Economics, Finance, and Industry, DGEMP [General Directorate for Energy and Raw Materials], amended June 20, 2005

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

## TITLE VIII Special cases

### *Non-classified personnel*

Article 36 – Directors general, directors of services, inspectors general, regional directors of equipment services, assistant directors of services, and researchers in the study and research service are not included in the classification specified by Article 8 of these Statutes and consequently their remuneration is the sole responsibility of the Board of Directors of Gaz de France and Électricité de France.

They receive all other advantages and guarantees under these Personnel Statutes, except for provisions to the contrary which are contained in Law 46-628 of April 8, 1946, or the Statutes for National Public Establishments [*Statut des Etablissements Publics Nationaux*].

### *Civil servants on temporary assignment or who have been seconded*

Article 37 (Article resulting from the decree of September 30, 1966) – State, departmental, or municipal civil servants on temporary assignment or who have been seconded to a public establishment created by law 46-628 of April 1946 benefit from the provisions of these Statutes, subject to limitations required by their status as civil servant.

They may be transferred back to their original administration at any time.

In that case, and for a maximum of one year, their pay while assigned to the public institution will be maintained until said administration again assumes responsibility for them.

### *Personnel in enterprises and operations excluded from nationalization*

Article 38 – Repealed by decree 50-488 of May 4, 1950 (Official Journal of May 5, 1950).

[icon] Top

(c) Ministry of Economics, Finance, and Industry, October 24, 2000

**ATTACHMENT 2**

Ressources Humaines pour
l'International



# GUIDE DE GESTION DES AGENTS TRAVAILLANT A L'ETRANGER

CONSEIL

C

EDF
GDF

EDF 001289

| CHAPITRE 3 | **DUREE DU TRAVAIL**<br>**CONGES**<br>**VOYAGES** |
| --- | --- |

## 3.1 - DUREE DU TRAVAIL

En application du principe de territorialité des lois et règlements, les agents en service à l'étranger sont soumis à la réglementation du travail en vigueur dans le pays d'accueil

La référence à la loi locale, pour ce qui concerne les aspects traités au présent chapitre, doit être expressément portée au contrat de mission.

### 3.11 - JOURS FERIES - REPOS HEBDOMADAIRE

Les jours fériés sont normalement ceux en vigueur sur le lieu de mission

Si, pour les nécessités du service, certains devaient être travaillés, des compensations en "temps", sur proposition de la direction titulaire du contrat, seraient recherchées avec le client ou partenaire d'EDF ou de GDF

Pour le repos hebdomadaire, l'agent en mission adopte également dans ce domaine les conventions et usages du pays dans lequel il exerce son activité professionnelle

### 3.12 - DUREE HEBDOMADAIRE DU TRAVAIL

S'agissant de fonctions exercées à l'extérieur des Services ou Unités d'EDF ou de GDF, l'organisation du travail est définie par le client ou partenaire de ces deux Entreprises ou répond aux conditions fixées par l'engagement commercial

En tout état de cause, quel que soit le mode d'organisation choisi, les dispositions concernant la rémunération des conditions particulières d'emploi ne peuvent aller à l'encontre des dispositions d'ordre public du lieu de travail

En principe, en dehors du personnel cadre (pour lequel il y a lieu de se reporter au *chapitre 4 "rémunération et accessoires" paragraphe 4.2)*, est rémunéré ou compensé le dépassement du temps de travail pratiqué habituellement dans le pays d'accueil

Lorsque ce dépassement revêt un caractère systématique, on recherchera un mode d'indemnisation forfaitaire calculé par l'application d'un pourcentage sur le *salaire France (code rubrique 311)*

### 3.13 - SERVICE DE QUART OU ASTREINTE

Le mode d'organisation de l'emploi à l'étranger résulte le plus souvent du règlement intérieur du client ou partenaire d'EDF ou de GDF

L'indemnisation des sujétions particulières est convenue avec le client ou partenaire d'EDF ou de GDF dans le même esprit que celle définie au paragraphe précédent

EDF 001319

1319

Chapter 3 - Working hours vacation travel

3 1. Working hours

In application of the territoriality principle of Laws and regulations, the EDF employees working abroad are subject to the employment laws of the host country  The reference to local Laws, as for the aspects developed in the present chapter, must expressly be indicated in the mission contract

**ATTACHMENT 3**

## Harrassment

Effective company performance requires that each Group employee should be able to work in a positive professional environment, free from any pressure, persecution or harassment of a moral or sexual nature.

