**ATTACHMENT 7**

                                                                              1

1               IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF COLUMBIA

3        -------------------------------------X   ORIGINAL

         CATHERINE GAUJACQ                    :

4              Plaintiff                      : No.

                  v.                          : 1:05CV0969

5        ELECTRICITE DE FRANCE                : (JGP)

         INTERNATIONAL NORTH AMERICA, INC.,   :

6        ET AL                                :

               Defendants                     :

7        -------------------------------------X

8

9                      Washington, D.C.

10                  Thursday, March 23, 2006

11

12       Deposition of:

13              PATRICK DE BOTHEREL,

14         The witness, was called for examination by

15       counsel for the Plaintiff, pursuant to notice,

16       commencing at 8:47 a.m., at the law office of

17       Steptoe & Johnson, 1330 Connecticut Avenue, N.W.,

18       Washington, D.C., 20036, before Sheri C. Stewart,

19       Registered Professional Reporter and Notary Public

20       in and for the District of Columbia, when were

21       present on behalf of the respective parties:

22

50

1    the hierarchy, higher will be their salaries,

2    their compensation. That's the first point.

3            The second point with regards to the

4    dirigent, compensation is completely

5    individualized.

6            The only existing element is that we

7    have a system in place, and this is more a

8    guideline that defines a range of fixed salaries

9    classified by the high rank of the dirigent.

10        Q    Do you recall what the range was for R1

11   employees in 2004?

12        A    I do not specifically recall, but what

13   I would like to point out is that this range is

14   more a guideline than anything else.

15        Q    Is it possible that an R2 could have

16   the same salary as an R1?

17        A    No.

18        Q    Is that because the salaries are

19   defined in minimum and maximum?

20        A    There is a minimum salary, and that's

21   with regards to the level of the dirigent. There

22   is no maximum a priori.

PATRICK DE BOTHEREL
Gaujacq v. Electricite de France, et al                                 3-23-2006

51

1          It is possible that a young person who
2   has been appointed R1 has a slightly -- a slightly
3   inferior compensation to -- who has a slightly
4   inferior fixed salary to -- when compared with a
5   person of high level experience.
6          But the difference will reflect on the
7   variable portion of the compensation.
8       Q   What do you mean by that?
9       A   By that I mean the percentage applied
10  on the salary with regards to the variable portion
11  of the salary is different.
12         For example, in 2004, the variable
13  portion for the R1 was 25 percent, for the R2 it
14  was 20 percent, and for the R3 category it was
15  18 percent.
16      Q   And is the variable portion like a
17  bonus given at the end of the year?
18      A   Yes.
19      Q   Okay. And then the fixed portion is
20  the salary that's paid over -- on a monthly or
21  biweekly basis, bimonthly basis?
22      A   Yes.

1   America, it's mainly the U.S.

2           And then in the Asian part of the

3   world, east, we have China, Cambodia, Vietnam.

4       Q   What was the structure of R1 in the

5   last year that Catherine Gaujacq was employed with

6   EDF, 2004?  Even though she was terminated early

7   2005, let's just take 2004, what was the structure

8   for the R1s then?

9       A   I am sorry, but I really don't

10  understand what you mean by structure, applied to

11  R1s.

12          MS. REGAL:  How many?

13          MS. BREDEHOFT:  Okay.  Thank you.

14  BY MS. BREDEHOFT:

15      Q   How many R1s were there in 2004?

16      A   In 2004, the R1 were French, and there

17  were 50, 50.

18      Q   And when you say they were French, what

19  do you mean by that?

20      A   Those were employees that depended --

21  directly from EDF France, on EDF France.

22      Q   In 2004, were there any R1s that had

66

1      Q     So is it correct, then, that someone
2   who is going to be considered for an R1 needs to
3   be performing a job function that's at least an R2
4   in order to be considered for an R1?
5           MS. REGAL: Object to the form of the
6   question.
7      A     I think that EDF's policy is more open
8   than this.
9           One can -- and this happened in the
10  past, I have specific examples.
11          You can have a function R1, and then
12  there is nobody within the people who are R1s or
13  R2s because one evaluates that nobody has the
14  competence to assume the new assignments.
15          And at that moment, one searches, one
16  looks for somebody outside of the group. That
17  means that one can hire, recruit, people from the
18  outside who then come into EDF group and become
19  directly an R1.
20  BY MS. BREDEHOFT:
21     Q     Let me go back to this exhibit.
22  Actually, before we get to this exhibit, are there

PATRICK DE BOTHEREL
Gaujacq v. Electricite de France, et al                                         3-23-2006

67

1      any women at EDF that are R1s?

