**ATTACHMENT 9**

ELECTRICITE DE FRANCE INTERNATIONAL
NORTH AMERICA INC



April 24, 2000

**BY FEDERAL EXPRESS**

Vermont Service Center
Immigration and Naturalization Service
75 Lower Welden Street
St. Albans, VT  05479-0001

> **RE:**  I-129 Petition for L-1A Classification
> Transferee:  Ms. Catherine GAUJACQ

Dear Sir or Madam:

This letter is written in support of the petition of Electricité de France International North America, Inc. for an L-1A nonimmigrant visa on behalf of Ms. Catherine Gaujacq, for the position of President of Electricité de France International North America, Inc. The transferee will undertake a temporary assignment with Electricité de France International North America, Inc. She is currently employed by Electricité de France at its Nuclear Power Plant in Penly, France. Ms. Gaujacq will report on her activities to senior-level management at Electricité de France, in France.

Electricité de France International North America, Inc. is requesting a period of employment authorization of three years, from July 1, 2000 to June 30, 2003. During this assignment, Ms. Gaujacq's level of compensation will be $110,000 per year. She will continue to be remunerated by Electricité de France in France. Ms. Gaujacq will be based in the United States at Electricité de France International North America, Inc.'s main office in Washington, D.C. It is anticipated she will travel frequently to other Electricité de France International North America, Inc. offices and affiliated U.S. power plants. Both Electricité de France International North America, Inc. and Ms. Gaujacq understand the temporary nature of the assignment.

### The Petitioner and the Corporate Relationship

Electricité de France International North America is owned by Electricité de France, a state-owned utility which is responsible for the generation, transmission and distribution of electricity in France. In 1998, Electricité de France counted 30 million customers in France and more than 15 million customers outside of France. Electricité de France's total output in France during 1998 came to 460 billion kilowatt-hours.

INS/Vermont Service Center
April 24, 2000
Page Two

Since 1989, Electricité de France has developed in international policy leading to the opening of offices throughout the world, including the establishment of a number of subsidiaries in several countries. In the electricity industry, Electricité de France has been recognized as an important actor on a world-wide basis. An essential part of the Electricité de France mission is to promote cooperation between electrical utilities and other organizations in the field of electrical energy production in the areas of scientific research and development. In recent years, it has become increasingly important to establish close relationships between electrical utilities in order to further advance the mission of generating electricity with minimum risks to the environment and maximum service to customers.

Electricité de France and its subsidiaries are continually striving to advance the level of technical and scientific communication among energy providers on a global basis in an effort to further develop clean, safe, and efficient forms of energy. This promotion of research and development includes the establishment of collaborative projects between the subsidiaries of Electricité de France and other organizations, including U.S. utilities. In addition, Electricité de France's practice is to rotate its managers on an international basis. In keeping with this practice, Electricité de France has decided to bring to the United States on a temporary basis a high-level manager who has acquired a great deal of experience and responsibility within the Electricité de France organization.

### The U.S. Position to be held by the Transferee

Ms. Gaujacq will fill the position of President of Electricité de France International North America, Inc. As the top-ranking executive of Electricité de France International North America, Ms. Gaujacq will direct all business activities of the organization. She will review administrative and personnel decisions and coordinate the work of outside contractors who provide services to meet the needs of Electricité de France International North America, Inc. Perhaps most importantly, as President, Ms. Gaujacq will work in close collaboration with leaders of U.S. electrical utilities, building and strengthening ties between the U.S. and French energy industries. This function of Ms. Gaujacq's position is key because the exchange of information between Electricité de France and U.S. utility companies will directly benefit the U.S. energy industry. Ms. Gaujacq will be charged with explaining the policies, experiences, and goals of Electricité de France to U.S. energy executives and governmental organizations. She will play a critical role in defining the different avenues to be pursued by Electricité de France in cooperation with the U.S. energy industry in pursuing collaborative research and development projects at a highly advanced level. Clearly, only an experienced Electricité de France insider could successfully fill this position. Ms. Gaujacq, an employee of Electricité de France for 20 years, and a high-level executive familiar with company policies and operations at several Electricité de France electrical power plants, is well qualified for the job.

**1422**

INS/Vermont Service Center
April 24, 2000
Page Three

### The Foreign Positions Filled by the Transferee

Ms. Gaujacq has been employed by Electricité de France since 1980. Her twenty years of experience have included several managerial positions of varying responsibility. Since 1994, Ms. Gaujacq has held the important position of Site Vice-President and General Manager of the Penly Nuclear Power Plant in Seine Maritime, France. As the plant general manager, Ms. Gaujacq is in charge of day-to-day operations, supervising a staff of 650 employees. She has the authority to decide personnel actions and direct all negotiations with regional authorities on behalf of the plant, in addition to managing all business activities, as well as plant operating and maintenance costs.

