**ATTACHMENT 1**

# EXHIBIT A

*DeBotherel*

National Personnel Statues of the Electric and Natural Gas Industries -- http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

**The National Personnel Statues of the
Electric and Natural Gas Industries**

(updated June 20, 2005)

Summary

TITLE I: Scope of the Statutes
Services and enterprises
Statutory and temporary agents

TITLE II: General provisions on personnel
Personnel committees
Statutory agents
Temporary agents
Disciplinary sanctions
Resignation

TITLE III: Hierarchy – Promotion – Salary and pay coefficients
Classification
Base salary and location-based supplements
Hierarchical coefficients
Promotions by step
General provisions on salaries

TITLE IV: Work – Time off – Leave
Working time and weekly time off
Overtime
Holidays
Paid annual leave
Special family leave
Unpaid leave
Unpaid leave for political or trade union positions

TITLE V: Illness – Pregnancy – Workplace accidents – Work-related illnesses
Cash benefits
In-kind benefits
Disability – retirement – death benefits
Social welfare

TITLE VI: Miscellaneous provisions
Family benefits
Military benefits
Compensation – Expense reimbursements – Miscellaneous bonuses
Wives of sector heads, etc.
Change of location

TITLE VII: Staff representation and training

National Personnel Statues of the Electric and Natural Gas Industries -- http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

Staff representation
Exercising trade union rights
Joint production committees
Apprenticeships, advanced professional training
Patents

TITLE VIII: Special cases
Non-classified staff
Civil servants on temporary assignment or who have been seconded

ANNEX 1 -- Base salary and local and departmental location-based supplements

ANNEX 2 -- Table of grade coefficients

ANNEX 3 -- Disability -- retirement -- death benefits (*)
Statement of time in service
Salary to be considered for the benefit statement
Seniority and proportional seniority pension benefits
Disability pension benefits
Supplements and bonuses
Death of agents entitled to seniority or proportional seniority pension benefits and retired employees
Death of agents not entitled to a pension
Payment of pension benefits
Participation by personnel (disability -- retirement -- death contribution)
Subcommittee on pension benefits
Dismissal and departure

Supplement to Annex 3
Hardship services
Active services
Sedentary services

**Pay structure and scale**
*A collective agreement dated January 7, 1980, and implementation circulars amended, effective January 1, 1960, the system of remuneration specified by the original Statutes. The provisions of that collective agreement were themselves replaced, effective July 1, 1982, by the provisions of the collective agreement dated March 31, 1982.*

Salary scale
Collective agreement of January 7, 1960, and annexes
Collective agreement of March 31, 1982, and annexes

(*) Circular I.S. 429 (February 947) specifying the details of implementation of this Annex is available from the Directorate of Demand and Energy Markets -- Office of Social and Statutory Affairs --
61 Boulevard Vincent Auriol -- 75703 Paris Cédex 13

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

[icon] Top

(c) Ministry of Economics, Finance, and Industry, May 24, 2002

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

## TITLE I – Scope

(1) Article 1 (Article resulting from the decrees of May 4, 1950, and November 24, 1954) –
These Statutes apply to all personnel (manual workers, office employees, first-line supervisors, and administrative and technical executives), whether active or inactive:

  a) Of the national services and distribution services created by Articles 2 and 3 of the Law of April 8, 1946

  b) Of production and distribution enterprises that are excluded from nationalization

  c) Of the National Energy Fund [*Caisse nationale de l'energie*]

Those establishments, as well as the regional services of the national public establishments, are referred to as "operations" in these Statutes, with the exception of the headquarters of the national services, which is referred to as "service."

The details of implementation of the measures taken by national establishments to implement said Statutes for personnel of the National Energy Fund will be specified by decisions of the Minister of Industry and Commerce and the Minister of Finances, Economic Affairs, and the Plan

A copy of these Statutes will be given to all statutory agents when they become the personnel described above.

Article 2 – The staff to whom these Statutes apply (manual workers, office employees, first-line supervisors, and administrative and technical executives) comprise statutory agents and temporary agents

(1) Article amended by the decree of December 17, 2001


[icon] Top

(c) Ministry of Economics, Finance, and Industry, January 17, 2002

National Personnel Statues of the Electric and Natural Gas Industries -- http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

**TITLE III Hierarchy -- Promotion -- Salary and pay coefficients**

*Classification (1)*

(1) Article 8 -- The classification of staff for the services and operations is specified as follows:

| TECHNICAL DEFINITIONS | NUMBERS of the grades | ADMINISTRATIVE DEFINITIONS |
|---|---|---|
| Unskilled workers | 1 and 2 | Office boys, errand boys, runners |
| Specialized unskilled workers, worker's assistants | 3 and 4 | Clerk typists, copy typists |
| Ordinary workers | 5 and 6 | Ordinary clerks |
| Qualified workers | 7 and 8 | Qualified clerks |
| Head workers, master workers | 9 and 10 | Principal clerks |
| Heads of qualified workers' teams | 11 | Group heads |
| Ordinary foremen | 12 | Principal group heads |
| Foremen | 13 | Second-class junior managers |
| Principal foremen | 14 | First-class junior managers |
| Assistant engineers | 15 | Principal junior managers |
| Third-class engineers | 16 | Assistant office heads |
| Second-class engineers | 17 | Office heads |
| First-class engineers | 18 | Service heads and step-three directors |
| Chief engineers | 19 | Step-two directors |
|  | Step-one director |  |
|  | 20 |  |

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

The titles of positions, functions, or jobs which are provided opposite the grades above are intended to show the ranking of the corresponding grade.

The National Higher Personnel Committee [*Commission Supérieure Nationale du Personnel*] distributes within each grade the positions, functions, and jobs that are actually filled.

