IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
|   INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, Catherine Gaujacq ("Ms. Gaujacq"), having moved, by counsel, to strike portions of the Declarations of Yann Laroche, Patrick de Botherel, and Christian Nadal, submitted jointly by Defendants in support of their motions on October 16, 2006, and upon consideration of the papers and argument in this case, it is hereby

ORDERED, that Plaintiff's motion is GRANTED; and it is further

ORDERED, that the Court will strike the portions of the Declarations of Yann Laroche, Patrick de Botherel, and Christian Nadal as outlined in Plaintiff's November 20, 2006 Motion to Strike.

SO ORDERED.

DATE: _____     _____
                          Hon. John Garrett Penn
                          United States District Judge