IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELECTRICITE DE FRANCE )<br>  INTERNATIONAL NORTH AMERICA, )<br>  INC., et al. )<br>)<br>Defendants. )<br>) | No. 1:05CV0969 (JGP) |

### ORDER

Plaintiff, Catherine Gaujacq ("Ms. Gaujacq"), having moved, by counsel, for leave to extend page limitations, and upon consideration of the papers and/or argument in this case, it is hereby

ORDERED that Ms. Gaujacq's motion is GRANTED; and it is further

ORDERED that Ms. Gaujacq's Oppositions to Christian Nadal, Electricite De France, S.A. and Electricite De France International North America, Inc.'s Motions for Summary Judgment are accepted and deemed to be filed with leave as of November 20, 2006.

SO ORDERED.

DATE: _____     _____
Hon. John Garrett Penn
United States District Judge