**ATTACHMENT 1**

EPRI Solutions

epri SOLUTIONS

Home    Markets    Services & Products    News & Events    Our Company    Contacts

CLIENT LOG-IN SITES

EPRI Solutions offers a broad portfolio of engineering services, business & process consulting, and information products — leveraging EPRI research results along with industry best practices and world-class expertise to deliver **superior value** to our clients.



Power Generation
- Fossil Generation
- Nuclear Generation
- Renewable Power
- Distributed Energy

Transmission & Distribution
- Transmission Systems
- Distribution Systems
- Substations & Switchyards

Retail & End-Use Services
- Power Quality
- Energy Efficiency

News & Events

**News**

EPRI Solutions Sells Market Intelligence Business Unit to IDC's Energy Insights

EPRI Solutions to be Integrated into EPRI by 2007

**EPRI Solutions to be Integrated into EPRI by 2007**

**Electric Power Research Institute (EPRI) will begin the process of integrating EPRI Solutions' technical personnel and laboratory facilities into a unified EPRI organization. The integration process is expected to be completed by the end of the year.**

.: Read more

EPRI Solutions Pinpoints Cause of Transformer Failures

Power Delivery Innovations Developed by EPRI Solutions Receive Patent Awards

Events

**Improving Power Quality Training**
November 6-9, 2006
Knoxville, TN

### EPRI Solutions Sells Market Intelligence Business Unit (formerly Primen) to IDC's Energy Insights

Many of EPRI Solutions' information products are now being provided by Energy Insights, which offers a broad spectrum of research-based advisory and consulting services to dozens of energy-industry clients.
.: Read the complete Energy Insights press release

### New Multiclient Study: Investing in the 21st Century Distribution System

This unique project will help electric distribution companies understand how to work effectively with regulators to develop optimal investment strategies to improve reliability and service quality.
.: Read the complete project description here

### Success Story: Alabama Electric Cooperative

AEC saved $4.5M by averting a transformer failure through EPRI Solutions' equipment condition inspection and assessment services. Our experts discovered the problem during a comprehensive equipment survey.
.: Read the case study here

### 2007 Annual Portfolio

EPRI's 2007 Annual Research Portfolio is a broad program designed to address and meet the scientific and technical challenges that face your company and the electricity industry today, ranging from environmental management, cost effective and reliable operations and the selection and design of new generation, transmission, and distribution technologies.
.: Get all the details here

privacy | legal | copyright

EPRI SOLUTIONS

Home    Markets    Services & Products    News & Events    Our Company    Contacts

CLIENT LOG-IN SITES

## About Us

### ABOUT EPRI SOLUTIONS

EPRI Solutions, Inc. provides an integrated portfolio of engineering services, business consulting, and information products to clients across the entire power industry value chain... from generation through transmission and distribution to end-use. Our services and products help our clients meet today's technical, financial, and organizational challenges—improving operational efficiency, enhancing customer satisfaction, and increasing profitability.

.: Download EPRI Solutions corporate overview

EPRI Solutions' team of multi-disciplinary professionals—including world-class experts in numerous areas—has built a solid track record of success by leveraging industry best practices, unique laboratory facilities, and the science and technology resources of our parent organization, the Electric Power Research Institute (EPRI).

### HISTORY AND OWNERSHIP

EPRI Solutions is a wholly owned, independently managed subsidiary of EPRI. During the past decade, EPRI expanded its activities beyond its core business of collaborative research and development through the formation of taxable subsidiaries. In January 2005, two existing EPRI subsidiaries—EPRIsolutions, Inc. and EPRI PEAC Corporation—were merged to form EPRI Solutions.

**EPRI PEAC** (Power Electronics Applications Center) was established in 1986 to facilitate the widespread and practical use of power electronics technologies to improve the quality, efficiency, and productivity of electricity. PEAC evolved into an international power quality resource for electric utilities and their customers.

**EPRIsolutions** was formed in 1999 through the merger of two former EPRI subsidiaries, EPRICSG and EPRIGEN. EPRIsolutions was created to provide customized

technology application, training, and consulting services, conduct proprietary research and development, and work with third parties to commercialize EPRI technologies.

LOCATIONS

EPRI Solutions' headquarters office is located in Knoxville, Tennessee. The company has several additional facilities across the United States—click here for a complete list of office locations.

privacy | legal | copyright

**ATTACHMENT 2**



HOME

about enXco | services | news center | understanding wind | contact

**enXco**

*Our Energy Knows No Limits*

>> learn more

enXco develops, builds, operates and manages wind energy projects throughout North America.

The power of enXco comes from the experience and quality of its people, and from its capability as a full service wind energy company.

" *Wind energy is the world's fastest-growing energy technology.* "

source: U.S. Department of Energy, 2004

>> read more wind facts

People have utilized the power of wind for thousands of years. Wind has propelled ships, pumped water, ground grain, and performed a multitude of tasks over the millennia. The advantages of wind as a source of energy remain constant throughout time - it is renewable, and clean. Today, wind is also an economical source of energy for our growing economy.

