**ATTACHMENT 4**

# Catherine Gaujacq (2000-2004)

*GAUJACQ 2000-2004 routine activities:*

Electricite de France Representative to Edison Electric Institute
Electricite de France Representative to Nuclear Energy Institute
Electricite de France Representative to AWEA American Wind Energy Association
Electricite de France Representative to APPA American Public Power Association
Electricite de France Representative to USEA US Energy Association
Electricite de France Representative to the European Institute
Electricite de France Representative to the French-American chamber of commerce.
Electricite de France Representative to EPRI
Electricite de France Representative to INPO
Electricite de France Representative to CERA Cambridge Energy Research Association
Electricite de France Representative to MIT
Member of the American Nuclear Society

- I participated in the annual road show of the EDF Chairman and EDF CFO with the Wall-Street investment banks to present the evolutions and the projects of the Company to Wall-Street, and test the US opportunities with regard to EDF development.
- I Represented EDF to the annual EEI financial conference to inform Wall Street analysts on the Company and its future, in 2003 with the EDF investor relations Director.
- I Contributed to the success of French companies in the US through regular meetings with the French Embassy, and had at least three meetings a year with the French Ambassador to the USA. I had monthly contacts with the Nuclear Attache to the French Ambassador to the United States of America.
- I contributed to the education of targeted US lawmakers and of the Federal energy administration on EDF: I met in person with some of the most influential US Senators and House Representatives on the most important Committees influencing energy and environmental developments in the USA such as US Senators, Commissioners and Chairmen of FERC and NRC. I met with numerous times with the DOE Senior Staff and had a meeting in person with Secretary of Energy Abraham with the EDF Chairman on February 18th 2004. I also met with the US Vice-President Staff working on the energy task force.
- I actively contributed to the education of targeted French lawmakers and of the French Administration: I was in charge of organizing educational tours in the USA for the French Deputees in charge of restructuring the European and French energy markets.
- Through NEI, ANS and EEI, I had regular monthly meetings with the Senior Executives of all major US utilities. I held presentations on numerous focused issues to these audiences.
- I held regular presentations to the EDF Executive Committee on issues as diverse as US wind energy regulatory prospectives, US grid 2003 Black-out, US energy

regulatory framework, US nuclear generation status and issues, California energy crisis, and Enron bankruptcy consequences on European energy markets.

- I participated to the annual road show of the EDF Chairman and CFO with the Wall-Street investment banks to present the evolutions and the projects of the Company to Wall Street, and test the US opportunities with regard to EDF development.
- Represent EDF to the annual EEI financial conference to inform the analysts on the Company and its future.

### *GAUJACQ Detailed actions*

- 2000: Through contacts with DOE Small Business initiatives, helps with the incorporation of Easenergy Inc and helps finding of new partners
- 2000-2001: Build a strategic competition watch in the USA, continually updated. Build a quaterly report to the Executive committee on industry issues in the USA and their potential impact in Europe and for EDF.
- October 2000: provides EDF Executive committee with a detailed report on the "California electricity crisis and the potential consequences on the industry in the USA" Makes recommendations to the EDF Chairman for business alliances proposed to EDF following the California crisis.
- December 2000: At the request of EDF Chairman, build and present a business case to the EDF Executive committee for the strategic option to buy and operate nuclear plants in the USA. The recommendation approved
- 2001: build a business case with Dalkia for its organic growth in the USA in energy services and facilities management. The recommendation approved.
- October 2001: build and present the first strategic business plan for EDF in the USA (3 years) to the EDF Executive committee. Build the business case to refuse the acquisition of a merchant company in California (Calpine). The recommendation approved.
- November 2001: provides EDF Executive committee with a detailed report on the "Enron bankruptcy and the potential consequences for the industry in the USA and in Europe".
- 2002: contributes to the EDF joint-venture with Dreyfus for building EDF energy trading business in Europe (London)
- 2002 : Build and present a business case to the EDF Executive committee for the strategic option to build and operate nuclear plants in the USA. Build the business case to refuse the acquisition of a nuclear plant in the Washington State.(Columbia). The recommendation approved.
- 2002 : Build and present a business case to EDF Executive committee for the strategic option to build and operate wind farms power plants in the USA. The recommendation is approved and followed by the acquisition of EnXco in Palm Springs (California) Contributes to the integration of EnXco within EDF as enXco Board member and contributes to IES integration by enXco as an IES Board member.
- 2003: Contribute to the World Bank EDF project of the Nam-Theun 2 (Laos)
- August 2003: Provide a detailed report on the "August 2003 blackout in the US North-East and the potential consequences in Europe and for EDF". Contribute

through EPRI/EDF contacts to the creation of companies to build "Smart Grids". Present the strengths/weaknesses of nuclear plants operating philosophy to the Energy Branch.

