**ATTACHMENT 13**

Ressources Humaines pour
l'International



GUIDE DE GESTION DES AGENTS TRAVAILLANT A L'ETRANGER

CONSEIL



EDF
GDF

EDF 001289

| CHAPITRE 3 | **DUREE DU TRAVAIL CONGES VOYAGES** |
|---|---|

## 3.1 - DUREE DU TRAVAIL

En application du principe de territorialité des lois et règlements, les agents en service à l'étranger sont soumis à la réglementation du travail en vigueur dans le pays d'accueil.

La référence à la loi locale, pour ce qui concerne les aspects traités au présent chapitre, doit être expressément portée au contrat de mission.

### 3.11 - JOURS FERIES - REPOS HEBDOMADAIRE

Les jours fériés sont normalement ceux en vigueur sur le lieu de mission.

Si, pour les nécessités du service, certains devaient être travaillés, des compensations en "temps", sur proposition de la direction titulaire du contrat, seraient recherchées avec le client ou partenaire d'EDF ou de GDF.

Pour le repos hebdomadaire, l'agent en mission adopte également dans ce domaine les conventions et usages du pays dans lequel il exerce son activité professionnelle.

### 3.12 - DUREE HEBDOMADAIRE DU TRAVAIL

S'agissant de fonctions exercées à l'extérieur des Services ou Unités d'EDF ou de GDF, l'organisation du travail est définie par le client ou partenaire de ces deux Entreprises ou répond aux conditions fixées par l'engagement commercial.

En tout état de cause, quel que soit le mode d'organisation choisi, les dispositions concernant la rémunération des conditions particulières d'emploi ne peuvent aller à l'encontre des dispositions d'ordre public du lieu de travail.

En principe, en dehors du personnel cadre (pour lequel il y a lieu de se reporter au *chapitre 4 "rémunération et accessoires" paragraphe 4.2)*, est rémunéré ou compensé le dépassement du temps de travail pratiqué habituellement dans le pays d'accueil.

Lorsque ce dépassement revêt un caractère systématique, on recherchera un mode d'indemnisation forfaitaire calculé par l'application d'un pourcentage sur le *salaire France (code rubrique 311)*.

### 3.13 - SERVICE DE QUART OU ASTREINTE

Le mode d'organisation de l'emploi à l'étranger résulte le plus souvent du règlement intérieur du client ou partenaire d'EDF ou de GDF.

L'indemnisation des sujétions particulières est convenue avec le client ou partenaire d'EDF ou de GDF dans le même esprit que celle définie au paragraphe précédent.

EDF 001319

**1319**

Chapter 3 - Working hours vacation travel

3 1. Working hours

In application of the territoriality principle of Laws and regulations, the EDF employees working abroad are subject to the employment laws of the host country  The reference to local Laws, as for the aspects developed in the present chapter, must expressly be indicated in the mission contract

**ATTACHMENT 14**

## Harrassment

Effective company performance requires that each Group employee should be able to work in a positive professional environment, free from any pressure, persecution or harassment of a moral or sexual nature.

The Group is committed to taking all necessary measures to prevent and penalize any such misbehaviour, in particular by demanding from all managers an exemplary attitude and careful attention to this issue.

All Group employees shall ensure that their behaviour never breaches the rights of their colleagues, nor violates their dignity, nor prejudices their physical or mental health, nor compromises their professional careers.

Everyone must be fully aware that such attitudes are prohibited, and depending on the country in question, may lead to heavy penalties, whether disciplinary measures and/or criminal prosecution.

