**ATTACHMENT 19**

# EXHIBIT A

*DeBotherel*

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

**The National Personnel Statues of the**
**Electric and Natural Gas Industries**

(updated June 20, 2005)

Summary

TITLE I: Scope of the Statutes
Services and enterprises
Statutory and temporary agents

TITLE II: General provisions on personnel
Personnel committees
Statutory agents
Temporary agents
Disciplinary sanctions
Resignation

TITLE III: Hierarchy – Promotion – Salary and pay coefficients
Classification
Base salary and location-based supplements
Hierarchical coefficients
Promotions by step
General provisions on salaries

TITLE IV: Work – Time off – Leave
Working time and weekly time off
Overtime
Holidays
Paid annual leave
Special family leave
Unpaid leave
Unpaid leave for political or trade union positions

TITLE V: Illness – Pregnancy – Workplace accidents – Work-related illnesses
Cash benefits
In-kind benefits
Disability – retirement – death benefits
Social welfare

TITLE VI: Miscellaneous provisions
Family benefits
Military benefits
Compensation – Expense reimbursements – Miscellaneous bonuses
Wives of sector heads, etc
Change of location

TITLE VII: Staff representation and training

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

Staff representation
Exercising trade union rights
Joint production committees
Apprenticeships, advanced professional training
Patents

TITLE VIII: Special cases
Non-classified staff
Civil servants on temporary assignment or who have been seconded

ANNEX 1 – Base salary and local and departmental location-based supplements

ANNEX 2 – Table of grade coefficients

ANNEX 3 – Disability – retirement – death benefits (*)
Statement of time in service
Salary to be considered for the benefit statement
Seniority and proportional seniority pension benefits
Disability pension benefits
Supplements and bonuses
Death of agents entitled to seniority or proportional seniority pension benefits and retired employees
Death of agents not entitled to a pension
Payment of pension benefits
Participation by personnel (disability – retirement – death contribution)
Subcommittee on pension benefits
Dismissal and departure

Supplement to Annex 3
Hardship services
Active services
Sedentary services

**Pay structure and scale**
*A collective agreement dated January 7, 1980, and implementation circulars amended, effective January 1, 1960, the system of remuneration specified by the original Statutes. The provisions of that collective agreement were themselves replaced, effective July 1, 1982, by the provisions of the collective agreement dated March 31, 1982.*

Salary scale
Collective agreement of January 7, 1960, and annexes
Collective agreement of March 31, 1982, and annexes

(*) Circular T S. 429 (February 947) specifying the details of implementation of this Annex is available from the Directorate of Demand and Energy Markets – Office of Social and Statutory Affairs – 61 Boulevard Vincent Auriol – 75703 Paris Cédex 13

National Personnel Statues of the Electric and Natural Gas Industries -- http://www industrie gouv fr/energie/electric/statut/sommaire htm

[icon] Top

(c) Ministry of Economics, Finance, and Industry, May 24, 2002

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

## TITLE I – Scope

(1) Article 1 (Article resulting from the decrees of May 4, 1950, and November 24, 1954) –
These Statutes apply to all personnel (manual workers, office employees, first-line supervisors,
and administrative and technical executives), whether active or inactive:

   a) Of the national services and distribution services created by Articles 2 and 3 of the Law
      of April 8, 1946

   b) Of production and distribution enterprises that are excluded from nationalization

   c) Of the National Energy Fund [*Caisse nationale de l'energie*]

Those establishments, as well as the regional services of the national public establishments, are
referred to as "operations" in these Statutes, with the exception of the headquarters of the
national services, which is referred to as "service."

The details of implementation of the measures taken by national establishments to implement
said Statutes for personnel of the National Energy Fund will be specified by decisions of the
Minister of Industry and Commerce and the Minister of Finances, Economic Affairs, and the
Plan

A copy of these Statutes will be given to all statutory agents when they become the personnel
described above.

Article 2 – The staff to whom these Statutes apply (manual workers, office employees, first-line
supervisors, and administrative and technical executives) comprise statutory agents and
temporary agents.

