DUE TO THEIR SIZE, EXHIBITS FOLLOW BY MESSENGER