IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al. | ) ) ) ) |
| Defendants | ) ) |

## ORDER

Defendant Christian Nadal, having moved, by counsel, for summary judgment in his favor and against the Plaintiff, Catherine Gaujacq, it is hereby

ORDERED, that Defendant Christian Nadal's Motion for Summary Judgment is DENIED.

SO ORDERED.

DATE: _____    _____
Hon. John Garrett Penn
United States District Judge