DUE TO THEIR SIZE, EXHIBITS FOLLOW BY MESSENGER

DUE TO THEIR SIZE, EXHIBITS FOLLOW BY MESSENGER