IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV0969 (JGP) |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al. | ) |
| Defendants. | ) |

### ORDER

Defendants Electricite De France, S.A. and Electricite De France International North America, Inc., having moved, by counsel, for summary judgment in their favor and against the Plaintiff, Catherine Gaujacq, it is hereby

ORDERED, that Defendants Electricite De France, S.A. and Electricite De France International North America, Inc.'s Motion for Summary Judgment is DENIED

SO ORDERED.

DATE: _____   _____
Hon. John Garrett Penn
United States District Judge