IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br><br>Plaintiff, )<br><br>v. )<br><br>ELECTRICITE DE FRANCE )<br>  INTERNATIONAL NORTH AMERICA, )<br>  INC., et al. )<br><br>Defendants. ) | No. 1:05CV0969 (JGP) |

**NOTICE OF FILING BULKY ATTACHMENTS: PLAINTIFF'S GENUINE MATERIAL FACTS IN DISPUTE IN RESPONSE TO DEFENDANTS' STATEMENT PURSUANT TO FRCP 56.1 [*sic*] AND LOCAL RULE 7(h)**

PLEASE TAKE NOTICE that, due to their size, and pursuant to Local Civil Rule 5.4(e)(1), Attachments 1 – 43 to Plaintiff's Genuine Material Facts in Dispute are filed with the Court in paper form in lieu of electronic filing and will be maintained in the case file in the Clerk's Office. These attachments will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

November 21, 2006

                                      /s/ CDB
                            Elaine Charlson Bredehoft
                            D.C. Bar No. 441425
                            Kathleen Z. Quill
                            D.C. Bar No. 489079
                            Carla D. Brown
                            D.C. Bar No. 474097
                            CHARLSON BREDEHOFT & COHEN, P.C.
                            11260 Roger Bacon Drive, Suite 201
                            Reston, Virginia 20190
                            (703) 318-6800

                            Counsel for Plaintiff
                                Catherine Gaujacq