IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELECTRICITE DE FRANCE )<br>INTERNATIONAL NORTH AMERICA, )<br>INC., et al. )<br>)<br>Defendants )<br>) | No. 1:05CV0969 (JGP) |

**NOTICE OF FILING BULKY ATTACHMENTS: PLAINTIFF'S OPPOSITION TO DEFENDANTS EDF AND EDFINA'S MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, due to their size, and pursuant to Local Civil Rule 5.4(e)(1), Attachments 1 – 23 to Plaintiff's Opposition to Defendants EDF and EDFINA's Motion for Summary Judgment are filed with the Court in paper form in lieu of electronic filing and will be maintained in the case file in the Clerk's Office. These attachments will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

November 21, 2006

/s/ CDB
Elaine Charlson Bredehoft
D.C. Bar No. 441425
Kathleen Z. Quill
D.C. Bar No. 489079
Carla D. Brown
D.C. Bar No. 474097
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800

Counsel for Plaintiff
Catherine Gaujacq