IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:05CV0969 (JGP)<br>) |
| ELECTRICITE DE FRANCE<br>   INTERNATIONAL NORTH AMERICA,<br>INC., et al. | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**NOTICE OF FILING SEALED MATERIAL: PLAINTIFF'S GENUINE
MATERIAL FACTS IN DISPUTE—NADAL DECLARATION**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.1(j), Attachment 2 to Plaintiff's Genuine Material Facts in Dispute – Nadal Declaration has been filed under seal, in paper format, with the Court. This document is not available for public viewing.

November 21, 2006

/s/ CDB
Elaine Charlson Bredehoft
D.C. Bar No. 441425
Kathleen Z. Quill
D.C. Bar No. 489079
Carla D. Brown
D.C. Bar No. 474097
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800

Counsel for Plaintiff
    Catherine Gaujacq