IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, </br></br>    Plaintiff, </br></br>    v. </br></br>ELECTRICITE DE FRANCE </br>  INTERNATIONAL NORTH AMERICA, </br>  INC., et al. </br></br>    Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> )  No. 1:05CV0969 (JGP) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**NOTICE OF FILING SEALED MATERIAL: PLAINTIFF'S OPPOSITION TO DEFENDANTS EDF AND EDFINA'S MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.1(j), Attachment 8 to Plaintiff's Opposition to Defendants EDF and EDFINA's Motion for Summary Judgment has been filed under seal, in paper format, with the Court. This document is not available for public viewing.

November 21, 2006

                                                /s/ CDB
                                  Elaine Charlson Bredehoft
                                  D.C. Bar No. 441425
                                  Kathleen Z. Quill
                                  D.C. Bar No. 489079
                                  Carla D. Brown
                                  D.C. Bar No. 474097
                                  CHARLSON BREDEHOFT & COHEN, P.C.
                                  11260 Roger Bacon Drive, Suite 201
                                  Reston, Virginia 20190
                                  (703) 318-6800

                                  Counsel for Plaintiff
                                      Catherine Gaujacq