IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELECTRICITE DE FRANCE )<br>INTERNATIONAL NORTH AMERICA, )<br>INC., et al. )<br>)<br>Defendants. )<br>) | No. 1:05CV0969 (JGP) |

**NOTICE OF FILING SEALED MATERIAL: PLAINTIFF'S OPPOSITION TO DEFENDANT CHRISTIAN NADAL'S MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.1(j), Attachments 7, 13, and 36 to Plaintiff's Opposition to Defendant Christian Nadal's Motion for Summary Judgment have been filed under seal, in paper format, with the Court. These documents are not available for public viewing.

November 21, 2006

                                             /s/ CDB
                                   Elaine Charlson Bredehoft
                                   D.C. Bar No. 441425
                                   Kathleen Z. Quill
                                   D.C. Bar No. 489079
                                   Carla D. Brown
                                   D.C. Bar No. 474097
                                   CHARLSON BREDEHOFT & COHEN, P.C.
                                   11260 Roger Bacon Drive, Suite 201
                                   Reston, Virginia 20190
                                   (703) 318-6800

                                   Counsel for Plaintiff
                                       Catherine Gaujacq