IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELECTRICITE DE FRANCE )<br>  INTERNATIONAL NORTH AMERICA, )<br>INC., et al. )<br>)<br>Defendants. )<br>) | No. 1:05CV0969 (JGP) |

**NOTICE OF FILING SEALED MATERIAL:
PLAINTIFF'S GENUINE MATERIAL FACTS IN DISPUTE**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.1(j), Attachments 7, 13, and 36 to Plaintiff's Genuine Material Facts in Dispute have been filed under seal, in paper format, with the Court. These documents are not available for public viewing.

November 21, 2006

　　　　　　　　　　　　　　　　　　　/s/ CDB
　　　　　　　　　　　　　　　　　Elaine Charlson Bredehoft
　　　　　　　　　　　　　　　　　D.C. Bar No. 441425
　　　　　　　　　　　　　　　　　Kathleen Z. Quill
　　　　　　　　　　　　　　　　　D.C. Bar No. 489079
　　　　　　　　　　　　　　　　　Carla D. Brown
　　　　　　　　　　　　　　　　　D.C. Bar No. 474097
　　　　　　　　　　　　　　　　　CHARLSON BREDEHOFT & COHEN, P.C.
　　　　　　　　　　　　　　　　　11260 Roger Bacon Drive, Suite 201
　　　　　　　　　　　　　　　　　Reston, Virginia 20190
　　　　　　　　　　　　　　　　　(703) 318-6800

　　　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　Catherine Gaujacq