## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CATHERINE GAUJACQ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05CV0969 (JGP) |
| | ) | |
| ELECTRICITE DE FRANCE | ) | |
| INTERNATIONAL NORTH AMERICA, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CONSENT MOTION TO EXTEND DEFENDANTS' TIME TO REPLY
## TO PLAINTIFF'S OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT

Defendants Electricité de France, S.A. ("EDF"), Electricité de France International North

America, Inc. ("EDFINA") and Christian Nadal, by counsel, hereby move pursuant to

Fed.R.Civ.P. 6 (b), with the consent of counsel for Plaintiff, Catherine Gaujacq,  to extend

Defendants' time to reply to Plaintiff's opposition to Defendants' Motions for Summary

Judgment.from December 4, 2006 to December 8, 2006.  In support of this Motion, the parties state

the following:

1.      The Joint Scheduling Order in this matter provides that Defendants' reply papers on

their Motions for Summary Judgment are presently due December 4, 2006.  Defendants request four

additional days to complete and file their replies.

2.      Defendants request the additional time because they must also respond to a new

motion to strike portions of Defendants' declarations in addition to preparing their replies; they

obtained the full set of opposition papers very late on November 21, 2006, apparently due to ECF

- 2 -

filing issues; and the reply time was already less than two full weeks due to the Thanksgiving holiday.

3.    Plaintiff has consented to the extension to December 8, 2006 for the submission of Defendants' replies.

WHEREFORE, for the foregoing reasons, Defendants, with the consent of Plaintiff, respectfully request an extension to December 8, 2006 of the deadline for Defendants to file their replies to Plaintiff's opposition to Defendants' Motions for Summary Judgment.

November 27, 2006

Respectfully Submitted,

_____/s/_____
Dorothea W. Regal
D.C. Bar No. NY0064
Randi Seltzer May
D.C. Bar No. NY0063
HOGUET NEWMAN & REGAL, LLP
10 East 40th Street
New York, NY 10016
(212)689-8808

*Counsel for Electricité de France*
*International North America, Inc.*
*and Electricité de France, S.A.*

Morgan D. Hodgson
D.C. Bar No. 186521
David Clark
D.C. Bar No. 473279
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

*Counsel for Defendant Christian Nadal*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CATHERINE GAUJACQ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05CV0969 (JGP) |
| | ) | |
| ELECTRICITE DE FRANCE | ) | |
| INTERNATIONAL NORTH AMERICA, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This matter comes before the Court on the Consent Motion to Extend Defendants' Time to Reply to Plaintiff's Opposition to Motions for Summary Judgment. Upon consideration of the papers, and for good cause shown, it is hereby:

**ORDERED**, that the Consent Motion to Extend Defendants' Time to Reply to Plaintiff's Opposition to Motions for Summary Judgment is GRANTED; and it is further

**ORDERED**, that the time in which the Defendants may file their replies to Plaintiff's opposition to Defendants' Motions for Summary Judgment is extended through and including December 8, 2006.

**SO ORDERED.**

DATE: _____

_____
Hon. John Garrett Penn
United States District Judge