# EXHIBIT A

| CHAPITRE 1 | SPECIFICITES A LA MISSION DE LONGUE DUREE |
|---|---|

## 1.1 - CADRE GENERAL

Le *statut national du personnel des Industries électriques et gazières* n'apporte aucune précision ou définition pour ce qui concerne le travail en dehors du territoire français

En effet, ce *statut* s'applique (*article 1er*) à l'ensemble du personnel des services nationaux et des services de distribution *(créés par les articles 2 et 3 de la Loi du 8 Avril 1946)* ou en activité dans les Entreprises de production ou de distribution expressément exclues de la *Loi de nationalisation*

En raison du caractère spécifique du service à l'étranger, il convient de définir, dans une formule contractuelle appelée à concilier l'existence des liens statutaires maintenus avec EDF ou GAZ de FRANCE et la soumission aux lois locales, les conditions générales et particulières qui s'appliquent à la situation propre de l'agent affecté pour une mission de longue durée à l'étranger

La formule contractuelle utilisée en la circonstance repose sur un engagement personnel écrit dit "CONTRAT DE MISSION DE LONGUE DUREE" présenté au paragraphe suivant.

## 1.2 - CONTRAT DE MISSION DE LONGUE DUREE

Toute reproduction ou communication du contrat de mission à l'extérieur d'EDF ou de GAZ de FRANCE sans le consentement préalable de la Direction titulaire du contrat est prohibée

Les clauses de ce contrat précisent les conditions administratives, financières, sociales, juridiques et fiscales de la mission

En outre sont indiqués :

-les modalités de réinsertion de l'agent à son retour dans sa direction d'origine,

-le responsable du suivi du parcours professionnel de l'agent

Le contrat est signé :

-par l'agent,

-pour la partie employeur par :

* la direction titulaire du contrat avec le client ou partenaire
* la direction d'origine

Il est indispensable qu'entre l'annonce du départ et la présentation du contrat, l'agent dispose d'un délai suffisant pour examiner les clauses de cet engagement

Un modèle de contrat est proposé en 3ème *partie - C*

EDF 001295

| CHAPITRE 3 | **DUREE DU TRAVAIL CONGES VOYAGES** |
|---|---|

## 3.1 - DUREE DU TRAVAIL

En application du principe de territorialité des lois et règlements, les agents en service à l'étranger sont soumis à la réglementation du travail en vigueur dans le pays d'accueil.

La référence à la loi locale, pour ce qui concerne les aspects traités au présent chapitre, doit être expressément portée au contrat de mission.

### 3.11 - JOURS FERIES - REPOS HEBDOMADAIRE

Les jours fériés sont normalement ceux en vigueur sur le lieu de mission.

Si, pour les nécessités du service, certains devaient être travaillés, des compensations en "temps", sur proposition de la direction titulaire du contrat, seraient recherchées avec le client ou partenaire d'EDF ou de GDF.

Pour le repos hebdomadaire, l'agent en mission adopte également dans ce domaine les conventions et usages du pays dans lequel il exerce son activité professionnelle.

### 3.12 - DUREE HEBDOMADAIRE DU TRAVAIL

S'agissant de fonctions exercées à l'extérieur des Services ou Unités d'EDF ou de GDF, l'organisation du travail est définie par le client ou partenaire de ces deux Entreprises ou répond aux conditions fixées par l'engagement commercial.

En tout état de cause, quel que soit le mode d'organisation choisi, les dispositions concernant la rémunération des conditions particulières d'emploi ne peuvent aller à l'encontre des dispositions d'ordre public du lieu de travail.

En principe, en dehors du personnel cadre (pour lequel il y a lieu de se reporter au *chapitre 4 "rémunération et accessoires" paragraphe 4.2*), est rémunéré ou compensé le dépassement du temps de travail pratiqué habituellement dans le pays d'accueil.

Lorsque ce dépassement revêt un caractère systématique, on recherchera un mode d'indemnisation forfaitaire calculé par l'application d'un pourcentage sur le *salaire France (code rubrique 311)*.

### 3.13 - SERVICE DE QUART OU ASTREINTE

Le mode d'organisation de l'emploi à l'étranger résulte le plus souvent du règlement intérieur du client ou partenaire d'EDF ou de GDF.

L'indemnisation des sujétions particulières est convenue avec le client ou partenaire d'EDF ou de GDF dans le même esprit que celle définie au paragraphe précédent.

# EXHIBIT A-T

| CHAPTER 1 | **SPECIFICS OF LONG-TERM ASSIGNMENTS** |
|---|---|

## 1.1. GENERAL FRAMEWORK

The *Statut national du personnel des industries électriques et gazières* does not give any details or definitions with respect to employment outside the French territory.

The *Statut* applies (see Article 1) to all employees of the national services and the distribution services (created under Articles 2 and 3 of the law of April 8, 1946) or those working in production or distribution companies expressly outside the scope of the *Loi de nationalisation*.

Because of the specific nature of employment abroad, it is necessary to determine the general as well as the specific terms that apply to an agent assigned to a long-term assignment abroad within the framework of a contract that reconciles the statutory ties with EDF or Gaz de France and the application of local law.

The contract used under such circumstances is a written undertaking called "LONG-TERM ASSIGNMENT CONTRACT", described below:

## 1.2 LONG-TERM ASSIGNMENT CONTRACT

It is strictly prohibited to reproduce or communicate any assignment contract outside of EDF or GAZ DE FRANCE without the prior consent of the directors responsible for such contract.

The provisions contained in the contract specify the administrative, financial, legal and tax terms of the assignment.

In addition, there are provisions as to:

- the conditions of reintegration of the agent upon his return to the Department where he was originally posted;
- the person in charge of reviewing the agent's career development.

The contract is signed by:

- the agent; and
- on the employer's side, by:
    - the department that is the contracting party to the client or partner;
    - the department with which the agent was originally posted.

There must be a reasonable delay between the time when the agent is told of his posting and the time when the contract is submitted to him to enable the agent to review the provisions of this contract.

A sample contract is shown in Section 3.C.

| | |
|---|---|
| CHAPTER 3 | **WORKING HOURS<br>VACATION<br>TRAVEL** |

## 3.1 WORKING HOURS

Pursuant to the legal and statutory principle of territoriality, agents in service abroad are subject to the employment laws of the host country.

With respect to issues addressed in this chapter, the assignment contract must make express reference to local laws.

### 3.11 LEGAL HOLIDAYS – WEEKLY TIME OFF

Legal holidays are determined generally based on where the mission is carried out.

Should the agent be required to work on certain of those days, compensation for such time would be arranged with EDF's or GDF's client or partner upon proposal of the management responsible for the contract.

As for weekly time off, the agent on mission follows the customs and practices of the country where he or she works.

### 3.12 WEEKLY WORKING HOURS

With respect to activities carried out outside of EDF or GDF Departments or Units, work is organized according to EDF's or GDF's client or partner or follows the conditions set forth in the commercial contract.

In any event, and however the work is organized, the payment terms of the specific position must comply with public order provisions regarding the workplace.

As a rule, except for executive employees (for whom reference is made to chapter 4 "Salary and incidentals", paragraph 4.2), any overtime above the hours customarily worked in the host country is paid or compensated for.

Should overtime become customary, we will implement an inclusive compensation arrangement based on a percentage of the French salary (heading # 311).

### 3.13 ON WATCH OR ON CALL DUTY

The organization of work overseas usually follows the internal rules of EDF's or GDF's client or partner.

Compensation for hardship areas is agreed on with EDF's or GDF's client or partner along the lines of the previous paragraph.