# EXHIBIT B

DELEGATION AUX CADRES DIRIGEANTS EDF  
MS/MCA

DATE D'EMISSION : 16.1.2004

## PROPOSITION DE REMUNERATION

NOM - Prénom : NADAL, Christian        Né le :   3 mai 1952

| Reclassement à prise de poste | Reclassement dans l'emploi |
|---|---|
| Nommé dans l'emploi de : Délégué général d'EDF pour l'Amérique du Nord | Emploi occupé : |
| A compter du : 1er janvier 2004 | Date d'effet du reclassement : |

| | SITUATION ACTUELLE | SITUATION NOUVELLE | OBSERVATIONS |
|---|---|---|---|
| **1 - REMUNERATION MENSUELLE** | | | |
| Niveau de responsabilité | R1 | R1 | |
| Position de classement | REDACTED | REDACTED | |
| Traitement mensuel | | | |
| Traitement annuel | | | |
| I.F. immédiate | | | |
| I.F. différée | | | COURRIER |
| I.S. | | | -4 FEV. 2004 |
| I.D. (1) | | | D.P.D. |
| I.P. | | | |
| AUTO | | | |
| **2 - PRIME INCITATION MOBILITE** | | | Cf. contrat de MLD |
| Montant | | | |
| Date examen retour à l'équilibre | | | |
| **3 - LOGEMENT** | | | |
| Date entrée politique logement | | | |
| Loyer Marché | | | |
| Loyer Payé | | | |
| I.L. | | | |
| S.L. | | | L'ICL sera suspendue à l'issue de l'installation aux USA |
| I.C.N.L. | | | |
| I.C.L. | Oui | Oui | |
| **4 - ASSURANCES** | | | Accord de Y. LAROCHE |
| Décès : Catégorie | | | |
| Vie :    Catégorie | REDACTED | | |
| Date terme | | | |
| Rémunération différée | | | |

(1) Préciser le calendrier de dégressivité dans la colonne "Observations".

# EXHIBIT B-T

TRANSLATION

EDF SENIORS EXECUTIVES DELEGATION  
MS/MCA

DATE OF ISSUE: 01.16.2004

| SALARY PROPOSAL |
|---|

NAME – First name: NADAL, Christian        Date of Birth: May 3, 1952

| New ranking upon assignment | New ranking in current position |
|---|---|
| Assigned to the position of: *Délégué Général* for EDF North America | Current Position: |
| As of: January 1, 2004 | New ranking effective: |

| | CURRENT SITUATION | NEW SITUATION | COMMENTS |
|---|---|---|---|
| **1. MONTHLY SALARY**<br><br>Responsibility Level<br>Ranking position<br>Monthly wages<br>Yearly wages<br>Immediate *I.F.*<br>Deferred *I.F.*<br>*I.S.*<br>*I.D.* (1)<br>*I.P.*<br>AUTO | R1<br><br>REDACTED | R1<br><br>REDACTED | MAIL<br>Feb. 4 2004<br>D.P.D<br><br><br><br><br><br><br>See MLD contract |
| **2. RELOCATION BONUS**<br>Amount<br>Return to balance<br>Examination Date | | | |
| **3. ACCOMMODATION**<br>Housing Policy Entry Date<br>Rental Value<br>Rent Paid<br>*I.L.*<br>*S.L.*<br>*I.C.N.L.*<br>*I.C.L.* | <br><br><br><br><br><br><br>Yes | <br><br><br><br><br><br><br>Yes | The ICL will be terminated upon transfer in the U.S. |
| **4. INSURANCES**<br><u>Death</u>: Category<br><u>Life</u>: Category<br>   End Date<br>   Deferred Salary | REDACTED | | Approved by Y. LAROCHE<br><br>X |