# EXHIBIT C

# BULLETIN de PAIE

**EDF** Electricité de France

EMPLOYEUR :

**ELECTRICITE DE FRANCE**

ETABLISSEMENT :

BRANCHE AMERIQUE
BRANCHE AMERIQUE AV MADERO 900
00099 BUENOS AIRES C1106ACV ARG

MME GAUJACQ CATHERINE
10801 SYCAMORE SPRINGS LANE
GREAT FALLS VA
99404 U S A 22066

| RÉFÉRENCE | N° SÉCURITÉ SOCIALE | GF | NR | ÉCH | PROCHAIN ECHELON | M.R. |
|---|---|---|---|---|---|---|
| 03644L | 2 57 09 57 491 406 73 | | | HC | | |

| FONCTION | NB D'HEURES DU MOIS | MOIS |
|---|---|---|
| DIRECTEUR | 151,67 | DECEMBRE 2003 |

SANS INDICATION PARTICULIÈRE, TOUS LES MONTANTS SONT EN EUROS

| CODE | LIBELLÉ DE LA RUBRIQUE | BASE DE CALCUL | TAUX | MONTANT A PAYER | MONTANT A RETENIR |
|---|---|---|---|---|---|
| 0010* | TRAITEMENT AGENT STAT | | | 6980,00 | |
| 0500* | GRATIFICATION FIN ANNEE | | | 697,96 | |
| 1050* | INDEMNITE DEGRESSIVE CH. U | | | 92,99 | |
| 2360* | INDEMNITE M.L.D. | | | 1134,25 | |
| 2370* | DIFF EGALISATION COUT VIE | | | 406,92 | |
| 3350 | AVANT NATURE PART SIMPLE | | | 1,42 | |
| 4020 | S.S. MISSION LONGUE DUREE | | | | 44,67 |
| 4050- | COTISATION RETRAITE | 7677,96 | 7,85 | | 602,72 |
| 4110- | COTISATION IDCP ACCIDENT | 7677,96 | 0,186 | | 14,28 |
| 4140- | CONTR EXCEPT SOLIDARITE | 9728,00 | 1,00 | | 97,28 |
| 7300 | RETENUE EGALISATION FISCA | | | | 1019,00 |

| DATE DE PAIEMENT | MODE PAIEMENT | DOMICILIATION BANCAIRE OU POSTALE | NET A PAYER |
|---|---|---|---|
| 30 DECEMBRE 2003 | VB | 10278 05190 00019232840 | 7535,59 EUR |

| CHARGES PATRONALES SÉCURITÉ SOCIALE | |
|---|---|
| LIBELLÉ DE LA RUBRIQUE | MONTANT |
| PART PATRONALE I.V.D. | 4683,56 |
| TOTAL | |

| | MOIS | ANNÉE |
|---|---|---|
| BRUT IMPOSABLE | 9312,12 | 124181,58 |
| COTISATIONS DÉDUCTIBLES | 714,28 | 8402,48 |
| NET IMPOSABLE | 8597,84 | 115779,10 |
| AVANTAGES EN NATURE Base Cotis. SEC. SOC. | 29,58 | 354,96 |
| AVANTAGES EN NATURE | | |

EDF 005186

# EXHIBIT C-T

Case 1:05-cv-00969-HHK    Document 131-6    Filed 12/08/2006    Page 3 of 5

# PAY SLIP



| Employer |
|---|
| ELECTRICITE DE FRANCE |
| **Establishment** |
| EDF – DIRECTION INTERNATIONALE |
| 20 PLACE LA DEFENSE |
| 92050 PARIS LA DEFENSE |

| Employee |
|---|
| Mrs. Catherine Gaujacq |
| 10801 Sycamore Springs Lane |
| Great Falls, VA 22066 |
| USA |

| Reference | Social Security Number | GF | NR | GRADE | Next Grade | Housing Allowance |
|---|---|---|---|---|---|---|
| 03644L | 2 57 09 57 491 406 73 | | HC | | | |

| Position | Monthly Hours | Month |
|---|---|---|
| Director | 151.67 | December 2003 |

*Except as otherwise stated, all the calculations and figures are in Euros*

| Category | Calculation Base | Rate | Amount to Pay | Amount to Deduct |
|---|---|---|---|---|

| Concerned Period | Calculation Base | Rate | Amount to Pay | Amount to Deduct |
|---|---|---|---|---|
| 0010 Statutory Employee Salary | | | 6,980.00 | |
| 0500 End of the Year Bonus | | | 697.96 | |

WS0501.50075.1

| | | | | |
|---|---|---|---|---|
| 1050 Decreasing Indemnity *CH. U* | | | 92.99 | |
| 2360 Indemnity *M.L.D.* | | | 1,134.25 | |
| 2370 Cost-of-living Differential equalization | | | 406.92 | |
| 3350 *Avant-Nature part simple* | | | 1.42 | |
| 4020 Social Security long term mission | | | | 44.67 |
| 4050 Retirement Contributions | 7,677.96 | 7.85 | | 602.72 |
| 4110 Contributions *IDCP Accident* | 7,677.96 | 0.186 | | 14.28 |
| 4140 Contributions *except Solidarite* | 9,728..00 | 1.00 | | 97.28 |
| 7300 Tax Equalization Withholdings | | | | 1,019.00 |

| Payment Date | Payment Method | Banking domiciliation | Net Amount to Pay |
|---|---|---|---|
| December 30, 2003 | VB | 10278 05190 00019232840 | EUR 7,535.59 |

| | | | Month | Year |
|---|---|---|---|---|
| | | Taxable Gross Amount | 9,312.12 | 124,181.58 |
| Employer Social Security Costs | | | | |
| Entry title | Amount | | | |
| | | Deductible Monthly Contribution | 714.28 | 8,402.48 |
| Employer's Part *IVD* | 4683.56 | Taxable Net Amount | 8597.84 | 115,779.10 |
| | | Social Security Contributions base before nationalization | 29.58 | 354.96 |

WS0501.50075.1