# EXHIBIT G

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - -x
                              :
CATHERINE GAUJACQ,               :
                              :
    Plaintiff,               :
                              :
  vs.                         : 1:05CV0969 (JGP)
                              :
ELECTRICITE DE FRANCE         :
INTERNATIONAL NORTH AMERICA, INC., :
et al.,                    :
                              :
    Defendants.             :
                              :
- - - - - - - - - - - - - - - - - -x

                       Washington, D.C.

                       Tuesday, April 25, 2006

    Deposition of ALEXANDRE AUDIE, called for examination by counsel for the plaintiff, pursuant to notice, at the office of David A. Clark, Esq., Steptoe & Johnson, LLP, 1330 Connecticut Avenue, N.W., Washington, D.C., before Laurel P. Platt, a Registered Diplomate Reporter, and JoAnn E. Wieczorek, a notary public in and for Washington, D.C., beginning at 10:18 a.m., when were present on behalf of the respective parties:

Case 1:05-cv-00969-HHK   Document 131-10   Filed 12/08/2006   Page 3 of 8

Page 14

1  A  To buy some stocks, but I didn't buy them, so I don't really recall the particular opportunity.

Q  Now, what was your salary and compensation before you became the director of public affairs?

A  Before I became director of public affairs, I was locally employed by EDFINA.

Q  For what period of time?

A  From August 1, 2003, until September 30, 2004.

Q  You had no mission longue duree during that period of time?

A  No.

Q  What was your compensation while you were employed by EDFINA between August 1, 2003, and September 30, 2004?

A  I had -- one more thing I forgot from your previous question. My parking garage at the office was being paid.

Q  How much was that?

A  I don't know.

Q  It's being paid currently?

A  It is still being paid.

1            You may go ahead and answer.
2       A    Well, if you could define a time, that would
3  be easier.
4       Q    What mission longue duree was governing your
5  compensation in July 2003?
6            MS. REGAL:  I'm going to object to the form
7  of that question, too, but you may go ahead and
8  answer.
9       A    Can you repeat the question?
10      Q    Yes.
11      A    I'm sorry.  I'm not understanding.
12           MS. REGAL:  It's all okay.  It's okay.
13      A    I'm trying to understand.
14      Q    How many mission longue durees have you had?
15      A    One.
16      Q    At any time, period.
17      A    "Period."  Three.
18      Q    And the first mission longue duree you had
19  was from what period?
20      A    From 1999 to 2001.
21      Q    Okay.
22      A    After, it was renewed.

1  Q   And then that one was renewed?

2  A   Yes.

3  Q   For what period of time?

4  A   Another two years.

5  Q   All right. And then is that one of the
6  three, the renewal?

7  A   Yes.

8  Q   And then the third one is the one that you
9  have now?

10  A   Yes.

11  Q   Now, the 1999 to 2001, that set of particular
12  compensation for that period of time?

13  A   That particular compensation, yes.

14  Q   When it was renewed, did your compensation
15  change?

16  A   No.

17  Q   So then if you could just give me your
18  package, your compensation package for 1999 through
19  2003.

20  A   Okay. Salary average I would say was 2,500
21  euros a month.

22  Q   And that's, again, 13 months?

1    A    No.

2    Q    Anything for telephone?

3    A    No.

4    Q    Parking garage?

5    A    No.

6    Q    Will you please describe for me your job
7    responsibilities -- before we go to that, why was
8    there a period of time that you did not have a mission
9    longue duree?

10   A    Because I was locally employed by EDFINA and
11   I was not employed by EDF anymore.

12   Q    Why was that? Was there something that
13   occurred?

14   A    Well, apparently there were some kind of
15   miscommunications, I guess, and I thought my contract
16   was going to last longer. And Mrs. Gaujacq told me
17   that my contract was to end at the time was April of
18   2003. And so knowing my personal situation, married
19   to an American woman, it was kind of hard for me to go
20   back to France like that. And I had the opportunity
21   to stay here under conditions, which I did.

22   Q    Was Catherine Gaujacq the person who offered

1   you the position through EDFINA?

2   A   Yes.

3   Q   I think you said that your mission longue
4   duree ended in April, did you say, of 2003?

5   A   Yes.  End of April 2003.

6   Q   And then your employment with EDFINA did not
7   start until August 1, 2003?

8   A   Yes.

9   Q   How were you compensated between the end of
10  April 2003 and August 1, 2003?

11  A   EDF was paying me.

12  Q   They were paying you the same sums under the
13  mission longue duree even though it had expired?

14  A   No, it didn't expire.  An extension.  They
15  gave me an extension.

16  Q   So it was a short extension?

17  A   Short extension.

18  Q   It was under the same terms?

19  A   Yes.

20  Q   Who gave you that extension?

21  A   At the time, Mrs. Gaujacq.

22  Q   Did Catherine Gaujacq explain to you why you

Page 30

1   Q    Would you please tell me what your job
2   responsibilities were during the time that you were
3   employed by EDFINA between August 1, 2003, and
4   September 30, 2004.
5   A    Yes. I was sector analyst. And at the same
6   time or at the end, I was in charge of the
7   communication of EDFINA regarding the NuStart
8   consortium.
9   Q    When did you become in charge of the
10  communications regarding the NuStart consortium?
11  A    I don't recall exactly the date. I'm sorry.
12  Q    Was it after Christian Nadal became the
13  president of EDFINA or before?
14  A    No, it was Catherine Gaujacq. Catherine Gaujacq
15  told me that that I would be the person in charge of the
16  communication for EDFINA regarding NuStart.
17  Q    So that was at same point while Catherine
18  Gaujacq was still the president of EDFINA?
19  A    Yes.
20  Q    Can you tell me what your job
21  responsibilities were as sector analyst?
22  A    Sure. I was in charge of studying the