IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHERINE GAUJACQ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05CV0969 (JGP) |
| | ) | |
| ELECTRICITÉ DE FRANCE | ) | |
| INTERNATIONAL NORTH AMERICA, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' REQUEST FOR SCHEDULE CONFIRMATION**

Defendants Electricité de France, S.A. ("EDF"), Electricité de France International North America, Inc. ("EDFINA", and Christian Nadal ("Nadal"), through undersigned counsel, respectfully request that the Court confirm the Minute Order entered by the Court on August 24, 2006. Defendants understand the Minute Order to have postponed earlier-scheduled pretrial and trial dates pending further action by the Court. Plaintiff, through counsel, has very recently indicated in correspondence that her understanding is that dates are not postponed.

On August 24, 2006, in response to a joint request by the parties to extend certain discovery and summary judgment filing dates, the parties received the following Minute Order amending the Joint Scheduling Order in this case:

> Minute ORDER granting [96] Consent Motion to Amend the Scheduling Order. **The Joint Scheduling Order is hereby amended as follows:** Dispositive motions are due on or before October 16, 2006; Oppositions are due on or before November 20, 2006; Replies are due on or before December 4, 2006; the Expert Depositions Deadline is 30 days after the Court's issuance of a decision on the summary judgment motions; the Daubert Motions are due 60 days after the Court's issuance of a decision on the summary judgment motions; **the Court will issue Orders**

**regarding the hearing proposed by the parties for the week of December 18, 2006, the Pretrial Statements, the Pretrial Conference and the Trial date.** Signed by Judge John Garrett Penn on August 28, 2006.(lcpenn2)

Emphasis added.

The Court's Order differed from the parties' proposed Order in the Consent Motion.  In addition to granting the schedule modifications that the parties had requested, the Court clearly stated that it would issue additional Orders, if necessary, for a number of post-summary judgment events and that the dates in the former Joint Scheduling Order were superseded for all of the following events: (a) a hearing on the parties' summary judgment filings; (b) the Pretrial Statements; (c); the Pretrial Conference; and (d) the Trial date.  The Court has not yet issued additional Orders.

After August 24, 2006  the parties proceeded in accordance with the Minute Order to postpone certain expert depositions and to file motions for summary judgment on the revised schedule set by the Court.  Defendants' summary judgment motions are now fully briefed, as are two related motions filed by Plaintiff.

Notwithstanding the Minute Order, it now appears that the parties have differing views on the operative schedule.  On Thursday, February 8, 2007, Plaintiff, through counsel, sought to set dates for resumption of expert depositions even though the Minute Order states that such depositions should be completed within 30 days of the Court's rulings on summary judgment, and those rulings have not yet been issued.  When Defendants brought to Plaintiff's attention the operative Minute Order she responded in a fashion that indicated that she was proceeding on the basis of the earlier Scheduling Order with respect to pretrial and trial dates.  Defendants, in light of the Minute Order, have treated those dates as superseded and unscheduled pending further notice from the Court.

Because of the differing interpretations of the Minute Order, Defendants respectfully request that the Court confirm the applicability of its August 24, 2006 Order.  Defendants are available at the Court's convenience for a status conference with the parties in person or by telephone if that would be of assistance.

February 9, 2007

Respectfully submitted,

_____/s/_____
Laura B. Hoguet
*D.C. Bar No. 200915*
Dorothea W. Regal
*D.C. Bar No. NY0064*
Randi Seltzer May
*D.C. Bar No. NY0063*
HOGUET NEWMAN & REGAL, LLP
10 East 40th Street
New York, New York 10016
(212) 689-8808

*Counsel for Defendants Electricité de France, S. A.*
*and Electricité de France*
*International North America, Inc.*


_____/s/_____
Morgan D. Hodgson
D.C. Bar No. 186521
David Clark
D.C. Bar No. 473279
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

*Counsel for Defendant Christian Nadal*