**Jessica Bogo**

From: DCD_ECFNotice@dcd.uscourts.gov
Sent: Thursday, August 24, 2006 3:02 PM
To: DCD_ECFNotice@dcd.uscourts.gov
Subject: Activity in Case 1:05-cv-00969-JGP GAUJACQ v. ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC et al "Order on Motion to Amend/Correct"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from lcpenn2, entered on 8/24/2006 at 3:02 PM and filed on 8/24/2006

| | |
|---|---|
| Case Name: | GAUJACQ v. ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC. et al |
| Case Number: | 1:05-cv-969 |
| Filer: | |
| Document Number: | |

**Docket Text:**
Minute ORDER granting [96] Consent Motion to Amend the Scheduling Order. The Joint Scheduling Order is hereby amended as follows: Dispositive motions are due on or before October 16, 2006; Oppositions are due on or before November 20, 2006; Replies are due on or before December 4, 2006; the Expert Depositions Deadline is 30 days after the Court's issuance of a decision on the summary judgment motions; the Daubert Motions are due 60 days after the Court's issuance of a decision on the summary judgment motions; the Court will issue Orders regarding the hearing proposed by the parties for the week of December 18, 2006, the Pretrial Statements, the Pretrial Conference and the Trial date. Signed by Judge John Garrett Penn on August 28, 2006 (lcpenn2)

The following document(s) are associated with this transaction:

**1:05-cv-969 Notice will be electronically mailed to:**

Elaine Charlson Bredehoft    ebredehoft@charlsonbredehoft.com, mvaughan@charlsonbredehoft.com; jbogo@charlsonbredehoft.com; kquill@charlsonbredehoft.com; lhoff@charlsonbredehoft.com; cwickwire@charlsonbredehoft.com

Carla Denette Brown    cbrown@cbc-law.com

David Allen Clark    dclark@steptoe.com,

08/24/06

Morgan Day Hodgson    mhodgson@steptoe.com, msherman@steptoe.com

Laura Banfield Hoguet    lhoguet@hnrlaw.com, klipsett@hnrlaw.com

Dorothea W. Regal    dregal@hnrlaw.com, ecalderon@hnrlaw.com

Randi B. Seltzer-May    rmay@hnrlaw.com

Sumner Christian Wickwire !    cwickwire@cbc-law.com

**1:05-cv-969 Notice will be delivered by other means to:**

08/24/06