IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELECTRICITE DE FRANCE ) <br> INTERNATIONAL NORTH AMERICA, ) <br> INC., et al., ) <br> ) <br> Defendants. ) <br> _____) | No 1:05CV0969 (JGP) |

# ERRATA

## TO FILE THE JOINT CONSENT MOTION TO AMEND SCHEDULING ORDER WHICH WAS PREVIOUSLY GRANTED BUT INADVERTENTLY OMITTED FROM ELECTRONIC CASE FILING

1. On August 24, 2006, Defendants Electricité de France, S.A ("EDF"), Electricité de France International North America, Inc. ("EDFINA") and Christian Nadal, and Plaintiff Catherine Gaujacq, by counsel, (the "Parties") moved pursuant to Fed.R.Civ.P. 6 (b), to amend the Scheduling Order herein (Docket Number 96).

2. On August 24, 2006, the Joint Consent Motion to Amend the Scheduling Order (attached hereto as Exhibit 1) was inadvertently omitted from the electronic case filing. Instead, only the Proposed Order granting the Joint Consent Motion to Amend the Scheduling Order was filed (Docket Number 96).

3. On August 24, 2006, the Court granted the Proposed Order to Amend the Scheduling Order.

4. The Parties would like the Joint Consent Motion to Amend the Scheduling Order to be part of the record and therefore, Defendants EDF and EDFINA have filed this Errata and Exhibit 1

August 28, 2006                    Respectfully submitted,


                                   _____/s/_____
                                   Dorothea W. Regal
                                   D.C. Bar No. NY0064
                                   Randi Seltzer May
                                   D.C. Bar No. NY0063
                                   HOGUET NEWMAN & REGAL, LLP
                                   10 East 40th Street
                                   New York, NY 10016
                                   (212)689-8808

                                   *Counsel for Electricité de France
                                   International North America, Inc.
                                   and Electricité de France, S.A.*

                                   Morgan D. Hodgson
                                   D.C. Bar No 186521
                                   David Clark
                                   D.C. Bar No 473279
                                   STEPTOE & JOHNSON, LLP
                                   1330 Connecticut Avenue, N.W.
                                   Washington, D.C 20036
                                   (202)-429-3000

                                   *Counsel for Defendant Christian Nadal*

Elaine Charlson Bredehoft
D.C. Bar No. 441425
S. Christian Wickwire
D.C. Bar No. 488797
Carla D. Brown
D.C. Bar No. 474097
CHARLSON BREDEHOFT & COHEN
11260 Roger Bacon Drive
Suite 201
Reston, VA 20190
(703) 318-6800

*Counsel for Plaintiff Catherine Gaujacq*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**PREVIOUSLY GRANTED BUT INADVERTENTLY OMITTED FROM ELECTRONIC FILING JOINT CONSENT MOTION TO AMEND SCHEDULING ORDER**

Defendants Electricité de France, S.A. ("EDF"), Electricité de France International North America, Inc ("EDFINA") and Christian Nadal, and Plaintiff Catherine Gaujacq, by counsel, hereby move pursuant to Fed.R.Civ.P. 6(b), to amend the Scheduling Order herein. In support of this Motion, the parties state the following:

1. By Order dated August 23, 2006, the Court granted the parties' Consent Motion to Defer the Expert Depositions and *Daubert* Motions, extending the time for the parties to complete the remaining expert depositions to a date 30 days following the issuance of the Court's decision on the summary judgment motion(s) and extending the time for the parties to file any *Daubert* motions to a date which is 60 days following the issuance of the Court's decision on the summary judgment motion(s).

2. Plaintiff filed a motion to compel discovery from EDF and EDFINA on July 28, 2006, which motion was fully briefed upon filing of the opposition of Defendants EDF and

EDFINA on August 11, 2006 and the filing of Plaintiff's reply on August 21, 2006. This motion is *sub judice*.

3. Defendants previously filed a motion to compel discovery from Plaintiff on June 16, 2006, which motion was fully briefed upon filing of the Plaintiff's opposition on July 14, 2006 and the filing of Defendants' reply on July 19, 2006. This motion is *sub judice*

4. The parties propose to extend the dates for dispositive motions and for pre-trial order submissions to allow for a more orderly schedule following the Court's decision on the pending motions to compel discovery, and propose the following schedule:

| | |
|---|---|
| Dispositive motions Due | October 16, 2006 |
| Oppositions Due | November 20, 2006 |
| Replies Due | December 4, 2006 |
| Hearing (proposed) | Week of December 18, 2006 |
| Expert Depositions Deadline | 30 days after issuance of decision on summary judgment motions |
| *Daubert* Motions Due | 60 days after issuance of decision on summary judgment motions |
| Pretrial Statements Due | February 15, 2007 |
| Pretrial Conference | February 22, 2007 |
| Trial | April 17, 2007 |

WHEREFORE, for the foregoing reasons, the parties, respectfully request that the Court amend the Scheduling Order as set forth above.

