IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRICITÉ DE FRANCE<br>INTERNATIONAL NORTH AMERICA,<br>INC., et al.<br><br>Defendants. | No. 1:05CV0969 (JGP) |

### NOTICE OF FIRM NAME CHANGE

Please be advised that the name of the firm representing Defendants *Electricité de France, S.A. and Electricité de France International North America, Inc.* has changed from "Hoguet Newman & Regal, LLP" to "Hoguet Newman Regal & Kenney, LLP."

Dated: March 27, 2007

HOGUET NEWMAN REGAL & KENNEY LLP

By: _____
Laura B. Hoguet
Dorothea W. Regal
Randi S. May

10 East 40th Street
New York, New York 10016

Attorneys for Defendants
*Electricité de France, S.A. and Electricité de France International North America, Inc.*

1