UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0969 (JGP) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, INC., ) | |
| ) | |
| ELECTRICITE DE FRANCE, S.A., ) | |
| ) | |
| and ) | |
| ) | |
| CHRISTIAN NADAL ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

This matter is before the Court on **Defendants Electricite De France, S.A. and Electricite De France International North America's Motion for Summary Judgement [#101]**, and **Defendant Christian Nadal's Motion for Summary Judgment on Counts IV, VI, VIII, and XII [#107]**.

The combined pleadings relating to the Motions are as follows: the Memorandum of Law in Support of Motion for Summary Judgment of Defendants Electricite De France, S.A. and Electricite De France International North America, Inc. is 86 pages; Plaintiff's Opposition to Defendant Christian Nadal's Motion for Summary Judgment [#117] is 50 pages; Plaintiff's Opposition to Defendants EDF and EDFINA's Motion for Summary Judgment [#118] is 59 pages; Defendant Christian Nadal's Reply Memorandum in Further Support of Motion for Summary Judgment on Counts IV, VI, VIII, and XII [#130] is 30 pages; and the Reply

Memorandum of Defendants EDF and EDFINA [#131] is 30 pages.  In view of the voluminous filings, and to make certain that the Court has adequate time to carefully consider the entire record before it, which exceeds 700 pages in length, it is hereby

**ORDERED** that the trial, which was scheduled to begin on April 17, 2007 at 9:00 AM, is **VACATED**.  And it is further

**ORDERED** that the Court will reschedule the date of trial, if necessary, following its ruling on Defendants Electricite De France, S.A. and Electricite De France International North America's Motion for Summary Judgement [#101], and Defendant Christian Nadal's Motion for Summary Judgment on Counts IV, VI, VIII, and XII [#107].

**Date: March 30, 2007**                                                                         **JOHN GARRETT PENN**
                                                                                                 **United States District Judge**