IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELECTRICITÉ DE FRANCE )<br>  INTERNATIONAL NORTH AMERICA, )<br>  INC., et al. )<br>)<br>Defendants. )<br>) | No. 1:05CV0969 (JGP) |

**MOTION FOR WITHDRAWAL OF APPEARANCE OF ELISABETH M. MORSE
AS COUNSEL FOR DEFENDANT CHRISTIAN NADAL**

Elisabeth M. Morse, counsel for defendant Christian Nadal, hereby moves the Court pursuant to Local Rule 83.6(c) for leave to withdraw her appearance as counsel in this case. Defendant Christian Nadal will continue to be represented by Morgan D. Hodgson and David A. Clark of Steptoe & Johnson, LLP. Counsel Elisabeth M. Morse respectfully requests that the Court enter the attached order.

Dated: November 8, 2007

Respectfully submitted,

_____/s/_____
Elisabeth M. Morse (#500100)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 429-3000

*Counsel for Defendant Christian Nadal*