IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CATHERINE GAUJACQ                )
                                 )
        Plaintiff,               )
                                 )
            v.                   )        No. 1:05CV0969 (JGP)
                                 )
ELECTRICITE DE FRANCE            )
  INTERNATIONAL NORTH AMERICA,   )
  INC., et al.                   )
                                 )
        Defendants.              )
_____)

**ORDER**

Upon consideration of the Motion for Withdrawal of Appearance of Elisabeth M. Morse;

the Court hereby ORDERS as follows:

The motion is hereby GRANTED.

SO ORDERED this _____ day of _____ 2007.


                        _____
                        The Honorable Henry H. Kennedy
                        United States District Court Judge