IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHERINE GAUJACQ        )
                         )
    Plaintiff,            )
                         )
    v.                    )   No. 1:05CV0969 (HHK)
                         )
ELECTRICITE DE FRANCE     )
  INTERNATIONAL NORTH AMERICA, )
  INC., et al.            )
                         )
    Defendants            )

## ORDER

Plaintiff Catherine Gaujacq ("Plaintiff") having moved, by counsel, for an order scheduling the parties to appear for a Status Conference and/or for argument on Defendants' Motions for Summary Judgment, and upon consideration of the papers and argument in this case it is hereby

ORDERED, that Plaintiff's Motion is GRANTED and it is

FURTHER ORDERED that a Status Conference and or argument on the Summary Judgment Motion is scheduled for _____ at _____ p.m.

SO ORDERED.

DATE: _____        _____
                            Henry H. Kennedy, Jr.
                            United States District Judge