IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELECTRICITE DE FRANCE )<br>  INTERNATIONAL NORTH AMERICA, )<br>  INC., et al )<br>)<br>Defendants. )<br>) | No. 1:05CV0969 (JGP) |

### NOTICE OF FILING SEALED MATERIAL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.1(j), the Attachment 10 to Supplemental Memorandum in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment has been filed under seal, in paper format, with the Court. These documents are not available for public viewing:

March 5, 2008

                                     /s/ ECB
Elaine Charlson Bredehoft
D.C. Bar No. 441425
Kathleen Z. Quill
D.C. Bar No. 489079
Carla D. Brown
D.C. Bar No. 474097
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800

Counsel for Plaintiff
   Catherine Gaujacq