# ATTACHMENT A



RÉPUBLIQUE FRANÇAISE

HAUTE AUTORITÉ DE LUTTE CONTRE LES DISCRIMINATIONS ET POUR L'ÉGALITÉ

*Le Président*

Paris le **24 OCT. 2007**

N Réf : HE-GO/GH-JACQ 2007-1921-001

Madame,

J'ai bien reçu votre courrier du 02/03/2007 par lequel vous avez sollicité l'intervention de la haute autorité de lutte contre les discriminations et pour l'égalité, dans le cadre d'une réclamation relative à des faits de harcèlement moral dont vous feriez l'objet de la part de votre supérieur hiérarchique aux Etats-Unis en raison de votre sexe.

Les faits que vous soulevez ne relèvent pas de la compétence de la haute autorité qui porte sur toutes les discriminations prohibées par la loi française ou un engagement international et commises sur le territoire français ou sous juridiction française.

Je dois donc vous informer que la discrimination que vous alléguez n'ayant pas été commise dans un contexte où le droit français est applicable, la haute autorité ne peut donner suite à votre réclamation.

Je vous prie de recevoir, Madame, mes hommages respectueux.

Pour le Président et par délégation
Le Directeur juridique

Luc FERRAND

Madame Catherine GAUJACQ
125 Livingston Drive
MADISON MS 39110
ETATS-UNIS (USA)

€ R.F
LA POSTE
000,54
SX 116274

PARIS 9 CHORON
PARIS NORD
25-10-07
215 00 031188
0372    752920

Madame Catherine GAUJACQ
125 Livingston Drive
MADISON MS 39110
ETATS-UNIS (USA)