# ATTACHMENT B



HAUTE AUTORITE DE LUTTE CONTRE LES DISCRIMINATIONS ET POUR L'EGALITE

*Le Président*

Freedom – Equality - Brotherhood<br/>High Authority fighting Discriminations and for Equality

The President

Paris, October 24th 2007

Our references: HE-GO/GAUJACQ/2007-1921-001

Madam,

I acknowledge receipt of your mail dated March 2nd 2007 in which you request the intervention of the High Authority fighting Discriminations and for Equality, within the framework of a complaint alleging harassment from your direct supervisor in the United States of America based on your gender

The alleged facts are not within the competency of the High Authority, competency that is about discrimination acts unlawful under French Law or International engagement and perpetrated on French territory or under French Jurisdiction.

I must inform you that since discrimination acts you are alleging were not perpetrated in a context were French Law is applicable, the High Authority cannot follow-up on your complaint

Yours sincerely,

For the President and by delegation,
The general Counsel,
[signature]
Luc FERRAND

Madame Catherine GAUJACQ
125 Livingston Drive
MADISON MS 39110
ETATS UNIS d'USA