# ATTACHMENT 1



RÉPUBLIQUE FRANÇAISE

HAUTE AUTORITÉ DE LUTTE CONTRE LES DISCRIMINATIONS ET POUR L'ÉGALITÉ

*Le Président*

Paris, le  24 OCT. 2007

N/Réf : HL/GLC/H/ACQ/2007-1935-001

Madame,

J'ai bien reçu votre courrier du 02-03-2007 par lequel vous avez sollicité l'intervention de la haute autorité de lutte contre les discriminations et pour l'égalité, dans le cadre d'une réclamation relative à des faits de harcèlement moral dont vous feriez l'objet de la part de votre supérieur hiérarchique aux Etats-Unis en raison de votre sexe.

Les faits que vous soulevez ne relèvent pas de la compétence de la haute autorité qui porte sur toutes les discriminations prohibées par la loi française ou un engagement international et commises sur le territoire français ou sous juridiction française.

Je dois donc vous informer que la discrimination que vous alléguez n'ayant pas été commise dans un contexte où le droit français est applicable, la haute autorité ne peut donner suite à votre réclamation.

Je vous prie de recevoir, Madame, mes hommages respectueux.

Pour le Président et par délégation
Le Directeur juridique

[signature]

L. FERRAND

Madame Catherine GAUJACQ
125 Livingston Drive
MADISON MS 39110
ETATS-UNIS (USA)

€ R.F
000,54

PARIS 9 CHORON
PARIS NORD
25-10-07

Madame Catherine GALJACQ
125 Livingston Drive
MADISON MS 39110
ETATS-UNIS (USA)

ATTACHMENT 2



Freedom – Equality - Brotherhood
High Authority fighting Discriminations and for Equality

The President

Paris, October 24th 2007

Our references: HE-GO/GAUJACQ/2007-1921-001

Madam,

I acknowledge receipt of your mail dated March 2nd 2007 in which you request the intervention of the High Authority fighting Discriminations and for Equality, within the framework of a complaint alleging harassment from your direct supervisor in the United States of America based on your gender.

The alleged facts are not within the competency of the High Authority, competency that is about discrimination acts unlawful under French Law or International engagement and perpetrated on French territory or under French Jurisdiction.

I must inform you that since discrimination acts you are alleging were not perpetrated in a context were French Law is applicable, the High Authority cannot follow-up on your complaint.

Yours sincerely,

For the President and by delegation,
The general Counsel,
[signature]
Luc FERRAND

Madame Catherine GAUJACQ
125 Livingston Drive
MADISON MS 39110
[address illegible]

# ATTACHMENT 3

# Christian R. NADAL

## PERSONAL DATA

| | |
|---|---|
| Born | 03/05/1952 |
| Place | AUMALE (ALGERIE) |
| Citizenship | FRANCE |
| Married, 3 children | |
| Personal address | 153, rue de l'Université<br>75007 PARIS<br>France |
| Phone | 0 11 33 6 08 94 96 34 |
| Personal e.mail | christian.nadal@noos.fr |
| Professional address | E D F<br>22/30 Avenue de Wagram<br>75008 PARIS<br>France |
| Phone | 0 11 33 1 40 42 27 53 |
| Fax | 0 11 33 1 40 42 81 81 |
| Cell. phone | 0 11 33 6 08 94 96 34 |
| e mail | christian.nadal@edf.fr |

# PROFESSIONAL EXPERIENCE/ELECTRICITE DE FRANCE (EDF), FRENCH UTILITY COMPANY : 1988 - Present

**2002 - Present**  Executive Vice-Président for General Controlling

Responsible for auditing and executive surveys by demand of the chairman and CEO of EDF Either on issues related to the opening of French and European market of energy (ex : pricing policies, proposals for new regulatory standards). Either on international issues : restructuring of companies affiliates of EDF or sell off of participations(ex : sale of EDF's shares in a Swedish distribution company, Graningue).

Advisor for the French Trade Council (Paris section)

**1999 - 2001**  CEO of EDENOR (affiliate of EDF) company of electricity (distribution) for Buenos Aires (Argentina)

Edenor is a private company of electricity distribution in Argentina. Owned at that time by EDF, Endesa (of Spain) and REPSOL-YPF (of Spain and Argentina)
Edenor's figures : net profit = 140 millions USD, market share = 30%, customers = 2,3 millions, turnover = 950 millions USD, employees = 2500.

Main responsibilities :

- In charge of the full operational responsibility of the company (average annual result : turnover (+ 6%), value added (+ 10%), net profit (+8%)
- Key negotiator with governmental bodies and regulatory authorities in Argentina
- Handling relationships with unions and local authorities, as well as social and ecological problems
- Well connected with a specific and local environment in permanent economical and political instability
- Key decision maker of the new partnership with Buenos Aires city Government

2

- Leader in quality certification (ISO 9000, ISO 14000 and Total Quality Process) in Argentina for the company and its suppliers.
- Promoter of the incentive program to develop new sub-contracting relationships and create new opportunities helping the development of small and medium businesses in partnership with the IFC (World Bank Group).

