ATTACHMENT 4

— 3 —

# N° 1004

## ASSEMBLÉE NATIONALE

CONSTITUTION DU 4 OCTOBRE 1958
DOUZIÈME LÉGISLATURE
Enregistré à la Présidence de l'Assemblée nationale le 3 juillet 2003

# RAPPORT

FAIT
AU NOM DE LA COMMISSION D'ENQUÊTE SUR (1)
LA GESTION DES ENTREPRISES PUBLIQUES
AFIN D'AMÉLIORER LE SYSTÈME DE PRISE DE DÉCISION
Président
M Philippe DOUSTE-BLAZY,
Rapporteur
M Michel DIEFENBACHER,
Députés

—

**TOME I**
## RAPPORT

-  3 —
N° 1004
NATIONAL PARLIAMENT
CONSTITUTION OF OCTOBER 4, 1958
TWELFTH LEGISLATURE
Recorded with the Presidency of the French National Assembly on July 3, 2003.
REPORT
SUBMITTED
IN THE NAME OF The BOARD OF INQUIRY ON (1)
The MANAGEMENT of Public Companies
In order to IMPROVE The DECISION-MAKING process
President
Mr. Philippe DOUSTE-BLAZY,
Secretary
Mr. Michel DIEFENBACHER
,Deputies
--
VOLUME I
REPORT

— 3 —

# N° 1004

## SOMMAIRE DES AUDITIONS

- Audition de M. Elie COHEN, directeur de recherche au CNRS
(25 février 2003)
- Audition de M. René BARBIER de La SERRE (4 mars 2003)
- Audition conjointe de MM. Gabriel GALET, Yves JEGOUREL, Vincent de La BACHELERIE, Edouard SALUSTRO, Jean-Michel CHARPENTIER et Guy STIEVENART, commissaires aux comptes de France Télécom
(18 mars 2003)
- Audition de M. Jean-Louis VINCIGUERRA, ancien directeur financier de France Télécom (18 mars
2003)
- Audition conjointe de MM. Jean SIMONIN, Marcel ROULET et
François GRAPPOTTE, membres du conseil d'administration de France Télécom (25 mars 2003)
- Audition de M. Michel BON, ancien Président de France Télécom
(25 mars 2003)
- 2ème partie
- Audition conjointe de Mme Claire NOURRY, MM. Patrick GOUNELLE, Jean-Louis LEBRUN, Guy
ISIMAT-MIRIN, Philippe VASSOR et Amadou RAIMI, commissaires aux comptes d'EDF (1er avril 2003)
- Audition de M. Jean-Michel CHARPIN, Président du comité d'audit d'EDF
(1er avril 2003)
- Audition conjointe de Mmes Michèle ROUSSEAU, commissaire du gouvernement à EDF, et Jeanne SEYVET, commissaire du gouvernement à France Télécom (8 avril 2003)
- Audition conjointe de Mme Catherine NEDELEC, MM. Alain MARTIN et Jean-Marc MAUCHAUFFEE, représentants des salariés au conseil d'administration d'EDF (8 avril 2003)
- Audition conjointe de MM. Jean-Pierre JOUYET, directeur du Trésor et Nicolas JACHIET, ancien
chef du service des participations financières
(29 avril 2003)
- Audition de M. François AILLERET, ancien Président d'EDF International
(29 avril 2003)
3ème partie
- Audition de M. Edmond ALPHANDERY, ancien ministre de l'économie et des finances et ancien Président d'EDF (6 mai 2003)
— 4 —
- Audition de M. Jean-Paul BAILLY, Président de La Poste (13 mai 2003)
- Audition de M. Daniel LEBEGUE, ancien directeur général de la Caisse des dépôts et consignations (13 mai 2003)
- Audition conjointe de MM. François ROUSSELY, Président d'EDF et Jacques CHAUVIN, ancien directeur financier d'EDF (20 mai 2003)
- Audition des principaux syndicats et confédérations syndicales (21 mai 2003)
CFDT
CGT
FO
Sud PTT
4ème partie
- Audition de M. Martin VIAL, ancien Président de La Poste (27 mai 2003)
- Audition de M. Marc TESSIER, Président de France Télévisions (27 mai 2003)
- Audition de M. Dominique STRAUSS-KAHN, ancien ministre de l'économie, des finances et de l'industrie (28 mai 2003)
- Audition de M. Louis GALLOIS, Président de la SNCF (3 juin 2003)

- Audition de M. Thierry BRETON, Président Directeur Général de France Télécom (4 juin 2003)
- Audition de M. Mario MONTI, Commissaire européen chargé de la concurrence (10 juin 2003)
- Audition de M. Francis MER, ministre de l'économie, des finances et de l'industrie (11 juin 2003)

- 3 -

# N° 1004

## SYNOPSIS OF HEARINGS

- Hearing of Mr. Elie COHEN, director of research at CNRS (February 25, 2003)
- Hearing of Mr. Rene BARBER of the GREENHOUSE (March 4, 2003)
- joint Hearing MISTERS Gabriel ROLLER, Yves JEGOUREL, Vincent of the BACHELERIE, Edouard SALUSTRO, Jean-Michel CARPENTER and Guy STIEVENART, auditors of France Telecom (March 18, 2003)
- Hearing of Mr. Jean-Louis VINCIGUERRA, old director financial of France Telecom (March 18, 2003)
- joint Hearing MISTERS Jean SIMONIN, Marcel ROULET and François GRAPPOTTE, members of the board of directors of France Telecom (March 25, 2003)
- Hearing of Mr. Michel GOOD, former President of France Telecom (March 25, 2003)

**2nd part**
- joint Hearing of Mrs. Claire NOURRY, MISTERS Patrick GOUNELLE, Jean-Louis LEBRUN, Guy ISIMAT-MIRIN, Philippe VASSOR and Tinder RAIMI, auditors of EDF (April 1, 2003)
- Hearing of Mr. Jean-Michel CHARPIN, President of the committee of audit of EDF (April 1, 2003)
- joint Hearing Mrs. Michele ROUSSEAU, commissioner government at EDF, and Jeanne SEYVET, government commissioner at France Telecom (April 8, 2003)
- joint Hearing of Mrs. Catherine NEDELEC, MISTERS Alain MARTIN and Jean-Marc MAUCHAUFFEE, employee representatives with the board of directors of EDF (April 8, 2003)
- joint Hearing MISTERS Jean-Pierre JOUYET, director of the Treasury and Nicolas JACHIET, former chief of the service of the financial participations (April 29, 2003)
- Hearing of Mr. François AILLERET, former International President of EDF (April 29, 2003)

**3rd part**
- Hearing of Mr. Edmond ALPHANDERY, former minister for the economy and finances and former President of EDF (May 6, 2003)
- Hearing of Mr. Jean-Paul BAILLY, President of the Post office (May 13, 2003)
- Hearing of Mr. Daniel LEBEGUE, old general manager of the Case of the deposits and consignments (May 13, 2003)
- joint Hearing MISTERS François ROUSSELY, President of EDF and CHAUVIN Jacques former director financial of EDF (May 20, 2003)
- Hearing of the principal trade unions and trade-union confederations (May 21, 2003) CFDT CGT FO South postal and telecommunications authorities

**4th part**
- Hearing of Mr. Martin VIAL, former President of the Post office (May 27, 2003)
- Hearing of Mr. Marc TESSIER, President de France Televisions (May 27, 2003)
- Hearing of Mr. Dominique STRAUSS-KAHN, former minister for the economy, finances and industry (May 28, 2003)
- Hearing of Mr. GALLOIS Louis, President of the SNCF (June 3, 2003) - Hearing of Mr. BRETON Thierry, Chairman and managing Director of France Telecom (June 4, 2003)
- Hearing of Mr. Mario MONTI, European Police chief in charge of competition (June 10, 2003)
- Hearing of Mr. Francis MER, Minister for the economy, finances and industry (June 11, 2003)

**Audition conjointe de MM. François ROUSSELY,
Président d'EDF,
et Jacques CHAUVIN,
ancien directeur financier d'EDF**

*(Extrait du procès-verbal de la séance du 20 mai 2003)*

Mr. Presidency  Philippe DOUSTE-BLAZY, President

*MM  François Roussely et Jacques Chauvin sont introduits.*

**Mr. le Président :** La commission, vous le savez messieurs, a déjà tenu plusieurs séances sur la situation d'EDF. Son ancien Président, les commissaires aux comptes, le Président du comité d'audit, la commissaire du gouvernement, les représentants des salariés au conseil d'administration, et l'ancien Président d'EDF International ont été entendus. J'ajoute que nous avons, bien évidemment, évoqué les relations de l'entreprise avec la tutelle, lors de l'audition du directeur du Trésor.

Je voudrais redire aujourd'hui, M. le Président, qu'il ne s'agit pas pour nous d'instruire un quelconque procès envers un établissement ou ses dirigeants. Mais il nous appartient de connaître avec précision les résultats financiers des entreprises, parce que nous en sommes comptables, comme vous, devant les Français.

Il nous incombe également de réfléchir à des modes de gestion et de contrôle plus efficaces et plus transparents.

Or, aux dires de beaucoup, les comptes d'EDF sont difficilement lisibles et l'analyse pour 2002 se révèle particulièrement périlleuse  D'une part, les changements comptables - et je vous donne bien volontiers acte du fait qu'ils vous sont imposés - ne facilitent pas les comparaisons avec les années précédentes  D'autre part, les résultats affichés intègrent des éléments positifs non récurrents

Cette opacité peut être source d'interrogations, d'incompréhensions et comporte même des risques de désinformation, vous en conviendrez

En outre, je ne peux passer sous silence le fait que, si nous en croyons les représentants du Trésor, le développement international d'EDF s'est parfois réalisé sans l'aval préalable, formel et averti de l'Etat actionnaire.

Vous avez à relever le défi considérable de la concurrence et à faire d'EDF une entreprise performante à l'international  Mais les problèmes de gouvernance ne peuvent être oubliés.

Organisation interne, rapports avec l'autorité de tutelle, tels sont les deux thèmes qui serviront de fil conducteur à notre réunion.

*M  le Président leur rappelle que les dispositions législatives relatives aux commissions d'enquête leur ont été communiquées  A l'invitation du Président, MM Roussely et Chauvin prêtent serment*

 Mr. le Président, vous avez la parole  Nous aurons l'occasion de poser des questions à M  Chauvin par la suite

**Mr. François ROUSSELY** : M. le Président, comme votre introduction l'a laissé à penser, quand on s'intéresse à EDF, l'on ne s'intéresse pas seulement à une entreprise, mais à un symbole : celui du monopole qui a réussi, de la France qui gagne.

L'entreprise connaît un tournant majeur, puisque dans 408 jours, le 1$^{er}$ juillet 2004, 70 % de son marché seront ouverts. Pour un monopole national, voir la concurrence s'ouvrir et envisager un développement international, pour un électricien devenir énergéticien, c'est une mutation importante qui appelle des conditions de gouvernance sur lesquelles vous avez appelé mon attention.

La mutation revêt trois caractéristiques, une mutation géographique, une mutation des métiers et une mutation due au changement des paradigmes économique et financier.

La mutation géographique, c'est la constitution d'un marché européen de l'énergie et le défi de l'internationalisation, pour lequel l'entreprise a quelques prédispositions.    En effet, depuis 1946, le principe de spécialité, qui limite EDF à la production, au transport et à la distribution de l'électricité en France, la cantonne aux activités citées sur le territoire national ; mais, très tôt, ce même principe lui a permis de développer des activités d'ingénierie à l'international tout en se gardant de diversifications hasardeuses.

La deuxième prédisposition résulte de l'existence du parc électronucléaire. Sa capacité d'exportation fait qu'entre 15 et 20 % de notre production sont exportés ; ainsi l'électricité at-elle représenté une partie importante de notre balance commerciale jusqu'à en constituer le quatrième poste, certaines années. Ce n'est pas sans paradoxe que l'on relève, bien avant le début de la libéralisation du marché, l'affirmation du caractère européen de l'entreprise. Cette évolution s'est accélérée, non pour des raisons de puissance ou de mauvaises raisons, mais tout simplement pour suivre nos clients et pour compenser les pertes de parts de marchés qui résultent nécessairement de l'ouverture à la concurrence.

Dès lors que les interconnexions sont insuffisantes pour satisfaire les besoins de nos clients européens, il est important de procéder à des acquisitions, au moment où le marché s'organise - c'est-à-dire dans les années 1998 à 2002 - et au prix dudit marché. Je vous confirme que nous n'avons, en aucun cas, payé davantage que le prix du marché, contrairement à ce que j'ai pu voir ici ou là. Pour comparer avec la stratégie de nos grands concurrents, je note que, sur la période 2000-2002, EON et RWE ont consacré entre 20 et 25 milliards d'euros à des acquisitions, ENEL 11 milliards d'euros et EDF moins de 10 milliards d'euros.

La constitution d'une Europe de l'énergie était à l'œuvre et il était essentiel qu'EDF, premier électricien mondial, y participe. L'Europe représente 90 % de notre résultat opérationnel et 90 % de notre chiffre d'affaires. Au 1$^{er}$ juillet 2004, plus de 2 500 000 clients pourront librement choisir leur fournisseur d'électricité : tel est le défi commercial de l'ouverture du marché à tous les professionnels. Je rappelle que, pour le moment, la situation est relativement équilibrée : sur l'année 2002, nous avons perdu 25 TWh - incluant bien sûr ce qui va à RTE - et nous avons regagné environ 16 TWh en Europe.

La deuxième mutation est celle des métiers. Le double changement qui les affecte résulte d'abord de la convergence entre le gaz et l'électricité ainsi que du développement des offres duales. Tous les grands électriciens offrent parallèlement à leurs clients une offre gazière. C'est ce qui justifie notamment le rapprochement entre EON et Ruhrgas ou entre Distrigaz et Tractebel, respectivement en Allemagne et Belgique. Cela pose la problématique, dans notre pays, de la relation entre EDF et de Gaz de France.

La mutation des métiers résulte aussi de l'accroissement de la demande de services de la part des grands groupes industriels. Ils souhaitent trouver chez l'électricien, non pas simplement la fourniture de quelques électrons, mais tout un service de maintenance de génie climatique, de génie thermique. Voilà ce qui justifie qu'avec anciennement Vivendi Environnement, nous ayons constitué un joint venture, Dalkia, aujourd'hui premier opérateur de services européen. Cela pose un autre problème, celui du maintien du principe de spécialité dans la concurrence. Nous devons pouvoir lutter à armes égales avec nos concurrents, ce qui signifie que ce principe doit évoluer de façon pragmatique, en accord avec les responsables de la filière électrique, qui sont nos partenaires depuis longtemps.

La troisième mutation, sur laquelle je m'attarderai un temps plus long, tient au changement des paradigmes économiques et financiers. EDF est, en termes économiques - non en termes moraux - un monopole vertueux au sens de Maurice Allais, Pierre Massé et surtout Marcel Boiteux. Nous devons à ce dernier la tarification au coût marginal qui offre la vertu essentielle d'introduire dans le monopole les disciplines du marché, avec une conséquence simple, mais exceptionnelle, dans l'histoire de notre pays : EDF n'a reçu aucune subvention de l'Etat depuis maintenant plus de vingt ans. Cela a aussi permis de fonder la péréquation tarifaire qui reste un des éléments constitutifs et du service public et de la politique d'aménagement du territoire. Cela a encore permis des succès incontestables tout au long de ces années d'accroissement de la production ; ainsi, en 2002, notre chiffre d'affaires a dépassé les 48 milliards d'euros, en croissance de plus de 18 %, avec 46 millions de clients dans plus de 26 pays, en poursuivant bien sûr notre effort de productivité. Je ne donnerai que deux chiffres : en 1991, nos effectifs étaient de 119 000 personnes, en 2002, ils sont de 112 000. C'est dire que l'entreprise n'a, à aucun moment, relâché son souci de productivité qui trouve son prolongement dans l'évolution des tarifs. Nous avons les tarifs les plus bas d'Europe ; au cours des années 1997 à 2000, ils ont diminué de 14 %, transférant sur nos clients 7,5 milliards d'euros de pouvoir d'achat. Mais aujourd'hui ces paradigmes ont totalement changé.

