ATTACHMENT 5

## Page 1

**Audition conjointe de MM. François ROUSSELY, Président d'EDF, et Jacques CHAUVIN, ancien directeur financier d'EDF**

*(Extrait du procès-verbal de la séance du 20 mai 2003)*

Mr. Philippe DOUSTE-BLAZY, President

*MM François Roussely et Jacques Chauvin sont introduits.*

**Mr. le Président :** La commission, vous le savez messieurs, a déjà tenu plusieurs séances sur la situation d'EDF. Son ancien Président, les commissaires aux comptes, le Président du comité d'audit, la commissaire du gouvernement, les représentants des salariés au conseil d'administration, et l'ancien Président d'EDF International ont été entendus. J'ajoute que nous avons, bien évidemment, évoqué les relations de l'entreprise avec la tutelle, lors de l'audition du directeur du Trésor.

Je voudrais redire aujourd'hui, M. le Président, qu'il ne s'agit pas pour nous d'instruire un quelconque procès envers un établissement ou ses dirigeants. Mais il nous appartient de connaître avec précision les résultats financiers des entreprises, parce que nous en sommes comptables, comme vous, devant les Français.

## Joint hearing of Mr. Francois ROUSSELY, Chairman of EDF, and Jacques CHAUVIN, former EDF Chief Financial Officer

*(Extracts from minutes of May 2003 session)*

Mr. Philippe DOUSTE-BLAZY, Chairman

*MM François Roussely et Jacques Chauvin are introduced.*

**Mr. Chairman :** Sirs, the Commission, as you know it, has already held several sessions on the EDF situation. We heard the testimonies of its former Chairman, its auditors, the Chairman of its audit committee, the commissioner of the government, the Board directors representing the employees, and the former chairman of EDF International. I had that we heard, obviously, about the relationship between the company and its shareholder, with the hearing of the Director of the Treasury.

I would like to say again, Mr. Chairman that our purpose is not to to prepare for a trial against a company or its officers. But we need to know precisely the financial results of the companies, because we are accountable, as you are, to the French citizens.

## Page 11-12

*(Q=Question A=Answer)*

**Q Mr. Pierre DUCOUT** : M. Alphandéry a rappelé, devant notre commission d'enquête, l'intérêt indéniable que représentait pour EDF une présence en Amérique du sud depuis dix ans maintenant, mais a fortement critiqué la montée en puissance dans le capital en Argentine avec Edenor dans une période où les risques étaient déjà perceptibles.

Pouvez-vous détailler l'intérêt opérationnel qui s'attachait à cette montée en puissance, l'appréciation, je suppose raisonnée, des risques pris en fonction des critères de l'époque et l'évaluation que vous devez faire de retour sur investissement, dans une période d'éclaircie en Argentine ?

**Q M. Jean-Claude SANDRIER** : M. le Président, pensiez-vous indispensable qu'EDF investisse en Amérique du Sud ? Une fois ces investissements effectués, pensiez-vous, à un moment ou à un autre, vous retirer ? En ce cas, quelles auraient été les conséquences, à la fois pour EDF et pour les pays concernés ?

**Q Mr. Pierre DUCOUT:** Mr. Alphandéry recalled, before our investigation commission, the undeniable interest for EDF that a presence in South America had now represented for ten years, but he strongly criticized the rise to power in the capital of Edenor in Argentina during a time when the risks were already perceptible. Can you detail the operational interest which stuck to this rise to power, the appreciation, I suppose reasoned, of the risks taken according to the criteria of the time and the evaluation which you must make of return on investment, during a break time in Argentina?

**Q Mr. Jean-Claude SANDRIER:** Mr Chairman, did you think it was indispensable that EDF invests in South America? Once these investments carried out, did you think, at one moment or another, to withdraw? In this case, which would have been the consequences, at the same time for EDF and the countries involved?

### Page 12

**A Francois Roussely:**Au fur et à mesure - on le voit en mars-avril 1999 - Endesa projette son développement en pensant à Edesur plutôt qu'à Edenor. Notamment, elle crée une société de services. Elle conçoit son développement selon des critères totalement différents des nôtres. Dans le courant du printemps 1999, des aléas climatiques engendrent plusieurs pannes sur le réseau de Buenos-Aires qui nous font entrevoir la nécessité de faire des investissements pour sécuriser les réseaux. Nos amis d'Endesa se disent favorables à la distribution de dividendes, non à l'investissement. Nous commençons à voir poindre des conflits dans la gestion d'une entreprise, remarquable par ailleurs à tous égards. En 1999, à un moment ou la situation de l'Argentine n'était pas du tout celle que l'on connaît aujourd'hui, à un moment où il était inscrit dans la constitution qu'un peso égalait un dollar, les préoccupations d 'Endesa étaient d'une toute autre nature que les nôtres. C'est pourquoi nous avons pressenti les difficultés à poursuivre une collaboration.

**A Francois Roussely:** Progressively - one sees it in March-April 1999 - Endesa projects its development while thinking about Edesur rather than about Edenor. In particular, it creates a service company. It conceives its development according to criteria's completely different from ours. During the spring of 1999, climatic risks generate several breakdowns of the network of Buenos-Aires, which make us foresee the need for making investments to make the network safer. Our friends of Endesa are favorable to the distribution of dividends, not to investing. We start to see management conflicts coming up for a company otherwise remarkable in all other aspects. In 1999, at a time when the situation of Argentina was not at all the one we know today, at a moment when it was registered in the constitution that a peso equalized a dollar, the Endesa concerns were of a very different kind than ours. This is why we foresaw difficulties to moving forward with a collaboration.

### Page 13

**A Francois Roussely:**L'audit que nous avons fait réaliser au printemps 2000 a conforté l'idée que nous devions investir et qu'il fallait fixer des modalités de gouvernance un peu plus sérieuses. Au cours du début de l'année 2000, nous avons donc commencé à négocier avec Endesa, négociations difficiles qui ont abouti, à la fin de l'année 2000 - au début 2001.

