ATTACHMENT 11

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D C  20549

FORM 6-K

REPORT OF FOREIGN PRIVATE ISSUER
PURSUANT TO RULE 13a-16 OR 15d-16 UNDER
THE SECURITIES EXCHANGE ACT OF 1934

For the month of August 2007

EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S A. (EDENOR)
(DISTRIBUTION AND MARKETING COMPANY OF THE NORTH )

---

(Translation of Registrant's Name Into English)

Argentina

---

(Jurisdiction of incorporation or organization)

Azopardo 1025
Buenos Aires C1107ADQ
Argentina

---

(Address of principal executive offices)

(Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F )

Form 20-F  X   Form 40-F ____

(Indicate by check mark whether the registrant by furnishing the information contained in this form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934 )

Yes ____  No  X

(If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b):
82- _____ )

# EDENOR S.A.

**Balance Sheets as of June 30, 2007 and December 31, 2006**
**Statements of Income for the six-month periods ended June 30, 2007 and 2006**
**Statements of Changes in Shareholders' Equity for the six-month periods ended June 30, 2007 and 2006**
**Statements of Cash Flows for the six-month periods ended June 30, 2007 and 2006**
**Notes to the Financial Statements as of June 30, 2007 and 2006 and December 31, 2006**

Shareholders and public in general who are interested in taking knowledge about the report related to the Financial Statements as of June 30, 2007, which will be published in the electronic data base of the Securities and Exchange Commission (SEC), please visit Edenor website at www.edenor.com .

1

## EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR S.A.)

### BOARD OF DIRECTORS

| | |
|---|---|
| CHAIRMAN: | Alejandro Macfarlane |
| VICE CHAIRMAN: | Marcos Marcelo Mindlin |
| DIRECTORS: | Damián Miguel Mindlin |
| | Gustavo Mariani |
| | Luis Pablo Rogelio Pagano |
| | Gustavo María Giugale |
| | Alfredo Mac Laughlin |
| | Henri Joseph Lafontaine (*) |
| | Edouard Dahome |
| | Edgardo Alberto Volosín |
| | Ignacio Raúl Chojo Ortiz |
| | Osvaldo Oscar Ramini (*) |
| ALTERNATE DIRECTORS: | Jorge Grecco |
| | Javier Douer |
| | Pablo Díaz |
| | Damián Burgio |
| | Brian Henderson |
| | Martín Alejandro Mittelman |
| | Ricardo Torres |
| | Jaques Andries (*) |
| | José Carlos Cueva (*) |
| | Alejandro Mindlin |
| | Carlos Florencio Correa Urquiza |
| | Domingo Antonio Sia (*) |

### SUPERVISORY COMMITTEE

| | |
|---|---|
| MEMBERS: | Diego Martín Salaverri |
| | José Daniel Abelovich |
| | Roberto Horacio Crouzel (*) |
| ALTERNATE MEMBERS: | Javier Errecondo |
| | Marcelo Héctor Fuxman |
| | Rafael Marcelo Lobos (*) |

(*) As of the date of issuance of these financial statements, they have resigned to their positions and their consideration by the Company's Board of Directors is still pending

2

Case 1:05-cv-00969-HHK    Document 145-9    Filed 03/05/2008    Page 5 of 51
Page 4 of 105

# EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR S.A.)

Azopardo 1025 - Capital Federal

## FISCAL YEAR No. 16 BEGINNING ON JANUARY 1, 2007

## FINANCIAL STATEMENTS AS OF JUNE 30, 2007

**Main business:** Distribution of electricity and commercial services in the area and under the terms of the concession agreement by which this public service is regulated (Note 1).

**Date of registration with the Public Registry of Commerce:**

 **of the Articles of Incorporation:** August 3, 1992

 **of the last amendment to the By-laws:** May 28, 2007

**Term of the Corporation:** Through August 3, 2087

**Registration number with the "Inspección General de Justicia" (the Argentine governmental regulatory agency of corporations):** 1,559,940

## CAPITAL STRUCTURE

### AS OF JUNE 30, 2007
### (Note 16.a)

(amounts stated in pesos)

| Class of shares | Subscribed and paid-in |
|---|---|
| Common, book-entry shares, face value 1 and 1 vote per share | |
| Class A | 462,292,111 |
| Class B | 442,210,385 |
| Class C | 1,952,604 |
| | 906,455,100 |

3

**EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR S.A.)**

**BALANCE SHEETS AS OF JUNE 30, 2007 AND DECEMBER 31, 2006**

(stated in thousands of pesos)

|  | 2007 | 2006 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash and banks | 4,390 | 481 |
| Investments (Exhibit D) | 141,822 | 32,192 |
| Trade receivables (Note 4) | 353,138 | 270,938 |
| Other receivables (Note 5) | 18,503 | 30,221 |
| Supplies | 9,695 | 13,635 |
| Total Current Assets | 527,548 | 347,467 |
| | | |
| **NON-CURRENT ASSETS** | | |
| Trade receivables (Note 4) | 117,593 | 0 |
| Other receivables (Note 5) | 167,371 | 256,475 |
| Investments in other companies (Exhibit C) | 432 | 378 |
| Supplies | 11,058 | 4,921 |
| Property, plant and equipment (Exhibit A) | 2,932,816 | 2,925,422 |
| Total Non-current Assets | 3,229,270 | 3,187,196 |
| | | |
| **Total Assets** | 3,756,818 | 3,534,663 |
| | | |
| **CURRENT LIABILITIES** | | |
| Trade accounts payable (Note 6) | 243,494 | 267,640 |
| Loans (Note 7) | 16,134 | 2,029 |
| Salaries and social security taxes (Note 8) | 43,666 | 51,446 |
| Taxes (Note 9) | 87,344 | 62,192 |
| Other liabilities (Note 10) | 11,157 | 26,380 |
| Accrued litigation (Exhibit E) | 30,165 | 25,914 |
| Total Current Liabilities | 431,960 | 435,601 |
| | | |
| **NON-CURRENT LIABILITIES** | | |
| Trade accounts payable (Note 6) | 33,390 | 31,250 |
| Loans (Note 7) | 1,009,273 | 1,095,490 |
| Salaries and social security taxes (Note 8) | 22,010 | 20,287 |
| Other liabilities (Note 10) | 251,469 | 241,079 |
| Accrued litigation (Exhibit E) | 41,776 | 40,606 |
| Total Non-Current Liabilities | 1,357,918 | 1,428,712 |
| **Total Liabilities** | 1,789,878 | 1,864,313 |
| | | |
| **SHAREHOLDERS' EQUITY (as per related statements)** | 1,966,940 | 1,670,350 |
| | | |
| **Total Liabilities and Shareholders' Equity** | 3,756,818 | 3,534,663 |

The accompanying notes 1 through 28 and supplemental exhibits A, C, D, E, G and H are an integral part of these financial

statements

4

Case 1:05-cv-00969-HHK   Document 145-9   Filed 03/05/2008   Page 8 of 51
Page 7 of 105

**EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR S.A.)**

STATEMENTS OF INCOME

FOR THE SIX-MONTH PERIODS ENDED JUNE 30, 2007 AND 2006

(stated in thousands of pesos)

|  | 2007 | 2006 |
|---|---|---|
| Net sales ( Note 11) | 1,066,013 | 669,829 |
| Electric power purchases | (443,264) | (383,200) |
| Gross margin | 622,749 | 286,629 |
| Transmission and distribution expenses ( Exhibit H) | (204,136) | (174,448) |
| Administrative expenses (Exhibit H) | (53,661) | (45,921) |
| Selling expenses (Exhibit H) | (42,246) | (46,377) |
| Net operating income | 322,706 | 19,883 |
| Financial income (expenses) and holding gains (losses) |  |  |
| Generated by assets |  |  |
| Exchange difference | (616) | 2,980 |
| Interest | 4,625 | 7,421 |
| Holding results | 28 | (9) |
| Generated by liabilities |  |  |
| Financial expenses (*) | (5,242) | (15,554) |
| Exchange difference | (11,559) | (22,979) |
| Interest ( **) | (27,387) | (34,769) |
| Adjustment to present value of the retroactive tariff increase arising from the application of the new electricity   rate schedule and of the Payment Plan Agreement with the Province of Bs.As  (Notes 13 and 17 b) | (36,687) | 0 |
| Gain on extinguishment of former debt (Note 3 k) | 0 | 174,917 |
| Adjustment to present value of notes ( Note 3 k) | (27,839) | 91,890 |
| Loss from the repurchase of notes ( Notes 3 k and 14) | (1,456) | 0 |
| Adjustment to present value of repurchased notes | (2,703) | 0 |
| Other (expense) income, net (Note 12) | (9,112) | (8,768) |
| Income before taxes | 204,758 | 215,012 |
| Income tax (Note 3 n) | (89,941) | 189,165 |
| Net income for the period |  |  |
|  | 114,817 | 404,177 |
| Earnings per common share | 0.127 | 0.486 |

(*)  The breakdown of financial expenses is as follows:

Case 1:05-cv-00969-HHK     Document 145-9     Filed 03/05/2008     Page 9 of 51
Page 8 of 105

| | | |
|---|---:|---:|
| Fees related to the Corporate Notes Issuance Program (Note 24) | (2,067) | 0 |
| Fees related to the initial public offering of capital stock (Note 23) | 0 | (10,012) |
| Financial assistance Electricidad Argentina S.A. ( Note 15) | (3,073) | (4,793) |
| Withholdings income tax and others financial expenses | (102) | (749) |
| Total | (5,242) | (15,554) |

(**) Includes 271 as of June 30, 2006 with Related Parties ( Note 15) .

