# ATTACHMENT A

**Hodgson, Morgan**

| | |
|---|---|
| From: | Carla Brown [cbrown@charlsonbredehoft.com] |
| Sent: | Thursday, December 13, 2007 6:18 PM |
| To: | dregal@hnrlaw.com; Hodgson, Morgan; Clark, David; lhoguet@hnrlaw.com; rmay@hnrlaw.com |
| Cc: | Elaine Bredehoft |
| Subject: | Gaujacq/EDF/EDFINA/Nadal - Proposed Status Conference |

Dear Counsel:

We hope you are preparing for a wonderful holiday season and New Year.

We write because we were informed a few weeks ago that Ms. Gaujacq's case was transferred to the Honorable Henry H. Kennedy. It is our understanding from Judge Kennedy's Chambers that he is currently in the process of reviewing the cases transferred to him following Judge Penn's passing and deciding what, if any, further information is needed from the parties.

Given that it has been more than a year since the parties submitted their summary judgment briefings, that this case has been pending for several years, and that Judge Kennedy has no prior knowledge regarding the relationship of the parties or the complex history of the dispute, we thought it would be particularly helpful to provide the Court supplemental pleadings at this time.

We propose a status conference in the near future, hopefully, the first week or two in January. We would also like to propose a schedule for supplemental briefing respecting Defendants' Motion for Summary Judgment. If you are interested in participating in this and think the Defendants may also wish to provide supplemental briefing, perhaps we can discuss a proposed schedule, including page limitations and filing dates for the briefs.

Please let us know your thoughts on this.

Carla Brown

Carla Brown
Charlson Bredehoft & Cohen, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
PH: (703) 318-6800
FX: (703) 318-6808
www.cbc-law.com

3/13/2008

## Hodgson, Morgan

| | |
|---|---|
| **From:** | dregal@hnrlaw.com |
| **Sent:** | Monday, December 17, 2007 10:53 AM |
| **To:** | Carla Brown |
| **Cc:** | Clark, David; dregal@hnrlaw.com; Elaine Bredehoft; lhoguet@hnrlaw.com; Hodgson, Morgan; rmay@hnrlaw.com |
| **Subject:** | Re: Gaujacq/EDF/EDFINA/Nadal - Proposed Status Conference |

Dear Carla:

Thank you for your email. I am responding on behalf of all Defendants.

We have considered your request, and at this time we do not see a need for further briefing for Judge Kennedy. The bases for summary judgment
and Ms. Gaujacq's opposition are well laid out in the parties' briefs, and those briefs are substantial already. No facts have changed that
would affect the parties' positions on summary judgment. Adding more paper does not strike us as a benefit to the Court, and we understand
from your email that Judge Kennedy's chambers has indicated Judge Kennedy would make a request if he felt it would be helpful.

Thus, we are inclined to give Judge Kennedy the time he needs to review our case and trust that he will advise us all what next steps he
believes are appropriate.

Best wishes for the holidays and New Year.


Dorothea W. Regal
HOGUET NEWMAN REGAL & KENNEY, LLP
10 East 40th Street
New York, New York 10016

Tel. (212) 689-8808
Fax (212) 689-5101
dregal@hnrlaw.com


"Carla Brown" <cbrown@charlsonbredehoft.com>

12/13/2007 06:18 PM

To <dregal@hnrlaw.com>, <mhodgson@steptoe.com>, <dclark@steptoe.com>, <lhoguet@hnrlaw.com>, <rmay@hnrlaw.com>

cc "Elaine Bredehoft" <ebredehoft@charlsonbredehoft.com>

Subject Gaujacq/EDF/EDFINA/Nadal - Proposed Status Conference


Dear Counsel:

3/13/2008

We hope you are preparing for a wonderful holiday season and New Year.

We write because we were informed a few weeks ago that Ms. Gaujacq's case was transferred to the Honorable Henry H. Kennedy. It is our understanding from Judge Kennedy's Chambers that he is currently in the process of reviewing the cases transferred to him following Judge Penn's passing and deciding what, if any, further information is needed from the parties.

Given that it has been more than a year since the parties submitted their summary judgment briefings, that this case has been pending for several years, and that Judge Kennedy has no prior knowledge regarding the relationship of the parties or the complex history of the dispute, we thought it would be particularly helpful to provide the Court supplemental pleadings at this time.

We propose a status conference in the near future, hopefully, the first week or two in January. We would also like to propose a schedule for supplemental briefing respecting Defendants' Motion for Summary Judgment. If you are interested in participating in this and think the Defendants may also wish to provide supplemental briefing, perhaps we can discuss a proposed schedule, including page limitations and filing dates for the briefs.

Please let us know your thoughts on this.

Carla Brown

Carla Brown
Charlson Bredehoft & Cohen, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
PH: (703) 318-6800
FX: (703) 318-6808
www.cbc-law.com

3/13/2008

ATTACHMENT B

Gaujacq/EDF/EDFINA/Nadal - Proposed Mediation of Dispute                                Page 1 of 1

## Hodgson, Morgan

**From:** Elaine Bredehoft [ebredehoft@charlsonbredehoft.com]
**Sent:** Tuesday, June 26, 2007 6:57 AM
**To:** Hodgson, Morgan; Clark, David; lhoguet@hnrlaw.com; dregal@hnrlaw.com; rmay@hnrlaw.com
**Cc:** Carla Brown
**Subject:** Gaujacq/EDF/EDFINA/Nadal

Redaction
[F.R.E. 408]

Dear Counsel:

I hope you are enjoying the summer.

