IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CATHERINE GAUJACQ,

      Plaintiff,

             v.

ELECTRICITE DE FRANCE
INTERNATIONAL NORTH AMERICA,
INC., ELECTRICITE DE FRANCE, S.A. and
CHRISTIAN NADAL,

      Defendants

_____

Civil Action No. C5-969 (HHK)

**DECLARATION
OF  DOROTHEA W. REGAL**

      **DOROTHEA W. REGAL, ESQ.** hereby declares, under penalty of perjury under the laws of the United States, in accordance with 28 U.S.C. Section 1746, as follows:

      1.  I am a member of the bar of this Court and of the law firm of Hoguet Newman Regal & Kenney, LLP, attorneys for Defendants Electricité de France, S.A. ("EDF") and Electricité de France International North America, Inc. ("EDFINA"). I make this Declaration for the purpose of putting additional documents before the Court in support of Defendants' Opposition to Plaintiff's Motion for Leave to Supplement Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

      2.  Attached hereto as Defendants' Attachment 1 is a true and accurate copy of a certified translation into English of the Spanish document that Plaintiff has proffered on her motion as Plaintiff's Proposed Attachment 12.  The translation was done

by The Trustforte Corporation located at 271 Madison Avenue, New York, New York

10016, certified by the American Translators Association.

3.    Attached hereto, for the convenience of the Court, as Defendants'

Attachment 2 is a true and accurate copy of an excerpt consisting of the cover page and

pages 3 and 40 from the chapter entitled *Argentina*, authored by Alejandro D. Carrió and

Alejandro M. Garro, of the treatise entitled Criminal Procedure, A Worldwide Study

(Prof. Craig M. Bradley 2d ed. 2007).

4.    Attached hereto as Defendants' Attachment 3 is a legible and complete

copy of the Spanish version of Plaintiff's Proposed Attachment 16, together with a true

and accurate copy of a certified translation thereof into English.  The translation was

done by The Trustforte Corporation located at 271 Madison Avenue, New York, New

York 10016, certified by the American Translators Association.

5.    Attached hereto as Defendants' Attachment 4 is a true and accurate

copy of a newspaper article appearing in The New York Times dated January 11, 2002,

entitled Argentina Is Still Shaky Despite Currency Measures, authored by Larry Rohter.


Dated:   March 20, 2008


_____/s/_____

Dorothea W. Regal *(D.C. Bar No. NY0064)*


2