# ATTACHMENT 1

*Summary:* The Federal Judge of Zárate-Campana, Dr. Efraín Faggionato Márquez, determined in Case 2512 that the transformers of the EDENOR SA company contained PCBs in various concentrations. PCBs are on a list of the ten most persistent organic pollutants in the world.

*Below is a transcription of parts of the Judge's whereas clauses and resolutions ordering the indictment of the directors of the company and members of the National Electric Energy Regulatory Agency, and order an attachment on their assets and those of the EDENOR SA company.*

**BE IT RESOLVED:**

I. TO DECREE THE INDICTMENT of DANIEL JOSÉ LELLO, identified in the record, for allegedly committing the criminal act of pollution hazardous to health, as defined and penalized by Article 56 of Law 24,051, accompanied by an order to attach the assets that he owns in an amount sufficient to secure the sum of five hundred thousand pesos ($500,000). The court order to be served by an officer of the Court of Justice (Article 518 of the *National Criminal Code*) is to be drawn up.

II. TO DECREE THE INDICTMENT of LUCIANO PIRONIO, identified in the record, for allegedly committing the criminal act of pollution hazardous to health, as defined and penalized by Article 56 of Law 24,051, accompanied by an order to attach the assets that he owns in an amount sufficient to secure the sum of five hundred thousand pesos ($500,000). The court order to be served by an officer of the Court of Justice (Article 518 of the *National Criminal Code*) is to be drawn up.

III. TO DECREE THE INDICTMENT of JULIO ADALBERTO MÁRQUEZ, identified in the record, for allegedly committing the criminal act of pollution hazardous to [continues on next page]

[from previous page] health, as defined and penalized by Article 56 of Law 24,051, accompanied by an order to attach the assets that he owns in an amount sufficient to secure the sum of five hundred thousand pesos ($500,000). The court order to be served by an officer of the Court of Justice (Article 518 of the *National Criminal Code*) is to be drawn up.

---

**CERTIFICATE OF ACCURACY**

STATE OF NEW YORK )
                 )SS:
COUNTY OF NEW YORK )

Richard Melman, being duly sworn, deposes and says:
I am fluent in both the English and Spanish languages. I have made the above translation from a copy of the original document in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

Richard Melman
Trustforte Language Services

Sworn before me this
14th day of March, 2008

Notary Public

MOHAMMED MUJUMDER MSS LLB
Notary Public, State of New York
No. 03-4962808
Qualified in Bronx County
Commission Expires Feb. 26, 2010

IV. TO DECREE THE INDICTMENT of JUAN ANTONIO LEGISA, identified in the record, for allegedly committing the criminal act of failure to comply with the duties of a public official, as defined and penalized by Article 248 of the Criminal Code, accompanied by an order to attach the assets that he owns in an amount sufficient to secure the sum of one million pesos ($1,000,000). The court order to be served by an officer of the Court of Justice (Article 518 of the *National Criminal Code*) is to be drawn up.

V. TO DECREE THE INDICTMENT of MARÍA CRISTINA MASSEI, identified in the record, for allegedly committing the criminal act of failure to comply with the duties of a public official, as defined and penalized by Article 248 of the Criminal Code, accompanied by an order to attach the assets that she owns in an amount sufficient to secure the sum of two hundred fifty thousand pesos ($250,000). The court order to be served by an officer of the Court of Justice (Article 518 of the *National Criminal Code*) is to be drawn up.

VI. TO FIND AN ABSENCE OF MERIT in the case of FRANCISCO FERNANDO PONASSO, HENRI LAFONTAINE, HENRI MARCEL ROGER DUCRE, and CRISTIAN ROLLAND NADAL, pursuant to Article 309 of the National Criminal Procedure Code.

TO DISCONTINUE AS TO JUAN CARLOS CASSAGNE, HUGO RICARDO PENTENERO, RICARDO FLAMMINI, YVES DESROUSSEAUX, EDUARDO VICH, EMILIO JOSÉ CÁRDENAS, JAVIER ANTONIO GONZÁLEZ, NORBERTO ANTONIO GONZÁLEZ, EDUARDO JAVIER ROMERO, MARIO JOSÉ GUARAGNA, PATRICE MEES, CRISTIAN PARIS, BO GOSTA KALLSTRAND, JOSÉ MANUEL CALDERERO, ALBERTO LÓPEZ GARCÍA, JESÚS BURILLO ANDREU, ALFREDO LLORENTE LEGAZ, RAMÓN VÁZQUEZ GONZÁLEZ, RICARDO EUSEBIO RODRÍGUEZ, OSCAR ERMELINDO MASSEI, CARLOS and EUGENIO GARAT, pursuant to Article 336, part 4, of the National Criminal Procedure Code, while making a record of the fact that the formation of this proceeding in no way impairs the aforementioned persons' good name and honor.

TO ORDER A PREVENTIVE ATTACHMENT of the assets of the Distribuidora de Energía Norte SA (EDENOR) company, in an amount sufficient to secure the sum of one hundred fifty million pesos ($150,000,000), which sum is deemed prudent for the purpose of securing redress of the damage caused to the environment and coastline (Articles 518, 519, and 520, National Criminal Trial Code).

**WHAT IS DEEMED TO HAVE BEEN PROVEN**

It is proven in this case that:

a. There is a presence of PCBs in the ground (soil and water).

b. The transformers of the EDENOR SA company contained and still contain PCBs in varying concentrations.

c. The maintenance given to said transformers was not adequate, since there were breakages which allowed their refrigerating fluid (the component which contains the PCBs) to leak out, and some of the transformers in question even caught fire.

---

CERTIFICATE OF ACCURACY

STATE OF NEW YORK  )
                   )SS:
COUNTY OF NEW YORK )

Richard Melman, being duly sworn, deposes and says:
I am fluent in both the English and Spanish languages. I have made the above translation from a copy of the original document in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

Richard Melman
Trustforte Language Services

Sworn before me this 14th day of March, 2008

Notary Public

MOHAMMED MUJUMDER MSS LLB
Notary Public, State of New York
No. 03-4962808
Qualified in Bronx County
Commission Expires Feb. 26 2010

d. The leakage of said transformers' liquid content spread through the soil and filtered down to the water table.

e. The burning of transformers with PCB content, due to the combustion of that chemical compound, releases "dibenzoparadioxins," which intensify the carcinogenic effect of the PCBs.

f. There were and continue to be transformers which contain PCBs as their refrigerant, in the territorial area to which this investigation was circumscribed.

g. The foregoing was denied by the regulatory authority (National Electric Energy Regulatory Agency) and the company (Empresa Distribuidora de Energía Norte SA).

## SOME CLARIFYING DATA

a. PCBs have been used as a refrigerant in this branch of industry for a long time prior to this inquiry.

b. The use of PCBs as components of the refrigerating element of transformers for a certain length of time pending their full elimination is permitted, with limitations varying with the amounts in question.

c. PCBs are part of a list of the ten (10) chemical substances identified as the most persistent organic pollutants in the world.

(Source: United Nations Development Program – UNDP – 1997)

---

**CERTIFICATE OF ACCURACY**

STATE OF NEW YORK )
                  )SS:
COUNTY OF NEW YORK )

Richard Melman, being duly sworn, deposes and says:
I am fluent in both the English and Spanish languages. I have made the above translation from a copy of the original document in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

RM
Richard Melman
Trustforte Language Services

Sworn before me this
14th day of March, 2008

Notary Public

MOHAMMED MUJUMDER MSS LLB
Notary Public, State of New York
No. 03-4962808
Qualified in Bronx County
Commission Expires Feb. 26 2010