# ATTACHMENT 3

News

6/2/03                                                                                                          Press Release

**In light of PCBs**

Below we transcribe the first measure ordered by the Court of Zárate Campana in May, summoning all of the members of the EDENOR board, the ENRE, thee provincial officials, and Mr. Carlos Garat.

**Campana, May 30, 2003**

I. Having been received, the information is to be inserted in the case file and taken into account.

II. Since the state of suspicion required for this stage of the proceeding exists, the following testimonies are to be taken (Article 294 of the National Criminal Procedure Code):

**A – Regarding the Edenor S.A. firm**
1) Chairman, Mr. Francisco Fernando Ponasso
2) Vice Chairman, Mr. Patrice Mees
3) General Manager in 2000, Mr. Cristian Nadal
4) Current General Manager, Mr. Henry Lafontaine
5) Director, Mr. Yves Desrousseaux
6) Director, Mr. Jesús Burillo Andreu
7) Director, Mr. Alberto López García
8) Director, Mr. Christian Paris
9) Director, Mr. Alfredo Llorente Legas
10) Director, Mr. Ramón Vázquez
11) Director, Mr. Eduardo Vich
12) Director, Mr. Alberto Álvarez
13) Director, Mr. Emilio García Díez
14) Director, Mr. Antonio Capdepon
15) Director, Mr. Mar Amedee Riutort
16) Director, Mr. Piere Baradat
17) Director, Mr. Juan Madrigal
18) Director, Mr. José Luis Cesario
19) Director, Mr. Juan Carlos Cassagne
20) Director, Mr. Hugo Ricardo Pentenero
21) Director, Mr. Ricardo Flammini
22) Director, Mr. Eduardo Javier Romero
23) Director, Mr. Guillermo Néstor Pérez
24) Director, Mr. Máximo Julio Fonrouge
25) Director, Mr. Bo Kallistrand
26) Director, Mr. José Manuel Granged Bruñen
27) Director, Mr. Jean François Talbot
28) Director, Mr. José Caldero

CERTIFICATE OF ACCURACY

MOHAMMED MUJUMDER MSS LLB
Notary Public, State of New York
No. 03-4962808
Qualified in Bronx County
Commission Expires Feb. 26____

STATE OF NEW YORK )
                  )SS:
COUNTY OF NEW YORK )

Richard Melman, being duly sworn, deposes and says:
I am fluent in both the English and Spanish languages. I have made the above translation from a copy of the original document in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

Richard Melman
Trustforte Language Services

Sworn before me this
14th day of March, 2008

Notary Public

29) Director, Mr. Henri Marcel Roger Ducre
30) Director, Mr. Gilles Jehan
31) Director, Mr. Gilbert Cotto
32) Director, Mr. Bruno Notrosso
33) Director, Mr. Norberto González
34) Director, Mr. Oscar Eduardo Marano
35) Director, Mr. Emilio Jorge Cárdenas
36) Director, Mr. Mario José Curagua
37) Director, Mr. Javier González Fraga
38) Director, Mr. Jean Luc Aschard
39) Director, Mr. Julio Ricardo Loria
40) Director, Mr. Jean Cristophe Philbe
41) Director, Mr. Eduard Dahomi
42) Director, Mr. Didier Lamethe
43) Director, Mr. Mario Martín
44) Director, Mr. José Patricio Richards
45) Operating Planning Manager (previous Pilar Technical Manager), Mr. Daniel Lello
46) Deputy Environment Manager, Mr. Julio Márquez
47) Deputy Quality of Supply Manager for the Pilar area, Mr. Luciano Pironio

**B – Regarding the National Electric Energy Regulatory Agency (ENRE)**
1) Headed by Mr. Juan Antonio Legisa in 2000
2) Head of Environment Department in 2000, Ms. Cristina Massei

**C) Regarding the Environmental Policy Secretariat of Buenos Aires Province**
1) Secretary of Environmental Policy in 2000, Mr. Ricardo Eusebio Rodríguez

**D) Regarding the National Secretariat of Sustainable Development and Environmental Policy**
1) Head of the Secretariat in 2000, Mr. Oscar Massei

