IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | No. 1:05CV0969 (HHK) |
| ) | |
| ELECTRICITÉ DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR A STATUS CONFERENCE AND/OR HEARING ON SUMMARY JUDGMENT

The plaintiff, Catherine Gaujacq ("Ms Gaujacq"), by counsel, hereby submits this Reply in support of her request for a Status Conference and/or Hearing on the Defendants' Motions for Summary Judgment.[1]

Defendants contend the loss of Ms. Gaujacq's employment with ENTERGY Services, Inc. is not relevant to Ms Gaujacq's claims pending in this litigation. (Defs.' Br at 3.) However, the tactics used by the Defendants in obtaining information from ENTERGY during Ms. Gaujacq's employment contributed to her departure and was further retaliation for Ms. Gaujacq's complaints and filing of a lawsuit.

During the discovery process, Ms Gaujacq was fully cooperative and forthcoming in disclosing her compensation with her then-employer, ENTERGY. Yet, Defendants sent a

---

[1] Ms. Gaujacq incorporates by reference the arguments contained in her Memorandum in Support of the instant Motion, and the Motion for Leave to supplement her Opposition to Defendants' Summary Judgment Motion, filed on March 5, 2008.

subpoena to ENTERGY seeking information, in part, unrelated to Ms. Gaujacq's claims or her employment with and termination from the Defendant corporation. For example, Defendants sought the deposition of a representative of ENTERGY to testify with respect to "Any policies ENTERGY Services, Inc has in place to prevent new employees from improperly using or transmitting business proprietary information from their old employers to employees at ENTERGY Services, Inc." *See* Subpoena from Defs. to ENTERGY of 3/21/06, Exhibit B, Att 1. This request implied that Ms. Gaujacq had misappropriated documents.

In fact, even ENTERGY's own counsel recognized the overly burdensome nature of Defendants' actions. In response to an inadvertently forwarded email from Defense counsel to ENTERGY's counsel, L. Jager Smith, Jr., Mr. Smith responded, "Oops... to be clear, we don't have a dog in this fight, except 1) we don't want to be a tool for abuse of Ms. Gaujacq..." *See* Email from D. Regal to J. Smith of 5/22/06, Att. 2. After numerous exchanges between Defendants and ENTERGY, Ms. Gaujacq was selected for a reduction in force, and, not offered any further employment with ENTERGY – she lost her position months later and has not been employed since May 26, 2007. *See* Letters between R. May and L. Jager Smith, Jr of 3/30/06, 5/2/06, 5/12/06, 5/19/06, and 6/13/06, Atts. 3, 4, 5, 6 and 7.

Defendants apparently concede that the facts developed after the Parties' filed their briefs in support and opposition to summary judgment portray them in an "unfavorable light." More significantly, however, is that they impact on the claims, including damages.

## CONCLUSION

For all of the reasons set forth above, as well as those set forth in Plaintiff's Memorandum in Support of Motion for a Status Conference and/or Hearing on Defendants' Motion for Summary Judgment, Plaintiff requests that this Court enter an order scheduling a Status Conference and oral argument on the Defendants' Motions for Summary Judgment.

March 27, 2008                          Respectfully submitted,


                                        /s/ ECB
                                        Elaine Charlson Bredehoft
                                        D.C. Bar No. 441425
                                        Carla D. Brown
                                        D.C. Bar No. 474097
                                        Kathleen Z. Quill
                                        D.C. Bar No. 489079
                                        CHARLSON BREDEHOFT, P.C.
                                        11260 Roger Bacon Drive, Suite 201
                                        Reston, VA 20190
                                        (703) 318-6800

                                        Counsel for Plaintiff,
                                          Catherine Gaujacq

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March 2008, a copy of the foregoing Reply to Defendants' Opposition to Plaintiff's Motion for a Status Conference and/or Hearing on Defendants' Motion for Summary Judgment was filed electronically via ECF and mailed via first class mail, postage prepaid, to

>Laura B. Hoguet, Esq.
>Dorothea W. Regal, Esq.
>HOGUET NEWMAN & REGAL, LLP
>10 East 40th Street
>New York, NY 20016
>
>*Counsel for Defendants EDF, SA
>and EDFINA*
>
>Morgan D. Hodgson, Esq
>David A. Clark, Esq.
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>
>*Counsel for Defendant Christian Nadal*

>/s/ ECB
>Elaine Charlson Bredehoft