ATTACHMENT 8

```
         In the U.S. District Court

         For the District of Columbia
------------------------------x
Catherine Gaujacq             :

                              : NO. 1:05CV0969

         v                    :

                              :

Electricite de France         :
International, North          :
America, et al                :

------------------------------x
```

March 17, 2006

DEPOSITION OF:

Catherine Gaujacq (Cont'd)

a witness, called by counsel pursuant to notice, commencing at 8:41 a.m., which was taken at 11260 Roger Bacon Drive, Reston, VA

1  A. I'm sorry, I cannot. This e-mail was very comprehensive.

3  MS. BREDEHOFT: What did you say?

4  A. I used a poor word. That's not the right word. He was understanding of the situation.

BY MS. HOGUET:

7  Q. Mr. Nadal was understanding of your personal family situation?

9  A. Yes, that's what I thought.

10 Q. Were you advised in late June or early July that there was going to be an internal EDF audit of EDFINA?

13 A. Yes.

14 Q. How did you learn about the audit?

15 A. I don't recall.

16 Q. Were you asked to participate in interviews with the auditors?

18 A. Yes, I was.

19 Q. Did you do that?

20 A. I did that.

21 Q. Were you interviewed by telephone, in

Case 1:05-cv-00969-HHK   Document 150-9   Filed 04/23/2008   Page 4 of 7
CATHERINE GAUJACQ DEPOSITION   March 17, 2006   Gaujacq v. EDFINA

Page 344

1  person or both?

2  A.  In person.

3  Q.  Where --

4  A.  In person at the office.

5  Q.  Who interviewed you?

6  A.  Mr. Thierry Millet and Mr. Lawrence Burg.

7  Q.  How long did the interview -- was there
8  one interview?

9  A.  More than that. The auditors was there
10 the whole week and they had interviews with a lot of
11 people, even outside the office, and so I had one
12 interview, that's for sure, but we had some -- they
13 wanted to see some following information on the day
14 after or so.

15      So, yes, it was one interview plus giving
16 information when they needed you.

17      And we also had the auditors call a
18 debriefing for all the staff of EDFINA and I
19 attended this meeting with the auditors, with Benoit
20 Dreux and with Christian Nadal who was somewhere
21 over the phone.

1  Q.  He was on the phone and you were in the
2  office at that time, is that right?
3  A.  Yes.
4  Q.  The debriefing conversation?
5  A.  It was not a conversation.
6  Q.  The auditors talk and you listen, is that
7  right?
8  A.  Yes.
9  Q.  This is an internal EDF audit team from
10  Paris, correct?
11  A.  Yes.  It was an audit on risk management
12  for the subsidiary.
13  Q.  During the course of the audit interview
14  that you had, the audit process, were you told
15  something you hadn't previously known about the
16  change in your authority to act on behalf of EDFINA?
17  That was the question.  I just want to know, to get
18  the answer to the question first.  Let me start
19  over.
20      Were you told something in the course of the
21  audit process that you had previously not known

Case 1:05-cv-00969-HHK    Document 150-9    Filed 04/23/2008    Page 6 of 7
CATHERINE GAUJACQ DEPOSITION    March 17, 2006    Gaujacq v. EDFINA

Page 376

1    Do you see those words?

2    A.    Yes.

3    Q.    Was it your belief or understanding that
4    the period to which the audit pertained was a period
5    in which EDFINA had essentially been under your
6    control?

7    A.    Yes.

8    Q.    That is why you were worried about what
9    the auditors might say, isn't it?

10    A.    No.  I was worried because of the famous
11    letters you are talking about.  I had no doubt about
12    my integrity.

13        Whatever you are, whatever your
14    responsibilities are, my integrity was and still is
15    something very dear to me and during the meetings,
16    during the audit I discovered the famous letter.

17        I learned from other employees that there
18    were some contracts that apparently the auditors had
19    not talk about that were a questioning of my
20    integrity.

21        Throughout the meeting on July 9 Christian

Page 377

1  Nadal said something about a contract and that's the
2  contract with Mr. Walter Nolan saying well, it's
3  really serious, you know, and he was talking about
4  information that were in EDFINA's possession would
5  he only have asked for and I was really worried and
6  the auditors were too because when they left, and
7  they told me the biggest thing we're going to write
8  on this audit is there was no wrongdoing.
9      Well, they left, Mr. Millet and Mr. Burg
10 telling me it's important that we might down this
11 thing and you're going to find it on the audit
12 report.
13     That's what, you know.  That's what I
14 learned from cross reading -- obviously, this
15 document is somewhat different from what it was
16 supposed to be.
17     Q.   In the audit --
18     A.   And that's why I send this e-mail to
19 Daniel Dubois.
20     Q.   In the course of the audit interviews were
21 you asked about the location of files pertaining to

Overnite Court Reporting Service  (301) 593-0671     Fax - (301) 593-8353
Washington, DC Metro Area                            www.DCCourtReporters.com
0c0f48af-5751-478a-b896-e6bbdf0dd6d8