ATTACHMENT 9

— 3 —

# N° 1004

## ASSEMBLÉE NATIONALE

CONSTITUTION DU 4 OCTOBRE 1958
DOUZIÈME LÉGISLATURE
Enregistré à la Présidence de l'Assemblée nationale le 3 juillet 2003

## RAPPORT

FAIT
AU NOM DE LA COMMISSION D'ENQUÊTE SUR (1)
LA GESTION DES ENTREPRISES PUBLIQUES
AFIN D'AMÉLIORER LE SYSTÈME DE PRISE DE DÉCISION
Président
M Philippe DOUSTE-BLAZY,
Rapporteur
M Michel DIEFENBACHER,
Députés

TOME I
**RAPPORT**

- 3 -
N° 1004
NATIONAL PARLIAMENT
CONSTITUTION OF OCTOBER 4, 1958
TWELFTH LEGISLATURE
Recorded with the Presidency of the French National Assembly on July 3, 2003
REPORT
SUBMITTED
IN THE NAME OF The BOARD OF INQUIRY ON (1)
The MANAGEMENT of Public Companies
In order to IMPROVE The DECISION-MAKING process
President
Mr. Philippe DOUSTE-BLAZY,
Secretary
Mr Michel DIEFENBACHER
,Deputies
--
VOLUME I
REPORT

— 3 —

# N° 1004

**SOMMAIRE DES AUDITIONS**

- Audition de M. Elie COHEN, directeur de recherche au CNRS
(25 février 2003)
- Audition de M René BARBIER de La SERRE (4 mars 2003)
- Audition conjointe de MM Gabriel GALET, Yves JEGOUREL, Vincent de La BACHELERIE, Edouard SALUSTRO, Jean-Michel CHARPENTIER et Guy STIEVENART, commissaires aux comptes de France Télécom
(18 mars 2003)
- Audition de M Jean-Louis VINCIGUERRA, ancien directeur financier de France Télécom (18 mars
2003)
- Audition conjointe de MM Jean SIMONIN, Marcel ROULET et
François GRAPPOTTE, membres du conseil d'administration de France Télécom (25 mars 2003)
- Audition de M Michel BON, ancien Président de France Télécom
(25 mars 2003)
- 2ème partie
- Audition conjointe de Mme Claire NOURRY, MM Patrick GOUNELLE, Jean-Louis LEBRUN, Guy
ISIMAT-MIRIN, Philippe VASSOR et Amadou RAIMI, commissaires aux comptes d'EDF (1er avril 2003)
- Audition de M Jean-Michel CHARPIN, Président du comité d'audit d'EDF
(1er avril 2003)
- Audition conjointe de Mmes Michèle ROUSSEAU, commissaire du gouvernement à EDF, et Jeanne SEYVET, commissaire du gouvernement à France Télécom (8 avril 2003)
- Audition conjointe de Mme Catherine NEDELEC, MM. Alain MARTIN et Jean-Marc MAUCHAUFFEE, représentants des salariés au conseil d'administration d'EDF (8 avril 2003)
- Audition conjointe de MM Jean-Pierre JOUYET, directeur du Trésor et Nicolas JACHIET, ancien
chef du service des participations financières
(29 avril 2003)
- Audition de M François AILLERET, ancien Président d'EDF International
(29 avril 2003)
3ème partie
- Audition de M. Edmond ALPHANDERY, ancien ministre de l'économie et des finances et ancien Président d'EDF (6 mai 2003)

— 4 —

- Audition de M Jean-Paul BAILLY, Président de La Poste (13 mai 2003)
- Audition de M Daniel LEBEGUE, ancien directeur général de la Caisse des dépôts et consignations (13 mai 2003)
- Audition conjointe de MM. François ROUSSELY, Président d'EDF et Jacques CHAUVIN, ancien directeur financier d'EDF (20 mai 2003)
- Audition des principaux syndicats et confédérations syndicales (21 mai 2003)
CFDT
CGT
FO
Sud PTT
4ème partie
- Audition de M Martin VIAL, ancien Président de La Poste (27 mai 2003)
- Audition de M Marc TESSIER, Président de France Télévisions (27 mai 2003)
- Audition de M Dominique STRAUSS-KAHN, ancien ministre de l'économie, des finances et de l'industrie (28 mai 2003)
- Audition de M Louis GALLOIS, Président de la SNCF (3 juin 2003)

- Audition de M Thierry BRETON, Président Directeur Général de France Télécom (4 juin 2003)
- Audition de M Mario MONTI, Commissaire européen chargé de la concurrence (10 juin 2003)
- Audition de M Francis MER, ministre de l'économie, des finances et de l'industrie (11 juin 2003)

- 3 -
# N° 1004
# SYNOPSIS OF HEARINGS

- Hearing of Mr Elie COHEN, director of research at CNRS (February 25, 2003)
- Hearing of Mr Rene BARBER of the GREENHOUSE (March 4, 2003)
- joint Hearing MISTERS Gabriel ROLLER, Yves JEGOUREL, Vincent of the BACHELERIE, Edouard SALUSTRO, Jean-Michel CARPENTER and Guy STIEVENART, auditors of France Telecom (March 18, 2003)
- Hearing of Mr Jean-Louis VINCIGUERRA, old director financial of France Telecom (March 18, 2003)
- joint Hearing MISTERS Jean SIMONIN, Marcel ROULET and François GRAPPOTTE, members of the board of directors of France Telecom (March 25, 2003)
- Hearing of Mr Michel GOOD, former President of France Telecom (March 25, 2003)

**2nd part**
- joint Hearing of Mrs Claire NOURRY, MISTERS Patrick GOUNELLE, Jean-Louis LEBRUN, Guy ISIMAT-MIRIN, Philippe VASSOR and Tinder RAIMI, auditors of EDF (April 1, 2003)
- Hearing of Mr Jean-Michel CHARPIN, President of the committee of audit of EDF (April 1, 2003)
- joint Hearing Mrs Michele ROUSSEAU, commissioner government at EDF, and Jeanne SEYVET, government commissioner at France Telecom (April 8, 2003)
- joint Hearing of Mrs Catherine NEDELEC, MISTERS Alain MARTIN and Jean-Marc MAUCHAUFFEE, employee representatives with the board of directors of EDF (April 8, 2003)
- joint Hearing MISTERS Jean-Pierre JOUYET, director of the Treasury and Nicolas JACHIET, former chief of the service of the financial participations (April 29, 2003)
- Hearing of Mr François AILLERET, former International President of EDF (April 29, 2003)

**3rd part**
- Hearing of Mr Edmond ALPHANDERY, former minister for the economy and finances and former President of EDF (May 6, 2003)
- Hearing of Mr Jean-Paul BAILLY, President of the Post office (May 13, 2003)
- Hearing of Mr Daniel LEBEGUE, old general manager of the Case of the deposits and consignments (May 13, 2003)
- joint Hearing MISTERS François ROUSSELY, President of EDF and CHAUVIN Jacques former director financial of EDF (May 20, 2003)
- Hearing of the principal trade unions and trade-union confederations (May 21, 2003) CFDT CGT FO South postal and telecommunications authorities

