Pourquoi aller en Amérique latine ? La décision prise par mes prédécesseurs dans les années 1992 pour l'Argentine, 1996 pour le Brésil, a été fondée sur une raison simple. L'industrie électrique est d'une grande simplicité : elle est directement liée à l'évolution de la démographie et aux besoins de la population. On sait qu'il existe une corrélation mathématique, c'est même l'une des corrélations statistiques les mieux établies, entre l'évolution de la population, l'espérance de vie et la consommation d'électricité. Dans les pays européens, la consommation d'électricité croît de 1,5 à 2 % par an ; en Amérique latine, de 4 à 6 % ; en Chine, de 8 à 12 % par an. Sur le thème des relais de croissance, mes prédécesseurs avaient bien fait d'aller en Amérique latine, d'autant que l'électricité n'est pas un produit comme un autre. Nos réalisations dans les favelas de Rio, dans les quartiers pauvres de Buenos-Aires sont aussi des actions de service public. Le programme Luisi Campo que nous poursuivons au Brésil avec Light est analogue à ce que nous avons réalisé dans les années 1960 en France pour permettre à chacun d'accéder à l'électricité. Les programmes d'alphabétisation, les programmes d'électrification des crèches, de services sociaux, me paraissent s'inscrire dans la droite ligne des valeurs que l'on porte dans cette entreprise depuis un demi-siècle. Devons-nous nous retirer ? Il est bien évident que, si la situation financière devait se dégrader dans l'un de ces pays de façon continue, EDF, même si elle est une entreprise publique, n'a pas vocation à enregistrer des pertes indéfinies qui pèseraient sur le reste de son activité. Ce n'est pas le cas d'Edenor, dont le résultat d'exploitation pour 2002 est positif, mais les charges financières liées aux pertes de change sont négatives. La diminution du chiffre d'affaires est inférieure à 2 %. Le taux d'impayés est inférieur à 2 % à Edenor. C'est l'un des taux d'impayés les plus faibles de toute l'entreprise. La qualité et la continuité du service sont assurées. J'espère que les nouvelles circonstances politiques feront que nous pourrons poursuivre notre activité en Amérique du sud.

S'agissant du programme nucléaire et du développement du service public en France, notre développement international, à plus de 90 % en Europe, ne se fait pas à son détriment. Sur les deux dernières années, il convient d'avoir en tête deux ordres de grandeur : 11,6 milliards d'euros dépensés au titre de notre croissance externe ; 9 milliards d'euros pour le développement du service public en France. L'équilibre est véritable.

Dans les circonstances de compétition et donc de plus grande productivité, la sécurité du parc électronucléaire est-elle mise en danger ? A aucun moment ! Même si nous nous sommes parfois interrogés sur le remplacement préventif de tel ou tel élément en pensant que nous pourrions nous en passer, s'il apparaissait - ce qui s'est parfois produit - que tel projet aurait pu mettre en danger ou simplement ne pas être conforme à l'idée que nous nous faisions de la sécurité et de la sûreté, nous y avons renoncé.

Je n'ai pas eu à connaître de problème de confidentialité avec les organisations syndicales au sein du conseil d'administration. Les deux tiers des administrateurs représentent l'Etat ou sont nommés par l'Etat, un tiers représente les personnels. Ils sont sans doute ceux qui connaissent le mieux l'entreprise et qui sont les plus attachés aux intérêts sociaux de l'entreprise. Je ne rencontre aucun problème à ce titre. Cela étant, le conseil d'administration d'EDF ne connaît pas la même composition syndicale que celui de France Télécom. Peut-être est-ce plus facile pour moi que ce ne l'a été pour les présidents de France Télécom.

**Mr. Jacques CHAUVIN** : Les provisions pour déconstruction des centrales, à fin 2002, ont été comptabilisées à hauteur de 12,4 milliards d'euros.

Je rappelle d'une phrase l'objectif des provisions : permettre de rembourser des emprunts pour dégager des capacités d'emprunts ultérieures et investir dans des actifs, dont la rentabilité doit ménager une liquidité permettant d'honorer nos engagements futurs. Toutefois, se pose un problème de liquidité pour honorer ces engagements. C'est la raison pour laquelle l'entreprise a décidé, avec l'accord de sa tutelle, de constituer des actifs dédiés, liquides

Cette création a fait l'objet d'une étude préalable de stratégie d'allocations d'actifs à long terme, qui a débouché sur une partition d'actifs financiers en actions internationales et obligations internationales Des mandats par lots ont été donnés à des banques, EDF n'ayant pas de savoir-faire particulier dans la gestion des actions Il est bien entendu que cette liquidité évoluera au fur et à mesure que nous nous rapprocherons des échéances de déconstruction Autant, dans un temps relativement éloigné de la déconstruction des centrales, le portefeuille d'actifs dédiés peut comporter des actions, autant se rapprochant des échéances, ce portefeuille aura moins de risques et comprendra essentiellement des obligations, voire des valeurs monétaires

**M. Jacques MASDEU-ARUS** : En juillet 2002, vous avez été auditionné par la commission de la production et des échanges. Vous déclariez, à propos de l'acquisition d'Edenor, n'avoir « *jamais entendu évoquer dans l'entreprise une éventuelle opposition de la direction du Trésor à cette acquisition* ». Tout à l'heure, répondant à une question, il m'a semblé que vous aviez eu quelque information à ce sujet Ici même, M Pierre Jouyet indiquait : « *S'agissant d'Edenor, ma réponse sera extrêmement claire : le Trésor a fait savoir qu'il fallait attendre avant de réaliser cet investissement Je tiens d'ailleurs à la disposition de cette commission mes annotations qui ont été faites sur ce projet Le Trésor a donc fait savoir qu'il fallait attendre que la situation soit stabilisée, mais elle n'a pas été suivie* » Je ne parle pas de l'affaire en Argentine et de ce que vous avez très justement indiqué des investissements réalisés en 1992

En ce qui concerne l'Italie, entendu par la commission des finances au mois de septembre et interrogé sur l'existence d'engagements hors bilan dans ce pays, vous avez refusé d'en reconnaître la réalité Votre réponse, sur ce point, a conduit notre collègue, Yves Deniau, à prendre solennellement acte du fait que vous indiquiez à la commission qu'il n'existait pas d'engagement hors bilan pour ce pays Reprenant ensuite la parole, vous ne l'avez pas démenti Mais aujourd'hui, les comptes 2002 font état d'engagements hors bilan, en Italie, d'un montant de 4 852 millions d'euros

En ce qui concerne l'Allemagne, lors de votre audition en septembre 2002 par la commission des finances, vous aviez refusé de reconnaître l'existence d'un pacte d'actionnaires, établissant une garantie de dividendes au profit d'EnBW, partenaire d'EDF dans EnBW

Les comptes d'EDF pour 2002, rendus publics en mars dernier, font état d'une garantie de dividendes minimum de 100 millions de deutschemarks au profit d'OEW consentis le 26 juillet 2000, qui s'inscrit dans un ensemble d'engagements hors bilan concernant EnBW, d'un montant de 2 918 millions d'euros Sur ces deux seules opérations en Allemagne et en Italie, ce sont donc des engagements hors bilan d'un montant total de 7,77 milliards d'euros, soit 51 milliards de francs

Au sujet de Gonfreville, toujours entendu par la commission de la production et des échanges, vous déclariez : « *Aucun élément ne permet de douter du bon avancement du projet de cogénération à Gonfreville* »

Très peu de mois après, les comptes pour 2002 font apparaître, au titre des provisions pour autres risques, une provision de perte sur un projet de centrale de cogénération L'un de vos commissaires aux comptes, M Lebrun, a précisé à notre commission d'enquête qu'il s'agissait d'une provision de 100 millions d'euros destinée à couvrir la perte prévue sur Gonfreville

Je souhaiterais vous poser trois questions avant de revenir plus en détail sur le développement international d'EDF

Pourquoi n'avez-vous pas répondu à la représentation nationale sur la position ministérielle concernant Edenor et le projet de Gonfreville ? Sans doute, ne nous serions-nous pas interrogés sur le bilan d'EDF

Enfin, nous avons entendu de nombreuses personnalités qui nous ont fait part de leur vive inquiétude sur la situation financière d'EDF Comment ne pas être inquiet, aujourd'hui, au vu de déclarations contradictoires ?

