ATTACHMENT 10

Page 1

### Audition conjointe de MM. François ROUSSELY, Président d'EDF, et Jacques CHAUVIN, ancien directeur financier d'EDF

*(Extrait du procès-verbal de la séance du 20 mai 2003)*

Mr Philippe DOUSTE-BLAZY, President

*MM François Roussely et Jacques Chauvin sont introduits.*

**Mr. le Président :** La commission, vous le savez messieurs, a déjà tenu plusieurs séances sur la situation d'EDF Son ancien Président, les commissaires aux comptes, le Président du comité d'audit, la commissaire du gouvernement, les représentants des salariés au conseil d'administration, et l'ancien Président d'EDF International ont été entendus J'ajoute que nous avons, bien évidemment, évoqué les relations de l'entreprise avec la tutelle, lors de l'audition du directeur du Trésor

Je voudrais redire aujourd'hui, M le Président, qu'il ne s'agit pas pour nous d'instruire un quelconque procès envers un établissement ou ses dirigeants Mais il nous appartient de connaître avec précision les résultats financiers des entreprises, parce que nous en sommes comptables, comme vous, devant les Français

### Joint hearing of Mr. Francois ROUSSELY, Chairman of EDF, and Jacques CHAUVIN, former EDF Chief Financial Officer

*(Extracts from minutes of May 2003 session)*

Mr Philippe DOUSTE-BLAZY, Chairman

*MM François Roussely et Jacques Chauvin are introduced*

**Mr. Chairman :** Sirs, the Commission, as you know it, has already held several sessions on the EDF situation We heard the testimonies of its former Chairman, its auditors, the Chairman of its audit committee, the commissioner of the government, the Board directors representing the employees, and the former chairman of EDF International I had that we heard, obviously, about the relationship between the company and its shareholder, with the hearing of the Director of the Treasury.
I would like to say again, Mr Chairman that our purpose is not to to prepare for a trial against a company or its officers But we need to know precisely the financial results of the companies, because we are accountable, as you are, to the French citizens

## Page 11-12

*(Q=Question A=Answer)*

**Q Mr. Pierre DUCOUT** : M Alphandéry a rappelé, devant notre commission d'enquête, l'intérêt indéniable que représentait pour EDF une présence en Amérique du sud depuis dix ans maintenant, mais a fortement critiqué la montée en puissance dans le capital en Argentine avec Edenor dans une période où les risques étaient déjà perceptibles

Pouvez-vous détailler l'intérêt opérationnel qui s'attachait à cette montée en puissance, l'appréciation, je suppose raisonnée, des risques pris en fonction des critères de l'époque et l'évaluation que vous devez faire de retour sur investissement, dans une période d'éclaircie en Argentine ?

**Q M. Jean-Claude SANDRIER** : M. le Président, pensiez-vous indispensable qu'EDF investisse en Amérique du Sud ? Une fois ces investissements effectués, pensiez-vous, à un moment ou à un autre, vous retirer ? En ce cas, quelles auraient été les conséquences, à la fois pour EDF et pour les pays concernés ?

**Q Mr. Pierre DUCOUT:** Mr. Alphandéry recalled, before our investigation commission, the undeniable interest for EDF that a presence in South America had now represented for ten years, but he strongly criticized the rise to power in the capital of Edenor in Argentina during a time when the risks were already perceptible Can you detail the operational interest which stuck to this rise to power, the appreciation, I suppose reasoned, of the risks taken according to the criteria of the time and the evaluation which you must make of return on investment, during a break time in Argentina?

**Q Mr. Jean-Claude SANDRIER:** Mr Chairman, did you think it was indispensable that EDF invests in South America? Once these investments carried out, did you think, at one moment or another, to withdraw? In this case, which would have been the consequences, at the same time for EDF and the countries involved?

