ATTACHMENT 11

Case 1:05-cv-00969-HHK   Document 150-13   Filed 04/23/2008   Page 2 of 18
CATHERINE GAUJACQ v EDFINA, et al.
Yann Laroche                                Friday, April 21st, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF                        )
                                        )
CATHERINE GAUJACQ                       )
                    Plaintiff,          )
                                        )CIVIL ACTION NO:
v                                       )1:05CV0969 (JGP)
                                        )
ELECTRICITE DE FRANCE                   )
INTERNATIONAL NORTH AMERICA             )
INC , et al                             )
                    Defendants          )

DEPOSITION OF YANN LAROCHE

Friday, April 21st, 2006
at  8 30 am

Taken at the offices of:

Gide Loyrette Nouel
26, cours Albert 1er
Location 4
75008, Paris
France

Trevor McGowan
thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4

CATHERINE GAUJACQ v EDFINA, et al.

Yann Laroche                                    Friday, April 21st, 2006

Page 14

| 08:57:00 | 1 | A. At the time the company was called London |
| | 2 | Electricity, and today the name has changed; it has been |
| | 3 | restructured, et cetera. It is now called EDF Energy. |
| | 4 | Q. And the individual who was the President of |
| 08:57:18 | 5 | London Electricity held an R1 ranking? |
| | 6 | A. Quite so, yes. |
| | 7 | Q. And why did the President of the London |
| | 8 | Electricity subsidiary hold the R1 position, ranking? |
| | 9 | A. Quite simply because R1 managers are those |
| 08:58:35 | 10 | managers who hold a certain level of responsibility or who |
| | 11 | are entrusted with very important missions, and they all |
| | 12 | systematically belong to that R1 rank. It means that |
| | 13 | obviously they have a high level of responsibility and |
| | 14 | recognized professional competence. Also, obviously, it is |
| 08:59:04 | 15 | a post that they hold which faces a lot of major |
| | 16 | responsibilities. |
| | 17 | Q. And Christian Nadal held the R1 ranking |
| | 18 | because he headed the Edenor in Argentina? |
| | 19 | A. No. He already held that rank before, or the |
| 09:00:06 | 20 | equivalent thereof, because of his responsibilities, as |
| | 21 | I indicated earlier, as manager for communications, |
| | 22 | development, and strategic marketing; and of course |
| | 23 | naturally, after that, when he took over the Edenor |
| | 24 | subsidiary. So that justified being R1 anyway. |
| 09:00:34 | 25 | Q. The Edenor subsidiary, taking over that and |

Trevor McGowan
thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4

CATHERINE GAUJACQ V EDFINA, et al.

Yann Laroche                                    Friday, April 21st, 2006

Page 15

| | | |
|---|---|---|
| 09:00:39 | 1 | being in charge of the Edenor subsidiary justified the R1 |
| | 2 | ranking as well? |
| | 3 | MS. HOGUET: Objection to form. You may continue. |
| | 4 | A    The responsibilities that were his before he |
| 09:01:25 | 5 | was appointed at Edenor clearly justified being R1   And |
| | 6 | then, of course, being the general manager of Edenor, also |
| | 7 | in terms of responsibilities, justified this because it was |
| | 8 | a very major subsidiary |
| | 9 | Q   Were there other major subsidiaries that, |
| 09:01:51 | 10 | because of their importance and significance, were justified |
| | 11 | R1 ranking for the person who managed them? |
| | 12 | A    Yes   Well, honestly it would depend on the |
| | 13 | year we're talking about, since obviously subsidiaries do |
| | 14 | tend to evolve or change.  But since you seem to be |
| 09:03:13 | 15 | referring to the year 2000, clearly there was a similar |
| | 16 | subsidiary nearby, which was the company called Light, in |
| | 17 | Brazil.  That was also an R1-type responsibility.  By the |
| | 18 | by, the person who is in charge of that subsidiary to date, |
| | 19 | and who holds the job of directeur général, general manager, |
| 09:03:45 | 20 | is R1 |
| | 21 | Q   What was it about the Brazil subsidiary that |
| | 22 | made it important enough that the person in charge of the |
| | 23 | Brazil subsidiary held an R1 ranking? |
| | 24 | A   You know, the ranking of any person into the |
| 09:05:24 | 25 | R1 category is not random.  There is an assessment or |

Trevor McGowan

thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4

CATHERINE GAUJACQ V EDFINA, et al.

