ATTACHMENT 12

J.O. 199 du 27 août 2005    J.O. disponibles    Alerte par mail    Lois,décrets    codes    AdmiNet

Ce document peut également être consulté sur le site officiel Legifrance

# Avis n° 2005-A-8 de la Commission des participations et des transferts du 12 juillet 2005 relatif à la cession de Edenor par Electricité de France

**NOR : ECOX0508683V**

La commission émet l'avis suivant :

I - Par lettre en date du 7 juillet 2005, le ministre de l'économie, des finances et de l'industrie a saisi la commission en vue de recueillir son avis sur le transfert au secteur privé par Electricité de France du contrôle de la société Empresa Distribuidora y Comercializadora Norte SA (ci-après « Edenor »)

Edenor emploie 2 455 personnes et a réalisé en 2004 un chiffre d'affaires de 1,1 milliard de pesos (environ 307 millions d'euros). La cession projetée entre donc dans le champ d'application de l'article 20 de la loi du 6 août 1986 modifiée sans requérir l'avis conforme de la commission Cependant, le ministre a souhaité la consulter comme le prévoit le dernier alinéa de l'article 3 de ladite loi

II - La société Edenor est détenue :

- pour 39 % directement par EDF International SA, filiale intégrale de Electricité de France ;

- pour 51 % par Electricidad Argentina SA (ci-après « EASA », holding détenu à 100 % par EDF International SA) ;

- pour 10 % par le personnel

Electricité de France a acquis progressivement le contrôle de Edenor de 1992 à 2001, ayant participé dès l'origine à la constitution de EASA qui avait remporté en juillet 1992 l'appel d'offres relatif à la cession de 51 % du capital d'Edenor par les pouvoirs publics argentins Au total, cette acquisition aura représenté pour EDF un investissement de l'ordre de 1,4 milliard de dollars (dont 1 milliard en 2001).

Edenor, qui dessert la région nord-ouest de Buenos Aires, est le premier distributeur d'électricité en Argentine et l'un des plus importants d'Amérique latine Il est titulaire d'une concession d'une durée de 95 ans expirant en 2087 La société compte 2,4 millions de clients

La crise économique de l'Argentine en 2001 a conduit le Gouvernement de ce pays à prendre des mesures économiques qui ont eu un fort impact pour Edenor dont EDF venait d'acquérir le contrôle. D'une part, les tarifs de la société à l'origine exprimés en dollars ont été convertis en pesos argentins et une dévaluation du peso argentin est intervenue en janvier 2002 D'autre part, les tarifs d'électricité ont été gelés alors que le pays connaissait une hausse très élevée des prix de gros Ces deux facteurs ont

entraîné entre 2000 et 2002 une chute de deux tiers du chiffre d'affaires et de l'excédent brut d'exploitation exprimés en dollars des Etats-Unis. La société continue cependant à afficher des performances opérationnelles saines, améliorant sa productivité et réduisant les détournements d'électricité

N'ayant plus la capacité de générer les ressources suffisantes, la société a dû suspendre en septembre 2002 le remboursement du principal de sa dette qui était libellée en dollars et ne bénéficiait d'aucun mécanisme de couverture. Edenor a tenté de restructurer sa dette mais n'a pu aboutir à un accord avec ses créanciers. Dans le même temps, les investissements ont été réduits, ce qui a créé des litiges avec les pouvoirs publics locaux

Les mesures prises par le Gouvernement argentin ayant rompu le cadre normatif et contractuel, EDF a déposé une demande de dommages et intérêts auprès du Centre international de règlement des différends relatifs à l'investissement (CIRDI).

Durant l'exercice 2004, Edenor a réalisé un chiffre d'affaires de 1,1 milliard de pesos, soit 376 millions de dollars (+ 17 %), un résultat d'exploitation de 39 millions de pesos (- 42 %) et une perte nette de 90 millions de pesos (contre un bénéfice net de 211 millions en 2003) Les fonds propres s'élèvent au bilan de Edenor à 1,53 milliard de pesos, soit 530 millions de dollars, au 31 décembre 2004 La dette nette de Edenor-EASA est de 429 millions de dollars

III. - Electricité de France, dans le cadre de sa politique générale de recentrage vers les marchés européens, a décidé de céder sa participation dans Edenor.

