ATTACHMENT 15



Clarín com Friday 20.10.2000 »» Finnish Society **"remain transformers with a highly toxic substance**

A HEALTH HAZARD: HAY IN THE CAPITAL 74 TEAMS TO USE THE REFRIGERANT PCBs

# Still transformers with a highly toxic substance

We recognize Edenor and Edesur

- And promise that supersede the end of the year
- While affirming that they are in safe places, Clarin found that many are easily accessible

HERNAN FIRP

**According** According to the World Health Organization (WHO), the PCB is a highly toxic substance contained in a list of hazardous air pollutants and have carcinogenic effects  The companies Edenor and Edesur **Clarín** recognized that the electricity grid of the Federal Capital remaining 74 transformers using this substance as a coolant  At the same time, dealerships promised that the end of this year removed all equipment containing PCBs, despite the **claim that these processors do not generate any risk.** "They are in good condition and only accessible to technicians," they said

However, a tour of **Clarín** found that this is not the case: in a garage in Palermo, at the hearing, he had a team that had a **loss of a viscous fluid.** And several buildings in the Capital have seen that the processors were at hand (see **In many ....).**

Although companies stress that the remaining teams with PCBs is only in the city of Buenos Aires, the mayor of San Isidro, Gustavo Posse, filed a complaint before a federal court because he had transformers company Edenor "chorreaban that substance" ( **Complaint** see ...).

Following complaints about the possible use of PCBs as a coolant their processors, Edenor said that **does not use that element on the public highway.**

The total population of transformers Capital and Greater Buenos Aires is 36 thousand apparatus  Those that contain PCBs are now 74: Edesur has 35 teams; Edenor, 39  They say companies are in the city  And the National Electricity Regulator (ENRE) ensures that no transformers with this substance on the public highway.

One source of Edesur said: "Over the past year we drew 122 aircraft with PCBs, there are only 35 that are in capital: five in substations and the rest **in apartment buildings, garages or basements."**  And he pledged: "On December 31 there will be no more such teams."

PCBs is the abbreviation of **policlorinato biphenyl,** a substance which includes a list of toxic substances that should disappear, according to the World Health Organization (WHO)  This refrigerant is used in electrical transformers and capacitors.  Also in carbon paper, hydraulic fluids, lubricants and petroleum additives

The PCB **is not biodegradable and would be found that produces various types of cancer.** In Europe is restricting its use to be totally eliminated in 2010; in the United States this substance is not used in transformers since 1979, but still work 24 thousand teams with PCBs prior to that date.

The conflict about the substance when he met a woman from Del Viso, from Pilar, wanted to investigate why he had been diagnosed with leukemia his son four years (see ... **Nobody).**

On this case in point, Edenor explained that samples of equipment located in the town of Del Viso and sent to analyze the INTI (National Institute of Industrial Technology)  The results-date from 1 August 2000 - not reveal the presence of PCBs

Once the deactivation of processors, are transported to a warehouse prosecutor  There is loaded into the device to render shielded casks housed in containers that then travel to one of the five European countries authorized for scrapping: Finland, Britain, France, Spain and Belgium

In Argentina, according to the request by the ENRE, PCB transformers are being replaced by others that contain a **natural oil silicone** (polidimetil siloxano)  The agency states that the replacement should be completed before the first quarter of 2001

The natural oil is a transparent fluid lower density than water, able to regulate the temperature of the transformer and practically combustible **Replacing each transformer costs about 6,000 pesos.**

The National Law 24,051 Hazardous Waste fixed what the permissible limits of PCBs and punished to spill a drop.  John Legisa, owner of ENRE agency that controls the electric power companies, said: "The law does not prohibit the installation of transformers with PCBs  But there is a resolution of the Ministry of Labour (369/91), which states that these substances are toxic order to minimize risks is necessary to take precautions and it is why we established the replacement of the transformers  "

Did you receive any complaints about disturbances caused by the PCBs? "No, only 30 consultations, seek advice or explanations of the chemical compound," they added in the ENRE

According Cristian Nadal, general manager of Edenor, we have 39 transformers with PCBs, and the end of November the draw  Were found in underground chambers or buildings, and only you can access them through trained personnel. Substance leaves the country ; the processor is sold as scrap and in Argentina there are no waste.

Despite the complaints, other sources of Edenor consulted by **Clarin** denied the version that sparked the controversy with a blunt statement: "In the province of Buenos Aires never had transformers with PCBs."