The Group is committed to taking all necessary measures to prevent and penalize any such misbehaviour, in particular by demanding from all managers an exemplary attitude and careful attention to this issue.

All Group employees shall ensure that their behaviour never breaches the rights of their colleagues, nor violates their dignity, nor prejudices their physical or mental health, nor compromises their professional careers.

Everyone must be fully aware that such attitudes are prohibited, and depending on the country in question, may lead to heavy penalties, whether disciplinary measures and/or criminal prosecution.

Self-questioning:

*Am I careful about how my colleagues perceive my behaviour?*

*Do I modify my behaviour whenever I realize it hurts or affects a colleague or a staff member?*

*Would I accept being treated by my colleagues as I treat them?*

*Am I careful not to use insulting, humiliating or hurtful words when speaking to colleagues or staff members?*

*Does my behaviour towards a colleague isolate him/her from the rest of the team?*

*Do I deliberately behave with a colleague or staff member in a way that will cause him/her to feel stressed or intimidated?*

*When I become aware of a delicate situation suffered by a colleague in his/her dealings with a superior or team, do I take the necessary steps to help him/her? Do I act in such a way as to avoid any ambiguity?*

\* \* \*

12/12

EDF 001454

## EDF GROUP AND SOCIETY

**To act according to its values, the Group shall abide by the following principles of ethical practice when dealing with any community :**

- **Respect governments and populations, act equitably and benefit from our diversity**

In all countries where we operate, respect the national legislation, the people and their cultures, in all their diversity, by adopting the fundamental principles of the Universal Declaration of Human Rights.
Observe a strict neutrality towards the public authorities of the countries in which we operate,
Do not favour one political or religious group above any other.
Provide citizens in the countries where we operate with the possibility of expressing complaints or concerns about the Group's activities.
Guarantee that all such enquiries shall receive an answer within a defined and short time period, and facilitate referral to the Group's Ethical Compliance Board as an option of last resort.

- **Establish fully transparent relationships with representative associations in the community**

Provide the public and recognized community bodies with clear, up-to-date and easy to understand information.
Recognise all official bodies, representative associations and NGOs. Establish with these organizations an open and constructive dialogue on any issues related to the Group's ethics policy.

- **Act to protect the environment, today and for the benefit of future generations**

Implement the commitments for sustainable development as set forth in EDF Group's Agenda 21
Act in full transparency and behave as a responsible company, concerned with reasonable use of natural resources and with limiting our environmental impact
Use sustainable development as the guiding principle for all Group activities, investments and tenders; develop the use of renewable fuels.

- **Protect public health and safety and guarantee the safety of facilities**

Conduct public information campaigns, detailing the rules of safe behaviour in the vicinity of our generation, distribution and transmission facilities, in an effort to raise the local public awareness of risk prevention.

EDF 001441

---

## Compliance with the law

---

**Compliance with national laws and international conventions is an absolute imperative for all companies within the Group**

**In all of its business activities as well as the activities of its suppliers and subcontractors, the Group shall ensure full compliance with the most exacting standards of ethical behaviour, while giving full consideration to the context – and particularly the labour and social context - in which it operates**

**Every Group employee shall behave in accordance with the laws, regulations, and lastly, where relevant, with locally adopted practices applicable in the countries where the Group operates. Special emphasis must be given to accountability, integrity and professionalism**

Self-questioning:

*Am I certain that my behaviour is in line with the Group's commitment to comply with the ILO Declaration on Fundamental Principles and Rights at Work, and more specifically on child labour, worker safety and non-discriminatory practices?*

*Am I certain that my behaviour is in line with the Group's commitment to comply with OECD Guidelines on Multinational Enterprises, including the principles on combating public and private corruption, or on protecting consumer interests?*

*Do I systematically ensure the protection of consumer health and safety, in particular by complying with regulatory standards applicable in the country where I work?*