2           A      Yes.

3           Q      How many?

4           A      At least five.

5           Q      Are they all in France?

6           A      Yes.

7           Q      Are there any women who are R2s?

8           A      Yes, of course.

9           Q      How many?

10          A      Between 10 and 11 percent, so that
11     means between 15 and 20 women.

12          Q      Forgive me, I might have misunderstood
13     a question earlier today.

14                 Are there 100 R1s right now or how many
15     R1s are there?  I'm getting a shake of the head
16     from counsel, so let me ask it cleaner.

17                 How many R1s are there?

18          A      Fifty.

19          Q      Do you recall the names of any of the
20     five women who are R1s?

21                 MS. REGAL: And I want to object to the
22          scope.

1          If you know this information, you may

2     answer it.

3     A    I can give you the name of one because

4     we work together. And that is Mrs. Verdier,

5     V-E-R-D-I-E-R, then the next name N, as in Nancy,

6     A-V-E-S.

7     Q    Do you recall any of the other women

8     who are R1s?

9     A    There is Mrs. Nahon, spelled N, as in

10    Nancy, A-H-O-N.

11    Q    Any others that you can recall?

12    A    There's Mrs. Le Lorier, L-E, and then

13    next word L-O-R-I-E-R.

14         And then the legal director of the

15    group is also a woman, but the name escapes me.

16    Q    What does Ms. Verdier Naves do, what is

17    her position?

18    A    She has more functions. She's number

19    two of the direction of the dirigent. And it

20    represents the employer in all negotiations with

21    the unions.

22    Q    What about Ms. Nahon, N-A-H-O-N?

PATRICK DE BOTHEREL
Gaujacq v. Electricite de France, et al                              3-23-2006

```
                                                                   69
 1      A     This person is director of sustainable
 2   development.
 3            MS. REGAL:  Sorry, director of what?
 4            THE INTERPRETER:  Sustainable
 5      development.
 6      A     And Mrs. Le Lorier is director of the
 7   treasurer department and everything which is
 8   linked to M and A, merger and acquisitions.
 9            MS. BREDEHOFT:  That's English.
10            THE INTERPRETER:  Therefore, I was
11      confused.
12            MS. BREDEHOFT:  Thank you.
13   BY MS. BREDEHOFT:
14      Q     All right.  Are there any engineers who
15   are women who are R1s, to your knowledge?
16      A     Mrs. Nohan is a poly technician.
17      Q     What does that mean?
18      A     That is the most high level engineer,
19   engineering school in France with the best
20   reputation.
21      Q     Typically when someone becomes an R1,
22   does EDF attempt to keep them in jobs that are
```

1       You may answer if you know this
2   information.
3       A   I don't know exactly, but it's more
4   than 25 percent.
5   BY MS. BREDEHOFT:
6       Q   I think you indicated earlier that EDF,
7   within all of its groups, has 160,000 employees;
8   is that accurate?
9       A   Yes.
10      Q   And that's worldwide, correct?
11      A   Yes.
12      Q   Do you have any idea what percentage of
13  those are women?
14          MS. REGAL:  Object to the scope.
15          If you have the information, you may
16      answer.
17      A   I cannot give you a precise percentage,
18  but it's somewhere between 45 and 50 percent.
19  BY MS. BREDEHOFT:
20      Q   Let me just jump back to the R1, R2 and
21  R3 categories again.
22          Are there different benefits depending

138

1   this knowledge based on hearsay, which that's

2   always very dangerous because it can be based just

3   only upon rumors.

4              And, indeed, there were rumors that

5   Mr. Nadal would treat Mrs. Gaujacq very badly.

6   BY MS. BREDEHOFT:

7       Q     If a male employee at EDF is treating a

8   female employee at EDF worse than other males, do

9   you think that that female has the right to

10  complain about that conduct -- let me finish --

11  without punishment or retribution for having

12  complained?

13              MS. REGAL:  I'm going to object.  This

14      is a 30(b)(6) deposition, and you are now

15      asking this individual personal views.

16              MS. BREDEHOFT:  You're making a

17      speaking objection.  If you want to make an

18      objection to the form, then you can go ahead

19      and do that, but you're now making a speaking

20      objection.  Or outside the scope, you can

21      make that objection.