Prior to her tenure at the Penly plant, Ms. Gaujacq held the same position (Site Vice-President/General Manager) at La Maxe Coal Fired Power Plant. Her duties were generally the same as those at Penly, but dealing with the properties of coal-generated fuel. She held the position from 1992 to 1994. From 1990 to 1992, Ms. Gaujacq was appointed Nuclear Inspector for Electricité de France's Nuclear Generation Division, where she conducted numerous evaluations of the management of safety at nuclear power plants in France and abroad. Prior to 1990, Ms. Gaujacq served as head of several Departments, including Shift Operations and Maintenance, at two different Electricité de France nuclear power plants.

### The Qualifications of the Transferee

Ms. Gaujacq's education and her twenty years of experience within Electricité de France have left her well-prepared to fill her managerial duties as President of Electricité de France International North America, Inc. Her background at Electricité de France, where she enjoyed positions of increasing responsibility and, recently, has played a part in key policy-making decisions, demonstrates that she is ready to take on the position at issue. In addition to her extensive technical and managerial experiences at Electricité de France described above, it should be noted that Ms. Gaujacq earned her degree in engineering from the University of Nancy in 1977, and also has a Certificate in Business English.

In conclusion, Ms. Gaujacq's academic preparation and her distinguished 20 year career at Electricité de France, make her well-qualified to assume the position of President of Electricité de France International North America, Inc. Thank you for your assistance and courtesy in this matter.

Sincerely,

Richard T. Brien III
Administrative Director

**1423**

INTERNATIONAL DIVISION



**EDF**
Electricité
de France

YOUR REF:

OUR REF:   PM/ML

April 4th, 2000

CONTACT PERSON:

SUBJECT:   *Immigration and Naturalization Service*
*Vermont Service Center*
*Re : Mrs Gaujacq*

To Whom It May Concern

This is to confirm that Mrs GAUJACQ has been employed by Electricité de France (EDF) since 1980. Her 20 years of experience with EDF have included several managerial positions in varying responsabilities.

From 1994 to the present, Mrs Gaujacq has served as Site Vice President of PENLY Nuclear Power Plant. As plant general manager, she has the responsability, through her subordonate staff, for approximately 650 employees. She exercises senior level discretion over day-to-day operations under her control, including the authority to decide personnel actions. She manages and directs all negociations with regional authorities as well as business activities and is responsable of O and M costs (about 100 billion dollars a year) of the plant, including negociations with contractors.

From 1992 to 1994, Mrs Gaujacq was Site Vice President of LA MAXE Coal Fired Power Plant. As plant general manager, she had the same kind of responsabilities than in PENLY, excepting naturally the responsability of nuclear fuel property.

During her previous assignments in EDF, Mrs Gaujacq used to be Head of several Departments (operations on shift, maintenance) in different Nuclear Power Plants of Electricité de France and Nuclear Inspector for EDF Nuclear Generation Division.

Mrs Gaujacq's extensive managerial experience within EDF well quilify her for the key managerial assignment of President of Electricité de France International North America, Inc. and we ask your assistance in granting her the appropriate nonimmigrant status.

Should you have any questions regarding this matter, please do not hesitate to contact me.
Thank you.

Faithfully.

Philippe MICHEL

Vice President of the Human
Resources Department

1424

RÉPUBLIQUE FRANÇAISE

—

MINISTÈRE DES UNIVERSITÉS

INSTITUT NATIONAL POLYTECHNIQUE DE LORRAINE

# DIPLÔME D'INGÉNIEUR
## DE L'ÉCOLE NATIONALE SUPÉRIEURE
### DE LA METALLURGIE ET DE L'INDUSTRIE DES MINES DE NANCY

LE DIRECTEUR ET LES PROFESSEURS DE L'ÉCOLE NATIONALE SUPÉRIEURE

DE LA METALLURGIE ET DE L'INDUSTRIE DES MINES DE NANCY

*certifient que* M *adame* Catherine GAUJACQ née VAXELAIRE

*née à* MOYEUVRE GRANDE (57) *, le* 24 septembre 1957

*a satisfait aux conditions prescrites pour l'obtention du Diplôme d'Ingénieur* Civil des