The agents corresponding to those grades are assigned to them:

Either directly when they become statutory personnel or depending on their professional, technical, commercial, or administrative certificates, abilities, skills, or talents, after an opinion is expressed by:

a) The Interregional Staff Committee [*Commission Interrégionale du Personnel*] (2) for the positions, functions, or jobs coming under classes 15 to 20 (executives)

b) The Secondary Committee [*Commission Secondaire*] for the positions, functions, or jobs coming under classes 1 to 15 (manual workers, office employees, and first-line supervisors)

Or following a decision to promote by grade which is made under the conditions specified in Article 11 of these Statutes.

All positions, functions, or jobs in the present classification must be filled by an official decision as described above.

The Higher National Personnel Committee is responsible for verifying that the rules for admission, assignment, and promotions of agents are followed; it reports any violations to the Board of Directors.

*Base salary or pay*
*and local and departmental location-based supplements*

(8) Article 9 – §1 – The national base salary that is applicable to all agents who are subject to these Statutes is specified by a sectoral collective agreement. As soon as that agreement is signed, it applies to all employers whose staff are covered by these Statutes.

§2 – Local and departmental [Translator's note: a *département* is a French administrative division] location-based supplements that are determined on the basis of coefficients on said national salary are applied to the initial national salary (coefficient 100)

Those supplements are broken down into two parts:

a) A supplement with variable coefficients depending on the municipalities and departments, based on regional differences, which are specified by the Minister of Labor for salaries in trade and industry.

b) A temporary exceptional supplement for certain municipalities or regions, which may be seasonal (cities or regions that are popular with tourists, have attractive climates, etc.)

§3 – The aforementioned supplements are in addition to the salaries and pay of which they are a component; they are included in the salary or pay and, along with them, for the contributions, payments, and participation in benefits of all kind which are specified by these Statutes (Article 23(4) and (8), Article 24(2)).

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

§4 – The initial national salary and the above local and departmental location-based supplements are contained in one of the annexes to these Statutes.

The title of that annex is Annex 1 – Base salaries and local and departmental location-based supplements

### Hierarchy

(3) Article 10 – Based on the salary or pay for class 1, known as the base, which corresponds to base coefficient 100, supplemental class coefficients known as class coefficients (hierarchy) are contained in Annex 2 of these Statutes

### Promotion by grade

(4) Article 11 – The following provisions apply to promotions by grade:

§1 – For grades 1 through 15 (manual workers, office employees, and first-line supervisors), movement from one grade to the next highest grade, known as a promotion by grade, is decided by the director of the operation concerned after obtaining the opinion of the Secondary Personnel Committee.

Any agent may ask to take a higher position, function, or job; in that case he must send a written request to the director of his operation; the latter is required to send the file of the person concerned to the Secondary Committee of the operation to request its opinion.

No other form of submission of a candidacy for a higher-ranking position, function, or job can be accepted.

The Secondary Committees will follow the directions of the Higher National Committee when providing said opinions.

§2 – For grades 15 to 20 (executives), the directors general and the directors of public establishments will send to the Higher National Personnel Committee, by November 1 of each year at the latest, the files of the agents for whom a promotion by grade is being suggested or who have asked for such a promotion, stating for each grade and for each specialty in the grade the number of jobs that are likely to be filled during the following year.

The files will be prepared according to the rules specified by the Higher National Committee

The Higher National Committee prepares the national table of promotions by grade in this way. The table must include in each grade and for each specialty a number of entries that is equal to twice the number of positions to be filled in the services or the operations.

No agent may be promoted by grade if he is not listed in the table.

Entries in the table of promotions are valid only for the current year; a new table must be prepared each year; having been listed one year in no way determines automatic listing in the tables for subsequent years

Employees are informed as soon as the tables of promotions have been prepared.

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

§3 – 1. If the agent is promoted to the next highest grade, the following rules apply:

a) The seniority of the agent in his step is determined, starting with the date he was promoted, by applying the reduction contained in the table below (5) to the seniority that the agent had acquired in that step as of the same date:

| GRADES before promotion | STEP BEFORE PROMOTION IN GRADE | | |
|---|---|---|---|
| | 1 | 2 | 3 to 10 |
| 1 to 11 | Seniority in step 1 | Seniority in step 2, with maximum reduction by one year | 1 year |
| 12 to 20 | Seniority in step 1 | Seniority in step 2 | 2 years |

b) When the agent's seniority in the step as of the promotion date is less than the seniority corresponding to the reduction specified in the above table, the agent is placed in the next lowest step and, in that step, acquires seniority of three years (two years in the case of step 2) minus the difference between the two periods concerned

2   If the agent is promoted to a grade other than the next highest grade, the rules specified in subparagraphs a and b above will be applied as if the agent had been promoted to the next highest grade several times in succession.

3   When an agent who is classified in step 10 of his grade is promoted to the next grade, the above provisions are applied subject to the proviso that the time spent in grade 10, which is to be taken into account in this case, may not exceed three years

§4 – General rules – Since all positions or jobs must be filled by official decision, temporary duties may only be exceptional and provisional and may only be a brief, short-term replacement

Agents who are asked to fill temporary positions, functions, or jobs at a grade higher than their own shall receive priority:

1) For being appointed to said positions, functions, or jobs as soon as there is a definitive vacancy, if said positions, functions, or jobs come under grades 1 to 15 (manual workers, office employees, and first-line supervisors)

2) For being listed in the table of promotions if they are not already in it, in the case of agents whose positions, functions, or jobs come under grades 15 to 20 (executives)

Agents who are serving temporarily will automatically receive the entire salary or pay (grade and step) of the agent they are replacing for the duration of the replacement period

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

As soon as the temporary job has ended, the agent who has done the temporary work will return to his previous salary or pay.