>> read more

11/19/06

**Home    Sitemap**

enXco, Inc. - Our Energy Knows No Limits

© 2006 enXco, Inc.

http://www.forasenergy.com/

enXco, Inc. - Our Energy Knows No Limits



## About enXco › Company Profile

enXco develops, constructs, operates and manages wind energy projects throughout the United States. The strength of enXco is found in the Company's extensive experience and in the quality of its people.

Since 1987, enXco has grown to become a leading provider of operation and maintenance services for wind energy projects, and has emerged as an industry leader in wind project development and construction. enXco's exclusive focus on wind energy has resulted in an organization specifically tailored to apply the vast amount of experience earned over the years.

Since 2002, enXco has been an affiliate of EdF Energies Nouvelles (formerly SIIF Energies). EdF Energies Nouvelles is a member of the EdF (Electricite' de France) Group, with the charter of becoming a world leader in renewable energy.

enXco is dedicated to creating real value from the power of the wind, earning our partners' respect and confidence, and delivering the best possible services and results.

**Home   Sitemap**

© 2006 enXco, Inc.

enXco, Inc. - Our Energy Knows No Limits

Page 1 of 2



Services › Overview

enXco has extensive experience and capabilities in the full spectrum of services required by a successful wind energy project. These services include:

**Project Development**
enXco has an established track record of developing successful wind energy projects. From identifying good wind sites through close of financing, enXco does it all.

›› read more

**Construction**
enXco provides the total package required to produce an operating windfarm - engineering, design, procurement, construction and start-up.

http://www.forasenergy.com/services_overview.php    11/19/06

### Asset Management

enXco's synergistic approach to asset management assures the optimal flow of energy from turbine to sub station to power grid, and the optimal flow of information, ideas and innovation through all business disciplines, from procurement through the administration of power purchase agreements.

>> read more

### Operation & Maintenance

enXco offers the full range of services for established wind energy projects - operations, management, procurement, routine and emergency maintenance, retrofits and upgrades.

>> read more

Home    Sitemap

© 2006 enXco, Inc.

**ATTACHMENT 3**





Groupe Electricité de France



- HOME
- ABOUT US
- SERVICES
- PORTFOLIO
- EXPERTISE
- MANAGEMENT & DIRECTORS
- ABOUT EDF
- NEWS

At **EasEnergy** we believe that companies thrive when they have the right people and partnerships for the long term. Through our Access Program we offer companies access to expertise, people and market opportunity in the energy industry, especially in Europe, leveraging the strength of the Electricité de France (EDF) Group corporate family. By taking equity, we share the risk and help companies conserve cash while they grow.

Since 2000 we have been investing resources in emerging North American energy technology and service companies. Today, with a **portfolio of over ten companies** we are known in the venture community for helping companies thrive in their local and international markets. If you are an energy technology or service company or if you are an investor in such a company and want to know how we can help, we invite you to contact us and learn more about our **Expertise and Services.**



EasEnergy, Inc.
805 Veterans Blvd, Suite 212
Redwood City, CA 94063

Easenergy Home page

Page 2 of 2

CONTACT US

General Management:    (415) 691-6050

Business Development:    (415) 691-6250
Fax: (650) 306-9693

Home  About Us  Services  Portfolio  Expertise  Management  About EDF  News  Contact Us

Site Design - 2005
Meric Technology

©Copyright 2005 EasEnergy All Rights Reserved
For more information feel free to Contact Us



Groupe Electricité de France



- HOME
- ABOUT US
- SERVICES
- PORTFOLIO
- EXPERTISE
- MANAGEMENT & DIRECTORS
- ABOUT EDF
- NEWS

*Who we are*

**EasEnergy** is the North American venture arm of <u>**Electricité de France**</u> (EDF) Group, a global leader in energy and industrial services in 24 countries. Since 2000, EasEnergy has been offering access to <u>**expertise**</u> and markets for innovative energy technology companies based in North America.

*Who we work with*

We build partnerships with innovative energy companies with a broad range of products and services that have applications with the EDF Group and its customers. Our **portfolio companies** have successfully used our resources to accelerate their growth in the USA and to gain early access to international opportunities via the EDF Group.

*What we deliver*

We provide our portfolio companies with highly trained technical, operational and commercial professionals who deeply understand technology and markets. Through them and our management team we also provide access to the EDF Group and its partners in Europe and worldwide. With our equity compensation model, companies can grow while conserving cash and resources.

### How to work with us

If you are an energy technology or service **company** or if you are an **investor** in such a company and want to take advantage of our offer, we invite you to contact us to learn more about our **Experts** and **Portfolio.**

"Our relationship with EDF will serve to accelerate knowledge transfer, technology development and to better position the company to enter the global market,..." -- CEO Konarka Technologies.

CONTACT US

Home  About Us  Services  Portfolio  Expertise  Management  About EDF  News  Contact Us

©Copyright 2005 EasEnergy All Rights Reserved
For more information feel free to Contact Us

Site Design - 2005
Meric Technology