- September 2003 : Build and present the first strategic business plan for EDF in the USA (5 years) to the EDF Executive committee. Build the business case for three scenarios, including the choice of acquisition targets and joint-venture partners. To build this strategic plan, I work with five Wall-Street investment banks over a 6 months period. The recommendations are approved. Contribute to the Americas strategic plan, studying synergies with the Mexican power plants operations. The sale of South American assets was decided in 2003 and Plaintiff contributed to all strategic orientations that led to the current implementation of the EDF strategy.(EDENOR-Buenos Aires and LIGHT-Rio de Janeiro are sold)
- September 2003: provide a detailed report about "the activities of Areva in the USA and the potential consequences for EDF" to the EDF Executive committee. Contribute to the success of two significant nuclear procurement and services contracts in France through benchmarking with US companies (Steam generator replacements and steam generators non destructive examinations).
- October 2003: provide a detailed report on "The economics of the nuclear fuel cycle and nuclear waste in the USA" to the EDF Executive committee. Recommendations are approved.
- 2003: Contribute to the World Bank approval of the EDF project of the Nam-Theun 2 (Laos)
- 2003-2004: Contributes to the creation of the Joint-Venture Nustart to build new nuclear plants in the USA (Founding member). Contributes to the creation of the MOU, the funding of the DOE, and the contracts with the vendors. Provides information to EDF to help Areva enter the US new nuclear plants business.
- 2004: Contribute to the development of new wind projects with EnXco (doubling of generating capacity in Minesota). Work for the IPO of the Company.
- February 2004: provide a detailed report about "the activities of nuclear vendors and the potential consequences for EDF worldwide" to the EDF Executive committee.

**ATTACHMENT 5**

Mission Letter

At the horizon of 2015, "EDF Generation" must be ready, included the experience feedback of the first years of commercial operation of the EPR demonstrator, to operate in the best safety and performance conditions a fleet of nuclear reactors composed of aging units which will be decommissioned gradually and EPR units which will progressively be built and brought to commercial operations (at a potential rhythm of one unit per year).

The scope of the mission consists of preparing the main terms of the organizational, technical and managerial framework that the Operator wants to implement for the future operation of this fleet and specifically its EPR component.

The scope of the study is:
- Organizational: what sharing of responsibilities and resources between local and national levels? What industrial view of outsourcing? What kind of synergies between the "old fleet" and the "new fleet"? What position for the Engineering?...
- Technical: how to apprehend the issue of maintenance? What vision of the information systems?...
- Managerial: what kind of profiles for the managers? What policy of human resources? What kind of in-house skills and what kind of evolution of the skills?

Thus, the purpose is to allow thanks to this study to:
- Determine the elements to take into account (to prepare the future) in the definition of the technical specifications of the EPR demonstrator, to allow the future conditions of analyzing its experience feedback
- Apprehend how to get prepared to operate an optimized EPR fleet in long term in a prolonged transitional stage
- Bring light on the potential evolutions to implement on the existing fleet in the 2015 timeframe
- Define the complementary studies needed

In the logic of this study, C Gaujacq will lead the strategic planning of the studies or projects which will be launched in preparation of the commercial operation of the demonstrator but may impact deeply the future.

As of the date of writing this mission letter, these studies and projects are:
- Related to the organization of the entity operator of the demonstrator
- Related to the design and operating data to be filled in information systems

C.Gaujacq who will work in tight cooperation with all the divisions of the Generation & Engineering Branch will report to me as Director of the Nuclear Generation Division The provisional duration of the mission is 3 years.