Self-questioning:

*Am I careful about how my colleagues perceive my behaviour?*

*Do I modify my behaviour whenever I realize it hurts or affects a colleague or a staff member?*

*Would I accept being treated by my colleagues as I treat them?*

*Am I careful not to use insulting, humiliating or hurtful words when speaking to colleagues or staff members?*

*Does my behaviour towards a colleague isolate him/her from the rest of the team?*

*Do I deliberately behave with a colleague or staff member in a way that will cause him/her to feel stressed or intimidated?*

*When I become aware of a delicate situation suffered by a colleague in his/her dealings with a superior or team, do I take the necessary steps to help him/her? Do I act in such a way as to avoid any ambiguity?*

\* \* \*

EDF 001454

---

### EDF GROUP AND SOCIETY

---

**To act according to its values, the Group shall abide by the following principles of ethical practice when dealing with any community :**

- **Respect governments and populations, act equitably and benefit from our diversity**

In all countries where we operate, respect the national legislation, the people and their cultures, in all their diversity, by adopting the fundamental principles of the Universal Declaration of Human Rights

Observe a strict neutrality towards the public authorities of the countries in which we operate, Do not favour one political or religious group above any other

Provide citizens in the countries where we operate with the possibility of expressing complaints or concerns about the Group's activities

Guarantee that all such enquiries shall receive an answer within a defined and short time period, and facilitate referral to the Group's Ethical Compliance Board as an option of last resort

- **Establish fully transparent relationships with representative associations in the community**

Provide the public and recognized community bodies with clear, up-to-date and easy to understand information

Recognise all official bodies, representative associations and NGOs. Establish with these organizations an open and constructive dialogue on any issues related to the Group's ethics policy

- **Act to protect the environment, today and for the benefit of future generations**

Implement the commitments for sustainable development as set forth in EDF Group's Agenda 21

Act in full transparency and behave as a responsible company, concerned with reasonable use of natural resources and with limiting our environmental impact

Use sustainable development as the guiding principle for all Group activities, investments and tenders; develop the use of renewable fuels

- **Protect public health and safety and guarantee the safety of facilities**

Conduct public information campaigns, detailing the rules of safe behaviour in the vicinity of our generation, distribution and transmission facilities, in an effort to raise the local public awareness of risk prevention

EDF 001441

## Compliance with the law

**Compliance with national laws and international conventions is an absolute imperative for all companies within the Group.**

**In all of its business activities as well as the activities of its suppliers and subcontractors, the Group shall ensure full compliance with the most exacting standards of ethical behaviour, while giving full consideration to the context – and particularly the labour and social context - in which it operates.**

**Every Group employee shall behave in accordance with the laws, regulations, and lastly, where relevant, with locally adopted practices applicable in the countries where the Group operates. Special emphasis must be given to accountability, integrity and professionalism.**

Self-questioning:

*Am I certain that my behaviour is in line with the Group's commitment to comply with the ILO Declaration on Fundamental Principles and Rights at Work, and more specifically on child labour, worker safety and non-discriminatory practices?*

*Am I certain that my behaviour is in line with the Group's commitment to comply with OECD Guidelines on Multinational Enterprises, including the principles on combating public and private corruption, or on protecting consumer interests?*

*Do I systematically ensure the protection of consumer health and safety, in particular by complying with regulatory standards applicable in the country where I work?*

*Have I made sure that my staff members are knowledgeable on the risks linked to their activity, and that they apply the appropriate safety protection measures (protective wear etc.)?*

*Have I made sure that my business activity properly takes into account environmental factors, in particular by complying with local regulatory standards?*

*Have I properly questioned the corporate legal experts on the legality of my project?*

*Have I made sure that the legal experts' recommendations have been properly implemented (e.g. compliance with EU Directives on tendering procedures for public procurement contracts)?*

*Have I checked for compliance with national fiscal law and regulations?*

*Have I checked for compliance with national competition regulations?*

*Am I careful to ensure that professional reward and recognition of Group employees is awarded solely on the basis of professional performance, without any positive or negative discrimination based on gender, age, physical appearance, sexual preference, family status, political opinion, or on any presumed or real affiliation to an ethnic group, nation, race or religion?*

EDF 001446

---

## Harrassment

---

Effective company performance requires that each Group employee should be able to work in a positive professional environment, free from any pressure, persecution or harassment of a moral or sexual nature.

The Group is committed to taking all necessary measures to prevent and penalize any such misbehaviour, in particular by demanding from all managers an exemplary attitude and careful attention to this issue.

All Group employees shall ensure that their behaviour never breaches the rights of their colleagues, nor violates their dignity, nor prejudices their physical or mental health, nor compromises their professional careers.