(1) Article amended by the decree of December 17, 2001

[icon] Top

(c) Ministry of Economics, Finance, and Industry, January 17, 2002

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

**TITLE III Hierarchy -- Promotion – Salary and pay coefficients**

*Classification (1)*

(1) Article 8 – The classification of staff for the services and operations is specified as follows:

| TECHNICAL DEFINITIONS | NUMBERS of the grades | ADMINISTRATIVE DEFINITIONS |
|---|---|---|
| Unskilled workers | 1 and 2 | Office boys, errand boys, runners |
| Specialized unskilled workers, worker's assistants | 3 and 4 | Clerk typists, copy typists |
| Ordinary workers | 5 and 6 | Ordinary clerks |
| Qualified workers | 7 and 8 | Qualified clerks |
| Head workers, master workers | 9 and 10 | Principal clerks |
| Heads of qualified workers' teams | 11 | Group heads |
| Ordinary foremen | 12 | Principal group heads |
| Foremen | 13 | Second-class junior managers |
| Principal foremen | 14 | First-class junior managers |
| Assistant engineers | 15 | Principal junior managers |
| Third-class engineers | 16 | Assistant office heads |
| Second-class engineers | 17 | Office heads |
| First-class engineers | 18 | Service heads and step-three directors |
| Chief engineers | 19 | Step-two directors |
|  | Step-one director |  |
|  | 20 |  |

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

The titles of positions, functions, or jobs which are provided opposite the grades above are intended to show the ranking of the corresponding grade.

The National Higher Personnel Committee [*Commission Supérieure Nationale du Personnel*] distributes within each grade the positions, functions, and jobs that are actually filled

The agents corresponding to those grades are assigned to them:

Either directly when they become statutory personnel or depending on their professional, technical, commercial, or administrative certificates, abilities, skills, or talents, after an opinion is expressed by:

a) The Interregional Staff Committee [*Commission Interrégionale du Personnel*] (2) for the positions, functions, or jobs coming under classes 15 to 20 (executives)

b) The Secondary Committee [*Commission Secondaire*] for the positions, functions, or jobs coming under classes 1 to 15 (manual workers, office employees, and first-line supervisors)

Or following a decision to promote by grade which is made under the conditions specified in Article 11 of these Statutes

All positions, functions, or jobs in the present classification must be filled by an official decision as described above.

The Higher National Personnel Committee is responsible for verifying that the rules for admission, assignment, and promotions of agents are followed; it reports any violations to the Board of Directors

*Base salary or pay*
*and local and departmental location-based supplements*

(8) Article 9 – §1 – The national base salary that is applicable to all agents who are subject to these Statutes is specified by a sectoral collective agreement. As soon as that agreement is signed, it applies to all employers whose staff are covered by these Statutes.

§2 – Local and departmental [Translator's note: a *département* is a French administrative division] location-based supplements that are determined on the basis of coefficients on said national salary are applied to the initial national salary (coefficient 100)

Those supplements are broken down into two parts:

a) A supplement with variable coefficients depending on the municipalities and departments, based on regional differences, which are specified by the Minister of Labor for salaries in trade and industry.

b) A temporary exceptional supplement for certain municipalities or regions, which may be seasonal (cities or regions that are popular with tourists, have attractive climates, etc.)

§3 – The aforementioned supplements are in addition to the salaries and pay of which they are a component; they are included in the salary or pay and, along with them, for the contributions, payments, and participation in benefits of all kind which are specified by these Statutes (Article 23(4) and (8), Article 24(2)).

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

§4 – The initial national salary and the above local and departmental location-based supplements are contained in one of the annexes to these Statutes.

The title of that annex is Annex 1 – Base salaries and local and departmental location-based supplements.

*Hierarchy*

(3) Article 10 – Based on the salary or pay for class 1, known as the base, which corresponds to base coefficient 100, supplemental class coefficients known as class coefficients (hierarchy) are contained in Annex 2 of these Statutes

*Promotion by grade*

(4) Article 11 – The following provisions apply to promotions by grade:

§1 – For grades 1 through 15 (manual workers, office employees, and first-line supervisors), movement from one grade to the next highest grade, known as a promotion by grade, is decided by the director of the operation concerned after obtaining the opinion of the Secondary Personnel Committee.