August 28, 2006                     Respectfully submitted,

                         _____/s/_____
                         Dorothea W. Regal
                         D.C. Bar No. NY0064
                         Randi Seltzer May
                         D.C. Bar No. NY0063
                         HOGUET NEWMAN & REGAL, LLP
                         10 East 40th Street
                         New York, NY 10016
                         (212)689-8808

                         *Counsel for Electricité de France
                         International North America, Inc
                         and Electricité de France, S A*

                         Morgan D. Hodgson
                         D.C. Bar No. 186521
                         David Clark
                         D.C. Bar No. 473279
                         STEPTOE & JOHNSON, LLP
                         1330 Connecticut Avenue, N.W.
                         Washington, D.C. 20036
                         (202) 429-3000

                         *Counsel for Defendant Christian Nadal*


                         Elaine Charlson Bredehoft
                         D.C. Bar No. 441425
                         S. Christian Wickwire
                         D.C. Bar No. 488797
                         Carla D Brown
                         D.C. Bar No. 474097
                         CHARLSON BREDEHOFT & COHEN
                         11260 Roger Bacon Drive
                         Suite 201
                         Reston, VA 20190
                         (703) 318-6800


                         *Counsel for Plaintiff Catherine Gaujacq*

- 3 -

Jessica Bogo
---

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Monday, August 28, 2006 1:00 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-00969-JGP GAUJACQ v. ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC. et al "Errata"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from Seltzer-May, Randi B. entered on 8/28/2006 at 12:59 PM and filed on 8/28/2006

| | |
|---|---|
| **Case Name:** | GAUJACQ v. ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC. et al |
| **Case Number:** | 1:05-cv-969 |
| **Filer:** | ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC. ELECTRICITE DE FRANCE, S.A. |
| **Document Number:** | 97 |

**Docket Text:**
ERRATA *to file the previously granted but inadvertently omitted consent motion to amend scheduling order* by ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., ELECTRICITE DE FRANCE, S.A. Order on Motion to Amend/Correct,,,. (Attachments: # (1))(Seltzer-May, Randi)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\EDF\Electronic Pleadings File\2008.08.28 Errata to File Previously Granted But Omitted Joint Consent Motion to Amend Scheduling Order.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/28/2006] [FileNumber=1200922-0]
[8aa58d233c29bd918c6d7756be41979e4319128f730a0a376db29baaaf85352fcd70
68f2c5d06b6c5dca5fbb68e2325e4ebba137ceab367cfa0625e55d3ff122]]
**Document description:**
**Original filename:** N:\EDF\Electronic Pleadings File\2008.08.28 Exhibit 1 to Errata to File Previously Granted But Omitted Joint Consent Motion to Amend Scheduling Order.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/28/2006] [FileNumber=1200922-1]
[adef92e8692f192952207643e710d53f8694bc9c071abf6fd3cabb94d22b19f06ee4

08/28/06

0be37f84fab205fd1fefa92a6e081fabaa5857cdeac911e2cbf8f0f938cb]]

**1:05-cv-969 Notice will be electronically mailed to:**

Elaine Charlson Bredehoft    ebredehoft@charlsonbredehoft.com, mvaughan@charlsonbredehoft.com; jbogo@charlsonbredehoft.com; kquill@charlsonbredehoft.com; lhoff@charlsonbredehoft.com; cwickwire@charlsonbredehoft.com

Carla Denette Brown    cbrown@cbc-law.com

David Allen Clark    dclark@steptoe.com,

Morgan Day Hodgson    mhodgson@steptoe.com, msherman@steptoe.com

Laura Banfield Hoguet    lhoguet@hnrlaw.com, klipsett@hnrlaw.com

Dorothea W. Regal    dregal@hnrlaw.com, ecalderon@hnrlaw.com

Randi B. Seltzer-May    rmay@hnrlaw.com

Sumner Christian Wickwire !    cwickwire@cbc-law.com

**1:05-cv-969 Notice will be delivered by other means to:**

Elisabeth M. Morse
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

08/28/06