Other activities :

- Director of the Franco-Argentinean Chamber of Commerce
- Member of the Business Board of Electricity Distribution in Argentina
- Advisor for the French Trade Council (Argentina section)

| 1997 - 1999 | **EDF Executive Vice-President for Corporate Strategy and Development** |

Missions :

- assists the Chairman and CEO in managing and re-engineering of sales and development departments
- chairs, by delegation of the chairman and CEO, the internal committees in charge of sales and pricing, European affairs and industrial policy
- elaborates new products and services (for electrical heating, tariffs and services for small customers.  )
- preparation of EDF for the opening of the market for large customers : new pricing system and new contracts, creation of an energy trading department.. )
- re-allocation of resources to meet the new market and needs of customers

Other responsibilities :

- Chairman of the committee for establishment of industries (contribution to local development and location of foreign industries)

3

- Chairman of SDS, EDF's holding for services (turn over = Euros, 700 millions), reorganization and sell off of activities showing deficit and acquisition of services companies
- Director of various companies (EDF International, Sodel)

Other external corporate responsibilities :

- Member of the Board of Industry's commission for Economics,
- Member of the bureau of the Board of Industry's commission for Energy
- Director of Rexecode (Research Center for Economics driven by large industry companies)

| | |
|---|---|
| 1996 - 1997 | **EDF Executive Vice-President for Corporate Strategy and Communications** |

Inside the company : adapt strategy, trading prospects and internal communications of EDF to the new market

Outside : negotiation with the European Commission and the French regulatory authorities for the opening of the energy market. Developping communication programs.

| | |
|---|---|
| 1995 - 1996 | **EDF Executive Vice-President for Communications, European Affairs and Trade Strategy** |

Prepare the transposition of the European Directive opening the energy market, adapt EDF's strategies to this new environment
Renew tecnico-economical surveys, develop benchmarking
Promote new issues of internal and external communications related to the opening of the market
Manage crises such as December 95 strikes

4

| | |
|---|---|
| 1994 - 1995 | EDF Vice-President for Development and Commercial Strategy |

In charge of EDF's strategic planning for development, new products and services and relationships with related business partners

| | |
|---|---|
| 1991 - 1994 | Head of the Communication Division |

In close relation with the CEO, develop and implement the corporate communication strategy (internal communication, press relations, corporate lobbying, high profile sponsoring operations   )

| | |
|---|---|
| 1988 - 1991 | CEO of Sodel Consultants (affiliate of EDF) becoming BDDP Corporate |

Transform an internal EDF's deficit public relations and advertising agency into a profitable entity, merge it with and sell it off to a business partner

## PROFESSIONAL EXPERIENCE/PRIOR POSITIONS : 1976/1988

| | |
|---|---|
| 1982 - 1988 | Vice-president , General Secretary of Charbonnages de France ( French National Coal Board) |

Initialy in charge of economical and social surveys and strategic planning, take a major responsibility assisting directly the CEO for the preparation and implementation of the process of restructuring and downsizing the activities and the general management of the company

| | |
|---|---|
| 1980 - 1982 | Head of the Finance Bureau of the Rescue Division in the Ministry of Internal Affairs (RDMIA) |

Responsible for planning and operating government's financial resources and subsidies for natural disasters and mass damages

5

CN00191

| | |
|---|---|
| 1977 – 1979 | **General Secretary of the local Council of the town of Honfleur and area (Normandy)** |
| | Chief Executive of the operating staff (350 members) of the City and local area under control of the President of the area, the Mayor and the related elected bodies. |
| 1976 – 1977 | **Deputy Director of the Finance Bureau of the Rescue Division in the Ministry of Internal Affairs (RDMIA)** |
| | Managing the application of government's financial resources and subsidies for emergency situations |

## EDUCATION

| | |
|---|---|
| June-July 1994 | Training internship |
| | at London Business School<br>Regent's Park<br>London NW1 4SA<br>United Kingdom |
| October 1973-June 1974<br>October 1969-June 1973 | Degree in Law and Public Finance<br>Master in Law |
| | at Université des Sciences Sociales<br>Toulouse I<br>Place Anatole France<br>31042 TOULOUSE CEDEX<br>France |

## DECORATIONS

Chevalier de l'Ordre National du Mérite
Médaille d'or de la Brigade de Sapeurs Pompiers de Paris

6


# Morningside Evaluations and Consulting

EVALUATION OF ACADEMICS                    March 15, 2004

Name:                    NADAL, CHRISTIAN

Institution:             Universite des Sciences Sociales de Toulouse
Degree:                  "Licence en Droit Public"
Date of Award:           June 1973

Institution:             Universite des Sciences Sociales de Toulouse
Degree:                  "Diplome d'Etudes Superieures"
Date of Award:           October 1974

Country:                 France

Academic Equivalent in the United States:

DEGREES:                 **BACHELOR OF LAWS**

    Graduation from high school and competitive entrance examinations are requirements for admission and enrollment at the Universite des Sciences Sociales de Toulouse; the Universite des Sciences Sociales de Toulouse is an accredited institution of higher learning in France. Following his enrollment at the University, Mr. Nadal completed academic coursework and examinations, and in 1973, he was awarded a "Licence en Droit Public". The diploma demonstrates that Mr. Nadal completed his course of studies at the Universite des Sciences Sociales de Toulouse.

    Mr. Nadal completed coursework in general studies and his area of concentration, Public Law, which leads to a degree from the University. General studies coursework includes courses in English, the social sciences, mathematics, and the sciences, which are requisite components of a Bachelor's degree from an accredited institution of higher learning in the United States. Additionally, Mr. Nadal completed coursework in his area of concentration, Public Law, and other related areas. The courses completed and the number of credit hours earned indicate that Mr. Nadal satisfied requirements substantially similar to those required toward the completion of academic studies leading to a degree from an accredited institution of higher education in the United States.

    Additionally, Mr. Nadal enrolled in the program at the Universite des Sciences Sociales de Toulouse. Mr. Nadal completed a "Diplome d'Etudes Superieures" in 1974. He completed coursework in his area of concentration, Public Law, and other related subjects. The diploma is evidence that Mr. Nadal completed his course of studies for the "Diplome d'Etudes Superieures".

450 SEVENTH AVE. SUITE 601 - NEW YORK, NY 10123
PHONE: (212) 904-1015 - FAX: (212) 904-1025