L'ouverture du marché, la fin du monopole, « désoptimisent » complètement cette construction parfaite. Tout d'abord, les clients jadis qui supportaient le risque du monopole sont ceux qui font désormais courir à l'entreprise, à tout moment, le risque qu'ils choisissent, d'un « click » de souris, un autre producteur. De la même façon, pendant la construction du parc électronucléaire, au motif que nous étions une entreprise publique complètement adossée, nous pouvions nous permettre de supporter une charge de dette de 200 milliards de francs, équivalente à notre chiffre d'affaires, sans que cela affecte le coût de nos ressources. Aujourd'hui, tout en conservant notre statut d'entreprise publique, avec la même participation de l'Etat et la même forme juridique d'établissement public, les organismes prêteurs se déterminent en fonction du rapport entre les fonds propres et la dette nette.

C'est dire qu'à l'examen de deux grandes périodes d'investissements de l'entreprise - le programme électronucléaire dans la décennie 1970-1980 et le programme d'acquisitions européennes au cours des dernières années - l'on constate deux attitudes totalement différentes. Le programme nucléaire a pu être financé par l'emprunt et donc par les clients au travers des éléments tarifaires. Aujourd'hui, la situation a changé. Nos concurrents s'y sont préparés au cours des années 1990, en augmentant leurs tarifs et en constituant un trésor de guerre et, aujourd'hui, ils financent leur développement en se recentrant sur leurs activités énergétiques. Un conglomérat comme Eon est industriel, il se recentre progressivement sur l'énergie et trouve là les moyens de se financer. De 1993 à 2002, nous avons distribué à l'Etat 4,5 milliards d'euros, sous forme de prélèvements, rémunération du capital, puis dividendes alors que le résultat net inscrit dans les comptes de l'entreprise est simplement de 3,9 milliards d'euros. Alors que nous changions d'univers, passant du monopole à la concurrence, nous avons continué à baisser les tarifs, sans que cette baisse soit nécessairement en rapport avec la baisse des coûts, et à servir des dividendes à l'Etat au moment où nous avions besoin de ressources et au moment où nous avions des obligations

d'achat nouvelles, notamment celles liées à la cogénération voilà quelques années, et, aujourd'hui, aux énergies renouvelables.

Notre situation financière réclame que nous soyons attentifs sur la durée - pratiquement une décennie - à deux éléments : la diminution continue de notre excédent brut d'exploitation et le problème de nos fonds propres. Je mentionnerai quatre chiffres : 13 milliards de fonds propres, 25 milliards de dettes, 48 milliards de chiffre d'affaires et 145 milliards d'immobilisations   Treize milliards de fonds propres et 25 milliards de dettes face à 48 milliards de chiffre d'affaires montrent bien que, dans une industrie lourde comme la nôtre, la question n'est pas de savoir si nous sommes « surendettés », mais de constater que nous sommes plutôt « sous-capitalisés » Cela a toujours été un mal endémique de l'entreprise. Nous avons à déterminer une stratégie sévère en matière financière qui suppose une réduction forte de nos achats et le développement de synergies de groupe, le maintien de la masse salariale au niveau où elle est - ce que nous avons fait entre 2001 et 2002 -, une optimisation sérieuse de nos actifs ainsi que la renonciation à certains investissements. Ainsi, voilà un peu plus d'un an, nous avons renoncé à un investissement porteur en République Tchèque qui, pourtant, se présentait comme important pour l'Europe de l'énergie.

Enfin, je veux rassurer votre commission sur la situation en termes de trésorerie ou de solvabilité. Jamais elle n'a été menacée. Le taux de couverture de la dette par le *cash flow* est de 36 % ; le taux de couverture des frais financiers par le *cash flow* est de 9,5 %, en amélioration par rapport à l'année précédente. Je ne crois pas que ce soit susceptible de nourrir des inquiétudes.

Face à ces mutations, quelles furent les règles de gouvernance et les préoccupations rencontrées ? La première porte, bien entendu, sur la conciliation entre le service public et le marché. Nous avons organisé une démarche symétrique à celle impulsée par Marcel Boiteux dans les années 1960. A l'intérieur d'une économie de marché, nécessairement « court-termiste », nous avons, dans le secteur de l'énergie, à faire prévaloir une vision de plus long terme déterminée par un certain nombre d'enjeux de société. Je crois que nous avons aussi à prendre davantage en compte les problèmes de proximité.   Dans un pays où la densité de population est inférieure de moitié à celle de l'ensemble de l'Europe, la proximité est la qualité que tous nos clients plébiscitent - je rappelle que nous sommes l'entreprise préférée des Français, mois après mois, selon tous les baromètres. Nous l'avons mesuré dans ces enquêtes et dans le mouvement de solidarité qui unit à la fois nos personnels et nos clients en difficulté, pendant la tempête ou lors des inondations du Gard et des Cévennes. Je veux citer enfin la politique suivie à l'égard des plus démunis depuis très longtemps. En contrepartie, la qualité de service s'améliore et le délai de coupure a été divisé par sept au cours des vingt dernières années. Le temps moyen de coupure est de 51 minutes, ce qui constitue un record absolu en Europe occidentale. Je rappelle que nous avons investi dans le développement du service public, au cours des dernières années, 9 milliards d'euros à comparer avec les 12 milliards d'euros consacrés à notre croissance externe. Enfin, il n'y a pas de développement durable sans compatibilité entre la performance économique, la protection de l'environnement et le social. Il va de soi que ces changements ne peuvent se mener sans l'ensemble des personnels. Tel est le sens des accords passés dans l'entreprise, aussi bien celui de 1999 sur l'aménagement et la réduction du temps de travail, que ceux sur l'amiante ou l'insertion des handicapés, ou encore le relevé de conclusions en matière de retraites qui sera sans doute examiné à l'Assemblée nationale rapidement.

Le deuxième élément de la gouvernance est d'ordre commercial et organisationnel. Je ne fais que mentionner l'enjeu commercial   Le service public, par essence, c'est la livraison d'un produit unique standardisé à tous et dans les mêmes conditions pour chacun ; le marché, au contraire, appelle la segmentation des offres, la spécification des besoins et la détermination d'offres différenciées. L'un des problèmes à traiter sera celui du maintien de la péréquation tarifaire dans une économie de marché. La deuxième évolution est, bien sûr, la séparation

entre les commercialisateurs de Gaz de France et d'EDF, et entre le distributeur et le commercialisateur pour respecter la séparation des fonctions. C'est l'instauration avec RTE d'une entreprise au grand degré de technicité et à l'indépendance reconnue. C'est aussi la mise en place d'un opérateur commun de réseau avec Gaz de France qui regroupera les 65 000 personnes aujourd'hui affectées à la DEGS qui incarne à la fois la proximité, la technicité, la meilleure qualité de service et qui est la réponse à la question de la fusion entre EDF et Gaz de France.

Cet enjeu commercial est aussi un enjeu organisationnel. Notre organisation en branches et divisions est très décentralisée - pour une raison simple : en économie concurrentielle, plus le marché est ouvert, plus on doit attester d'une capacité de réaction auprès du client avec, dans le même temps, une stratégie à quinze ans , des plans à moyen terme à trois ans et une stratégie de budget annuel fondé sur des revues de performance.

Le dernier enjeu est celui de la transparence, de l'ouverture et de l'efficacité managériale. Lorsque je suis arrivé à la tête d'EDF, voilà cinq ans, ma feuille de route imposait comme première mission de mettre fin aux dysfonctionnements liés à la dyarchie qui existait entre président et directeur général. C'est d'ailleurs ce que la loi de 2000 a pris en compte en mettant fin à cette organisation aussi bien à Gaz de France qu'à EDF.

La deuxième mission a été de conforter les relations avec l'Etat en poursuivant la contractualisation, déjà à l' œ uvre depuis 1997. Elle a pris forme dans le contrat de groupe entre 2001 et 2003 qui rend explicites, tant les orientations fixées par l'Etat, que les obligations qui pèsent sur l'entreprise, ce qui, bien sûr, ne dispense d'aucune des relations bilatérales directes que nous avons avec les ministres, les directions du Trésor, la direction de l'énergie et des matières premières que nous rencontrons tous les mois, ainsi qu'avec l'ensemble de ceux qui représentent l'Etat, y compris le régulateur.

La troisième dimension a consisté à installer un vrai conseil d'administration qui se réunit tous les mois, ainsi qu'une commission d'investissements et des réunions *ad hoc* . Depuis 1999, ont été institués un comité d'audit, un comité de la stratégie et un comité d'éthique. Le conseil d'administration vote, prend de vraies décisions et l'ensemble de la politique suivie par l'entreprise est déterminé par ces décisions. Ce conseil s'est fixé un règlement intérieur et les délégations du conseil au président sont publiées au *Journal Officiel* . Entre les réunions d'EDF international, dont vous avez reçu le président, les réunions du conseil d'administration et les réunions informelles, il faut compter environ entre trente à trente-cinq réunions annuelles de l'organe de décision de l'entreprise.

Le dernier élément de cet ensemble est l'installation de trois directeurs généraux, l'un pour l'opérationnel, l'autre pour les finances, le troisième pour les ressources humaines et le changement, de façon à conforter l'efficacité des revues de performances, à s'assurer de la continuité de la stratégie et, surtout, à renforcer la responsabilité des directeurs de branches, responsables de l'opérationnel et de la continuité du service.

En conclusion, quand on s'intéresse à l'énergie et que l'on a en tête ce qui s'est produit en Californie, à Enron ou à nos collègues de British Energy, l'on mesure la chance que nous avons de posséder en France une entreprise intégrée, à l'échelle européenne, de tout temps centrée sur l'énergie et qui ne s'est pas égarée ailleurs ; un mix énergétique qui compose un élément de notre compétitivité, y compris avec le poids du nucléaire, et qui est porteur de valeurs. Je me réjouis que, sous votre responsabilité, la commission contribue à souligner les formidables enjeux et très grands atouts de cette entreprise symbolique.

**Mr. le Président** : L'exercice 2002 a montré un accroissement inquiétant de l'endettement, porté à 25,8 milliards d'euros, en progression de 16 %, mais également l'augmentation hors

bilan de 11,7 milliards d'euros alors que les fonds propres d'EDF restent limités à 13,8 milliards d'euros, soit 10 % seulement du passif. De quelle façon envisagez-vous de redresser la situation ?

**Mr. François ROUSSELY** : Notre dette a effectivement décru de 100 milliards de francs dans la période qui s'est achevée en 1996-1997. Elle est restée stable, en dessous de 100 milliards de francs et n'a crû que sous le coup de la croissance de nos acquisitions en Europe.

La dette nette est passée, en 2002, de 22 à 25 milliards d'euros, par le simple fait de l'acquisition de Seeboard d'un côté, et de la dette d'EnBW, de l'autre. Les engagements hors bilan sont un élément normal et classique de la gestion d'une entreprise qui répartit ses engagements dans le temps. Ils sont aussi un élément défensif ; lissant notre montée en puissance dans EnBW et Montedison, ces engagements sont destinés à empêcher quiconque, dans cette période, de contrarier notre prise de contrôle qui n'est assurée qu'au terme du processus. J'ajoute que, si ces engagements hors bilan sont mis en œuvre dans les années 2005 à 2007, ils se traduiront par la prise de contrôle majoritaire d'EnBW ou de la totalité d'Edison que nous n'avons, bien sûr, pas vocation à garder ; nous en revendrions 40 ou 50 %.

Donc, en termes de trajectoire financière, celle que nous avons annoncée en publiant les comptes, vise à faire de 2002 un point bas ; en 2005, nous obtiendrons un retour à une pente meilleure par une réduction des achats - dont les éléments chiffrés figurent dans les prévisions financières de chacune des entreprises, le maintien strict de la masse salariale et l'optimisation de notre stratégie d'actifs, c'est-à-dire un certain nombre de désinvestissements.

**Mr. le Président** : EDF détient désormais environ 45 % d'EnBW. Or, le président du directoire d'EnBW, le 9 mai dernier, dans le *Börsen Zeitung* , déclarait qu'une augmentation de capital était absolument nécessaire compte tenu de la situation financière de l'entreprise. Pensez-vous qu'EDF doive ajouter encore aux 4 milliards déjà investis ? Dans quelle perspective de rendement ?

**Mr. François ROUSSELY** : La perspective dans laquelle nous nous situons avec les co-actionnaires, qui détiennent le même pourcentage qu'EDF dans EnBW, à savoir les collectivités locales d'OEW, vise à introduire EnBW en bourse avant la fin 2004. C'est dans cette perspective que s'inscrit la déclaration que vous avez citée. Notre intention, en accord avec le nouveau dirigeant d'EnBW, M. Utz Classen, est de veiller à ce que la situation financière de l'entreprise, d'ici 2004, lui permette cette introduction en bourse et, ainsi, le financement de son développement. EnBW est une très grande entreprise qui elle-même consolide les comptes de plus d'une centaine de sociétés.

**Mr. le Président** : Vous avez employé, dans votre exposé liminaire, le terme de « cogénération ». EDF a signé, il y a quelques mois à Gonfreville, un contrat de cogénération à hauteur de 300 millions d'euros avec Total et d'autres partenaires.

**Mr. François ROUSSELY** : Il y a quelques années. La négociation a commencé en 1997, le contrat ayant été signé en 1998, je crois.

**Mr. le Président** : Les commissaires aux comptes entendus par la commission d'enquête ont reconnu qu'une provision de cent millions d'euros avait été passée. La somme est élevée. Pensez-vous possible de continuer dans ce type de cogénération ? Et si Total ne peut renégocier, n'y a-t-il pas un risque de perte ; si oui, à combien l'estimez-vous ?

Comme je l'ai souligné en introduction, nous voulons parler de la gouvernance des entreprises publiques - à redéfinir. Avant de prendre la décision initiale relative à Gonfreville sur ce type de contrat, avez-vous eu des contacts avec les ministres de tutelle et, si oui, quelles ont été leurs réactions ?

Enfin, il semble qu'un audit interne ait été demandé. En avez-vous les résultats ?

**Mr. François ROUSSELY** : Je suis d'une grande tranquillité à l'égard de ce sujet instruit, non par l'entreprise, mais par les ministres, dans les années 1997-1998, parce qu'il s'agissait d'un projet important régionalement et au plan technique. Pour un pétrolier, il s'agissait d'utiliser les brais issus du *cracking* pour, dans un système de cogénération, fabriquer tout à la fois de la vapeur et de l'électricité. En fonction de deux paramètres que sont le prix du pétrole - par conséquent celui des brais - et le prix de l'électricité, l'équilibre de l'ensemble n'est pas du tout le même.