**A Francois Roussely:**The audit that we carried out in spring 2000 consolidated the idea that we should invest and that it was necessary to lay down a little more serious corporate governance. During the beginning of the year 2000, we thus started to negotiate with Endesa, difficult negotiations that lead to an agreement at the end of the year 2000 - at the beginning of 2001.

### Page 14

**A Francois Roussely:** Devons-nous nous retirer ? Il est bien évident que, si la situation financière devait se dégrader dans l'un de ces pays de façon continue, EDF, même si elle est une entreprise publique, n'a pas vocation à enregistrer des pertes indéfinies qui pèseraient sur le reste de son activité. Ce n'est pas le cas d'Edenor, dont le résultat d'exploitation pour 2002 est positif, mais les charges financières liées aux pertes de change sont négatives. La diminution du chiffre d'affaires est inférieure à 2 %. Le taux d'impayés est inférieur à 2 % à Edenor. C'est l'un des taux d'impayés les plus faibles de toute l'entreprise. La qualité et la continuité du service sont assurées. J'espère que les nouvelles circonstances politiques feront que nous pourrons poursuivre notre activité en Amérique du sud.

**A Francois Roussely:** Should we withdraw (From Argentina)? It is very clear that, if the financial situation was to degrade in each of those countries repeatedly, EDF, even a public company, cannot afford to write down undefined losses, which would drag down the rest of its activities. This is not the case of Edenor, which has a 2002 positive EBITDA, but the financial currency exchange losses are negative. The decrease in revenues is less than 2%. Unpaid bills are less than 2% at Edenor. It is one of the lowest ratios within the company (EDF). Quality and continuity of service are carried out. I hope that the new political framework will enable us to continue our activity in South America.

### Page 18

**A Francois Roussely:** Vous avez indiqué que tout le monde savait que la situation, en 2001 pour Edenor, était difficile. Lorsque nous avons entrepris nos négociations avec Endesa, nous étions à la mi-1999. La décision a été prise par le ministre d'approuver l'ensemble du processus en avril-mai 2001.

**A Francois Roussely:** You indicated that everyone knew that the situation was difficult for Edenor in 2001. When we undertook our negotiations with Endesa, we were in the mid-1999. The decision was made by the minister to approve the whole process in April-May 2001.

ATTACHMENT 6

J.O. 199 du 27 août 2005     J.O. disponibles     Alerte par mail     Lois,décrets     codes
AdmiNet
Ce document peut également être consulté sur le site officiel Legifrance

# Avis n° 2005-A-8 de la Commission des participations et des transferts du 12 juillet 2005 relatif à la cession de Edenor par Electricité de France

## NOR : ECOX0508683V

La commission émet l'avis suivant :

I - Par lettre en date du 7 juillet 2005, le ministre de l'économie, des finances et de l'industrie a saisi la commission en vue de recueillir son avis sur le transfert au secteur privé par Electricité de France du contrôle de la société Empresa Distribuidora y Comercializadora Norte SA (ci-après « Edenor »).

Edenor emploie 2 455 personnes et a réalisé en 2004 un chiffre d'affaires de 1,1 milliard de pesos (environ 307 millions d'euros). La cession projetée entre donc dans le champ d'application de l'article 20 de la loi du 6 août 1986 modifiée sans requérir l'avis conforme de la commission. Cependant, le ministre a souhaité la consulter comme le prévoit le dernier alinéa de l'article 3 de ladite loi.

II - La société Edenor est détenue :

- pour 39 % directement par EDF International SA, filiale intégrale de Electricité de France ;

- pour 51 % par Electricidad Argentina SA (ci-après « EASA », holding détenu à 100 % par EDF International SA) ;

- pour 10 % par le personnel.

Electricité de France a acquis progressivement le contrôle de Edenor de 1992 à 2001, ayant participé dès l'origine à la constitution de EASA qui avait remporté en juillet 1992 l'appel d'offres relatif à la cession de 51 % du capital d'Edenor par les pouvoirs publics argentins. Au total, cette acquisition aura représenté pour EDF un investissement de l'ordre de 1,4 milliard de dollars (dont 1 milliard en 2001).

Edenor, qui dessert la région nord-ouest de Buenos Aires, est le premier distributeur d'électricité en Argentine et l'un des plus importants d'Amérique latine. Il est titulaire d'une concession d'une durée de 95 ans expirant en 2087. La société compte 2,4 millions de clients.

La crise économique de l'Argentine en 2001 a conduit le Gouvernement de ce pays à prendre des mesures économiques qui ont eu un fort impact pour Edenor dont EDF venait d'acquérir le contrôle. D'une part, les tarifs de la société à l'origine exprimés en dollars ont été convertis en pesos argentins et une dévaluation du peso argentin est intervenue en janvier 2002. D'autre part, les tarifs d'électricité ont été gelés alors que le pays connaissait une hausse très élevée des prix de gros. Ces deux facteurs ont

entraîné entre 2000 et 2002 une chute de deux tiers du chiffre d'affaires et de l'excédent brut d'exploitation exprimés en dollars des Etats-Unis. La société continue cependant à afficher des performances opérationnelles saines, améliorant sa productivité et réduisant les détournements d'électricité.

N'ayant plus la capacité de générer les ressources suffisantes, la société a dû suspendre en septembre 2002 le remboursement du principal de sa dette qui était libellée en dollars et ne bénéficiait d'aucun mécanisme de couverture. Edenor a tenté de restructurer sa dette mais n'a pu aboutir à un accord avec ses créanciers. Dans le même temps, les investissements ont été réduits, ce qui a créé des litiges avec les pouvoirs publics locaux.

Les mesures prises par le Gouvernement argentin ayant rompu le cadre normatif et contractuel, EDF a déposé une demande de dommages et intérêts auprès du Centre international de règlement des différends relatifs à l'investissement (CIRDI).