The accompanying notes 1 through 28 and supplemental exhibits A, C, D, E, G and H are an integral part of these financial statements

5

EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S A  (EDENOR S A )

STATEMENTS OF CHANGES IN SHAREHOLDERS' EQUITY

FOR THE SIX-MONTH PERIODS ENDED JUNE 30, 2007 AND 2006

(stated in thousands of pesos)

| | | | | | 2007 | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| | Shareholders' contributions | | | | Retained earnings | | | |
| | | | | | Appropriated Retained Earnings | Unappropriated Retained Earnings | | |
| | Nominal Value (Note 16.a) | Additional Paid in Capital | Additional Paid in Capital | Total | Legal Reserve | Accumulated Deficit | Total | Total |
| Balance at beginning of year | 831 610 | 996 489 | - | 1 828 099 | 53 320 | (211 069) | 1 670 350 | 1 377 284 |
| Capital increase resolved by the Board of Directors meeting dated June 14, 2007 as per the powers granted by the Shareholders' Meeting held on June 7 2006 (Note 23) | 74 845 | - | 106 928 | 181 773 | - | - | 181 773 | |
| Net income for the period | - | - | - | - | - | 114 817 | 114 817 | 404 177 |
| Balance at end of period | 906 455 | 996 489 | 106 928 | 2 009 872 | 53 320 | (96 252) | 1 966 940 | 1 781 461 |

The accompanying notes 1 through 28 and supplemental exhibits A, C, D , E, G and H are an integral part of these financials statements

6

## EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR S.A.)

### STATEMENTS OF CASH FLOWS

### FOR THE SIX-MONTH PERIODS ENDED JUNE 30, 2007 AND 2006

(stated in thousands of pesos)

|  | 2007 | 2006 |
|---|---|---|
| **Changes in cash and cash equivalents** | | |
| Cash and cash equivalents at beginning of year | 32,673 | 308,139 |
| Cash and cash equivalents at end of period | 146,212 | 7,373 |
| Net increase (decrease) in cash and cash equivalents | 113,539 | (300,766) |
| | | |
| **Cash flows from operating activities** | 114,817 | 404,177 |
| Net income for the period | | |
| | | |
| **Adjustments to reconcile net income to net cash flows provided by operating activities** | | |
| Depreciation of property, plant and equipment (Exhibit A) | 89,519 | 90,064 |
| Retirement of property, plant and equipment (Exhibit A) | 154 | 0 |
| Gain from investments in related parties | (54) | (11) |
| Gain on extinguishment of former debt (Note 3 k) | 0 | (174,917) |
| Adjustment to present value of notes (Note 3 k) | 27,839 | (91,890) |
| Adjustment to present value of note repurchases | 2,703 | 0 |
| Exchange difference, interest and penalties on loans | 25,551 | 43,836 |
| Supplies recovered from third parties | 0 | (5,782) |
| Income tax (Note 3 n) | 89,941 | (189,165) |
| Adjustment to present value of the retroactive tariff increase arising from the application of the new electricity rate schedule and of the Payment Plan Agreement with the Province of Bs As  (Note 17 b) | 36,687 | 0 |
| | | |
| **Changes in assets and liabilities:** | | |
| | | |
| Net (increase) in trade receivables | (238,048) | (23,185) |
| Net decrease (increase) in other receivables | 10,881 | (7,995) |
| Increase in supplies | (2,197) | (4,568) |
| (Decrease) Increase in trade accounts payable | (22,006) | 24,545 |
| (Decrease) Increase in salaries and social security taxes | (6,057) | 2,929 |
| Increase (Decrease) in taxes | 25,152 | (4,629) |
| (Decrease) Increase in other liabilities | (4,833) | 26,551 |
| Net increase in accrued litigation | 5,421 | 2,989 |
| | | |
| Financial interest paid (net of interest capitalized) (Note 18 b) | (17,289) | (14,998) |
| Financial interest collected (Note 18 b) | 1,568 | 1,482 |
| | | |
| **Net cash flows provided by operating activities** | 139,749 | 79,433 |
| | | |
| **Cash flows from investing activities** | | |
| Additions of property, plant and equipment | (97,067) | (69,405) |

Case 1:05-cv-00969-HHK    Document 145-9    Filed 03/05/2008    Page 12 of 51

Page 11 of 105

| | | |
|---|---:|---:|
| **Net cash flows used in investing activities** | (97,067) | (69,405) |
| **Cash flows from financing activities** | | |
| (Decrease) in loans | (110,916) | (310,794) |
| Capital increase (Note 16) | 181,773 | 0 |
| | | ) |
| **Net cash flows provided by (used in) financing activities** | 70,857 | (310,794 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | 113,539 | (300,766) |

The accompanying notes 1 through 28 and supplemental exhibits A, C, D, E, G and H are an integral part of these financial statements

7

## EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A.
### (EDENOR S.A.)

## NOTES TO THE FINANCIAL STATEMENTS

### AS OF JUNE 30, 2007 AND 2006 AND DECEMBER 31, 2006

(amounts stated in thousands of Argentine pesos, except as otherwise indicated.)

## 1. ORGANIZATION AND START UP OF THE COMPANY

In compliance with Law N° 24,065 and in agreement with the reform process of the Argentine Federal Government and the privatization program of Argentine state-owned companies, the entire business of generation, transportation, distribution and sale of electric power carried on by Servicios Eléctricos del Gran Buenos Aires S.A. (SEGBA) was declared to be subject to privatization; the operation was divided into seven business units: three for the distribution and four for the generation of electric power.

On May 14, 1992, the Ministry of Economy and Public Works and Utilities, by Resolution N° 591/92, approved the Bidding Terms and Conditions (Bid Package) of the International Public Bidding for the sale of the Class "A" shares, representing 51% of the capital stock of Empresa Distribuidora Norte S.A. (hereinafter, "EDENOR" or "the Company") and Empresa Distribuidora Sur S.A. (EDESUR S.A.), two of the three electric power distribution companies into which SEGBA had been divided.

EDF International (EDF S.A.), Empresa Nacional Hidroeléctrica del Ribagorzana, S.A. (ENHER), Astra Compañía Argentina de Petróleo S.A. (ASTRA), Societè D'Amenagement Urbain et Rural (SAUR), Empresa Nacional de Electricidad S.A. (ENDESA) and J.P. Morgan International Capital Corporation formed Electricidad Argentina S.A. (EASA) to bid for the Class "A" shares of EDENOR, a company organized on July 21, 1992 by Decree N° 714/92 of the Federal Government.

EASA was awarded the Class "A" shares of EDENOR based on a bid of US$ 427,972,977 (equivalent to the same amount in Argentine pesos as of such date). The corresponding contract for the transfer of 51% of EDENOR's capital stock was executed on August 6, 1992. The award as well as the transfer contract were approved on August 24, 1992 by Decree N° 1,507/92 of the Federal Government. Finally, on September 1, 1992, EASA took over the operations of EDENOR.

In accordance with the provisions of Decree N° 282/93 of the Federal Government, dated February 22, 1993, the recorded values of assets, liabilities and net capital arising from the transfer of SEGBA, were determined on the basis of the price actually paid for 51% of EDENOR's capital stock (represented by the totality of Class "A" shares). This price was also used as the basis to determine the value of the remaining 49% of the capital stock. In order to determine the value of the assets transferred from SEGBA, the amount of liabilities assumed was added to the value of the total capital stock of 831,610, determined as indicated above. Management estimates that the amounts of the assets transferred from SEGBA represented their fair values as of the date of the privatization.

The corporate purpose of EDENOR is to engage in the distribution and sale of electricity within the concession area. Furthermore, the Company may subscribe or acquire shares of other electricity distribution companies, subject to the approval of the regulatory agency, lease the network to provide electricity transmission or other voice, data and image transmission services, and render advisory, training, maintenance, consulting, and management services and know-how related to the distribution of electricity both in Argentina and abroad. These activities may be conducted directly by EDENOR or through subsidiaries or related companies. In addition, the Company may act as trustee of trusts created under Argentine laws, including extending secured credit facilities to service vendors and suppliers acting in the distribution and sale of electricity, who have been granted guarantees by reciprocal guarantee companies owned by

the Company

8

On June 12, 1996, the Extraordinary Shareholders' Meeting approved the change of the Company's name to Empresa Distribuidora y Comercializadora Norte S.A. (EDENOR S.A.) so that the new name would reflect the description of the Company's core business. The amendment to the Company's by-laws as a consequence of the change of name was approved by the National Regulatory Authority for the Distribution of Electricity (ENRE - *Ente Nacional Regulador de la Electricidad*), through Resolution N° 417/97 and registered with the Public Registry of Commerce on August 7, 1997.