I write because we have been awaiting the Court's Summary Judgment ruling for more than six months and have no definitive estimate as to when Judge Penn may rule. Assuming that all, or even some, of the case goes forward, we are looking at a trial schedule that promise to extend many months to a year after we receive the ruling, and with appeals, we are looking at years. Even if you are successful on all counts, we are looking at years of appeals and potentially a trial more than two years hence, and then more appeals.

As you know, earlier this year, Ms. Gaujacq was part of a Reduction-In-Force at Entergy. As you also know, the loss of the job increases her damages and EDF/EDFINA's potential liability.

Given the loss of Ms. Gaujacq's employment and the uncertainty of when she will find other employment,

Redaction
[F.R.E. 408]


Redaction
[F.R.E. 408]


Redaction
[F.R.E. 408]


Thank you for your consideration. I look forward to hearing from you. Elaine


Elaine Charlson Bredehoft
Charlson Bredehoft & Cohen, P.C.
11260 Roger Bacon Drive
Suite 201
Reston, VA 20190
(703) 318-6800
(703) 318-6808 (fax)
www.cbc-law.com


3/14/2008

# ATTACHMENT C

ATTACHMENT C

**Extracts: Deposition of Catherine Gaujacq, June 2, 2006**

Page 0626
Line
5   Q   Has anyone at Entergy told you that you
6   should not expect to get a management incentive award
7   for the next year?
8      A   No. They also told me that, you know, we are
9   in the midst of this restructuring arranging hearing.
10  There are candidates for potential new position. I
11  might not be one of those. And since the employment
12  is at will, I mean, I may end up with a house in
13  Mississippi and no job.


Page 0650
Line
Q   Okay. Do you expect that you will get a pay
3   increase next April?
4      A   I don't know. I don't know if I am going to
5   be with Entergy next April.
6      Q   Has anyone at Entergy indicated to you in any
7   way that your employment is in jeopardy?
8      A   Well, it is in jeopardy --
9      Q   I'm asking if anybody has said to you that
10  your employment is in jeopardy?
11     A   Then my answer is yes.
12     Q   Who has said to you that your employment at
13  Entergy is in jeopardy?
14     A   The policy of the company is explicit. It's
15  an at-will work, meaning that anyone knows that and
16  everybody would have told me that. I mean I know that
17  depending on my results and depending on a lot of
18  different things going on with the company, I can lose
19  this job. Of course.
20     Q   Has anyone at Entergy told you or written to
21  you to say that your employment at Entergy is in
22  jeopardy?

Page 0651
Line
1      A   And my answer is yes. Again, because of the
2   restructuring going on, you know, I am on a temporary
3   position. And we all know that if this restructuring
4   goes on, you know, you are going to have candidates
5   for some positions, and you are going to select

```
 6  people. And obviously, the number is just not the
 7  same, you know.
 8    Q   Do you --
 9    A   So yes. And I have no guarantee at all that
10  I am going to be one of the selected candidates on any
11  of the positions.
12    Q   I understand that you may yourself feel
13  uncertainties. My question is: Has anybody at
14  Entergy, any person, man or woman, spoken to you to
15  say your employment is in jeopardy?
16    A   Yes.
17    Q   Who is that person or persons?
18    A   Any of the senior executives.
19    Q   And what have they said to you about your
20  employment being in jeopardy? What are their words?
21    A   Exactly what I am telling you now. I mean I
22  am part of this big -- big management team of Entergy.
```

Page 0652
Line
```
 1  There is an alignment or restructuring going on. And
 2  they told me, I mean the CEO, you know, all my bosses,
 3  we all know, and I accept and I am happy to accept
 4  this job right now. I mean that this position is a
 5  short-term, you know, acting position; that we are
 6  moving to a restructuring. I know that.
 7       I also know that we are now in the period
 8  of -- in the period of selecting candidates. And they
 9  also expressed to me quite clearly that no one, no --
10  their expression and the expression of the CEO of the
11  company -- of the -- that no incumbent is sacred.
12  That's a basis; right? That's the basis of
13  restructuring.
14    Q   Have they said that to all the employees at
15  your level?
16    A   Yes. Yes.
17    Q   So there's nothing particular to you that has
18  been said.
19    A   Yes. They told me when I had this appraisal
20  and evaluation. They expressed to me that I should be
21  worried about my position, sure.
22    Q   Who told you you should be worried about your
```

Page 0653
Line
```
 1  position at Entergy? What person?
```

2   A   John McGaha and Bill Campbell, who are right
3 now my superiors.
4   Q   Would it surprise you to know that -- do you
5 know who Peter Schneider is?
6   A   Yeah.
7   Q   Would it surprise you to know that his
8 testimony in this case has been that he would hope you
9 would stay for a long time?
10     MS. BREDEHOFT: Objection to form, but go
11 ahead.
12   A   You are telling me that?
13   Q   I am asking you would you be surprised if he
14 had said that under oath in a deposition?
15     MS. BREDEHOFT: Objection to form.
16   A   I mean no, I would not be -- I would not be
17 surprised. I have high regards for Pete Schneider,
18 and I guess, no, I would not be surprised.
19   Q   And he's the senior --
20   A   But I mean he doesn't know himself if he's
21 going to be there in the future. So it's just, I
22 mean, I hope he's going to be there if I am still

Page 0654
Line
1 there, but none of us know if we are going to be
2 there.

- 3 -