**E) Environmental Directorate of Pilar Municipality**
1) Secretary of the Environment, Mr. Carlos Garat

III.a) Hearings are scheduled for the members of the Edenor S.A. company's board commencing August 7 of the current year, three per business day at 9:00 am, 10:00 am, and 12:00 noon, in chronological order according to the foregoing list and through August 29 of the current year.

b) Hearings are scheduled for the officials responsible for the ENRE, on September 2 of the current year, at 9:00 am and 12:00 noon.

c) A hearing is scheduled for the Secretary of Environmental Policy of the Buenos Aires Province, on September 3 of the current year at 9:00 am.

d) A hearing is scheduled for the head of the National Secretariat of Sustainable Development and Environmental Policy, on September 4 of the current year at 9:00 am.

---

CERTIFICATE OF ACCURACY

STATE OF NEW YORK )
                  )SS:
COUNTY OF NEW YORK )

Richard Melman, being duly sworn, deposes and says:
I am fluent in both the English and Spanish languages. I have made the above translation from a copy of the original document in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

Richard Melman
Trustforte Language Services

Sworn before me this
14th day of March, 2008

Notary Public

MOHAMMED MUJUMDER MSS LLB
Notary Public, State of New York
No. 03-4962808
Qualified in Bronx County
Commission Expires Feb. 26 2010

e) A hearing is scheduled for the Secretary of the Environment of Pilar Municipality, on September 5 of the current year at 9:00 am.

IV. To be officially noted, process to be served, and through the officer of the Court to comply with the procedures required to achieve effective notification of the aforenamed persons.

**Federico Efraín Fagionatto Márquez**
**Federal Judge**

Before me,
**Dr. Andrés Germán Canela**
**Federal Secretary**

Carried out on the same day. WITNESS.
**Dr. Andrés Germán Canela**
**Federal Secretary**

MOHAMMED MUJUMDER MSS LLB
Notary Public, State of New York
No. 03-4962808
Qualified in Bronx County
Commission Expires Feb. 26 Zolo

**CERTIFICATE OF ACCURACY**

STATE OF NEW YORK )
                  )SS:
COUNTY OF NEW YORK )

Richard Melman, being duly sworn, deposes and says:
I am fluent in both the English and Spanish languages. I have made the above translation from a copy of the original document in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

Richard Melman
Trustforte Language Services

Sworn before me this
14th day of March, 2008

Notary Public

Recomendá este sitio   Hacenos Página de inicio   Agregar a favoritos

Pilar - Bs. As. Argentina

Actualizado el 25/06/03
mail@webpilar.com



ingresá - click

| HOME | NOTAS | FOROS | SERVICIOS | DATOS PILAR |

**Noticias**

02/06/03                                          Comunicado de Prensa

# A la luz del PCB

A continuación transcribimos la primera medida dispuesta por el Juzgado de Zárate Campana durante Mayo por la cual se cita a declaración indagatoria a todo el directorio de EDENOR, al ENRE, a funcionarios provinciales y al Licenciado Carlos Garat.

## Campana 30 de mayo de 2003
I -Por recibido agréguese y téngase presente lo informado
II -Existiendo el estado de sospecha requerido para esta etapa del proceso, cúmplase con las siguientes declaraciones indagatorias (Articulo 294 del código procesal penal de la Nación):

### A- Respecto de la firma Edenor S.A.
1) Presidente, Señor Francisco Fernando Ponasso
2) Vicepresidente, Señor Patrice Mees
3) Gerente General durante el año 2000, Señor Cristian Nadal
4) Gerente General actual, Señor Henry Lafontaine
5) Director, Señor Yves Desrousseaux
6) Director, Señor Jesús Burillo Andreu
7) Director, Señor Alberto López García
8) Director, Señor Christian Paris
9) Director, Señor Alfredo Llorente Legas
10) Director, Señor Ramón Vázquez
11) Director, Señor Eduardo Vich
12) Director, Señor Alberto Álvarez
13) Director, Señor Emilio García Díez
14) Director, Señor Antonio Capdepon
15) Director, Señor Marc Amedee Riutort
16) Director, Señor Pierre Baradat
17) Director, Señor Juan Madrigal
18) Director, Señor Jose´Luis Cesario
19) Director, Señor Juan Carlos Cassagne
20) Director, Señor Hugo Ricardo Pentenero
21) Director, Señor Ricardo Flammini
22) Director, Señor Eduardo Javier Romero
23) Director, Señor Guillermo Néstor Pérez
24) Director, Señor Máximo Julio Fonrouge