**4th part**
- Hearing of Mr Martin VIAL, former President of the Post office (May 27, 2003)
- Hearing of Mr Marc TESSIER, President de France Televisions (May 27, 2003)
- Hearing of Mr Dominique STRAUSS-KAHN, former minister for the economy, finances and industry (May 28, 2003)
- Hearing of Mr GALLOIS Louis, President of the SNCF (June 3, 2003) - Hearing of Mr. BRETON Thierry, Chairman and managing Director of France Telecom (June 4, 2003)
- Hearing of Mr Mario MONTI, European Police chief in charge of competition (June 10, 2003)
- Hearing of Mr Francis MER, Minister for the economy, finances and industry (June 11, 2003)

**Audition conjointe de MM. François ROUSSELY,
Président d'EDF,
et Jacques CHAUVIN,
ancien directeur financier d'EDF**

*(Extrait du procès-verbal de la séance du 20 mai 2003)*

*Mr. Presidency: Philippe DOUSTE-BLAZY, Président*

*MM. François Roussely et Jacques Chauvin sont introduits.*

**Mr. le Président :** La commission, vous le savez messieurs, a déjà tenu plusieurs séances sur la situation d'EDF. Son ancien Président, les commissaires aux comptes, le Président du comité d'audit, la commissaire du gouvernement, les représentants des salariés au conseil d'administration, et l'ancien Président d'EDF International ont été entendus. J'ajoute que nous avons bien évidemment évoqué les relations de l'entreprise avec la tutelle, lors de l'audition du directeur du Trésor.

Je voudrais redire aujourd'hui, M. le Président, qu'il ne s'agit pas pour nous d'instruire un quelconque procès envers un établissement ou ses dirigeants. Mais il nous appartient de connaître avec précision les résultats financiers des entreprises, parce que nous en sommes comptables, comme vous, devant les Français.

Il nous incombe également de réfléchir à des modes de gestion et de contrôle plus efficaces et plus transparents

Or, aux dires de beaucoup, les comptes d'EDF sont difficilement lisibles et l'analyse pour 2002 se révèle particulièrement périlleuse D'une part, les changements comptables - et je vous donne bien volontiers acte du fait qu'ils vous sont imposés - ne facilitent pas les comparaisons avec les années précédentes D'autre part, les résultats affichés intègrent des éléments positifs non récurrents

Cette opacité peut être source d'interrogations, d'incompréhensions et comporte même des risques de désinformation, vous en conviendrez

En outre, je ne peux passer sous silence le fait que, si nous en croyons les représentants du Trésor, le développement international d'EDF s'est parfois réalisé sans l'aval préalable, formel et averti de l'Etat actionnaire

Vous avez à relever le défi considérable de la concurrence et à faire d'EDF une entreprise performante à l'international Mais les problèmes de gouvernance ne peuvent être oubliés

Organisation interne, rapports avec l'autorité de tutelle, tels sont les deux thèmes qui serviront de fil conducteur à notre réunion

*M le Président leur rappelle que les dispositions législatives relatives aux commissions d'enquête leur ont été communiquées A l'invitation du Président, MM Roussely et Chauvin prêtent serment*

Mr. le Président, vous avez la parole Nous aurons l'occasion de poser des questions à M Chauvin par la suite

**Mr. François ROUSSELY** : M le Président, comme votre introduction l'a laissé à penser, quand on s'intéresse à EDF, l'on ne s'intéresse pas seulement à une entreprise, mais à un symbole : celui du monopole qui a réussi, de la France qui gagne

L'entreprise connaît un tournant majeur, puisque dans 408 jours, le 1$^{er}$ juillet 2004, 70 % de son marché seront ouverts. Pour un monopole national, voir la concurrence s'ouvrir et envisager un développement international, pour un électricien devenir énergéticien, c'est une mutation importante qui appelle des conditions de gouvernance sur lesquelles vous avez appelé mon attention

La mutation revêt trois caractéristiques, une mutation géographique, une mutation des métiers et une mutation due au changement des paradigmes économique et financier

La mutation géographique, c'est la constitution d'un marché européen de l'énergie et le défi de l'internationalisation, pour lequel l'entreprise a quelques prédispositions  En effet, depuis 1946, le principe de spécialité, qui limite EDF à la production, au transport et à la distribution de l'électricité en France, la cantonne aux activités citées sur le territoire national ; mais, très tôt, ce même principe lui a permis de développer des activités d'ingénierie à l'international tout en se gardant de diversifications hasardeuses

La deuxième prédisposition résulte de l'existence du parc électronucléaire Sa capacité d'exportation fait qu'entre 15 et 20 % de notre production sont exportés ; ainsi l'électricité at-elle représenté une partie importante de notre balance commerciale jusqu'à en constituer le quatrième poste, certaines années  Ce n'est pas sans paradoxe que l'on relève, bien avant le début de la libéralisation du marché, l'affirmation du caractère européen de l'entreprise Cette évolution s'est accélérée, non pour des raisons de puissance ou de mauvaises raisons, mais tout simplement pour suivre nos clients et pour compenser les pertes de parts de marchés qui résultent nécessairement de l'ouverture à la concurrence

Dès lors que les interconnexions sont insuffisantes pour satisfaire les besoins de nos clients européens, il est important de procéder à des acquisitions, au moment où le marché s'organise – c'est-à-dire dans les années 1998 à 2002 - et au prix dudit marché  Je vous confirme que nous n'avons, en aucun cas, payé davantage que le prix du marché, contrairement à ce que j'ai pu voir ici ou là  Pour comparer avec la stratégie de nos grands concurrents, je note que, sur la période 2000-2002, EON et RWE ont consacré entre 20 et 25 milliards d'euros à des acquisitions, ENEL 11 milliards d'euros et EDF moins de 10 milliards d'euros

La constitution d'une Europe de l'énergie était à l'œuvre et il était essentiel qu'EDF, premier électricien mondial, y participe L'Europe représente 90 % de notre résultat opérationnel et 90 % de notre chiffre d'affaires  Au 1$^{er}$ juillet 2004, plus de 2 500 000 clients pourront librement choisir leur fournisseur d'électricité : tel est le défi commercial de l'ouverture du marché à tous les professionnels. Je rappelle que, pour le moment, la situation est relativement équilibrée : sur l'année 2002, nous avons perdu 25 TWh - incluant bien sûr ce qui va à RTE - et nous avons regagné environ 16 TWh en Europe

La deuxième mutation est celle des métiers. Le double changement qui les affecte résulte d'abord de la convergence entre le gaz et l'électricité ainsi que du développement des offres duales  Tous les grands électriciens offrent parallèlement à leurs clients une offre gazière. C'est ce qui justifie notamment le rapprochement entre EON et Ruhrgas ou entre Distrigaz et Tractebel, respectivement en Allemagne et Belgique  Cela pose la problématique, dans notre pays, de la relation entre EDF et de Gaz de France