**M. Jean-Pierre BALLIGAND** : Pour faire suite à l'intervention de mon collègue, Masdeu-Arus : selon l'expérience que j'ai des avis du Trésor dans une grande entreprise publique, en l'occurrence à la Caisse des dépôts et consignations, il ressort que je n'ai jamais eu le souvenir d'un avis favorable sur les croissances externes, les paris de développement, ce qui a d'ailleurs valu au Président de notre commission de poser une question à Daniel Lebègue sur l' achat d'une société de gestion d'actifs Le Trésor a toujours eu des avis défavorables Par conséquent, je ne suis pas certain - vous me permettrez d'avoir ce sentiment, n'étant pas de cette administration - qu'il ait toujours une vision de la stratégie industrielle des établissements En revanche, il fait preuve d'une grande prudence C'est le moins que l'on puisse dire, en particulier lorsqu'il s'agit de se positionner au niveau européen C'est là presque une boutade et un témoignage tout à fait personnels

Ma première question portera sur la gouvernance, la seconde sur les problèmes de proximité territoriale pour EDF

Sur la gouvernance, de toute évidence, beaucoup de progrès ont été réalisés à EDF du point de vue de la tenue des conseils d'administration Des comités d'audit, éthique et stratégie ont été constitués. Soyons francs, dans beaucoup d'entreprises publiques, il n'y a pas eu non plus, jusqu'à récemment, une structuration très forte de ces organes

Autant on peut considérer que des progrès sont intervenus ces dernières années - à mettre à votre actif comme à celui de votre prédécesseur direct, M Alphandéry - autant je m'interroge sur ce qu'il convient de faire Il faut que nous réfléchissions à l'avenir des entreprises publiques, quelles que soient nos options Selon vous, que faut-il faire pour assurer une meilleure gouvernance, autour de deux thèmes :

- en interne, dans l'organisation même de l'autocontrôle dans l'entreprise, en particulier entre conseil d'administration et les différentes structures Que pensez-vous de la mise en place de conseils de surveillance avec directoire, qui se traduit par une séparation nette entre management d'un côté, contrôle de l'autre ?

- dans la relation entre l'actionnaire Etat et les entreprises, une initiative a été prise, suite au rapport de M Barbier de La Serre, par le ministre de l'économie Nous aimerions avoir votre point de vue sur la création de cette Agence des participations Permettra-t-elle d'assurer la cohérence de l'Etat actionnaire ? Toutes les personnalités auditionnées ont attesté du besoin d'un chef de file qui exprime le point de vue de l'Etat actionnaire et ont déploré l'éclatement actuel de la représentation étatique

Se pose également le problème de l'autonomie de gestion de l'entreprise publique par rapport à l'Etat actionnaire. Pour les affaires italiennes, par exemple - d'autres personnalités que vous-même nous l'ont confirmé - l'Etat a approuvé les axes de développement. Notre collègue, M. Jean Gaubert, qui ne s'exprimera pas aujourd'hui par déontologie, nous l'a aussi expliqué L'Etat dit « oui » au développement en Europe, « oui » au développement en Italie Dans ce cadre, l'entreprise doit-elle, un mois plus tard, consulter explicitement chaque autorité ou at-elle une vraie autonomie avec une responsabilité du manager ? Nous

souhaiterions connaître votre point de vue, car la commission doit avancer des préconisations si elle veut faire œuvre utile

Sur la relation de proximité territoriale, atout majeur pour EDF, dans un contexte d'exacerbation de la concurrence, qui se poursuivra et qui ira croissant, existe-t-il une capacité de garantir, aux citoyens comme aux collectivités locales, que cette relation, essentielle pour les populations, pour les collectivités comme pour EDF - c'est là son atout - sera sauvegardée dans les années qui viennent ?

**M. Charles de COURSON** : Ma première question a trait à un exemple qui pose un vrai problème en matière de gouvernance. Pouvez-vous nous confirmer que le conseil d'administration d'EDF n'a pas été saisi du protocole transactionnel que vous avez signé en janvier 1999 concernant le départ d'EDF de M. Daurès, directeur général, et au titre duquel EDF lui a versé cinq millions de francs ? Cette situation est-elle normale et aviez-vous obtenu l'accord de vos ministres de tutelle sur ce protocole ? Plus largement, le conseil d'administration d'EDF est-il informé de l'ensemble des éléments de rémunération des cadres dirigeants d'EDF, en particulier à l'époque le Président directeur général et aujourd'hui le Président ainsi que les principaux cadres dirigeants, y compris en matière de prêts, puisque des prêts au logement ont atteint quatre millions de francs pour plusieurs cadres dirigeants ? Ces mesures ont-elles fait l'objet de délibérations du conseil d'administration ?

Ma deuxième question porte sur un sujet, sur lequel je vous ai interrogé en septembre 2002 en commission des finances, qui concerne le provisionnement des risques de propre assureur d'EDF en matière de retraites. En septembre dernier, vous avez déclaré que l'engagement d'EDF à l'égard de ses salariés en matière de retraites, représentait à peu près 41 millions d'euros au regard d'environ 18 milliards de fonds propres d'EDF - 13 ou 18 selon la façon dont on compte. A la question « *Quand allez-vous passer les provisions pour propre assureur ?* », vous aviez répondu : « *Nous ne provisionnerons pas dans les comptes 2002, car nous n'y sommes pas encore juridiquement tenus par la réglementation communautaire, mais l'autre raison, c'est que nous sommes en discussion sur la réforme du régime d'EDF* ». Or, dans le projet de loi gouvernemental sur les retraites qui vient d'être adopté en conseil des ministres, ne figure nulle réforme du régime des IEG. Si cette situation de non réforme devait perdurer encore deux ans, la réglementation communautaire s'appliquerait. Pouvez-vous me confirmer, dans cette hypothèse, que vous provisionnerez la totalité nécessaire au titre de propre assureur et, dans cette hypothèse, que ferez-vous, puisque devraient alors apparaître des fonds propres négatifs de 20, 24 milliards d'euros ?

Ma dernière question touche à un point spécifique relatif aux provisions de déconstruction, de démantèlement, des centrales nucléaires. Elles s'élèvent, avez-vous rappelé, à 12,4 milliards dans vos comptes à fin 2002. Etes-vous favorable, ce qui est obligatoire dans plusieurs Etats, à l'externalisation des provisions pour déconstruction des centrales nucléaires, afin d'éviter que les entreprises électriques utilisent ces provisions pour financer des investissements, notamment de diversification, au moins pour partie ? Selon un tel schéma, si cela tourne mal, les entreprises n'auraient plus les moyens du démantèlement si ce n'est par une nouvelle augmentation tarifaire ou un nouvel endettement.

**M. Xavier de ROUX** : Je reviens sur la position du ministre des finances lorsqu'EDF a souhaité prendre des participations en Italie. Nous avons vu qu'il avait émis des réserves *a posteriori* - puisque, semble-t-il, il n'a pas eu à en connaître avant.

Il semble que ces réserves revêtent un caractère politique. Ne vous semble-t-il pas que le ministre des finances ait craint en réalité une réaction communautaire et se soit interrogé par avance sur la position assez connue de la commission des communautés européennes présupposant le caractère d'une aide de l'Etat, dès lors qu'une entreprise publique réalise une opération d'investissement dans un autre Etat de la Communauté ? N'y a-t-il pas toujours - la

commission est saisie - une crainte portant sur la politique générale d'EDF en matière d'investissement en dehors de ses frontières ?