## Page 12

**A Francois Roussely:** Au fur et à mesure - on le voit en mars-avril 1999 - Endesa projette son développement en pensant à Edesur plutôt qu'à Edenor Notamment, elle crée une société de services Elle conçoit son développement selon des critères totalement différents des nôtres Dans le courant du printemps 1999, des aléas climatiques engendrent plusieurs pannes sur le réseau de Buenos-Aires qui nous font entrevoir la nécessité de faire des investissements pour sécuriser les réseaux Nos amis d'Endesa se disent favorables à la distribution de dividendes, non à l'investissement Nous commençons à voir poindre des conflits dans la gestion d'une entreprise, remarquable par ailleurs à tous égards En 1999, à un moment où la situation de l'Argentine n'était pas du tout celle que l'on connaît aujourd'hui, à un moment où il était inscrit dans la constitution qu'un peso égalait un dollar, les préoccupations d'Endesa étaient d'une toute autre nature que les nôtres. C'est pourquoi nous avons pressenti les difficultés à poursuivre une collaboration

**A Francois Roussely:** Progressively - one sees it in March-April 1999 - Endesa projects its development while thinking about Edesur rather than about Edenor In particular, it creates a service company It conceives its development according to criteria's completely different from ours During the spring of 1999, climatic risks generate several breakdowns of the network of Buenos-Aires, which make us foresee the need for making investments to make the network safer Our friends of Endesa are favorable to the distribution of dividends, not to investing We start to see management conflicts coming up for a company otherwise remarkable in all other aspects In 1999, at a time when the situation of Argentina was not at all the one we know today, at a moment when it was registered in the constitution that a peso equalized a dollar, the Endesa concerns were of a very different kind than ours This is why we foresaw difficulties to moving forward with a collaboration

## Page 13

**A Francois Roussely:** L'audit que nous avons fait réaliser au printemps 2000 a conforté l'idée que nous devions investir et qu'il fallait fixer des modalités de gouvernance un peu plus sérieuses Au cours du début de l'année 2000, nous avons donc commencé à négocier avec Endesa, négociations difficiles qui ont abouti, à la fin de l'année 2000 - au début 2001

**A Francois Roussely:** The audit that we carried out in spring 2000 consolidated the idea that we should invest and that it was necessary to lay down a little more serious corporate governance During the beginning of the year 2000, we thus started to negotiate with Endesa, difficult negotiations that lead to an agreement at the end of the year 2000 - at the beginning of 2001

## Page 14

**A Francois Roussely:** Devons-nous nous retirer ? Il est bien évident que, si la situation financière devait se dégrader dans l'un de ces pays de façon continue, EDF, même si elle est une entreprise publique, n'a pas vocation à enregistrer des pertes indéfinies qui pèseraient sur le reste de son activité. Ce n'est pas le cas d'Edenor, dont le résultat d'exploitation pour 2002 est positif, mais les charges financières liées aux pertes de change sont négatives. La diminution du chiffre d'affaires est inférieure à 2 %. Le taux d'impayés est inférieur à 2 % à Edenor. C'est l'un des taux d'impayés les plus faibles de toute l'entreprise. La qualité et la continuité du service sont assurées. J'espère que les nouvelles circonstances politiques feront que nous pourrons poursuivre notre activité en Amérique du sud.

**A Francois Roussely:** Should we withdraw (From Argentina)? It is very clear that, if the financial situation was to degrade in each of those countries repeatedly, EDF, even a public company, cannot afford to write down undefined losses, which would drag down the rest of its activities. This is not the case of Edenor, which has a 2002 positive EBITDA, but the financial currency exchange losses are negative. The decrease in revenues is less than 2%. Unpaid bills are less than 2% at Edenor. It is one of the lowest ratios within the company (EDF). Quality and continuity of service are carried out. I hope that the new political framework will enable us to continue our activity in South America.

**Page 18**

**A Francois Roussely:** Vous avez indiqué que tout le monde savait que la situation, en 2001 pour Edenor, était difficile. Lorsque nous avons entrepris nos négociations avec Endesa, nous étions à la mi-1999. La décision a été prise par le ministre d'approuver l'ensemble du processus en avril-mai 2001.

**A Francois Roussely:** You indicated that everyone knew that the situation was difficult for Edenor in 2001. When we undertook our negotiations with Endesa, we were in the mid-1999. The decision was made by the minister to approve the whole process in April-May 2001.