Yann Laroche                          Friday, April 21st, 2006

Page 16

09:05:30  1    analysis that is carried out, not only as to the job

          2    description itself: the responsibilities that are held, both

          3    financially, industrially speaking, or in terms of human

          4    relations. And then these various responsibilities are

09:05:46  5    assessed and lead to the ranking into the R1 category.

          6            Light in Brazil is just as important as Edenor in

          7    Argentina in those terms, and both of the subsidiaries make

          8    a substantial contribution on the EDF Group balance sheet,

          9    and hold a very major place within the group. That is why

09:06:15  10   it is justified that they should be deemed to belong to R1.

          11           Q. What is the substantial contribution to the

          12   balance sheet that Edenor and Light make such that it

          13   justifies the R1 ranking?

          14           MR CLARK: Objection to form.

09:07:42  15           A   I think we need to understand clearly what

          16   I mean by "contribution". I said earlier that the place

          17   that was held by the subsidiary within the group played

          18   a very important role So, by "contribution", one not only

          19   means the contribution to the final results, the bottom

09:08:55  20   line figures on the balance sheet In fact, the subsidiary

          21   has considerable weight in terms of turnover, balance sheet,

          22   and that of course justified being ranked as R1; but this is

          23   not the only contribution that could be made to the group.

          24   There are many other elements, such as for instance the

09:09:23  25   number of headcounts, the responsibilities in terms of

Trevor McGowan
thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4

CATHERINE GAUJACQ V EDFINA, et al.

Yann Laroche

Friday, April 21st, 2006

Page 22

| | | |
|---|---|---|
| 09:30:49 | 1 | entrust this position to somebody who was an expert in this |
| | 2 | field.  That is all I really know. |
| | 3 | Q    What was the strategic mission for Edenor |
| | 4 | between 2000 and 2004? |
| 09:31:09 | 5 | A    Edenor was a distribution subsidiary.  That |
| | 6 | would actually correspond to the description I just gave you |
| | 7 | of the Hungarian subsidiary; in other words, it dealt with |
| | 8 | the management of the network, the distribution or the |
| | 9 | supply of electricity, it managed its customer pool, and of |
| 09:33:11 | 10 | course customer relations. |
| | 11 | But it goes without saying that of course the size |
| | 12 | of the Argentinian unit had nothing to do with the Hungarian |
| | 13 | one.  And the fact that it should be considerably present in |
| | 14 | big cities such as Buenos Aires meant that there were many |
| 09:33:44 | 15 | possibilities of in fact having an influence or being |
| | 16 | represented outside of Buenos Aires.  Because you can |
| | 17 | understand yourself, when you are a top-ranking manager of |
| | 18 | relations within such a big city, it goes without saying |
| | 19 | that you establish contacts with the public authorities, the |
| 09:34:07 | 20 | local authorities, the administration or even the |
| | 21 | government. |
| | 22 | Q    And what was the strategic mission for Light |
| | 23 | between 2000 and 2004? |
| | 24 | A.   I would say it was the same; obviously in |
| 09:34:49 | 25 | a different context, since this was the Brazilian context, |

Trevor McGowan
thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4

CATHERINE GAUJACQ v EDFINA, et al.