La procédure de cession a été publiquement lancée en avril 2005, alors que le fonds d'investissement Dolphin avait acquis une grande partie de la dette de Edenor-EASA et fait part de son intérêt pour l'acquisition du groupe Neuf investisseurs financiers ont fait acte de candidature et ont pu participer à des salles d'information (data room) ouvertes fin avril et début mai. Les offres finales ont été reçues le 16 mai et l'accord de cession a été finalisé en juin avec l'offreur le mieux disant qui était Dolphin

L'opération comprend les éléments suivants :

- la cession à Dolphin de l'intégralité du capital de EASA et de 14 % des actions directement détenues dans Edenor par EDF pour un montant comptant de 100 millions de dollars ;

- la mise en place de mécanismes d'options d'achat et de vente associés à la participation minoritaire résiduelle de 25 % de EDF dans Edenor, options valorisées par l'expert entre 69 et 76 millions de dollars ;

- la signature d'un accord d'assistance technique ;

- la restructuration de la dette d'Edenor-EASA qui doit, selon l'expert, conduire EDF International à espérer un remboursement de ses créances pour environ 70 millions de dollars ;

- l'abandon par EDF de sa plainte contre le Gouvernement argentin.

Deux autres fonds d'investissements, Marathon et Tavistock, se sont associés à Dolphin

IV. - Le groupe Dolphin a été créé en 1989 par un homme d'affaires argentin, M Marcelo Mindlin Il gère des fonds d'investissement à profils diversifiés dans lesquels le groupe participe lui-même aux côtés d'investisseurs extérieurs. Dolphin conseille également en fusion-acquisition et pour l'émission

d'obligations convertibles

Le groupe Dolphin a investi dans le secteur de l'énergie, acquérant notamment en 2004 le contrôle conjoint de la principale entreprise de transport d'électricité d'Argentine, Transener

V - Conformément à la loi, la commission a disposé du rapport d'évaluation d'Edenor établi par un expert indépendant choisi par EDF, J P Morgan, qui était associé à l'origine dans la privatisation d'Edenor.

L'expert estime que Edenor ne peut être évalué que sur la base d'une actualisation des flux de trésorerie Pour ce faire, il distingue deux scénarios, le premier suivant lequel un accord serait conclu avec les pouvoirs publics argentins sur la renégociation des tarifs (ce qui entraîne abandon de la plainte auprès du CIRDI) et le second qui se situe dans une perspective conflictuelle Dans le second scénario, est inclus dans la valorisation le montant de l'indemnité à attendre de l'arbitrage du CIRDI, évaluée selon sa jurisprudence.

Sur cette base, l'expert présente une fourchette d'évaluation qui est nettement inférieure à la valeur de l'offre du groupe Dolphin telle qu'il l'a déterminée, c'est-à-dire en incluant les espérances ultérieures de recettes sur le remboursement de la dette d'Edenor-EASA et la cession des 25 % résiduels

VI - La commission constate que Electricité de France a conduit une procédure de cession qui a donné lieu à la production d'offres concurrentes et qu'il a retenu l'offre la mieux disante

Il n'en reste pas moins que le prix de la cession, qui au demeurant ne porte pas immédiatement sur la totalité de la participation d'EDF, est très bas en comparaison du coût qu'avait représenté l'acquisition menée de 1992 à 2001 et qui était d'environ 1,4 milliard de dollars La sortie d'Edenor se traduira donc pour EDF par une moins-value considérable dont le montant a déjà été intégralement provisionné.

L'évaluation d'Edenor, compte tenu du contexte dans lequel se trouve la société, est particulièrement difficile L'approche de l'expert constitue une tentative d'approcher la valeur de la société par un raisonnement adapté à cette situation spécifique.