News for free on its website - RSS 🔲🔲 | Clarín com home

Copyright 1996-2008 Clarín com - All rights reserved
Director Ernestina Herrera de Noble | Rules of confidentiality and privacy

Journal Olé | La Razon Newspaper | Internet City | Digital Library
Grupo Clarin

ATTACHMENT 16

# Criminal Procedure

## A Worldwide Study

*Second Edition*

Edited by

### Craig M. Bradley
James L. Calamaras Professor of Law
Indiana University School of Law
Bloomington

Carolina Academic Press
Durham, North Carolina

# Chapter 1

# Argentina

*Alejandro D. Carrió and Alejandro M. Garro*

## I. Introduction

The sources of law regulating the conduct of the police, prosecutors, judges, and other actors of the criminal justice system of Argentina are mostly found in the rules of criminal procedure. Those rules are embodied in the codes of criminal procedure adopted by each of Argentina's twenty-three provinces and those of the National (federal) Code of Criminal Procedure which came into force in 1993 (hereinafter referred to as CcrP).[1] Other areas of judicial and police activity are regulated by rules of practice adopted by the criminal courts, and the regulations and customary practices of the different security forces.[2] Due to obvious limitations of space and time, the following discussion will focus on the federal rules of criminal procedure as embodied in the CcrP of 1993, with occasional references, when warranted, to a few significant variations in state codes of criminal procedure. The CcrP is applied by the national criminal courts sitting in Buenos Aires (the federal capital) when prosecuting ordinary (i.e., non-federal) criminal offenses. The CcrP also governs the prosecution of federal offenses, which are handled by federal district courts scattered throughout the provinces and in the federal capital. By constitutional mandate, state courts have the final word on the interpretation of state codes of criminal procedure. However, it is always possible to appeal to the Supreme Court of Argentina (*Corte Suprema de Justicia de la Nación* or "Supreme Court") from final state court decisions allegedly infringing on rights guaranteed by the National Constitution.

The CcrP retains the basic features of criminal procedure shared by most Continental legal systems influenced by French law. Thus, the preliminary or pre-trial investigation is in the hands of a judge (*juez de instrucción*, hereinafter "investigative magistrate," "magistrate" or "judge"). The public prosecutor may take over the investigation at any time, but only if authorized to do so by the judge.[3] Federal courts of appeal entertain challenges against the most significant interlocutory decisions rendered by investigative magistrates (e.g., whether the accused should stand trial, pre-trial detention decrees).

---

1. Law No. 23984, *Código Procesal Penal de la Nación* ("CcrP"), 51-C ADLA 2904.
2. CcrP art. 4.
3. CcrP art. 196.

3

as a deterrent. This was considered an impermissible tool, amounting to "an anticipated conviction" with no connection to whether or not the defendant would actually escape justice.

According to the weight of scholarly authority, depriving a person of his freedom when he has not yet been convicted violates Article 18 of the CN, which provides, "no inhabitant shall be punished without a previous trial." While admitting that this right is not absolute, most legal commentators are of the opinion that bail may be refused only if the court finds strong reason for believing that the suspect has committed the crime and the evidence before the court points to a specific, rational grounds to believe that the defendant will flee, thereby preventing the trial to take place.[191]

## 2. Charging Instrument

Once the judicial interrogation is completed, the investigative magistrate must decide within ten days, and on the basis of the evidence presented so far, whether there are "sufficient elements of persuasion" (*elementos de convicción suficientes*) to believe that a criminal offense has been committed and whether the defendant participated in it.[192] If the evidence is insufficient to implicate him, the defendant must be unconditionally released for lack of cause (*falta de mérito*), without prejudice to the continuation of the criminal inquiry.[193] If, on the other hand, the magistrate finds "sufficient elements of persuasion," he must issue a charging decision or indictment (*auto de procesamiento*) within ten days after the judicial interrogation. The indictment is issued by the investigative magistrate, without the participation of a grand jury or court, and it must specify the charges, the evidence against the defendant, and the criminal statute that has been allegedly infringed.[194]

The indictment may or may not be accompanied by a pre-trial detention decree, but in any event, the judge must decide at this stage whether the defendant is to remain in custody or released. Even if the charging decision provides that the defendant is to remain in custody, the magistrate retains the power to dismiss the case (*sobreseimiento*) and release the defendant if at any time during the course of the investigation she finds that the offense never took place or that the defendant had nothing to do with it.[195] Public prosecutors have no discretion to decide whether to bring charges and, if so, which charges to bring. They are required to bring a prosecutorial request (*requerimiento de instrucción*) if all the elements of the commission of a criminal offense subject to public prosecution have been met.[196]