*Have I made sure that my staff members are knowledgeable on the risks linked to their activity, and that they apply the appropriate safety protection measures (protective wear etc.)?*

*Have I made sure that my business activity properly takes into account environmental factors, in particular by complying with local regulatory standards?*

*Have I properly questioned the corporate legal experts on the legality of my project?*

*Have I made sure that the legal experts' recommendations have been properly implemented (e.g. compliance with EU Directives on tendering procedures for public procurement contracts)?*

*Have I checked for compliance with national fiscal law and regulations?*

*Have I checked for compliance with national competition regulations?*

*Am I careful to ensure that professional reward and recognition of Group employees is awarded solely on the basis of professional performance, without any positive or negative discrimination based on gender, age, physical appearance, sexual preference, family status, political opinion, or on any presumed or real affiliation to an ethnic group, nation, race or religion?*

EDF 001446

---

## Harrassment

---

Effective company performance requires that each Group employee should be able to work in a positive professional environment, free from any pressure, persecution or harassment of a moral or sexual nature.

The Group is committed to taking all necessary measures to prevent and penalize any such misbehaviour, in particular by demanding from all managers an exemplary attitude and careful attention to this issue.

All Group employees shall ensure that their behaviour never breaches the rights of their colleagues, nor violates their dignity, nor prejudices their physical or mental health, nor compromises their professional careers.

Everyone must be fully aware that such attitudes are prohibited, and depending on the country in question, may lead to heavy penalties, whether disciplinary measures and/or criminal prosecution.

Self-questioning:

*Am I careful about how my colleagues perceive my behaviour?*

*Do I modify my behaviour whenever I realize it hurts or affects a colleague or a staff member?*

*Would I accept being treated by my colleagues as I treat them?*

*Am I careful not to use insulting, humiliating or hurtful words when speaking to colleagues or staff members?*

*Does my behaviour towards a colleague isolate him/her from the rest of the team?*

*Do I deliberately behave with a colleague or staff member in a way that will cause him/her to feel stressed or intimidated?*

*When I become aware of a delicate situation suffered by a colleague in his/her dealings with a superior or team, do I take the necessary steps to help him/her? Do I act in such a way as to avoid any ambiguity?*

\*\*\*

EDF 001565

**ATTACHMENT 4**

Jun 12 05 10:51a     EDFINA          (202) 429-2532          p.4
                     202 429 2532

EMPLOYEE W-2 WAGE SUMMARY 2004

0031-9887    000100

ELECTRICITE DE FRANCE
INTERNATIONAL
1730 RHODE ISLAND NW 509
WASHINGTON DC 20036

FEDERAL WITHHOLDING EXEMPTIONS        X  Z
VA WITHHOLDING EXEMPTIONS             X  Z

REGULAR WAGES FOR 2004        168060.80

CATHERINE CANJACQ
10801 SYCAMORE SPRING
GREAT FALLS VA 22066

6086

The chart below indicates your 2004 voluntary payroll adjustments
which are included (+), excluded (-), or did not affect (N/A) your federal
wages (Box 1) and state wages.

VOLUNTARY ADJUSTMENTS        YTD AMOUNT    FEDERAL WAGES    VA WAGES
MISC                         1484.00       N/A             N/A

PAYROLLS BY PAYCHEX

Copy C  for employees records

### Form W-2 Wage and Tax Statement 2004

| 0031-9887 | 000005-000100 | Void | c Employer's name, address, and ZIP code ELECTRICITE DE FRANCE INTERNATIONAL 1730 RHODE ISLAND NW 509 WASHINGTON DC 20036 | Department of the Treasury - Internal Revenue Service |
| 98-0114772 | 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 | | 1 Wages, tips, other compensation 168060.80 | 2 Federal income tax withheld 33047.00 |
| | | | 3 Social security wages | 4 Social security tax withheld |
| | | 6 Employee's name, address, and ZIP code CATHERINE CANJACQ 10801 SYCAMORE SPRING GREAT FALLS VA 22066 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | 11 Nonqualified plans | |
| 15 State VA | Employer's state ID No 0019516482 | 16 State wages, tips, etc 168060.80 | 17 State income tax 9093.00 | 18 Local wages, tips, etc    19 Local income tax    20 Locality name |