22              MS. REGAL:  The topics that you're

**ATTACHMENT 8**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - -

IN THE MATTER OF                            )
                                            )
CATHERINE GAUJACQ                           )
            Plaintiff,                      )
                                            ) CIVIL ACTION NO:
v.                                          ) 1:05CV0969 (JGP)
                                            )
ELECTRICITE DE FRANCE                       )
INTERNATIONAL NORTH AMERICA                 )
INC., et al                                 )
            Defendants.                     )

- - - - - - - - - - - - - - - - -


DEPOSITION OF YANN LAROCHE


Friday, April 21st, 2006
at 8:30 am


Taken at the offices of:

Gide Loyrette Nouel
26, cours Albert 1er
Location 4
75008, Paris
France

| | | |
|---|---|---|
| 09:43:06 | 1 | Nadal's deposition or in de Botherel's deposition, and |
| | 2 | whichever it was would reflect the agreement. |
| | 3 | (9.45 am) |
| | 4 | (A short break) |
| 09:54:55 | 5 | (9.55 am) |
| | 6 | Q. Between 2000 and 2004, were there any women |
| | 7 | who were the presidents or heads of any subsidiaries other |
| | 8 | than Catherine Gaujacq? |
| | 9 | A. Well, it is difficult for me to try to |
| 09:57:30 | 10 | remember, because within my responsibilities as of 2001, and |
| | 11 | even more so in 2003, when I took over the supervision of |
| | 12 | the top management, I was dealing mainly with R1-ranking |
| | 13 | staff. |
| | 14 | But as far as Catherine Gaujacq and EDFINA are |
| 09:57:58 | 15 | concerned, in fact she was R3, if I remember rightly. |
| | 16 | Therefore I would have no detail concerning her. Again, |
| | 17 | I was dealing mainly with R1-ranking management. All I can |
| | 18 | say is that obviously there must have been some women who |
| | 19 | were members of the boards of either the various companies |
| 09:58:25 | 20 | or its subsidiaries, but I don't know of any R1 women there |
| | 21 | would have been in that case. In other words, they would |
| | 22 | have been board members, these women, but not managers of |
| | 23 | the company, and therefore they would have ranked R2 and R3, |
| | 24 | and naturally I wouldn't have any details concerning them. |
| 09:58:55 | 25 | So, in other words, the answer to your question is |

| | | |
|---|---|---|
| 09:58:58 | 1 | that it is possible, but I have no specific knowledge of |
| | 2 | that; that is, during the period of time 2000-2004. |
| | 3 | Q  So to the best of your recollection or |
| | 4 | knowledge, there were no other women, other than |
| 09:59:12 | 5 | Catherine Gaujacq, who were presidents or managers of any |
| | 6 | subsidiary during the period 2000-2004; is that accurate? |
| | 7 | MR. CLARK:  Objection to form. |
| | 8 | A.  Again, as I indicated earlier, I was not at |
| | 9 | all concerned with R2- or R3-ranking staff, so I have |
| 10:01:13 | 10 | neither any details to give you, nor any specific |
| | 11 | recollection.  It is possible that there might have been |
| | 12 | women such as the ones you describe, but I have no precise |
| | 13 | knowledge of that, merely because I was involved with R1 |
| | 14 | staff, as I told you earlier. |
| 10:01:34 | 15 | Let me add to this that there was indeed, |
| | 16 | actually, one female manager that ranked R1, but she was |
| | 17 | deputy general manager; she was not the person in charge. |
| | 18 | She was somebody who dealt in France with a company called |
| | 19 | Dalkia.  I knew her personally, and that is why I have |
| 10:02:05 | 20 | direct knowledge of this example.  But again, she was only |
| | 21 | the deputy general manager; she was not the head of the |
| | 22 | company. |
| | 23 | Q.  Between 2004 and the present, are you aware of |
| | 24 | any women who are the President or have been the head of any |
| 10:02:24 | 25 | subsidiary of EDF? |