Mines de Nancy

Fait à     Nancy     , le     27 juin 1980

Les Membres du Jury,                                     Le Directeur

NOUS, PRÉSIDENT DE L'INSTITUT NATIONAL POLYTECHNIQUE

DE LORRAINE

*Vu l'article 11 du décret du 16 janvier 1947,*

*Vu le décret n° 69-930 du 14 octobre 1969,*

*délivrons le présent diplôme à* Madame Catherine GAUJACQ née VAXELAIRE

Fait à     Nancy     , le     27 juin 1980

Le Président                                     Le Ministre des Universités,
de l'Institut national polytechnique,     P/Le Directeur des Enseignements Supérieurs
                                                          et par délégation,

                              Le Titulaire,

                              G. PAN                                      E. COUSIN

                                                          N° 54/80/1425

**ATTACHMENT 10**

DE :                          N° DE FAX :                    26 OCT. 2004 19:02    P2

AMÉRIQUES - AMERICAS
FERNANDO PONASSO
DIRECTOR



Buenos Aires, le 26 juillet 2004

Madame Catherine GAUJACQ
Vice Présidente d'EDF - INA

Chère Madame,

J'ai le plaisir de vous annoncer qu'à l'occasion de l'examen des positionnements salariaux au 1er juillet 2004, j'ai décidé de porter votre salaire brut mensuel à 7330 €.

Je vous prie d'agréer, chère Madame, l'expression de mes sentiments les meilleurs.

Le Directeur de EDF Amériques

Fernando PONASSO

Copie : Christian NADAL

AV. EDUARDO MADERO 900, PISO 22 - BUENOS AIRES CP1106 – ARGENTINA · TEL. (54-11) 4132-8502 – FAX (54-11) 4132-8501

EDF 004679

**ATTACHMENT 11**

**BULLETIN DE PAIE**
PERIODE: 01 09 2004/30 09 2004
PAYABLE LE 29 09 2004


EDF
Electricité
de France

| EMPLOI | ROUTAGE |
|---|---|
| CADRE DIRIGEANT | EG01296 |

SEPTEMBRE 2004

**EMPLOYEUR / ETABLISSEMENT**

ELECTRICITE DE FRANCE
E M ET FONCTIONS BR ENERGIES

1  PL PLEYEL
93200  ST DENIS
APE: 401Z URSSAF: 7500
N  SIRET:  55208131763693

| MODE DE PAIEMENT | CLASSEMENT | | | PROCHAIN ECHELON | MAJORAT RESIDENT |
|---|---|---|---|---|---|
| | G.F | N.R. | ECH | | |
| BANQUE | HC | | | | |

**IDENTIFICATION DE L'AGENT**

EG: EG01296  TRI: ZZ  DUM: 401990  UG: 481998039

MME  GAUJACQ CATHERINE  NNI-CONTRAT: CB2417AA

10801 SYCABORE SPRINGS LAN
GREAT FALLS VA
USA 22066-ETATS UNIS

| NUMERO SECURITE SOCIALE | 2 57 09 57 431 406 |
|---|---|

| TEMPS PLEIN OU PARTIEL | %RETRIBU OU HORAIRE HEBDO | NOMBRE D'HEURES DU MOIS | TAUX HORAIRE DU MOIS | POSITION PAR RAPPORT AU STATUT |
|---|---|---|---|---|
| PLEIN | | 151,67 | 46,02 | STATUTAIRE |

Sans indication particulière, tous les calculs et montants sont en euros

| TAUX HORAIRE | NOMBRE D'HEURES | BASE DE CALCUL | TAUX | IMPOSABLE | PERIODE CONCERNEE | CODE ET LIBELLE DE LA RUBRIQUE | MONTANT A RETENIR | MONTANT A PAYER |
|---|---|---|---|---|---|---|---|---|
| | | | | SC SF | | 001 REMUNERATION BRUTE | | 6 980,00 |
| | | | | SF | | 181 RET EGALISAT. FISC | 1 067,88 | |
| | | | | SF | | 575 IND MOB INTERNATIO | | 1 134,25 |
| | | | | SF | | 586 I DIFCOUT VIE MLD | | 142,33 |
| | | | | SF | MOIS ANTER | 586 I DIFCOUT VIE MLD | | 279,07 |
| | | 6 980,00 | 0,186 | DF | | 721 RET COT. CF ETRANG | 45,39 | |
| | | 3 837,80 | 1,715 | DF | | 842 COT IDCP ACCIDENT | 12,90 | |
| | | 6 980,00 | 7,85 | DF | | 846 COTISATION CAS | 65,82 | |
| | | 9 964,00 | 1,00 | DF | | 870 COTISATION IVD | 547,93 | |
| | | | | DF | | 873 CONTRIB SOLIDARITE | 99,84 | |