### Promotions by step

(6) Article 12 – §1 – Each grade contains ten seniority steps. Starting with the salary or pay for step 1 of each grade, which salary or pay corresponds to the coefficient that is contained, for that grade, in the table in Annex 2 of these Statutes, supplemental coefficients for steps 2, 3, 4, 5, 6, 7, 8, 9, and 10 are respectively set at 5%, 10%, 15%, 20%, 25%, 30%, 35%, 40%, and 45% of said salary or pay.

§2 – In each grade, the change from step 1 to step 2 automatically occurs at the end of one year in step 1, the change from step 2 to step 3 automatically occurs at the end of two years in step 2, and the change from any of steps 3 to 9 to the next highest step automatically occurs at the end of three years in the step concerned, whether or not employment has been continuous and whether or not it has been in one or more services or operations.

§3 – To reward good service, the qualified authority may, after obtaining an opinion from the Interregional Personnel Committee for agents in grades 15 to 20 (executives) and from the Secondary Personnel Committee for agents in grades 1 through 15 (manual workers, office employees, and first-line supervisors), decide to carry out said promotion based on presence in the grade for only one year or to increase seniority in the step by no more than two years.

§4 – The time during which the person concerned is required to perform the legal military service, periods of training, or any mobilization shall count toward changes in step.

### General result of grade and step coefficients

Article 13 – Repealed by decree 53-109 of February 18, 1953 (Official Journal of February 19, 1953)

### General provisions on salaries and pay

Article 14 - §1 – It is mandatory for any changes in grade and changes in step, as well as adjustments to salary or pay that may occur in the individual status of an agent during the month, to take effect as of the first of the month in which the changes and adjustments occurred.

The person concerned shall be notified any change in status (classification, promotion, changes in salary or pay of any kind) using the service form.

§2 – The salaries of female staff are equal to those of male staff of the same grade and therefore of the same classification and the same step and therefore of the same seniority.

§3 – The salaries of agents under age 18 are subject to the following reductions in relation to the salary or pay of the grade under which they fall:

From age 14 to 16: 30%
From age 16 to 18: 15%

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

§4 – Statutory agents are entitled each year to payment of an "end-of-year" bonus equal to their pay for the month of December of the year concerned.

This bonus is subject to the legally required withholding for disability-retirement-death benefits.

§5 – As partial payment of that end-of-year bonus, agents may obtain an advance of 50% of their current monthly pay when they go on annual leave; the balance of said bonus will be paid at the latest on December 25 of each year (7).

§6 – Agents serving in the French overseas territories shall receive all of the colonial service compensation applicable to State civil servants in the same territories.

§7 – Withholding for unpaid leave shall be calculated based on the hourly basis of the annual salary or pay, with that basis being determined as a function of the annual salary of the person concerned and the legal number of hours which his category is required to work.


(1) Article resulting from the decree of November 20, 1959.
(2) Since these committees have not been set up (Pers. 413 of July 1, 1965), their responsibilities remain with the Secondary National Personnel Committee
(3) Article resulting from the decree of February 18, 1953
(4) Article resulting from the decrees of May 4, 1950, and February 18, 1953. Changes in the application of this article are listed following the annexes
(5) The position in the step is no longer changed by promotions (see following the annexes).
(6) Article resulting from the decrees of February 18, 1953, and November 20, 1959. Changes in the application of this article are listed following the annexes.
(7) First installment (50% of monthly pay) paid in late June; second installment (40% of monthly pay) paid in late November; balance (10% of monthly pay) settled in late December (circular N 78-13 of March 9, 1978)
(8) Article resulting from decree 2004-1155 of October 29, 2004

[icon] Top

(c) Ministry of Economics, Finance, and Industry, DGEMP [General Directorate for Energy and Raw Materials], amended June 20, 2005

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

## TITLE VIII Special cases

*Non-classified personnel*

Article 36 – Directors general, directors of services, inspectors general, regional directors of equipment services, assistant directors of services, and researchers in the study and research service are not included in the classification specified by Article 8 of these Statutes and consequently their remuneration is the sole responsibility of the Board of Directors of Gaz de France and Electricité de France

They receive all other advantages and guarantees under these Personnel Statutes, except for provisions to the contrary which are contained in Law 46-628 of April 8, 1946, or the Statutes for National Public Establishments [*Statut des Etablissements Publics Nationaux*]

*Civil servants on temporary assignment or who have been seconded*

Article 37 (Article resulting from the decree of September 30, 1966) – State, departmental, or municipal civil servants on temporary assignment or who have been seconded to a public establishment created by law 46-628 of April 1946 benefit from the provisions of these Statutes, subject to limitations required by their status as civil servant

They may be transferred back to their original administration at any time.

In that case, and for a maximum of one year, their pay while assigned to the public institution will be maintained until said administration again assumes responsibility for them

*Personnel in enterprises and operations excluded from nationalization*

Article 38 – Repealed by decree 50-488 of May 4, 1950 (Official Journal of May 5, 1950)

[icon] Top

(c) Ministry of Economics, Finance, and Industry, October 24, 2000

**ATTACHMENT 2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al. ) | |
| ) | |
| Defendants ) | |

# <u>ATTACHMENT 2</u>

## DOCUMENT UNDER SEAL

**SUBJECT TO PROTECTIVE ORDER FILED ON DECEMBER 6, 2005 AND**
**ACCEPTED BY THE COURT ON DECEMBER 14, 2005**

**ATTACHMENT 3**

Mission Letter

At the horizon of 2015, "EDF Generation" must be ready, included the experience feedback of the first years of commercial operation of the EPR demonstrator, to operate in the best safety and performance conditions a fleet of nuclear reactors composed of aging units which will be decommissioned gradually and EPR units which will progressively be built and brought to commercial operations (at a potential rhythm of one unit per year).