Laurent Stricker

904

Q1: Elements relatifs a la structure generale du projet auquel la mission est rattachee dans l'organisation de la Branche et/ou de l'Entreprise
A1: There is no project as of today

Q3:les objectifs de la mission
A2: conduct a personal study to determine which studies will have to be conducted. No define objectives, no deadline

Q4:les responsabilites, delegations, et les lattitudes de decisions en termes de ressources humaines et budgetaires et d'organisation
A4: no managerial position, no human or financial resources allocated

Q5:la structure hierarchique et le responsable en charge de l'evaluation de la performance
A5: report to the Director of Nuclear Generation

Q6:la duree de la mission
A6: 3 years

5/12/2004

# LETTRE DE MISSION
Catherine GAUJACQ

## 1.Activites NuStart Energy Development,LLC
Membre du Comite de Direction de l'Entreprise.
Company manager of NuStart Energy Development,LLC

## 2004
- Elaboration et negociation du contrat de NuSart Energy Development, LLC avec le DOE
draft negociate and finalize NuStart contract with Department of Energy
- Mise en place de l'organisation et des processus de travail de NuStart Energy Development,LLC associes a l'Operating Agreement, et aux Preferential Rights Agreements.
implement organization and work processes of NuStart related to the operating Agreement and Preferential rights agreements
- Suivi des appropriations du Congres
follow-up of Congress Appropriations
- Suivi de l'elaboration du guide-type de COL
Draft of the COL guidelines
- Definition du champ de travail DC et COL design Input des vendors
Define vendors scope of work for DC and COL design input
- Elaboration des contrats d'etudes des "Vendors"
draft and finalize vendors subcontracts
- Mise en place des processus de controle des delivrables des vendors
implement vendors' oversight process
- Elaboration et negociation des contrats EDF/Vendors sur DC et COL design Input
draft negociate and finalize EDF/Vendors contracts for DC and COL design input
- Etablissement au sein d'EDFINA et de Branche Energie/DIN des processus de travail sous Assurance Qualite garantissant les obligations contractuelles de propriete industrielle et de transparence budgetaire et juridique associees a ces activites.
implement quality assurance working processes for EDFINA and EDF Engineering, confidentiality agreements. accounting procedures required by holding of proprietary information and required by US and EDF accounting procedures

## 2005
- Suivi de l'avancement du travail DC et COL design Input des vendors et d'EDF
oversight of DC and COL design input of vendors and EDF
- Suivi au sein d'EDFINA et de Branche Energie/DIN des processus de travail sous Assurance Qualite garantissant les obligations contractuelles de propriete industrielle et de transparence budgetaire et juridique associees.

implement quality assurance working processes for EDFINA and EDF Engineering, confidentiality agreements, accounting procedures required by holding of proprietary information and required by US and EDF accounting procedures

• Evaluation du guide-type de COL, negociations avec la NRC
assessment of COL guidelines, negotiations with NRC
• Standardisation des processus reglementaires avec la NRC, sur la base du retour d'experience du licensing des centrales en exploitation: Finalisation des systemes d'information
Standardization of licensing processes with NRC, based on experience feedback of operating plants Set up information technology management
• Preparation des dossiers de COL: Choix des sous-traitants et suivi d'avancement. Preparation d'une proposition EDF
draft COL procedures Choice of subcontractors and oversight .Draft of an EDF offer
• Evaluation des capacites, methodes et pratiques d'A&E
assessment of capabilities, methods and practices of E&E
• Standardisation de l'Engineering a l' "Asset management" et au demantellement: Finalisation des systemes d'information
standardization of Engineering associated with asset management and decommissioning Finalization of information technologies
• Elaboration et negociation du contrat des sous-traitants de preparation de l'appel d'offre: preparation d'une proposition EDF
draft and negotiation of subcontractors contracts for preparation of bid requirements Prepare an EDF offer
• Preparation de l'appel d'offre :Retour d'experience et analyse industrielle
prepare bid requirements Experience feedback and industrial analysis
5/12/2004
• Elaboration des criteres de choix d'evaluation des sites
prepare sites evaluation criteria
• Elaboration des criteres de choix d'evaluation des designs: suivi du travail EDF
prepare designs evaluation criteria oversight of EDF scope of work

2006
• Suivi de l'avancement du travail de COL et de COL design Input des vendors et d'EDF
oversight of DC and COL design input of vendors and EDF
• Suivi au sein d'EDFINA et de Branche Energie/DIN des processus de travail sous Assurance Qualite garantissant les obligations contractuelles de propriete industrielle et de transparence budgetaire et juridique associees
implement quality assurance working processes for EDFINA and EDF Engineering, confidentiality agreements, accounting procedures required by holding of proprietary information and required by US and EDF accounting procedures
• Finalisation des criteres de choix d'evaluation des sites
finalize sites evaluation criteria