Everyone must be fully aware that such attitudes are prohibited, and depending on the country in question, may lead to heavy penalties, whether disciplinary measures and/or criminal prosecution.

Self-questioning:

*Am I careful about how my colleagues perceive my behaviour?*

*Do I modify my behaviour whenever I realize it hurts or affects a colleague or a staff member?*

*Would I accept being treated by my colleagues as I treat them?*

*Am I careful not to use insulting, humiliating or hurtful words when speaking to colleagues or staff members?*

*Does my behaviour towards a colleague isolate him/her from the rest of the team?*

*Do I deliberately behave with a colleague or staff member in a way that will cause him/her to feel stressed or intimidated?*

*When I become aware of a delicate situation suffered by a colleague in his/her dealings with a superior or team, do I take the necessary steps to help him/her? Do I act in such a way as to avoid any ambiguity?*

\* \* \*

*Délégation à l'éthique et à la déontologie*                                    65/74

EDF 001565

**ATTACHMENT 15**

DEC 12 05 10:51a    EDFINA    (202)429-2532    P 4

202 429 2532

EMPLOYEE W-2 WAGE SUMMARY 2004

0031-9887    000300

ELECTRICITE DE FRANCE
INTERNATIONAL
1730 RHODE ISLAND NW 509
WASHINGTON DC 20006

The chart below indicates your 2004 voluntary payroll adjustments
which are included (+), excluded (-), or did not affect (N/A) your federal
wages (Box 1) and state wages.

| VOLUNTARY ADJUSTMENTS | YTD AMOUNT | FEDERAL WAGES | VA WAGES |
|---|---|---|---|
| MISC | 6464.00 | N/A | N/A |

FEDERAL WITHHOLDING EXEMPTIONS    M 2
VA WITHHOLDING EXEMPTIONS    X 2

REGULAR WAGES FOR 2004    168060.80

CATHERINE GAUJACQ
10801 SYCAMORE SPRING
GREAT FALLS VA 22066

06366

PAYROLL BY **PAYCHEX**

---

## Form W-2 Wage and Tax Statement 2004

Copy C for employees records

| Control number 0031-9887  000005-000100 | Void | c Employer's name, address, and ZIP code ELECTRICITE DE FRANCE INTERNATIONAL 1730 RHODE ISLAND NW 509 WASHINGTON DC 20036 | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|
| b Employer's identification number 98-0114772 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 168060.80 | 2 Federal income tax withheld 33047.00 |
| 13 Statutory employee  Retirement plan  Third-party sick pay | | | 3 Social security wages | 4 Social security tax withheld |
| 12 See instrs. for box 12 | 14 Other | | e Employee's name, address, and ZIP code CATHERINE GAUJACQ 10801 SYCAMORE SPRING GREAT FALLS VA 22066 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | | 11 Nonqualified plans | |
| 15 State VA | Employer's state ID No. 0019516482 | 16 State wages, tips, etc. 168060 80 | 17 State income tax 9093 00 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Copy C—To be furnished to the Internal Revenue Service

---

## Form W-2 Wage and Tax Statement 2004

Copy B, to be filed with employees FEDERAL tax return

| Control number 0031-9887  000005-000100 | Void | c Employer's name, address, and ZIP code ELECTRICITE DE FRANCE INTERNATIONAL 1730 RHODE ISLAND NW 509 WASHINGTON DC 20036 | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|
| b Employer's identification number 98-0114772 | a Employee's social security number 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 | | | 1 Wages, tips, other compensation 168060.80 | 2 Federal income tax withheld 33047.00 |
| 13 Statutory employee  Retirement plan  Third-party sick pay | | | 3 Social security wages | 4 Social security tax withheld |
| 12 See instrs. for box 12 | 14 Other | | e Employee's name, address, and ZIP code CATHERINE GAUJACQ 10801 SYCAMORE SPRING GREAT FALLS VA 22066 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | | 11 Nonqualified plans | |
| 15 State A | Employer's state ID No. 0019516482 | 16 State wages, tips, etc. 168060 80 | 17 State income tax 9093 00 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Copy B—To be furnished to the Internal Revenue Service