Any agent may ask to take a higher position, function, or job; in that case he must send a written request to the director of his operation; the latter is required to send the file of the person concerned to the Secondary Committee of the operation to request its opinion.

No other form of submission of a candidacy for a higher-ranking position, function, or job can be accepted.

The Secondary Committees will follow the directions of the Higher National Committee when providing said opinions.

§2 – For grades 15 to 20 (executives), the directors general and the directors of public establishments will send to the Higher National Personnel Committee, by November 1 of each year at the latest, the files of the agents for whom a promotion by grade is being suggested or who have asked for such a promotion, stating for each grade and for each specialty in the grade the number of jobs that are likely to be filled during the following year

The files will be prepared according to the rules specified by the Higher National Committee.

The Higher National Committee prepares the national table of promotions by grade in this way. The table must include in each grade and for each specialty a number of entries that is equal to twice the number of positions to be filled in the services or the operations.

No agent may be promoted by grade if he is not listed in the table.

Entries in the table of promotions are valid only for the current year; a new table must be prepared each year; having been listed one year in no way determines automatic listing in the tables for subsequent years.

Employees are informed as soon as the tables of promotions have been prepared

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

§3 – 1  If the agent is promoted to the next highest grade, the following rules apply:

a)  The seniority of the agent in his step is determined, starting with the date he was promoted, by applying the reduction contained in the table below (5) to the seniority that the agent had acquired in that step as of the same date:

| GRADES before promotion | STEP BEFORE PROMOTION IN GRADE | | |
|---|---|---|---|
| | 1 | 2 | 3 to 10 |
| 1 to 11 | Seniority in step 1 | Seniority in step 2, with maximum reduction by one year | 1 year |
| 12 to 20 | Seniority in step 1 | Seniority in step 2 | 2 years |

b)  When the agent's seniority in the step as of the promotion date is less than the seniority corresponding to the reduction specified in the above table, the agent is placed in the next lowest step and, in that step, acquires seniority of three years (two years in the case of step 2) minus the difference between the two periods concerned.

2.  If the agent is promoted to a grade other than the next highest grade, the rules specified in subparagraphs a and b above will be applied as if the agent had been promoted to the next highest grade several times in succession.

3.  When an agent who is classified in step 10 of his grade is promoted to the next grade, the above provisions are applied subject to the proviso that the time spent in grade 10, which is to be taken into account in this case, may not exceed three years.

§4 – General rules – Since all positions or jobs must be filled by official decision, temporary duties may only be exceptional and provisional and may only be a brief, short-term replacement.

Agents who are asked to fill temporary positions, functions, or jobs at a grade higher than their own shall receive priority:

1)  For being appointed to said positions, functions, or jobs as soon as there is a definitive vacancy, if said positions, functions, or jobs come under grades 1 to 15 (manual workers, office employees, and first-line supervisors)

2)  For being listed in the table of promotions if they are not already in it, in the case of agents whose positions, functions, or jobs come under grades 15 to 20 (executives)

Agents who are serving temporarily will automatically receive the entire salary or pay (grade and step) of the agent they are replacing for the duration of the replacement period.

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

As soon as the temporary job has ended, the agent who has done the temporary work will return to his previous salary or pay.

### Promotions by step

(6) Article 12 – §1 – Each grade contains ten seniority steps. Starting with the salary or pay for step 1 of each grade, which salary or pay corresponds to the coefficient that is contained, for that grade, in the table in Annex 2 of these Statutes, supplemental coefficients for steps 2, 3, 4, 5, 6, 7, 8, 9, and 10 are respectively set at 5%, 10%, 15%, 20%, 25%, 30%, 35%, 40%, and 45% of said salary or pay.

§2 – In each grade, the change from step 1 to step 2 automatically occurs at the end of one year in step 1, the change from step 2 to step 3 automatically occurs at the end of two years in step 2, and the change from any of steps 3 to 9 to the next highest step automatically occurs at the end of three years in the step concerned, whether or not employment has been continuous and whether or not it has been in one or more services or operations.

§3 – To reward good service, the qualified authority may, after obtaining an opinion from the Interregional Personnel Committee for agents in grades 15 to 20 (executives) and from the Secondary Personnel Committee for agents in grades 1 through 15 (manual workers, office employees, and first-line supervisors), decide to carry out said promotion based on presence in the grade for only one year or to increase seniority in the step by no more than two years.