J'ajoute que la pression qui pesait - et pèse toujours - sur les pétroliers est considérable, car s'ils n'utilisent pas ces brais, ils sont obligés de les brûler, ce qui les contraint à de très lourds investissements de protection de l'environnement. Dans la Vallée de la Seine, ce problème était crucial.

Je n'ai jamais eu à négocier et ce n'est d'ailleurs pas moi qui ait signé ce premier contrat. Le contrat, je crois qu'il a été signé par M. Pierret. La question de l'information de la tutelle ne me semble donc pas se poser.

Au fur et à mesure que les années passaient, le prix de l'électricité a baissé alors que le prix des brais augmentait, d'où un effet de ciseau. La rentabilité de l'opération est alors apparue à tout le moins problématique. La provision que nous avons passée vise simplement à constater l'écart qui résulte aujourd'hui des prix de l'électricité d'un côté, des brais de l'autre, par rapport aux prévisions. Nous sommes très clairement en négociation pour reconfigurer ce projet dans son ensemble.

J'ai demandé un audit pour approcher au plus près les évolutions de prix. Nous sommes en négociation avec Total. Nous échangeons sur des données d'une grande simplicité, et nous ne sommes pas en conflit. Il s'agit de définir l'évolution prévisible du prix du pétrole et des techniques de cracking comme l'évolution du prix de l'électricité.

Nous nous interrogeons pour savoir si, utilisant les résidus du pétrole, nous pourrons fabriquer de l'électricité dans de bonnes conditions. Nous le pensions jusqu'à présent. Cela nous semble aujourd'hui moins évident. Entre 1997 et 2003, les prix relatifs ont considérablement évolué. Voilà toute l'économie de Gonfreville.

**Mr. le Président** : Avant de vous recevoir, nous avons beaucoup débattu sur les investissements internationaux.

Au vu des chiffres, on constate beaucoup de pertes, on remarque que l'on élève considérablement les engagements hors bilan et la dette, donc les risques qui pèsent sur l'entreprise.

Comment ces acquisitions ou ces investissements internationaux ont-ils été décidés, sachant que la tutelle, ici entendue, a expliqué qu'elle avait émis un avis négatif sur la quasi-totalité des projets ?

Sur la gouvernance des entreprises publiques, j'aimerais revenir sur un épisode qui me paraît important, tant pour EDF que pour les relations franco-italiennes. Les acquisitions d'EDF en Italie ont été faites en deux temps. Premier temps : lorsque vous avez souhaité entrer dans le capital de Montedison, il semble que, ni la tutelle, ni le conseil d'administration n'aient été informés, et ont appris la nouvelle par la presse, avec les conséquences diplomatiques qui s'en sont suivies.

Arrive le second temps où l'on essaye de rattraper les choses. On essaye d'avoir Fiat avec nous et on lui consent des avantages qui me paraissent, personnellement, quelque peu exorbitants. J'en citerai deux : l'achat de Fenice à hauteur de 600 millions d'euros. Les commissaires aux comptes ont fait passer une provision pour survaleur de 450 millions d'euros. Pourquoi acquiert-on Fenice à ce prix ? Pour Edison, on semble avoir consenti à Fiat une option de vente à 75 % au-dessus du prix d'achat par Fiat. Il y a deux solutions. Si l'entreprise marche, Fiat fait d'énormes bénéfices, ce qui est normal ; si l'entreprise ne marche pas, Fiat fait encore des bénéfices, mais cette fois, au détriment d'EDF. Que pensez-vous de cette analyse ?

**Mr. François ROUSSELY** : Je ne vois pas un seul cas ou les représentants de l'Etat, c'est-à-dire les ministres, n'aient pas approuvé les investissements évoqués. Ces investissements n'auraient pu être réalisés si cela n'avait pas été le cas. Je puis en citer un nombre considérable, de même, Jacques Chauvin. Nous pouvons citer CEZ, de notre propre chef, ou Gerasul au Brésil, pour prendre un exemple ministériel. Concernant Gerasul, cinq minutes avant que nous remettions notre offre, le ministre a pensé qu'il ne fallait pas faire cet investissement. Nous ne l'avons donc pas fait.

Il existe deux cas de figure.

Vous faites peut-être référence au fait que les représentants de telle ou telle direction, de tel ou tel service ont pu, au cours de l'instruction, faire part de leurs préoccupations ; pour Edenor, ils ont considéré, début avril 2001, que ce n'était pas le bon moment ou que les clauses n'étaient pas les bonnes. Nous avons alors renégocié, introduit des clauses de partage des risques en termes de change, etc. En mai 2001, le ministre a donné son autorisation.

Il est tout à fait légitime que les fonctionnaires viennent à faire part de leurs positions intermédiaires, mais EDF, en dernière analyse, a mis en œuvre ce qui fut autorisé par des ministres ! Je ne connais pas d'exemple, même dans le cas italien, où nous aurions procédé à un investissement sans l'autorisation du ministre.

Comment décide-t-on ? J'ignore comment procédaient mes prédécesseurs et je me garderai bien, à la fois par courtoisie et déontologie, de revenir sur ces aspects. En revanche, je puis dire ce que nous faisons depuis 1999, sous des formes différentes.

Nous avons saisi le conseil d'administration qui s'est réuni une première fois en juin 2000 sur notre stratégie. Le conseil ne l'ayant pas trouvée suffisamment explicite, nous nous sommes réunis en novembre et en décembre 2000. Le conseil d'administration a approuvé la stratégie d'EDF, notamment son développement international, lequel impliquait un développement en Europe et, donc, la liste des pays formant nos cibles prioritaires. Dans cette liste de pays, l'Italie figurait explicitement. Le vote et la position de l'entreprise étaient à ce point explicites, que cela a dû apparaître de bon sens à l'Etat et que, dans le contrat de groupe, document par lequel les ministres fixaient à l'entreprise leurs orientations, l'Italie figurait au titre de première priorité. Je rappelle que le contrat de groupe a été signé en mars 2001. Vous y trouverez la mention de l'Italie.

Nous avons donc mis en place un processus au titre duquel tous les ans, au mois de janvier, le conseil traite un plan de développement stratégique à quinze ans et le réaligne. Au mois de juin, le conseil examine un processus de plan à moyen terme qui décrit les trois années suivantes La première de ces trois années est, bien sûr, l'année budgétaire, également étudiée dans le cadre du conseil

J'en viens à votre question sur l'Italie. Depuis 1999, nous voulions aller dans ce pays, ou les prix sont 60 % plus élevés qu'en France. Nos exportations représentent 15 % du marché italien. Nous avons une coopération avec Edison dans deux centrales, à Piombino et à Tarente, qui sont, sans doute, les investissements techniques et financiers les plus rentables du groupe. Notre coopération est ancienne et longue avec des clients, notamment dans la région de Brescia, région d'implantation d'aciéristes qui sont des consommateurs d'électricité particulièrement vigilants et rigoureux. L'Italie présente donc une grande attractivité

Pour des raisons totalement indépendantes d'EDF et du marché de l'énergie, les actionnaires de Generali, dont Mediobanca, au cours de l'assemblée générale de Generali, ont pensé restructurer leur participation Tout cela, me direz-vous, est très éloigné des préoccupations d'EDF, si ce n'est que Mediobanca et d'autres actionnaires détenaient, dans leur portefeuille, des actions de Montedison Fin avril, des intermédiaires bancaires sont venus nous proposer 2 % de Montedison Le contrat de groupe avait été signé un mois auparavant Nous avions délibéré pendant une année sur nos priorités en Italie Nous n'étions pas dans une privatisation, nous ne nous placions pas dans un processus normé et prévisible. Du jour au lendemain, l'occasion s'est présentée d'acquérir 2 % de Montedison, la société qui détenait Edison, la seule qui nous intéressait.

J'ai pris la décision d'acquérir ces 2 % comme un acte conservatoire de toute autre décision, prêt à revendre si quelqu'un me disait que ce n'était pas le bon investissement. Nous l'avons achetée au prix du marché, dans des conditions de régularité, par définition, totales Nous avions les moyens, puisque cet achat était prévu dans notre plan stratégique ; au surplus, l'Italie constituait notre première priorité Il est vrai que nous étions au début du mois de mai, cela n'a pas empêché les banquiers de travailler C'est ainsi que nous avons acquis le début de notre participation à Montedison. Ce que nous ne pouvions pas imaginer, c'est qu'ayant déclaré cet achat quelques jours plus tard à la Consob, s œ ur italienne de la COB, le ministre italien s'en serait ému au prétexte que nous étions une entreprise publique - la belle affaire ! Que je sache, le traité de Rome n'interdit pas aux entreprises publiques de prendre des participations.

**Mr. le Président** : Notre question n'est pas là.

En dehors d'EDF, nous avons rencontré d'autres responsables d'entreprises Nous nous intéressons au rapport entre le Trésor et un président d'entreprise publique qui achète sans en référer

Une lettre de Laurent Fabius et Christian Pierret précise : « *Par lettre du 16 mai dernier, EDF nous a informés des conditions dans lesquelles l'entreprise souhaite prendre une participation dans le capital du groupe italien Montedison.*

*Nous prenons acte de la prise de participation déjà effectuée et de la montée en cours à 20 % Nous déplorons très vivement l'absence de saisine préalable pour un engagement financier aussi important dans le contexte communautaire que vous connaissez* »

Le directeur du Trésor Jean-Pierre Jouyet, sous l'objet « Investissement d'EDF en Italie » a précisé par courrier au ministre : « *Les dirigeants d'EDF viennent de m'informer, cet après-midi, d'une prise de participation d'EDF au capital du groupe italien Montedison ... Il n'est pas*

*possible de tolérer ces dérives dans les investissements internationaux d'entreprises*
*publiques, alors que nous sommes surveillés de très près sur le marché européen »*

L'idée, c'est que vous avez saisi une opportunité en vous disant qu'il convenait de la saisir.

**Mr. François ROUSSELY** : Il suffit de lire le rapport de la cour des comptes qui décrit, jour
après jour, cette opération. Je n'ai rien à cacher. Le ministre me dit que c'est inacceptable ; je
lui avais écrit trois jours avant, pour lui indiquer que je n'étais pas particulièrement heureux
des conditions dans lesquelles les événements s'étaient déroulés.

Je vous ai parlé de la fin avril, du franchissement du seuil de 2 % aux alentours du 1 er mai.
Nous avons immédiatement pris rendez-vous et téléphoné au représentant de la direction du
Trésor, au chef de service des participations que vous avez entendu, Nicolas Jachiet, alors
représentant du Trésor au sein même du conseil d'administration, pour lui dire où nous en
étions. Nous étions engagés dans une opération boursière ; nous ne savions absolument pas
si nous allions récupérer 2 % - EDF compte, dans ses participations financières, 2 % de
Pechiney, des titres d'Arcelor et toute une série d'actifs - ou si, au contraire, la dislocation du
portefeuille d'actions de Montedison allait être telle que l'ouverture que nous attendions en
Italie allait se réaliser. Cela s'est passé, jour après jour, au cours d'une opération
boursière. Aussitôt passé le seuil des 3 %, nous avons prévenu et discuté. Les lettres
auxquelles vous faites allusion existent bel et bien. La question que nous devons nous poser
se formule ainsi : dans une opération de bourse, quel type de relations entretenir avec le
Trésor ? En l'occurrence , au début du mois de mai, comment saisir l'opportunité ? On peut
nous rétorquer qu'il fallait la laisser passer. Peut-être. Mais personne n'a dit, pas même Jean-
Pierre Jouyet lorsque vous l'avez entendu, que c'était là un mauvais investissement ; au
contraire, il vous a indiqué que, sur le fond, il s'agissait d'un bon investissement.

A l'occasion de la réorganisation du marché italien, constituer le deuxième pôle énergétique
de ce pays autour d'Edison et d'EDF relevait du bon sens et l'on peut, sur ce point, interroger
tous les consommateurs italiens, qu'ils soient européens ou autres.

Je concède que le mécanisme ait pu paraître imparfait aux yeux du ministre, mais toute la
procédure préalable avait un sens. Il en eût été différemment si nous n'avions pas indiqué que
l'Italie nous intéressait ou si les ministres n'avaient pas signé le contrat précisant que l'Italie
était la première priorité d'EDF. Voilà une occasion qui se présente au prix du marché, dans
un pays que nous avions indiqué un mois auparavant comme notre première cible, et ce,
dans le cadre de nos moyens, car nous n'avons pas investi hors de nos enveloppes.
Reconnaissons toutefois que cette première étape n'a pas été formellement satisfaisante.

Pour le reste de la procédure, le ministre a souhaité que nous retombions de 23 % à 20 %.
Nous avons vendu les 3 %. Dans la suite du processus, la réaction fut imprévue. A ce titre, j'ai
plus le sentiment d'avoir été la victime que l'auteur de quelque chose. On construit l'Europe
de l'énergie, nous avons tous des euros dans les poches. Et voilà un gouvernement qui
déclare que, dans la mesure où nous sommes une entreprise publique et détenteurs de 20 %
du capital d'une société, nous n'aurons que 2 % des droits de vote. C'était relativement
imprévu, en tout cas totalement irrégulier au point que la commission européenne, avec un an
de retard - on peut le comprendre - s'en est saisie et ne manquera pas, le moment venu, de
saisir la cour de justice sur ces sujets.

Que nous restait-il à faire ? Nous étions dans le pays dans lequel nous voulions développer
notre activité. Il nous appartenait de rechercher les acteurs les plus italiens pour être plus
italiens que la moyenne. Nous avons retenu le premier industriel du pays, qui est Fiat, et les
quatre premières banques italiennes, qui sont devenues nos coactionnaires. Fiat n'était pas
alors dans la situation industrielle actuelle, mais elle ne souhaitait pas sortir de cash. Elle avait

une société de services énergétiques, Fenice, dont nous avions déjà envisagé l'acquisition, à travers notre filiale Dalkia. L'une des deux banques estimait à plus de 450 millions d'euros la valeur médiane de cette société. Echanger la moitié de notre participation dans Montedison contre l'achat de Fenice ne nous a pas semblé un mauvais calcul. Cela at-il engendré un *goodwill* important ? Je sais que c'est l'un des sujets qui vous préoccupe ; c'est assez légitime.

On mesure le *goodwill* à la différence entre le prix d'acquisition et la valeur de l'actif net. La valeur de l'actif net dans une société de services, qui plus est interne à Fiat, n'était pas très importante. Le *goodwill* est donc important. Les plans d'affaires à venir dans ce secteur nous laissent à penser que nous avons acheté au bon prix. Toutefois, si les business plan ne sont pas au rendez-vous, il nous appartiendra, le moment venu - et les commissaires aux comptes seront les premiers à nous le dire - de passer les dépréciations et les provisions nécessaires. Ce n'est pas le cas dans les comptes 2002. Les commissaires aux comptes ont certifié que la valeur attribuée à Fenice était élevée. J'ajoute que Dalkia est une des sociétés prépondérantes parmi les sociétés de services énergétiques et qu'il nous semblait cohérent, dans l'idée d'occuper une position en Italie, de créer une synergie entre Dalkia et Fenice. C'est ainsi que nous avons négocié notre position. Je précise que l'inscription aux comptes d'un engagement hors bilan, lié à ce système de *puts et de calls*, est juste destinée à signifier que les quatre principales banques italiennes n'ont pas vocation à rester indéfiniment les actionnaires d'un groupe énergétique et, qu'à l'horizon 2005, les liens de Fiat avec General Motors se dénoueront. Si Fiat sort de l'automobile pour rester dans l'industrie et dans l'électricité, par définition, nos engagements hors bilan ne se matérialiseront pas. Si, en revanche, Fiat reste dans l'automobile, voire, pour améliorer sa situation financière dans l'automobile, envisage de sortir de l'électricité, nous pensons que c'est plutôt à EDF que Fiat doit vendre, plutôt qu'à l'un de nos concurrents. Tel est le sens des engagements hors bilan. Nous paierons alors à la valeur du business plan en 2005 et à la mesure du redressement que l'on aura établi dans cette industrie. Un délai de deux ou trois ans sépare, en général, la valeur d'acquisition du moment où les synergies majeures peuvent se développer, d'autant qu'il s'agit d'une industrie lourde.