Durant l'exercice 2004, Edenor a réalisé un chiffre d'affaires de 1,1 milliard de pesos, soit 376 millions de dollars (+ 17 %), un résultat d'exploitation de 39 millions de pesos (- 42 %) et une perte nette de 90 millions de pesos (contre un bénéfice net de 211 millions en 2003). Les fonds propres s'élèvent au bilan de Edenor à 1,53 milliard de pesos, soit 530 millions de dollars, au 31 décembre 2004. La dette nette de Edenor-EASA est de 429 millions de dollars.

III. - Electricité de France, dans le cadre de sa politique générale de recentrage vers les marchés européens, a décidé de céder sa participation dans Edenor.

La procédure de cession a été publiquement lancée en avril 2005, alors que le fonds d'investissement Dolphin avait acquis une grande partie de la dette de Edenor-EASA et fait part de son intérêt pour l'acquisition du groupe. Neuf investisseurs financiers ont fait acte de candidature et ont pu participer à des salles d'information (data room) ouvertes fin avril et début mai. Les offres finales ont été reçues le 16 mai et l'accord de cession a été finalisé en juin avec l'offreur le mieux disant qui était Dolphin.

L'opération comprend les éléments suivants :

- la cession à Dolphin de l'intégralité du capital de EASA et de 14 % des actions directement détenues dans Edenor par EDF pour un montant comptant de 100 millions de dollars ;

- la mise en place de mécanismes d'options d'achat et de vente associés à la participation minoritaire résiduelle de 25 % de EDF dans Edenor, options valorisées par l'expert entre 69 et 76 millions de dollars ;

- la signature d'un accord d'assistance technique ;

- la restructuration de la dette d'Edenor-EASA qui doit, selon l'expert, conduire EDF International à espérer un remboursement de ses créances pour environ 70 millions de dollars ;

- l'abandon par EDF de sa plainte contre le Gouvernement argentin.

Deux autres fonds d'investissements, Marathon et Tavistock, se sont associés à Dolphin.

IV. - Le groupe Dolphin a été créé en 1989 par un homme d'affaires argentin, M. Marcelo Mindlin. Il gère des fonds d'investissement à profils diversifiés dans lesquels le groupe participe lui-même aux côtés d'investisseurs extérieurs. Dolphin conseille également en fusion-acquisition et pour l'émission

d'obligations convertibles.

Le groupe Dolphin a investi dans le secteur de l'énergie, acquérant notamment en 2004 le contrôle conjoint de la principale entreprise de transport d'électricité d'Argentine, Transener.

V. - Conformément à la loi, la commission a disposé du rapport d'évaluation d'Edenor établi par un expert indépendant choisi par EDF, J. P. Morgan, qui était associé à l'origine dans la privatisation d'Edenor.

L'expert estime que Edenor ne peut être évalué que sur la base d'une actualisation des flux de trésorerie. Pour ce faire, il distingue deux scénarios, le premier suivant lequel un accord serait conclu avec les pouvoirs publics argentins sur la renégociation des tarifs (ce qui entraîne abandon de la plainte auprès du CIRDI) et le second qui se situe dans une perspective conflictuelle. Dans le second scénario, est inclus dans la valorisation le montant de l'indemnité à attendre de l'arbitrage du CIRDI, évaluée selon sa jurisprudence.

Sur cette base, l'expert présente une fourchette d'évaluation qui est nettement inférieure à la valeur de l'offre du groupe Dolphin telle qu'il l'a déterminée, c'est-à-dire en incluant les espérances ultérieures de recettes sur le remboursement de la dette d'Edenor-EASA et la cession des 25 % résiduels.

VI - La commission constate que Electricité de France a conduit une procédure de cession qui a donné lieu à la production d'offres concurrentes et qu'il a retenu l'offre la mieux disante.

Il n'en reste pas moins que le prix de la cession, qui au demeurant ne porte pas immédiatement sur la totalité de la participation d'EDF, est très bas en comparaison du coût qu'avait représenté l'acquisition menée de 1992 à 2001 et qui était d'environ 1,4 milliard de dollars. La sortie d'Edenor se traduira donc pour EDF par une moins-value considérable dont le montant a déjà été intégralement provisionné.

L'évaluation d'Edenor, compte tenu du contexte dans lequel se trouve la société, est particulièrement difficile. L'approche de l'expert constitue une tentative d'approcher la valeur de la société par un raisonnement adapté à cette situation spécifique.

Une autre approche consisterait à appliquer aux données comptables (chiffre d'affaires, excédent brut d'exploitation) de l'exercice 2005 d'Edenor, sur la base de tarifs renégociés, les multiples moyens de sociétés du secteur de l'énergie hors d'Argentine et du secteur des services en Argentine. Ce calcul ferait apparaître que le prix de cession résultant de l'offre de Dolphin n'est pas disproportionné au vu de l'importance des risques juridiques, financiers et macroéconomiques qui affectent la situation de la société.

La sortie d'Electricité de France, dont on peut seulement regretter qu'elle ne soit pas totale, lui permet de se retirer d'une zone d'activité où le groupe ne souhaite plus être présent. Elle donne ainsi plus de visibilité à EDF, contribue à diminuer ses risques aux yeux du marché et manifeste que le groupe entend solder une période de croissance externe mal maîtrisée.

VII. - Pour ces motifs, sur la base des éléments qui lui ont été transmis, la commission n'a pas d'objection à formuler sur la transaction envisagée par EDF pour se désengager d'une situation critique.

ATTACHMENT 7

J.O. 199 of August 27, 2005    J.O. available    Alerts by mall    Lois, decrees    AdmiNet
  codes

This document can also be consulted on the official site Legifrance

# Opinion n° 2005-A-8 of the Commission of the participations and the transfers of 12 July 2005 relating to the transfer of Edenor by Electricity of France

## NOR: ECOX0508683V

The commission gives the following opinion:

I - In a letter dated July 7, 2005, the Minister for the economy, finances and industry seized the commission in order to collect its opinion on the transfer to the sector deprived by Electricity of France of the control of the company Empresa Distribuidora y Comercializadora Norte SA (hereafter "Edenor").