On May 4 and June 29, 2001, EDF International S.A. (a wholly-owned subsidiary of EDF) acquired all the shares of EASA and EDENOR held by ENDESA Internacional, YPF S.A. (surviving company of ASTRA) and SAUR. Therefore, the direct and indirect interest of EDF International S.A. (EDFI) in EDENOR increased to 90%.

On June 29, 2005, the Board of Directors of EDF approved a draft agreement with Dolphin Energía S.A. (Dolphin) pursuant to which it would assign 65% of EDENOR's capital stock (held by EDFI) through the transfer of all Class "A" common shares held by EASA and 14% of the Class "B" common shares. In this manner, EDFI would retain a 25% interest in EDENOR. The remaining 10% would be kept by the employees according to the Employee Stock Ownership Program (ESOP). The closing of the agreement took place upon its approval by the corresponding French and Argentine governmental authorities.

On September 15, 2005, by virtue of the stock purchase-sale agreement entered into by EDFI and Dolphin and Dolphin's subsequent partial assignments of its interest in EASA and EDENOR to IEASA S.A. (IEASA) and New Equity Ventures LLC (NEV), the formal take over by Dolphin took place at the offices of Caja de Valores S.A., together with the change in the indirect control of EDENOR through the acquisition of 100% of the capital stock of EASA, which is the controlling company of EDENOR, by Dolphin (90%) and IEASA (10%). Furthermore, as a result of the aforementioned agreement, the ownership of EDENOR's Class "B" common shares (representing 39% of its capital stock) changed with 14% of the Company's capital stock now being held by NEV and the remaining 25% being kept by EDFI.

Furthermore, at the Ordinary and Extraordinary Shareholders' Meeting held on September 15, 2005, the following was resolved: i) to approve the amendment to the Company's By-laws in order to increase the number of Class "A" Directors and Alternate Directors from five to seven, and from three to four the number of Class "B" Directors and Alternate Directors; in other words, to increase the number of Directors and Alternate Directors from nine to twelve, respectively. This amendment was approved by the ENRE through Resolution N° 563/05; ii) to ratify the amendment to the Audit Committee's Regulations that had been approved by the Company's Board of Directors on August 30, 2005, pursuant to which the number of Committee members was reduced to three, with the requirement that two of them be independent; iii) to approve both the resignations of all Class "A" and Class "B" Directors, and Supervisory Committee members and the appointment of their replacements.

On April 28, 2006, the Company's Board of Directors decided to initiate the public offering of part of the Company's capital stock in local and international markets, including, but not limited to the trading of its shares in the Buenos Aires Stock Exchange (BCBA) and the New York Stock Exchange (NYSE), United States of America.

On June 7, 2006, the Ordinary and Extraordinary Shareholders' Meeting resolved to increase capital stock up to ten percent (10%), request authorization for the public offering from both the National Securities Commission (CNV) and the Securities and Exchange Commission (SEC) of the United States of America, as well as authorization to trade from both the Buenos Aires Stock Exchange and the New York Stock Exchange, entrusting the Board of Directors with the task of taking the necessary steps to implement such resolutions.

Additionally, it was decided that an American Depositary Receipts (ADRs) program, represented by American Depositary Shares (ADSs) would be created and that it would be the responsibility of the Board of Directors to determine the terms and conditions and the scope of the program (Note 23).

On June 14, 2007, the Board of Directors held a meeting in which a final report on Edenor's capital increase and public offering process, which ended on May 7, 2007 at 3 p.m., date on which the preferential subscription period established for the Company's shareholders expired, was presented. As a result of the above-mentioned process, the Company's Class B shares and American Depositary Shares ("ADSs"), representing Class B shares, are currently traded at the Buenos Aires Stock Exchange and the New York Stock Exchange, respectively. The final capital increase, as resolved by the above-mentioned Board of Directors' meeting, amounted to nine percent (9%) which is represented by 74,844,900 (seventy-four million eight hundred forty-four thousand nine hundred) new shares subscribed at the international primary offering, fully placed as 3,742,245 ADS. It was also informed that 207,902,540 Class B shares were placed at the international secondary offering as of such date.

9

The Class "B" shareholders NEV and EDFI sold at the international secondary offering 49,401,480 and 179,049,520 Class "B" shares, respectively Additionally, on May 1, 2007, the shareholders NEV and EDFI sold 57,706,040 Class "B" shares at the international secondary offering when the international underwriters fully exercised the over-allotment option (green shoe) contemplated in the prospectus for the public offering and section 2 of the underwriting agreement

With regard to the Company's Class "C" shares held by the Employee Stock Ownership Program (ESOP), on April 29, 2007 the ESOP was partially cancelled in advance in conformity with a procedure set forth by the Federal Government, and on April 30, 2007, an amount of 81,208,416 shares, which had been converted into Class "B" shares on April 27, 2007, was sold at the domestic secondary offering. As of the date of issuance of these financial statements, an amount of 1,952,604 Class "C" shares, representing 0.2% of the Company's capital stock, remains outstanding

Consequently, as of the date of issuance of these financial statements, 51% of Edenor's capital stock, represented by 462,292,111 Class "A" shares, which have been pledged in favor of the Argentine Government as evidenced by the certificate issued by Caja de Valores, is held by EASA An amount of 442,210,356 shares is traded in the market, 1,952,604 shares are held by Banco Nación as trustee of the Employee Stock Ownership Program, 19 shares are held by NEV and 10 by EDFI, thus totaling an amount of 906,455,100 shares representing 100% of EDENOR's capital stock. Furthermore, it must be mentioned that the aforementioned capital increase is in the process of registration

Furthermore, Dolphin and IEASA contributed 38,170,909 Class "B" shares of the Company, that had been transferred to them by NEV, to EASA, which is the controlling company. On April 27, 2007, the contributed shares were converted into Class "A" shares to ensure that EASA continues to hold 51% of all the Class "A" shares outstanding Nevertheless, the abovementioned capital increae is in the process of registration, on April 30, 2007, the Company requested Caja de Valores S.A. the registration of the new Class "A" shares and the extension thereto of the regulatory pledge in favor of the Argentine Government, in compliance with the Bidding Terms and Conditions of the International Public Bidding, the provisions of the Concession Agreement of Edenor S.A., and the terms of the related pledge agreements signed on August 31, 1992 and July 14, 1994, where by the second clause of these agreements, EASA was required to extend the first-priority preferred security interest to any Class "A" Shares of the Company that EASA would acquire on a date subsequent to those of said Agreements

Moreover, section 19 of the Adjustment Agreement entered into by the Company and the Argentine Government, which was ratified by Decree No. 1,957/2006, stipulates that the pledge on the Company's shares in favor of the Argentine Government granted as security for the performance of the Concession Agreement will be extended to include the performance of the obligations assumed by the Company in such Adjustment Agreement.

The Company was notified that on June 22, 2007, the shareholders of Dolphin Energía S.A. and IEASA S.A. (that own 100% of the stock of Electricidad Argentina S.A., the controlling company of Edenor S.A.) and Pampa Holding S.A. agreed to exchange the totality of the capital stock of Dolphin Energía S.A. and IEASA S.A. for common shares of Pampa Holding S.A.

## 2. BASIS OF PRESENTATION OF THE FINANCIAL STATEMENTS

**Financial statements presentation**

These financial statements have been prepared in accordance with accounting principles generally accepted in the Autonomous City of Buenos Aires, Argentina (hereinafter "Argentine GAAP") and the criteria established by the National Securities Commission (CNV), taking into account that which is mentioned in the following paragraphs

10

Case 1:05-cv-00969-HHK    Document 145-9    Filed 03/05/2008    Page 18 of 51

Page 17 of 105

As from January 1, 2003 and as required by General Resolution N° 434/03 of the CNV, the Company reports the results of its operations, determines the values of its assets and liabilities and determines its profit and loss in conformity with the provisions of Technical Resolutions (TR) N° 8, 9 and 16 through 18 (amended text June 2003). As from January 1, 2004, the Company has applied the provisions of TR N° 21 of the Argentine Federation of Professional Councils in Economic Sciences (FACPCE) as approved by the Professional Council in Economic Sciences of the Autonomous City of Buenos Aires (CPCECABA), with specific few exceptions and clarifications introduced by General Resolution N° 459/04 of the CNV

The CNV through its General Resolutions N° 485/05 and 487/06 decided to implement certain changes in the Argentine GAAP effective for fiscal years or interim periods beginning as from January 1, 2006, by requiring the application of TR N° 6, 8, 9, 11, 14, 16, 17, 18, 21, and 22 and Interpretations 1, 2, 3, and 4, of the FACPCE with the amendments introduced by such Federation through April 1, 2005 (Resolution N° 312/05) and adopted by the CPCECABA (Resolution CD N° 93/05) with certain amendments and clarifications.

Among the aforementioned changes the following can be noted: i) the comparison between the original values of certain assets and their recoverable values, using discounted cash-flows; ii) the consideration of the difference between the accounting and tax values resulting from the adjustment for inflation included in non-monetary assets, as a temporary difference, allowing the Company to either recognize a deferred tax liability or to disclose the effect of such accounting change in a note to the financial statements and (iii) the capitalization of interest cost on certain assets (only those assets that require an extended period of time to be produced or acquired would qualify) during the term of their construction and until they are in condition to be used.