Correc



"# WebPilar.com La Web de la Ciudad de Pilar"
Case 1:05-cv-00969-HHK   Document 147-5   Filed 03/20/2008   Page 6 of 7
Page 2 of 3

25) Director, Señor Bo Kallistrand
26) Director, Señor José Miguel Granged Bruñen
27) Director, Señor Jean Francois Talbot
28) Director, Señor José Caldero
29) Director, Señor Henri Marcel Roger Ducre
30) Director, Señor Gilles Jehan
31) Director, Señor Gilbert Cotto
32) Director, Señor Bruno Notrosso
33) Director, Señor Norberto González
34) Director, Señor Oscar Eduardo Marano
35) Director, Señor Emilio Jorge Cárdenas
36) Director, Señor Mario José Cuaragua
37) Director, Señor Javier González Fraga
38) Director, Señor Jean Luc Aschard
39) Director, Señor Julio Ricardo Loria
40) Director, Señor Jean Christophe Philbe
41) Director, Señor Eduard Dahomi
42) Director, Señor Didier Lamethe
43) Director, Señor Mario Martín
44) Director, Señor José Patricio Richards
45) Gerente de Planeamiento Operativo (Anterior Gerente Técnico Pilar) Señor Daniel Lello
46) Sub Gerente de Medio Ambiente Señor Julio Márquez
47) Sub Gerente de calidad de suministro área Pilar Señor Luciano Pironio

**B- Respecto del Ente Nacional Regulador de la Electricidad (ENRE)**
**1)** Titular durante el año 2000 Señor Juan Antonio Legisa
**2)** Jefa del Departamento Ambiental durante el año 2000 Señora Cristina Massei.

**C) Respecto de la Secretaría de Política Ambiental de la Provincia de Buenos Aires**
**1)** Secretario de Política Ambiental durante el año 2000, Señor Ricardo Eusebio Rodríguez.

**D)** Respecto de la Secretaría de Desarrollo Sustentable y Política Ambiental de la Nación
**1)** Titular de la Secretaría durante el año 2000 Señor Oscar Massei.

**E)** Dirección de Medio Ambiente de la Municipalidad de Pilar
**1)** Secretario de Medio Ambiente, Señor Carlos Garat.

**III. a)** De los integrantes del Directorio de la firma Edenor S.A. Fijase audiencia a partir del día 7 de Agosto del año en curso, tres por día hábil a las 9.00, 10.30 y 12.00 horas, en orden cronológico según el listado mas arriba detallado y hasta el día 29 de agosto del corriente año
**b)** Para los responsables del ENRE habilítese audiencias para el día 2 de septiembre del año en curso, a las 9.00 y 12 horas.
**c)** Respecto del Secretario de Política Ambiental de la Provincia de Buenos Aires, fijase audiencia para el día 3 de septiembre

del año en curso a las 9.00 horas.
**d)** En cuanto al titular de la Secretaría de Desarrollo sustentable y Política ambiental de la Nación, habilitase audiencia para el día 4 de septiembre del corriente año a las 9.00 horas
**e)** del Secretario de Medio Ambiente de la Municipalidad de Pilar, fíjase audiencia para el día 5 de septiembre del corriente año a las 9.00 horas.

**IV-** Tómese razón, notifíquese y por intermedio del actuario cúmplase con las diligencias tendientes a lograr la efectiva notificación de los mas arriba nombrados.

**Federico Efraín Fagionatto Márquez**
**Juez Federal**

Ante mí
**Dr. Andrés Germán Cancela**
**Secretario Federal**

En igual fecha se cumplió CONSTE
**Dr. Andrés Germán Cancela**
**Secretario Federal**


Foro General de la Ciudad. Dejá tu opinón sin censuras






Página Principal I Noticias I Foros I Servicios I Datos I Shopping I Contácten