La mutation des métiers résulte aussi de l'accroissement de la demande de services de la part des grands groupes industriels. Ils souhaitent trouver chez l'électricien, non pas simplement la fourniture de quelques électrons, mais tout un service de maintenance de génie climatique, de génie thermique. Voilà ce qui justifie qu'avec anciennement Vivendi Environnement, nous ayons constitué un joint venture, Dalkia, aujourd'hui premier opérateur de services européen Cela pose un autre problème, celui du maintien du principe de spécialité dans la concurrence Nous devons pouvoir lutter à armes égales avec nos concurrents, ce qui signifie que ce principe doit évoluer de façon pragmatique, en accord avec les responsables de la filière électrique, qui sont nos partenaires depuis longtemps

La troisième mutation, sur laquelle je m'attarderai un temps plus long, tient au changement des paradigmes économiques et financiers EDF est, en termes économiques - non en termes moraux - un monopole vertueux au sens de Maurice Allais, Pierre Massé et surtout Marcel Boiteux Nous devons à ce dernier la tarification au coût marginal qui offre la vertu essentielle d'introduire dans le monopole les disciplines du marché, avec une conséquence simple, mais exceptionnelle, dans l'histoire de notre pays : EDF n'a reçu aucune subvention de l'Etat depuis maintenant plus de vingt ans Cela a aussi permis de fonder la péréquation tarifaire qui reste un des éléments constitutifs et du service public et de la politique d'aménagement du territoire Cela a encore permis des succès incontestables tout au long de ces années d'accroissement de la production ; ainsi, en 2002, notre chiffre d'affaires a dépassé les 48 milliards d'euros, en croissance de plus de 18 %, avec 46 millions de clients dans plus de 26 pays, en poursuivant bien sûr notre effort de productivité Je ne donnerai que deux chiffres : en 1991, nos effectifs étaient de 119 000 personnes, en 2002, ils sont de 112 000 C'est dire que l'entreprise n'a, à aucun moment, relâché son souci de productivité qui trouve son prolongement dans l'évolution des tarifs Nous avons les tarifs les plus bas d'Europe ; au cours des années 1997 à 2000, ils ont diminué de 14 %, transférant sur nos clients 7,5 milliards d'euros de pouvoir d'achat Mais aujourd'hui ces paradigmes ont totalement changé

L'ouverture du marché, la fin du monopole, « désoptimisent » complètement cette construction parfaite. Tout d'abord, les clients jadis qui supportaient le risque du monopole sont ceux qui font désormais courir à l'entreprise, à tout moment, le risque qu'ils choisissent, d'un « click » de souris, un autre producteur De la même façon, pendant la construction du parc électronucléaire, au motif que nous étions une entreprise publique complètement adossée, nous pouvions nous permettre de supporter une charge de dette de 200 milliards de francs, équivalente à notre chiffre d'affaires, sans que cela affecte le coût de nos ressources Aujourd'hui, tout en conservant notre statut d'entreprise publique, avec la même participation de l'Etat et la même forme juridique d'établissement public, les organismes prêteurs se déterminent en fonction du rapport entre les fonds propres et la dette nette

C'est dire qu'à l'examen de deux grandes périodes d'investissements de l'entreprise - le programme électronucléaire dans la décennie 1970-1980 et le programme d'acquisitions européennes au cours des dernières années - l'on constate deux attitudes totalement différentes Le programme nucléaire a pu être financé par l'emprunt et donc par les clients au travers des éléments tarifaires Aujourd'hui, la situation a changé Nos concurrents s'y sont préparés au cours des années 1990, en augmentant leurs tarifs et en constituant un trésor de guerre et, aujourd'hui, ils financent leur développement en se recentrant sur leurs activités énergétiques Un conglomérat comme Eon est industriel, il se recentre progressivement sur l'énergie et trouve là les moyens de se financer De 1993 à 2002, nous avons distribué à l'Etat 4,5 milliards d'euros, sous forme de prélèvements, rémunération du capital, puis dividendes alors que le résultat net inscrit dans les comptes de l'entreprise est simplement de 3,9 milliards d'euros Alors que nous changions d'univers, passant du monopole à la concurrence, nous avons continué à baisser les tarifs, sans que cette baisse soit nécessairement en rapport avec la baisse des coûts, et à servir des dividendes à l'Etat au moment où nous avions besoin de ressources et au moment où nous avions des obligations

d'achat nouvelles, notamment celles liées à la cogénération voilà quelques années, et, aujourd'hui, aux énergies renouvelables

Notre situation financière réclame que nous soyons attentifs sur la durée - pratiquement une décennie - à deux éléments : la diminution continue de notre excédent brut d'exploitation et le problème de nos fonds propres Je mentionnerai quatre chiffres : 13 milliards de fonds propres, 25 milliards de dettes, 48 milliards de chiffre d'affaires et 145 milliards d'immobilisations Treize milliards de fonds propres et 25 milliards de dettes face à 48 milliards de chiffre d'affaires montrent bien que, dans une industrie lourde comme la nôtre, la question n'est pas de savoir si nous sommes « surendettés », mais de constater que nous sommes plutôt « sous-capitalisés » Cela a toujours été un mal endémique de l'entreprise Nous avons à déterminer une stratégie sévère en matière financière qui suppose une réduction forte de nos achats et le développement de synergies de groupe, le maintien de la masse salariale au niveau où elle est - ce que nous avons fait entre 2001 et 2002 -, une optimisation sérieuse de nos actifs ainsi que la renonciation à certains investissements Ainsi, voilà un peu plus d'un an, nous avons renoncé à un investissement porteur en République Tchèque qui, pourtant, se présentait comme important pour l'Europe de l'énergie

Enfin, je veux rassurer votre commission sur la situation en termes de trésorerie ou de solvabilité Jamais elle n'a été menacée Le taux de couverture de la dette par le *cash flow* est de 36 % ; le taux de couverture des frais financiers par le *cash flow* est de 9,5 %, en amélioration par rapport à l'année précédente Je ne crois pas que ce soit susceptible de nourrir des inquiétudes

Face à ces mutations, quelles furent les règles de gouvernance et les préoccupations rencontrées ? La première porte, bien entendu, sur la conciliation entre le service public et le marché Nous avons organisé une démarche symétrique à celle impulsée par Marcel Boiteux dans les années 1960 A l'intérieur d'une économie de marché, nécessairement « court-termiste », nous avons, dans le secteur de l'énergie, à faire prévaloir une vision de plus long terme déterminée par un certain nombre d'enjeux de société Je crois que nous avons aussi à prendre davantage en compte les problèmes de proximité. Dans un pays où la densité de population est inférieure de moitié à celle de l'ensemble de l'Europe, la proximité est la qualité que tous nos clients plébiscitent - je rappelle que nous sommes l'entreprise préférée des Français, mois après mois, selon tous les baromètres Nous l'avons mesuré dans ces enquêtes et dans le mouvement de solidarité qui unit à la fois nos personnels et nos clients en difficulté, pendant la tempête ou lors des inondations du Gard et des Cévennes Je veux citer enfin la politique suivie à l'égard des plus démunis depuis très longtemps En contrepartie, la qualité de service s'améliore et le délai de coupure a été divisé par sept au cours des vingt dernières années Le temps moyen de coupure est de 51 minutes, ce qui constitue un record absolu en Europe occidentale Je rappelle que nous avons investi dans le développement du service public, au cours des dernières années, 9 milliards d'euros à comparer avec les 12 milliards d'euros consacrés à notre croissance externe. Enfin, il n'y a pas de développement durable sans compatibilité entre la performance économique, la protection de l'environnement et le social Il va de soi que de tels changements ne peuvent se mener sans l'ensemble des personnels Tel est le sens des accords passés dans l'entreprise, aussi bien celui de 1999 sur l'aménagement et la réduction du temps de travail, que ceux sur l'amiante ou l'insertion des handicapés, ou encore le relevé de conclusions en matière de retraites qui sera sans doute examiné à l'Assemblée nationale rapidement