**Mr. François ROUSSELY** : M Masdeu-Arus, vous avez cité quatre opérations, que je reprendrai paisiblement

Vous avez indiqué que tout le monde savait que la situation en 2001 pour Edenor, était difficile. Lorsque nous avons entrepris nos négociations avec Endesa, nous étions à la mi-1999. La décision a été prise par le ministre d'approuver l'ensemble du processus en avril-mai 2001. Entre-temps, c'est vrai, la négociation a été longue, mais aucun des observateurs interrogés, lorsque nous avons entamé la négociation, ne contestait la nécessité de sortir de la situation ambiguë qui conduisait au blocage de la situation, ni ne pouvait imaginer l'effondrement de l'Argentine

Vous avez rappelé mes propos devant la commission de la production et des échanges, selon lesquels « *je n'avais pas connaissance de* » Vous citez la position tenue par le représentant de la direction du Trésor au conseil d'administration d'EDF International J'ignorais cette position François Ailleret, que vous avez entendu, vous a dit avec quel sens des responsabilités il présidait EDF International La question que vous m'avez posée ce jour-là renvoyait directement au conseil d'administration d'EDF International ; je n'avais pas connaissance de cette position

Le directeur du Trésor nous a écrit, début 2001, qu'il ne pensait pas le moment propice et estimait que les termes de la négociation n'étaient pas les plus appropriés. Nous lui avons répondu que nous pensions améliorer le projet, à la fois dans sa rentabilité et dans le partage des risques de change avec Endesa. C'est sur la base de cette réponse que le ministre nous a donné son autorisation On peut décrire toutes les étapes d'une décision ministérielle sur ces sujets, avec les réserves des uns, les oppositions des autres, indépendamment de ce que M Balligand relevait sur la position générale du Trésor Il n'y a pas contradictions dans mes propos Encore une fois, je ne siège pas et je ne siégeais pas alors au conseil d'administration d'EDF International Les débats qui ont eu lieu ont convaincu tout un chacun, puisque, en définitive, la position du Trésor et du ministère a été de nous donner l'autorisation Je n'éprouve pas de difficultés à ce titre

J'en viens à l'Italie Le jour ou j'ai été auditionné par la commission des finances, nous n'avions pas achevé la mise au point des accords de « *put and call* » Je n'ai pas repris M Deniau qui a déclaré qu'il « *prenait acte de* » Il ne suffit pas de le dire pour me faire dire quelque chose Au moment où je me suis prononcé, je ne pouvais dire autre chose que ce j'ai indiqué sur les engagements hors bilan C'est tellement peu secret que les engagements hors bilan sont certifiés par les commissaires aux comptes et publiés avec nos rapports Ils ne sont pas détaillés pour réserver la confidentialité à l'égard de nos partenaires ; cela pourrait les gêner dans leur stratégie économique et commerciale L'ensemble des engagements hors bilan sont donc à la fois certifiés et publiés Je n'en ai pas parlé le jour de mon audition par la commission, parce que la conclusion des accords de « *put and call* » ou des garanties est arrivée dans les vingt-quatre ou les quarante-huit heures qui ont suivi Reportez-vous aux dates Voilà la seule raison

Encore une fois, pensez-vous que, s'agissant d'engagements hors bilan de plus de 4,5 milliards d'euros au titre de l'Italie, j'allais tenter de cacher quoi que ce soit ? Je n'ai rien à cacher ! Je vous ai dit la façon dont je considérais les engagements hors bilan dans la gestion d'une entreprise

Il en va de même pour l'Allemagne : nous n'avions pas, et nous n'avons jamais, rendu public, à ce moment-là, le pacte d'actionnaires que nous avions avec OEW à la demande, à la fois

de nos co-actionnaires et du Land du Bade Wurtemberg Encore une fois, il n'y a là rien de secret : ces accords sont vérifiés par l'ensemble des commissaires aux comptes

La première fois que nous avons évoqué Gonfreville, nous n'avions pas encore fait réaliser l'audit que j'ai demandé depuis L'évolution des prix respectifs de l'électricité et du pétrole n'était pas celle qui, aujourd'hui, fait apparaître ce projet de plus en plus aléatoire sur le plan de sa rentabilité C'était si vrai et nous avions si peu à cacher, qu'aussitôt que nous l'avons conçu et à partir de l'audit qui en identifie les paramètres Nous avons provisionné, ce qui paraissait une évidence, au prix du moment Voilà les raisons pour lesquelles, sur ces bases, nous négocions aujourd'hui avec Total. Dans aucun de ces registres, au moment où je m'exprimais, je ne pouvais dire autre chose par rapport à la logique de transparence, de rigueur et d'anticipation qui est la nôtre

Mr Balligand m'interroge sur la gouvernance Je lui suis reconnaissant de reconnaître que des progrès - effectivement assez récents - ont été réalisés, puisque le comité d'audit a été créé en 1999 et le comité d'éthique et de la stratégie en 2000

Au sujet du conseil de surveillance et du directoire, je pense que nous avons besoin de plus d'action que de dilution des organes de direction  Toutes les entreprises placées dans des phases de développement, de forte restructuration ou dans des périodes ou le management a besoin d'être resserré, quittent le système de la dualité - conseil de surveillance et directoire - pour revenir à la formule du conseil d'administration  C'est pourquoi je ne suis pas favorable, compte tenu des échéances qui sont devant nous et compte tenu de la taille de l'entreprise et des nécessités liées à son pilotage, à cette dualité, pas plus qu'à celle qui pouvait préexister dans certaines entreprises publiques entre président et directeur général Il me semble qu'il ya là un effet qui est plus dilutif que positif pour la bonne conduite des opérations En revanche, il convient de donner au conseil d'administration et au comité d'entreprise des éléments liés au pilotage de grandes transformations sociales

S'agissant de l'Etat, si je voulais aller très vite, je dirais que l'on fait quasiment un contresens en portant uniquement l'accent sur l'Etat actionnaire Certes, l'Etat doit veiller à la gestion de son patrimoine, mais la participation publique se fait aussi au nom de l'intérêt général ou d'une vision plus longue que seul l'Etat est supposé avoir Dans la reconfiguration de l'entreprise dont on ouvre le capital, il me semble qu'il ya deux représentations. J'ignore si elles peuvent être matérialisées dans la même personne D'une part, quelqu'un veille à l'optimisation des actifs patrimoniaux de l'Etat Tel est le rôle de l'actionnaire, mais un actionnaire privé ferait au moins aussi bien  D'autre part, un rôle est irremplaçable, celui qui fait qu'il est détenteur de l'intérêt collectif, est porteur d'une vision de long terme, laquelle n'est pas nécessairement celle de l'actionnaire qui optimise davantage son portefeuille sur le court terme

S'agissant de l'autonomie de gestion, même si l'exemple italien ne l'a pas montré, je crois beaucoup aux travaux préalables, à tout ce que l'on peut faire pour que, au moment où la décision intervient - et elle doit intervenir dans des délais de plus en plus brefs compte tenu de l'état du marché -, on l'ait rendue possible par l'information complète de toutes les parties prenantes sur les investissements dans tel pays ; il suffit alors d'ajuster les derniers paramètres de l'opération

Avoir un chef de file est une bonne idée Elle est récurrente ; le thème de l'unité de l'Etat est aussi vieux que l'Etat lui-même et s'incarne sous des formes diverses Vouloir qu'il s'exprime d'une seule façon est une idée qui me va droit au cœur, comme à tous ceux qui ont à travailler avec l'Etat Pour livrer le fond de ma pensée, c'est aussi récurrent que l'organisation de l'Etat

L'aménagement du territoire et la proximité sont deux éléments fondamentaux de l'organisation de nos services publics par rapport aux services publics européens On nous oppose des *benchmarks* savants pour savoir si nous ne pourrions pas réaliser des gains de productivité en termes de distribution entre les Pays-Bas ou les régions les plus urbaines de l'Allemagne et la France J'ai le regret de dire qu'EDF a été créée pour garantir à chacun la même qualité de service Si nous voulons garantir le même délai de coupure dans tel ou tel département rural et rue de l'Université, cela suppose des personnels au sol Nous avons un rapport charnel, physique, avec le territoire par les ouvrages que l'on y installe, au point d'ailleurs que les défenseurs de l'environnement s'en émeuvent de temps en temps Il me semble que le rapport au territoire et aux élus est un élément consubstantiel de la qualité du service public Par conséquent, je souhaite - c'est ce vers quoi nous nous orientons avec Pierre Gadonneix dans le cadre de la réforme conjointe d'EDF et de Gaz de France - que nous conservions, en quelque sorte, l'aspiration à la fusion entre EDF et Gaz de France. On peut l'avoir d'un point de vue d'économiste vers l' *upstream*, vers l'accès à la molécule de gaz ; on peut l'avoir d'un point de vue plus concret vers le *down-stream*, le service au plus près de nos clients Cet élément qui s'incarne dans la mixité, dans la DEGS - il existe 65 000 acteurs de cette proximité -, je suggère qu'on le fasse vivre, que cela aille de pair avec une forme de régionalisation de la distribution de l'électricité, ce qui était prévu en 1946 mais n'a pas été mis en œuvre Il n'est sans doute pas trop tard pour se demander si, à l'heure où ces grandes entreprises sont européennes, elles ne doivent pas être plus enracinées dans le territoire avec une forme de régionalisation qui garantirait ces principes de proximité

Mr de Courson m'interroge sur le rapport de la cour des comptes. J'ai compris que d'aucuns ici s'étaient émus qu'il n'ait pas été publié Je réponds au passage à une question qui ne m'est pas posée qu'il ne m'appartient pas de publier ou de ne pas publier les rapports que la cour des comptes consacre à un certain nombre de dépenses de l'entreprise