Yann Laroche                                Friday, April 21st, 2006

Page 32

| | | |
|---|---|---|
| 10:26:53 | 1 | investments, political parties, the United Nations, economic |
| | 2 | operators present on the American territory; and somebody |
| | 3 | who would have a certain degree of know-how in terms of |
| | 4 | strategy and high-level relations. |
| 10:27:15 | 5 | This is why Christian Nadal, who had quite a lot |
| | 6 | of experience in terms of strategy, for instance, through |
| | 7 | the responsibilities that he had held in terms of |
| | 8 | development and strategy within the group, and also the fact |
| | 9 | that he had been the person in charge of a very major |
| 10:27:34 | 10 | company in South America at that stage, was felt by the |
| | 11 | group to be best suited to deal with such a wide mission, |
| | 12 | and better suited than Catherine Gaujacq |
| | 13 | Q. Do you know whether Catherine Gaujacq had had |
| | 14 | high relations with these various parties at any time during |
| 10:28:04 | 15 | 2000-2004? |
| | 16 | A  Again, on a personal basis I have no detailed |
| | 17 | knowledge of Catherine Gaujacq's achievements, since, again, |
| | 18 | she ranked R3.  But when the top management or the Chair of |
| | 19 | EDF decided to select Christian Nadal as its US |
| 10:30:03 | 20 | representative, it would have been in the light of all of |
| | 21 | the elements that he might have obtained.  Because obviously |
| | 22 | it goes without saying that, when you appoint somebody with |
| | 23 | such a degree of responsibility, before you reach |
| | 24 | a decision, especially as a chairman of the group, you are |
| 10:30:26 | 25 | going to reap all the opinions that you can obtain and |

Trevor McGowan
thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4

CATHERINE GAUJACQ v EDFINA, et al.

Yann Laroche                        Friday, April 21st, 2006

Page 33

| | | |
|---|---|---|
| 10:30:29 | 1 | assess the situation accordingly. |
| | 2 | So again, I have no detailed knowledge of what |
| | 3 | Ms. Gaujacq achieved, but I am convinced that the Chairman |
| | 4 | would have certainly made this appointment in full knowledge |
| 10:30:45 | 5 | of the different elements. |
| | 6 | Q. But you do not know what those elements are; |
| | 7 | is that correct? |
| | 8 | A. Well, these elements are obviously directly |
| | 9 | linked to what I was just saying right now. The Chairman |
| 10:33:02 | 10 | felt that to guarantee that we established high-level |
| | 11 | relations, and that we had a strategic thinking process |
| | 12 | concerning the United States that was adequate -- and here |
| | 13 | I'm not going to repeat all of the aims that were sought at |
| | 14 | the time -- so the Chairman felt that it was necessary to |
| 10:33:27 | 15 | entrust this job with a bigger dimension to somebody who |
| | 16 | ranked R1, and therefore to somebody like Christian Nadal. |
| | 17 | There is no question in any way at all of |
| | 18 | challenging Catherine Gaujacq's competence in terms of |
| | 19 | nuclear science, since, if you recall rightly, when the |
| 10:34:03 | 20 | decision was reached to appoint Mr. Christian Nadal, the |
| | 21 | plan was to maintain Catherine Gaujacq in her |
| | 22 | responsibilities concerning one of the -- one or several, |
| | 23 | I can't remember -- of the ongoing nuclear projects that she |
| | 24 | already was in charge of. |
| 10:34:26 | 25 | Q. Do you have any knowledge that there was any |

Trevor McGowan
thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4

CATHERINE GAUJACQ v EDFINA, et al.