Une autre approche consisterait à appliquer aux données comptables (chiffre d'affaires, excédent brut d'exploitation) de l'exercice 2005 d'Edenor, sur la base de tarifs renégociés, les multiples moyens de sociétés du secteur de l'énergie hors d'Argentine et du secteur des services en Argentine. Ce calcul ferait apparaître que le prix de cession résultant de l'offre de Dolphin n'est pas disproportionné au vu de l'importance des risques juridiques, financiers et macroéconomiques qui affectent la situation de la société

La sortie d'Electricité de France, dont on peut seulement regretter qu'elle ne soit pas totale, lui permet de se retirer d'une zone d'activité où le groupe ne souhaite plus être présent Elle donne ainsi plus de visibilité à EDF, contribue à diminuer ses risques aux yeux du marché et manifeste que le groupe entend solder une période de croissance externe mal maîtrisée

VII - Pour ces motifs, sur la base des éléments qui lui ont été transmis, la commission n'a pas d'objection à formuler sur la transaction envisagée par EDF pour se désengager d'une situation critique.

ATTACHMENT 13

J.O. 199 of August 27, 2005    J.O. available    Alerts by mall    Lois, decrees    AdmiNet codes

This document can also be consulted on the official site Legifrance

# Opinion n° 2005-A-8 of the Commission of the participations and the transfers of 12 July 2005 relating to the transfer of Edenor by Electricity of France

## NOR: ECOX0508683V

The commission gives the following opinion:

I - In a letter dated July 7, 2005, the Minister for the economy, finances and industry seized the commission in order to collect its opinion on the transfer to the sector deprived by Electricity of France of the control of the company Empresa Distribuidora y Comercializadora Norte SA (hereafter "Edenor")

Edenor employs 2 455 people and realized in 2004 a sales turnover of 1,1 billion pesos (approximately 307 million euros). The transfer projected between thus in the field of application of article 20 of the law of August 6, 1986 modified without requiring the assent of the commission. However, the minister wished to consult it as lays down it the last subparagraph of article 3 of the aforementioned law

II - the Edenor company is held:

- for 39 % directly by EDF International SA, integral subsidiary company of Electricity of France;

- for 51 % by Electricidad Argentina SA (hereafter "EASA", holding held to 100 % by EDF International SA);

- for 10 % by the personnel

Electricity of France gradually acquired the control of Edenor of 1992 to 2001, having taken part right from the start in the constitution of EASA which had gained in July 1992 the invitation to tender relating to the transfer of 51 % of the capital of Edenor by the Argentinian authorities. On the whole, this acquisition will have involved for EDF an investment of about 1,4 billion dollar (including 1 billion in 2001).

Edenor, which serves the north-western area of Buenos Aires, is the first distributor of electricity in Argentina and one of most important of Latin America It is titular of a one 95 years duration concession expiring in 2087 The company counts 2,4 million customers

The economic crisis of Argentina in 2001 led the Government of this country to take economic measures which had a strong impact for Edenor from which EDF came to acquire control On the one hand, the tariffs of the company in the beginning expressed in dollars were converted into pesos Argentinian and a

devaluation of the Argentinian peso intervened in January 2002. In addition, the tariffs of electricity were cold whereas the country knew a very high rise of the wholesale prices. These two factors involved between a 2000 and 2002 fall of two thirds of the sales turnover and rough surplus of exploitation expressed in dollars of the United States. The company however continues to post healthy operational performances, improving its productivity and reducing the diversions of electricity

Not having more the capacity to generate the sufficient resources, the company had to suspend in September 2002 the refunding of the main thing of its debt which was made out in dollars and did not profit from any mechanism of cover. Edenor tried to restructure its debt but could not lead to an agreement with its creditors. In same time, the investments were reduced, which created litigations with the local authorities.

The measurements taken by the Argentinian Government having broken the normative and contractual framework, EDF lodged a request for damages with the international Center of settlement of the disputes relating to investment (CIRDI)

During 2004, Edenor carried out a sales turnover of 1,1 billion pesos, that is to say 376 million dollars (+ 17 %), a turnover of 39 million pesos (- 42 %) and a clear loss of 90 million pesos (against a benefit Net of 211 million in 2003). The own capital stocks rise with the assessment of Edenor with 1,53 billion pesos, that is to say 530 million dollars, at December 31, 2004. The clear debt of Edenor-EASA is 429 million dollars.