---

191. See, e.g., Julio Maier, *Cuestiones fundamentales sobre la libertad del imputado* 29–33 (1981); J. Cafferata Nores, *El imputado no procesado*, JA, No. 5209, 7 July 1981; J. Virgolini, *El derecho a la libertad en el proceso penal* 40 (1984); 1 Vélez Mariconde, *Derecho Procesal Penal Argentino* 321 (3rd ed. 1982).

192. CcrP art. 306.

193. CcrP art. 309. The decision to release a defendant for lack of cause need not be based on reasons, but it may be appealed by the prosecutor and the victim (*querellante particular*). CcrP art. 311.

194. CcrP art. 308.

195. CcrP art. 336: "A dismissal shall proceed when: (1) the criminal action is extinguished; (2) the acts under investigation did not take place; (3) the act under investigation does not fit within the statute; (4) the crime was not committed by the accused; (5) there is a cause for justification, inimputability, inculpability; or a defense. In the case of paragraphs (2), (3), (4), and (5), the judge shall state that the proceedings do not affect the reputation and honor enjoyed by the accused."

196. CcrP art. 188

ATTACHMENT 17



Información general
Miércoles 25 de Mayo de 2005

Por presunta contaminación ambiental con PCB

# Embargan a Edenor por $ 150 millones

**La justicia federal procesó a tres funcionarios de la empresa y a dos del ENRE**

La causa comenzó en 2000 por la denuncia de una vecina de Del Viso La empresa, que dice que no contaminó, apelará la medida ante la Cámara Federal de San Martín

La justicia federal dictó ayer el procesamiento de tres funcionarios técnicos de Edenor y dispuso un embargo preventivo de $ 150 millones a la empresa por presunta contaminación ambiental La misma determinación tomó con dos funcionarios del Ente Nacional Regulador de la Electricidad (ENRE), a quienes procesó por incumplimiento de los deberes de funcionario publico y les trabó un embargo por 1 000 000 de pesos y 250 000 pesos, respectivamente.

La causa, que se inició de oficio en 2000, a raíz de la denuncia de Mabel Bastías de Lorenzo, por presunta contaminación con bifenilos policlorados (PCB) de los transformadores eléctricos de la empresa, será apelada por Edenor ante la Cámara Federal de San Martín, según informó la compañía mediante un comunicado.

Este fallo es algo histórico Nunca pensé que la justicia del hombre pudiera hacer algo porque no creía en ella Con esto, ahora estoy esperanzada", dijo Mabel Bastías, madre de Nahuel, que murió tras padecer leucemia, segun ella a causa de la contaminación por PCB.

El juez federal de Zárate y Campana Efraín Fagionatto Márquez procesó a tres funcionarios técnicos de Edenor -Daniel Lello, Luciano Pironio y Adalberto Márquez- por considerarlos autores "penalmente responsables del delito de contaminación peligrosa para la salud", según consta en la resolución a la que tuvo acceso LA NACION A los tres les trabó un embargo preventivo por 500 000 pesos

En tanto, a Juan Antonio Legisa, ex director del ENRE, y a María Cristina Massei, agente de ese organismo, los procesó por incumplimiento de los deberes de funcionario publico y dispuso el embargo preventivo en sus bienes por 1 000 000 de pesos y 250 000 pesos, respectivamente.

El magistrado, además, dispuso la falta de mérito de tres imputados y sobreseyó a otros 20 acusados.

La empresa rechazó de plano la decisión judicial "De la causa no surge que Edenor haya incumplido el deber de cuidado o de mantenimiento de objetos peligrosos. No se encontró PCB en tierra, ni en vegetales, ni en muestras de raspados e hisopados, ordenados en la causa. Tampoco se ha detectado contaminación de aguas superficiales ni profundas que tengan vinculación con elementos utilizados por Edenor Las contaminaciones halladas no tienen relación alguna con las actividades de Edenor ni con rastros de PCB", se expresó en un comunicado

## Bajos niveles

"Los unicos peritajes que determinaron un bajo nivel de PCB fueron extraídos del interior de algunos de los transformadores analizados, que estaban en buen funcionamiento y no presentaban pérdidas de refrigerante, es decir que no estaban en condiciones de ocasionar contaminación alguna", continuó.