This is being furnished to the Internal Revenue Service

Copy B, to be filed with employee's FEDERAL tax return

### Form W-2 Wage and Tax Statement 2004

| 0031-9887 | 000005-000100 | Void | c Employer's name, address, and ZIP code ELECTRICITE DE FRANCE INTERNATIONAL 1730 RHODE ISLAND NW 509 WASHINGTON DC 20036 | Department of the Treasury - Internal Revenue Service OMB No 1545-0008 |
| 98-0114772 | 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 | | 1 Wages, tips, other compensation 168060.80 | 2 Federal income tax withheld 33047.00 |
| | | | 3 Social security wages | 4 Social security tax withheld |
| | | e Employee's name, address, and ZIP code CATHERINE CANJACQ 10801 SYCAMORE SPRING GREAT FALLS VA 22066 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | 11 Nonqualified plans | |
| 15 State VA | Employer's state ID No 0019516482 | 16 State wages, tips, etc 168060.80 | 17 State income tax 9093.00 | 18 Local wages, tips, etc    19 Local income tax    20 Locality name |

This is being furnished to the Internal Revenue Service

EDF 000278

**ATTACHMENT 5**

# Example: OTS-SCs in a Class 2 Supervision system

- ## Typical OTS-SCs

  - Real Time Operating System (RT-OS)

  - Graphic-HMI libraries

  - Basic communication software

  - Software buried in dedicated OTS hardware components

- ## Black-boxes

Research and Development Division / Power Plant Control Branch
Off-The-Shelf Software Components in systems important to safely
Page 22 / 27, SES'98, Monterey

**ATTACHMENT 6**

# STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW

Lynda S Zengerle
202 429 8170
lzengerle@steptoe.com

1330 Connecticut Avenue NW
Washington, DC 20036-1795
Tel 202 429 3000
Fax 202 429 3902
steptoe.com

November 3, 2004

## VIA FEDERAL EXPRESS

U S Department of Homeland Security
Citizenship & Immigration Service Department
Vermont Service Center
75 Lower Weldon Street
St Albans, VT 05479

RE:    Revocation of L-1A Visa Status
       Petitioner: Electricité de France International, N A
       Beneficiary: Catherine L GAUJACQ
       File Number: EAC-03-193-52635

Dear Sir:

I am writing with regard to the above-referenced L-1A visa holder, Catherine Gaujacq on behalf of my client, Electricité de France International, N A (EDFINA) Enclosed is form G-28 authorizing me as the attorney of record for EDFINA.

Please note that Madame Gaujacq no longer works for EDFINA She has been ordered to return to France by our parent company Electricité de France as of November 1, 2004 In fact, her employment with EDFINA was terminated on August 1, 2004 but she was given a grace period of three months to put her affairs in order

If you have any questions or need additional information, please contact us

Sincerely,

Lynda S Zengerle

Enclosure

WASHINGTON    PHOENIX    LOS ANGELES    LONDON    BRUSSELS

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearance - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b) a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10 obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request he/she may in addition be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | All immigration matters | Date |
| | | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | | ☐ Petitioner | ☐ Applicant |
| Catherine | Gaujacq | | ☒ Beneficiary | |
| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |

| Name | | | ☒ Petitioner | ☐ Applicant |
| Electricite de France International North America, Inc. | | | ☐ Beneficiary | |
| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
| 1730 Rhode Island Avenue NW, Suite 509 | | Washington | D C | 20036 |

Check applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

U.S. Supreme Court          and am not under a court or administrative agency
*Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request (*if you check this item also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain fully )

| SIGNATURE | COMPLETE ADDRESS |
| | Steptoe & Johnson LLP |
| | 1330 Connecticut Avenue, NW |
| | Washington      DC    20036-1795 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Lynda S. Zengerle | 202-429-8170      202-429-3902(Fax) |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS

Lynda S. Zengerle

*(Name of Attorney or Representative)*

THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER

All immigration matters

| Name of Person Consenting | Signature of Person Consenting | Date |
| DREUX   V. P. | | |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may also be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et SEQ.

Form G-28 (09-26-00)Y

EDFINA 001383