| | | |
|---|---|---|
| 10:03:17 | 1 | A. Well, for the period during 2004 and to this |
| | 2 | day, my answer would be the same. In fact, as far as the |
| | 3 | general managers that come under my responsibility, ie |
| | 4 | R1-ranking managers, there is only one female manager, who |
| 10:03:46 | 5 | is the one I was referring to a moment ago, who is in charge |
| | 6 | of Dalkia, and she is the only one that I know. I certainly |
| | 7 | don't know of any other that would be in charge or manage |
| | 8 | any subsidiary as an R1-ranking manager; and I insist: in |
| | 9 | that category. |
| 10:04:16 | 10 | Q. What is the name of the woman that you are |
| | 11 | referring to that is the manager of Dalkia? |
| | 12 | A. Michèle Bellon. |
| | 13 | Q. And how long has she been the manager? |
| | 14 | A. Well, I think she probably took over that |
| 10:05:15 | 15 | responsibility -- I can't remember for sure -- around the |
| | 16 | year 2000, I think. I think she would have started around |
| | 17 | 2000/2001. |
| | 18 | Q. Forgive me, what is her last name again? |
| | 19 | A. Michèle Bellon. |
| 10:05:55 | 20 | Q. Is Ms. Bellon still deputy general manager of |
| | 21 | Dalkia, or did she become the general manager at that point? |
| | 22 | A. No, she is still deputy general manager, and |
| | 23 | this quite simply because of an agreement that was signed |
| | 24 | between Dalkia and EDF; EDF being a company that holds |
| 10:07:44 | 25 | an interest in Dalkia, but it's not a majority stake that |

```
10:07:47   1   it's holding.
           2           Therefore there was an agreement between the
           3   shareholders at EDF and those of Dalkia -- Dalkia, by the
           4   way, having as a majority shareholder another company called
10:08:03   5   Véolia; and therefore, as would logically be the case, the
           6   majority shareholder would appoint the general manager,
           7   while the second most important shareholder would appoint
           8   the deputy.
           9       Q.  What is the strategic mission for Dalkia?
10:09:06  10       A.  Well, Dalkia specializes in the provision of
          11   services in the field of energy.  It's called "services
          12   énérgetics".  In fact, it consists of providing industry,
          13   local authorities, small- and medium-sized companies with
          14   services for the management of their energy supply: heat
10:09:35  15   creation, making the most of the energy at their disposal,
          16   boiler management, et cetera.
          17       Q   And what is Michèle Bellon's background?
          18       A.  What do you mean by "background".
          19       Q.  What are her qualifications to be the deputy
10:10:03  20   general manager?
          21       A.  Well, Ms. Bellon is an engineer by training.
          22   In fact, her career has developed over the years in
          23   different fields; first of all, of course, engineering and
          24   equipment, where she was in charge not only of design, but
10:12:19  25   also of on-site supervision.  At some stage also she became
```

| | | |
|---|---|---|
| 10:12:27 | 1 | in charge of personnel and social relations, and she held |
| | 2 | that responsibility for several years. Before she actually |
| | 3 | joined Dalkia, she was the deputy of the deputy general |
| | 4 | manager in charge of customers, which entailed, of course, |
| 10:12:49 | 5 | quite wide responsibilities, in terms of developments and |
| | 6 | assistance to that deputy general manager in charge of |
| | 7 | customers. |
| | 8 | At the time, in 1999/2000, there was indeed |
| | 9 | a deputy director general in charge of customers. So she |
| 10:13:16 | 10 | does have quite a lengthy experience, not only in the |
| | 11 | engineering field, but also quite a lot of experience in the |
| | 12 | field of business. |
| | 13 | Q. Was Ms. Bellon given an R1 ranking before she |
| | 14 | became the deputy general manager of Dalkia? |
| 10:13:57 | 15 | A. Yes, indeed. At the time when she was the |
| | 16 | deputy of the deputy general manager in charge of customers, |
| | 17 | she was already ranked R1. |
| | 18 | Q. Now, why was the ranking of R3 given to the |
| | 19 | position of President of EDFINA during the time that |
| 10:14:17 | 20 | Catherine Gaujacq was the President of EDFINA? |
| | 21 | MR. CLARK: Objection to form. |
| | 22 | A. Well, as I indicated earlier, I have no detail |
| | 23 | concerning this because, again, we're talking about an R3 |
| | 24 | position, and R3 and the other ranks other than R1 were |
| 10:16:16 | 25 | supervised by managers that were not on my level. |

| | | |
|---|---|---|
| 13:59:42 | 1 | I think there are quite a few females that were thus |
| | 2 | expatriated, but I could give you neither the numbers nor |
| | 3 | their names. |
| | 4 | Furthermore, these employees might rank R3, or |
| 14:00:01 | 5 | might even rank much lower than R3; they were not |
| | 6 | necessarily part of the management team. They could be |
| | 7 | executives or specialists, if you like, but they were not |
| | 8 | necessarily managers. |
| | 9 | Q. Can you name any female manager who accepted |
| 14:00:18 | 10 | an expatriation contract other than Catherine Gaujacq since |
| | 11 | 1997? |
| | 12 | A. I indicated this morning that I was directly |
| | 13 | involved with the R1 management team, so I cannot recollect |
| | 14 | the name of any expatriate lady manager. I believe there |
| 14:02:03 | 15 | was no R1 expatriate concerned, but there might have been |
| | 16 | expatriates who held a lower rank, while again I could not |
| | 17 | give you their names. Obviously I know the R1 staff, and |
| | 18 | I would know the female managers who would be in that |
| | 19 | position; I'm less knowledgeable when we're talking about R2 |
| 14:02:31 | 20 | and R3. |
| | 21 | Q. You indicated this morning that EDFINA was |
| | 22 | pursuing areas beyond nuclear. What other areas beyond |
| | 23 | nuclear was EDFINA pursuing? |
| | 24 | A. To answer you precisely I would need to know |
| 14:03:05 | 25 | what timeframe you had in mind. |