| IMPOSABLE : D = DEDUCTIBLE  S = SOUMIS / C = CSG ET RDS  R = RDS F = FISC | | | | | | TOTAL | 1 839,16 | 8 535,65 |

| CHARGES PATRONALES SECURITE SOCIALE | | |
|---|---|---|
| CODE | LIBELLE DE LA RUBRIQUE | MONTANT |
| 846 | COTISATION CAS | 65,82 |
| 870 | COTISATION IVD | 4 397,40 |
| | | |
| | **TOTAL** | 4 463,22 |

| PRESTATIONS FAMILIALES - RETENUES ET COMPLEMENTS DIVERS | | | | |
|---|---|---|---|---|
| IMPOSABLE | PERIODE CONCERNEE | CODE | LIBELLE DE LA RUBRIQUE | A RETENIR | A PAYER |
| SC | | 658 | FOB COT AN ENERGIE | | 29,58 |
| | | 660 | AN PART SIMPLE | | 1,42 |
| SC SF | | W64 | AN ASSURANCE VIE | | 306,25 |
| SC | | W65 | AN ASSURANCE DECES | | 149,91 |
| | | 768 | REPRISE HORS F.P | 485,74 | |
| | | | **TOTAL** | 485,74 | 487,16 |

| | CUMUL ANNUEL IMPOSABLE | BASE COTIS. SEC SOC. AVANT NAT | BRUT IMPOSABLE DU MOIS | COTISATIONS DEDUCTIBLES DU MOIS | NET IMPOSABLE DU MOIS | SOMMES NON IMPOSABLES DU MOIS | TOTAL A RETENIR EN EUROS | TOTAL A PAYER |
|---|---|---|---|---|---|---|---|---|
| BRUT | 87 982,33 | | 6 980,00 | 725,77 | 6 254,23 | -1 112,97 | | 11174 |
| NET | 81 109,88 | | | | | | | 6 698,91 |

**BULLETIN DE PAIE**
PERIODE: 01 10 2004/31 10 2004
PAYABLE LE 29 10 2004


EDF
Electricité de France

| EMPLOI | ROUTAGE |
|---|---|
| CADRE DIRIGEANT | EG01296 |

### EMPLOYEUR / ETABLISSEMENT

ELECTRICITE DE FRANCE
E M ET FONCTIONS DE ENERGIES

1    PL PLEYEL
93200  ST GENIS
APE: 4012 URSSAF: 7500
N  SIRET:  55208101763693

OCTOBRE    2004

| MODE DE PAIEMENT | CLASSEMENT | | | PROCHAIN ECHELON | MAJORAT. RESIDENT |
|---|---|---|---|---|---|
| | G.F. | N.R. | ECH. | | |
| BANQUE | HC | | | | |

### IDENTIFICATION DE L'AGENT

SG: EG01296  TRI: 22  DUM: 401990    UO: 401990339

MME  BAUJACQ CATHERINE        UNI-CONTRAT: C82417AA

10801 SYCAMORE SPRINGS LAN
GREAT FALLS VA
USA 22066-ETATS UNIS

| NUMERO SECURITE SOCIALE | 2 57 09 57 491 406 |
|---|---|

| TEMPS PLEIN OU PARTIEL | % REMUN ou HORAIRE HEBDO | NOMBRE D'HEURES DU MOIS | TAUX HORAIRE DU MOIS | POSITION PAR RAPPORT AU STATUT |
|---|---|---|---|---|
| PLEIN | | 151,67 | 46,02 | STATUTAIRE |

Sans indication particulière, tous les calculs et montants sont en euros

| TAUX HORAIRE | NOMBRE D'HEURES | BASE DE CALCUL | TAUX | IMPOSABLE | PERIODE CONCERNEE | CODE ET LIBELLE DE LA RUBRIQUE | MONTANT A RETENIR | MONTANT A PAYER |
|---|---|---|---|---|---|---|---|---|
| | | | | SC SF | | E01 REMUNERATION BRUTE | | 6 980,00 |
| | | | | SF | | 181 RET EGALISAT. FISC | 1 067,00 | |
| | | | | | | 575 IND MOB INTERNATIO | | 1 134,25 |
| | | 6 980,00 | 0,186 | DF | | 721 REI ECT. CF ETRANG | 45,39 | |
| | | 3 837,80 | 1,715 | DF | | 842 CGT IGCF ACCIDENT | 12,96 | |
| | | 6 980,00 | 7,85 | DF | | 846 COTISATION CAS | 65,82 | |
| | | 9 904,00 | 1,00 | DF | | 870 COTISATION IVD | 547,93 | |
| | | | | | | 873 CONTRIB SOLIDARITE | 99,04 | |