The scope of the mission consists of preparing the main terms of the organizational, technical and managerial framework that the Operator wants to implement for the future operation of this fleet and specifically its EPR component.

The scope of the study is:
- Organizational: what sharing of responsibilities and resources between local and national levels? What industrial view of outsourcing? What kind of synergies between the "old fleet" and the "new fleet"? What position for the Engineering?...
- Technical: how to apprehend the issue of maintenance? What vision of the information systems?...
- Managerial: what kind of profiles for the managers? What policy of human resources? What kind of in-house skills and what kind of evolution of the skills?

Thus, the purpose is to allow thanks to this study to:
- Determine the elements to take into account (to prepare the future) in the definition of the technical specifications of the EPR demonstrator, to allow the future conditions of analyzing its experience feedback
- Apprehend how to get prepared to operate an optimized EPR fleet in long term in a prolonged transitional stage
- Bring light on the potential evolutions to implement on the existing fleet in the 2015 timeframe
- Define the complementary studies needed

In the logic of this study, C Gaujacq will lead the strategic planning of the studies or projects which will be launched in preparation of the commercial operation of the demonstrator but may impact deeply the future.

As of the date of writing this mission letter, these studies and projects are:
- Related to the organization of the entity operator of the demonstrator
- Related to the design and operating data to be filled in information systems

C.Gaujacq who will work in tight cooperation with all the divisions of the Generation & Engineering Branch will report to me as Director of the Nuclear Generation Division The provisional duration of the mission is 3 years.

Laurent Stricker

904

Q1: Elements relatifs a la structure generale du projet auquel la mission est rattachee dans l'organisation de la Branche et/ou de l'Entreprise
A1: There is no project as of today

Q3:les objectifs de la mission
A2: conduct a personal study to determine which studies will have to be conducted. No define objectives, no deadline

Q4:les responsabilites, delegations, et les lattitudes de decisions en termes de ressources humaines et budgetaires et d'organisation
A4: no managerial position, no human or financial resources allocated

Q5:la structure hierarchique et le responsable en charge de l'evaluation de la performance.
A5: report to the Director of Nuclear Generation

Q6:la duree de la mission
A6: 3 years

5/12/2004

**LETTRE DE MISSION**
Catherine GAUJACQ

**1.Activites NuStart Energy Development,LLC**
Membre du Comite de Direction de l'Entreprise.
Company manager of NuStart Energy Development,LLC

**2004**
- Elaboration et negociation du contrat de NuStart Energy Development, LLC avec le DOE

draft negociate and finalize NuStart contract with Department of Energy

- Mise en place de l'organisation et des processus de travail de NuStart Energy Development,LLC associes a l'Operating Agreement, et aux Preferential Rights Agreements.

implement organization and work processes of NuStart related to the operating Agreement and Preferential rights agreements

- Suivi des appropriations du Congres

follow-up of Congress Appropriations

- Suivi de l'elaboration du guide-type de COL

Draft of the COL guidelines

- Definition du champ de travail DC et COL design Input des vendors

Define vendors scope of work for DC and COL design input

- Elaboration des contrats d'etudes des "Vendors"

draft and finalize vendors subcontracts

- Mise en place des processus de controle des delivrables des vendors

implement vendors' oversight process

- Elaboration et negociation des contrats EDF/Vendors sur DC et COL design Input

draft negociate and finalize EDF/Vendors contracts for DC and COL design input

- Etablissement au sein d'EDFINA et de Branche Energie/DIN des processus de travail sous Assurance Qualite garantissant les obligations contractuelles de propriete industrielle et de transparence budgetaire et juridique associees a ces activites.

implement quality assurance working processes for EDFINA and EDF Engineering, confidentiality agreements, accounting procedures required by holding of proprietary information and required by US and EDF accounting procedures

**2005**
- Suivi de l'avancement du travail DC et COL design Input des vendors et d'EDF

oversight of DC and COL design input of vendors and EDF

- Suivi au sein d'EDFINA et de Branche Energie/DIN des processus de travail sous Assurance Qualite garantissant les obligations contractuelles de propriete industrielle et de transparence budgetaire et juridique associees.

implement quality assurance working processes for EDFINA and EDF Engineering, confidentiality agreements, accounting procedures required by holding of proprietary information and required by US and EDF accounting procedures

• Evaluation du guide-type de COL, negociations avec la NRC

assessment of COL guidelines, negotiations with NRC

• Standardisation des processus reglementaires avec la NRC, sur la base du retour d'experience du licensing des centrales en exploitation: Finalisation des systemes d'information

Standardization of licensing processes with NRC, based on experience feedback of operating plants.Set up information technology management

• Preparation des dossiers de COL: Choix des sous-traitants et suivi d'avancement. Preparation d'une proposition EDF

draft COL procedures.Choice of subcontractors and oversight .Draft of an EDF offer

• Evaluation des capacites, methodes et pratiques d'A&E

assessment of capabilities, methods and practices of E&E

• Standardisation de l'Engineering a l' "Asset management" et au demantellement: Finalisation des systemes d'information

standardization of Engineering associated with asset management and decommissioning Finalization of information technologies

• Elaboration et negociation du contrat des sous-traitants de preparation de l'appel d'offre: preparation d'une proposition EDF

draft and negotiation of subcontractors contracts for preparation of bid requirements.Prepare an EDF offer