• Finalisation des criteres de choix d'evaluation des designs

finalize designs evaluation criteria.oversight of EDF scope of work

- Preparation des modalites d'une contribution EDF a l'A&E: preparation d'une proposition EDF

define means of EDF contribution to A&E.Prepare an EDF offer

- Preparation des elements necessaires a l'evaluation de l'interet d'EDF d'une contribution a l'engagement d'une tranche

prepare elements of EDF decision to invest in a new plant

- Finalisation et envoi de l'appel d'offre

finalize bid requirements

- Analyse des propositions des vendors

analyse vendors offers

**2007**
- Envoi a la NRC du dossier de COL selectionne

apply for a COL to the NRC for the selected design and site

- Negociation du transfert de COL aux futurs proprietaires

negotiate COL transfer to future owners

- Decisions de construction par les membres et transfert de Nustart Energy Development

building decision with NuStart members and transfer of NuStart Energy Development

2.Activites au sein de l'industrie nucleaire americaine

activities inside the US nuclear industry

Pour accompagner le travail de NuStart Energy Development, une participation au travail de l'ensemble de l'industrie nucleaire americaine est necessaire. La participation au travail des comites suivants est realisee:

To accompany NuStart work, a participation to the work of the whole US industry is necessary.I participate to the following working groups and committees:

- "Nuclear Strategic Issues Advisory Committee" NEI
- "Material Issues Advisory Committee" de NEI
- "Nuclear Asset Management Task-Force" de NEI
- "Operations committee" du "Utility Working Goup" de ANS

Et aussi plus specifiquement:

And more specifically

- "New Plants Task-force" de NEI
- "Advanced Nuclear Plants Systems steering committee" de EPRI

Ces activites permettent d'assurer la coherence des actions et contributions EDF et la bonne prise en compte du retour d'experience des centrales en exploitation dans le developpement des nouvelles centrales et le travail de NuStart Energy Development.

These activities guarantee the consistency of EDF contributions and an efficient feedback from operating plants in connection with the NuStart development of new plants

3 Coordination des activites de benchmarking d'EDF au sein de l'industrie nucleaire aux US

coordination of benchmarking activities of EDF inside the US nuclear industry
**5/12/2004**
- • Faciliter les missions de benchmarking avec les utilities nucleaires liees aux contrats de services et produits nucleaires pour obtenir de meilleures conditions dans nos contrats France

  facilitate benchmarking missions with nuclear utilities, in connection with nuclear services and products contracts to leverage our bargaining power in France
- • Organiser des formations et faciliter des missions de benchmarking liees a l'evolution du cadre reglementaire de Surete et Radioprotection en France

  organize training and facilitate benchmarking missions related to the evolution of nuclear safety and healthphysics regulations in France
- • Faciliter les missions de benchmarking des pratiques d'A&E de la DIN et de la DRD

  facilitate benchmarking missions on A&E practices of EDF Engineering and EDF R&D

**4 Activites au sein de l'industrie nucleaire sur GEN-IV et cogeneration Hydrogene**
activities inside the US nuclear industry on Generation 4 reactors and hydrogen gogeneration from nuclear facilities

**2004**
- • Etude et suivi des appels d'offre Generation IV a INL: management DOE INL Idaho, clean-up INL.

  assessment of generation 4 DOE bids at INL: site management Idaho site, clean-up INL
- • Suivi des appels d'offre Generation IV VHTR et cogeneration Hydrogene des propositions de Designs VHTR du cogenerateur d'essais Hydrogene INL

  assessment of generation 4 VHTR designs bids and Hydrogen cogeneration prototype bid at INL
- • Une contribution aux "Advisory Committees" de GEN IV et GIF est envisageable.

  a contribution to the advisory committees of GEN 4 and GIF is possible

**2005**
- • Suivi des appels d'offre Generation IV VHTR et cogeneration Hydrogene des propositions de Designs VHTR du cogenerateur d'essais Hydrogene INL

  assessment of generation 4 VHTR designs bids and Hydrogen cogeneration prototype bid at INL.

- • Suivi des developpements associes a l'appel d'offre d'etude de design du DOE

  follow-up of developments associated to design bid of DOE
- • Contribution a une proposition conjointe EDF-Framatome

  contribution to a joined design offer from Framatome and EDF

**2006**
- • Contribution a la preparation de la reponse a l'appel d'offre de construction si retenus

contribute to the preparation of the offer associated with the construction bid if selected

5. Coordination des activites des detaches EDF au sein de l'industrie nucleaire aux US
coordination of EDF expatriates in the US nuclear industry

Le "Reseau Nucleaire EDF" aux USA peut mieux exploiter les activites des detaches EDF dans le cadre des contrats existants avec EPRI Nucleaire (Palo Alto et Charlotte), INPO (Atlanta), WOG et DPN-Southern Nuclear. Une officialisation de la relation hierarchique au sein d'EDFINA permettrait une contribution plus facile de chacun des agents detaches aux objectifs d'EDF vis-à-vis de Nustart Energy Development,LLC au dela de leur mission initiale et une plus grande efficacite et cohesion dans notre suivi des developpements dans chaque entite nucleaire americaine.