EDF 000278

`



# Example: OTS-SCs in a Class 2 Supervision system

■ **Typical OTS-SCs**

• Real Time Operating System (RT-OS)

• Graphic-HMI libraries

• Basic communication software

• Software buried in dedicated OTS hardware components

■ **Black-boxes**

Research and Development Division / Power Plant Control Branch
Off-The-Shelf Software Components in systems important to safety
Page 22 / 27, SES'98, Monterey

EDF4824

**ATTACHMENT 17**

STEPTOE & JOHNSON LLP

Lynda S Zengerle
202 429 8170
lzengerle@steptoe.com

1330 Connecticut Avenue NW
Washington, DC 20036 1795
Tel 202 429 1000
Fax 202 429 3902
steptoe.com

November 3, 2004

**VIA FEDERAL EXPRESS**

U S Department of Homeland Security
Citizenship & Immigration Service Department
Vermont Service Center
75 Lower Weldon Street
St Albans, VT 05479

RE:    Revocation of L-1A Visa Status
       Petitioner: Electricité de France International, N A
       Beneficiary: Catherine L GAUJACQ
       File Number: EAC-03-193-52635

Dear Sir:

I am writing with regard to the above-referenced L-1A visa holder, Catherine Gaujacq on behalf of my client, Electricité de France International, N A (EDFINA)  Enclosed is form G-28 authorizing me as the attorney of record for EDFINA

Please note that Madame Gaujacq no longer works for EDFINA  She has been ordered to return to France by our parent company Electricité de France as of November 1, 2004  In fact her employment with EDFINA was terminated on August 1, 2004 but she was given a grace period of three months to put her affairs in order

If you have any questions or need additional information, please contact us

Sincerely,

Lynda S Zengerle

Enclosure

WASHINGTON    PHOENIX    LOS ANGELES    LONDON    BRUSSELS

EDFINA 001382

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearance – An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records. During the time a case is pending and except as otherwise provided in 8CFR 103.2(b) a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may in conformity with 8 CFR 103.10 obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request he/she may in addition be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| | |
|---|---|
| In re:  All immigration matters | Date |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | | ☐ Petitioner | | ☐ Applicant |
|---|---|---|---|---|---|
| Catherine | | Gaujacq | ☒ Beneficiary | | |

| Address (Apt No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|

| Name | | ☒ Petitioner | ☐ Applicant |
|---|---|---|---|
| Electricite de France International North America, Inc. | | ☐ Beneficiary | |

| Address (Apt. No) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| 1730 Rhode Island Avenue NW, Suite 509 | | Washington | D C | 20036 |

Check applicable item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession or District of Columbia
U.S. Supreme Court
*Name of Court*
and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain fully )

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| *[signature]* | Steptoe & Johnson LLP |
| | 1330 Connecticut Avenue, NW |
| | Washington      DC   20036-1795 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Lynda S. Zengerle | 202-429-8170      202-429-3902(Fax) |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS*
Lynda S. Zengerle

(Name of Attorney or Representative)

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER*

All immigration matters

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| DREUX  V. P. | *[signature]* | |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et SEQ

Form G-28 (09-26-00)Y

EDFINA 001383

**ATTACHMENT 18**

EMPLOYEE W-2 WAGE SUMMARY 2004

0031-9887     000100

ELECTRICITE DE FRANCE
INTERNATIONAL
1730 RHODE ISLAND NW 509
WASHINGTON DC 20036

The chart below indicates your 2004 voluntary payroll adjustments which are included (+), excluded (-), or did not affect (N/A) your federal wages (Box 1) and state wages.