§4 – The time during which the person concerned is required to perform the legal military service, periods of training, or any mobilization shall count toward changes in step.

### General result of grade and step coefficients

Article 13 – Repealed by decree 53-109 of February 18, 1953 (Official Journal of February 19, 1953)

### General provisions on salaries and pay

Article 14 - §1 – It is mandatory for any changes in grade and changes in step, as well as adjustments to salary or pay that may occur in the individual status of an agent during the month, to take effect as of the first of the month in which the changes and adjustments occurred.

The person concerned shall be notified any change in status (classification, promotion, changes in salary or pay of any kind) using the service form.

§2 – The salaries of female staff are equal to those of male staff of the same grade and therefore of the same classification and the same step and therefore of the same seniority.

§3 – The salaries of agents under age 18 are subject to the following reductions in relation to the salary or pay of the grade under which they fall:

From age 14 to 16: 30%
From age 16 to 18: 15%

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

§4 – Statutory agents are entitled each year to payment of an "end-of-year" bonus equal to their pay for the month of December of the year concerned

This bonus is subject to the legally required withholding for disability-retirement-death benefits.

§5 – As partial payment of that end-of-year bonus, agents may obtain an advance of 50% of their current monthly pay when they go on annual leave; the balance of said bonus will be paid at the latest on December 25 of each year (7).

§6 – Agents serving in the French overseas territories shall receive all of the colonial service compensation applicable to State civil servants in the same territories.

§7 – Withholding for unpaid leave shall be calculated based on the hourly basis of the annual salary or pay, with that basis being determined as a function of the annual salary of the person concerned and the legal number of hours which his category is required to work.


(1) Article resulting from the decree of November 20, 1959.
(2) Since these committees have not been set up (Pers. 413 of July 1, 1965), their responsibilities remain with the Secondary National Personnel Committee
(3) Article resulting from the decree of February 18, 1953
(4) Article resulting from the decrees of May 4, 1950, and February 18, 1953. Changes in the application of this article are listed following the annexes.
(5) The position in the step is no longer changed by promotions (see following the annexes)
(6) Article resulting from the decrees of February 18, 1953, and November 20, 1959. Changes in the application of this article are listed following the annexes.
(7) First installment (50% of monthly pay) paid in late June; second installment (40% of monthly pay) paid in late November; balance (10% of monthly pay) settled in late December (circular N. 78-13 of March 9, 1978).
(8) Article resulting from decree 2004-1155 of October 29, 2004

[icon] Top

(c) Ministry of Economics, Finance, and Industry, DGEMP [General Directorate for Energy and Raw Materials], amended June 20, 2005

National Personnel Statues of the Electric and Natural Gas Industries – http://www.industrie.gouv.fr/energie/electric/statut/sommaire.htm

## TITLE VIII Special cases

*Non-classified personnel*

Article 36 – Directors general, directors of services, inspectors general, regional directors of equipment services, assistant directors of services, and researchers in the study and research service are not included in the classification specified by Article 8 of these Statutes and consequently their remuneration is the sole responsibility of the Board of Directors of Gaz de France and Electricité de France.

They receive all other advantages and guarantees under these Personnel Statutes, except for provisions to the contrary which are contained in Law 46-628 of April 8, 1946, or the Statutes for National Public Establishments [*Statut des Etablissements Publics Nationaux*].

*Civil servants on temporary assignment or who have been seconded*

Article 37 (Article resulting from the decree of September 30, 1966) – State, departmental, or municipal civil servants on temporary assignment or who have been seconded to a public establishment created by law 46-628 of April 1946 benefit from the provisions of these Statutes, subject to limitations required by their status as civil servant.

They may be transferred back to their original administration at any time.

In that case, and for a maximum of one year, their pay while assigned to the public institution will be maintained until said administration again assumes responsibility for them.

*Personnel in enterprises and operations excluded from nationalization*

Article 38 – Repealed by decree 50-488 of May 4, 1950 (Official Journal of May 5, 1950)

[icon] Top

(c) Ministry of Economics, Finance, and Industry, October 24, 2000