**Mr. le Président** : Qu'en est-il de l'option de vente à 75 % au-dessus du prix de vente par Fiat ?

**Mr. François ROUSSELY** : Elle s'explique encore une fois par la perspective de l'évolution du prix de l'électricité sur le marché italien.

**Mr. Pierre DUCOUT** : M. Alphandéry a rappelé, devant notre commission d'enquête, l'intérêt indéniable que représentait pour EDF une présence en Amérique du sud depuis dix ans maintenant, mais a fortement critiqué la montée en puissance dans le capital en Argentine avec Edenor dans une période où les risques étaient déjà perceptibles.

Pouvez-vous détailler l'intérêt opérationnel qui s'attachait à cette montée en puissance, l'appréciation, je suppose raisonnée, des risques pris en fonction des critères de l'époque et l'évaluation que vous devez faire de retour sur investissement, dans une période d'éclaircie en Argentine ?

J'ai lu récemment dans la presse une analyse sur les services publics européens mettant en exergue la position un peu difficile de la France, qui est à la fois protectionniste et agressive. Dans ce contexte quelque peu négatif, considérez-vous que les difficultés relationnelles avec l'Espagne, liées à la non traversée des Pyrénées par la ligne à très haute tension pour fournir l'électricité à l'Espagne, ont eu ou auront encore un impact financier et politique ?

**M. Jean-Claude SANDRIER** : M. le Président, pensiez-vous indispensable qu'EDF investisse en Amérique du Sud ? Une fois ces investissements effectués, pensiez-vous, à un moment ou à un autre, vous retirer ? En ce cas, quelles auraient été les conséquences, à la fois pour EDF et pour les pays concernés ?

Le développement et l'amélioration du service public EDF en France - je ne veux me placer que de ce seul point de vue - demande-t-il une course effrénée aux investissements, aux prises de participation, aux acquisitions à l'étranger, dont on sait évidemment le caractère aléatoire ? Par ce type de politique et d'orientation, aurons-nous demain la possibilité de développer un programme électronucléaire à la dimension développée, dans notre pays et aura-t-on, demain, la même vigilance pour son entretien ? Autrement dit, la course aux gains sur les marchés ne risque-t-elle pas de se réaliser au détriment des investissements, de la sécurité et du service rendu à nos concitoyens ? C'est le point essentiel.

Enfin, une dernière question sur la gouvernance, de manière un peu abrupte et caricaturale. Croyez-vous qu'il faille écarter les syndicats des conseils d'administration, du moins de la gestion directe de l'entreprise ?

**M. Philippe AUBERGER** : M. le Président, quel est le montant des provisions pour démantèlement des installations nucléaires, dans le bilan d'EDF ?

Dans le débat, ou vous situez-vous sur la durée de vie des installations nucléaires ? Où en êtes-vous dans vos échanges avec la commission de sûreté nucléaire sur ce point ?

Ces provisions sont-elles immobilisées ou sont-elles liquides ? Dans le premier cas, de quelle façon sont-elles immobilisées ? Des participations étrangères ont-elles été souscrites grâce à ces provisions ?

**Mr. François ROUSSELY** : Jacques Chauvin répondra en partie aux questions de M. Auberger.

Mr Ducout, deux ou trois décisions sont intervenues en Amérique latine après l'acquisition, en 1992, d'Edenor. En mars 1999, Endesa, notre collègue espagnol, a pris le contrôle d'Enersis, une entreprise chilienne qui présentait la caractéristique de détenir l'autre moitié d'Edenor. Cette dernière, comme son nom ne vous l'indique peut-être pas, traite la moitié nord de Buenos-Aires. Edesur était détenue par une entreprise chilienne, laquelle est devenue une filiale d'Endesa ; Endesa étant aussi avec nous dans Edenor. Le projet du gouvernement argentin consistant en une société pour le nord, une autre pour le sud de Buenos-Aires, se trouve quelque peu mis en échec.

Au fur et à mesure - on le voit en mars-avril 1999 - Endesa projette son développement en pensant à Edesur plutôt qu'à Edenor. Notamment, elle crée une société de services. Elle conçoit son développement selon des critères totalement différents des nôtres. Dans le courant du printemps 1999, des aléas climatiques engendrent plusieurs pannes sur le réseau de Buenos-Aires qui nous font entrevoir la nécessité de faire des investissements pour sécuriser les réseaux. Nos amis d'Endesa se disent favorables à la distribution de dividendes, non à l'investissement. Nous commençons à voir poindre des conflits dans la gestion d'une entreprise, remarquable par ailleurs à tous égards. En 1999, à un moment où la situation de l'Argentine n'était pas du tout celle que l'on connaît aujourd'hui, à un moment où il était inscrit dans la constitution qu'un peso égalait un dollar, les préoccupations d'Endesa étaient d'une toute autre nature que les nôtres. C'est pourquoi nous avons pressenti les difficultés à poursuivre une collaboration. D'ailleurs, certains des observateurs faisaient valoir que les participations minoritaires qu'EDF détenait dans Edenor, Light au Brésil, ou ailleurs, n'étaient

pas viables sur la durée. Lorsque l'on arrête des choix d'investissements dans la durée, il est préférable de s'en assurer le contrôle.

L'audit que nous avons fait réaliser au printemps 2000 a conforté l'idée que nous devions investir et qu'il fallait fixer des modalités de gouvernance un peu plus sérieuses. Au cours du début de l'année 2000, nous avons donc commencé à négocier avec Endesa, négociations difficiles qui ont abouti, à la fin de l'année 2000 - au début 2001. C'est à ce moment-là que la direction du Trésor nous a interrogés sur la bonne tenue de l'accord, demandant s'il prenait en compte les évolutions du « risque pays » Forts de ces observations, nous avons renégocié les conditions par lesquelles nous devions partager le risque de change avec Endesa, à telle enseigne que subsiste un contentieux, puisque notre accord a été conclu à la limite de la date prévue. Voilà les conditions dans lesquelles nous avons cherché à progresser dans le capital d'Edenor, pour des raisons qui me paraissent respectueuses des nécessités de la politique d'investissement qu'il y avait à mener, et de la réalité managériale Cette société était quasiment bloquée, puisque son management était partagé. Ceux des parlementaires qui ont visité la société à ce moment-là le savent bien.

Premièrement, on ne pouvait prévoir l'effondrement total de l'économie. Il ne s'agissait pas d'une perte de change ; tout à coup, là où il fallait avoir un peso pour avoir un dollar, il en a fallu 3,4. Nous ne nous situions pas dans les évolutions de change que l'on connaît habituellement au Brésil par exemple, où l'on enregistre des dévaluations de l'ordre de 20 à 30 % Un pays a complètement disparu avec les effets induits, y compris sur nos propres tarifs et sur l'environnement réglementaire qui était le nôtre

Nous en avons tenu compte, mais lorsque nous avons commencé à négocier, en 2000, on ne pouvait faire d'autres prévisions.

J'en viens au service public européen et au positionnement des uns et des autres. Un stéréotype est souvent repris : « protégés à l'intérieur, agressifs à l'extérieur » Marcel Boiteux utilise une expression très intelligente, selon laquelle tous les autres pays européens ont ouvert le capital de leur entreprise et ont fermé le marché Ils se donnent ainsi l'apparence de la libéralisation !

EDF a procédé à l'inverse en ouvrant son marché, les interconnexions sont complètement libérées, nous avons un régulateur totalement indépendant, un gestionnaire du réseau de transport avec des tarifs arrêtés selon le principe des timbres postes, indépendamment de la distance. C'est dire que notre marché, y compris géographiquement, est complètement ouvert Si nous avons perdu 17 % de clients éligibles, c'est parce que nos concurrents ont eu accès à notre réseau. Mais, au prétexte que le capital d'EDF n'est pas ouvert, on lui intente le procès selon lequel l'entreprise serait frileuse. C'est pourquoi je mets en avant les progrès réalisés l'an dernier à partir du sommet de Barcelone, en mars, et du sommet de Bruxelles, en novembre, qui fixe un échéancier : au 1 er juillet 2004, 70 % de notre marché sera ouvert ; le reste le sera au 1 er juillet 2007 Cela, pour le cadre général

La non réalisation de la jonction Cazaril-Aragon at-elle été préjudiciable à nos relations avec l'Espagne ? Certainement, en tout cas pour l'entreprise qui doit supporter un dédit très élevé. Si nous ne réalisons pas l'interconnexion avant 2005, des pénalités extrêmement lourdes pèseront sur l'entreprise C'est pourquoi nous sommes si attachés à trouver une solution de remplacement qui utiliserait le trajet du TGV entre Montpellier et Barcelone. C'est aussi pourquoi nous avons procédé au renforcement du poste de Baixas dans le sud de Montpellier pour passer une ligne à 400 000 volts. Cela étant, la réalité m'oblige à dire que les déclarations et les positions des représentants de la région, comme du Conseil général des Pyrénées-orientales, ne me laissent pas totalement optimiste sur la réalisation de cette ligne

Pourquoi aller en Amérique latine ? La décision prise par mes prédécesseurs dans les années 1992 pour l'Argentine, 1996 pour le Brésil, a été fondée sur une raison simple. L'industrie électrique est d'une grande simplicité : elle est directement liée à l'évolution de la démographie et aux besoins de la population. On sait qu'il existe une corrélation mathématique, c'est même l'une des corrélations statistiques les mieux établies, entre l'évolution de la population, l'espérance de vie et la consommation d'électricité. Dans les pays européens, la consommation d'électricité croît de 1,5 à 2 % par an ; en Amérique latine, de 4 à 6 % ; en Chine, de 8 à 12 % par an. Sur le thème des relais de croissance, mes prédécesseurs avaient bien fait d'aller en Amérique latine, d'autant que l'électricité n'est pas un produit comme un autre. Nos réalisations dans les favelas de Rio, dans les quartiers pauvres de Buenos-Aires sont aussi des actions de service public. Le programme Luisi Campo que nous poursuivons au Brésil avec Light est analogue à ce que nous avons réalisé dans les années 1960 en France pour permettre à chacun d'accéder à l'électricité. Les programmes d'alphabétisation, les programmes d'électrification des crèches, de services sociaux, me paraissent s'inscrire dans la droite ligne des valeurs que l'on porte dans cette entreprise depuis un demi-siècle. Devons-nous nous retirer ? Il est bien évident que, si la situation financière devait se dégrader dans l'un de ces pays de façon continue, EDF, même si elle est une entreprise publique, n'a pas vocation à enregistrer des pertes indéfinies qui pèseraient sur le reste de son activité. Ce n'est pas le cas d'Edenor, dont le résultat d'exploitation pour 2002 est positif, mais les charges financières liées aux pertes de change sont négatives. La diminution du chiffre d'affaires est inférieure à 2 %. Le taux d'impayés est inférieur à 2 % à Edenor. C'est l'un des taux d'impayés les plus faibles de toute l'entreprise. La qualité et la continuité du service sont assurées. J'espère que les nouvelles circonstances politiques feront que nous pourrons poursuivre notre activité en Amérique du sud.

S'agissant du programme nucléaire et du développement du service public en France, notre développement international, à plus de 90 % en Europe, ne se fait pas à son détriment. Sur les deux dernières années, il convient d'avoir en tête deux ordres de grandeur : 11,6 milliards d'euros dépensés au titre de notre croissance externe ; 9 milliards d'euros pour le développement du service public en France. L'équilibre est véritable.

Dans les circonstances de compétition et donc de plus grande productivité, la sécurité du parc électronucléaire est-elle mise en danger ? A aucun moment ! Même si nous nous sommes parfois interrogés sur le remplacement préventif de tel ou tel élément en pensant que nous pourrions nous en passer, s'il apparaissait - ce qui s'est parfois produit - que tel projet aurait pu mettre en danger ou simplement ne pas être conforme à l'idée que nous nous faisions de la sécurité et de la sûreté, nous y avons renoncé.

Je n'ai pas eu à connaître de problème de confidentialité avec les organisations syndicales au sein du conseil d'administration. Les deux tiers des administrateurs représentent l'Etat ou sont nommés par l'Etat, un tiers représente les personnels. Ils sont sans doute ceux qui connaissent le mieux l'entreprise et qui sont les plus attachés aux intérêts sociaux de l'entreprise. Je ne rencontre aucun problème à ce titre. Cela étant, le conseil d'administration d'EDF ne connaît pas la même composition syndicale que celui de France Télécom. Peut-être est-ce plus facile pour moi que ce ne l'a été pour les présidents de France Télécom.

**Mr. Jacques CHAUVIN** : Les provisions pour déconstruction des centrales, à fin 2002, ont été comptabilisées à hauteur de 12,4 milliards d'euros.

Je rappelle d'une phrase l'objectif des provisions : permettre de rembourser des emprunts pour dégager des capacités d'emprunts ultérieures et investir dans des actifs, dont la rentabilité doit ménager une liquidité permettant d'honorer nos engagements futurs. Toutefois, se pose un problème de liquidité pour honorer ces engagements. C'est la raison pour laquelle l'entreprise a décidé, avec l'accord de sa tutelle, de constituer des actifs dédiés, liquides.

Cette création a fait l'objet d'une étude préalable de stratégie d'allocations d'actifs à long terme, qui a débouché sur une partition d'actifs financiers en actions internationales et obligations internationales. Des mandats par lots ont été donnés à des banques, EDF n'ayant pas de savoir-faire particulier dans la gestion des actions. Il est bien entendu que cette liquidité évoluera au fur et à mesure que nous nous rapprocherons des échéances de déconstruction. Autant, dans un temps relativement éloigné de la déconstruction des centrales, le portefeuille d'actifs dédiés peut comporter des actions, autant se rapprochant des échéances, ce portefeuille aura moins de risques et comprendra essentiellement des obligations, voire des valeurs monétaires.

**M. Jacques MASDEU-ARUS** : En juillet 2002, vous avez été auditionné par la commission de la production et des échanges. Vous déclariez, à propos de l'acquisition d'Edenor, n'avoir « *jamais entendu évoquer dans l'entreprise une éventuelle opposition de la direction du Trésor à cette acquisition* ». Tout à l'heure, répondant à une question, il m'a semblé que vous aviez eu quelque information à ce sujet. Ici même, M. Pierre Jouyet indiquait : « *S'agissant d'Edenor, ma réponse sera extrêmement claire : le Trésor a fait savoir qu'il fallait attendre avant de réaliser cet investissement. Je tiens d'ailleurs à la disposition de cette commission mes annotations qui ont été faites sur ce projet. Le Trésor a donc fait savoir qu'il fallait attendre que la situation soit stabilisée, mais elle n'a pas été suivie.* » Je ne parle pas de l'affaire en Argentine et de ce que vous avez très justement indiqué des investissements réalisés en 1992.