Edenor employs 2 455 people and realized in 2004 a sales turnover of 1,1 billion pesos (approximately 307 million euros). The transfer projected between thus in the field of application of article 20 of the law of August 6, 1986 modified without requiring the assent of the commission. However, the minister wished to consult it as lays down it the last subparagraph of article 3 of the aforementioned law.

II - the Edenor company is held:

- for 39 % directly by EDF International SA, integral subsidiary company of Electricity of France;

- for 51 % by Electricidad Argentina SA (hereafter "EASA", holding held to 100 % by EDF International SA);

- for 10 % by the personnel.

Electricity of France gradually acquired the control of Edenor of 1992 to 2001, having taken part right from the start in the constitution of EASA which had gained in July 1992 the invitation to tender relating to the transfer of 51 % of the capital of Edenor by the Argentinian authorities. On the whole, this acquisition will have involved for EDF an investment of about 1,4 billion dollar (including 1 billion in 2001).

Edenor, which serves the north-western area of Buenos Aires, is the first distributor of electricity in Argentina and one of most important of Latin America. It is titular of a one 95 years duration concession expiring in 2087. The company counts 2,4 million customers.

The economic crisis of Argentina in 2001 led the Government of this country to take economic measures which had a strong impact for Edenor from which EDF came to acquire control. On the one hand, the tariffs of the company in the beginning expressed in dollars were converted into pesos Argentinian and a

devaluation of the Argentinian peso intervened in January 2002. In addition, the tariffs of electricity were cold whereas the country knew a very high rise of the wholesale prices. These two factors involved between a 2000 and 2002 fall of two thirds of the sales turnover and rough surplus of exploitation expressed in dollars of the United States. The company however continues to post healthy operational performances, improving its productivity and reducing the diversions of electricity.

Not having more the capacity to generate the sufficient resources, the company had to suspend in September 2002 the refunding of the main thing of its debt which was made out in dollars and did not profit from any mechanism of cover. Edenor tried to restructure its debt but could not lead to an agreement with its creditors. In same time, the investments were reduced, which created litigations with the local authorities.

The measurements taken by the Argentinian Government having broken the normative and contractual framework, EDF lodged a request for damages with the international Center of settlement of the disputes relating to investment (CIRDI)

During 2004, Edenor carried out a sales turnover of 1,1 billion pesos, that is to say 376 million dollars (+ 17 %), a turnover of 39 million pesos (- 42 %) and a clear loss of 90 million pesos (against a benefit Net of 211 million in 2003). The own capital stocks rise with the assessment of Edenor with 1,53 billion pesos, that is to say 530 million dollars, at December 31, 2004. The clear debt of Edenor-EASA is 429 million dollars.

III - Electricity of France, within the framework of its general policy of centring towards the European markets, decided to yield its participation in Edenor.

The procedure of transfer was publicly launched in April 2005, whereas the funds of Dolphin investment had acquired a great part of the debt of Edenor-EASA and fact share of its interest for the acquisition of the group. Last nine financial investors made application form and could take part in rooms of information (room dated) open at the end of April and at the beginning of May. The final offers were received on May 16 and the agreement of transfer was finalized in June with the offerer best saying which was Dolphin.

The operation includes/understands the following elements:

- the transfer with Dolphin of the entirety of the capital of EASA and 14 % of the actions directly held in Edenor by EDF for an amount cash of 100 million dollars;

- the installation of mechanisms of sale and options to buy associated with the residual minority interest with 25 % with EDF in Edenor, options developed by the expert between 69 and 76 million dollars;

- the signature of an agreement of technical aid;

- the reorganization of the debt of Edenor-EASA which must, according to the expert, to lead EDF International to hope for a refunding of its credits for approximately 70 million dollars;

- the abandonment by EDF of its complaint against the Argentinian Government.

Two other funds of investments, Marathon and Tavistock, joined Dolphin.

IV - the Dolphin group was created in 1989 by an Argentinian businessman, Mr. Marcelo Mindlin. It manages funds of investment to diversified profiles in which the group takes part itself in the sides of

external investors. Dolphin also advises in fusion-acquisition and for the issue of convertible bonds.

The Dolphin group invested in the energy sector, acquiring in particular in 2004 the joint control of the principal haulage company of electricity of Argentina, Transener.

V - In accordance with the law, the commission had the evaluation report of Edenor established by an independent expert chosen by EDF, J.P. Morgan, which was associated at the origin in the privatization of Edenor.

The expert estimates that Edenor cannot be evaluated that on the basis of actualization of flows of treasury. With this intention, it distinguishes two scenarios, the following first which an agreement would be concluded with the Argentinian authorities on the renegotiation from the tariffs (what involves abandonment of the complaint at the CIRDI) and the second who is located from the conflict point of view. In the second scenario, is included in valorization the amount of the allowance to await arbitration of the CIRDI, evaluated according to its jurisprudence.

On this basis, the expert presents a range of estimate which is definitely lower than the value of the offer of the Dolphin group such as it determined it, i.e. by including the later hopes of receipts on the refunding of the debt of Edenor-EASA and the transfer of 25 % residual.

VI - the commission notes that Electricity of France led a procedure of transfer which gave place to the production of concurrent offers and which it retained the offer best saying.

It does not remain about it less than the delivery price, which moreover does not relate immediately to the totality of the participation of EDF, is very low in comparison of the cost which had represented the acquisition carried out of 1992 to 2001 and which was approximately 1,4 billion dollar. The exit of Edenor will thus be translated for EDF by a considerable depreciation whose amount completely was already funded.

The evaluation of Edenor, taking into account the context in which the company is, is particularly difficult. The approach of the expert constitutes an attempt to approach the value of the company by a reasoning adapted to this specific situation.

Another approach would consist in applying to the countable data (sales turnover, rough surplus of exploitation) of 2005 of Edenor, on the basis of renegotiated tariff, the multiple means of companies of out of Argentina and the sector energy sector of the services in Argentina. This calculation would reveal that the delivery price resulting from the offer of Dolphin is not disproportionate within sight of the importance of the legal risks, financial and macroeconomic which affect the situation of the company.