The Company has completed its analysis of the impact of the application of the change mentioned in the preceding paragraph under (i) on its property, plant and equipment and has determined that said change does not have a significant impact on the Company's financial position or net income for the six-month period ended June 30, 2007, given that the fair value - defined as the discounted value of net cash flows arising from both the use of the assets and their final disposal-, exceeds their recorded value (Note 3 h)

With regard to item (ii), the Company has decided to disclose said effect in a note to the financial statements Had the Company chosen to recognize the effect of the adjustment for inflation of its property, plant and equipment as a temporary difference, as of June 30, 2007 a deferred tax liability of approximately 453,605 would have been recorded As a result, a debit to prior year adjustment (unappropriated retained earnings - accumulated deficit) amounting to 469,732 and a credit to net income for the period, under the income tax account, amounting to 16,127, would have been recorded

Additionally, had the Company elected to recognize a deferred tax liability, and excluding the effects of the allowance for impairment of value of deferred tax assets, in subsequent years, the Company would have recorded an income tax expense that would have been lower than the income tax expense that will be recorded as a result of maintaining the criterion applied up to the moment, whose distribution in subsequent years has been estimated as follows :

| Year | Effect on deferred tax result Nominal value |
|---|---|
| 2007 (six months) | 13,771 |
| 2008 | 27,541 |
| 2009 | 26,396 |
| 2010 | 25,011 |
| 2011 – 2015 | 111,174 |
| 2016 – 2020 | 92,321 |
| Remainder | 157,391 |
| **Total** | 453,605 |

In accordance with the provisions of TR N° 17, financial costs in relation to any given asset may be capitalized when such asset is in the process of production, construction, assembly or completion, and such processes, due to their nature, take long periods of time; those processes are not interrupted; the period of production, construction, assembly or completion does not exceed the technically required period; the necessary activities to put the asset in a condition to be used or sold are not substantially complete; and the asset is not in condition to be used in the production or start up of other assets, depending on the purpose pursued with its production, construction, assembly or completion  The Company capitalized financial costs on property, plant and equipment from 1997 to 2001, in 2006 and during the six-month period ended June 30, 2007  Financial costs capitalized for the six-month periods ended June 30, 2007 and 2006 amounted to 3,912 and 4,386, respectively

11

**Consideration of the effects of inflation**

The financial statements fully reflect the effects of the changes in the purchasing power of the currency through August 31, 1995 As from such date, and in accordance with Argentine GAAP and the requirements of control authorities, the restatement of the financial statements to reflect the effects of inflation was discontinued until December 31, 2001. As from January 1, 2002, and in accordance with Argentine GAAP, it was established that inflation adjustment be reinstated and that the accounting basis restated as a result of the change in the purchasing power of the currency through August 31, 1995, as well as transactions with original date as from such date through December 31, 2001, be considered as restated as of the latter date. The financial statements have been restated to reflect the effects of inflation based on the variations of the Domestic Wholesale Price Index.

On March 25, 2003, the Federal Government issued Decree N° 664 establishing that financial statements for fiscal years ending as from such date had to be prepared in nominal currency. Consequently, and in accordance with Resolution N° 441 of the CNV, the Company discontinued the restatement of its financial statements as from March 1, 2003 This criterion does not agree with Argentine GAAP which establish that financial statements were to be restated through September 30, 2003 The Company has estimated that the effect of not having restated the financial statements through September 30, 2003 is not significant on the financial statements

**Changes in Argentine GAAP**

On May 24, 2006 the Board of the CPCECABA approved TR N° 23 "Argentine GAAP - Employee benefits upon termination of labor relationship and other long-term benefits" This TR is in effect for the Company's financial statements for fiscal years or interim periods beginning as from January 1, 2007 The application of said resolution does not have a significant valuation impact on the Company's financial statements. The amounts corresponding to the personnel benefits plan (pension plan) implemented by the Company are as follow (Notes 3 o and 8):

The periodical components of the personnel benefits plan for the six-month period ended June 30, 2007, that are disclosed in Other (expense) income net under Voluntary retirements - terminations (Note 12), are as follow:

| | |
|---|---:|
| Cost | 563 |
| Interest | 1,436 |
| Amortization of recognized net actuarial loss | 380 |
| | 2,379 |

The detail of the variations in the Company's payment obligations under the personnel benefits plan as of June 30, 2007, is as follows:

| | |
|---|---:|
| Payment obligations under the personnel benefits plan at the beginning of the year | 15,352 |
| Cost | 563 |
| Interest | 1,436 |
| Actuarial loss | 0 |
| Benefits paid to participating employees | (262) |
| Payment obligations under the personnel benefits plan at the end of the period | 17,089 |
| | |
| Payment obligations under the personnel benefits plan at the end of the period | 17,089 |
| Unrecognized net actuarial loss | (5,334) |

Total personnel benefits plan (pension plan) (Note 8)                    11,755

12

Actuarial assumptions used were the following:

| | |
|---|---|
| Discount rate | 19% |
| Salary increase | 15% |
| Inflation | 12% |

## 3. VALUATION CRITERIA

The main valuation criteria used in the preparation of the financial statements are as follow:

**a)    Cash and banks:**

- In local currency: at nominal value
- In foreign currency: at the exchange rate in effect as of the end of the period/year. The corresponding detail is disclosed in Exhibit G.

**b)    Current investments:**

Current investments include:

- Time deposits, which include the portion of interest income accrued through the end of the period/year; those denominated in foreign currency have been valued at the rate of exchange in effect as of the end of the period/year, and
- Money market funds, which have been valued at the prevailing market price as of the end of the period/year.

**c)    Trade receivables:**

- Services rendered and billed but not collected, and services rendered but unbilled as of the end of the period/year, at nominal value;
- Services rendered but unbilled as of the end of the six-month period ended June 30, 2007, arising from the retroactive increase deriving from the application of the new electricity rate schedule (Note 17 b) have been valued on the basis of the best estimate of the amount to be collected, discounted at a 10% annual nominal rate, which, in accordance with the Company's criterion, reasonably reflects market assessments of the time value of money and risks specific to the receivable. A similar procedure was followed with the amount included in the payment plan agreement signed with the Province of Buenos Aires under the Framework Agreement (Note 13)

The amounts thus determined:

1. are net of an allowance for doubtful accounts, as described in more detail in paragraph i) of this Note
2. consider the effects of that which is stated in Note 13

**d)    Other receivables and liabilities (excluding loans):**

- In local currency: at nominal value.
- In foreign currency: at the exchange rate in effect as of the end of the period/year (Exhibit G).

Trade accounts payable have been valued at nominal value including, if any, interest expense accrued as of the end of the period/year. The values thus obtained do not differ significantly from those that would have been obtained if the Argentine GAAP had been applied, inasmuch as they establish that trade accounts payable must be

valued at their estimated cash price at the time of the transaction, plus interest and implicit financing components accrued on the basis of the internal rate of return determined at such opportunity

13

Other receivables and liabilities have been valued at their nominal value including, if any, interest income or expense accrued as of the end of the period/year. The values thus obtained do not differ significantly from those that would have been obtained if the Argentine GAAP had been applied, inasmuch as they establish that other receivables and liabilities must be valued on the basis of the best estimate amount to be collected and paid, respectively, discounted at a rate that reflects the time value of money and the risks specific to the transaction estimated at the time of their being recorded in assets and liabilities, respectively.

e)    **Municipal Bonds**

As of December 31, 2006, the Municipal Financial Restructuring Bonds ( *Bonos de Saneamiento Financiero Municipal* ) issued pursuant to Law N° 11,752 were valued at their conversion value according to the legislation mentioned in Note 26 (i.e. face value converted into pesos at the rate of 1.40 Argentine Pesos per US Dollar), restated for inflation as of such year-end, including the inflation-linked CER ("benchmark stabilization coefficient") adjustment and interest accrued through the end of that year at an annual rate of 4%.

Due to impairment indicators, as of December 31, 2006, the Company recorded an allowance to reduce the value of the above-mentioned bonds to their expected recoverable amount of 5,918 (Note 3 i and Exhibit E)

On January 4, 2007 the Company sold the aforementioned bonds at a value of 5,947

f)    **Supplies:**

At acquisition cost restated to reflect the effects of inflation as indicated in Note 2. The consumption of supplies has been valued based on the average cost method.

The Company has classified supplies into current and non-current depending on whether they will be used for maintenance or capital expenditures

The carrying value of supplies, taken as a whole, does not exceed their recoverable value

g)    **Non-current investments:**

It represents the 50% interest held in the related company SACME S.A (a company organized by means of equal contributions by distribution companies EDENOR S.A and EDESUR S.A in accordance with the Bid Package) SACME S.A is in charge of monitoring the electric power supplied to the aforementioned distributors As of June 30, 2007 and December 31, 2006, the investment in SACME has been recorded at its equity value.