Le deuxième élément de la gouvernance est d'ordre commercial et organisationnel Je ne fais que mentionner l'enjeu commercial Le service public, par essence, c'est la livraison d'un produit unique standardisé à tous et dans les mêmes conditions pour chacun ; le marché, au contraire, appelle la segmentation des offres, la spécification des besoins et la détermination d'offres différenciées L'un des problèmes à traiter sera celui du maintien de la péréquation tarifaire dans une économie de marché La deuxième évolution est, bien sûr, la séparation

entre les commercialisateurs de Gaz de France et d'EDF, et entre le distributeur et le commercialisateur pour respecter la séparation des fonctions C'est l'instauration avec RTE d'une entreprise au grand degré de technicité et à l'indépendance reconnue C'est aussi la mise en place d'un opérateur commun de réseau avec Gaz de France qui regroupera les 65 000 personnes aujourd'hui affectées à la DEGS qui incarne à la fois la proximité, la technicité, la meilleure qualité de service et qui est la réponse à la question de la fusion entre EDF et Gaz de France

Cet enjeu commercial est aussi un enjeu organisationnel Notre organisation en branches et divisions est très décentralisée - pour une raison simple : en économie concurrentielle, plus le marché est ouvert, plus on doit attester d'une capacité de réaction auprès du client avec, dans le même temps, une stratégie à quinze ans , des plans à moyen terme à trois ans et une stratégie de budget annuel fondé sur des revues de performance

Le dernier enjeu est celui de la transparence, de l'ouverture et de l'efficacité managériale Lorsque je suis arrivé à la tête d'EDF, voilà cinq ans, ma feuille de route imposait comme première mission de mettre fin aux dysfonctionnements liés à la dyarchie qui existait entre président et directeur général C'est d'ailleurs ce que la loi de 2000 a pris en compte en mettant fin à cette organisation aussi bien à Gaz de France qu'à EDF

La deuxième mission a été de conforter les relations avec l'Etat en poursuivant la contractualisation, déjà à l'œuvre depuis 1997 Elle a pris forme dans le contrat de groupe entre 2001 et 2003 qui rend explicites, tant les orientations fixées par l'Etat, que les obligations qui pèsent sur l'entreprise, ce qui, bien sûr, ne dispense d'aucune des relations bilatérales directes que nous avons avec les ministres, les directions du Trésor, la direction de l'énergie et des matières premières que nous rencontrons tous les mois, ainsi qu'avec l'ensemble de ceux qui représentent l'Etat, y compris le régulateur

La troisième dimension a consisté à installer un vrai conseil d'administration qui se réunit tous les mois, ainsi qu'une commission d'investissements et des réunions *ad hoc* Depuis 1999, ont été institués un comité d'audit, un comité de la stratégie et un comité d'éthique Le conseil d'administration vote, prend de vraies décisions et l'ensemble de la politique suivie par l'entreprise est déterminé par ces décisions Ce conseil s'est fixé un règlement intérieur et les délégations du conseil au président sont publiées au *Journal Officiel* Entre les réunions d'EDF international, dont vous avez reçu le président, les réunions du conseil d'administration et les réunions informelles, il faut compter environ entre trente à trente-cinq réunions annuelles de l'organe de décision de l'entreprise

Le dernier élément de cet ensemble est l'installation de trois directeurs généraux, l'un pour l'opérationnel, l'autre pour les finances, le troisième pour les ressources humaines et le changement, de façon à conforter l'efficacité des revues de performances, à s'assurer de la continuité de la stratégie et, surtout, à renforcer la responsabilité des directeurs de branches, responsables de l'opérationnel et de la continuité du service

En conclusion, quand on s'intéresse à l'énergie et que l'on a en tête ce qui s'est produit en Californie, à Enron ou à nos collègues de British Energy, l'on mesure la chance que nous avons de posséder en France une entreprise intégrée, à l'échelle européenne, de tout temps centrée sur l'énergie et qui ne s'est pas égarée ailleurs ; un mix énergétique qui compose un élément de notre compétitivité, y compris avec le poids du nucléaire, et qui est porteur de valeurs Je me réjouis que, sous votre responsabilité, la commission contribue à souligner les formidables enjeux et très grands atouts de cette entreprise symbolique

**Mr le Président** : L'exercice 2002 a montré un accroissement inquiétant de l'endettement, porté à 25,8 milliards d'euros, en progression de 16 %, mais également l'augmentation hors

bilan de 11,7 milliards d'euros alors que les fonds propres d'EDF restent limités à 13,8 milliards d'euros, soit 10 % seulement du passif. De quelle façon envisagez-vous de redresser la situation ?

**Mr. François ROUSSELY** : Notre dette a effectivement décru de 100 milliards de francs dans la période qui s'est achevée en 1996-1997. Elle est restée stable, en dessous de 100 milliards de francs et n'a crû que sous le coup de la croissance de nos acquisitions en Europe.

La dette nette est passée, en 2002, de 22 à 25 milliards d'euros, par le simple fait de l'acquisition de Seeboard d'un côté, et de la dette d'EnBW, de l'autre. Les engagements hors bilan sont un élément normal et classique de la gestion d'une entreprise qui répartit ses engagements dans le temps. Ils sont aussi un élément défensif ; lissant notre montée en puissance dans EnBW et Montedison, ces engagements sont destinés à empêcher quiconque, dans cette période, de contrarier notre prise de contrôle qui n'est assurée qu'au terme du processus. J'ajoute que, si ces engagements hors bilan sont mis en œuvre dans les années 2005 à 2007, ils se traduiront par la prise de contrôle majoritaire d'EnBW ou de la totalité d'Edison que nous n'avons, bien sûr, pas vocation à garder ; nous en revendrions 40 ou 50 %.

Donc, en termes de trajectoire financière, celle que nous avons annoncée en publiant les comptes, vise à faire de 2002 un point bas ; en 2005, nous obtiendrons un retour à une pente meilleure par une réduction des achats - dont les éléments chiffrés figurent dans les prévisions financières de chacune des entreprises, le maintien strict de la masse salariale et l'optimisation de notre stratégie d'actifs, c'est-à-dire un certain nombre de désinvestissements.