La situation de l'entreprise a connu un épisode singulier à la mi-1998. Je suis bien obligé de le rappeler, puisque c'est vous-même qui évoquez la situation de Pierre Daurès Le conseil d'administration et le gouvernement ont été conduits à mettre fin doublement aux fonctions du président et du directeur général Mettre fin aux fonctions de président est sans nul doute extrêmement triste pour les présidents en général - je compatis par avance ! Mettre fin aux fonctions d'une personne qui est agent statutaire est encore plus original Pierre Daurès, puisque son nom a été cité, ce que je ne souhaitais pas faire, a été directeur général de l'entreprise, qui ne fait pas de différence entre le grade et l'emploi Il était donc un agent statutaire en même temps que directeur général d'EDF, dans une position statutaire jusqu'à sa limite d'âge normale

Pendant plusieurs mois, nous avons vécu en bonne intelligence Je n'étais pour rien dans le départ de Pierre Daurès ; lui-même ne m'imputait aucune responsabilité dans la situation qui lui était faite. Que chacun essaye d'imaginer la situation d'une personne qui a été directeur général d'EDF, qui n'y est plus au terme d'un processus assez douloureux pour toute l'entreprise et qui est en quelque sorte condamné à être là Je ne pouvais rien lui proposer d'autre qui soit à la mesure des responsabilités imminentes qu'il avait exercées dans les meilleures conditions. Au bout de quelques mois, après avoir épuisé le lot habituel des missions à l'étranger toutes choses très utiles qu'il a accomplies avec grande diligence et grande efficacité nous avons convenu ensemble qu'il fallait envisager quelque chose qui n'est pas imaginable dans les règles de la fonction publique dans lesquelles est enchâssée EDF puisque les personnels y sont sous statut. Autrement dit, il convenait de mettre fin à la situation qu'il vivait. Il fallait que l'entreprise l'aide, comme d'autres cadres dans la même situation, à trouver un autre emploi comme n'importe quel cadre qui crée une entreprise, ce qu'il a fait de lui-même. Il nous appartenait de trouver des dispositions financières N'étant plus directeur général, il ne bénéficiait plus des avantages qui s'attachaient statutairement à cette situation Ce que j'ai fait, je l'ai fait en conscience La cour des comptes s'en est fortement émue estimant que, du point de vue de la fonction publique, j'avais outrepassé les

règles J'assume totalement mon acte. Nous étions dans une impasse, une impasse humaine, une impasse financière, une impasse juridique. Voilà un cadre statutaire et nous aurions dû le garder jusqu'aux 65 ans de Pierre Daurès ! Etait-ce souhaitable pour lui, et accessoirement, pour l'entreprise ?

Il me semble que nous avons trouvé un terrain d'accord, qui relève du management et de ma responsabilité Bien entendu, le chef de la mission de contrôle économique et financier près de l'entreprise en a été tenu informé Je n'ai pas saisi le conseil et n'ai pas estimé nécessaire de le saisir de cette situation qui, de surcroît, était humainement douloureuse et désagréable pour Pierre Daurès. Elle ne l'était pas pour moi qui arrivais En outre, je n'étais lié à aucun des protagonistes Mais concevez-vous d'exposer ce type de situation devant un conseil d'administration qui avait été traumatisé pendant des mois, pour ne pas dire des années, par les dysfonctionnements à la tête de l'entreprise ? J'ai donc fait, en conscience, ce que je croyais devoir faire J'en ai rendu compte à la cour des comptes et au ministre des finances

La situation des cadres dirigeants est statutaire. Bien avant mon arrivée prévalait une politique qui ne trouvait sans doute pas d'éléments incitateurs ou incitatifs assez significatifs pour les cadres dirigeants de l'entreprise. Il avait alors été envisagé de leur accorder des prêts d'accession à la propriété. La cour des comptes, dans l'un de ses rapports, a dénoncé ce système qu'elle a jugé d'une grande inégalité. L'idée n'était sans doute pas fausse. De fait, il paraissait injuste, coûteux, fonctionnant de façon peu satisfaisante. J'y ai mis fin, c'est ma seule responsabilité. Bien entendu, je n'en bénéficiais pas. Nous avons essayé d'y mettre fin dans de bonnes conditions pour que personne ne se sente lésé, puisque cette décision avait été créatrice de droits à l'égard des personnels qui en avaient bénéficié.

Avec le DRH, nous avons réinstallé une politique explicite de rémunérations que nous avons essayé de rapprocher, avec des différences inévitables, de celle du secteur privé pour des cadres homologues supportant le même type de responsabilités et de risques, en mettant en place une politique du logement différente, une politique d'incitation et une politique de bonus plus explicite. C'est un sujet difficile Voilà ce que nous avons fait à ce titre

S'agissant du provisionnement pour les retraites, je comprends que ce n'est pas dans le projet de loi lié à la réforme des droits des retraites que devraient se trouver les dispositions législatives relatives aux réformes du financement des industries électriques et gazières Ces dispositions devraient, mais je m'avance sur un terrain qui est celui du gouvernement, plutôt être rattachées au projet de loi portant modification du statut de l'entreprise, et peut-être en même temps à la transposition législative de la deuxième directive Nous avons distingué les problèmes de financement des droits passés de la réforme des droits J'entends par réforme des droits : les problèmes de financement de la durée des cotisations ou le niveau du revenu de remplacement qui ne seraient traités que lorsque les régimes spéciaux seraient évoqués Nous sommes aujourd'hui en discussion

Le problème que vous posez aujourd'hui est bien sûr celui des droits passés Il comporte deux aspects : les droits passés avec la garantie de l'Etat C'est ce qui figure dans le relevé de conclusions que nous avons signé avec trois organisations syndicales et que met en œuvre le gouvernement Les modalités selon lesquelles cette garantie de l'Etat pourrait s'exercer sont actuellement en discussion à Bruxelles Nous attendons aujourd'hui son feu vert pour connaître les conditions précises dans lesquelles la garantie de l'Etat pourra être accordée pour les droits passés, notamment les droits passés spécifiques

Les droits passés-droits communs font partie de la négociation que nous avons avec l'AGIRC et l'ARRCO au titre du régime complémentaire et la caisse nationale d'assurance vieillesse pour le régime de base Ces deux négociations sont actuellement en cours, sous l'égide du ministère de l'économie, des finances et de l'industrie, depuis maintenant deux ou trois mois

Quant à l'aspect bruxellois, ce n'est qu'une fois ces éléments stabilisés qu'on pourra voir, dans la partie législative qui devra vous être soumise, les dispositions précises qui seront à inclure C'est dire qu'en tout état de cause, le montant que vous avez rappelé ne devrait pas figurer sous cette forme, puisque, d'un côté, on devrait sans doute avoir une forme de soulte avec les régimes de solidarité interprofessionnelle Par ailleurs, on devrait avoir des mécanismes de financement propres sur les régimes passés

Sur des provisions pour déconstruction, je ne suis pas favorable à l'externalisation au sens ou le Parlement européen évoque ces questions, pour plusieurs raisons Premièrement, je pense que la responsabilité de la déconstruction incombe à ceux qui exploitent Donner le sentiment que notre seul travail consiste à exploiter et que les modalités de déconstruction, comme leur financement, reviennent à quelqu'un d'autre, n'est pas conforme à l'idée de responsabilité que nous poursuivons tout au long de l' exploitation

Deuxièmement, on confond à la fois le provisionnement et les actifs qui en sont la contrepartie On doit garantir le respect des normes de l'AIEA, les règles techniques par lesquelles on détermine le montant vraisemblable, nécessaire à la déconstruction des installations, sachant que, pour l'heure on en a peu d'expérience : sont en déconstruction la centrale nucléaire de Brennilis ou la génération UNGG précédente, mais nous sommes dans tous les standards européens La cour des comptes a constaté que nous nous situions plutôt dans le haut de gamme de la provision

Par ailleurs, on doit garantir que, le moment venu, c'est-à-dire à tout le moins dans la dizaine d'années qui suit la fin de l'exploitation, quelque cinquante années après le début de l'exploitation, les sommes soient liquides et disponibles, par conséquent que les placements aient répondu aux critères que Jacques Chauvin évoquait

Elément, sans doute de loin le plus important : il faut une forme de cantonnement juridique - la faillite de British Energy est, de ce point de vue, instructive - ce que les créanciers de l'entreprise pourraient du reste exiger