Yann Laroche                                    Friday, April 21st, 2006

Page 34

| | | |
|---|---|---|
| 10:34:28 | 1 | basis to challenge Catherine Gaujacq's ability to |
| | 2 | strategically think? |
| | 3 | A.  Well, obviously, when you think in terms of |
| | 4 | strategic reflection, it all depends on the scope and the |
| 10:36:30 | 5 | context.  If you take the EDF Group today, obviously there |
| | 6 | are people who are in charge of strategic thinking, or of |
| | 7 | trying to change strategy on-site, and who could rank R4 and |
| | 8 | R3.  But you also have one person who is the head of |
| | 9 | strategy, and that person happens to rank R1. |
| 10:37:06 | 10 | So I could not say what Catherine Gaujacq's |
| | 11 | ability was or is in terms of strategic thinking, but it is |
| | 12 | quite possible that you might put somebody who ranks R3 in |
| | 13 | charge of strategic thinking, and they should be perfectly |
| | 14 | capable of dealing with that. |
| 10:37:28 | 15 | But it was deemed at the time that the level of |
| | 16 | the dimension that the President of the group wished to give |
| | 17 | its operations justified the appointment of an R1 staff. |
| | 18 | Q.  Do you have any basis or facts to support any |
| | 19 | claim that Catherine Gaujacq was not capable of strategic |
| 10:37:54 | 20 | thinking of the level and dimension required for EDFINA? |
| | 21 | MS. HOGUET:  I object to the form of the question. |
| | 22 | A.  Of course, I have no knowledge of any facts, |
| | 23 | since from the moment Ms. Gaujacq was appointed, right up to |
| | 24 | 2004, as I indicated on several occasions, I have no |
| 10:40:46 | 25 | detailed knowledge of her responsibilities. |

CATHERINE GAUJACQ v EDFINA, et. al.

Yann Laroche                                    Friday, April 21st, 2006

Page 49

| | | |
|---|---|---|
| 11:49:10 | 1 | only -- we regularly review the evolution of their career, |
| | 2 | what their prospects for the future may be. |
| | 3 | During the discussions or the reviews that I saw, |
| | 4 | for instance in 2004, and discussions that I held with |
| 11:49:36 | 5 | Fernando Ponasso -- and more than that with Mr. Creuzet, |
| | 6 | because that of course pertained to his sector of |
| | 7 | activity -- the opinions that were expressed concerning |
| | 8 | Christian Nadal were always very positive. |
| | 9 | Q. Was there a written review for Christian Nadal |
| 11:49:59 | 10 | in 2004? |
| | 11 | A. As I indicated earlier, the assessment of |
| | 12 | an R1-ranking staff is usually informal, and doesn't lead to |
| | 13 | written documents. Sometimes it does, but usually -- well, |
| | 14 | it will be up to the reporting manager whether or not to put |
| 11:51:14 | 15 | this in writing. |
| | 16 | I do not know whether in this particular case |
| | 17 | there was anything in writing; sometimes it is put down in |
| | 18 | writing, sometimes it is not. There is no rule. |
| | 19 | THE WITNESS: How do you translate "rule", in |
| 11:51:49 | 20 | French? |
| | 21 | THE INTERPRETER: "Régle". |
| | 22 | THE WITNESS: Can I add something? |
| | 23 | MS. BREDEHOFT: Yes, please. |
| | 24 | A. In fact, the group policy consists in |
| 11:52:25 | 25 | demanding that each year there be an interview between the |

Trevor McGowan
thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4

CATHERINE GAUJACQ v EDFINA, et al.

Yann Laroche                                    Friday, April 21st, 2006

Page 50

| Time | Line | Text |
|---|---|---|
| 11:52:30 | 1 | staff and his supervising manager, but this does not |
|  | 2 | necessarily lead to a written report |
|  | 3 | Q. Have you ever seen a written performance |
|  | 4 | review on Christian Nadal? |
| 11:53:43 | 5 | A No, I only see written reports of that type |
|  | 6 | when naturally I have drafted them myself, concerning some |
|  | 7 | of my reporting staff; and also when we have performance |
|  | 8 | review meetings. For instance, during the meeting of the |
|  | 9 | executive committee, the members of the executive committee |
| 11:54:08 | 10 | might come with their own documents, but I neither see them |
|  | 11 | nor check them; it does not come within my purview. |
|  | 12 | Q Are you able to tell me anything specific |
|  | 13 | about the accomplishments of Christian Nadal since he became |
|  | 14 | President of EDFINA with respect to strategic thinking, |
| 11:54:25 | 15 | high-level contacts, or any other measurement of |
|  | 16 | performance? |
|  | 17 | MR. CLARK: Objection to form |
|  | 18 | A I don't totally understand the word |
|  | 19 | "specific" What do you mean by "specific"? |
| 11:55:09 | 20 | Q. Any detail, anything specific to his job |
|  | 21 | performance; not generally. |
|  | 22 | A. Well, you need to understand that my mission, |
|  | 23 | my responsibility is that of a general manager I belong to |
|  | 24 | the top four managers of the group, as I explained earlier, |
| 11:57:33 | 25 | so it is certainly not within my purview to check all the |

Trevor McGowan
thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4

CATHERINE GAUJACQ v EDFINA, et al.