III - Electricity of France, within the framework of its general policy of centring towards the European markets, decided to yield its participation in Edenor

The procedure of transfer was publicly launched in April 2005, whereas the funds of Dolphin investment had acquired a great part of the debt of Edenor-EASA and fact share of its interest for the acquisition of the group. Last nine financial investors made application form and could take part in rooms of information (room dated) open at the end of April and at the beginning of May. The final offers were received on May 16 and the agreement of transfer was finalized in June with the offerer best saying which was Dolphin

The operation includes/understands the following elements:

- the transfer with Dolphin of the entirety of the capital of EASA and 14 % of the actions directly held in Edenor by EDF for an amount cash of 100 million dollars;

- the installation of mechanisms of sale and options to buy associated with the residual minority interest with 25 % with EDF in Edenor, options developed by the expert between 69 and 76 million dollars;

- the signature of an agreement of technical aid;

- the reorganization of the debt of Edenor-EASA which must, according to the expert, to lead EDF International to hope for a refunding of its credits for approximately 70 million dollars;

- the abandonment by EDF of its complaint against the Argentinian Government

Two other funds of investments, Marathon and Tavistock, joined Dolphin

IV - the Dolphin group was created in 1989 by an Argentinian businessman, Mr Marcelo Mindlin It manages funds of investment to diversified profiles in which the group takes part itself in the sides of

external investors Dolphin also advises in fusion-acquisition and for the issue of convertible bonds

The Dolphin group invested in the energy sector, acquiring in particular in 2004 the joint control of the principal haulage company of electricity of Argentina, Transener

V - In accordance with the law, the commission had the evaluation report of Edenor established by an independent expert chosen by EDF, J P Morgan, which was associated at the origin in the privatization of Edenor

The expert estimates that Edenor cannot be evaluated that on the basis of actualization of flows of treasury With this intention, it distinguishes two scenarios, the following first which an agreement would be concluded with the Argentinian authorities on the renegotiation from the tariffs (what involves abandonment of the complaint at the CIRDI) and the second who is located from the conflict point of view. In the second scenario, is included in valorization the amount of the allowance to await arbitration of the CIRDI, evaluated according to its jurisprudence

On this basis, the expert presents a range of estimate which is definitely lower than the value of the offer of the Dolphin group such as it determined it, i.e. by including the later hopes of receipts on the refunding of the debt of Edenor-EASA and the transfer of 25 % residual

VI - the commission notes that Electricity of France led a procedure of transfer which gave place to the production of concurrent offers and which it retained the offer best saying

It does not remain about it less than the delivery price, which moreover does not relate immediately to the totality of the participation of EDF, is very low in comparison of the cost which had represented the acquisition carried out of 1992 to 2001 and which was approximately 1,4 billion dollar. The exit of Edenor will thus be translated for EDF by a considerable depreciation whose amount completely was already funded.

The evaluation of Edenor, taking into account the context in which the company is, is particularly difficult The approach of the expert constitutes an attempt to approach the value of the company by a reasoning adapted to this specific situation

Another approach would consist in applying to the countable data (sales turnover, rough surplus of exploitation) of 2005 of Edenor, on the basis of renegotiated tariff, the multiple means of companies of out of Argentina and the sector energy sector of the services in Argentina This calculation would reveal that the delivery price resulting from the offer of Dolphin is not disproportionate within sight of the importance of the legal risks, financial and macroeconomic which affect the situation of the company

Exit of Electricity of France, which one can only consider it regrettable that it is not total, allows him to be withdrawn from a zone of activity where the group does not wish any more to be present. It gives thus more visibility at EDF, contributes to decrease its risks with the eyes of the market and proclamation which the group intends to balance one period of external growth evil controlled.

VII - For these reasons, on the basis of element which was transmitted to him, the commission does not have an objection to formulate on the transaction under consideration by EDF to disengage itself of a critical situation