La empresa recordó, además, que sólo el 18 de noviembre de 2002 las autoridades nacionales fijaron, a través de la ley 25 670, aún no reglamentada, la obligatoriedad de la eliminación gradual del PCB, al establecer como plazo el año 2010

Según Mabel Bastías, "la contaminación no se borra con el codo  Tenemos plena confianza de que esto va a seguir adelante  Cuando todo esto empezó, cada uno de los vecinos se acordaba de los transformadores que tenía cerca de su casa, a la vuelta. Al principio, decían que esos equipos no tenían PCB; ahora, dicen que tienen otras concentraciones".

Mabel y su esposo, Guillermo Lorenzo, no se mudaron de su casa en Del Viso a pesar de que creen que su hijo Nahuel murió como consecuencia de la presunta contaminación que generaron los transformadores eléctricos.

"Yo no tengo por qué mudarme. La empresa tiene que remediar lo que provocó. Hay muchos Nahueles en el barrio por los que tenemos que velar. Ahora que Nahuel no está, a mí de acá no me saca nadie', dijo la mujer.

Laura Rocha

http://www.lanacion.com.ar/informaciongeneral/nota.asp?nota_id=707065
LA NACION | 25 05 2005 | Página 20 | Información general

Copyright 2005 SA LA NACION | Todos los derechos reservados

ATTACHMENT 18



For presumed environmental contamination with PCB

# Attachment on Edenor asset of $ 150 million

**Federal justice convicted three civil employees of the company and two of the ENRE**
**The cause began in 2000 with the denunciation of a neighbor of Del Viso  The company, that says**
**that it did not contaminate, will appeal the ruling before the Federal Court of San Martín**

Federal justice ruled yesterday the conviction of three technical civil employees of Edenor and had a preventive attachment of $ 150 million on the company's assets for presumed environmental contamination  The same ruling convicted two civil employees of the Regulating National Board of Electricity (ENRE), convicted of breach of the duties of government official with attachment on their assets up to 1 000 000 pesos and 250,000 pesos, respectively

The case, that began in 2000, as a result of the denunciation of Mabel Bastías de Lorenzo, for presumed contamination with policlorados bifenilos (PCB) of the electrical transformers of the company, will be appealed by Edenor before the Federal Court of San Martín, according to information from the company by means of an official notice

"This outcome is something historical. I never thought that the justice of men could do something because I did not believe in her  With this, now I am hopeful ", said Mabel Bastías, mother of Nahuel, who died after suffering leukemia, according to her because of the contamination by PCB

The federal judge of Zárate and Campana Efraín Fagionatto Márquez convicted three technical civil employees of Edenor - Daniel Lello, Luciano Pironio and Adalberto Márquez- to consider them authors "legally responsible for the crime of contamination hazardous for the health", according to the decision to which the NATION had access  To the three he attached a 500,000 pesos penalty to their assets

As for Juan Antonio Legisa, ex- director of the ENRE, and Maria Cristina Massei, agent of that organism, he convicted them with breach of the duties of government official and attached on their personal property 1,000,000 pesos and 250,000 pesos, respectively  The magistrate, in addition, ruled the lack of merit for three indicted (put into examination) and withdrawal of case to 20 other defendants
The company rejected the judicial decision  "From the case it does not arise that Edenor has failed to take good care of or to maintain dangerous equipments  No PCB was found in the soil, neither in vegetables, nor in scraped samples (    hisopados), ordered in the case  Superficial or groundwater contamination has not been detected either, that has entailment with elements used by Edenor  The found contaminations are not related to the activities of Edenor nor with signs of PCB ", was expressed in an official notice

## Low levels

"The only expert works that determined a low level of PCB were extracted of the interior of some of the analyzed transformers, that were in good working condition and did not present/display losses of coolant, is to say that they could not cause some contamination some", continued

The company reminds, in addition, that only since November 18th 2002 the national authorities determined, through law 25,670, not yet voted, the mandatory gradual elimination of PCB, establishing like the term as year 2010

According to Mabel Bastías, "the contamination does not flock with the elbow  We have total confidence this is going to follow ahead  When all this began, each one of the neighbors remembered the transformers that he had near their house, to the return  In the beginning, they said that those equipments did not have PCB; now, they say that they have other concentrations "