IMPOSABLE : D = DEDUCTIBLE  S = SOUMIS / C = CSG ET RDS  R = RDS F = FISC    **TOTAL** | 1 838,16 | 8 114,25 |

### CHARGES PATRONALES SECURITE SOCIALE

| CODE | LIBELLE DE LA RUBRIQUE | MONTANT |
|---|---|---|
| 846 COTISATION CAS | | 65,82 |
| 870 COTISATION IVD | | 4 397,40 |
| | **TOTAL** | 4 463,22 |

### PRESTATIONS FAMILIALES - RETENUES ET COMPLEMENTS DIVERS

| IMPOSABLE | PERIODE CONCERNEE | CODE | LIBELLE DE LA RUBRIQUE | A RETENIR | A PAYER |
|---|---|---|---|---|---|
| SC | | | 050 FOR COT AN ENERGIE | | 29,58 |
| | | | 060 AN PART SIMPLE | | 1,42 |
| SC SF | | | W64 AN ASSURANCE VIE | | 306,25 |
| SC | | | W65 AN ASSURANCE DECES | | 149,91 |
| | | | 768 REPRISE HORS F.P. | 485,74 | |
| | | | **TOTAL** | 485,74 | 487,16 |

| | CUMUL ANNUEL IMPOSABLE | BASE COTIS SEC SOC AVANT NAT. | BRUT IMPOSABLE DU MOIS | COTISATIONS DEDUCTIBLES DU MOIS | NET IMPOSABLE DU MOIS | SOMMES NON IMPOSABLES DU MOIS | TOTAL A RETENIR EN EUROS | TOTAL A PAYER EN EUROS |
|---|---|---|---|---|---|---|---|---|
| BRUT | 94 962,33 | | 6 980,00 | 725,77 | 6 254,23 | -1 110,93 | | |
| NET | 87 355,11 | | | | | | | 6 277,51 |

1173

# BULLETIN DE PAIE

PERIODE: 01 11 2004/30 11 2004
PAYABLE LE 29 11 2004

**EDF Electricité de France**

## EMPLOYEUR / ETABLISSEMENT

ELECTRICITE DE FRANCE
DIVISION PRODUCTION NUCLEAIRE

1  PL PLEYEL
93200  ST DENIS
APE: 401Z URSSAF: 7500
N  SIRET:  55208131749502

**EMPLOI:** CADRE DIRIGEANT
**ROUTAGE:** EG01296

NOVEMBRE 2004   MODE DE PAIEMENT: CHEQUE   HC

### IDENTIFICATION DE L'AGENT

EG: EG01296  TRI: ZZ  DOM: 401998  DO: 400810119

MME  GAOJACQ CATHERINE   NNI-CONTRAT: C82417AA

1 PLACE PLEYEL
CAP AMPERE
93200 ST DENIS

**NUMERO SECURITE SOCIALE:** 2 57 09 57 491 406

| TEMPS PLEIN OU PARTIEL | % REMUN OU HORAIRE HEBDO | NOMBRE D'HEURES DU MOIS | TAUX HORAIRE DU MOIS | POSITION PAR RAPPORT AU STATUT |
|---|---|---|---|---|
| PLEIN | | 151,67 | 48,33 | STATUTAIRE |

Sans indication particulière, tous les calculs et montants sont en euros

| TAUX HORAIRE | NOMBRE D'HEURES | BASE DE CALCUL | TAUX | IMPOSABLE | PERIODE CONCERNEE | CODE ET LIBELLE DE LA RUBRIQUE | MONTANT A RETENIR | MONTANT A PAYER |
|---|---|---|---|---|---|---|---|---|
| | | | | SC SF | | 001 REMUNERATION BRUTE | | 7 330,00 |
| | | | | SC SF | MOIS ANTER | 001 REMUNERATION BRUTE | | 1 400,00 |
| | | | | SC SF | | 030 GRAT FIN D'ANNEE | | 3 107,00 |
| | | | | SF | MOIS ANTER | 575 IND MOB INTERNATIO | | 227,48 |
| | | 29,58 | 2,40 | | | 500 CSG 100% NDED FISC | 0,71 | |
| | | 11 536,09 | 2,40 | | | 501 CSG 95% NDED FISC | 276,87 | |
| | | 11 708,00 | 0,50 | | | 513 CRDS | 58,54 | |
| | | 29,58 | 5,10 | DF | | 510 CSG 100% DED FISC | 1,51 | |
| | | 11 536,09 | 5,10 | DF | | 541 CSG 95% DED FISC | 588,34 | |
| | | 142,41 | 7,50 | | | 544 CSG 95% NDED FISC | 10,68 | |
| | | 11 837,00 | 0,186 | DF | | 842 COT IDCP ACCIDENT | 22,02 | |
| | | 3 837,86 | 1,715 | DF | | 846 COTISATION CAS | 65,82 | |
| | | 11 837,00 | 7,85 | DF | | 870 COTISATION IVD | 929,20 | |
| | | 9 904,00 | 1,00 | DF | | 873 CONTRIB SOLIDARITE | 99,04 | |