• Preparation de l'appel d'offre :Retour d'experience et analyse industrielle

prepare bid requirements.Experience feedback and industrial analysis

5/12/2004

• Elaboration des criteres de choix d'evaluation des sites

prepare sites evaluation criteria

• Elaboration des criteres de choix d'evaluation des designs: suivi du travail EDF

prepare designs evaluation criteria.oversight of EDF scope of work

2006

• Suivi de l'avancement du travail de COL et de COL design Input des vendors et d'EDF

oversight of DC and COL design input of vendors and EDF

• Suivi au sein d'EDFINA et de Branche Energie/DIN des processus de travail sous Assurance Qualite garantissant les obligations contractuelles de propriete industrielle et de transparence budgetaire et juridique associees

implement quality assurance working processes for EDFINA and EDF Engineering, confidentiality agreements, accounting procedures required by holding of proprietary information and required by US and EDF accounting procedures

• Finalisation des criteres de choix d'evaluation des sites

finalize sites evaluation criteria

• Finalisation des criteres de choix d'evaluation des designs

907

finalize designs evaluation criteria oversight of EDF scope of work

- Preparation des modalites d'une contribution EDF a l'A&E: preparation d'une proposition EDF

define means of EDF contribution to A&E Prepare an EDF offer

- Preparation des elements necessaires a l'evaluation de l'interet d'EDF d'une contribution a l'engagement d'une tranche

prepare elements of EDF decision to invest in a new plant

- Finalisation et envoi de l'appel d'offre

finalize bid requirements

- Analyse des propositions des vendors

analyse vendors offers

**2007**

- Envoi a la NRC du dossier de COL selectionne

apply for a COL to the NRC for the selected design and site

- Negociation du transfert de COL aux futurs proprietaires

negotiate COL transfer to future owners

- Decisions de construction par les membres et transfert de Nustart Energy Development

building decision with NuStart members and transfer of NuStart Energy Development

## 2 Activites au sein de l'industrie nucleaire americaine

activities inside the US nuclear industry

Pour accompagner le travail de NuStart Energy Development, une participation au travail de l'ensemble de l'industrie nucleaire americaine est necessaire. La participation au travail des comites suivants est realisee:

To accompany NuStart work, a participation to the work of the whole US industry is necessary I participate to the following working groups and committees:

- "Nuclear Strategic Issues Advisory Committee" NEI
- "Material Issues Advisory Committee" de NEI
- "Nuclear Asset Management Task-Force" de NEI
- "Operations committee" du "Utility Working Goup" de ANS

Et aussi plus specifiquement:

And more specifically

- "New Plants Task-force" de NEI
- "Advanced Nuclear Plants Systems steering committee" de EPRI

Ces activites permettent d'assurer la coherence des actions et contributions EDF et la bonne prise en compte du retour d'experience des centrales en exploitation dans le developpement des nouvelles centrales et le travail de NuStart Energy Development.

These activities guarantee the consistency of EDF contributions and an efficient feedback from operating plants in connection with the NuStart development of new plants

## 3 Coordination des activites de benchmarking d'EDF au sein de l'industrie nucleaire aux US

908

coordination of benchmarking activities of EDF inside the US nuclear industry
5/12/2004

- Faciliter les missions de benchmarking avec les utilities nucleaires liees aux contrats de services et produits nucleaires pour obtenir de meilleures conditions dans nos contrats France

facilitate benchmarking missions with nuclear utilities, in connection with nuclear services and products contracts to leverage our bargaining power in France

- Organiser des formations et faciliter des missions de benchmarking liees a l'evolution du cadre reglementaire de Surete et Radioprotection en France

organize training and facilitate benchmarking missions related to the evolution of nuclear safety and healthphysics regulations in France

- Faciliter les missions de benchmarking des pratiques d'A&E de la DIN et de la DRD

facilitate benchmarking missions on A&E practices of EDF Engineering and EDF R&D

## 4 Activites au sein de l'industrie nucleaire sur GEN-IV et cogeneration Hydrogene

activities inside the US nuclear industry on Generation 4 reactors and hydrogen gogeneration from nuclear facilities

### 2004

- Etude et suivi des appels d'offre Generation IV a INL: management DOE INL Idaho, clean-up INL

assessment of generation 4 DOE bids at INL: site management Idaho site, clean-up INL

- Suivi des appels d'offre Generation IV VHTR et cogeneration Hydrogene des propositions de Designs VHTR du cogenerateur d'essais Hydrogene INL

assessment of generation 4 VHTR designs bids and Hydrogen cogeneration prototype bid at INL

- Une contribution aux "Advisory Committees" de GEN IV et GIF est envisageable.

a contribution to the advisory committees of GEN 4 and GIF is possible

### 2005

- Suivi des appels d'offre Generation IV VHTR et cogeneration Hydrogene des propositions de Designs VHTR du cogenerateur d'essais Hydrogene INL

assessment of generation 4 VHTR designs bids and Hydrogen cogeneration prototype bid at INL

- Suivi des developpements associes a l'appel d'offre d'etude de design du DOE

follow-up of developments associated to design bid of DOE

- Contribution a une proposition conjointe EDF-Framatome

contribution to a joined design offer from Framatome and EDF

### 2006

- Contribution a la preparation de la reponse a l'appel d'offre de construction si retenus

contribute to the preparation of the offer associated with the construction bid if selected

5 Coordination des activites des detaches EDF au sein de l'industrie nucleaire aux US
coordination of EDF expatriates in the US nuclear industry

Le "Reseau Nucleaire EDF" aux USA peut mieux exploiter les activites des detaches EDF dans le cadre des contrats existants avec EPRI Nucleaire (Palo Alto et Charlotte), INPO (Atlanta), WOG et DPN-Southern Nuclear. Une officialisation de la relation hierarchique au sein d'EDFINA permettrait une contribution plus facile de chacun des agents detaches aux objectifs d'EDF vis-à-vis de Nustart Energy Development,LLC au dela de leur mission initiale et une plus grande efficacite et cohesion dans notre suivi des developpements dans chaque entite nucleaire americaine.