The EDF nuclear network could get more from the liaison expatriates with existing contracts in the US (EPRI Palo Alto Charlotte),INPO(Atlanta),WOG and DPN/Southern Nuclear. A stronger hierarchical link of these expatriates with EDFINA would allow an easier cooperation of each expatriate to EDF objectives with NuStart, beyond their initial mission, and would bring higher efficiency and consistency in EDF oversight of nuclear developments in each US entity.

910

**ATTACHMENT 6**

EDFINACG@aol.com on March 25, 2004 1:03:57 a.m.

To:     Gerard CREUZET/DGEDF/EDFGDF/FR@EDFGDF
cc:
Subject: Gaujacq confidential proposal

[in margin:] ℞ 60

Good evening, Gerard,

Thanks for your time yesterday
Please find attached my mission proposal (from my initial contract as you had asked). Please quickly let me know your comments and those of DELCADIR, as well as the position of the company

Cordially,
catherine

Gerard CREUZET
March 29, 2004 6:31 p.m.

To:     EDFINACG@aol.com
cc: Yann LAROCHE/DGEDF/EDFGDF/FR@EDFGDF
Subject: Ref: Gaujacq confidential proposal  (Document link: Gerard CREUZET)

[in margin:] ℞℞ 61

Catherine,

Thanks for this proposal which is in line with our conversations last week in Buenos Aires.

For my part, I don't have any particular comments; I am forwarding it to Yann to get his opinion.

Thanks also for the other emails related to C N 's arrival as Executive Officer in Washington

I will send you the final contract as soon as Yann and I have signed it

See you,
Gérard

[illegible Bates number]

(See attached file: C htm)
(See attached file: Gaujacq -ContratMLD2004.pdf)

----------------Forwarded by Gerard CREUZET/DGEDF/EDFGDF/FR on April 7, 2004 6:43 p m. ----------

Catherine,

[in margin:]
After discussion with Yann and François, it seems more sensible to appoint you to the position "4th Generation Nuclear Projects" with a single attachment to the Energy Branch, even if it is clear that most of your time will be spent in the United States

I invite you to look with Bruno Lescoeur at the terms of your mission letter

Gérard

EDFINACG@aol.com on April 7, 2004 10:17:26 p m.

To:     Gerard CREUZET/DGEDF/EDFGDF/FR@EDFGDF
cc:     Yann LAROCHE/DGEDF/EDFGDF/FR@EDFGDF, Francois
        METAIS/DGEDF/EDFGDF/FR@EDFGDF, Bruno
        LESCOEUR/ED/SC/DEPT/EDFGDF/FR@EDFGDF
Subject: Re: Ref: Gaujacq confidential proposal

[in margin:]

Good evening, Gérard,

Thanks for your reply. However, the description of my position is awkward. My appointment in the U S consortium and in the U S. requires:
1- that I not be only generation 4 (the consortium is on generation 3 or 3+: AP 1000 and ESBWR)
2- that I remain Officer of EDFINA in the U.S because that is the company that, for legal reasons of protecting the parent company and of "benefit" to the DOE support within the consortium, is a member of the consortium . . all the documents of the consortium are closed in this sense

Of course I have nothing against the fact of "rejoining" the Energy Branch within EDF
Please confirm that this proposal is possible
Who do I need to contact for my contract?
Cordially,
catherine gaujacq

EDF 000966

Catherine GAUJACQ
President
EDF International North America Inc
suite 509
1730 Rhode Island Avenue, NW
WASHINGTON DC20036
tel 202 429 2527
fax 202 429 2532
e-mail: cgaujacq@edfina com or edfinacg@aol com

(See attached file: C htm)

Forwarded by Gerard CREUZET/DGEDF/EDFGDF/FR April 8, 2004 ------------------------

Catherine,

It's necessary to look at things in detail in order to allow you to fulfill your mission under the best
conditions

I suggest that you work in the following manner:

1 Finalize your mission letter with Bruno
2 Discuss your contract with François Métais.

Gérard

EDF 000967

**ATTACHMENT 7**

| Subj: | C.Gaujacq personnel |
|-------|---------------------|
| Date: | 2/2/2004To:igor.czerny@edf.fr |
| File: | C:\Documents and Settings\catherine\Desktop\C.GaujacqPERSONNEL.doc<br>(47104 bytes) DL Time (32000 bps): < 1 minute |

bonsoir Igor,
suite a notre discussion,merci de trouver ci-joints quelques elements pour le President.
Concernant son rendez-vous du 18 fevrier a 10 heures avec SA, ,je confirme deja les 2 points
suivants au DOE et attend tes retours pour completer :
-relance nucleaire
-retour d'experience du blackout du 14 aout et deregulation electrique
A demain,
amities
catherine

good evening Igor
following our conversation  please find attached some elements for the Chairman (The mission to
propose to CN and my informing of the issue for my husband's job in France)

**1267**

**ATTACHMENT 8**

*The following document was send to the EDF Chairman Francois Roussely on or around February 2nd,2004 when I got a call from EDF international chief of staff (Chairman's voice in our langage) announcing Christian Nadal would join EDFINA as an adviser.I was asked to prepare his mission letter.*

Catherine GAUJACQ

Mon travail aujourd'hui consiste au suivi de tous les volets institutionnels, economiques et financiers du marche electrique USA/Canada.

Nous pouvons envisager la contribution de Christian Nadal dans des domaines mal couverts aujourd'hui par la Delegation , et en particulier :

1. couverture du domaine GAZ avec en particulier une meilleure assistance de Branch Americas sur les contrats gaz du Mexique et une contribution aux trade associations GAZ americaines du groupe (travail non realise a ce jour)

2. communication financiere et strategique sur le groupe aupres de Wall Street

3.couverture du domaine Distribution Gaz et Electricite (a ce jour en charge de B Dreux plutot oriente Transport)

Pour ma part , je pourrais me concentrer sur les activites en cours : Gestion quotidienne de la filiale EDF-INA, Board des filiales USA de production electrique d'EDF (enXco, IES), Representation EDF dans les trade associations electriques (EEI, NEI ,AWEA) .

Mais je pourrais surtout m'investir d'avantage sur les activites nouvelles decidees par EDF fin 2003 et pour lesquelles mes competences particulieres sont requises par les utilities Americaines au sein du "Executive Comitee" du Consortium auquel EDF participe pour la construction d'une tranche ALWR passive aux USA, dans le cadre du programme DOE "Nuclear Power 2010". Cette decision necessite un engagement dans la duree 2004-2007 aussi bien au sein du Consortium aux US qu'en coordination avec la Branche Energie France et la DRD.

Personnellement, j'ai sollicite en 2003 aupres de F.Ponasso et de G Creuzet un nouveau contrat USA (le courant arrivant a echeance a l'ete 2004), qui prenne en compte cette nouvelle mission et soit etabli pour une duree de 3 ans. Je reste dans cet etat d'esprit pour deux raisons :

Personnaly, I had asked Fernando Ponasso and Gerard Creuzet in 2003 a new USA expatriation contract (the current one expires on summer 2004) which would take into account this new mission and be established for a 3 years period.I'm still asking for it since:

- Pour EDF, je pense "humblement" que le lancement du consortium US fin 2003 necessite dans la duree ma presence personnelle, car mon profil particulier en France et mes connaissances US sont une condition de notre reussite dans ce projet et dans d'autres (Hydrogene) (EPR) (contrats etrangers)

- For EDF, I humbly think that the launching of the US nuclear partnership by the end of 2003 requires my personal attention in the long run, because my particular profile in France and my US knowledge are a condition of success of this project and of others ( Hydrogen, EPR, foreign contracts)

- Sous un aspect personnel, mon retour en France a l'ete 2004 occasionnerait a nouveau une perte de travail pour mon epoux , sa reintegration a l'Education

Nationale n'etant deja plus possible a l'automne 2004 (mouvements interacademiques termines au 24 Janvier 2004) Un contrat a duree fixe nous permettrait de preparer plus sereinement notre retour en France.

- On a personal point of view, my returning to France on the summer of 2004 would imply another loss of work for my husband, his reintegration with "Education Nationale" is already impossible for school year 2004/2005 (deadline for transfers were January, 24th, 2004). A fixed duration contract would allow us to prepare more peacefully our return to France)