| VOLUNTARY ADJUSTMENTS | YTD AMOUNT | FEDERAL WAGES | VA WAGES |
|---|---|---|---|
| MISC | 14846.00 | N/A | N/A |

FEDERAL WITHHOLDING EXEMPTIONS    M 2
VA WITHHOLDING EXEMPTIONS         X 2

REGULAR WAGES FOR 2004    168060.80

CATHERINE GAUJACQ
10801 SYCAMORE SPRING
GREAT FALLS VA 22066

00366

PAYROLLS BY PAYCHEX

Copy C, for employees records

## Form W-2 Wage and Tax Statement 2004

| b Control number 0031-9887 000005-000100 | Void | c Employer's name, address, and ZIP code ELECTRICITE DE FRANCE INTERNATIONAL 1730 RHODE ISLAND NW 509 WASHINGTON DC 20036 | Department of the Treasury - Internal Revenue Service OMB No. 1545-9008 |
|---|---|---|---|
| b Employer's identification number 98-0114772 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 168060.80 / 2 Federal income tax withheld 33047.00 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | | | 3 Social security wages / 4 Social security tax withheld |
| 12 See instrs. for Box 12 / 14 Other | | e Employee's name, address, and ZIP code CATHERINE GAUJACQ 10801 SYCAMORE SPRING GREAT FALLS VA 22066 | 5 Medicare wages and tips / 6 Medicare tax withheld |
| | | | 7 Social security tips / 8 Allocated tips |
| | | | 9 Advance EIC payment / 10 Dependent care benefits |
| | | | 11 Nonqualified plans |
| 15 State VA  Employer's state ID No. 0019516482 | 16 State wages, tips, etc. 168060.80 | 17 State income tax 9093.00 | 18 Local wages, tips, etc. / 19 Local income tax / 20 Locality name |

This information is being furnished to the Internal Revenue Service

Copy B, to be filed with employees FEDERAL tax return

## Form W-2 Wage and Tax Statement 2004

| b Control number 0031-9887 000005-000100 | Void | c Employer's name, address, and ZIP code ELECTRICITE DE FRANCE INTERNATIONAL 1730 RHODE ISLAND NW 509 WASHINGTON DC 20036 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| b Employer's identification number 98-0114772 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 168060.80 / 2 Federal income tax withheld 33047.00 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | | | 3 Social security wages / 4 Social security tax withheld |
| 12 See Instrs. for Box 12 / 14 Other | | e Employee's name, address, and ZIP code CATHERINE GAUJACQ 10801 SYCAMORE SPRING GREAT FALLS VA 22066 | 5 Medicare wages and tips / 6 Medicare tax withheld |
| | | | 7 Social security tips / 8 Allocated tips |
| | | | 9 Advance EIC payment / 10 Dependent care benefits |
| | | | 11 Nonqualified plans |
| 15 State VA  Employer's state ID No. 0019516482 | 16 State wages, tips, etc. 168060.80 | 17 State income tax 9093.00 | 18 Local wages, tips, etc. / 19 Local income tax / 20 Locality name |

This information is being furnished to the Internal Revenue Service

Copy 2, to be filed with employees tax return for VA

## Form W-2 Wage and Tax Statement 2004

| b Control number 0031-9887 000005-000100 | Void | c Employer's name, address, and ZIP code ELECTRICITE DE FRANCE INTERNATIONAL 1730 RHODE ISLAND NW 509 WASHINGTON DC 20036 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|
| b Employer's identification number 98-0114772 | a Employee's social security number 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 | | 1 Wages, tips, other compensation 168060.80 / 2 Federal income tax withheld 33047.00 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | | | 3 Social security wages / 4 Social security tax withheld |
| 12 See Instrs. for Box 12 / 14 Other | | e Employee's name, address, and ZIP code CATHERINE GAUJACQ 10801 SYCAMORE SPRING GREAT FALLS VA 22066 | 5 Medicare wages and tips / 6 Medicare tax withheld |
| | | | 7 Social security tips / 8 Allocated tips |
| | | | 9 Advance EIC payment / 10 Dependent care benefits |
| | | | 11 Nonqualified plans |
| 15 State VA  Employer's state ID No. 0019516482 | 16 State wages, tips, etc. 168060.80 | 17 State income tax 9093.00 | 18 Local wages, tips, etc. / 19 Local income tax / 20 Locality name |

This information is being furnished to the Internal Revenue Service

1228

## Form W-2 Wage and Tax Statement 2004