En ce qui concerne l'Italie, entendu par la commission des finances au mois de septembre et interrogé sur l'existence d'engagements hors bilan dans ce pays, vous avez refusé d'en reconnaître la réalité. Votre réponse, sur ce point, a conduit notre collègue, Yves Deniau, à prendre solennellement acte du fait que vous indiquiez à la commission qu'il n'existait pas d'engagement hors bilan pour ce pays. Reprenant ensuite la parole, vous ne l'avez pas démenti. Mais aujourd'hui, les comptes 2002 font état d'engagements hors bilan, en Italie, d'un montant de 4 852 millions d'euros.

En ce qui concerne l'Allemagne, lors de votre audition en septembre 2002 par la commission des finances, vous aviez refusé de reconnaître l'existence d'un pacte d'actionnaires, établissant une garantie de dividendes au profit d'EnBW, partenaire d'EDF dans EnBW.

Les comptes d'EDF pour 2002, rendus publics en mars dernier, font état d'une garantie de dividendes minimum de 100 millions de deutschemarks au profit d'OEW consentis le 26 juillet 2000, qui s'inscrit dans un ensemble d'engagements hors bilan concernant EnBW, d'un montant de 2 918 millions d'euros. Sur ces deux seules opérations en Allemagne et en Italie, ce sont donc des engagements hors bilan d'un montant total de 7,77 milliards d'euros, soit 51 milliards de francs.

Au sujet de Gonfreville, toujours entendu par la commission de la production et des échanges, vous déclariez : « *Aucun élément ne permet de douter du bon avancement du projet de cogénération à Gonfreville.* »

Très peu de mois après, les comptes pour 2002 font apparaître, au titre des provisions pour autres risques, une provision de perte sur un projet de centrale de cogénération. L'un de vos commissaires aux comptes, M. Lebrun, a précisé à notre commission d'enquête qu'il s'agissait d'une provision de 100 millions d'euros destinée à couvrir la perte prévue sur Gonfreville.

Je souhaiterais vous poser trois questions avant de revenir plus en détail sur le développement international d'EDF.

Pourquoi n'avez-vous pas répondu à la représentation nationale sur la position ministérielle concernant Edenor et le projet de Gonfreville ? Sans doute, ne nous serions-nous pas interrogés sur le bilan d'EDF

Enfin, nous avons entendu de nombreuses personnalités qui nous ont fait part de leur vive inquiétude sur la situation financière d'EDF. Comment ne pas être inquiet, aujourd'hui, au vu de déclarations contradictoires ?

**M. Jean-Pierre BALLIGAND** : Pour faire suite à l'intervention de mon collègue, Masdeu-Arus : selon l'expérience que j'ai des avis du Trésor dans une grande entreprise publique, en l'occurrence à la Caisse des dépôts et consignations, il ressort que je n'ai jamais eu le souvenir d'un avis favorable sur les croissances externes, les paris de développement, ce qui a d'ailleurs valu au Président de notre commission de poser une question à Daniel Lebègue sur l'achat d'une société de gestion d'actifs. Le Trésor a toujours eu des avis défavorables. Par conséquent, je ne suis pas certain - vous me permettrez d'avoir ce sentiment, n'étant pas de cette administration - qu'il ait toujours une vision de la stratégie industrielle des établissements En revanche, il fait preuve d'une grande prudence C'est le moins que l'on puisse dire, en particulier lorsqu'il s'agit de se positionner au niveau européen C'est là presque une boutade et un témoignage tout à fait personnels

Ma première question portera sur la gouvernance, la seconde sur les problèmes de proximité territoriale pour EDF.

Sur la gouvernance, de toute évidence, beaucoup de progrès ont été réalisés à EDF du point de vue de la tenue des conseils d'administration Des comités d'audit, éthique et stratégie ont été constitués. Soyons francs, dans beaucoup d'entreprises publiques, il n'y a pas eu non plus, jusqu'à récemment, une structuration très forte de ces organes

Autant on peut considérer que des progrès sont intervenus ces dernières années - à mettre à votre actif comme à celui de votre prédécesseur direct, M. Alphandéry - autant je m'interroge sur ce qu'il convient de faire Il faut que nous réfléchissions à l'avenir des entreprises publiques, quelles que soient nos options. Selon vous, que faut-il faire pour assurer une meilleure gouvernance, autour de deux thèmes :

- en interne, dans l'organisation même de l'autocontrôle dans l'entreprise, en particulier entre conseil d'administration et les différentes structures. Que pensez-vous de la mise en place de conseils de surveillance avec directoire, qui se traduit par une séparation nette entre management d'un côté, contrôle de l'autre ?

- dans la relation entre l'actionnaire Etat et les entreprises, une initiative a été prise, suite au rapport de M. Barbier de La Serre, par le ministre de l'économie. Nous aimerions avoir votre point de vue sur la création de cette Agence des participations. Permettra-t-elle d'assurer la cohérence de l'Etat actionnaire ? Toutes les personnalités auditionnées ont attesté du besoin d'un chef de file qui exprime le point de vue de l'Etat actionnaire et ont déploré l'éclatement actuel de la représentation étatique

Se pose également le problème de l'autonomie de gestion de l'entreprise publique par rapport à l'Etat actionnaire. Pour les affaires italiennes, par exemple - d'autres personnalités que vous-même nous l'ont confirmé - l'Etat a approuvé les axes de développement Notre collègue, M. Jean Gaubert, qui ne s'exprimera pas aujourd'hui par déontologie, nous l'a aussi expliqué. L'Etat dit « oui » au développement en Europe, « oui » au développement en Italie Dans ce cadre, l'entreprise doit-elle, un mois plus tard, consulter explicitement chaque autorité ou at-elle une vraie autonomie avec une responsabilité du manager ? Nous

souhaiterions connaître votre point de vue, car la commission doit avancer des préconisations si elle veut faire œuvre utile

Sur la relation de proximité territoriale, atout majeur pour EDF, dans un contexte d'exacerbation de la concurrence, qui se poursuivra et qui ira croissant, existe-t-il une capacité de garantir, aux citoyens comme aux collectivités locales, que cette relation , essentielle pour les populations, pour les collectivités comme pour EDF - c'est là son atout - sera sauvegardée dans les années qui viennent ?

**M. Charles de COURSON** : Ma première question a trait à un exemple qui pose un vrai problème en matière de gouvernance. Pouvez-vous nous confirmer que le conseil d'administration d'EDF n'a pas été saisi du protocole transactionnel que vous avez signé en janvier 1999 concernant le départ d'EDF de M. Daurès, directeur général, et au titre duquel EDF lui a versé cinq millions de francs ? Cette situation est-elle normale et aviez-vous obtenu l'accord de vos ministres de tutelle sur ce protocole ? Plus largement, le conseil d'administration d'EDF est-il informé de l'ensemble des éléments de rémunération des cadres dirigeants d'EDF, en particulier à l'époque le Président directeur général et, aujourd'hui, le Président, ainsi que les principaux cadres dirigeants, y compris en matière de prêts, puisque des prêts au logement ont atteint quatre millions de francs pour plusieurs cadres dirigeants ? Ces mesures ont-elles fait l'objet de délibérations du conseil d'administration ?

Ma deuxième question porte sur un sujet, sur lequel je vous ai interrogé en septembre 2002 en commission des finances, qui concerne le provisionnement des risques de propre assureur d'EDF en matière de retraites. En septembre dernier, vous avez déclaré que l'engagement d'EDF à l'égard de ses salariés en matière de retraites, représentait à peu près 41 millions d'euros au regard d'environ 18 milliards de fonds propres d'EDF - 13 ou 18 selon la façon dont on compte. A la question « *Quand allez-vous passer les provisions pour propre assureur ?* », vous aviez répondu : « *Nous ne provisionnerons pas dans les comptes 2002, car nous n'y sommes pas encore juridiquement tenus par la réglementation communautaire, mais l'autre raison, c'est que nous sommes en discussion sur la réforme du régime d'EDF* » Or, dans le projet de loi gouvernemental sur les retraites qui vient d'être adopté en conseil des ministres, ne figure nulle réforme du régime des IEG . Si cette situation de non réforme devait perdurer encore deux ans, la réglementation communautaire s'appliquerait Pouvez-vous me confirmer, dans cette hypothèse, que vous provisionnerez la totalité nécessaire au titre de propre assureur et, dans cette hypothèse, que ferez-vous, puisque devraient alors apparaître des fonds propres négatifs de 20, 24 milliards d'euros ?

Ma dernière question touche à un point spécifique relatif aux provisions de déconstruction, de démantèlement, des centrales nucléaires. Elles s'élèvent, avez-vous rappelé, à 12,4 milliards dans vos comptes à fin 2002. Etes-vous favorable, ce qui est obligatoire dans plusieurs Etats, à l'externalisation des provisions pour déconstruction des centrales nucléaires, afin d'éviter que les entreprises électriques utilisent ces provisions pour financer des investissements, notamment de diversification, au moins pour partie ? Selon un tel schéma, si cela tourne mal, les entreprises n'auraient plus les moyens du démantèlement si ce n'est par une nouvelle augmentation tarifaire ou un nouvel endettement

**M. Xavier de ROUX** : Je reviens sur la position du ministre des finances lorsqu'EDF a souhaité prendre des participations en Italie. Nous avons vu qu'il avait émis des réserves *a posteriori* - puisque, semble-t-il, il n'a pas eu à en connaître avant

Il semble que ces réserves revêtent un caractère politique Ne vous semble-t-il pas que le ministre des finances ait craint en réalité une réaction communautaire et se soit interrogé par avance sur la position assez connue de la commission des communautés européennes présupposant le caractère d'une aide de l'Etat, dès lors qu'une entreprise publique réalise une opération d'investissement dans un autre Etat de la Communauté ? N'y at-il pas toujours - la

commission est saisie - une crainte portant sur la politique générale d'EDF en matière d'investissement en dehors de ses frontières ?

**Mr. François ROUSSELY** : M Masdeu-Arus, vous avez cité quatre opérations, que je reprendrai paisiblement

Vous avez indiqué que tout le monde savait que la situation, en 2001 pour Edenor, était difficile. Lorsque nous avons entrepris nos négociations avec Endesa, nous étions à la mi-1999. La décision a été prise par le ministre d'approuver l'ensemble du processus en avril-mai 2001. Entre-temps, c'est vrai, la négociation a été longue, mais aucun des observateurs interrogés, lorsque nous avons entamé la négociation, ne contestait la nécessité de sortir de la situation ambiguë qui conduisait au blocage de la situation, ni ne pouvait imaginer l'effondrement de l'Argentine.

Vous avez rappelé mes propos devant la commission de la production et des échanges, selon lesquels « *je n'avais pas connaissance de* ... » Vous citiez la position tenue par le représentant de la direction du Trésor au conseil d'administration d'EDF International J'ignorais cette position. François Ailleret, que vous avez entendu, vous a dit avec quel sens des responsabilités il présidait EDF International. La question que vous m'avez posée ce jour-là renvoyait directement au conseil d'administration d'EDF International ; je n'avais pas connaissance de cette position

Le directeur du Trésor nous a écrit, début 2001, qu'il ne pensait pas le moment propice et estimait que les termes de la négociation n'étaient pas les plus appropriés. Nous lui avons répondu que nous pensions améliorer le projet, à la fois dans sa rentabilité et dans le partage des risques de change avec Endesa. C'est sur la base de cette réponse que le ministre nous a donné son autorisation On peut décrire toutes les étapes d'une décision ministérielle sur ces sujets, avec les réserves des uns, les oppositions des autres, indépendamment de ce que M. Balligand relevait sur la position générale du Trésor Il n'y a pas contradictions dans mes propos. Encore une fois, je ne siège pas et je ne siégeais pas alors au conseil d'administration d'EDF International. Les débats qui ont eu lieu ont convaincu tout un chacun, puisque, en définitive, la position du Trésor et du ministère a été de nous donner l'autorisation Je n'éprouve pas de difficultés à ce titre.

J'en viens à l'Italie. Le jour où j'ai été auditionné par la commission des finances, nous n'avions pas achevé la mise au point des accords de « *put and call* ». Je n'ai pas repris M Deniau qui a déclaré qu'il « *prenait acte de* ... » Il ne suffit pas de le dire pour me faire dire quelque chose Au moment où je me suis prononcé, je ne pouvais dire autre chose que ce j'ai indiqué sur les engagements hors bilan. C'est tellement peu secret que les engagements hors bilan sont certifiés par les commissaires aux comptes et publiés avec nos rapports. Ils ne sont pas détaillés pour réserver la confidentialité à l'égard de nos partenaires ; cela pourrait les gêner dans leur stratégie économique et commerciale. L'ensemble des engagements hors bilan sont donc à la fois certifiés et publiés. Je n'en ai pas parlé le jour de mon audition par la commission, parce que la conclusion des accords de « *put and call* » ou des garanties est arrivée dans les vingt-quatre ou les quarante-huit heures qui ont suivi. Reportez-vous aux dates. Voilà la seule raison.

Encore une fois, pensez-vous que, s'agissant d'engagements hors bilan de plus de 4,5 milliards d'euros au titre de l'Italie, j'allais tenter de cacher quoi que ce soit ? Je n'ai rien à cacher ! Je vous ai dit la façon dont je considérais les engagements hors bilan dans la gestion d'une entreprise

Il en va de même pour l'Allemagne : nous n'avions pas, et nous n'avons jamais, rendu public, à ce moment-là, le pacte d'actionnaires que nous avions avec OEW à la demande, à la fois

de nos co-actionnaires et du Land du Bade Wurtemberg. Encore une fois, il n'y a là rien de secret : ces accords sont vérifiés par l'ensemble des commissaires aux comptes.

La première fois que nous avons évoqué Gonfreville, nous n'avions pas encore fait réaliser l'audit que j'ai demandé depuis. L'évolution des prix respectifs de l'électricité et du pétrole n'était pas celle qui, aujourd'hui, fait apparaître ce projet de plus en plus aléatoire sur le plan de sa rentabilité. C'était si vrai et nous avions si peu à cacher, qu'aussitôt que nous l'avons conçu et à partir de l'audit qui en identifie les paramètres. Nous avons provisionné, ce qui paraissait une évidence, au prix du moment. Voilà les raisons pour lesquelles, sur ces bases, nous négocions aujourd'hui avec Total. Dans aucun de ces registres, au moment où je m'exprimais, je ne pouvais dire autre chose par rapport à la logique de transparence, de rigueur et d'anticipation qui est la nôtre.

Mr. Balligand m'interroge sur la gouvernance. Je lui suis reconnaissant de reconnaître que des progrès - effectivement assez récents - ont été réalisés, puisque le comité d'audit a été créé en 1999 et le comité d'éthique et de la stratégie en 2000.

Au sujet du conseil de surveillance et du directoire, je pense que nous avons besoin de plus d'action que de dilution des organes de direction. Toutes les entreprises placées dans des phases de développement, de forte restructuration ou dans des périodes ou le management a besoin d'être resserré, quittent le système de la dualité - conseil de surveillance et directoire - pour revenir à la formule du conseil d'administration. C'est pourquoi je ne suis pas favorable, compte tenu des échéances qui sont devant nous et compte tenu de la taille de l'entreprise et des nécessités liées à son pilotage, à cette dualité, pas plus qu'à celle qui pouvait préexister dans certaines entreprises publiques entre président et directeur général. Il me semble qu'il y a là un effet qui est plus dilutif que positif pour la bonne conduite des opérations. En revanche, il convient de donner au conseil d'administration et au comité d'entreprise des éléments liés au pilotage de grandes transformations sociales.