Exit of Electricity of France, which one can only consider it regrettable that it is not total, allows him to be withdrawn from a zone of activity where the group does not wish any more to be present. It gives thus more visibility at EDF, contributes to decrease its risks with the eyes of the market and proclamation which the group intends to balance one period of external growth evil controlled.

VII - For these reasons, on the basis of element which was transmitted to him, the commission does not have an objection to formulate on the transaction under consideration by EDF to disengage itself of a critical situation.

# ATTACHMENT 8

COPY

1       IN THE UNITED STATES DISTRICT COURT

          FOR THE DISTRICT OF COLUMBIA

2

3  - - - - - - - - - - - - - - x

                    :

4  CATHERINE GAUJACQ,       :

                    :

5         Plaintiff,     :

                    :

6      vs.           :    No. 1:05CV0969(JGP)

                    :

7  ELECTRICITE DE FRANCE    :

  INTERNATIONAL NORTH AMERICA, :

8  INC., et al.,        :

                    :

9        Defendants.    :

                    :

10  - - - - - - - - - - - - - - x

11                  Washington, D.C.

12                  Tuesday, April 4, 2006

13     Deposition of CHRISTIAN NADAL, defendant, called

14  for examination by counsel for the plaintiff, pursuant

15  to notice, at the office of David A. Clark, Esq.,

16  Steptoe & Johnson, LLP, 1330 Connecticut Avenue,

17  Northwest, Washington, D.C. 20036, before Carol A.

18  Lowe, a Registered Professional Reporter, beginning at

19  9:40 a.m., when were present on behalf of the

20  respective parties:

21

22

Page 6

1   stands for Electricite De France -- in North America
2     Q.  And so if we use EDF in this deposition, you
3   understand that to mean Electricite De France; is that
4   correct?
5     A.  EDF stands for Electricite De France, yes
6     Q.  Okay.  And if we use EDFINA in this
7   deposition, what does that mean to you?
8     A.  EDFINA is a subsidiary of EDF, wholly owned
9   by EDF and operating in -- based in D C and operating
10  on behalf of EDF for some operations in the United
11  States and Canada
12    Q.  And does it stand for Electricite De France
13  International North America?
14    A.  Yes
15    Q.  Okay.  And how long have you held the
16  position of general delegate of EDF in North America?
17    A.  The decision by Francois Roussely -- Roussely
18  is -- you have it? R-O-U-S-S-E-L-Y  Francois
19  Roussely, president of EDF, assign me that position in
20  the beginning of 2004.
21    Q.  And what was Mr. Roussely's position at that
22  time?

Page 7

1     A.  Chairman and CEO of EDF
2     Q.  Have you ever had your deposition taken
3   before?
4     A.  No
5     Q.  Do you have an understanding of what takes
6   place in a deposition?
7     A.  I work with my lawyers on this aspect  I --
8   I think  I guess, yes
9     Q.  You attended Catherine Gaujacq's deposition;
10  correct?
11    A.  Yes
12    Q.  And you also attended the deposition of one
13  of the corporate designees of EDF and EDFINA; correct?
14    A.  Yes.
15    Q.  Okay.  And you watched that process
16    A.  Yes.
17    Q.  Okay.  And you understand that you are giving
18  your answers under oath today; correct?
19    A.  Yes.
20    Q.  And do you understand that to mean that under
21  the penalty of perjury you are telling the truth, the
22  whole truth and nothing but the truth?

Page 8

1     A.  Yes
2     Q.  Okay  And do you understand that that oath
3   applies to you?
4     A.  What do you mean?
5     Q.  Do you have any belief that because you are a
6   French citizen that the United States laws do not
7   apply to you?
8     A.  No  No  No  I understand  Well, I don't
9   know  It's a legal aspect  I don't know, but I
10  understand  I am intending to tell the truth, of
11  course  And this is what my lawyers told me, also,
12  tell the truth  I don't know the legal aspect, but I
13  understand  I will do that
14    Q.  All right  Other than Catherine Gaujacq's
15  deposition and Mr  DeBotherel's deposition as a
16  corporate designee of EDF and EDFINA, have you ever
17  attended any other deposition?
18    A.  No
19    Q.  Have you ever had any criminal proceedings
20  brought against you?
21    A.  No
22    Q.  Okay  Have you -- how would you describe

Page 9

1   your health today?
2     A.  My health?  Standard for my age
3     Q.  Okay  Standard for your age?  Is that what
4   you said?
5     A.  Yes
6     Q.  Okay.  Are you taking any types of
7   medications?
8     A.  No
9     Q.  Okay  Is there any reason that you would not
10  be able to provide full and truthful answers in
11  response to my questions today and tomorrow?
12    A.  I don't know
13    Q.  Okay.  If at any time that becomes the case
14  or you believe that, please let me know --
15    A.  Okay
16    Q.  -- okay?
17    A.  Thank you
18    Q.  Great  I'm going to show you what has been
19  marked as Deposition Exhibit No  1.  That has already
20  been provided to counsel  And while we -- before the
21  deposition in consultation with counsel we had -- your
22  counsel went through and marked certain parts of that

3  (Pages 6 to 9)

Page 26

1    A    -- while I was in Argentina? The salary, no.
2    Q    Okay. Why did you return from Argentina to
3  Paris at the beginning of 2002?
4    A    Because of several changes. First change,
5  EDF bought the -- 100 percent of the company. And EDF
6  changed the international organization and created
7  new -- new branches and so on.
8        And the -- the link between -- well, the
9  responsibility of the CEO of Edenor became minor,
10  because I was in charge of the -- no shareholder had
11  any majority.
12       Then I had special responsibilities. And it
13  was completely different when Edenor became fully
14  integrated to the EDF system. And then the company
15  took EDF -- EDF headquarters and EDF local
16  representatives were -- became different. They had
17  much more responsibilities and the CEO of Edenor much
18  less.
19    Q    Do you recall when EDF bought 100 percent of
20  Edenor?
21    A    Yes. It was in -- well, it was a process
22  from -- a long discussion first with the other