In order to determine the equity value, the audited financial statements of SACME S.A as of June 30, 2007 and December 31, 2006 have been used. The Company is not aware of any events occurred in SACME as of June 30, 2007 that could significantly modify that company's financial position or its results. The accounting principles used by SACME are similar to those applied by EDENOR for the preparation of its financial statements

h)    **Property, plant and equipment:**

Property, plant and equipment transferred by SEGBA on September 1, 1992 were valued as of the privatization date as described below, and restated to reflect the effects of inflation as indicated in Note 2. The total value of the assets transferred from SEGBA was allocated to individual assets accounts on the basis of engineering studies conducted by the Company

The total value of property, plant and equipment has been determined based on the US$ 427 million price effectively paid by EASA for the acquisition of 51% of the Company's capital stock at acquisition date. Such

price was used to value the entire capital stock of EDENOR at 832 million pesos, which, when added to the fair value of the debts assumed by the Company under the SEGBA Privatization Bid Package for 139 2 million less the fair value of certain assets received from SEGBA for 103 2 million, valued property plant and equipment at 868 million.

14

SEGBA neither prepared separate financial statements nor maintained financial information or records with respect to its distribution operations or the operations in which the assets transferred to EDENOR were used Accordingly, it was not possible to determine the historical cost of transferred assets.

Additions subsequent to such date have been valued at acquisition cost restated to reflect the effects of inflation as indicated in Note 2, net of the related accumulated depreciation Depreciation has been calculated by applying the straight-line method over the estimated useful life of the assets which was determined on the basis of the above-mentioned engineering studies. Furthermore, in order to improve the disclosure of the account, the Company has made certain changes in the classification of property, plant and equipment, based on each technical process

In accordance with the provisions of TR N° 17, financial costs in relation to any given asset may be capitalized when such asset is in the process of production, construction, assembly or completion, and such processes, due to their nature, take long periods of time; those processes are not interrupted; the period of production, construction, assembly or completion does not exceed the technically required period; the necessary activities to put the asset in a condition to be used or sold are not substantially complete; and the asset is not in condition so as to be used in the production or start up of other assets, depending on the purpose pursued with its production, construction, assembly or completion. The Company capitalized financial costs on property, plant and equipment from 1997 to 2001, in 2006 and during the six-month period ended June 30, 2007 Financial costs capitalized for the six-month periods ended June 30, 2007 and 2006 amounted to 3,912 and 4,386, respectively.

During the six-month periods ended June 30, 2007 and 2006, direct and indirect costs capitalized amounted to 15,181 and 11,901 respectively.

The recorded value of property, plant and equipment, taken as a whole, does not exceed their recoverable value.

i) **Allowances (Exhibit E):**

- Deducted from current assets:

- for doubtful accounts: it has been recorded to adjust the valuation of trade receivables up to their estimated recoverable value The amount of the allowance has been determined based on the historical series of collections for services billed through the end of the period/year and collections subsequent thereto

- Deducted from non-current assets:

- for impairment of value of deferred tax assets: as of June 30, 2007 and December 31, 2006 the Company has partially reversed out the valuation allowance. (Note 3 n)
- for impairment of value of Municipal Bonds: due to impairment indicators, as of December 31, 2006 the Company recorded an allowance to reduce the value of such bonds to their expected recoverable amount (Note 3 e)

j) **Accrued litigation :**

Amounts have been accrued for several contingencies

The Company is a party to certain lawsuits and administrative proceedings in several courts and government agencies, including with respect to certain tax contingencies arising from the ordinary course of business The Argentine tax authority ("AFIP") has challenged certain income tax deductions related to allowances for doubtful accounts made by the Company on its income tax returns for fiscal years 1996, 1997 and 1998, and has assessed additional taxes for approximately 9,300 Tax related contingencies are subject to interest charges and, in some

cases, to fines  This matter is currently on appeal to the tax court  During the appeal process, payment of such claim has been suspended

15

The Company is also a party to civil and labor lawsuits in the ordinary course of business

At the end of each period/year, management evaluates these contingencies and records an accrual for related potential losses when: (i) payment thereof is probable, and (ii) the amount can be reasonably estimated The Company estimates that any loss in excess of amounts accrued in relation to the above matters will not have a material adverse effect on the Company's result of operations or its financial position.

The evolution of the accrued litigation account has been disclosed in Exhibit E

k) **Loans:**

As of the end of the period/year, the notes resulting from the restructuring process (Note 14) have been valued on the basis of the best estimate of the amount to be paid, discounted at a 10% annual nominal rate, which, in accordance with the Company's criterion, reasonably reflects market assessments of the time value of money and specific debt risks.

Under Argentine GAAP, the exchange of debt instruments under substantially different conditions is considered as an extinguishment of the former debt (i e , debt before restructuring)

The extinguishment of the former debt generated a gain of 174,917 as of June 30, 2006, however the adjustment to present value of future cash flows of the notes, at a market rate of 10% per annum, generated a gain of 91,890 and a loss of 27,839 as of June 30, 2006 and 2007, respectively

During the six-month period ended June 30, 2007, the Company, as required in the trust agreement for the issuance of corporate notes has partially repurchased at market prices in successive operations, "discount corporate notes due on 2014" for a nominal value of US$ 36,000 thousand After the aforementioned transactions, the balance of the financial debt (principal) amounts to US$ 340,430 thousand The aforementioned operation generated a loss of US$ 471 thousand equivalent to 1,456, which has been included in the statements of income for the six-month period ended June 30, 2007 (Note 14).

l) **Shareholders' equity accounts:**

These accounts have been restated to reflect the effects of inflation as indicated in Note 2, except for the "Shareholders' Contributions - Nominal value" account which has been maintained at its nominal value The excess of the adjusted value over its nominal value has been included in the "Shareholders' Contributions - Adjustment to Capital" account.

m) **Statement of income accounts:**

– The accounts that accumulate monetary transactions as of June 30, 2007 and 2006 have been disclosed at their nominal values.
– The charges for non-monetary assets consumed have been valued at cost restated to reflect the effects of inflation on the basis of the date of acquisition of such assets, as indicated in Note 2.
– Financial income (expense) and holding gains (losses) have been disclosed separately under income (expense) generated by assets and by liabilities.
– The adjustment to present value of the notes is stated at their nominal value
– The gain on extinguishment of former debt as of June 30, 2006 is stated at nominal value
– The adjustments to present value of trade receivables related to both the application of the retroactive tariff increase agreed upon in the Adjustment Agreement and the payment plan agreement signed with the Province of Buenos Aires for amounts deriving from the Framework Agreement as of June 30, 2007 are stated at their nominal value

–    The adjustment to present value of repurchased notes as of June 30, 2007 is stated at nominal value.

16

**n)    Income tax and tax on minimum presumed income:**

The Argentine GAAP require the application of the deferred tax method to account for income tax. This method consists of recognizing deferred tax assets and liabilities when temporary differences arise from the valuation of assets and liabilities for accounting and tax purposes. Regarding the restatement of property, plant and equipment to reflect the effects of inflation, the Company has applied Resolution MD (the Board) N° 11/03 of the CPCECABA and General Resolution N° 487/06 of the CNV (see Note 2 - Changes in Argentine GAAP).

As of June 30, 2007, the allowance for impairment of value of deferred tax assets amounted to 32,722. The amount of the allowance has been assessed based on business projections which include the Company's estimate of future tariff increases deriving from the Adjustment Agreement (Note 17 b).

The reconciliation between the income tax as charge to the statement of income for the periods ended June 30, 2007 and 2006, and the amount that would result from applying the tax rate in effect (35%) to the income before taxes for each period, is as follows:

|  | 2007 | 2006 |
|---|---|---|
| Income tax calculated at tax rate in effect on the income before taxes | 71,665 | 75,254 |
| Permanent differences |  |  |
| Adjustment for inflation of property, plant and equipment | 16,127 | 16,840 |
| Accruals and other | 1,688 | 10,348 |
| Income tax | 89,480 | 102,442 |
| Increase (Decrease) in the allowance for impairment of value of deferred tax assets | 461 | (291,607) |
| Income tax benefit for the period | 89,941 | 189,165 |
|  |  |  |
| **Allowance for impairment of value of deferred tax assets** |  |  |
| Balance at beginning of year | 32,261 | 312,187 |
| Increase (Decrease) in the allowance for impairment of value of deferred tax assets | 461 | (291,607) |
| Balance at end of period | 32,722 | 20,580 |

Additionally, the breakdown of deferred tax assets and liabilities as of June 30, 2007 and December 31, 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| **Non-current deferred tax assets** |  |  |
| Tax-loss carry forward | 83,447 | 143,886 |
| Allowance for doubtful accounts | 6,663 | 6,426 |
| Accruals | 34,466 | 93,179 |
| Adjustment to present value of the retroactive tariff increase arising from the application of the new electricity rate schedule and other trade receivables | 12,841 | 0 |
| Supplies valuation | 15 | 159 |
|  | 137,432 | 243,650 |
| **Non-current deferred tax liabilities** |  |  |
| Property, plant and equipment | ( 17,215) | (24,209) |

| | | |
|---|---:|---:|
| Adjustment to present value of the notes | ( 10,255) | (19,998) |
| | (27,470) | (44,207) |
| **Net deferred tax assets before allowance** | 109,962 | 199,443 |
| **Allowance for impairment of value of deferred tax assets** | (32,722) | (32,261) |
| **Net deferred tax assets** | 77,240 | 167,182 |