**Mr. le Président** : EDF détient désormais environ 45 % d'EnBW. Or, le président du directoire d'EnBW, le 9 mai dernier, dans le *Börsen Zeitung*, déclarait qu'une augmentation de capital était absolument nécessaire compte tenu de la situation financière de l'entreprise. Pensez-vous qu'EDF doive ajouter encore aux 4 milliards déjà investis ? Dans quelle perspective de rendement ?

**Mr. François ROUSSELY** : La perspective dans laquelle nous nous situons avec les co-actionnaires, qui détiennent le même pourcentage qu'EDF dans EnBW, à savoir les collectivités locales d'OEW, vise à introduire EnBW en bourse avant la fin 2004. C'est dans cette perspective que s'inscrit la déclaration que vous avez citée. Notre intention, en accord avec le nouveau dirigeant d'EnBW, M. Utz Classen, est de veiller à ce que la situation financière de l'entreprise, d'ici 2004, lui permette cette introduction en bourse et, ainsi, le financement de son développement. EnBW est une très grande entreprise qui elle-même consolide les comptes de plus d'une centaine de sociétés.

**Mr. le Président** : Vous avez employé, dans votre exposé liminaire, le terme de « cogénération ». EDF a signé, il y a quelques mois à Gonfreville, un contrat de cogénération à hauteur de 300 millions d'euros avec Total et d'autres partenaires.

**Mr. François ROUSSELY** : Il y a quelques années. La négociation a commencé en 1997, le contrat ayant été signé en 1998, je crois.

**Mr. le Président** : Les commissaires aux comptes entendus par la commission d'enquête ont reconnu qu'une provision de cent millions d'euros avait été passée. La somme est élevée. Pensez-vous possible de continuer dans ce type de cogénération ? Et si Total ne peut renégocier, n'y at-il pas un risque de perte ; si oui, à combien l'estimez-vous ?

Comme je l'ai souligné en introduction, nous voulons parler de la gouvernance des entreprises publiques - à redéfinir Avant de prendre la décision initiale relative à Gonfreville sur ce type de contrat, avez-vous eu des contacts avec les ministres de tutelle et, si oui, quelles ont été leurs réactions ?

Enfin, il semble qu'un audit interne ait été demandé En avez-vous les résultats ?

**Mr. François ROUSSELY :** Je suis d'une grande tranquillité à l'égard de ce sujet instruit, non par l'entreprise, mais par les ministres, dans les années 1997-1998, parce qu'il s'agissait d'un projet important régionalement et au plan technique Pour un pétrolier, il s'agissait d'utiliser les brais issus du *cracking* pour, dans un système de cogénération, fabriquer tout à la fois de la vapeur et de l'électricité En fonction de deux paramètres que sont le prix du pétrole - par conséquent celui des brais - et le prix de l'électricité, l'équilibre de l'ensemble n'est pas du tout le même

J'ajoute que la pression qui pesait - et pèse toujours - sur les pétroliers est considérable, car s'ils n'utilisent pas ces brais, ils sont obligés de les brûler, ce qui les contraint à de très lourds investissements de protection de l'environnement Dans la Vallée de la Seine, ce problème était crucial

Je n'ai jamais eu à négocier et ce n'est d'ailleurs pas moi qui ait signé ce premier contrat Le contrat, je crois qu'il a été signé par M Pierret La question de l'information de la tutelle ne me semble donc pas se poser

Au fur et à mesure que les années passaient, le prix de l'électricité a baissé alors que le prix des brais augmentait, d'où un effet de ciseau La rentabilité de l'opération est alors apparue à tout le moins problématique La provision que nous avons passée vise simplement à constater l'écart qui résulte aujourd'hui des prix de l'électricité d'un côté, des brais de l'autre, par rapport aux prévisions Nous sommes très clairement en négociation pour reconfigurer ce projet dans son ensemble

J'ai demandé un audit pour approcher au plus près les évolutions de prix Nous sommes en négociation avec Total Nous échangeons sur des données d'une grande simplicité, et nous ne sommes pas en conflit Il s'agit de définir l'évolution prévisible du prix du pétrole et des techniques de cracking comme l'évolution des prix de l'électricité

Nous nous interrogeons pour savoir si, utilisant les résidus du pétrole, nous pourrons fabriquer de l'électricité dans de bonnes conditions Nous le pensions jusqu'à présent Cela nous semble aujourd'hui moins évident Entre 1997 et 2003, les prix relatifs ont considérablement évolué Voilà toute l'économie de Gonfreville

**Mr. le Président :** Avant de vous recevoir, nous avons beaucoup débattu sur les investissements internationaux

Au vu des chiffres, on constate beaucoup de pertes, on remarque que l'on élève considérablement les engagements hors bilan et la dette, donc les risques qui pèsent sur l'entreprise

Comment ces acquisitions ou ces investissements internationaux ont-ils été décidés, sachant que la tutelle, ici entendue, a expliqué qu'elle avait émis un avis négatif sur la quasi-totalité des projets ?

Sur la gouvernance des entreprises publiques, j'aimerais revenir sur un épisode qui me paraît important, tant pour EDF que pour les relations franco-italiennes Les acquisitions d'EDF en Italie ont été faites en deux temps Premier temps : lorsque vous avez souhaité entrer dans le capital de Montedison, il semble que, ni la tutelle, ni le conseil d'administration n'aient été informés, et ont appris la nouvelle par la presse, avec les conséquences diplomatiques qui s'en sont suivies

Arrive le second temps où l'on essaye de rattraper les choses On essaye d'avoir Fiat avec nous et on lui consent des avantages qui me paraissent, personnellement, quelque peu exorbitants J'en citerai deux : l'achat de Fenice à hauteur de 600 millions d'euros. Les commissaires aux comptes ont fait passer une provision pour survaleur de 450 millions d'euros. Pourquoi acquiert-on Fenice à ce prix ? Pour Edison, on semble avoir consenti à Fiat une option de vente à 75 % au-dessus du prix d'achat par Fiat Il y a deux solutions Si l'entreprise marche, Fiat fait d'énormes bénéfices, ce qui est normal ; si l'entreprise ne marche pas, Fiat fait encore des bénéfices, mais cette fois, au détriment d'EDF Que pensez-vous de cette analyse ?