On peut garantir ces trois éléments à l'intérieur de l'entreprise : le respect des normes techniques, les préoccupations de bon équilibre des placements qui doivent se liquidifier au fur et à mesure que l'on approche de la période de déconstruction, le cantonnement juridique et les règles de toute nature Les uns évoquent des trustees, les autres, d'autres normes juridiques, mais il est possible de trouver les moyens de répondre à ces préoccupations, d'autant plus légitimes que l'on voit, ici ou là, que la situation se pose, notamment avec le cas de Bristish Energy

Mr. de Roux, je ne crois pas que la réaction du ministre de l'économie et des finances dans l'affaire italienne ait été liée à une réaction communautaire A ce moment-là, personne n'anticipait le fait que le gouvernement italien, comme quasiment dans le même temps le gouvernement espagnol, qui a pris une décision analogue, allait réagir de cette façon tant la décision est grossièrement illégale, irrégulière et contraire au droit européen

Chacun de nos mouvements est-il entaché d'une aide d'Etat ? Plus du tout Si l'on se réfère à la procédure « aide d'Etat » qui a été introduite, on constate qu'elle porte sur une opération financière réalisée en 1985, dont la commission, aujourd'hui, se demande si on ne va pas l 'abandonner Le fait que l'entreprise soit un établissement public et que la totalité de notre capital soit détenue par l'Etat, n'est plus en lui-même vécu comme une aide d'Etat D'ailleurs, les agences de notation ne s'y trompent pas, qui nous notent comme n'importe quelle entreprise privée, en fonction du rapport entre les fonds propres et notre niveau de dettes On l'a vu dans le passé : on peut très bien être dégradé selon les investissements réalisés Je ne

crois nullement que cette réaction ait revêtu cette forme Il y avait la procédure et le fait que cela ait créé un peu trop de remue-ménage européen

**Mr. Robert PANDRAUD** : Avez-vous investi en Chine ? Avez-vous eu des contentieux avec Alsthom ?

**Mr. François ROUSSELY** : Nous les avons réglés Nous sommes présents en Chine depuis 1984, puisque les collaborateurs d'EDF ont été les premiers directeurs techniques de Daya Bay dans l'installation de la première centrale nucléaire chinoise dans la province de Guangdong, dans le sud de la Chine, qui alimente Hong Kong Avec Alsthom, nous avons construit le premier BOT, *build, operate and transfer*, dans la province de Guangxi à Laibin en Chine, que nous exploitons pour une quinzaine d'années

Nous avons rencontré, ici ou là, quelques difficultés techniques sur la mise au point et l'adéquation entre les installations techniques fournies par Alsthom et la qualité du charbon chinois, la question étant de savoir qui, du matériel d'Alsthom ou du charbon chinois, devait s'adapter. On a fini par aboutir. La centrale marche bien Avec Pierre Bilger, nous avons réglé les opérations industrielles et financières qui pouvaient intervenir à ce titre

**Mr. Robert PANDRAUD** : Dans la crise que traverse Alsthom, certaines organisations vous considèrent en partie responsable Une usine Alsthom est implantée dans mon département ; dans le tohu-bohu social actuel, c'est un argument qui a été utilisé avec quelques détails C'est pourquoi je suis au courant

**Mr. François ROUSSELY** : A ce titre, je ne dirai rien Les opérations industrielles sont suffisamment compliquées pour ne pas en rajouter !

Les uns et les autres avons poussé au maximum nos efforts pour que nos amis Chinois, qui sont des clients difficiles et redoutables, n'aient pas une mauvaise impression de l'industrie française La vraie question sera à poser à Pierre Bilger Je suis prêt à revenir avec lui, devant vous, pour expliquer ce que nous avons fait ensemble à Laibin en Chine

**Mme Nathalie GAUTIER** : Quelles sont les mesures que l'entreprise envisage de prendre afin d'affronter l'ouverture de 70 % du marché à la concurrence et ce, à partir du 1$^{er}$ juillet 2004 ? Comment comptez-vous assurer à EDF le fait d'être toujours l'entreprise préférée des Français ?

**Mr. Claude BARTOLONE** : Avec le recul, que pensez-vous de l'ouverture à la concurrence des marchés de l'énergie ?

Nous avons reçu l'un de vos homologues des télécommunications qui nous a présenté le scénario *Apocalypse now* si France Telecom ne s'était pas développée à l'international une fois l'ouverture des marchés acceptée Que serait-il devenu d'EDF si elle était demeurée une entreprise purement nationale ?

Croyez-vous que les statuts actuels de votre entreprise soient adaptés à cette nouvelle dimension internationale ?

Que faites-vous dans le tour de table de Vivendi Environnement ?

**Mr. le Président** : Je me disais que vous alliez bien finir par la poser ! *(Rires)*

Mr Roussely, ne voyez pas une attaque dans ma dernière question

Que pensez-vous, sur le plan éthique, de la situation d'une personne entrée dans le management en 2001 aujourd'hui n° 2, engagée à l'époque comme directeur de la stratégie, qui a sous-traité une partie de sa mission à son précédent employeur, le cabinet AT Kearney pour un montant de contrat qui atteignait 15 millions d'euros ? Dans la même veine, un autre directeur des systèmes d'information d'EDF, ancien d'AT Kearney, vient semble-t-il, de conclure un contrat de 13 millions d'euros avec ce même cabinet. L'habitude, c'est vrai pour le privé comme pour le public, consiste, lorsque l'on embauche un cadre venant du privé, à ne pas faire appel au cabinet qui l'employait. Pouvez-vous répondre sur ce point spécifique et nous livrer votre avis sur la question sur un plan général ?

**Mr. François ROUSSELY** : Mme Gautier, comment faire face à cet élément bouleversant de l'ouverture à 70 % de notre marché ? Nous sommes aujourd'hui à 37 %. On pourrait se dire que nous avons déjà fait un pas : 3 500 clients sont éligibles, qui deviendront demain 2,5 millions.

A partir de demain, pendant plusieurs mois, à raison d'une à deux réunions par semaine, nous lançons une opération totalement originale, consistant à faire rencontrer 30 000 agents d'EDF avec plus de 5 000 de nos clients, dans le cadre de réunions régionales totalement ouvertes, où nous demanderons à nos clients, parfois des élus, ce qu'ils attendent de nous et quels seront les critères qui détermineront demain leur choix face aux professionnels. Nous sommes, dit-on, l'entreprise préférée des Français. Eh bien, démontrons-le et allons à la rencontre des clients ! Dans cette période en évolution, mettons-nous à nu devant eux en les interrogeant sur leurs attentes et en exposant les ambitions de l'entreprise. Cela s'accompagne de considérables efforts de formation pour que l'ensemble des forces commerciales qui, auparavant, traitaient sur un mode massif ces professionnels, leur délivrent demain des services, selon un marketing un peu segmenté, pour que chaque catégorie de clients reçoive une offre adaptée.

Ce que nous avons appliqué avec succès pendant cinquante ans à l'égard des très grands clients industriels, c'est-à-dire l'attention portée à la courbe de charge, aux spécifications électriques de chaque client, nous pensons pouvoir l'adapter à ces clients professionnels, qui sont bien sûr beaucoup plus nombreux, en leur présentant à la fois notre compétence technique et les moyens de servir l'électricité la plus adaptée à leurs besoins. Cela fera de nous leur fournisseur, nous l'espérons, toujours « préféré » ! Mais ce n'est pas le tout de dire que nous sommes bons, démontrons-le ! Nous avons 408 jours pour être prêts le 1$^{er}$ juillet 2004. J'ai bon espoir. La mobilisation de l'ensemble de l'entreprise est là pour me prouver que tout le monde prend cette échéance au sérieux.

Mr Bartolone m'a posé des questions bien indiscrètes ! Qu'est-ce que je pense de la libération du secteur de l'énergie ? Comme l'entreprise l'a indiqué à plusieurs reprises - Marcel Boiteux l'écrit depuis longtemps - on se tromperait si l'on considérait que l'électricité était le même produit que les télécommunications, que le transport aérien ou La Poste qui sont des produits libéralisés. L'électricité est un produit qui ne se stocke pas et qui est complètement social. Manquer d'électricité, c'est ne plus avoir d'adduction d'eau, ne plus produire de froid pour conserver les médicaments, ne plus avoir de lumière pour faire l'école ou des opérations d'alphabétisation ; dans les pays du Tiers monde, l'absence d'électricité revient à moins d'assainissement, moins de sécurité dans les villes.