Yann Laroche                                    Friday, April 21st, 2006

Page 51

| 11:57:38 | 1 | writings or reports that are written on the various |
| | 2 | managers |
| | 3 | Now, as far as R1 managers are concerned, we hold |
| | 4 | regular meetings, for instance within the meetings of the |
| 11:57:50 | 5 | executive committee, where we take this opportunity to |
| | 6 | review the performance  In fact what happens is that each |
| | 7 | of the members of the executive committee gives a report on |
| | 8 | the R1 staff under their responsibility  Of course so to do |
| | 9 | they have all sorts of elements at their disposal. |
| 11:58:14 | 10 | Now, during these meetings that took place during |
| | 11 | the period of time that you are interested in, I have always |
| | 12 | heard information or opinions that were positive concerning |
| | 13 | the strategic reflection or high level contacts, whatever |
| | 14 | else you put in your list of questions, concerning the |
| 11:58:37 | 15 | missions that have been entrusted to Christian Nadal, and |
| | 16 | I certainly never heard a negative comment |
| | 17 | Q  Can you tell me any strategic strategy that |
| | 18 | Christian Nadal implemented since he has been President of |
| | 19 | EDFINA? |
| 11:58:59 | 20 | MS. HOGUET:  I object to the form of the question |
| | 21 | A  I think I have to make things absolutely |
| | 22 | clear  I am not N plus 1 vis-à-vis Christian Nadal; in |
| | 23 | other words, I am not the person he reports to directly.  It |
| | 24 | is up to that person to assess the added value which is |
| 12:00:29 | 25 | contributed by Christian Nadal in his position and his |

Trevor McGowan
thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4

CATHERINE GAUJACQ v EDFINA, et al.

Yann Laroche                              Friday, April 21st, 2006

Page 52

| | | |
|---|---|---|
| 12:00:32 | 1 | accomplishments. |
| | 2 | As a deputy directeur général in charge of human |
| | 3 | relations, it is my job to make sure that the group policies |
| | 4 | are applied, that the yearly interviews do take place. |
| 12:00:53 | 5 | Again, during all of the meetings that I have attended, as |
| | 6 | I indicated earlier, I have only heard positive things as to |
| | 7 | the actions or accomplishments of Christian Nadal |
| | 8 | Q. But you can't speak to specifics; is that |
| | 9 | correct? |
| 12:01:46 | 10 | A Naturally I can't go into the specifics. But |
| | 11 | again, I am not the person that Christian Nadal reported to |
| | 12 | at any point in time whatever But, I repeat, during the |
| | 13 | reviews that take place between the members of the executive |
| | 14 | committee, they have at their disposal all of the elements |
| 12:02:07 | 15 | that are required to express an opinion |
| | 16 | Q. Has Christian Nadal ever received any type of |
| | 17 | disciplinary action as a result of his conduct towards |
| | 18 | Catherine Gaujacq? |
| | 19 | A Mr Christian Nadal was never the subject of |
| 12:02:51 | 20 | disciplinary action of any type |
| | 21 | Q. Including with respect to Catherine Gaujacq? |
| | 22 | A I was speaking in general terms But, again, |
| | 23 | I have no detailed knowledge of any of the operations or |
| | 24 | activities undertaken by Christian Nadal But what I do |
| 12:04:05 | 25 | know are the assessments and opinions that were expressed |

Trevor McGowan
thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4

CATHERINE GAUJACQ v EDFINA, et al.