Mabel and her husband, Guillermo Lorenzo, did not move from their house in De Viso although they think that their son Nahuel died as a result of the presumed contamination generated by the electrical transformer

"I do not plan to move  The company must remedy what they caused  There are many Nahuels in the district we must protect  To me the fact that now Nahuel is dead does not remove anybody from here ", said the woman to me

**Laura Rocha**
http://www lanacion.com ar/informaciongeneral/nota.asp?nota_id=707065
LA NACION | 25.05 2005 | Páge 20 | general information
Copyright 2005 SA LA NACION | All rights reserved

http://www lanacion com ar/herramientas/printfriendly/printfriendly asp?origen=3ra&nota    3/30/2008

ATTACHMENT 19

PATRICK DE BOTHEREL

Gaujacq v. Electricite de France, et al                          3/23/2006

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

-----------------------------------X
CATHERINE GAUJACQ                      :
                Plaintiff              : No.
        v.                             : 1:05CV0969
ELECTRICITE DE FRANCE                  : (JGP)
INTERNATIONAL NORTH AMERICA, INC.,:
ET AL                                  :
                Defendants             :
-----------------------------------X


                Washington, D.C.

            Thursday, March 23, 2006


    Deposition of:

                PATRICK DE BOTHEREL,

        The witness, was called for examination by

    counsel for the Plaintiff, pursuant to notice,

    commencing at 8:47 a.m., at the law office of

    Steptoe & Johnson, 1330 Connecticut Avenue, N.W.,

    Washington, D.C., 20036, before Sheri C. Stewart,

    Registered Professional Reporter and Notary Public

    in and for the District of Columbia, when were

    present on behalf of the respective parties:

PATRICK DE BOTHEREL

Gaujacq v. Electricite de France, et al                    3/23/2006

Page 156

1    understand what your answer was.

2              You cannot answer the question because

3    you're not aware of any data; is that correct?

4        A    No, I cannot answer to this question

5    because I am not certain of the answer, and I am

6    not going to answer just whatever.

7        Q    Why was an audit ordered in July 2004

8    at EDFINA?

9        A    I think that we have to look at the

10   true story.  And maybe look at the process in

11   place within EDF when it comes to audits.  Audits

12   are ordered upon instruction of the present CEO of

13   EDF.

14             Each year, it is asked of all branch

15   directors or the high manager, the highly placed

16   managers of the company to establish -- to

17   establish an audit list which they would like to

18   see done in their field of activity.

19             These missions are then taken over by

20   the department -- the audit department.  And then

21   the audit department gives its opinion about this

22   type of audit and submits lists with the proposed

PATRICK DE BOTHEREL
Gaujacq v. Electricite de France, et al                    3/23/2006

Page 157

1   audits to the CEO.

2            And then the CEO decides with

3   regards -- concerning the audits which need to be

4   ordered.

5            In the case of EDF, EDFINA, the

6   procedure was as follows:  It was proposed to the

7   CEO of EDF to order an audit for the entire

8   American branch.

9            So an audit had been launched for the

10  existing subsidiaries in Argentina, the same thing

11  happened in Brazil, and the same thing happened in

12  Mexico, and the same thing happened in the U.S.

13           The only difference was that in the

14  U.S. Mr. Ponasso ordered the date for the audit

15  should be delayed a little bit because EDF EDFINA

16  changed the person in charge, the responsible

17  person.

18           And I have to add that this is

19  something completely normal within EDF.  I can

20  give you exact examples.

21           In France, we have 105 or 107

22  distribution centers.  The person in charge for

PATRICK DE BOTHEREL

Gaujacq v. Electricite de France, et al                    3/23/2006

Page 158

1    such a distributions is elected for the period of

2    three years.

3              And when a new representative is

4    elected, there is systematically an audit done on

5    whatever has been done, on what has been done by

6    the preceding person.  It is a normal procedure

7    within EDF.

8        Q    When was it decided that there would be

9    an audit of EDFINA?

10       A    The decision of the audit for the

11   American branch was taken, I believe, end of 2003,

12   beginning of 2004.  Several countries in the

13   America branch.

14             And so it was -- it was decided to

15   start by Argentina, then Brazil, then Mexico.

16   Then EDFINA should be.

17             And then Ponasso ordered a delay, I

18   don't remember how much a delay was, 15 days or

19   one month.  Because there was a change of manager

20   within EDFINA.

21       Q    How do you know all of that?

22       A    Well, because I reviewed all that in