IMPOSABLE : D = DEDUCTIBLE  N = NOUMIS / C = CSG ET RDS  R = RDS F = FISC

**TOTAL:** 2 052,73    12 064,48

### CHARGES PATRONALES SECURITE SOCIALE

| CODE | LIBELLE DE LA RUBRIQUE | MONTANT |
|---|---|---|
| 822 | COT SS MAL N PLAF | 1 198,52 |
| 845 | COT PF NF PAT | 617,06 |
| 846 | COTISATION CAS | 65,82 |
| 870 | COTISATION IVD | 7 457,31 |
| 883 | SOLIDAR AUTONOMIE | 35,60 |
| 894 | COT SS AT N PL PAT | 35,60 |

**TOTAL:** 9 409,91

### PRESTATIONS FAMILIALES - RETENUES ET COMPLEMENTS DIVERS

| IMPOSABLE | PERIODE CONCERNEE | CODE | LIBELLE DE LA RUBRIQUE | A RETENIR | A PAYER |
|---|---|---|---|---|---|
| SC | | 058 | FOR COT AN ENERGIE | | 29,58 |
| | | 060 | AN PART SIMPLE | | 1,42 |
| SC SF | | 064 | AN ASSURANCE VIE | | 306,25 |
| SC | | 065 | AN ASSURANCE DECES | | 149,91 |
| | | 768 | REPRISE HORS P.P. | 485,74 | |

**TOTAL:** 485,74    487,16

| | CUMUL ANNUEL IMPOSABLE | BASE COTIS SEC SOC AVANT NAT | BRUT IMPOSABLE DU MOIS | COTISATIONS DEDUCTIBLES DU MOIS | NET IMPOSABLE DU MOIS | SOMMES NON IMPOSABLE DU MOIS | TOTAL A RETENIR EN EUROS | TOTAL A PAYER EN EUROS |
|---|---|---|---|---|---|---|---|---|
| BRUT | 106 799,13 | | 11 837,00 | 1 705,93 | 10 131,07 | -345,38 | | 10 013,17 |
| NET | 97 486,18 | | | | | | | |

1021

**BULLETIN DE PAIE**
PERIODE: 01 12 2004/31 12 2004
PAYABLE LE 30 12 2004

**EDF** Electricité de France

| EMPLOI | ROUTAGE |
|---|---|
| CADRE DIRIGEANT | EG01296 |

**EMPLOYEUR / ETABLISSEMENT**

ELECTRICITE DE FRANCE
DIVISION PRODUCTION NUCLEAIRE

1   PL PLEYEL
93200  ST DENIS
APE: 4012 URSSAF: 7800
N  SIRET: 55208131749502

DECEMBRE  2004

| CLASSEMENT | | | | PROCHAIN | MAJORAT |
|---|---|---|---|---|---|
| MODE DE PAIEMENT | G.F. | N.R. | ECH. | ECHELON | RESIDENT |
| BANQUE | HC | | | | |

**IDENTIFICATION DE L'AGENT**

EG: EG01296  TRI: ZZ  DUM: 401990  GO: 400810119

MME  GAUJACQ CATHERINE       NNI-CONTRAT: C62417AA

1 PLACE PLEYEL
CAP AMPERE
93200 ST DENIS

**NUMERO SECURITE SOCIALE**  2 57 09 59 491 40 6

| TEMPS PLEIN OU PARTIEL | % REMUN. ou HORAIRE IEDCO | NOMBRE D'HEURES DU MOIS | TAUX HORAIRE DU MOIS | POSITION PAR RAPPORT AU STATUT |
|---|---|---|---|---|
| PLEIN | | 151,67 | 48,33 | STATUTAIRE |