The EDF nuclear network could get more from the liaison expatriates with existing contracts in the US (EPRI Palo Alto Charlotte),INPO(Atlanta),WOG and DPN/Southern Nuclear. A stronger hierarchical link of these expatriates with EDFINA would allow an easier cooperation of each expatriate to EDF objectives with NuStart, beyond their initial mission, and would bring higher efficiency and consistency in EDF oversight of nuclear developments in each US entity.

**ATTACHMENT 4**

**Subject:**   Fwd: Summary of energy and environment legislation
**Date:**      7/9/2004

**To:**   thierry-audit.millet@edf.fr, isabelle.burg@edf.fr
**CC:**   Cnadal@edfina.com, aba@edfina.com

Pour votre information, dernier envoi de W Nolan dans le cadre de son contrat Merci Adja d'archiver
catherine


Catherine GAUJACQ
Vice President
**EDF International North America,Inc**
suite 509
1730 Rhode Island Avenue, NW
WASHINGTON DC20036
tel 202 429 2527
fax 202 429 2532
e-mail: cgaujacq@edfina.com or edfinacg@aol.com


The information contained in this message is confidential and is intended for
the addressee(s) only  If you have received this message in error please
notify the originator immediately   The unauthorized use, disclosure, copying or
alteration of this message is strictly forbidden.


For your information, latest information from W Nolan, in compliance with his contract.
Thanks Adja to archive
Catherine

**1289**

**Subject:**                **suite reunion vendredi**
**Date:**                  7/10/2004

**To:**  thierry-audit.millet@edf.fr, isabelle.burg@edf.fr
**CC:**  Cnadal@edfina.com, fponasso@edfamericas.com, RSchombe@epri.com, olivier.buchy@edf.fr

Chers Isabelle et Thierry,
Suite a la reunion telephonique d'hier et a la question de Christian Nadal, merci de trouver ci-jointe la liste des detaches EDF des autres directions sponsorises par EDFINA.
Les agents DRD sont encadres physiquement par Richard Schomberg a Palo Alto (RSchombe@epri.com)  Nous recevons des compte-rendus d'activite reguliers,dont 2 sont joints a titre d'exemple, pour assurer notre role vis-a-vis des autorites Americaines
Je mets Richard Schomberg en copie si vous souhaitez le contacter directement pour confirmation ou audit  L'interlocuteur DPN est Olivier Buchy que vous pouvez joindre egalement pour les agents DPN arrivant a l'ete 2004 (olivier.buchy@edf.fr)

Bien cordialement,
catherine


Catherine GAUJACQ
Vice President
**EDF International North America,Inc**
suite 509
1730 Rhode Island Avenue, NW
WASHINGTON DC20036
tel 202 429 2527
fax 202 429 2532
e-mail: cgaujacq@edfina com or edfinacg@aol com


The information contained in this message is confidential and is intended for
the addressee(s) only  If you have received this message in error please
notify the originator immediately   The unauthorized use, disclosure, copying or
alteration of this message is strictly forbidden


Isabelle et Thierry,
Following the conference call yesterday and the question of Christian Nadal, please find attached the list of EDF expatriates employed with EDFINA.The employees DRD are managed by Richard Schomberg in Palo Alto Nous receive regular activity reports, 2 of them attached as an example, to comply with American law I copy Richard Schomberg if you want to contact him directly for confirmation or audit The contact at DPN is Olivier Buchy You can call him for the DPN employees arriving this summer at EDFINA

Regards,
catherine

**1290**

**Subject:**      **contrat EPRI consulting**
**Date:**        7/12/2004

**To:**    thierry-audit millet@edf fr, isabelle burg@edf fr

**************see confidentiality notice bellow*********************************************************

Bonjour Thierry et Isabelle,

Suite a votre demande de ce matin, merci de trouver ci-joints quelques echantillons confidentiels
des livrables du contrat en objet Je recois par ailleurs regulierement de la part de M Ailleret des
documents papier EPRI sur les sujets en objet Les personnes a contacter pour l'approbation
"France" sont yann.laroche@edf.fr et jacques.sauvadet@edf.fr

Amicalement,
Catherine


Catherine GAUJACQ
Vice President
**EDF International North America,Inc**
suite 509
1730 Rhode Island Avenue, NW
WASHINGTON DC20036
tel 202 429 2527
fax 202 429 2532
e-mail: cgaujacq@edfina com or edfinacg@aol com


The information contained in this message is confidential and is intended for
the addressee(s) only  If you have received this message in error please
notify the originator immediately   The unauthorized use, disclosure, copying or
alteration of this message is strictly forbidden

Good morning Thierry and Isabelle,

Following your request, please find attached a few samples of the deliverables of the contract  I
get information regularly from M Ailleret from the EPRI report on the above subject matters  The
persons to contact for the "French approval" are Yann Laroche and Jacques Sauvadet

Regards,

Catherine

**1291**

**Subject:** **Réf. : contrat EPRI consulting**
**Date:** 7/13/2004 3:05:15 AM Eastern Standard Time
**From:** thierry-audit.millet@edf.fr

**To:** EDFINACG@aol.com
**CC:** daniel.dubois@edf.fr

*Sent from the Internet (Details)*

Merci Catherine pour ces informations

Bien à toi,

Thierry

Pour :    thierry-audit.millet@edf.fr. isabelle.burg@edf.fr
cc :
Objet :    contrat EPRI consulting

Thanks Catherine for those information

Regards,

Thierry
**************see confidentiality notice bellow*********************************************************