S'agissant de l'Etat, si je voulais aller très vite, je dirais que l'on fait quasiment un contresens en portant uniquement l'accent sur l'Etat actionnaire. Certes, l'Etat doit veiller à la gestion de son patrimoine, mais la participation publique se fait aussi au nom de l'intérêt général ou d'une vision plus longue que seul l'Etat est supposé avoir. Dans la reconfiguration de l'entreprise dont on ouvre le capital, il me semble qu'il y a deux représentations. J'ignore si elles peuvent être matérialisées dans la même personne. D'une part, quelqu'un veille à l'optimisation des actifs patrimoniaux de l'Etat. Tel est le rôle de l'actionnaire, mais un actionnaire privé ferait au moins aussi bien. D'autre part, un rôle est irremplaçable, celui qui fait qu'il est détenteur de l'intérêt collectif, est porteur d'une vision de long terme, laquelle n'est pas nécessairement celle de l'actionnaire qui optimise davantage son portefeuille sur le court terme.

S'agissant de l'autonomie de gestion, même si l'exemple italien ne l'a pas montré, je crois beaucoup aux travaux préalables, à tout ce que l'on peut faire pour que, au moment où la décision intervient - et elle doit intervenir dans des délais de plus en plus brefs compte tenu de l'état du marché -, on l'ait rendue possible par l'information complète de toutes les parties prenantes sur les investissements dans tel pays ; il suffit alors d'ajuster les derniers paramètres de l'opération.

Avoir un chef de file est une bonne idée. Elle est récurrente ; le thème de l'unité de l'Etat est aussi vieux que l'Etat lui-même et s'incarne sous des formes diverses. Vouloir qu'il s'exprime d'une seule façon est une idée qui me va droit au cœur, comme à tous ceux qui ont à travailler avec l'Etat. Pour livrer le fond de ma pensée, c'est aussi récurrent que l'organisation de l'Etat.

L'aménagement du territoire et la proximité sont deux éléments fondamentaux de l'organisation de nos services publics par rapport aux services publics européens. On nous oppose des *benchmarks* savants pour savoir si nous ne pourrions pas réaliser des gains de productivité en termes de distribution entre les Pays-Bas ou les régions les plus urbaines de l'Allemagne et la France. J'ai le regret de dire qu'EDF a été créée pour garantir à chacun la même qualité de service. Si nous voulons garantir le même délai de coupure dans tel ou tel département rural et rue de l'Université, cela suppose des personnels au sol. Nous avons un rapport charnel, physique, avec le territoire par les ouvrages que l'on y installe, au point d'ailleurs que les défenseurs de l'environnement s'en émeuvent de temps en temps. Il me semble que le rapport au territoire et aux élus est un élément consubstantiel de la qualité du service public. Par conséquent, je souhaite - c'est ce vers quoi nous nous orientons avec Pierre Gadonneix dans le cadre de la réforme conjointe d'EDF et de Gaz de France - que nous conservions, en quelque sorte, l'aspiration à la fusion entre EDF et Gaz de France. On peut l'avoir d'un point de vue d'économiste vers l' *upstream* , vers l'accès à la molécule de gaz ; on peut l'avoir d'un point de vue plus concret vers le *down-stream* , le service au plus près de nos clients. Cet élément qui s'incarne dans la mixité, dans la DEGS - il existe 65 000 acteurs de cette proximité -, je suggère qu'on le fasse vivre, que cela aille de pair avec une forme de régionalisation de la distribution de l'électricité , ce qui était prévu en 1946 mais n'a pas été mis en œuvre. Il n'est sans doute pas trop tard pour se demander si, à l'heure où ces grandes entreprises sont européennes, elles ne doivent pas être plus enracinées dans le territoire avec une forme de régionalisation qui garantirait ces principes de proximité.

Mr de Courson m'interroge sur le rapport de la cour des comptes. J'ai compris que d'aucuns ici s'étaient émus qu'il n'ait pas été publié. Je réponds au passage à une question qui ne m'est pas posée qu'il ne m'appartient pas de publier ou de ne pas publier les rapports que la cour des comptes consacre à un certain nombre de dépenses de l'entreprise.

La situation de l'entreprise a connu un épisode singulier à la mi-1998. Je suis bien obligé de le rappeler, puisque c'est vous-même qui évoquez la situation de Pierre Daurès. Le conseil d'administration et le gouvernement ont été conduits à mettre fin doublement aux fonctions du président et du directeur général. Mettre fin aux fonctions de président est sans nul doute extrêmement triste pour les présidents en général - je compatis par avance ! Mettre fin aux fonctions d'une personne qui est agent statutaire est encore plus original. Pierre Daurès, puisque son nom a été cité, ce que je ne souhaitais pas faire, a été directeur général de l'entreprise, qui ne fait pas de différence entre le grade et l'emploi. Il était donc un agent statutaire en même temps que directeur général d'EDF, dans une position statutaire jusqu'à sa limite d'âge normale.

Pendant plusieurs mois, nous avons vécu en bonne intelligence. Je n'étais pour rien dans le départ de Pierre Daurès ; lui-même ne m'imputait aucune responsabilité dans la situation qui lui était faite. Que chacun essaye d'imaginer la situation d'une personne qui a été directeur général d'EDF, qui n'y est plus au terme d'un processus assez douloureux pour toute l'entreprise et qui est en quelque sorte condamné à être là. Je ne pouvais rien lui proposer d'autre qui soit à la mesure des responsabilités imminentes qu'il avait exercées dans les meilleures conditions. Au bout de quelques mois, après avoir épuisé le lot habituel des missions à l'étranger, toutes choses très utiles qu'il a accomplies avec grande diligence et grande efficacité, nous avons convenu ensemble qu'il fallait envisager quelque chose qui n'est pas imaginable dans les règles de la fonction publique dans lesquelles est enchâssée EDF, puisque les personnels y sont sous statut. Autrement dit, il convenait de mettre fin à la situation qu'il vivait : il fallait que l'entreprise l'aide, comme d'autres cadres dans la même situation, à trouver un autre emploi comme n'importe quel cadre qui crée une entreprise, ce qu'il a fait de lui-même. Il nous appartenait de trouver des dispositions financières. N'étant plus directeur général, il ne bénéficiait plus des avantages qui s'attachaient statutairement à cette situation. Ce que j'ai fait, je l'ai fait en conscience. La cour des comptes s'en est fortement émue estimant que, du point de vue de la fonction publique, j'avais outrepassé les

règles. J'assume totalement mon acte. Nous étions dans une impasse, une impasse humaine, une impasse financière, une impasse juridique. Voilà un cadre statutaire et nous aurions dû le garder jusqu'aux 65 ans de Pierre Daurès ! Etait-ce souhaitable pour lui, et accessoirement, pour l'entreprise ?

Il me semble que nous avons trouvé un terrain d'accord, qui relève du management et de ma responsabilité. Bien entendu, le chef de la mission de contrôle économique et financier près de l'entreprise en a été tenu informé. Je n'ai pas saisi le conseil et n'ai pas estimé nécessaire de le saisir de cette situation qui, de surcroît, était humainement douloureuse et désagréable pour Pierre Daurès. Elle ne l'était pas pour moi qui arrivais. En outre, je n'étais lié à aucun des protagonistes. Mais concevez-vous d'exposer ce type de situation devant un conseil d'administration qui avait été traumatisé pendant des mois, pour ne pas dire des années, par les dysfonctionnements à la tête de l'entreprise ? J'ai donc fait, en conscience, ce que je croyais devoir faire. J'en ai rendu compte à la cour des comptes et au ministre des finances.

La situation des cadres dirigeants est statutaire. Bien avant mon arrivée, prévalait une politique qui ne trouvait sans doute pas d'éléments incitateurs ou incitatifs assez significatifs pour les cadres dirigeants de l'entreprise. Il avait alors été envisagé de leur accorder des prêts d'accession à la propriété. La cour des comptes, dans l'un de ses rapports, a dénoncé ce système qu'elle a jugé d'une grande inégalité. L'idée n'était sans doute pas fausse. De fait, il paraissait injuste, coûteux, fonctionnant de façon peu satisfaisante. J'y ai mis fin ; c'est ma seule responsabilité. Bien entendu, je n'en bénéficiais pas. Nous avons essayé d'y mettre fin dans de bonnes conditions pour que personne ne se sente lésé, puisque cette décision avait été créatrice de droits à l'égard des personnels qui en avaient bénéficié.

Avec le DRH, nous avons réinstallé une politique explicite de rémunérations, que nous avons essayé de rapprocher, avec des différences inévitables, de celle du secteur privé pour des cadres homologues supportant le même type de responsabilités et de risques, en mettant en place une politique du logement différente, une politique d'incitation et une politique de bonus plus explicite. C'est un sujet difficile. Voilà ce que nous avons fait à ce titre.

S'agissant du provisionnement pour les retraites, je comprends que ce n'est pas dans le projet de loi lié à la réforme des droits des retraites que devraient se trouver les dispositions législatives relatives aux réformes du financement des industries électriques et gazières. Ces dispositions devraient, mais je m'avance sur un terrain qui est celui du gouvernement, plutôt être rattachées au projet de loi portant modification du statut de l'entreprise, et peut-être en même temps à la transposition législative de la deuxième directive. Nous avons distingué les problèmes de financement des droits passés de la réforme des droits. J'entends par réforme des droits : les problèmes de financement de la durée des cotisations ou le niveau du revenu de remplacement qui ne seraient traités que lorsque les régimes spéciaux seraient évoqués. Nous sommes aujourd'hui en discussion.

Le problème que vous posez aujourd'hui est bien sûr celui des droits passés. Il comporte deux aspects : les droits passés avec la garantie de l'Etat. C'est ce qui figure dans le relevé de conclusions que nous avons signé avec trois organisations syndicales et que met en œuvre le gouvernement. Les modalités selon lesquelles cette garantie de l'Etat pourrait s'exercer sont actuellement en discussion à Bruxelles. Nous attendons aujourd'hui son feu vert pour connaître les conditions précises dans lesquelles la garantie de l'Etat pourra être accordée pour les droits passés, notamment les droits passés spécifiques.

Les droits passés-droits communs font partie de la négociation que nous avons avec l'AGIRC et l'ARRCO au titre du régime complémentaire et la caisse nationale d'assurance vieillesse pour le régime de base. Ces deux négociations sont actuellement en cours, sous l'égide du ministère de l'économie, des finances et de l'industrie, depuis maintenant deux ou trois mois.

Quant à l'aspect bruxellois, ce n'est qu'une fois ces éléments stabilisés qu'on pourra voir, dans la partie législative qui devra vous être soumise, les dispositions précises qui seront à inclure C'est dire qu'en tout état de cause, le montant que vous avez rappelé ne devrait pas figurer sous cette forme, puisque, d'un côté, on devrait sans doute avoir une forme de soulte avec les régimes de solidarité interprofessionnelle. Par ailleurs, on devrait avoir des mécanismes de financement propres sur les régimes passés.

Sur des provisions pour déconstruction, je ne suis pas favorable à l'externalisation au sens où le Parlement européen évoque ces questions, pour plusieurs raisons. Premièrement, je pense que la responsabilité de la déconstruction incombe à ceux qui exploitent. Donner le sentiment que notre seul travail consiste à exploiter et que les modalités de déconstruction, comme leur financement, reviennent à quelqu'un d'autre, n'est pas conforme à l'idée de responsabilité que nous poursuivons tout au long de l' exploitation.

Deuxièmement, on confond à la fois le provisionnement et les actifs qui en sont la contrepartie.  On doit garantir le respect des normes de l'AIEA, les règles techniques par lesquelles on détermine le montant vraisemblable, nécessaire à la déconstruction des installations, sachant que, pour l'heure on en a peu d'expérience : sont en déconstruction la centrale nucléaire de Brennilis ou la génération UNGG précédente, mais nous sommes dans tous les standards européens. La cour des comptes a constaté que nous nous situions plutôt dans le haut de gamme de la provision

Par ailleurs, on doit garantir que, le moment venu, c'est-à-dire à tout le moins dans la dizaine d'années qui suit la fin de l'exploitation, quelque cinquante années après le début de l'exploitation, les sommes soient liquides et disponibles, par conséquent que les placements aient répondu aux critères que Jacques Chauvin évoquait

Elément, sans doute de loin le plus important : il faut une forme de cantonnement juridique - la faillite de British Energy est, de ce point de vue, instructive - ce que les créanciers de l'entreprise pourraient du reste exiger

On peut garantir ces trois éléments à l'intérieur de l'entreprise : le respect des normes techniques, les préoccupations de bon équilibre des placements qui doivent se liquidifier au fur et à mesure que l'on approche de la période de déconstruction, le cantonnement juridique et les règles de toute nature.  Les uns évoquent des trustees, les autres, d'autres normes juridiques, mais il est possible de trouver les moyens de répondre à ces préoccupations, d'autant plus légitimes que l'on voit, ici ou là, que la situation se pose, notamment avec le cas de Bristish Energy

Mr. de Roux, je ne crois pas que la réaction du ministre de l'économie et des finances dans l'affaire italienne ait été liée à une réaction communautaire   A ce moment-là, personne n'anticipait le fait que le gouvernement italien, comme quasiment dans le même temps le gouvernement espagnol, qui a pris une décision analogue, allait réagir de cette façon tant la décision est grossièrement illégale, irrégulière et contraire au droit européen

Chacun de nos mouvements est-il entaché d'une aide d'Etat ? Plus du tout. Si l'on se réfère à la procédure « aide d'Etat » qui a été introduite, on constate qu'elle porte sur une opération financière réalisée en 1985, dont la commission, aujourd'hui, se demande si on ne va pas l 'abandonner. Le fait que l'entreprise soit un établissement public et que la totalité de notre capital soit détenue par l'Etat, n'est plus en lui-même vécu comme une aide d'Etat D'ailleurs, les agences de notation ne s'y trompent pas, qui nous notent comme n'importe quelle entreprise privée, en fonction du rapport entre les fonds propres et notre niveau de dettes On l'a vu dans le passé : on peut très bien être dégradé selon les investissements réalisés Je ne

crois nullement que cette réaction ait revêtu cette forme. Il y avait la procédure et le fait que cela ait créé un peu trop de remue-ménage européen.

**Mr. Robert PANDRAUD** : Avez-vous investi en Chine ? Avez-vous eu des contentieux avec Alsthom ?

**Mr. François ROUSSELY** : Nous les avons réglés.   Nous sommes présents en Chine depuis 1984, puisque les collaborateurs d'EDF ont été les premiers directeurs techniques de Daya Bay dans l'installation de la première centrale nucléaire chinoise dans la province de Guangdong, dans le sud de la Chine, qui alimente Hong Kong . Avec Alsthom, nous avons construit le premier BOT, *build, operate and transfer* , dans la province de Guangxi à Laibin en Chine, que nous exploitons pour une quinzaine d'années.

Nous avons rencontré, ici ou là, quelques difficultés techniques sur la mise au point et l'adéquation entre les installations techniques fournies par Alsthom et la qualité du charbon chinois, la question étant de savoir qui, du matériel d'Alsthom ou du charbon chinois , devait s'adapter. On a fini par aboutir. La centrale marche bien. Avec Pierre Bilger, nous avons réglé les opérations industrielles et financières qui pouvaient intervenir à ce titre.