Page 27

1  shareholders and with the Argentinian authorities.
2  And it took place for a long time, but the process of
3  buying itself was between April and June 2001.
4    Q    All right. Now, you indicated that EDF
5  changed its international organization and established
6  new branches. Which of those branches impacted on you
7  as the CEO of Edenor?
8        MS. REGAL: Object to the form of the
9  question. Go ahead.
10    A    Well, in fact, the -- the new organization
11  did not impact me when I -- did not impact Edenor when
12  I was in Argentina. It was prepared and organized.
13       And this decision took effect in the -- if I
14  can remember well, February or March 2002; but I made
15  a transition since July 2001 and prepared my successor
16  there. And we had a smooth transition.
17       And EDF organized completely differently
18  in -- in branches and so on in February or March 2002.
19  Then I was not directly impacted when I was in
20  Argentina, but we prepared that.
21    Q    Who took over your position when you left
22  Argentina?

Page 28

1    A    It was Henri Ducre. Henri, Henry but with an
2  I at the end. And Ducre, D-U-C-R-E.
3    Q    While you were in Argentina to whom did you
4  report?
5    A    To the board and to EDF.
6    Q    The board of --
7    A    The board of Edenor.
8    Q    Okay. And you also reported to EDF.
9    A    Yes.
10    Q    Who at EDF did you report to?
11    A    Well, to the chairman and CEO, Francois
12  Roussely. To a general -- like a CO or something like
13  that. And his name was Caperan. Caperan is
14  C-A-P-E-R-A-N. And also to the finance division, to
15  people in the international division.
16    Q    Did you report at all to Fernando Ponasso?
17    A    Fernando Ponasso was the nonexecutive
18  chairman of the board. Yes. I -- I worked with him,
19  yes, also.
20    Q    I'm sorry. You said he was what?
21    A    I worked with him, but I -- he was the
22  nonexecutive chairman of the board.

Page 29

1    Q    And what do you mean by that?
2    A    What I mean, I did not really report to him.
3  I was working with him but not reporting.
4    Q    Chairman of which board? Edenor?
5    A    Edenor, yes.
6    Q    And what do you mean by nonexecutive chairman
7  of the board? Was there an executive chairman of the
8  board?
9    A    No.
10        MS. REGAL: Object to the form of the
11  question. You may answer.
12    A    No. But according to the bylaws of the
13  company the CEO was in charge of reporting to the
14  board and preparing all documents and decisions and
15  implementing all issues of the board directly.
16    Q    And that was you?
17    A    Yes. Well, in that period.
18    Q    So you did not consider yourself to be
19  reporting to Fernando Ponasso while you were in
20  Argentina as the CEO of Edenor?
21        MS. REGAL: Object to the form of the
22  question.

8 (Pages 26 to 29)

a37d4c8e-b5b5-4f30-9a8e-28d6a2a46385

Page 38

1  and making analysis with transparency. And as he was
2  afraid of the results he stayed backwards, not --
3  again, the same position then before, not helping the
4  company, staying very prudent when at that time we
5  needed to go and -- and defend the company
6      Q.  So you believed that Mr. Ponasso did not
7  defend the company and should have defended the
8  company during these claims
9      A.  Yes; should have a bit more. Yes
10     Q.  What else should he have done?
11     A.  I'm sorry?
12     Q.  What else did you think that Mr. Ponasso
13  should have done?
14     A.  Well, when we -- we had a lot of technical
15  work about that. He was not involved in that, but
16  as -- even as a nonexecutive chairman of the board he
17  was supposed to speak with the politicians or -- not
18  in formal meeting but in informal meetings or in
19  private activities but to -- to defend the company,
20  stick to the position of the company
21      And he avoided these contacts. And he
22  avoided speaking of -- of the issue with the

Page 39

1  authorities and other people
2      Q.  What period of time did this dispute take
3  place with the claims against the company about the
4  dangerousness of the transformers and the explosions?
5      A.  I did not say "dispute". I say these facts
6  Let us say these facts. Well, the first events
7  occurred mainly by the year 2000, end of 1999 and the
8  year 2000, up to the vote of the board in beginning of
9  2001 on the accounting
10     The second was mainly in 2001 or maybe
11  end of -- the incidents started -- incidents, I mean
12  technical incidents, started by the end of 2000 and
13  lasting in 2001
14     Q.  Were those still ongoing when you left in
15  early 2002?
16     A.  Yes. My successor had to deal with some
17  aspects, but the main -- we had replaced some
18  transformers. And we had done the main -- main job in
19  2001
20     Q.  What position did Fernando Ponasso take after
21  EDF acquired 100 percent of Edenor?
22     A.  He stayed -- for a while he stayed in the

Page 40

1  same position. Everybody stayed in the same position
2  from July 2001 up to my departure and even up to
3  February or March 2002
4      Q.  And then what position did Fernando Ponasso
5  take?
6      A.  I think it was the time when he became head
7  of the Branch Americas
8      Q.  For EDF
9      A.  For EDF
10     Q.  Had Fernando Ponasso worked for EDF any time
11  prior to 2002?
12     A.  No. He became a -- an EDF employee by
13  February or March, I guess. I'm not sure, because I
14  don't know the detail of his situation; but I think he
15  became an EDF employee at that time. And he was not
16  before
17     Q.  Whose decision was it to appoint Fernando
18  Ponasso to the head of the Branch of Americas for EDF?
19     A.  It should be President Roussely, CEO of the
20  company
21     Q.  Of EDF
22     A.  Of EDF