17

Tax losses to be carried forward as of June 30, 2007 are as follow:

| | Amount | Tax rate 35% | Year expiring |
|---|---|---|---|
| Tax loss carry forward 2002 | 214,659 | 75,131 | 2007 |
| Tax loss carry forward 2005 | 23,761 | 8,316 | 2010 |
| Total tax losses as of June 30, 2007 | 238,420 | 83,447 | |

As tax losses become statute-barred within five years, the aforementioned tax losses may be applied to offset any future taxable income that may arise within such five-year term

Additionally, the Company determines the tax on minimum presumed income by applying the current rate of 1% on the Company's taxable assets as of the end of the period/year. The tax on minimum presumed income and the income tax complement each other. The Company's tax obligation for a given year will be equal to the higher of these taxes. However, should the tax on minimum presumed income exceed income tax in any given fiscal year, such excess will be eligible for credit against a partial payment of any excess of the income tax over the tax on minimum presumed income that may arise in any of the ten subsequent fiscal years

For the six-month period ended June 30, 2007 the Company has estimated a minimum presumed income tax charge of 4,093, whereas for the year ended December 31, 2006 the charge amounted to 19,872. The corresponding outstanding tax credits as of the end of the period/year have been included in Other non-current receivables

ñ) **Operating leases:**

As lessee, EDENOR has lease contracts (buildings) which classify as operating leases

Common characteristics of these lease contracts are that lease payments (installments) are established as fixed amounts, there are neither purchase option clauses nor renewal term clauses (except for the Handling and Energy Transformation Center contract that has an automatic renewal clause for five-year term) and there are prohibitions such as: transferring or sub-leasing the building, changing its use and/or making any kind of modifications thereto. All operating lease contracts have cancelable terms and lease periods of two or three to thirteen years

Buildings are for commercial offices, the warehouse, the headquarters building (comprised of administration, commercial and technical offices), the Handling and Energy Transformation Center (two buildings and a plot of land located within the perimeter of Central Puerto Nuevo and Puerto Nuevo) and Las Heras substation

As of June 30, 2007, future minimum lease payments with respect to operating leases are as follow:

| | |
|---|---|
| 2007 | 1,488 |
| 2008 | 1,122 |
| 2009 | 211 |
| 2010 | 147 |
| 2011 | 147 |
| 2012 | 147 |
| **Total minimum lease payments** | **3,262** |

18

Total rental expenses for all operating leases for the six-month periods ended June 30, 2007 and 2006 are as follow:

|  | 2007 | 2006 |
|---|---|---|
| Total rental expenses | 1,445 | 1,297 |

As lessor, Edenor has entered into several operating lease contracts with certain cable television companies granting them the right to use poles of the Company's network. Most of such lease contracts include automatic renewal clauses.

As of June 30, 2007, future minimum lease collections with respect to operating leases are as follow:

| | |
|---|---|
| 2007 | 3,536 |
| 2008 | 987 |
| 2009 | 62 |
| 2010 | 0 |
| 2011 | 0 |
| **Total minimum lease collections** | **4,585** |

Total rental income for all operating leases for the six-month periods ended June 30, 2007 and 2006, is as follows:

|  | 2007 | 2006 |
|---|---|---|
| Total rental income | 5,110 | 6,622 |

o)   **Labor cost liabilities and Early retirements payable:**

They include the following charges:

— for supplementary benefits of paid leave of absence derived from accumulated vacation,
— for seniority-based bonus to be granted to employees with a specified number of years of employment, as stipulated in collective bargaining agreements in effect (as of June 30, 2007 and December 31, 2006, the accrual for such bonuses amounted to 5,153 and 4,847 respectively), and
— for other personnel benefits (pension plan) to be granted to employees upon retirement, as stipulated in collective bargaining agreements in effect (as of June 30, 2007 and December 31, 2006, the accrual for these benefits amounted to 11,755 and 9,638 respectively).

Liabilities related to the above-mentioned seniority-based bonus and other personnel benefits (pension plans) to be granted to employees, have been determined taking into account all rights accrued by the beneficiaries of both plans as of June 30, 2007 and December 31, 2006, respectively, on the basis of an actuarial study conducted by an independent actuary as of December 31, 2006. Such liabilities have been disclosed under the "Salaries and social security taxes" account as seniority-based bonus and other personnel benefits, respectively (Note 8).

Early retirements payable corresponds to individual optional agreements. After employees reach a specific age, the Company may offer them this option. The related accrued liability represents future payment obligations which as of June 30, 2007 and December 31, 2006 amount to 2,459 and 2,320 (current) and 5,102 and 5,802 (non-current), respectively (Note 8).

p)   **Customer deposits and contributions:**

**Customer deposits:**

Under the Concession Agreement, the Company is allowed to receive customer deposits in the following cases:

1. When the power supply is requested and the user is unable to provide evidence of his legal ownership of the premises;

19

2. When service has been suspended more than once in one-year period;
3. When the power supply is reconnected and the Company is able to verify the illegal use of the service (fraud)
4. When the customer is undergoing liquidated bankruptcy or reorganization proceedings

The Company has decided not to request customer deposits from residential T1 tariff customers

Customer deposits may be either paid in cash or through the customer's bill, and accrue monthly interest at a specific rate of Banco de la Nación called "reference" rate

When a customer requests that the supply service be disconnected, the customer's deposit is credited (principal amount plus any interest accrued through the date of reimbursement) Any balance outstanding at the time of requesting the disconnection of the supply service is deducted from the amount so credited. Similar procedures are followed when the supply service is disconnected due to customer inability to pay for the electricity consumed Consequently, the Company recovers, either fully or partially, any amount owed for electric power consumption.

When the conditions for which the Company is allowed to receive customer deposits no longer exist, the principal amount plus any interest accrued thereon are credited to the customer's account

**Customer contributions:**

The Company receives advances from certain customers for services to be provided based on individual agreements. Such advances are stated at nominal value as of the end of the period/year

q) **Revenue recognition:**

Revenues from operations are recognized on an accrual basis and derive mainly from electricity distribution Such revenues include electricity supplied, whether billed or unbilled, at the end of the period/year and have been valued on the basis of applicable tariffs

The Company also recognizes revenues from other concepts included in distribution services, such as new connections, pole rental, transportation of electricity to other distribution companies, etc

All revenues are recognized when the Company's revenue earning process has been substantially completed, the amount of revenues may be reasonably measured, and the economic benefits associated with the transaction flow to the Company

During the six-month period ended June 30, 2007, the Company recognized revenues from the retroactive tariff increase deriving from the application of the new electricity rate schedule to non-residential consumption for the period of November 2005 through January 31, 2007 (Note 17 b) as it was during this period that the new electricity rate schedule went into effect as from February 1, 2007, was approved by Resolution No 51/2007 of the ENRE

r) **Estimates:**

The preparation of the financial statements in accordance with Argentine GAAP requires the Company's Board of Directors and Management to make estimates that affect the reported amounts of assets and liabilities and the disclosure of contingent assets and liabilities at the date of the financial statements. Actual results and amounts may differ from the estimates used in the preparation of the financial statements.

s) **Earnings per common share:**

Case 1:05-cv-00969-HHK    Document 145-9    Filed 03/05/2008    Page 37 of 51
Page 36 of 105

It has been computed on the basis of the number of shares outstanding as of June 30, 2007, which amounts to 906,455,100, and June 30, 2006 which amounted to 831,610,200 shares. There is no earning (loss) per share dilution, as the Company has issued neither preferred shares nor corporate notes convertible into common shares

20

**t)    Segment information:**

In accordance with the provisions of TR No 18, the Company is required to disclose segment information provided certain requirements are met This Resolution establishes the criterion to be followed for reporting information on operating segments in annual financial statements, and requires the reporting of selective information on operating segments in interim financial reports. Operating segments are those components of a company's activity about which different financial information may be obtained, whether for the allocation of resources or the determination of an asset's performance TR N° 18 also establishes the criterion to be applied by a company to disclose its products and services, geographical areas and major customers.

The Company is a natural monopoly that operates in a single business segment, electricity distribution and sale in a specific urban geographical area, pursuant to the terms of the concession agreement that governs the provision of this public service The Company's activities have similar economic characteristics and are similar as to the nature of their products and services and the electricity distribution process, the type or category of customers, the geographical area and the methods of distribution Management evaluates the Company's performance based on net income Accordingly, the disclosure of information as described above is not necessary

**u)    Risk management:**

The Company operates mainly in Argentina Its business may be affected by inflation, currency devaluation, regulations, interest rates, price controls, changes in governmental economic policies, taxes and other political and economic-related issues affecting the country The majority of the Company's assets are either non-monetary or denominated in Argentine pesos, whereas the majority of its liabilities are denominated in U.S dollars As of June 30, 2007, a minimum portion of the Company's debts accrues interest at floating rates, consequently the Company's exposure to interest rate risk is limited

As of June 30, 2007 and December 31, 2006, the Company has not entered into any foreign currency forward contracts or floating interest rate forward contracts

**v)    Concentration risks:**

**Related to customers**

The Company's accounts receivable derived primarily from the sale of electric power

No single customer accounted for more than 10% of sales for the six-month periods ended June 30, 2007 and 2006. The collectibility of trade receivables balances related to the Framework Agreement, which amount to 7,579 and 45,552 as of June 30, 2007 and December 31, 2006, respectively, as disclosed in Notes 4 and 13, is subject to compliance with the terms of such Framework Agreement.