**Mr. François ROUSSELY** : Je ne vois pas un seul cas où les représentants de l'Etat, c'est-à-dire les ministres, n'aient pas approuvé les investissements évoqués Ces investissements n'auraient pu être réalisés si cela n'avait pas été le cas Je puis en citer un nombre considérable. De même, Jacques Chauvin Nous pouvons citer CEZ, de notre propre chef, ou Gerasul au Brésil, pour prendre un exemple ministériel Concernant Gerasul, cinq minutes avant que nous remettions notre offre, le ministre a pensé qu'il ne fallait pas faire cet investissement Nous ne l'avons donc pas fait

Il existe deux cas de figure

Vous faites peut-être référence au fait que les représentants de telle ou telle direction, de tel ou tel service ont pu, au cours de l'instruction, faire part de leurs préoccupations ; pour Edenor, ils ont considéré, début avril 2001, que ce n'était pas le bon moment ou que les clauses n'étaient pas les bonnes Nous avons alors renégocié, introduit des clauses de partage des risques en termes de change, etc En mai 2001, le ministre a donné son autorisation

Il est tout à fait légitime que les fonctionnaires viennent à faire part de leurs positions intermédiaires, mais EDF, en dernière analyse, a mis en œuvre ce qui fut autorisé par des ministres ! Je ne connais pas d'exemple, même dans le cas italien, où nous aurions procédé à un investissement sans l'autorisation du ministre

Comment décide-t-on ? J'ignore comment procédaient mes prédécesseurs et je me garderai bien, à la fois par courtoisie et déontologie, de revenir sur ces aspects En revanche, je puis dire ce que nous faisons depuis 1999, sous des formes différentes

Nous avons saisi le conseil d'administration qui s'est réuni une première fois en juin 2000 sur notre stratégie Le conseil ne l'ayant pas trouvée suffisamment explicite, nous nous sommes réunis en novembre et en décembre 2000 Le conseil d'administration a approuvé la stratégie d'EDF, notamment son développement international, lequel impliquait un développement en Europe et, donc, la liste des pays formant nos cibles prioritaires Dans cette liste de pays, l'Italie figurait explicitement. Le vote et la position de l'entreprise étaient à ce point explicites, que cela a dû apparaître de bon sens à l'Etat et que, dans le contrat de groupe, document par lequel les ministres fixaient à l'entreprise leurs orientations, l'Italie figurait au titre de première priorité. Je rappelle que le contrat de groupe a été signé en mars 2001 Vous y trouverez la mention de l'Italie

Nous avons donc mis en place un processus au titre duquel tous les ans, au mois de janvier, le conseil traite un plan de développement stratégique à quinze ans et le réaligne. Au mois de juin, le conseil examine un processus de plan à moyen terme qui décrit les trois années suivantes La première de ces trois années est, bien sûr, l'année budgétaire, également étudiée dans le cadre du conseil

J'en viens à votre question sur l'Italie Depuis 1999, nous voulions aller dans ce pays, où les prix sont 60 % plus élevés qu'en France Nos exportations représentent 15 % du marché italien. Nous avons une coopération avec Edison dans deux centrales, à Piombino et à Tarente, qui sont, sans doute, les investissements techniques et financiers les plus rentables du groupe. Notre coopération est ancienne et longue avec des clients, notamment dans la région de Brescia, région d'implantation d'aciéristes qui sont des consommateurs d'électricité particulièrement vigilants et rigoureux L'Italie présente donc une grande attractivité

Pour des raisons totalement indépendantes d'EDF et du marché de l'énergie, les actionnaires de Generali, dont Mediobanca, au cours de l'assemblée générale de Generali, ont pensé restructurer leur participation Tout cela, me direz-vous, est très éloigné des préoccupations d'EDF, si ce n'est que Mediobanca et d'autres actionnaires détenaient, dans leur portefeuille, des actions de Montedison Fin avril, des intermédiaires bancaires sont venus nous proposer 2 % de Montedison Le contrat de groupe avait été signé un mois auparavant Nous avions délibéré pendant une année sur nos priorités en Italie Nous n'étions pas dans une privatisation, nous ne nous placions pas dans un processus normé et prévisible. Du jour au lendemain, l'occasion s'est présentée d'acquérir 2 % de Montedison, la société qui détenait Edison, la seule qui nous intéressait

J'ai pris la décision d'acquérir ces 2 % comme un acte conservatoire de toute autre décision, prêt à revendre si quelqu'un me disait que ce n'était pas le bon investissement Nous l'avons achetée au prix du marché, dans des conditions de régularité, par définition, totales Nous avions les moyens, puisque cet achat était prévu dans notre plan stratégique ; au surplus, l'Italie constituait notre première priorité Il est vrai que nous étions au début du mois de mai, cela n'a pas empêché les banquiers de travailler C'est ainsi que nous avons acquis le début de notre participation à Montedison Ce que nous ne pouvions pas imaginer, c'est qu'ayant déclaré cet achat quelques jours plus tard à la Consob, sœur italienne de la COB, le ministre italien s'en serait ému au prétexte que nous étions une entreprise publique - la belle affaire ! Que je sache, le traité de Rome n'interdit pas aux entreprises publiques de prendre des participations

Mr. le Président : Notre question n'est pas là

En dehors d'EDF, nous avons rencontré d'autres responsables d'entreprises Nous nous intéressons au rapport entre le Trésor et un président d'entreprise publique qui achète sans en référer

Une lettre de Laurent Fabius et Christian Pierret précise : « *Par lettre du 16 mai dernier, EDF nous a informés des conditions dans lesquelles l'entreprise souhaite prendre une participation dans le capital du groupe italien Montedison*

*Nous prenons acte de la prise de participation déjà effectuée et de la montée en cours à 20 % Nous déplorons très vivement l'absence de saisine préalable pour un engagement financier aussi important dans le contexte communautaire que vous connaissez* »

Le directeur du Trésor Jean-Pierre Jouyet, sous l'objet « Investissement d'EDF en Italie » a précisé par courrier au ministre : « *Les dirigeants d'EDF viennent de m'informer, cet après-midi, d'une prise de participation d'EDF au capital du groupe italien Montedison Il n'est pas*

*possible de tolérer ces dérives dans les investissements internationaux d'entreprises publiques, alors que nous sommes surveillés de très près sur le marché européen »*

L'idée, c'est que vous avez saisi une opportunité en vous disant qu'il convenait de la saisir

**Mr. François ROUSSELY** : Il suffit de lire le rapport de la cour des comptes qui décrit, jour après jour, cette opération Je n'ai rien à cacher Le ministre me dit que c'est inacceptable ; je lui avais écrit trois jours avant, pour lui indiquer que je n'étais pas particulièrement heureux des conditions dans lesquelles les événements s'étaient déroulés

Je vous ai parlé de la fin avril, du franchissement du seuil de 2 % aux alentours du $1^{er}$ mai Nous avons immédiatement pris rendez-vous et téléphoné au représentant de la direction du Trésor, au chef de service des participations que vous avez entendu, Nicolas Jachiet, alors représentant du Trésor au sein même du conseil d'administration, pour lui dire où nous en étions Nous étions engagés dans une opération boursière ; nous ne savions absolument pas si nous allions récupérer 2 % - EDF compte, dans ses participations financières, 2 % de Pechiney, des titres d'Arcelor et toute une série d'actifs - ou si, au contraire, la dislocation du portefeuille d'actions de Montedison allait être telle que l'ouverture que nous attendions en Italie allait enfin se réaliser Cela s'est passé, jour après jour, au cours d'une opération boursière Aussitôt passé le seuil des 3 %, nous avons prévenu et discuté Les lettres auxquelles vous faites allusion existent bel et bien La question que nous devons nous poser se formule ainsi : dans une opération de bourse, quel type de relations entretenir avec le Trésor ? En l'occurrence , au début du mois de mai, comment saisir l'opportunité ? On peut nous rétorquer qu'il fallait la laisser passer Peut-être Mais personne n'a dit, pas même Jean-Pierre Jouyet lorsque vous l'avez entendu, que c'était là un mauvais investissement ; au contraire, il vous a indiqué que, sur le fond, il s'agissait d'un bon investissement