C'est un élément central, d'autant plus original dans le monde dans lequel nous vivons qu'il se déroule dans le temps. On met des années à décider un investissement dans le secteur énergétique. On met bien une dizaine d'années à prendre la décision de faire une centrale nucléaire et un peu moins d'une dizaine d'années à la réaliser. Cette infrastructure durera au bas mot quarante à cinquante ans et sa déconstruction prendra elle-même presque un demi-siècle. Quant à la durée de vie d'un barrage hydraulique, elle est d'un siècle. C'est dire que nous sommes face à des objets que l'on ne peut optimiser par le marché de façon

instantanée La libéralisation, telle qu'elle a lieu en Grande-Bretagne, de façon moins parfaite en Californie, n'a pu donner le sentiment qu'elle répondait parfaitement à son objet, parce que l'on se situait dans un moment de l' histoire de la Grande-Bretagne où tous les investissements avaient été faits et où l'adéquation entre l'offre et la demande pouvait être assurée dans des conditions à peu près satisfaisantes En Californie, quand soudainement, sous-estimant les besoins générés par Silicone Valley, on a appliqué les mêmes règles, on a vu à quel point ce système ne fonctionnait pas et combien on mettait en faillite deux ou trois des plus grandes entreprises des Etats- Unis qui ont disparu purement et simplement. Pour autant, je ne dis pas que, seul, le modèle de 1946 est de nature à permettre la satisfaction de nos besoins Non, au contraire, j'ai conclu en déclarant que c'était une grande chance d'avoir une entreprise comme EDF, peut-être de façon un peu immodeste, mais je pense que cette entreprise le mérite, parce que nous avons à trouver un modèle qui ne soit, ni le tout Etat, ni le modèle tout marché Nous avons à trouver un point d'équilibre ; London Electricity, par exemple, est plus dynamique dans la satisfaction de besoins instantanés ; nous, en revanche, sommes certainement meilleurs sur la technique Nos standards de qualité sont meilleurs. London Electricity est sans doute plus imaginative sur les offres de produits et services Il nous appartient donc de trouver un équilibre Au moment où des Etats, aux Etats-Unis, reviennent en arrière, il faut savoir qu'il ya moins de dix Etats qui appliquent la libéralisation totale du secteur de l'énergie Un certain nombre s'interrogent en étant assez empiriques

Il est bon que la réflexion que nourrit la commission aide à prendre conscience que la voie n'est pas simplement la reproduction de ce qui a été fait en Californie ou en Grande-Bretagne, il convient de trouver une voie originale A ce titre, il me semble que notre entreprise n'est pas la plus mal placée pour aider à la tracer

Que se serait-il passé en l'absence d'ouverture de marché ? Compte tenu de l'échelonnement dans le temps, instantanément rien Si nous ne poursuivions pas jusqu'au 1$^{er}$ juillet 2004, le lendemain, il ne se passerait rien Mais avant la décennie, nous serions devenus une grosse PME régionale Vous pouvez choisir l'immobilisme quand vous êtes en monopole C'est très triste pour les clients, pour les managers qui n'emploient plus leur intelligence à cela, mais il ne se passe rien Dès lors que le marché est ouvert, par définition, qui n'avance pas recule Aujourd'hui, nous avons perdu des clients en France, mais aussi en Europe, parce que tel fournisseur allemand était plus diligent que nous auprès de telle entreprise Il a alors pris le marché sur l'ensemble de l'Europe, y compris la France. Croire qu'il suffirait de ne rien faire pour être protégé serait, encore une fois, une vision totalement fausse, d'autant plus et d'une certaine façon paradoxale et injuste, que cette entreprise est la plus européenne des entreprises du secteur de l 'électricité Nous donnons l'impression d'être réticents à la libéralisation, mais nous inondons de nos 15 % d'électricité nucléaire l'ensemble de l'Europe depuis dix ou quinze ans Nous pouvons donc souffrir un instant que le reste de l'Europe puisse également produire et exporter de l'électricité Une telle ouverture est indispensable Elle doit être maîtrisée, mesurée, avec un contenu, encore une fois social ou sociétal. Le statut de l'entreprise y aide-t-il ? Nous sommes arrivés au bout de ce que nous savons faire dans un établissement public, moins par la forme juridique que par le signal qu'il donne, par le fait qu'il offre moins de souplesse que d'autres formes d'organisation et parce que, structurellement, il ne nous aide pas à résoudre nos problèmes de fonds propres

Ce qui était une évidence rare en 1946, à savoir que seul l'Etat était à même de financer le redressement de notre pays et les investissements nécessaires à la croissance comme à la satisfaction de la demande d'électricité, ne l'est plus aujourd 'hui J'hasarderai même l'idée que nous sommes aujourd'hui dans la situation inverse. L'allocation optimale des recettes fiscales ne passe pas nécessairement par la recapitalisation d'EDF - ce que l'Etat n'a pas fait depuis vingt ans Si tel devait être le cas, oublions tout le reste ; je ne parle plus d'ouverture de capital Si on pense, au contraire, que ce n'est pas la situation la plus probable, il convient dès lors de se demander : quelle responsabilité at-on à l'égard d'une entreprise qui a été aussi prospère pendant cinquante ans et qu 'on laisserait, par défaut d'attention, péricliter

lentement ? On ne s'en apercevrait pas tout de suite, mais je vous le garantis, on le verrait dans dix ans

Que fait-on dans Vivendi Environnement, rebaptisé Veolia Environnement ? Avec Henri Proglio, nous avons créé un joint venture au nom de Dalkia, qui travaille dans le secteur des services énergétiques Nous avons et nous sommes également partenaires, dans Vivendi Environnement, de toute une série d'opérations que l'on appelle « city management » Comment aider les grandes villes ? On le voit à Shanghai pour l'exposition universelle de 2010, on le voit à Pékin pour les Jeux Olympiques de 2008 : ces villes attendent du transport propre, de l'énergie, de la propreté, toute une série d'actions où Dalkia, Vivendi Environnement et EDF peuvent être en synergie. Voilà pour le cadre général. A partir de là, Vivendi Environnement a connu de graves difficultés ; son actionnaire principal l'a abandonné, dans des conditions qui pouvaient la mettre en difficulté, y compris par rapport à la stabilité de son actionnariat s'agissant d'une entreprise qui assure une desserte en eau dans plus d'un tiers des communes de France

Il m'a semblé naturel de manifester de la solidarité actionnariale à l'égard de Vivendi Environnement, *a fortiori* dans une situation difficile Lorsque nous possédions des titres de Péchiney ou d'une autre entreprise, personne ne s'est interrogé pour savoir si nous allions d'un coup fabriquer de l'aluminium ou de l'acier parce que nous siégions au conseil d'administration de M Francis Mer Il en va de même avec Vivendi Environnement Il n'y a là aucun mystère Et avoir 3 % de Vivendi Environnement ne m'a pas choqué

Mr le Président, à aucun moment, vous ne pouvez imaginer qu'un quelconque des collaborateurs que j'ai personnellement recruté prête le flan à la critique implicite ou au risque implicite que vous décrivez J'ai étudié personnellement la situation que vous évoquez

Dans le total des marchés des sociétés de conseil qui travaillent pour EDF, on peut calculer le poids relatif, au cours des dernières années, de AT Kearney comparé à celui d'une série d'autres organismes de conseil. Vous évoquez le directeur de la stratégie, vous omettez d'indiquer qu'il a passé deux ou trois mois chez AT Kearney Il a commencé sa carrière au CNRS, la poursuivie au service de recherches de Thomson, ensuite en qualité de directeur de la stratégie de Valeo, qu'il a quitté Entre Valeo et EDF, il a passé quelques mois chez AT Kearney Je ne considère pas que j'ai recruté un salarié d'AT Kearney et je lui fais à ce point confiance comme à l'ensemble des cadres et des personnels d'EDF que je n'imagine pas une seule seconde qu'il y ait eu quelque chose d'irrégulier à ce titre

**Mr. le Président** : Je n'ai pas dit cela !

**Mr. François ROUSSELY** : Mais je veux complètement vous rassurer ! Je ne crois pas être dans une entreprise qui se prête à ce jeu-là ; je ne m'y prête pas personnellement J'ai créé une direction de l'audit au sein d'EDF Je suis plutôt de ceux qui font des revues d'audit plus fréquentes que d'autres Je veux donc vous donner toutes assurances Lorsque nous avons cherché un directeur des systèmes d'information, nous avons eu grand mal à trouver quelqu'un de meilleur que lui Il est arrivé là au terme d'un processus de sélection qui nous a fait rencontrer un grand nombre de candidats Qu'il ait occupé précédemment telle ou telle responsabilité au sein d'AT Kearney n'a eu aucune incidence sur le fait que nous souhaitions un grand professionnel Cela s'est trouvé ainsi

Un comité d'éthique est attaché au conseil d'administration Un inspecteur général est chargé de ces questions Je pense que, dans une entreprise publique, l'on n'entre pas impunément dans le marché, avec les enjeux qui s'y attachent, sans prendre des risques. Je veux donc m'assurer que le comité d'audit et l'inspecteur général chargé de ces questions soient en

permanence en état de nous alerter s'il y a la moindre difficulté Je puis vous rassurer, sans l'ombre d'un doute, au sujet des deux affaires dont je vous parle

**Mr. Jean-Pierre NICOLAS** : Je vous prie d'excuser mon retard et sollicite l'indulgence si mes propos sont redondants

Je serais tenté de dire que, plus les travaux de la commission avancent, plus je reste perplexe devant les contradictions révélées entre les différentes personnes entendues sur les comptes des entreprises publiques France Télécom ou EDF Je serais tenté de demander : y at-il une vérité ? Si oui, où se situe-t-elle ?