Yann Laroche                                Friday, April 21st, 2006

Page 53

| 12:04:09 | 1 | concerning him, that were systematically positive  What |
| | 2 | I can say for sure is that Christian Nadal was never the |
| | 3 | subject of any disciplinary procedure, and frankly I fail to |
| | 4 | see why this would have been the case. |
| 12:04:23 | 5 | Q. Did EDF ever investigate Christian Nadal's |
| | 6 | conduct towards Catherine Gaujacq? |
| | 7 | A  In fact, if I may, I'm going to answer your |
| | 8 | question in several steps, because it might take a while. |
| | 9 | Personally, I became aware of the fact that |
| 12:08:06 | 10 | Catherine Gaujacq had some complaints against |
| | 11 | Christian Nadal's behavior back in July of 2004, if I am not |
| | 12 | mistaken  It seems that these difficulties had arisen |
| | 13 | several weeks before.  This is when we -- and when I say |
| | 14 | "we", I mean myself, Mr  Creuzet and Mr  Ponasso -- |
| 12:08:40 | 15 | understood that for several months now Catherine Gaujacq had |
| | 16 | expressed her wish to turn down the offer that had been made |
| | 17 | to her to become Christian Nadal's deputy, and she refused |
| | 18 | to sign the agreement  So in July that was brought to our |
| | 19 | knowledge, that she was complaining about Christian Nadal |
| 12:09:06 | 20 | At the time, since she was ranked R3, we |
| | 21 | necessarily had to consult with her direct manager; ie, we |
| | 22 | had to consult with Mr  Ponasso, who had previously been the |
| | 23 | manager and was now the person Christian Nadal was reporting |
| | 24 | to  This is why Mr  Ponasso at the time tried to understand |
| 12:09:36 | 25 | the situation  And, by the way, it was part of his |

Trevor McGowan
thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4

CATHERINE GAUJACQ V EDFINA, et al.

Yann Laroche

Friday, April 21st, 2006

Page 85

| | | |
|---|---|---|
| 15:37:37 | 1 | If the position is available, then when the expat |
| | 2 | comes home, providing of course he or she has accepted the |
| | 3 | job, they can take on this position immediately   But it is |
| | 4 | also possible that the expat might not be able to take on |
| 15:38:06 | 5 | that position immediately because, for instance, it would |
| | 6 | not be available yet   In that case the expat might have to |
| | 7 | wait one, two, up to six months, in which case he or she |
| | 8 | would be given a transitional job in the meantime, awaiting |
| | 9 | the freeing of that position   In which case, obviously if |
| 15:38:38 | 10 | the expatriate has been away for three years -- plus one in |
| | 11 | most cases -- that would give him or her the opportunity to |
| | 12 | get more familiar with the parent company, to establish |
| | 13 | contacts and to readapt, let's say, to the parent company |
| | 14 | environment |
| 15:39:00 | 15 | This is our usual practice |
| | 16 | Q   Was Christian Nadal's appointment as general |
| | 17 | delegate of North America a delegation, a demotion, |
| | 18 | a promotion, or a lateral move? |
| | 19 | A   When Christian Nadal came back from Argentina |
| 15:40:34 | 20 | he ranked R1 at Edenor in Argentina, and he was appointed to |
| | 21 | a job in Washington that also ranked, or that we assessed at |
| | 22 | R1-ranking   Therefore I would say that it was more of |
| | 23 | a horizontal move   We would use the term "horizontal" |
| | 24 | rather than "lateral" in our jargon |
| 15:41:05 | 25 | Q   While Catherine Gaujacq was still employed by |

Trevor McGowan

thecourtreporter@gmail.com

CATHERINE GAUJACQ v EDFINA, et al.

Yann Laroche                        Friday, April 21st, 2006

Page 91

16:04:18    1     even went as far as hinting at the fact that there were

            2     threats.