Sans indication particulière, tous les calculs et montants sont en euros

| TAUX HORAIRE | NOMBRE D'HEURES | BASE DE CALCUL | TAUX | IMPOSABLE | PERIODE CONCERNEE | CODE ET LIBELLE DE LA RUBRIQUE | MONTANT A RETENIR | MONTANT A PAYER |
|---|---|---|---|---|---|---|---|---|
| | | | | SC SF | | 001 REMUNERATION BRUTE | | 7 330,00 |
| | | | | SC SF | | 030 GRAT FIN D'ANNEE | | 733,00 |
| | | 29,62 | 2,40 | | | 500 CSG 100% NDED FISC | 0,71 | |
| | | 7 950,79 | 2,40 | | | 501 CSG 95% NDED FISC | 190,82 | |
| | | 8 122,82 | 0,50 | | | 513 CRDS | 40,61 | |
| | | 29,62 | 5,10 | DE | | 540 CSG 100% DED FISC | 1,51 | |
| | | 7 950,79 | 5,10 | DE | | 541 CSG 95% DED FISC | 405,49 | |
| | | 142,41 | 7,50 | | | 544 CSG 95% NDER FISC | 10,68 | |
| | | 8 063,80 | 0,186 | DE | | 842 COT IDCP ACCIDENT | 15,00 | |
| | | 3 837,80 | 1,718 | DE | | 846 COTISATION CAS | 65,82 | |
| | | 8 063,80 | 7,85 | DE | | 870 COTISATION IVD | 632,95 | |
| | | 9 904,00 | 1,00 | DE | | 873 CONTRIB SOLIDARITE | 99,04 | |
| | | | | SF | | R60 REG CAS COT SAL | | 725,85 |

IMPOSABLE : D = DEDUCTIBLE   S = SOUMIS / C = CSG ET RDS   R = RDS F = FISC    **TOTAL** | 1 462,63 | 8 788,85

| CHARGES PATRONALES SECURITE SOCIALE | | |
|---|---|---|
| CODE | LIBELLE DE LA RUBRIQUE | MONTANT |
| 822 COT SS MAL N PLAF | | 817,35 |
| 845 COT PF NP PAT | | 420,82 |
| 846 COTISATION CAS | | 65,82 |
| 870 COTISATION IVD | | 5 079,69 |
| 883 SOLIDAR AUTONOMIE | | 24,28 |
| 894 COT SS AT N PL PAT | | 24,28 |
| R61 REG CAS COT PAT | | -725,89 |
| | **TOTAL** | 5 706,35 |

| PRESTATIONS FAMILIALES - RETENUES ET COMPLEMENTS DIVERS | | | | | |
|---|---|---|---|---|---|
| IMPOSABLE | PERIODE CONCERNEE | CODE | LIBELLE DE LA RUBRIQUE | A RETENIR | A PAYER |
| SC | | 858 FOR COT AN ENERGIE | | | 29,62 |
| | | 860 AN PART SIMPLE | | | 1,42 |
| SC SF | | N64 AN ASSURANCE VIE | | | 306,25 |
| SC | | N65 AN ASSURANCE DECES | | | 149,91 |
| | | 768 REPRISE HORS F.P. | | 485,78 | |
| | | | **TOTAL** | 485,78 | 487,20 |

| CUMUL ANNUEL IMPOSABLE | | BASE COTIS SEC SOC AVANT NAT | BRUT IMPOSABLE DU MOIS | COTISATIONS DEDUCTIBLES DU MOIS | NET IMPOSABLE DU MOIS | SOMMES NON IMPOSABLES DU MOIS | TOTAL A RETENIR EN EUROS | TOTAL A PAYER EN EUROS |
|---|---|---|---|---|---|---|---|---|
| BRUT | 114 862,33 | | 8 063,00 | 493,92 | 7 569,08 | -241,40 | | 7 321,68 |
| NET | 105 055,26 | | | | | | | |

1022

# BULLETIN DE PAIE

PERIODE: 01 12 2004/31 12 2004
PAYABLE LE 30 12 2004


**EDF** Electricité de France

| | EMPLOI | ROUTAGE |
|---|---|---|
| | CADRE DIRIGEANT | EG01296 |

## EMPLOYEUR / ETABLISSEMENT

ELECTRICITE DE FRANCE
DIVISION PRODUCTION NUCLEAIRE

1  PL PLEYEL
93200  ST DENIS
APE: 401Z URSSAF: 7500
N  SIRET:  55208131749502

DECEMBRE  2004

| MODE DE PAIEMENT | CLASSEMENT | | | PROCHAIN ECHELON | MAJORAT. RESIDENT |
|---|---|---|---|---|---|
| | G.F. | N.R. | ECH. | | |
| BANQUE | HC | | | | |