Bonjour Thierry et Isabelle,

Suite a votre demande de ce matin, merci de trouver ci-joints quelques echantillons confidentiels
des livrables du contrat en objet Je recois par ailleurs regulierement de la part de M Ailleret des
documents papier EPRI sur les sujets en objet Les personnes a contacter pour l'approbation
"France" sont yann.laroche@edf.fr et jacques.sauvadet@edf.fr

Amicalement,
Catherine

Catherine GAUJACQ
Vice President
**EDF International North America,Inc**
suite 509
1730 Rhode Island Avenue, NW
WASHINGTON DC20036
tel 202 429 2527
fax 202 429 2532
e-mail: cgaujacq@edfina com or edfinacg@aol com

**1292**

The information contained in this message is confidential and is intended for the addressee(s) only  If you have received this message in error please notify the originator immediately   The unauthorized use, disclosure, copying or alteration of this message is strictly forbidden

**Subject:**      **information contrat Walker Nolan**
**Date:**         7/9/2004

**To:**   isabelle.burg@edf.fr, thierry-audit.millet@edf.fr
**CC:**   Cnadal@edfina.com, aba@edfina.com


Chers Thierry et Isabelle,

Suite a notre reunion de ce matin, merci de trouver ci-joints quelques exemplaires des informations **regulieres** transmises electroniquement par notre consultant W Nolan (informations electroniques) Le non archivage papier est de mon fait
Suite a vos recommandations, je remercie Adja de bien vouloir  joindre ces quelques exemplaires aux factures  Nous pourrons si besoin archiver tous les anciens (environ 4 par mois depuis 2001) J'envoie par e-mail separe celle recue hier
Bien cordialement,
catherine gaujacq


Catherine GAUJACQ
Vice President
**EDF International North America,Inc**
suite 509
1730 Rhode Island Avenue, NW
WASHINGTON DC20036
tel 202 429 2527
fax 202 429 2532
e-mail: cgaujacq@edfina.com or edfinacg@aol.com


The information contained in this message is confidential and is intended for the addressee(s) only  If you have received this message in error please notify the originator immediately.  The unauthorized use, disclosure, copying or alteration of this message is strictly forbidden.

Dear Thierry and Isabelle,

Following our meeting this morning, thanks to find attached a few samples of the regular information transmitted electronically by our consultant W Nolan (electronic information) I am accountable for not archiving these information

Following your recommendations  I thank Adja to add these samples to the bills  I e-mail by separate e-mail the information received yesterday

Sincerely    Catherine Gaujacq

**1293**

**Subject:**            **rapport audit EDFINA**
**Date:**               7/16/2004

**To:**   daniel dubois@edf fr
**CC:**   fponasso@edfamericas com  thierry-audit millet@edf fr, isabelle burg@edf fr

*******************see confidentiality notice bellow*******************************************

Bonjour Daniel,

A l'heure qu'il est, la reunion de presentation des resultats de l'audit d'EDFINA a eu lieu, et le rapport definitif est sans doute etabli.Je ne peux te dire a quel point il me parait injuste que je n'ai ni participe a la reunion, ni eu connaissance du rapport

L'audit portait en effet pour l'essentiel sur une periode sous ma responsabilite pour 99% du temps, et des evenements survenant depuis Mai 2004 a EDFINA me laissent supposer que **mon integrite est mise en cause** Je te demande donc officiellement de me donner acces a ce document, et me reserve le droit de repondre

Je te precise que ma demande n'a rien a voir avec la qualite du travail de l'equipe d'audit que j'ai pu percevoir lors de leur passage, ni avec le professionalisme et le respect des personnes dont ils ont fait preuve C'est pourquoi je les mets en copie de ce message
Je suis en CA jusqu'au 15 Aout, aussi j'apprecierais un envoi electronique.
Amicalement,
Catherine

Catherine GAUJACQ
Vice President
**EDF International North America,Inc**
suite 509
1730 Rhode Island Avenue, NW
WASHINGTON DC20036
tel 202 429 2527
fax 202 429 2532
e-mail:  edfinacq@aol.com


The information contained in this message is confidential and is intended for the addressee(s) only  If you have received this message in error please notify the originator immediately   The unauthorized use, disclosure, copying or alteration of this message is strictly forbidden

Hello Daniel

As of now, the meeting to present the results of the EDFINA audit has taken place, and the final report is certainly approved  I can't tell you how much I feel frustrated for not participating at the meeting  nor being informed about the report

**1294**

The audit was for 99% about the period under my watch, and some events that happened since May 2004 at EDFINA leave me under the impression that my integrity is questioned. I officially ask you to give me access to the report, and preserve my right to give my voice

I want you to know that this has nothing to do with the quality of the job performed by the audit team  that I could measure during the audit, nor the professionalism and the respect of the persons they demonstrated  This is why I copy them with this message

I'm on vacation until August  15th, so I would appreciate an electronic reply

Regards,

catherine

**1295**

**Subject:**    **rapport audit EDFINA**
**Date:**    7/23/2004 2:27:08 PM Eastern Standard Time
**From:**    daniel dubois@edf fr

**To:**    EDFINACG@aol com
**CC:**    fponasso@edfamericas com

*Sent from the Internet (Details)*

Catherine,

Au cours de la réunion de présentation des résultats de l'audit qui avait
fait l'objet d'une validation orale avec toi et les auditeurs, il a été
décidé que le rapport provisoire te serait transmis pour remarques par C.
NADAL Tes éventuelles remarques sont incluses dans la version définitive
du rapport.
During the meeting of presentation of the results of the audit which had been validated orally with
you and the auditors it has been decided that the draft report would be transmitted to you for
comments by Christian Nadal Your comments will be included in the final report
Amicalement
Warm regards,

(Embedded image moved to file: pic15078 pcx)