**Mr. Robert PANDRAUD** : Dans la crise que traverse Alsthom, certaines organisations vous considèrent en partie responsable. Une usine Alsthom est implantée dans mon département ; dans le tohu-bohu social actuel, c'est un argument qui a été utilisé avec quelques détails. C'est pourquoi je suis au courant.

**Mr. François ROUSSELY** : A ce titre, je ne dirai rien. Les opérations industrielles sont suffisamment compliquées pour ne pas en rajouter !

Les uns et les autres avons poussé au maximum nos efforts pour que nos amis Chinois, qui sont des clients difficiles et redoutables, n'aient pas une mauvaise impression de l'industrie française. La vraie question sera à poser à Pierre Bilger. Je suis prêt à revenir avec lui, devant vous, pour expliquer ce que nous avons fait ensemble à Laibin en Chine.

**Mme Nathalie GAUTIER** : Quelles sont les mesures que l'entreprise envisage de prendre afin d'affronter l'ouverture de 70 % du marché à la concurrence et ce, à partir du 1$^{er}$ juillet 2004 ? Comment comptez-vous assurer à EDF le fait d'être toujours l'entreprise préférée des Français ?

**Mr. Claude BARTOLONE** : Avec le recul, que pensez-vous de l'ouverture à la concurrence des marchés de l'énergie ?

Nous avons reçu l'un de vos homologues des télécommunications qui nous a présenté le scénario *Apocalypse now* si France Telecom ne s'était pas développée à l'international une fois l'ouverture des marchés acceptée. Que serait-il devenu d'EDF si elle était demeurée une entreprise purement nationale ?

Croyez-vous que les statuts actuels de votre entreprise soient adaptés à cette nouvelle dimension internationale ?

Que faites-vous dans le tour de table de Vivendi Environnement ?

**Mr. le Président** : Je me disais que vous alliez bien finir par la poser ! *(Rires)*

Mr. Roussely, ne voyez pas une attaque dans ma dernière question.

Que pensez-vous, sur le plan éthique, de la situation d'une personne entrée dans le management en 2001, aujourd'hui n° 2, engagée à l'époque comme directeur de la stratégie, qui a sous-traité une partie de sa mission à son précédent employeur, le cabinet AT Kearney pour un montant de contrat qui atteignait 15 millions d'euros ? Dans la même veine, un autre directeur des systèmes d'information d'EDF, ancien d'AT Kearney, vient, semble-t-il, de conclure un contrat de 13 millions d'euros avec ce même cabinet. L'habitude, c'est vrai pour le privé comme pour le public, consiste, lorsque l'on embauche un cadre venant du privé, à ne pas faire appel au cabinet qui l'employait. Pouvez-vous répondre sur ce point spécifique et nous livrer votre avis sur la question sur un plan général ?

**Mr. François ROUSSELY** : Mme Gautier, comment faire face à cet élément bouleversant de l'ouverture à 70 % de notre marché ? Nous sommes aujourd'hui à 37 %. On pourrait se dire que nous avons déjà fait un pas : 3 500 clients sont éligibles, qui deviendront demain 2,5 millions

A partir de demain, pendant plusieurs mois, à raison d'une à deux réunions par semaine, nous lançons une opération totalement originale, consistant à faire rencontrer 30 000 agents d'EDF avec plus de 5 000 de nos clients, dans le cadre de réunions régionales totalement ouvertes, où nous demanderons à nos clients, parfois des élus, ce qu'ils attendent de nous et quels seront les critères qui détermineront demain leur choix face aux professionnels. Nous sommes, dit-on, l'entreprise préférée des Français. Eh bien, démontrons-le et allons à la rencontre des clients ! Dans cette période en évolution, mettons-nous à nu devant eux en les interrogeant sur leurs attentes et en exposant les ambitions de l'entreprise. Cela s'accompagne de considérables efforts de formation pour que l'ensemble des forces commerciales qui, auparavant, traitaient sur un mode massif ces professionnels, leur délivrent demain des services, selon un marketing un peu segmenté, pour que chaque catégorie de clients reçoive une offre adaptée

Ce que nous avons appliqué avec succès pendant cinquante ans à l'égard des très grands clients industriels, c'est-à-dire l'attention portée à la courbe de charge, aux spécifications électriques de chaque client, nous pensons pouvoir l'adapter à ces clients professionnels, qui sont bien sûr beaucoup plus nombreux, en leur présentant à la fois notre compétence technique et les moyens de servir l'électricité la plus adaptée à leurs besoins. Cela fera de nous leur fournisseur, nous l'espérons, toujours « préféré » ! Mais ce n'est pas le tout de dire que nous sommes bons, démontrons-le ! Nous avons 408 jours pour être prêts le 1 er juillet 2004. J'ai bon espoir. La mobilisation de l'ensemble de l'entreprise est là pour me prouver que tout le monde prend cette échéance au sérieux

Mr. Bartolone m'a posé des questions bien indiscrètes ! Qu'est-ce que je pense de la libération du secteur de l'énergie ? Comme l'entreprise l'a indiqué à plusieurs reprises - Marcel Boiteux l'écrit depuis longtemps - on se tromperait si l'on considérait que l'électricité était le même produit que les télécommunications, que le transport aérien ou La Poste qui sont des produits libéralisés. L'électricité est un produit qui ne se stocke pas et qui est complètement social. Manquer d'électricité, c'est ne plus avoir d'adduction d'eau, ne plus produire de froid pour conserver les médicaments, ne plus avoir de lumière pour faire l'école ou des opérations d'alphabétisation ; dans les pays du Tiers -monde, l'absence d'électricité revient à moins d'assainissement, moins de sécurité dans les villes

C'est un élément central, d'autant plus original dans le monde dans lequel nous vivons qu'il se déroule dans le temps. On met des années à décider un investissement dans le secteur énergétique. On met bien une dizaine d'années à prendre la décision de faire une centrale nucléaire et un peu moins d'une dizaine d'années à la réaliser. Cette infrastructure durera au bas mot quarante à cinquante ans et sa déconstruction prendra elle-même presque un demi-siècle. Quant à la durée de vie d'un barrage hydraulique, elle est d'un siècle. C'est dire que nous sommes face à des objets que l'on ne peut optimiser par le marché de façon

instantanée  La libéralisation, telle qu'elle a lieu en Grande-Bretagne, de façon moins parfaite en Californie, n'a pu fournir le sentiment qu'elle répondait parfaitement à son objet, parce que l'on se situait dans un moment de l' histoire de la Grande-Bretagne où tous les investissements avaient été faits et où l'adéquation entre l'offre et la demande pouvait être assurée dans des conditions à peu près satisfaisantes  En Californie, quand soudainement, sous-estimant les besoins générés par Silicone Valley, on a appliqué les mêmes règles, on a vu à quel point ce système ne fonctionnait pas et combien on mettait en faillite deux ou trois des plus grandes entreprises des Etats- Unis qui ont disparu purement et simplement. Pour autant, je ne dis pas que, seul, le modèle de 1946 est de nature à permettre la satisfaction de nos besoins  Non, au contraire, j'ai conclu en déclarant que c'était une grande chance d'avoir une entreprise comme EDF, peut-être de façon un peu immodeste, mais je pense que cette entreprise le mérite, parce que nous avons à trouver un modèle qui ne soit, ni le tout Etat, ni le modèle tout marché. Nous avons à trouver un point d'équilibre ; London Electricity, par exemple, est plus dynamique dans la satisfaction de besoins instantanés ; nous, en revanche, sommes certainement meilleurs sur la technique. Nos standards de qualité sont meilleurs. London Electricity est sans doute plus imaginative sur les offres de produits et services  Il nous appartient donc de trouver un équilibre  Au moment où des Etats, aux Etats-Unis, reviennent en arrière, il faut savoir qu'il y a moins de dix Etats qui appliquent la libéralisation totale du secteur de l'énergie  Un certain nombre s'interrogent en étant assez empiriques

Il est bon que la réflexion que nourrit la commission aide à prendre conscience que la voie n'est pas simplement la reproduction de ce qui a été fait en Californie ou en Grande-Bretagne, il convient de trouver une voie originale. A ce titre, il me semble que notre entreprise n'est pas la plus mal placée pour aider à la tracer.

Que se serait-il passé en l'absence d'ouverture de marché ? Compte tenu de l'échelonnement dans le temps, instantanément rien. Si nous ne poursuivions pas jusqu'au 1 er juillet 2004, le lendemain, il ne se passerait rien  Mais avant la décennie, nous serions devenus une grosse PME régionale. Vous pouvez choisir l'immobilisme quand vous êtes en monopole  C'est très triste pour les clients, pour les managers qui n'emploient plus leur intelligence à cela, mais il ne se passe rien. Dès lors que le marché est ouvert, par définition, qui n'avance pas recule. Aujourd'hui, nous avons perdu des clients en France, mais aussi en Europe, parce que tel fournisseur allemand était plus diligent que nous auprès de telle entreprise. Il a alors pris le marché sur l'ensemble de l'Europe, y compris la France.  Croire qu'il suffirait de ne rien faire pour être protégé serait, encore une fois, une vision totalement fausse, d'autant plus et d'une certaine façon paradoxale et injuste, que cette entreprise est la plus européenne des entreprises du secteur de l 'électricité  Nous donnons l'impression d'être réticents à la libéralisation, mais nous inondons de nos 15 % d'électricité nucléaire l'ensemble de l'Europe depuis dix ou quinze ans  Nous pouvons donc souffrir un instant que le reste de l'Europe puisse également produire et exporter de l'électricité. Une telle ouverture est indispensable  Elle doit être maîtrisée, mesurée, avec un contenu, encore une fois social ou sociétal. Le statut de l'entreprise y aide-t-il ?  Nous sommes arrivés au bout de ce que nous savons faire dans un établissement public, moins par la forme juridique que par le signal qu'il donne, par le fait qu'il offre moins de souplesse que d'autres formes d'organisation et parce que, structurellement, il ne nous aide pas à résoudre nos problèmes de fonds propres.

Ce qui était une évidence rare en 1946, à savoir que seul l'Etat était à même de financer le redressement de notre pays et les investissements nécessaires à la croissance comme à la satisfaction de la demande d'électricité, ne l'est plus aujourd 'hui  J'hasarderai même l'idée que nous sommes aujourd'hui dans la situation inverse. L'allocation optimale des recettes fiscales ne passe pas nécessairement par la recapitalisation d'EDF - ce que l'Etat n'a pas fait depuis vingt ans. Si tel devait être le cas, oublions tout le reste ; je ne parle plus d'ouverture de capital  Si on pense, au contraire, que ce n'est pas la situation la plus probable, il convient dès lors de se demander : quelle responsabilité at-on à l'égard d'une entreprise qui a été aussi prospère pendant cinquante ans et qu 'on laisserait, par défaut d'attention, péricliter

lentement ? On ne s'en apercevrait pas tout de suite, mais je vous le garantis, on le verrait dans dix ans.

Que fait-on dans Vivendi Environnement, rebaptisé Veolia Environnement ? Avec Henri Proglio, nous avons créé un joint venture au nom de Dalkia, qui travaille dans le secteur des services énergétiques. Nous avons et nous sommes également partenaires, dans Vivendi Environnement, de toute une série d'opérations que l'on appelle « city management ». Comment aider les grandes villes ?   On le voit à Shanghai pour l'exposition universelle de 2010, on le voit à Pékin pour les Jeux Olympiques de 2008 : ces villes attendent du transport propre, de l'énergie, de la propreté, toute une série d'actions où Dalkia, Vivendi Environnement et EDF peuvent être en synergie. Voilà pour le cadre général.   A partir de là, Vivendi Environnement a connu de graves difficultés ; son actionnaire principal l'a abandonné, dans des conditions qui pouvaient la mettre en difficulté, y compris par rapport à la stabilité de son actionnariat s'agissant d'une entreprise qui assure une desserte en eau dans plus d'un tiers des communes de France.

Il m'a semblé naturel de manifester de la solidarité actionnariale à l'égard de Vivendi Environnement, a fortiori dans une situation difficile.   Lorsque nous possédions des titres de Péchiney ou d'une autre entreprise, personne ne s'est interrogé pour savoir si nous allions d'un coup fabriquer de l'aluminium ou de l'acier parce que nous siégions au conseil d'administration de M. Francis Mer. Il en va de même avec Vivendi Environnement. Il n'y a là aucun mystère. Et avoir 3 % de Vivendi Environnement ne m'a pas choqué.

Mr. le Président, à aucun moment, vous ne pouvez imaginer qu'un quelconque des collaborateurs que j'ai personnellement recruté prête le flan à la critique implicite ou au risque implicite que vous décrivez. J'ai étudié personnellement la situation que vous évoquez.

Dans le total des marchés des sociétés de conseil qui travaillent pour EDF, on peut calculer le poids relatif, au cours des dernières années, de AT Kearney comparé à celui d'une série d'autres organismes de conseil. Vous évoquez le directeur de la stratégie, vous omettez d'indiquer qu'il a passé deux ou trois mois chez AT Kearney. Il a commencé sa carrière au CNRS, l'a poursuivie au service de recherches de Thomson, ensuite en qualité de directeur de la stratégie de Valeo, qu'il a quitté. Entre Valeo et EDF, il a passé quelques mois chez AT Kearney. Je ne considère pas que j'ai recruté un salarié d'AT Kearney et je lui fais à ce point confiance, comme à l'ensemble des cadres et des personnels d'EDF, que je n'imagine pas une seule seconde qu'il y ait eu quelque chose d'irrégulier à ce titre.

**Mr. le Président** : Je n'ai pas dit cela !

**Mr. François ROUSSELY** : Mais je veux complètement vous rassurer ! Je ne crois pas être dans une entreprise qui se prête à ce jeu-là ; je ne m'y prête pas personnellement. J'ai créé une direction de l'audit au sein d'EDF. Je suis plutôt de ceux qui font des revues d'audit plus fréquentes que d'autres. Je veux donc vous donner toutes assurances. Lorsque nous avons cherché un directeur des systèmes d'information, nous avons eu grand mal à trouver quelqu'un de meilleur que lui. Il est arrivé là au terme d'un processus de sélection qui nous a fait rencontrer un grand nombre de candidats. Qu'il ait occupé précédemment telle ou telle responsabilité au sein d'AT Kearney n'a eu aucune incidence sur le fait que nous souhaitions un grand professionnel. Cela s'est trouvé ainsi.

Un comité d'éthique est attaché au conseil d'administration. Un inspecteur général est chargé de ces questions. Je pense que, dans une entreprise publique, l'on n'entre pas impunément dans le marché, avec les enjeux qui s'y attachent, sans prendre des risques. Je veux donc m'assurer que le comité d'audit et l'inspecteur général chargé de ces questions soient en

permanence en état de nous alerter s'il y a la moindre difficulté. Je puis vous rassurer, sans l'ombre d'un doute, au sujet des deux affaires dont je vous parle

**Mr. Jean-Pierre NICOLAS** : Je vous prie d'excuser mon retard et sollicite l'indulgence si mes propos sont redondants

Je serais tenté de dire que, plus les travaux de la commission avancent, plus je reste perplexe devant les contradictions révélées entre les différentes personnes entendues sur les comptes des entreprises publiques France Télécom ou EDF. Je serais tenté de demander : y at-il une vérité ? Si oui, où se situe-t-elle ?

Je reviens sur quelques points essentiels concernant EDF établis par les travaux de la commission.