Page 41

1      Q.  And was that an R-1 position that Mr. Ponasso
2  took?
3      A.  Probably
4      Q.  Okay. During -- were there any other
5  disputes that -- or issues or disagreements that you
6  and Mr. Ponasso had while you were in Argentina other
7  than the two that you have described to me?
8      MS. REGAL:  I'm going to object to the form
9  of the question. Could you read it back?
10     (The last question was read.)
11     MS. REGAL:  I object to the form of the
12  question. You may answer
13     A.  Well, another very important issue -- we had
14  a lot of employees and a lot of contractors -- was the
15  way of dealing with unions -- with unions
16     I cannot give a lot of details about that,
17  but it was another topic in which he wanted to avoid
18  risk and conflicts. And, of course, it's always a
19  risky situation when you have to negotiate
20     It's always a risky situation, because you
21  have to negotiate. You have to -- and sometimes have
22  a -- a conflict with the unions. Even if you reach an

Page 82

1    Q.   Okay. Are you also networked so that you can
2  access the same files as other employees?
3    A.   Yes
4    Q.   Okay. And you can do that from your laptop
5    A.   Not for all files; but for shared files, yes
6    Q.   When you have a conference call that's
7  scheduled at 9:00 a.m. Paris time where do you take
8  that phone call?
9        MS. REGAL: Object to the form of the
10  question
11   A.   9:00 a.m. Paris time is 3:00 a.m. here
12   Q.   Do you go to your office for that phone call
13  or do you do it from home?
14       MS. REGAL: I object to the form of the
15  question
16   A.   Well, I am trying to remember. Well, we
17  generally arrange conference calls to be in -- in
18  working hours here
19   Q.   Are there exceptions to that?
20   A.   Yes. I had one on Saturday from -- from
21  home
22   Q.   And you took it from home

Page 83

1    A.   Yes, but once
2    Q.   Were you ever presented with any type of
3  performance evaluation while you were in Argentina?
4    A.   Well, each year with the board, yes
5    Q.   Do you recall what your ratings were?
6        MS. REGAL: Object to the form of the
7  question
8    A.   It was not rating, formal rating. It was a
9  decision to give the bonus or not. This was the
10  rating
11   Q.   Did you have an actual document that was
12  called a performance evaluation or performance review
13  or some other type of document like that?
14   A.   Well, the performance evaluation was the --
15  the budget and the results of the company
16   Q.   Did anyone work with you on a document that
17  evaluated your performance with rankings or ratings or
18  anything?
19   A.   No. The board made the evaluation each year
20  when voting on the accounting and the results
21   Q.   Okay. Was that in writing or was that just a
22  verbal evaluation?

Page 84

1        MS. REGAL: Object to the form of the
2  question
3    A.   Well, the documents, the budget results
4  and -- and also a general report on the activities of
5  the company during the year, what I made on each
6  months; but I made one each year, also
7        And these -- these documents were written,
8  but the decision of the board was the discussion and
9  the vote of the board and of the -- the committee for
10  remunerations
11   Q.   I'm sorry. I didn't understand whether you
12  said were or weren't. Were they written or were they
13  not written?
14   A.   The document -- the budgets report and so on
15  were written. And the discussions of the board and
16  main shareholders were not written
17   Q.   Did you consider your time in Argentina as
18  the CEO of Edenor to be a positive experience for you?
19   A.   What do you mean by "positive"?
20   Q.   Did you think that it was something that you
21  really enjoyed doing, that you thought that you were
22  doing an excellent job, you were happy with that

Page 85

1  performance?
2    A.   It was a very hard time; but positive, yes
3    Q.   And what do you mean by "it was a very hard
4  time"?
5    A.   Well, the -- the country is different country
6  from the United States and Europe. It's very
7  difficult negotiations with the -- it is different
8  culture. And there are specific problems in emerging
9  countries. And it was very interesting to discover,
10  to deal with; but very, very hard
11   Q.   But overall you thought it was a positive
12  experience
13   A.   Yes. And -- yes, it was positive experience,
14  because I got good results. I could improve -- in
15  spite of difficulties with the shareholders I could
16  improve the -- the results, financial results, of the
17  company but also the quality of service to customers
18  and, also, customer satisfaction
19       We had -- it's another kind of evaluation of
20  my job. We had a rating of the customer satisfaction
21  of quality of service. And these surveys made by
22  outside companies or even by the regulator were in

22   (Pages 82 to 85)

Page 86

1  progress during my time
2    Q.  Did the board of Edenor ever express any
3  dissatisfaction with your performance or with you
4  while you were in Argentina?
5    A.  You -- you say dissatisfaction?
6    Q.  Yes.
7    A.  No
8    Q.  Did EDF express any dissatisfaction with your
9  performance or with you while you were in Argentina?
10   A.  With my performance, no  We had some
11  differences of view.  We -- some executives in EDF,
12  not all of them, about the strategy and the
13  implementation of EDF, not of Edenor
14   Q.  Who were the executives at EDF that had
15  differences with you on strategy and implementation?
16   A.  One was the -- the CO or not the -- he had
17  not this title of CO, but it doesn't matter  It's a
18  very complicated French title  And his name I already
19  told  It was Caperan, C-A-P-E-R-A-N
20       And another one was the -- responsible for
21  international division  And his name was Kallstrand
22  Kallstrand is K-A-L-L-S-I-R-A-N-D

Page 87

1    Q.  Anyone else?
2    A.  No
3    Q.  Okay  Is Caperan still with EDF?
4    A.  No
5    Q.  When did he leave?
6    A.  2002  By May 2002
7    Q.  Do you recall why he left?
8    A.  Well, there was no official explanation given
9  by the company
10   Q.  Do you know why he left?
11   A.  Could be an assumption  And the assumption
12  is partly because of the policy in Latin America and
13  partly about policy in Italy
14   Q.  And what about those policies?
15   A.  In Italy EDF launched a kind of aggressive
16  buying offer on an Italian company and was not
17  properly done
18       And the Argentina, it would appear that
19  the -- and also in Brazil the way EDF bought under
20  Caperan's direction -- direction the result was not
21  good
22   Q.  In what way?