In addition and as described in Note 13, the aforementioned Framework Agreement expired on December 31, 2006 As from such date the Company has been negotiating the renewal of such agreement with the Federal and Provincial Governments However, the Company has continued supplying electricity to low income areas and shantytowns.

**Related to employees who are union members**

As of June 30, 2007, approximately 78% of the Company's employees were union members Although the relationship with unions is currently stable, the Company may not ensure that there will be no work disruptions or strikes in the future, which could have a material adverse effect on the Company's business and the results of operations, specially in light of the social tension caused by the economic crisis Furthermore, collective

Case 1:05-cv-00969-HHK    Document 145-9    Filed 03/05/2008    Page 39 of 51
Page 38 of 105

bargaining agreements signed with unions will expire by the end of the current 2007 fiscal year  There is no guarantee that the Company will be able to negotiate new collective bargaining agreements under the same terms as those currently in place or that there will be no strikes during or after the negotiation process

21

The Bid Package sets forth the responsibilities of both SEGBA and the Company in relation to the personnel transferred by SEGBA through Resolution N° 26/92 of the Energy Secretariat According to the Bid Package, SEGBA will be fully liable for any labor and social security obligations accrued or originated in events occurred before the take-over date, as well as for any other obligations deriving from lawsuits in process at such date.

In December 1998, new collective bargaining agreements were signed with the *Sindicato de Luz y Fuerza de la Capital Federal* and the *Asociación de Personal Superior de Empresas de Energía* These agreements would be in effect for a term of five years to commence as from the date of approval and until the signing of a new agreement The Ministry of Labor and Social Security approved the agreements signed with both the *Sindicato de Luz y Fuerza de la Capital Federal* and the *Asociación de Personal Superior de Empresas de Energía* on March 11, 1999 (through Resolution N° 31) and October 15, 1999 (through Resolution N° 318/99), respectively.

During 2005, two new collective bargaining agreements were signed with the *Sindicato de Luz y Fuerza de la Capital Federal* and the *Asociación de Personal Superior de Empresas de Energía* , which will expire on December 31, 2007 and October 31, 2007, respectively. These agreements were approved by the Ministry of Labor and Social Security on November 17, 2006 and October 5, 2006, respectively

**w)  Financial statements comparison:**

Certain amounts disclosed in the financial statements as of June 30, 2006 have been reclassified for comparative purposes, following the disclosure criteria used for the financial statements as of June 30, 2007

Such reclassifications do not imply any changes in shareholders' equity as of June 30, 2006 or in the results of operations for the six-month period then ended

**x)  Foreign currency translation/ transactions:**

The Company accounts for foreign currency denominated assets and liabilities and related transactions as follows:

The accounting measurements of purchases, sales, payments, collections, other transactions and outstanding balances denominated in foreign currency are translated into pesos using the exchange rates described below. Thus, the resulting amount in pesos represents the amount collected or to be collected, paid or to be paid

For translation purposes, the following exchange rates are used:

a)  the exchange rate in effect at the date of the transaction, for payments, collections and other transactions denominated in foreign currency; and
b)  the exchange rate in effect at the date of the financial statements, for assets and liabilities denominated in foreign currency

For transactions and balances denominated in foreign currency, the bid price is used for assets, and the offer price is used for liabilities

The effect of such translations has been included in the Statements of Income as "Exchange difference" under "Financial income (expenses) and Holding results"

22

## 4.  TRADE RECEIVABLES

The detail of trade receivables as of June 30, 2007 and December 31, 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| **Current:** | | |
| Receivables from sales of electricity: | | |
| Billed | 161,132 | 112,706 |
| Unbilled | | |
| Sales of electricity | 113,408 | 92,803 |
| Retroactive tariff increase arising from the application of the new electricity rate schedule (Note 17 b item d) | 46,971 | 0 |
| Adjustment to present value of the retroactive tariff increase arising from the application of the new electricity rate schedule (Note 3 c) | (2,427) | 0 |
| Framework Agreement (Note 13) | 7,579 | 45,552 |
| Framework Agreement - Payment plan with the Province of Bs. As. (Note 13) | 18,076 | 0 |
| Adjustment to present value of the Framework Agreement - Payment plan with the Province of Bs. As. (Note 3 c) | (827) | 0 |
| National Fund of Electricity (Note 17 a) | 9,688 | 23,015 |
| Cannon payable for the expansion of the network, transportation and others (Note 17 b) | 12,996 | 11,882 |
| In litigation | 10,259 | 10,603 |
| Subtotal | 376,855 | 296,561 |
| Less: | | |
| Allowance for doubtful accounts (Exhibit E) | (23,717) | (25,623) |
| | 353,138 | 270,938 |

|  | 2007 | 2006 |
|---|---|---|
| **Non-Current:** | | |
| Receivables from sales of electricity: | | |
| Unbilled | | |
| Retroactive tariff increase arising from the application of the new electricity rate schedule (Note 17 b item d) | 151,026 | 0 |
| Adjustment to present value of the retroactive tariff increase arising from the application of the new electricity rate schedule (Note 3 c) | (33,433) | 0 |
| | 117,593 | 0 |

23

## 5. OTHER RECEIVABLES

The detail of other receivables as of June 30, 2007 and December 31, 2006 is as follows:

| | 2007 | 2006 |
|---|---|---|
| **Current:** | | |
| Prepaid expenses (1) | 1,610 | 1,305 |
| Advances to suppliers | 609 | 1,082 |
| Advances to personnel | 125 | 238 |
| Related parties (2) (Note 15) | 1,806 | 4,877 |
| Preliminary attachments - ENRE - (Note 17 a) | 59 | 67 |
| Municipal Bonds (Notes 3.e) | 0 | 11,836 |
| Allowance for impairment of value of Municipal Bonds ( Exhibit E) | 0 | (5,918) |
| Other debtors (3) | 14,129 | 15,175 |
| Allowance for other doubtful accounts (Exhibit E) | (2,600) | (2,300) |
| Other (4) | 2,765 | 3,859 |
| | 18,503 | 30,221 |

| | 2007 | 2006 |
|---|---|---|
| **Non-current:** | | |
| Other debtors (Note 16 c) | 0 | 3,077 |
| Tax credit on minimum presumed income (Note 3.n) | 90,124 | 86,031 |
| Net deferred tax assets (Note 3 n) | 109,962 | 199,443 |
| Allowance for impairment of value of deferred tax assets (Exhibit E) | (32,722) | (32,261) |
| Other | 7 | 185 |
| | 167,371 | 256,475 |

(1) Includes 101 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006
(2) Includes 1,358 and 4,429 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006, respectively
(3) Includes 1,270 and 4,338 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006, respectively
(4) Includes 752 and 754 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006, respectively.

## 6. TRADE ACCOUNTS PAYABLE

The detail of trade accounts payable as of June 30, 2007 and December 31, 2006 is as follows:

| | 2007 | 2006 |
|---|---|---|
| **Current:** | | |
| Payables for purchase of electricity and other purchases (1) | 133,870 | 158,371 |
| Unbilled electric power purchases | 95,926 | 92,877 |
| Customer contributions (Note 3 p) | 13,065 | 16,123 |
| Other | 633 | 269 |
| | 243,494 | 267,640 |

**Non-Current:**

Customer deposits (Note 3 p)                                33,390          31,250

(1) Includes 20,342 and 16,271 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006, respectively. Also, includes balances with SACME S.A. for 661 and 676 as of June 30, 2007 and December 31, 2006, respectively and balances with Errecondo, Salaverri, Dellatorre, Gonazalez & Burgio for 3,240 and 16 as of June 30, 2007 and December 31, 2006, respectively

24

## 7. LOANS

The detail of loans as of June 30, 2007 and December 31, 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| **Current:** | | |
| Notes: | | |
| In foreign currency (Exhibit G and Note 14) | | |
| Fixed and Incremental Rate Discount Notes – Class A | 10,697 | 0 |
| Fixed and Incremental Rate Discount Notes – Class B | 5,077 | 0 |
| Interest (Note 14) | 1,756 | 2,029 |
| Subtotal | 17,530 | 2,029 |
| Adjustment to present value of notes | (1,396) | 0 |
| Notes at present value | 16,134 | 2,029 |
| **Non-Current:** | | |
| Notes: | | |
| In foreign currency (Exhibit G and Note 14) | | |
| Fixed and Incremental Rate Par Notes – Class A | 227,289 | 225,009 |
| Fixed and Incremental Rate Par Notes – Class B | 155,544 | 153,986 |
| Floating Rate Par Notes – Class A | 39,145 | 38,753 |
| Fixed and Incremental Rate Discount Notes – Class A | 417,170 | 466,409 |
| Fixed and Incremental Rate Discount Notes – Class B | 198,028 | 268,471 |
| Subtotal | 1,037,176 | 1,152,628 |
| Adjustment to present value of notes | (27,903) | (57,138) |
| Notes at present value | 1,009,273 | 1,095,490 |