A l'occasion de la réorganisation du marché italien, constituer le deuxième pôle énergétique de ce pays autour d'Edison et d'EDF relevait du bon sens et l'on peut, sur ce point, interroger tous les consommateurs italiens, qu'ils soient européens ou autres

Je concède que le mécanisme ait pu paraître imparfait aux yeux du ministre, mais toute la procédure préalable avait un sens Il en eût été différemment si nous n'avions pas indiqué que l'Italie nous intéressait ou si les ministres n'avaient pas signé le contrat précisant que l'Italie était la première priorité d'EDF Voilà une occasion qui se présente au prix du marché, dans un pays que nous avions indiqué un mois auparavant comme notre première cible, et ce, dans le cadre de nos moyens, car nous n'avons pas investi hors de nos enveloppes Reconnaissons toutefois que cette première étape n'a pas été formellement satisfaisante

Pour le reste de la procédure, le ministre a souhaité que nous retombions de 23 % à 20 %. Nous avons vendu les 3 %. Dans la suite du processus, la réaction fut imprévue A ce titre, j'ai plus le sentiment d'avoir été la victime que l'auteur de quelque chose On construit l'Europe de l'énergie, nous avons tous des euros dans les poches Et voilà un gouvernement qui déclare que, dans la mesure où nous sommes une entreprise publique et détenteurs de 20 % du capital d'une société, nous n'aurons que 2 % des droits de vote C'était relativement imprévu, en tout cas totalement irrégulier au point que la commission européenne, avec un an de retard - on peut le comprendre - s'en est saisie et ne manquera pas, le moment venu, de saisir la cour de justice sur ces sujets

Que nous restait-il à faire ? Nous étions dans le pays dans lequel nous voulions développer notre activité Il nous appartenait de rechercher les acteurs les plus italiens pour être plus italiens que la moyenne Nous avons retenu le premier industriel du pays, qui est Fiat, et les quatre premières banques italiennes, qui sont devenues nos coactionnaires Fiat n'était pas alors dans la situation industrielle actuelle, mais elle ne souhaitait pas sortir de cash Elle avait

une société de services énergétiques, Fenice, dont nous avions déjà envisagé l'acquisition, à travers notre filiale Dalkia L'une des deux banques estimait à plus de 450 millions d'euros la valeur médiane de cette société Echanger la moitié de notre participation dans Montedison contre l'achat de Fenice ne nous a pas semblé un mauvais calcul Cela at-il engendré un *goodwill* important ? Je sais que c'est l'un des sujets qui vous préoccupe ; c'est assez légitime

On mesure le *goodwill* à la différence entre le prix d'acquisition et la valeur de l'actif net. La valeur de l'actif net dans une société de services, qui plus est interne à Fiat, n'était pas très importante Le *goodwill* est donc important Les plans d'affaires à venir dans ce secteur nous laissent à penser que nous avons acheté au bon prix Toutefois, si les business plan ne sont pas au rendez-vous, il nous appartiendra, le moment venu - et les commissaires aux comptes seront les premiers à nous le dire - de passer les dépréciations et les provisions nécessaires Ce n'est pas le cas dans les comptes 2002 Les commissaires aux comptes ont certifié que la valeur attribuée à Fenice était élevée. J'ajoute que Dalkia est une des sociétés prépondérantes parmi les sociétés de services énergétiques et qu'il nous semblait cohérent, dans l'idée d'occuper une position en Italie, de créer une synergie entre Dalkia et Fenice C'est ainsi que nous avons négocié notre position  Je précise que l'inscription aux comptes d'un engagement hors bilan, lié à ce système de *puts et de calls*, est juste destinée à signifier que les quatre principales banques italiennes n'ont pas vocation à rester indéfiniment les actionnaires d'un groupe énergétique et, qu'à l'horizon 2005, les liens de Fiat avec General Motors se dénoueront Si Fiat sort de l'automobile pour rester dans l'industrie et dans l'électricité, par définition, nos engagements hors bilan ne se matérialiseront pas. Si, en revanche, Fiat reste dans l'automobile, voire, pour améliorer sa situation financière dans l'automobile, envisage de sortir de l'électricité, nous pensons que c'est plutôt à EDF que Fiat doit vendre, plutôt qu'à l'un de nos concurrents Tel est le sens des engagements hors bilan. Nous paierons alors à la valeur du business plan en 2005 et à la mesure du redressement que l'on aura établi dans cette industrie Un délai de deux ou trois ans sépare, en général, la valeur d'acquisition du moment où les synergies majeures peuvent se développer, d'autant qu'il s'agit d'une industrie lourde

**Mr. le Président** : Qu'en est-il de l'option de vente à 75 % au-dessus du prix de vente par Fiat ?

**Mr. François ROUSSELY** : Elle s'explique encore une fois par la perspective de l'évolution du prix de l'électricité sur le marché italien

**Mr. Pierre DUCOUT** M. Alphandéry a rappelé devant notre commission d'enquête l'intérêt indéniable que représentait pour EDF une présence en Amérique du sud depuis dix ans maintenant, mais a fortement critiqué la montée en puissance dans le capital en Argentine avec Edenor dans une période où les risques étaient déjà perceptibles.

Pouvez-vous détailler l'intérêt opérationnel qui s'attachait à cette montée en puissance, l'appréciation, je suppose raisonnée, des risques pris en fonction des critères de l'époque et l'évaluation que vous devez faire de retour sur investissement, dans une période d'éclaircie en Argentine ?

J'ai lu récemment dans la presse une analyse sur les services publics européens mettant en exergue la position un peu difficile de la France, qui est à la fois protectionniste et agressive Dans ce contexte quelque peu négatif, considérez-vous que les difficultés relationnelles avec l'Espagne, liées à la non traversée des Pyrénées par la ligne à très haute tension pour fournir l'électricité à l'Espagne, ont eu ou auront encore un impact financier et politique ?

**M. Jean-Claude SANDRIER** : M. le Président, pensez-vous indispensable qu'EDF investisse en Amérique du Sud ? Une fois ces investissements effectués, pensez-vous, à un moment ou à un autre, vous retirer ? En ce cas, quelles auraient été les conséquences, à la fois pour EDF et pour les pays concernés ?