Je reviens sur quelques points essentiels concernant EDF établis par les travaux de la commission

Le Président d'EDF, entendu par la commission de la production, en juillet 2002, en réponse à une question, affirmait n'avoir jamais entendu évoquer dans l'entreprise une éventuelle opposition de la direction du Trésor à l'acquisition d'Edenor . Or, tel n'était pas le propos de M Jean-Pierre Jouyet, directeur du Trésor, interrogé par M. Charles de Courson, lors de son audition par la commission des finances en septembre 2002 Par ailleurs, le Président d'EDF n'a pas reconnu, d'une part, l'existence d'engagements hors bilan en Italie ; d'autre part, l'existence d'un pacte d'actionnaires établissant une garantie de dividendes au profit du partenaire d'EDF dans EnBW Les comptes d'EDF pour 2002, rendus publics en mars dernier, font état d'engagements hors bilan en Italie d'un montant de 4 852 millions d'euros, d'une garantie de dividendes minimum de 100 millions de deutschemarks au profit d'OEW, consentis le 26 juillet 2000, qui s'inscrit dans un ensemble d'engagements hors bilan concernant EnBW d'un montant de 2 918 millions d'euros Sur ces deux seules opérations, ce sont donc des engagements hors bilan de 7,7 milliards d'euros qui ont été dissimulés à la représentation nationale

D'autres distorsions ont été relevées Je voudrais rappeler que, le 30 juillet 2002, le Président d'EDF avait affirmé : « *Tous les moyens seront mis à la disposition du Parlement afin de mettre en évidence qu'aucun moyen comptable ou extra comptable ne permet de douter de la sincérité des comptes d'EDF Il est très probable que les informations et comptes publiés ne puissent être contestés au vu de la lettre des textes en vigueur. C'est en ce sens que l'on ne devrait pas douter de leur sincérité* »

C'est précisément ce qui pourrait inquiéter notre commission et qui justifie ses investigations Comment peut-on remédier à ce genre de situation ? Nous sommes face à des responsables d'entreprise et à leurs prestataires, à des commissaires aux comptes notamment, qui affichent, de manière très rassurante, des présentations comptables formellement correctes et des résultats légèrement positifs Mais cela n'est possible - M. Alphandéry l'a confirmé lors de son audition - qu'au prix de diverses cessions d'actifs, de recettes exceptionnelles, de reprises de provisions, de dopages de la trésorerie, d'opérations révélées à notre commission d'engagements hors bilan évalués à 24 milliards d'euros par Mme Rousseau, de la non prise en compte des provisions de retraites au motif que la réglementation future n'est pas connue Or, l'entreprise a négocié, dès 2002, puis signé un accord avec les syndicats Elle y prend des engagements précis qu'il faudra financer Mais surtout, tout le monde sait que cet engagement non provisionné représente plus de cinquante milliards d'euros pour EDF, soit près de deux ans de chiffre d'affaires Peut-on dire que les règles fondamentales d'une bonne gouvernance sont respectées, que cette situation est saine, transparente, rationnelle et rassurante ? Les représentants de l'Etat, parmi d'autres, ont expliqué le contraire, me semble-t-il, à notre commission, mais surtout que signifie l'expression employée par M Roussely : « *Aucun moyen comptable ou extra comptable ne permet de douter de la sincérité des comptes d'EDF* » ?

Dans ces conditions, la première suggestion que je serais tenté de faire à notre commission est de préconiser au gouvernement, avant d'instituer des mécanismes nouveaux ou de se lancer dans des réformes, de prendre les dispositions nécessaires pour que les responsables d'entreprises, aidés de leurs prestataires et conseils, jouent le jeu de l'esprit des textes au lieu de jouer toujours dans le même sens avec la lettre des textes, de faire également en sorte qu'ils respectent les procédures, notamment pour les autorisations d'investissement Sans cela, aucune réforme n'aura d'effet positif

**Mr. François ROUSSELY** : J'ai répondu à cette question point par point à M. Masdeu-Arus, mais je ne veux pas vous laisser conclure sur ce point Je le répète : M Masdeu-Arus et vous-même, devant la commission de la production et des échanges, avez cité une note qui valait sur la position de la direction du Trésor devant le conseil d'administration d'EDF international Mais elle ne valait pas au sujet de l'acquisition d'Edenor C'est cet élément que j'ai cité

S'agissant du hors bilan, le jour ou j'ai été auditionné par la commission des finances - reportez-vous à la chronologie, au calendrier - nos accords avec nos amis italiens ne permettaient pas de dire autre chose Je n'ai pas repris votre collègue qui indiquait : « *J'en conclus qu'il n'y a pas d'engagements hors bilan* » Je le répète, ils sont si peu secrets qu'ils sont certifiés par les commissaires aux comptes et qu'ils sont annexés à nos comptes Imaginer que l'on ait utilisé les termes « formellement » ou « à la lettre » pour dissimuler, non, M Nicolas, je vous le dis très tranquillement : depuis trente ans je suis au service de l'Etat et je ne changerai pas à mon âge On ne gouverne pas une entreprise de 170 000 personnes, représentée dans 26 pays dans le monde, qui a l'histoire d'EDF, avec de petits aménagements à la lettre ici ou là !

Mr Nicolas, vous avez cité un élément repris par plusieurs de vos collègues, selon lequel les résultats n'auraient été atteints qu'à la suite d'éléments non récurrents Ce n'est pas de chance pour vous, car, pour la première fois, nous avons publié nos comptes en distinguant les éléments non récurrents positifs des éléments non récurrents négatifs, assortis des effets de périmètre et de change. Or, il ya deux sommes équivalentes, à 19 millions d'euros près sur les éléments non récurrents positifs et non récurrents négatifs Vous en avez la liste dans les comptes qui ont été publiés Si des comptes sont totalement neutres à l'égard des sommes non récurrentes, ce sont bien ceux de 2002 Vous trouverez, d'un côté, les provisions liées à l'Amérique latine, les éléments négatifs ; de l'autre, des éléments récurrents de même montant liés à la renégociation de contrats, à la cession d'un certain nombre d'actifs Ces deux sommes sont rigoureusement équivalentes Je ne voudrais pas un instant qu'un seul des membres de la commission puisse avoir le sentiment que le résultat que nous avons publié, certifié dans les comptes n'est pas exact Vous pourrez le vérifier et, d'ailleurs, les six commissaires aux comptes vous ont indiqué la même chose, ici même

Il n'est pas besoin de rappeler, moi qui ai prêté serment et qui suis par ailleurs magistrat, que la non sincérité des comptes est une infraction au code pénal Quelqu'un parmi vous pense-t-il que les comptes d'EDF ne sont pas réguliers, ne sont pas sincères, ne sont pas fidèles, ne répondant pas ainsi aux dispositions du code pénal, auxquelles veillent à la fois les commissaires aux comptes et tous les corps de contrôle, y compris les contrôles que le Parlement peut vouloir diligenter ?