            3               Q.   What threats?

            4               A.   In our telephone conversations she intimated

16:06:45    5     that she had been threatened by Mr. Creuzet that in fact her

            6     career was at stake, without ever saying anything more

            7     precise than that.   She just intimated that her career -- he

            8     would put an end -- he had threatened her with putting

            9     an end to her career if she did not accept the proposals

16:07:09   10     that were made to her.

           11               Now, as I said earlier, Mr. Creuzet is not

           12     a threatening person.   Plus, the proposal that had been

           13     extended to her to take over the EPR project in France was

           14     an extremely interesting one.   Don't forget, we are in the

16:07:32   15     middle of 2004, when the political decision to launch the

           16     EPR project had not really yet been made by the French

           17     Government.   Since then it has indeed been launched

           18     worldwide and on a European scale.

           19               I found it totally incomprehensible that she

16:07:52   20     should turn down such an interesting proposal and claim that

           21     her career would come to an end because of the threats

           22     extended by Mr. Creuzet.   Not only was it not the case, but

           23     the position that she was being offered was extremely

           24     interesting.

16:08:10   25               Q.   "Blackmail" implies that someone is saying,

Trevor McGowan
thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4

CATHERINE GAUJACQ v EDFINA, et al.

Yann Laroche                          Friday, April 21st, 2006

Page 92

16:08:17    1    "If you don't do this, I'll do this." What was it that

2    Catherine Gaujacq was threatening to do if you didn't do

3    something?

4         A.  Well, Catherine Gaujacq said that if we did

16:09:37    5    not accept her terms then she would file a complaint or sue

6    the company. I frankly failed to understand what she was

7    saying during that communication we had at the end of July.

8    This is why I'm talking about blackmail, because she

9    threatened to file a complaint in order to obtain what she

16:10:02   10    wanted, while at that time we were making our best efforts

11    to try to make a satisfactory proposal.

12         MS. BREDEHOFT:  Okay, now we can take the break.

13    Thank you very much, I appreciate it.

14    (4.10 pm)

16:10:20   15                        (A short break)

16    (4.20 pm)

17         Q.  Mr. Laroche, did Catherine Gaujacq tell you

18    that she was going to file a discrimination complaint?

19         A.  I have no such recollection.

16:23:03   20         Q.  What did she say the complaint included?

21         A.  She mentioned the threats that were expressed

22    by Gerard Creuzet when he called her.

23         Q.  Were you aware of any complaints about

24    Catherine Gaujacq's performance as of the time of your

16:23:51   25    telephone call with her?

Trevor McGowan
thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4

CATHERINE GAUJACQ v EDFINA, et al.

Yann Laroche                              Friday, April 21st, 2006

Page 99

16:53:36   1    person who is empowered to sign the termination letter,

           2    well, it is the person who is in charge of the management of

           3    the management executives.  It's no longer Mr. Métais as it

           4    was in that case, it's now Jacques Bouron and myself.

16:54:05   5                 Q.  Now, you could have terminated

           6    Catherine Gaujacq's employment and allowed her to still get

           7    her, pension; is that correct?

           8                 MR. CLARK:  Objection to the form.

           9                 A.  Well, in the scale of sanctions, the worst

16:55:37   10   possible sanction is dismissal without pension, which means

           11   that the person in question would not perceive any pension

           12   whatsoever.  The level just underneath that is automatic

           13   retirement, where the pension is preserved, but can only be

           14   paid to the party concerned when he or she reaches the

16:56:05   15   normal retirement age.

           16                 Q.  And what did you do in Catherine Gaujacq's

           17   case?

           18                 A.  Her sanction consisted in automatically

           19   retiring her.

16:56:29   20                 Q.  Where does it say that in any document?

           21                 A.  I don't remember, but there must be a letter

           22   where that provision is stipulated.

           23   (Exhibit Laroche 6, Bates-stamped  000149 - 150, marked for

           24                         identification)

16:59:04   25                 Q.  I'm showing you what has been marked as

Trevor McGowan
thecourtreporter@gmail.com

6b402843-7706-490b-bd7f-b327e07b11b4