### IDENTIFICATION DE L'AGENT

EG: EG01296   TRI: ZZ   DDM: 401990      UO: 400810119

MME   GAUJACQ CATHERINE              NNI-CONTRAT: C82417AA

1 PLACE PLEYEL
CAP AMPERE
93200 ST DENIS

| NUMERO SECURITE SOCIALE | 2 57 09 57 491 486 |
|---|---|

| TEMPS PLEIN OU PARTIEL | % REMUN au HORAIRE HEBDO | NOMBRE D'HEURES DU MOIS | TAUX HORAIRE DU MOIS | POSITION PAR RAPPORT AU STATUT |
|---|---|---|---|---|
| PLEIN | | 151,67 | 48,33 | STATUTAIRE |

Sans indication particulière, tous les calculs et montants sont en euros

| TAUX HORAIRE | NOMBRE D'HEURES | BASE DE CALCUL | TAUX | IMPOSABLE | PERIODE CONCERNEE | CODE ET LIBELLE DE LA RUBRIQUE | MONTANT A RETENIR | MONTANT A PAYER |
|---|---|---|---|---|---|---|---|---|
| | | | | SC SF | | 001 REMUNERATION BRUTE | | 7 336,00 |
| | | | | SC SF | | 030 GRAT FIX D'ANNEE | | 733,00 |
| | | 29,62 | 2,40 | | | 500 CSG 100% NDED FISC | 0,71 | |
| | | 7 950,79 | 2,40 | | | 501 CSG 95% NDED FISC | 190,82 | |
| | | 8 122,82 | 0,50 | | | 513 CRDS | 40,61 | |
| | | 29,62 | 5,10 | DF | | 540 CSG 100% DED FISC | 1,51 | |
| | | 7 950,79 | 5,10 | DF | | 541 CSG 95% DED FISC | 405,49 | |
| | | 142,41 | 7,50 | | | 544 CSG 95% NDED FISC | 10,68 | |
| | | 8 063,00 | 0,186 | DF | | 842 COT INCP ACCIDENT | 15,00 | |
| | | 3 807,90 | 1,715 | DF | | 846 COTISATION CAS | 65,82 | |
| | | 8 063,00 | 7,85 | DF | | 870 COTISATION IVD | 632,95 | |
| | | 9 904,83 | 1,00 | DF | | 873 CONTRIB SOLIDARITE | 99,04 | |
| | | | | SF | | REG REG CAS COT SAL | | 725,85 |

IMPOSABLE : D = DEDUCTIBLE   S = SOUMIS / C = CSG ET RDS   R = RDS F = FISC        **TOTAL** | 1 462,63 | 8 788,09

## CHARGES PATRONALES SECURITE SOCIALE

| CODE | LIBELLE DE LA RUBRIQUE | MONTANT |
|---|---|---|
| 822 COT SS MAL N PLAF | | 817,35 |
| 845 COT PF NP PAT | | 426,82 |
| 846 COTISATION CAS | | 65,82 |
| 870 COTISATION IVD | | 5 079,69 |
| 883 SOLIDAR AUTONOMIE | | 24,28 |
| 894 COT SS AT N PL PAT | | 24,28 |
| B61 REG CAS COT PAT | | -725,89 |
| **TOTAL** | | 5 706,35 |

## PRESTATIONS FAMILIALES - RETENUES ET COMPLEMENTS DIVERS

| IMPOSABLE | PERIODE CONCERNEE | CODE | LIBELLE DE LA RUBRIQUE | A RETENIR | A PAYER |
|---|---|---|---|---|---|
| SC | | 050 FOR COT AN ENERGIE | | | 29,62 |
| | | 060 AN PART SIMPLE | | | 1,42 |
| SC SF | | W64 AN ASSURANCE VIE | | | 306,25 |
| SC | | W65 AN ASSURANCE DECES | | | 349,91 |
| | | 768 REPRISE HORS F.P. | | 485,78 | |
| | | **TOTAL** | | 485,78 | 487,20 |

| | CUMUL ANNUEL IMPOSABLE | BASE COTIS SEC SOC AVANT NAT | BRUT IMPOSABLE DU MOIS | COTISATIONS DEDUCTIBLES DU MOIS | NET IMPOSABLE DU MOIS | SOMMES NON IMPOSABLES DU MOIS | TOTAL A RETENIR EN EUROS | TOTAL A PAYER EN EUROS |
|---|---|---|---|---|---|---|---|---|
| BRUT | 114 862,33 | | 8 063,00 | 493,92 | 7 569,08 | -241,40 | | 7 327,68 |
| NET | 105 055,26 | | | | | | 1023 | |