Daniel DUBOIS - Directeur
Electricité de France - Direction de l'Audit
adresse postale : 22/30 avenue de Wagram - 75382 PARIS cedex 08 - FRANCE
adresse physique : 21/23/25 rue Balzac - 75008 PARIS - 6ème étage - entrée
par le n° 23
' Tél : +33 1 / 01 40 42.22 64    7 Fax : +33 1 / 01 40 42 25 61
E-mail : daniel dubois@edf fr

-------------------- Envoyé par Brigitte COUTARD/DGEDF/EDFGDF/FR le
23/07/2004 19:41 --------------------------

EDFINACG@aol com sur 16/07/2004 17:27:38

Pour : Daniel DUBOIS/DGEDF/EDFGDF/FR@EDFGDF
cc :  fponasso@edfamericas com, Thierry-audit
     MILLET/DGEDF/EDFGDF/FR@EDFGDF, Isabelle BURG/DGEDF/EDFGDF/FR@EDFGDF
Objet :  rapport audit EDFINA

*****************see confidentiality notice
bellow*****************************************

Bonjour Daniel,

A l'heure qu'il est, la reunion de presentation des resultats de l'audit

**1296**

d'EDFINA a eu lieu, et le rapport definitif est sans doute etabli Je ne peux te
dire a quel point il me parait injuste que je n'ai ni participe a la reunion, ni
eu connaissance du rapport.

L'audit portait en effet pour l'essentiel sur une periode sous ma responsabilite pour 99% du temps, et des evenements survenant depuis Mai 2004 a EDFINA me
laissent supposer que mon integrite est mise en cause Je te demande donc officiellement de me donner acces a ce document, et me reserve le droit de repondre

Je te precise que ma demande n'a rien a voir avec la qualite du travail de l'equipe d'audit que j'ai pu percevoir lors de leur passage, ni avec le professionalisme et le respect des personnes dont ils ont fait preuve C'est pourquoi
je les mets en copie de ce message
Je suis en CA jusqu'au 15 Aout, aussi j'apprecierais un envoi electronique
Amicalement,
Catherine

Catherine GAUJACQ
Vice President
EDF International North America,Inc
suite 509
1730 Rhode Island Avenue, NW
WASHINGTON DC20036
tel 202 429 2527
fax 202 429 2532
e-mail:  edfinacg@aol.com

**1297**

**ATTACHMENT 5**

ORIGINAL

270

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
2
- - - - - - - - - - - - - - - - - - -x
3                                     :
CATHERINE GAUJACQ,                    :
4                                     :
          Plaintiff,                  :
5                                     :
    vs.                               : 1:05CV0969 (JGP)
6                                     :
ELECTRICITE DE FRANCE                 :
7 INTERNATIONAL NORTH AMERICA, INC.,  :
et al.,                               :
8                                     :
          Defendants.                 :
9                                     :
- - - - - - - - - - - - - - - - - - -x
10                          Washington, D.C.

11                          Wednesday, April 5, 2006

12      Deposition of **CHRISTIAN NADAL**, defendant, called

13  for examination by counsel for the plaintiff, pursuant

14  to notice, at the office of David A. Clark, Esq.,

15  Steptoe & Johnson, LLP, 1330 Connecticut Avenue, N.W.,

16  Washington, D.C., before Laurel P. Platt, a Registered

17  Diplomate Reporter, beginning at 9:12 p.m., when were

18  present on behalf of the respective parties:

19

20

21

22

361

1  because she failed to meet with me in order to define

2  this mission.

3      Q    What was Catherine Gaujacq working on all of

4  June and up to July 12?

5           MS. REGAL:  Object to the form.  Foundation.

6      A    I don't know.  She didn't tell me.

7      Q    Did you ask?

8      A    Yes.

9      Q    When did you ask her what she was working on?

10     A    Well, first, I wanted to meet with her.  I

11 tell her that on the 11th of June, I could not meet

12 with her until the 12th of July.

13          And on the 12th of July I told her -- she

14 told me that she had work planned on NuStart.  And

15 then we -- when she explained to me the schedule, and

16 there was some contradiction because she was telling

17 me that she was going to leave on vacation one or two

18 days after -- after, I discovered that -- for one

19 month, but at the same time she was intending to

20 attend meetings from NuStart.  And I brought up the

21 current situation at the time.

22     Q    That's what Catherine Gaujacq told you on the

**ATTACHMENT 6**

In the U.S. District Court

For the District of Columbia

------------------------------x

Catherine Gaujacq            :

                             : NO. 1:05CV0969

            v                :

                             :

Electricite de France        :
International, North          :
America, et al               :

----------------------------x

                    March 17, 2006

DEPOSITION OF:

            Catherine Gaujacq (Cont'd)

a witness, called by counsel pursuant to notice,

commencing at 8:41 a.m., which was taken at 11260

Roger Bacon Drive, Reston, VA

CATHERINE GAUJACQ DEPOSITION    March 17, 2006        Gaujacq v. EDFINA

Page 392

1          What did he say to you?

2          A.    The only thing I recall today, now, that

3    we are speaking is when he jumped out of his office

4    where he was sitting and he tells me I'm the General

5    Delegate of EDFINA and you have to comply to my

6    orders or you are going to have to, you know.

7          That's the only thing I recall from this

8    meeting.   That's the only thing I recall from this

9    meeting.

10          The rest of the meeting -- and even at this

11   time I tried to stay calm but I just couldn't

12   believe what he was doing in front of another male

13   again.  I mean --

14          Q.    Jon Luc, was Jon Luc Foret present when

15   Christian Nadal said you have to comply with my

16   orders?

17          A.    Yes.

18          Q.    The part of the meeting when just you and

19   Nadal were present, do you have any recollection of

20   what he said to you and what you said to him?

21          A.    Just came out with I've got some