Le Président d'EDF, entendu par la commission de la production, en juillet 2002, en réponse à une question, affirmait n'avoir jamais entendu évoquer dans l'entreprise une éventuelle opposition de la direction du Trésor à l'acquisition d'Edenor . Or, tel n'était pas le propos de M Jean-Pierre Jouyet, directeur du Trésor, interrogé par M. Charles de Courson, lors de son audition par la commission des finances en septembre 2002  Par ailleurs, le Président d'EDF n'a pas reconnu, d'une part, l'existence d'engagements hors bilan en Italie ; d'autre part, l'existence d'un pacte d'actionnaires établissant une garantie de dividendes au profit du partenaire d'EDF dans EnBW.  Les comptes d'EDF pour 2002, rendus publics en mars dernier, font état d'engagements hors bilan en Italie d'un montant de 4 852 millions d'euros, d'une garantie de dividendes minimum de 100 millions de deutschemarks au profit d 'OEW, consentis le 26 juillet 2000, qui s'inscrit dans un ensemble d'engagements hors bilan concernant EnBW d'un montant de 2 918 millions d'euros  Sur ces deux seules opérations, ce sont donc des engagements hors bilan de 7,7 milliards d'euros qui ont été dissimulés à la représentation nationale

D'autres distorsions ont été relevées    Je voudrais rappeler que, le 30 juillet 2002, le Président d'EDF avait affirmé : « *Tous les moyens seront mis à la disposition du Parlement afin de mettre en évidence qu'aucun moyen comptable ou extra comptable ne permet de douter de la sincérité des comptes d'EDF. Il est très probable que les informations et comptes publiés ne puissent être contestés au vu de la lettre des textes en vigueur  C'est en ce sens que l'on ne devrait pas douter de leur sincérité*  »

C'est précisément ce qui pourrait inquiéter notre commission et qui justifie ses investigations. Comment peut-on remédier à ce genre de situation ? Nous sommes face à des responsables d'entreprise et à leurs prestataires, à des commissaires aux comptes notamment, qui affichent, de manière très rassurante, des présentations comptables formellement correctes et des résultats légèrement positifs. Mais cela n'est possible - M. Alphandéry l'a confirmé lors de son audition - qu'au prix de diverses cessions d'actifs, de recettes exceptionnelles, de reprises de provisions, de dopages de la trésorerie, d'opérations révélées à notre commission d'engagements hors bilan évalués à 24 milliards d'euros par Mme Rousseau, de la non prise en compte des provisions de retraites au motif que la réglementation future n'est pas connue. Or, l'entreprise a négocié, dès 2002, puis signé un accord avec les syndicats  Elle y prend des engagements précis qu'il faudra financer  Mais surtout, tout le monde sait que cet engagement non provisionné représente plus de cinquante milliards d'euros pour EDF, soit près de deux ans de chiffre d'affaires. Peut-on dire que les règles fondamentales d'une bonne gouvernance sont respectées, que cette situation est saine, transparente, rationnelle et rassurante ?  Les représentants de l'Etat, parmi d'autres, ont expliqué le contraire, me semble-t-il, à notre commission, mais surtout que signifie l'expression employée par M Roussely : « *Aucun moyen comptable ou extra comptable ne permet de douter de la sincérité des comptes d'EDF* » ?

Dans ces conditions, la première suggestion que je serais tenté de faire à notre commission est de préconiser au gouvernement, avant d'instituer des mécanismes nouveaux ou de se lancer dans des réformes, de prendre les dispositions nécessaires pour que les responsables d'entreprises, aidés de leurs prestataires et conseils, jouent le jeu de l'esprit des textes au lieu de jouer toujours dans le même sens avec la lettre des textes, de faire également en sorte qu'ils respectent les procédures, notamment pour les autorisations d'investissement   Sans cela, aucune réforme n'aura d'effet positif.

**Mr. François ROUSSELY** : J'ai répondu à cette question point par point à M. Masdeu-Arus, mais je ne veux pas vous laisser conclure sur ce point  Je le répète : M. Masdeu-Arus et vous-même, devant la commission de la production et des échanges, avez cité une note qui valait sur la position de la direction du Trésor devant le conseil d'administration d'EDF international  Mais elle ne valait pas au sujet de l'acquisition d'Edenor  C'est cet élément que j'ai cité

S'agissant du hors bilan, le jour où j'ai été auditionné par la commission des finances - reportez-vous à la chronologie, au calendrier - nos accords avec nos amis italiens ne permettaient pas de dire autre chose  Je n'ai pas repris votre collègue qui indiquait : « *J'en conclus qu'il n'y a pas d'engagements hors bilan* . » Je le répète, ils sont si peu secrets qu'ils sont certifiés par les commissaires aux comptes et qu'ils sont annexés à nos comptes  Imaginer que l'on ait utilisé les termes « formellement » ou « à la lettre » pour dissimuler, non, M. Nicolas, je vous le dis très tranquillement : depuis trente ans je suis au service de l'Etat et je ne changerai pas à mon âge  On ne gouverne pas une entreprise de 170 000 personnes, représentée dans 26 pays dans le monde, qui a l'histoire d'EDF, avec de petits aménagements à la lettre ici ou là !

Mr Nicolas, vous avez cité un élément repris par plusieurs de vos collègues, selon lequel les résultats n'auraient été atteints qu'à la suite d'éléments non récurrents  Ce n'est pas de chance pour vous, car, pour la première fois, nous avons publié nos comptes en distinguant les éléments non récurrents positifs des éléments non récurrents négatifs, assortis des effets de périmètre et de change. Or, il y a deux sommes équivalentes, à 19 millions d'euros près sur les éléments non récurrents positifs et non récurrents négatifs  Vous en avez la liste dans les comptes qui ont été publiés. Si des comptes sont totalement neutres à l'égard des sommes non récurrentes, ce sont bien ceux de 2002  Vous trouverez, d'un côté, les provisions liées à l'Amérique latine, les éléments négatifs ; de l'autre, des éléments récurrents de même montant liés à la renégociation de contrats, à la cession d'un certain nombre d'actifs  Ces deux sommes sont rigoureusement équivalentes  Je ne voudrais pas un instant qu'un seul des membres de la commission puisse avoir le sentiment que le résultat que nous avons publié, certifié dans les comptes n'est pas exact  Vous pourrez le vérifier et, d'ailleurs, les six commissaires aux comptes vous ont indiqué la même chose, ici même.

Il n'est pas besoin de rappeler, moi qui ai prêté serment et qui suis par ailleurs magistrat, que la non sincérité des comptes est une infraction au code pénal  Quelqu'un parmi vous pense-t-il que les comptes d'EDF ne sont pas réguliers, ne sont pas sincères, ne sont pas fidèles, ne répondant pas ainsi aux dispositions du code pénal, auxquelles veillent à la fois les commissaires aux comptes et tous les corps de contrôle, y compris les contrôles que le Parlement peut vouloir diligenter ?

Je redis très tranquillement aux membres de la commission : l'ensemble des moyens mis en œuvre sont réguliers, il n'y a aucun motif d'inquiétude à avoir sur la façon dont ces différents éléments ont été traités  Peut-on soutenir que nous aurions mieux fait de ne pas investir et, au fond, de ne pas nous préparer à l'ouverture des marchés - ce que nous n'avons pas fait avant 1998 ? La seule chose que l'on puisse nous reprocher, c'est de ne pas l'avoir préparée plus tôt  Peut-être aurions-nous réalisé ces opérations dans un climat plus paisible et dans un espace de temps plus long  Cela dit, quand on est sur un marché, on ne peut à la fois faire la libéralisation et s'affranchir des règles du marché  Nous avons entrepris ces opérations de

restructuration aux conditions du marché, au moment où le marché les libérait et les présentait

## Page 1

**Audition conjointe de MM. François ROUSSELY, Président d'EDF, et Jacques CHAUVIN, ancien directeur financier d'EDF**

*(Extrait du procès-verbal de la séance du 20 mai 2003)*

Mr Philippe DOUSTE-BLAZY, President

*MM François Roussely et Jacques Chauvin sont introduits.*

**Mr. le Président :** La commission, vous le savez messieurs, a déjà tenu plusieurs séances sur la situation d'EDF Son ancien Président, les commissaires aux comptes, le Président du comité d'audit, la commissaire du gouvernement, les représentants des salariés au conseil d'administration, et l'ancien Président d'EDF International ont été entendus J'ajoute que nous avons, bien évidemment, évoqué les relations de l'entreprise avec la tutelle, lors de l'audition du directeur du Trésor.

Je voudrais redire aujourd'hui, M. le Président, qu'il ne s'agit pas pour nous d'instruire un quelconque procès envers un établissement ou ses dirigeants Mais il nous appartient de connaître avec précision les résultats financiers des entreprises, parce que nous en sommes comptables, comme vous, devant les Français.

## Joint hearing of Mr. Francois ROUSSELY, Chairman of EDF, and Jacques CHAUVIN, former EDF Chief Financial Officer

*(Extracts from minutes of May 2003 session)*

Mr Philippe DOUSTE-BLAZY, Chairman

*MM François Roussely et Jacques Chauvin are introduced.*

**Mr. Chairman :** Sirs, the Commission, as you know it, has already held several sessions on the EDF situation. We heard the testimonies of its former Chairman, its auditors, the Chairman of its audit committee, the commissioner of the government, the Board directors representing the employees, and the former chairman of EDF International. I had that we heard, obviously, about the relationship between the company and its shareholder, with the hearing of the Director of the Treasury.

I would like to say again, Mr. Chairman that our purpose is not to to prepare for a trial against a company or its officers But we need to know precisely the financial results of the companies, because we are accountable, as you are, to the French citizens

## Page 11-12

*(Q=Question A=Answer)*

**Q Mr. Pierre DUCOUT** : M. Alphandéry a rappelé, devant notre commission d'enquête, l'intérêt indéniable que représentait pour EDF une présence en Amérique du sud depuis dix ans maintenant, mais a fortement critiqué la montée en puissance dans le capital en Argentine avec Edenor dans une période où les risques étaient déjà perceptibles.

Pouvez-vous détailler l'intérêt opérationnel qui s'attachait à cette montée en puissance, l'appréciation, je suppose raisonnée, des risques pris en fonction des critères de l'époque et l'évaluation que vous devez faire de retour sur investissement, dans une période d'éclaircie en Argentine ?

**Q M. Jean-Claude SANDRIER** : M. le Président, pensiez-vous indispensable qu'EDF investisse en Amérique du Sud ? Une fois ces investissements effectués, pensiez-vous, à un moment ou à un autre, vous retirer ? En ce cas, quelles auraient été les conséquences, à la fois pour EDF et pour les pays concernés ?

**Q Mr. Pierre DUCOUT:** Mr. Alphandéry recalled, before our investigation commission, the undeniable interest for EDF that a presence in South America had now represented for ten years, but he strongly criticized the rise to power in the capital of Edenor in Argentina during a time when the risks were already perceptible  Can you detail the operational interest which stuck to this rise to power, the appreciation, I suppose reasoned, of the risks taken according to the criteria of the time and the evaluation which you must make of return on investment, during a break time in Argentina?

**Q Mr. Jean-Claude SANDRIER:** Mr. Chairman, did you think it was indispensable that EDF invests in South America? Once these investments carried out, did you think, at one moment or another, to withdraw? In this case, which would have been the consequences, at the same time for EDF and the countries involved?

**Page 12**

**A Francois Roussely:**Au fur et à mesure - on le voit en mars-avril 1999 - Endesa projette son développement en pensant à Edesur plutôt qu'à Edenor. Notamment, elle crée une société de services. Elle conçoit son développement selon des critères totalement différents des nôtres. Dans le courant du printemps 1999, des aléas climatiques engendrent plusieurs pannes sur le réseau de Buenos-Aires qui nous font entrevoir la nécessité de faire des investissements pour sécuriser les réseaux. Nos amis d'Endesa se disent favorables à la distribution de dividendes, non à l'investissement. Nous commençons à voir poindre des conflits dans la gestion d'une entreprise, remarquable par ailleurs à tous égards. En 1999, à un moment où la situation de l'Argentine n'était pas du tout celle que l'on connaît aujourd'hui, à un moment où il était inscrit dans la constitution qu'un peso égalait un dollar, les préoccupations d 'Endesa étaient d'une toute autre nature que les nôtres. C'est pourquoi nous avons pressenti les difficultés à poursuivre une collaboration.

**A Francois Roussely:** Progressively - one sees it in March-April 1999 - Endesa projects its development while thinking about Edesur rather than about Edenor. In particular, it creates a service company. It conceives its development according to criteria's completely different from ours. During the spring of 1999, climatic risks generate several breakdowns of the network of Buenos-Aires, which make us foresee the need for making investments to make the network safer. Our friends of Endesa are favorable to the distribution of dividends, not to investing. We start to see management conflicts coming up for a company otherwise remarkable in all other aspects. In 1999, at a time when the situation of Argentina was not at all the one we know today, at a moment when it was registered in the constitution that a peso equalized a dollar, the Endesa concerns were of a very different kind than ours. This is why we foresaw difficulties to moving forward with a collaboration.

**Page 13**

**A Francois Roussely:**L'audit que nous avons fait réaliser au printemps 2000 a conforté l'idée que nous devions investir et qu'il fallait fixer des modalités de gouvernance un peu plus sérieuses. Au cours du début de l'année 2000, nous avons donc commencé à négocier avec Endesa, négociations difficiles qui ont abouti, à la fin de l'année 2000 - au début 2001.

**A Francois Roussely:**The audit that we carried out in spring 2000 consolidated the idea that we should invest and that it was necessary to lay down a little more serious corporate governance. During the beginning of the year 2000, we thus started to negotiate with Endesa, difficult negotiations that lead to an agreement at the end of the year 2000 - at the beginning of 2001.

**Page 14**

**A Francois Roussely:** Devons-nous nous retirer ? Il est bien évident que, si la situation financière devait se dégrader dans l'un de ces pays de façon continue, EDF, même si elle est une entreprise publique, n'a pas vocation à enregistrer des pertes indéfinies qui pèseraient sur le reste de son activité. Ce n'est pas le cas d'Edenor, dont le résultat d'exploitation pour 2002 est positif, mais les charges financières liées aux pertes de change sont négatives. La diminution du chiffre d'affaires est inférieure à 2 %. Le taux d'impayés est inférieur à 2 % à Edenor. C'est l'un des taux d'impayés les plus faibles de toute l'entreprise. La qualité et la continuité du service sont assurées. J'espère que les nouvelles circonstances politiques feront que nous pourrons poursuivre notre activité en Amérique du sud.

**A Francois Roussely:** Should we withdraw (From Argentina)? It is very clear that, if the financial situation was to degrade in each of those countries repeatedly, EDF, even a public company, cannot afford to write down undefined losses, which would drag down the rest of its activities. This is not the case of Edenor, which has a 2002 positive EBITDA, but the financial currency exchange losses are negative. The decrease in revenues is less than 2%. Unpaid bills are less than 2% at Edenor. It is one of the lowest ratios within the company (EDF). Quality and continuity of service are carried out. I hope that the new political framework will enable us to continue our activity in South America.

## Page 18

**A Francois Roussely:** Vous avez indiqué que tout le monde savait que la situation, en 2001 pour Edenor, était difficile. Lorsque nous avons entrepris nos négociations avec Endesa, nous étions à la mi-1999. La décision a été prise par le ministre d'approuver l'ensemble du processus en avril-mai 2001.

**A Francois Roussely:** You indicated that everyone knew that the situation was difficult for Edenor in 2001. When we undertook our negotiations with Endesa, we were in the mid-1999. The decision was made by the minister to approve the whole process in April-May 2001.