Page 88

1    A.  Well, they bought these companies at too high
2  a price and at the wrong moment and with a -- not with
3  the proper agreements
4    Q.  That was Italy  What about Latin America?
5    A.  No  I was speaking --
6    Q.  That was Latin America?
7    A.  That was Latin America
8    Q.  I'm sorry
9    A.  Italy, it was the -- the aggressive action
10  that was also not well prepared
11   Q.  When did EDF make the acquisition in Latin
12  America where the price was too high and at the wrong
13  moment?
14   A.  Well, the acquisition of -- of Edenor was by
15  the end of spring 2001  And Light, the -- the
16  Brazilian company, was at the same time more or less
17       MS. REGAL:  I'm sorry  Would you read back
18  the answer?
19       (The last answer was read )
20   A.  And for Caperan I said he left in May 2002;
21  right?
22   Q.  Yes

Page 89

1    A.  That's right
2    Q.  Okay  And you believe it was because of what
3  you just described
4    A.  Yeah
5    Q.  Okay  Kallstrand, is he still with EDF?
6    A.  No
7    Q.  When did he leave?
8    A.  By the same time as -- maybe a couple of
9  months before Caperan
10   Q.  And why did Kallstrand leave?
11   A.  I'm sorry  Why?
12   Q.  Why did he leave?
13   A.  For the same reasons
14   Q.  He was involved in the same decisions
15   A.  Yes
16   Q.  Okay  Were you involved at all in those
17  decisions?
18   A.  No  No
19   Q.  You hesitated  Why?
20   A.  Because I -- I was not in charge of the
21  negotiation for EDF, obviously  I was in Edenor
22       And -- well, I gave my advice in some meetings with

ATTACHMENT 9

Clarín

A HEALTH HAZARD: HAY IN THE CAPITAL 74 TEAMS TO USE THE REFRIGERANT PCBs
## Still transformers with a highly toxic substance

We recognize Edenor and Edesur
- And promise that supersede the end of the year
- While affirming that they are in safe places, Clarin found that many are easily accessible

HERNAN FIRP

According According to the World Health Organization (WHO), the PCB is a highly toxic substance contained in a list of hazardous air pollutants and have carcinogenic effects. The companies Edenor and Edesur **Clarin** recognized that the electricity grid of the Federal Capital remaining 74 transformers using this substance as a coolant. At the same time, dealerships promised that the end of this year removed all equipment containing PCBs, despite the **claim that these processors do not generate any risk.** "They are in good condition and only accessible to technicians," they said.

However, a tour of **Clarin** found that this is not the case: in a garage in Palermo, at the hearing, he had a team that had a **loss of a viscous fluid.** And several buildings in the Capital have seen that the processors were at hand (see **In many ...**).

Although companies stress that the remaining teams with PCBs is only in the city of Buenos Aires, the mayor of San Isidro, Gustavo Posse, filed a complaint before a federal court because he had transformers company Edenor "chorreaban that substance" ( **Complaint** see ...).

Following complaints about the possible use of PCBs as a coolant their processors, Edenor said that **does not use that element on the public highway.**

The total population of transformers Capital and Greater Buenos Aires is 36 thousand apparatus. Those that contain PCBs are now 74: Edesur has 35 teams; Edenor, 39. They say companies are in the city. And the National Electricity Regulator (ENRE) ensures that no transformers with this substance on the public highway.

One source of Edesur said: "Over the past year we drew 122 aircraft with PCBs, there are only 35 that are in capital: five in substations and the rest **in apartment buildings, garages or basements.**" And he pledged: "On December 31 there will be no more such teams."

PCBs is the abbreviation of **policlorinato biphenyl,** a substance which includes a list of toxic substances that should disappear, according to the World Health Organization (WHO). This refrigerant is used in electrical transformers and capacitors. Also in carbon paper, hydraulic fluids, lubricants and petroleum additives.

The PCB **is not biodegradable and would be found that produces various types of cancer.** In Europe is restricting its use to be totally eliminated in 2010; in the United States this substance is not used in transformers since 1979, but still work 24 thousand teams with PCBs prior to that date.

The conflict about the substance when he met a woman from Del Viso, from Pilar, wanted to investigate why he had been diagnosed with leukemia his son four years (see **... Nobody).**

On this case in point, Edenor explained that samples of equipment located in the town of Del Viso and sent to analyze the INTI (National Institute of Industrial Technology). The results-date from 1 August 2000 - not reveal the presence of PCBs.

Once the deactivation of processors, are transported to a warehouse prosecutor. There is loaded into the device to render shielded casks housed in containers that then travel to one of the five European countries authorized for scrapping: Finland, Britain, France, Spain and Belgium.

In Argentina, according to the request by the ENRE, PCB transformers are being replaced by others that contain a **natural oil silicone** (polidimetil siloxano). The agency states that the replacement should be completed before the first quarter of 2001.

The natural oil is a transparent fluid lower density than water, able to regulate the temperature of the transformer and practically combustible. **Replacing each transformer costs about 6,000 pesos.**

The National Law 24,051 Hazardous Waste fixed what the permissible limits of PCBs and punished to spill a drop. John Legisa, owner of ENRE agency that controls the electric power companies, said: "The law does not prohibit the installation of transformers with PCBs. But there is a resolution of the Ministry of Labour (369/91), which states that these substances are toxic. order to minimize risks is necessary to take precautions and it is why we established the replacement of the transformers. "

Did you receive any complaints about disturbances caused by the PCBs? "No, only 30 consultations, seek advice or explanations of the chemical compound," they added in the ENRE.

According Cristian Nadal, general manager of Edenor, "we have 39 transformers with PCBs, and the end of November the draw. Were found in underground chambers or buildings, and only you can access them through trained **personnel. Substance leaves the country', the processor is sold as scrap and in Argentina there are no waste. "**

Despite the complaints, other sources of Edenor consulted by **Clarin** denied the version that sparked the controversy with a blunt statement: "In the province of Buenos Aires never had transformers with PCBs."

News for free on its website - RSS [XML] | Clarín com home

Copyright 1996-2008 Clarín com - All rights reserved
Director Ernestina Herrera de Noble | Rules of confidentiality and privacy

Journal Olé | La Razon Newspaper | Internet City | Digital Library
Grupo Clarin

EXHIBIT 10 –

FILED UNDER SEAL