## 8. SALARIES AND SOCIAL SECURITY TAXES

The detail of salaries and social security taxes as June 30, 2007 and December 31, 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| **Current:** | | |
| Salaries payable and accruals | 36,214 | 44,423 |
| Social Security (ANSES) | 4,993 | 4,703 |
| Early retirements payable (Note 3 o) | 2,459 | 2,320 |
|  | 43,666 | 51,446 |
| **Non-Current** (Note 3 o) : | | |
| Other personnel benefits (Note 2) | 11,755 | 9,638 |
| Seniority-based bonus | 5,153 | 4,847 |
| Early retirements payable | 5,102 | 5,802 |
|  | 22,010 | 20,287 |

25

## 9. TAXES

The detail of taxes as of June 30, 2007 and December 31, 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| **Current:** | | |
| Provincial, municipal and federal contributions and taxes | 27,202 | 19,568 |
| Value Added Tax (VAT) | 25,735 | 11,935 |
| Tax on minimum presumed income | 4,663 | 6,507 |
| Withholdings | 5,493 | 4,894 |
| Municipal taxes | 19,920 | 15,044 |
| Other | 4,331 | 4,244 |
| | 87,344 | 62,192 |

## 10. OTHER LIABILITIES

The detail of other liabilities as of June 30, 2007 and December 31, 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| **Current:** | | |
| Technical Assistance (1) (Note 15) | 1,379 | 4,465 |
| Fees related to the initial public offering of capital stock (2) | 5,633 | 3,820 |
| Fees related to debt restructuring (Exhibit G) | 0 | 7,299 |
| Fees related to the issuance of Corporate Notes (Note 24 and Exhibit G) | 1,949 | 0 |
| Program for the Rational Use of Electric Power (PUREE) | 91 | 6,926 |
| Other (3) | 2,105 | 3,870 |
| | 11,157 | 26,380 |
| **Non-current:** | | |
| ENRE penalties (Note 17 a and b) | 251,469 | 241,079 |

(1) Includes 1,357 and 4,465 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006, respectively.
(2) Includes 5,633 and 3,764 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006, respectively.
(3) Includes 691 and 2,435 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006, respectively. Also, includes balances with Errecondo, Salaverri, Dellatorre Gonzalez & Burgio for 309 and 208 as of June 30, 2007 and December 31, 2006, respectively (Note 15).

## 11. NET SALES

The breakdown of net sales for the six-month periods ended June 30, 2007 and 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| Sales of electricity (1) | 1,050,349 | 654,942 |

| | | |
|---|---|---|
| Late payment charges | 8,174 | 6,133 |
| Pole leases | 5,110 | 6,622 |
| Connection charges | 1,778 | 1,322 |
| Reconnection charges | 602 | 810 |
| | 1,066,013 | 669,829 |

(1) Net of ENRE penalties for 10,600 and 12,400 for the six-month periods ended June 30, 2007 and 2006, respectively. (Note 17) As of June 30, 2007, includes 218,591 related to the retroactive tariff increase arising from the application of the new electricity rate schedule (Note 17 b  item d)

26

## 12. OTHER (EXPENSE) INCOME- NET

The breakdown of other income (expense), net for the six-month periods ended June 30, 2007 and 2006 is as follows:

|                                                | 2007    | 2006    |
| ---------------------------------------------- | ------- | ------- |
| Non operating income                           | 1,035   | 795     |
| Commissions on municipal taxes collection      | 866     | 764     |
| Net income (expense) from technical services   | (901)   | 1,891   |
| Voluntary retirements and terminations         | (2,717) | (9,858) |
| Severance paid                                 | (2,273) | (1,757) |
| Accrued litigation                             | (6,000) | (6,000) |
| Supplies recovered from third parties          | 0       | 5,782   |
| Disposal of property, plant and equipment      | (154)   | 0       |
| Other                                          | 1,032   | (385)   |
|                                                | (9,112) | (8,768) |

## 13. FRAMEWORK AGREEMENT

On January 10, 1994, the Company, together with EDESUR S A, the Argentine Federal Government and the Government of the Province of Buenos Aires signed a Framework Agreement aimed at resolving the issue of supplying electricity to low-income areas and shantytowns Pursuant to such Framework Agreement, the Company is entitled to receive compensation from a Special Fund for any non-payment s of electricity supplied to low-income areas and shantytowns. The ENRE approved this Framework Agreement through Resolution N° 6 dated January 20, 1994, which was then ratified by both the Federal Government through Decree N° 584 dated April 22, 1994 and the Government of the Province of Buenos Aires through Decree N° 1,445 dated June 2, 1994.

In accordance with Section 5 of the above-mentioned Agreement, the Company waived its right to any claims and/or collection of bills, adjustments, surcharges and interest arising or accrued from September 1, 1992 through January 31, 1994, as a result of direct connections, power theft, unrecorded consumption or any other form of misappropriation of electricity or illegal use thereof. The economic value assigned to the above-mentioned waiver amounted to 20,000, for which purpose a Special Fund was set up The cost of this Special Fund was borne by the Argentine Federal Government and the Province of Buenos Aires which contributed a percentage of the bills effectively collected from users in low-income areas and shantytowns The four-year duration of this Special Fund, which commenced as from the date on which the Framework Agreement went into effect, ended on June 30, 1998 The Company has been fully compensated for the economic effect derived from the above-mentioned waiver

As permitted by Section 13 of the Agreement, which stipulates that the terms and conditions of the Agreement may be subject to review and/or adjustments under certain circumstances, and taking into account that not all of the objectives of the Agreement could be completely fulfilled within the originally stipulated period, although most of them had been accomplished, and considering also that new shantytowns had appeared which had to be recognized, the parties agreed to extend the term of the Agreement for an additional fifty-month period ending August 31, 2002 During such additional period the original provisions of the Framework Agreement and the Regulations continued to be in effect. Furthermore, a new population census was conducted so as to identify those shantytowns which up to then had not been recognized Said census has been completed and approved by the regulatory agency Furthermore, the above-mentioned extension of the Framework Agreement was approved by the Argentine Federal Government through Decree N° 93 dated January 25, 2001

As from the expiration date of the above-mentioned Agreement, the Company continued supplying electricity to low-income areas and shantytowns

27

On October 6, 2003, the Company signed a new Framework Agreement with the Argentine Federal Government and the Government of the Province of Buenos Aires for a term of four years, which retroactively covers all the services provided as from September 1, 2002. This Agreement may be renewed for another four-year term should the parties so agree.

The new Agreement, whose terms and conditions are similar to those of the previous agreement, was ratified by both the Federal Executive Power and the Government of the Province of Buenos Aires through Decree N° 1972 dated December 29, 2004 (published in the *Official Gazette* on January 5, 2005) and Decree N° 617 dated April 5, 2005 (published in the *Official Gazette* on May 23, 2005), respectively

As disclosed in Note 4, receivables under the new Agreement as of June 30, 2007 and December 31, 2006 amounted to 7,579 and 45,552, respectively. During the period ended June 30, 2007, the Company collected 5,828 from the Federal Government.

On October 26, 2006, the Company entered into a Payment Plan Agreement with the Government of the Province of Buenos Aires which establishes the conditions according to which the Province of Buenos Aires will honor its obligation to the Company under the Framework Agreement expired on December 31, 2006. In such agreement, the Company claims a debt amounting to 27,114, for the period September 2002 through June 2006, which the Province agrees to verify in accordance with the provisions of chapter VI -section 13 and related sections- of the Fund Regulations of the new Agreement. Furthermore, the Province agrees to pay the debt resulting from the aforementioned verification, in 18 equal, consecutive and monthly installments

The aforementioned payment plan stipulates that together with the payment of the first six installments, the Province of Buenos Aires would pay the amounts resulting from the electricity provided to low-income areas and shantytowns during the last semester of 2006, which amount to 5,815

The Company waived its right to interest accrued from the date on which the New Framework Agreement went into effect through the commencement of the agreed-upon installment plan. The aforementioned waiver is subject to the compliance of the Government of the Province of Buenos Aires with the agreed-upon installment plan.

The aforementioned agreement was approved by the Company's Board of Directors on November 7, 2006 and published in the *Official Gazette* of the Province of Buenos Aires on May 29, 2007

On April 24, 2007, the Company received a payment of 5,346, which includes the first three installments of the aforementioned payment plan for a total amount of 4,519. Furthermore, on June 21, 2007 the Province of Buenos Aires made a payment of 8,722 on account of the total debt arising from the Framework Agreement

The aforementioned Framework Agreement expired on December 31, 2006. As from such date the Company has been negotiating the renewal of such agreement with the Federal and Provincial Governments. However, the Company has continued supplying electricity to low-income areas and shantytowns.

## 14. RESTRUCTURING OF FINANCIAL DEBT

On January 19, 2006, the Board of Directors approved the launching of a solicitation of consent for the restructuring of the Company's financial debt through the exchange of such debt for a combination of cash and notes (the Restructuring) pursuant to a voluntary exchange offer (the Voluntary Exchange Offer) and/or an out-of-court reorganization agreement (A *cuerdo Preventivo Extrajudicial*) (the APE)

Furthermore, the holders of Gain Trust Notes due in 2005, which represented an interest in the private corporate note issued by the Company and held by a financial trust, were offered to directly participate in the Restructuring by exchanging their Gain Trust Notes for Floating Rate Notes due in 2006, and then exchanging such Notes for the

consideration offered in the Restructuring

28