Le développement et l'amélioration du service public EDF en France – je ne veux me placer que de ce seul point de vue – demande-t-il une course effrénée aux investissements, aux prises de participation, aux acquisitions à l'étranger, dont on sait évidemment le caractère aléatoire ? Par ce type de politique et d'orientation, aurons-nous demain la possibilité de développer un programme électronucléaire à la dimension développée, dans notre pays et aura-t-on, demain, la même vigilance pour son entretien ? Autrement dit, la course aux gains sur les marchés ne risque-t-elle pas de se réaliser au détriment des investissements, de la sécurité et du service rendu à nos concitoyens ? C'est le point essentiel

Enfin, une dernière question sur la gouvernance, de manière un peu abrupte et caricaturale Croyez-vous qu'il faille écarter les syndicats des conseils d'administration, du moins de la gestion directe de l'entreprise ?

**M. Philippe AUBERGER** : M. le Président, quel est le montant des provisions pour démantèlement des installations nucléaires, dans le bilan d'EDF ?

Dans le débat, où vous situez-vous sur la durée de vie des installations nucléaires ? Où en êtes-vous dans vos échanges avec la commission de sûreté nucléaire sur ce point ?

Ces provisions sont-elles immobilisées ou sont-elles liquides ? Dans le premier cas, de quelle façon sont-elles immobilisées ? Des participations étrangères ont-elles été souscrites grâce à ces provisions ?

**Mr. François ROUSSELY** : Jacques Chauvin répondra en partie aux questions de M Auberger

Mr Ducout, deux ou trois décisions sont intervenues en Amérique latine après l'acquisition, en 1992, d'Edenor En mars 1999, Endesa, notre collègue espagnol, a pris le contrôle d'Enersis, une entreprise chilienne qui présentait la caractéristique de détenir l'autre moitié d'Edenor Cette dernière, comme son nom ne vous l'indique peut-être pas, traite la moitié nord de Buenos-Aires. Edesur était détenue par une entreprise chilienne, laquelle est devenue une filiale d'Endesa ; Endesa étant aussi avec nous dans Edenor Le projet du gouvernement argentin consistant en une société pour le nord, une autre pour le sud de Buenos-Aires, se trouve quelque peu mis en échec

Au fur et à mesure – on le voit en mars-avril 1999 – Endesa projette son développement en pensant à Edesur plutôt qu'à Edenor. Notamment, elle crée une société de services. Elle conçoit son développement selon des critères totalement différents des nôtres. Dans le courant du printemps 1999, des aléas climatiques engendrent plusieurs pannes sur le réseau de Buenos-Aires qui nous font entrevoir la nécessité de faire des investissements pour sécuriser les réseaux. Nos amis d'Endesa se disent favorables à la distribution de dividendes non à l'investissement. Nous commençons à voir poindre des conflits dans la gestion d'une entreprise remarquable par ailleurs à tous égards. En 1999, à un moment où la situation de l'Argentine n'était pas du tout celle que l'on connaît aujourd'hui, à un moment où il était inscrit dans la constitution qu'un peso égalait un dollar, les préoccupations d'Endesa étaient d'une toute autre nature que les nôtres. C'est pourquoi nous avons pressenti les difficultés à poursuivre une collaboration. D'ailleurs, certains des observateurs faisaient valoir que les participations minoritaires qu'EDF détenait dans Edenor, Light au Brésil, ou ailleurs, n'étaient

pas viables sur la durée Lorsque l'on arrête des choix d'investissements dans la durée, il est préférable de s'en assurer le contrôle

L'audit que nous avons fait réaliser au printemps 2000 a conforté l'idée que nous devions investir et qu'il fallait fixer des modalités de gouvernance un peu plus sérieuses. Au cours du début de l'année 2000, nous avons donc commencé à négocier avec Endesa, négociations difficiles qui ont abouti à la fin de l'année 2000 - au début 2001. C'est à ce moment-là que la direction du Trésor nous a interrogés sur la bonne tenue de l'accord, demandant s'il prenait en compte les évolutions du « risque pays » Forts de ces observations, nous avons renégocié les conditions par lesquelles nous devions partager le risque de change avec Endesa, à telle enseigne que subsiste un contentieux, puisque notre accord a été conclu à la limite de la date prévue Voilà les conditions dans lesquelles nous avons cherché à progresser dans le capital d'Edenor, pour des raisons qui me paraissent respectueuses des nécessités de la politique d'investissement qu'il y avait à mener, et de la réalité managériale Cette société était quasiment bloquée, puisque son management était partagé Ceux des parlementaires qui ont visité la société à ce moment-là le savent bien

Premièrement, on ne pouvait prévoir l'effondrement total de l'économie Il ne s'agissait pas d'une perte de change ; tout à coup, là où il fallait avoir un peso pour avoir un dollar, il en a fallu 3,4. Nous ne nous situions pas dans les évolutions de change que l'on connaît habituellement au Brésil par exemple, où l'on enregistre des dévaluations de l'ordre de 20 à 30 % Un pays a complètement disparu avec les effets induits, y compris sur nos propres tarifs et sur l'environnement réglementaire qui était le nôtre

Nous en avons tenu compte, mais lorsque nous avons commencé à négocier, en 2000, on ne pouvait faire d'autres prévisions

J'en viens au service public européen et au positionnement des uns et des autres Un stéréotype est souvent repris : « protégés à l'intérieur, agressifs à l'extérieur » Marcel Boiteux utilise une expression très intelligente, selon laquelle tous les autres pays européens ont ouvert le capital de leur entreprise et ont fermé le marché Ils se donnent ainsi l'apparence de la libéralisation !

EDF a procédé à l'inverse en ouvrant son marché, les interconnexions sont complètement libérées, nous avons un régulateur totalement indépendant, un gestionnaire du réseau de transport avec des tarifs arrêtés selon le principe des timbres postes, indépendamment de la distance. C'est dire que notre marché, y compris géographiquement, est complètement ouvert Si nous avons perdu 17 % de clients éligibles, c'est parce que nos concurrents ont eu accès à notre réseau. Mais, au prétexte que le capital d'EDF n'est pas ouvert, on lui intente le procès selon lequel l'entreprise serait frileuse C'est pourquoi je mets en avant les progrès réalisés l'an dernier à partir du sommet de Barcelone, en mars, et du sommet de Bruxelles, en novembre, qui fixe un échéancier : au 1$^{er}$ juillet 2004, 70 % de notre marché sera ouvert ; le reste le sera au 1$^{er}$ juillet 2007 Cela, pour le cadre général

La non réalisation de la jonction Cazaril-Aragon at-elle été préjudiciable à nos relations avec l'Espagne ? Certainement, en tout cas pour l'entreprise qui doit supporter un dédit très élevé Si nous ne réalisons pas l'interconnexion avant 2005, des pénalités extrêmement lourdes pèseront sur l'entreprise C'est pourquoi nous sommes si attachés à trouver une solution de remplacement qui utiliserait le trajet du TGV entre Montpellier et Barcelone. C'est aussi pourquoi nous avons procédé au renforcement du poste de Baixas dans le sud de Montpellier pour passer une ligne à 400 000 volts Cela étant, la réalité m'oblige à dire que les déclarations et les positions des représentants de la région, comme du Conseil général des Pyrénées-orientales, ne me laissent pas totalement optimiste sur la réalisation de cette ligne