Je redis très tranquillement aux membres de la commission : l'ensemble des moyens mis en œuvre sont réguliers, il n'y a aucun motif d'inquiétude à avoir sur la façon dont ces différents éléments ont été traités Peut-on soutenir que nous aurions mieux fait de ne pas investir et, au fond, de ne pas nous préparer à l'ouverture des marchés - ce que nous n'avons pas fait avant 1998 ? La seule chose que l'on puisse nous reprocher, c'est de ne pas l'avoir préparée plus tôt Peut-être aurions-nous réalisé ces opérations dans un climat plus paisible et dans un espace de temps plus long Cela dit, quand on est sur un marché, on ne peut à la fois faire la libéralisation et s'affranchir des règles du marché Nous avons entrepris ces opérations de

restructuration aux conditions du marché, au moment où le marché les libérait et les présentait

## Page 1

### Audition conjointe de MM. François ROUSSELY, Président d'EDF, et Jacques CHAUVIN, ancien directeur financier d'EDF

*(Extrait du procès-verbal de la séance du 20 mai 2003)*

Mr Philippe DOUSTE-BLAZY, President

*MM François Roussely et Jacques Chauvin sont introduits*

**Mr. le Président :** La commission, vous le savez messieurs, a déjà tenu plusieurs séances sur la situation d'EDF Son ancien Président, les commissaires aux comptes, le Président du comité d'audit, la commissaire du gouvernement, les représentants des salariés au conseil d'administration, et l'ancien Président d'EDF International ont été entendus J'ajoute que nous avons, bien évidemment, évoqué les relations de l'entreprise avec la tutelle, lors de l'audition du directeur du Trésor

Je voudrais redire aujourd'hui, M le Président, qu'il ne s'agit pas pour nous d'instruire un quelconque procès envers un établissement ou ses dirigeants Mais il nous appartient de connaître avec précision les résultats financiers des entreprises, parce que nous en sommes comptables, comme vous, devant les Français

### Joint hearing of Mr. Francois ROUSSELY, Chairman of EDF, and Jacques CHAUVIN, former EDF Chief Financial Officer

*(Extracts from minutes of May 2003 session)*

Mr Philippe DOUSTE-BLAZY, Chairman

*MM François Roussely et Jacques Chauvin are introduced*

**Mr. Chairman :** Sirs, the Commission, as you know it, has already held several sessions on the EDF situation We heard the testimonies of its former Chairman, its auditors, the Chairman of its audit committee, the commissioner of the government, the Board directors representing the employees, and the former chairman of EDF International I had that we heard, obviously, about the relationship between the company and its shareholder, with the hearing of the Director of the Treasury.
I would like to say again, Mr Chairman that our purpose is not to to prepare for a trial against a company or its officers But we need to know precisely the financial results of the companies, because we are accountable, as you are, to the French citizens

## Page 11-12

*(Q=Question A=Answer)*

**Q Mr. Pierre DUCOUT** : M Alphandéry a rappelé, devant notre commission d'enquête, l'intérêt indéniable que représentait pour EDF une présence en Amérique du sud depuis dix ans maintenant, mais a fortement critiqué la montée en puissance dans le capital en Argentine avec Edenor dans une période où les risques étaient déjà perceptibles

Pouvez-vous détailler l'intérêt opérationnel qui s'attachait à cette montée en puissance, l'appréciation, je suppose raisonnée, des risques pris en fonction des critères de l'époque et l'évaluation que vous devez faire de retour sur investissement, dans une période d'éclaircie en Argentine ?

**Q M. Jean-Claude SANDRIER** : M. le Président, pensiez-vous indispensable qu'EDF investisse en Amérique du Sud ? Une fois ces investissements effectués, pensiez-vous, à un moment ou à un autre, vous retirer ? En ce cas, quelles auraient été les conséquences, à la fois pour EDF et pour les pays concernés ?


**Q Mr. Pierre DUCOUT:** Mr. Alphandéry recalled, before our investigation commission, the undeniable interest for EDF that a presence in South America had now represented for ten years, but he strongly criticized the rise to power in the capital of Edenor in Argentina during a time when the risks were already perceptible Can you detail the operational interest which stuck to this rise to power, the appreciation, I suppose reasoned, of the risks taken according to the criteria of the time and the evaluation which you must make of return on investment, during a break time in Argentina?

**Q Mr. Jean-Claude SANDRIER:** Mr Chairman, did you think it was indispensable that EDF invests in South America? Once these investments carried out, did you think, at one moment or another, to withdraw? In this case, which would have been the consequences, at the same time for EDF and the countries involved?

**Page 12**

**A Francois Roussely:** Au fur et à mesure - on le voit en mars-avril 1999 - Endesa projette son développement en pensant à Edesur plutôt qu'à Edenor. Notamment, elle crée une société de services. Elle conçoit son développement selon des critères totalement différents des nôtres. Dans le courant du printemps 1999, des aléas climatiques engendrent plusieurs pannes sur le réseau de Buenos-Aires qui nous font entrevoir la nécessité de faire des investissements pour sécuriser les réseaux. Nos amis d'Endesa se disent favorables à la distribution de dividendes, non à l'investissement. Nous commençons à voir poindre des conflits dans la gestion d'une entreprise, remarquable par ailleurs à tous égards. En 1999, à un moment où la situation de l'Argentine n'était pas du tout celle que l'on connaît aujourd'hui, à un moment où il était inscrit dans la constitution qu'un peso égalait un dollar, les préoccupations d'Endesa étaient d'une toute autre nature que les nôtres. C'est pourquoi nous avons pressenti les difficultés à poursuivre une collaboration.

**A Francois Roussely:** Progressively - one sees it in March-April 1999 - Endesa projects its development while thinking about Edesur rather than about Edenor. In particular, it creates a service company. It conceives its development according to criteria's completely different from ours. During the spring of 1999, climatic risks generate several breakdowns of the network of Buenos-Aires, which make us foresee the need for making investments to make the network safer. Our friends of Endesa are favorable to the distribution of dividends, not to investing. We start to see management conflicts coming up for a company otherwise remarkable in all other aspects. In 1999, at a time when the situation of Argentina was not at all the one we know today, at a moment when it was registered in the constitution that a peso equalized a dollar, the Endesa concerns were of a very different kind than ours. This is why we foresaw difficulties to moving forward with a collaboration.

**Page 13**

**A Francois Roussely:** L'audit que nous avons fait réaliser au printemps 2000 a conforté l'idée que nous devions investir et qu'il fallait fixer des modalités de gouvernance un peu plus sérieuses. Au cours du début de l'année 2000, nous avons donc commencé à négocier avec Endesa, négociations difficiles qui ont abouti, à la fin de l'année 2000 - au début 2001.

**A Francois Roussely:** The audit that we carried out in spring 2000 consolidated the idea that we should invest and that it was necessary to lay down a little more serious corporate governance. During the beginning of the year 2000, we thus started to negotiate with Endesa, difficult negotiations that lead to an agreement at the end of the year 2000 - at the beginning of 2001.

**Page 14**

**A Francois Roussely:** Devons-nous nous retirer ? Il est bien évident que, si la situation financière devait se dégrader dans l'un de ces pays de façon continue, EDF, même si elle est une entreprise publique, n'a pas vocation à enregistrer des pertes indéfinies qui pèseraient sur le reste de son activité Ce n'est pas le cas d'Edenor, dont le résultat d'exploitation pour 2002 est positif, mais les charges financières liées aux pertes de change sont négatives La diminution du chiffre d'affaires est inférieure à 2 % Le taux d'impayés est inférieur à 2 % à Edenor. C'est l'un des taux d'impayés les plus faibles de toute l'entreprise La qualité et la continuité du service sont assurées J'espère que les nouvelles circonstances politiques feront que nous pourrons poursuivre notre activité en Amérique du sud

**A Francois Roussely:** Should we withdraw (From Argentina)? It is very clear that, if the financial situation was to degrade in each of those countries repeatedly, EDF, even a public company, cannot afford to write down undefined losses, which would drag down the rest of its activities. This is not the case of Edenor, which has a 2002 positive EBITDA, but the financial currency exchange losses are negative The decrease in revenues is less than 2% Unpaid bills are less than 2% at Edenor. It is one of the lowest ratios within the company (EDF) Quality and continuity of service are carried out I hope that the new political framework will enable us to continue our activity in South America

**Page 18**

**A Francois Roussely:** Vous avez indiqué que tout le monde savait que la situation, en 2001 pour Edenor, était difficile Lorsque nous avons entrepris nos négociations avec Endesa, nous étions à la mi-1999 La décision a été prise par le ministre d'approuver l'ensemble du processus en avril-mai 2001

**A Francois Roussely:** You indicated that everyone knew that the situation was difficult for Edenor in 2001 When we undertook our negotiations with Endesa, we were in the mid-1999 The decision was made by the minister to approve the whole process in April-May 2001