ATTACHMENT 20

| EDF<br>Direction de l'audit | AUDIT « Controle interne de la délégation EDF<br>du bureau de Washington »<br>- Version définitive | 2004-V3-19<br>Page 2 sur 46 |
|---|---|---|

## EQUIPE D'AUDIT

Directeur de l'Audit :    Daniel DUBOIS
Superviseur :    Serge HOUDBINE
Chef de mission :    Thierry MILLET
Auditrice :    Isabelle BURG
Chargé du suivi post-audit à la    Isabelle BURG.
Direction de l'Audit

## REUNION DE VALIDATION

| Date | Prénom NOM | Participants<br>Fonction |
|---|---|---|
| 19 juillet 2004 | Fernando PONASSO<br>Christian NADAL<br>Daniel DUBOIS<br>Serge HOUDBINE<br>Thierry MILLET<br>Isabelle BURG. | Directeur Branche Amérique<br>Président EDF International North America<br>Inc.<br>Directeur de l'Audit<br>Superviseur - Direction de l'Audit<br>Chef de Mission - Direction de l'Audit<br>Auditrice - Direction de l'Audit |

## REDACTION – VALIDATION

| Chef de mission | | Superviseur | | Directeur de l'Audit | |
|---|---|---|---|---|---|
| Visa | | Visa | | Visa | |
| Date | Date | Serge HOUDBINE | | Date | Daniel DUBOIS |
| Thierry MILLET | | | | | |

## DIFFUSION

| Destinataires de l'original | | | Destinataires de copies | | |
|---|---|---|---|---|---|
| Prénom NOM | Fonction | Nb | Prénom NOM | Fonction | Nb |
| Fernando PONASSO | Directeur BAm | 1 | Pierre GADONNEIX | Président d'EDF | 1 |
| Christian NADAL | Président EDFINA | | Jean-Louis MATHIAS | Conseiller du<br>Président | |
| | | | Catherine GALUACQ<br>(sous-couvert de C.<br>NADAL) | Vice Présidente<br>EDFINA (ex.<br>Présidente) | |
| | | | Cabinet du Président | | |
| | | | Direction de l'audit | | |

© Direction de l'audit

EDF 001266

---

PRESIDENCE

DIRECTION DE L'AUDIT

Paris, le 19 juillet 2004

## RAPPORT D'AUDIT

### Version définitive

## AUDIT « CONTROLE INTERNE DE LA DELEGATION EDF DU BUREAU DE WASHINGTON »

Période d'intervention : du 28 juin au 9 juillet 2004

Document strictement interne à diffusion restreinte
Communication à l'extérieur interdite
Reproduction soumise à autorisation

© Direction de l'audit

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » Version définitive » | 2004- V3-19 Page 3 sur 45 |
|---|---|---|

### COPIES SUPPLEMENTAIRES ULTERIEURES

| Destinataire(s) de la copie | | | Accord | | | |
|---|---|---|---|---|---|---|
| NOM Prénom | Fonction | Nb | NOM Prénom | Fonction | Date | Visa |
| | | | | | | |
| | | | | | | |

© Direction de l'audit

---

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » Version définitive » | 2004- V3-19 Page 4 sur 45 |
|---|---|---|

## AVERTISSEMENT

IMPORTANT

Ce document est un rapport d'audit. Il matérialise le travail des auditeurs.

Il est vivement recommandé à ses destinataires de ne pas étendre sa diffusion car :

- Il contient des informations confidentielles,
- son style peut surprendre un lecteur non averti.

"Au moins une page sur ce qui ne va pas : les dysfonctionnements, au plus quelques lignes sur ce qui va : les bonnes pratiques relevées".

Un rapport d'audit n'est pas neutre : il analyse une situation, mais, comme un devis de réparation, il met l'accent sur les dysfonctionnements avec pour objectif de faire développer, ce qui est l'essentiel : des actions de progrès.

Il contient des recommandations. Une recommandation n'est pas une critique, elle n'implique pas de faute ; c'est une amélioration proposée au responsable habilité à mener l'action. Il est en charge de développer et mettre en place une solution au problème soulevé : celle proposée ou une meilleure.

© Direction de l'audit

EDF 001267

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive | 2004-V3-18 Page 5 sur 45 |
| --- | --- | --- |

## SOMMAIRE

SYNTHESE........................................................................................5

PLAN D'ACTIONS..............................................................................8

OBJECTIFS GENERAUX DE LA MISSION.........................................22

METHODE UTILISEE..........................................................................22

Contexte............................................................................................22

Limites ou exclusions du champ de l'audit :....................................23

Déroulement de la mission................................................................23

POINTS FORTS CONSTATES DURANT LA MISSION DU BUREAU DE WASHINGTON........24

FICHE DESCRIPTIVE DU BUREAU DE WASHINGTON.........................26

FICHES D'ANALYSE............................................................................27

Fiche 1 : Pilotage des activités du bureau de Washington................31

Fiche 2 : Organisation du bureau de Washington..............................34

Fiche 3 : Contrôle interne..................................................................39

SYNTHESE DES RECOMMANDATIONS................................................44

Annexe : Extrait du processus de fin d'audit.

---

| EDF Direction de l'audit | AUDIT « Contrôle interne du bureau de Washington » - Version définitive | 2004-V3-18 Page 6 sur 45 |
| --- | --- | --- |

## SYNTHESE

L'audit « flash » 2004-V3-18 portant sur le contrôle interne de la Délégation EDF du bureau de Washington est intervenu après la nomination d'un nouveau Président d'EDFINA, approuvée en Conseil d'Administration du 1er juin 2004; le Président sortant occupant maintenant une des deux fonctions de Vice Président.

Le présent rapport constitue donc une photographie, à la date de l'audit, des risques principaux relatifs aux activités du bureau de Washington.

Les activités liées à NUSTART Energy Development LLC ont été exclues de cet audit « flash » ; seuls les éléments relatifs aux engagements financiers et à leur suivi, ainsi que les principales décisions liées au projet ont été intégrés dans le champ du présent audit.

### Avis de la Direction de l'Audit

Sur la base de ses travaux, la mission d'Audit estime que le contrôle du bureau de Washington n'est pas satisfaisant. Un renforcement du contrôle interne et le pilotage de ses activités est nécessaire notamment pour améliorer la sécurité financière des projets suivis par EDFINA.

### Constats de faiblesses et dysfonctionnements :

- Les prévisions, le suivi et la consolidation budgétaires d'EDFINA ne sont pas pilotés. La trésorerie du bureau, insuffisamment anticipée, présentait à fin 2003 un excédent de plus de 646.000 US.$, alors que le règlement nécessaire se limite à 80.000 US.$.

- Les activités du domaine nucléaire, au travers du projet NUSTART, ne font pas l'objet d'un reporting financier précis. Le nouveau Président ne dispose pas de vision globale sur ce projet qui représente plus de 50% du budget EDFINA (budget non approuvé formellement au moment de l'audit) par la Branche Energies pour l'exercice 2004.

- Le bureau de Washington présente des dysfonctionnements en matière d'organisation et de communications internes. Les dirigeants et le personnel ne sont pas suffisamment sensibilisés aux règles de sécurité des informations et de sécurité financière. L'Audit a constaté que plusieurs livrables de prestations de conseil et d'études juridiques ne sont pas reçus et disponibles au sein du bureau de Washington alors que les prestations ont été livrées et payées par EDFINA. Les expatriés ne sont pas recrutés de façon précise et le réseau d'expatriés n'est plus animé.

- Le contrôle interne n'est pas suffisamment formalisé et mis en œuvre. Suite au changement de Président, les délégations et subdélégations de pouvoirs ont évolué mais elles sont encore imprécises en matière de définition de seuil d'autorisation de dépenses et ne sont pas connues au sein du bureau. Les actes d'achat d'EDFINA ne respectent pas les procédures du Groupe EDF en matière de mise en concurrence des prestataires et de séparation de pouvoirs entre la passation de commande et le paiement des prestations.

*La trésorerie enregistrée en fin d'exercice sur les années antérieures se situait aux environs 100.000 US.$.*

EDF 001268

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004-V3-18 Page 7 sur 45 |
| --- | --- | --- |

**Principales recommandations adressées au Président EDFINA :**

Sur la base de ces constats, le Président EDFINA devra :

• Dans le cadre du renforcement du pilotage :

Mettre en place un dispositif d'approbation formelle des comptes pour le CA d'EDFINA et engager une étude permettant de gérer sur le plan comptable les éventuels produits vendus au travers de NUSFART ENERGY DEVELOPEMENT LLC.

Mettre en place un dispositif de missionnement d'EDFINA par ses entités « clientes » (Tête de Groupe, Branche Energies et R et D).

Appliquer la procédure de « cash pooling » du Groupe EDF en établissant notamment un plan de prévision de trésorerie au regard des engagements d'EDFINA et des délais de réapprovisionnement par la Trésorerie du Groupe EDF.

• Dans le cadre de l'organisation :

Mettre en place un système d'information centralisé qui permette d'archiver l'ensemble des dossiers et informations traités par le bureau, en mettant un système de verrouillage en fonction du degré de confidentialité des informations. (La base Notes pourrait par exemple être déployée).

Renforcer le dispositif de suivi des expatriés en établissant un état des lieux précis sur la base de fiches signalétiques et animer le réseau des expatriés au travers des informations issues des remontées de bilans mensuels.

• Dans le cadre du renforcement du contrôle interne :

Préciser les délégations et subdélégations de pouvoirs au regard des décisions du 18 juin 2004 et du « board » au 1er juillet 2004 en fixant notamment des limites de dépenses autorisées pour les « officers » d'EDFINA.

Formaliser et mettre en place un dispositif de contrôle interne respectueux de la séparation des pouvoirs (engagement, réception et paiement des commandes), le communiquer aux collaborateurs et veiller à son application. Fixer par ailleurs les règles de traçabilité des accords hiérarchiques sur les engagements réalisés en particulier pour les voyages et dépenses personnelles.

Le Plan d'Action présente ci-dessous satisfait les recommandations émises par la Direction de l'audit.

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004-V3-18 Page 8 sur 45 |
| --- | --- | --- |

PLAN D'ACTIONS

au 13 septembre 2004

EDF 001269

| EDF<br>Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF<br>du bureau de Washington »<br>- Version définitive - | 2004- V3-18<br>Page 9 sur 45 |
| --- | --- | --- |

## 1 - Recommandations suivies par le Directeur Général Opérations

**1 – PILOTAGE DES ACTIVITES**

*Sur proposition du Président d'EDFINA, les Directeurs des entités clientes d'EDFINA (Branche Energies, R&D et Tête de Groupe), conjointement avec le Directeur de la BAm devront :*

R1.3 Formaliser les missions que (les branches) confient à EDFINA, en précisant notamment les objectifs, les moyens, les délégations de pouvoirs associés et les modalités de reporting

Enjeux / Risques :

Suite donnée : action retenue : ☒   action à l'étude : ☐   action refusée : ☐

Chargé de suivi pour la Direction de l'audit : I. BURG

| RÉPONSE :<br>Nom : Christian NADAL<br>Fonction :<br>Date : 13/09/2004 | Description du plan d'actions⁴<br>Formaliser les missions rémunérées existantes :<br>• Nustart<br>• Visas R&D | Pilotes<br>C Nadal | Dates⁵<br>12/04<br>12/05 | Avis de la Direction de l'audit⁶ | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Q⁶<br>M<br>M | %<br>0<br>0 | Commentaires<br>Répond a priori à la recommandation sous réserve que la formalisation des missions se fassent en lien avec les Branches.<br>La procédure à mettre en place doit être fournie à la DA à la date d'échéance fixée |

⁴ Y compris responsabilités et dates prévues. Si mis à l'étude : raisons, objectifs, responsabilités et date de décision définitive. Si refusée : raisons, engagement du manager assumant les conséquences.
⁵ Date échéance de la mise en oeuvre
⁶ Avis motivé sur le plan d'actions : Q = Qualité : faible (f), Moyen (M), Fort (Ft), Non reçu (Nr) ; % = degré d'avancement en % ; Commentaires et demande éventuelle d'éléments probants
© Direction de l'audit

---

| EDF<br>Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF<br>du bureau de Washington »<br>- Version définitive - | 2004- V3-18<br>Page 10 sur 45 |
| --- | --- | --- |

## 2 - Recommandations suivies par la Direction de l'Audit

**1 – PILOTAGE DES ACTIVITES**

*Le Président d'EDFINA devra :*

R1.2 Mettre en place un dispositif d'approbation formelle des comptes pour le CA d'EDFINA et engager une étude permettant de gérer sur le plan comptable les éventuels produits vendus au travers de Nustart Développement LLC.

Enjeux / Risques :

Suite donnée : action retenue : ☒   action à l'étude : ☐   action refusée : ☐

Chargé de suivi pour la Direction de l'audit : I. BURG

| RÉPONSE :<br>Nom : Christian NADAL<br>Fonction :<br>Date : 13/09/2004 | Description du plan d'actions⁴<br>• Approbation formelle des comptes 2004 en conformité avec la loi américaine, et dans le respect des procédures budgétaires de la branche.<br>• Formalisation du dispositif de traitement des recettes | Pilotes<br>C Nadal | Dates⁵<br>05/05<br>05/05 | Avis de la Direction de l'audit⁶ | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | M<br>M | 0<br>0 | Commentaires<br>Répond a priori à la recommandation, sous réserve que l'action 2004 sur l'approbation formelle des comptes fasse l'objet d'un dispositif plus global et pérenne dans le temps.<br>La procédure à mettre en place doit être fournie à la DA à la date d'échéance fixée. |

⁴ Y compris responsabilités et dates prévues. Si mis à l'étude : raisons, objectifs, responsabilités et date de décision définitive. Si refusée : raisons, engagement du manager assumant les conséquences.
⁵ Date échéance de la mise en oeuvre
⁶ Avis motivé sur le plan d'actions : Q = Qualité : faible (f), Moyen (M), Fort (Ft), Non reçu (Nr) ; % = degré d'avancement en % ; Commentaires et demande éventuelle d'éléments probants
© Direction de l'audit

| EDF<br>Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF<br>du bureau de Washington »<br>- Version définitive - | 2004-V3-18<br>Page 11 sur 45 |
|---|---|---|

**2 – ORGANISATION DU BUREAU**

*Le Président d'EDFINA devra :*

R2.1 Mettre en place un système d'information centralisé qui permette de tracer et d'archiver l'ensemble des dossiers et informations traité par le bureau en intégrant un système de verrouillage en fonction du degré de confidentialité des informations (une base notes pourrait, par exemple être déployée)

Enjeux / Risques :

Suite donnée :   action retenue : ☒   action à l'étude : ☐   action refusée : ☐

Chargé de suivi pour la Direction de l'audit : J. BURG

| Nom : Christian NADAL | Description du plan d'actions[7] | Pilotes | Dates[8] | Avis de la Direction de l'audit[9] | | |
|---|---|---|---|---|---|---|
| Fonction : | | C Nadal | | Q | M | Commentaires |
| Date : 13/09/2004 | • Intégrer un projet de base documentaire au cahier des charges du futur système informatique<br>• Mettre en place un système d'information étendu | | 12/04<br><br>2ᵉ trim.05 | Ft | D | Répond a priori à la recommandation<br>Le cahier des charges doit être fourni à la DA à la date d'échéance fixée ainsi que la note accompagnant la mise en œuvre du système d'information étendu |

[7] Y compris responsabilités et dates prévues. Si mis à l'étude : raisons, objectifs, responsabilités et date de décision définitive. Si refusée : raisons, engagement du manager assumant les conséquences.
[8] Date échéance de la mise en œuvre
[9] Avis motivé sur le plan d'actions : Q = Qualité : faible (f), Moyen (M), Fort (Ft), Non reçu (Nr) ; % = degré d'avancement en % ; Commentaires et demande éventuelle d'éléments probants
© Direction de l'audit

---

| EDF<br>Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF<br>du bureau de Washington »<br>- Version définitive - | 2004-V3-18<br>Page 12 sur 45 |
|---|---|---|

**2 – ORGANISATION DU BUREAU**

*Le Président d'EDFINA devra :*

R2.4 Etablir les lettres et délégations de pouvoir des membres du bureau et systématiser les entretiens individuels, sur la base des objectifs fixés

Enjeux / Risques :

Suite donnée :   action retenue : ☒   action à l'étude : ☐   action refusée : ☐

Chargé de suivi pour la Direction de l'audit : J. BURG

| Nom : Christian NADAL | Description du plan d'actions[10] | Pilotes | Dates[11] | Avis de la Direction de l'audit[12] | | |
|---|---|---|---|---|---|---|
| Fonction : | | C Nadal | | Q | M | Commentaires |
| Date : 13/09/2004 | • Etablir les lettres de missions de tous les agents<br>• Entretiens individuels | | 12/04<br><br>03/05 | Ft<br><br>Ft | R | Répond a priori à la recommandation<br>Les documents à mettre en place doivent être fournis à la DA à la date d'échéance fixée. |

[10] Y compris responsabilités et dates prévues. Si mis à l'étude : raisons, objectifs, responsabilités et date de décision définitive. Si refusée : raisons, engagement du manager assumant les conséquences.
[11] Date échéance de la mise en œuvre
[12] Avis motivé sur le plan d'actions : Q = Qualité : faible (f), Moyen (M), Fort (Ft), Non reçu (Nr) ; % = degré d'avancement en % ; Commentaires et demande éventuelle d'éléments probants
© Direction de l'audit

| EDF<br>Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF<br>du bureau de Washington »<br>- Version définitive - | 2004-V3-18<br>Page 13 sur 45 |
|---|---|---|

**2 – ORGANISATION DU BUREAU**

*Le Président d'EDFINA devra :*

R2.5 Informer l'ensemble des responsables du groupe EDF de la nécessité de communiquer par anticipation au bureau de Washington les projets d'expatriation aux USA et Canada afin de respecter les règles d'immigration.
Renforcer le dispositif de suivi des expatriés en établissant un état des lieux précis, sur la base des fiches signalétiques, et animer le réseau des expatriés, à travers des informations issues des remontées de bilans mensuels.

Enjeux / Risques :

Suite donnée :  action retenue :☒        action à l'étude : ☐        action refusée : ☐

Chargé de suivi pour la Direction de l'audit :
L. BURG

| Réponse<br>Nom : Christian NADAL<br>Fonction :<br>Date : 13/09/2004 | Description du plan d'actions[13] | Pilotes<br>C.Nadal | Dates[14] | Avis de la Direction de l'audit[15] | | |
|---|---|---|---|---|---|---|
| | | | | Q | % | Commentaires |
| | • État de lieux des expatriés.<br>• Évaluer les obligations du Bureau de Washington vis-à-vis de l'immigration US.<br>• Dans la mission du bureau, définir le rôle à exercer vis-à-vis des expatriés. | | Fait 09/04<br>12/04<br>12/04<br>02/12-5 | Ft<br><br>Ft | 100%<br>0<br>0 | Répond a priori à la recommandation<br>La formalisation des documents à mettre en place doit être fournie à la DA à la date d'échéance fixée |

---

[13] Y compris responsabilités et dates prévues. Si mis à l'étude : raisons, objectifs, responsabilités et date de décision définitive. Si refusée : raisons, engagement du manager assumant les conséquences.
[14] Date échéance de la mise en œuvre
[15] Avis motivé sur le plan d'actions : Q = Qualité : faible (f), Moyen (M), Fort (Ft), Non reçu (Nr) ; % = degré d'avancement en % ; Commentaires et demande éventuelle d'éléments probants
© Direction de l'audit

| EDF<br>Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF<br>du bureau de Washington »<br>- Version définitive - | 2004-V3-18<br>Page 14 sur 45 |
|---|---|---|

**3 – CONTROLE**

*Le Président d'EDFINA devra :*

R3.1 Préciser les délégations et subdélégations de pouvoirs au regard des décisions du 18 juin 2004 et de celles du board du 1er juin 2004, en fixant notamment les limites de dépenses autorisées.

Enjeux / Risques :

Suite donnée :  action retenue :☒        action à l'étude : ☐        action refusée : ☐

Chargé de suivi pour la Direction de l'audit :
L. BURG

| Réponse<br>Nom : Christian NADAL<br>Fonction :<br>Date : 13/09/2004 | Description du plan d'actions[16] | Pilotes<br>C.Nadal | Dates[17] | Avis de la Direction de l'audit[18] | | |
|---|---|---|---|---|---|---|
| | | | | Q | % | Commentaires |
| | • Note délégations de pouvoirs | | 12/04 | Ft | 0 | Répond a priori à la recommandation<br>Les notes de délégations à mettre en place doivent être fournies à la DA à la date d'échéance fixée |

---

[16] Y compris responsabilités et dates prévues. Si mis à l'étude : raisons, objectifs, responsabilités et date de décision définitive. Si refusée : raisons, engagement du manager assumant les conséquences.
[17] Date échéance de la mise en œuvre
[18] Avis motivé sur le plan d'actions : Q = Qualité : faible (f), Moyen (M), Fort (Ft), Non reçu (Nr) ; % = degré d'avancement en % ; Commentaires et demande éventuelle d'éléments probants
© Direction de l'audit

| EDF<br>Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF<br>du bureau de Washington »<br>- Version définitive - | 2004-V3-18<br>Page 15 sur 45 |
| --- | --- | --- |

**3 -- CONTROLE**

*Le Président d'EDFINA devra :*

R3.2 Formaliser et mettre en place un dispositif de contrôle interne respectueux de la séparation des pouvoirs (engagement, réception, et paiement des commandes), le communiquer aux collaborateurs et vérifier son application. Fixer par ailleurs des règles de traçabilité des accords hiérarchiques sur les engagements réalisés (en particulier pour les voyages et les dépenses personnelles).

Enjeux / Risques :

Suite donnée : action retenue : ☒    action à l'étude : ☐    action refusée : ☐

Chargé de suivi par la Direction de l'audit : I. BURG

| Réponse<br>Nom : Christian NADAL<br>Fonction :<br>Date : 13/09/2004 | Description du plan d'actions[19]<br><br>• Etablir une procédure interne précisant les rôles en matière d'engagement de commandes, de réception et de paiement. | Pilotes<br>C Nadal | Dates[20]<br>12/04 | Avis de la Direction de l'audit[21]<br>Commentaires<br>Répond a priori à la recommandation sous réserve d'une mise en œuvre effective de la procédure et d'un contrôle régulier. La procédure à mettre en place doit être fournie à la DA à la date d'échéance fixée. |
| --- | --- | --- | --- | --- |

[19] Y compris responsabilités et dates prévues. Si mis à l'étude : raisons, objectifs, responsabilités et date de décision définitive. Si refusée : raisons, engagement du manager assumant les conséquences.
[20] Date échéance de la mise en œuvre
[21] Avis motivé sur le plan d'actions : Q = Qualité : faible (I) Moyen (M) Fort (Ft) Non reçu (Nr) ; % = degré d'avancement en % ; Commentaires et demande éventuelle d'éléments probants
© Direction de l'audit

---

| EDF<br>Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF<br>du bureau de Washington »<br>- Version définitive - | 2004-V3-18<br>Page 16 sur 45 |
| --- | --- | --- |

**3 -- CONTROLE**

*Le Président d'EDFINA devra :*

R3.3 Imposer un seuil de paiement maximum par carte de crédit AMEX et une double signature pour autoriser l'établissement de chèques AMEX.

Enjeux / Risques :

Suite donnée : action retenue : ☒    action à l'étude : ☐    action refusée : ☐

Chargé de suivi par la Direction de l'audit : I. BURG

| Réponse<br>Nom : Christian NADAL<br>Fonction :<br>Date : 13/09/2004 | Description du plan d'actions[22]<br><br>• Définir le seuil de paiement AMEX<br>• Procédure de signature et contrôle des chèques AMEX | Pilotes<br>C Nadal | Dates[23]<br>12/04 | Avis de la Direction de l'audit[24]<br>Commentaires<br>Répond a priori à la recommandation<br>La procédure à mettre en place doit être fournie à la DA à la date d'échéance fixée. |
| --- | --- | --- | --- | --- |

[22] Y compris responsabilités et dates prévues. Si mis à l'étude : raisons, objectifs, responsabilités et date de décision définitive. Si refusée : raisons, engagement du manager assumant les conséquences.
[23] Date échéance de la mise en œuvre
[24] Avis motivé sur le plan d'actions : Q = Qualité : faible (f) Moyen (M) Fort (Ft) Non reçu (Nr) ; % = degré d'avancement en % ; Commentaires et demande éventuelle d'éléments probants
© Direction de l'audit

| EDF<br>Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF<br>du bureau de Washington »<br>- Version définitive - | 2004-V3-18<br>Page 17 sur 45 |
|---|---|---|

### 1 – PILOTAGE DES ACTIVITES

*Le Président d'EDFINA, en lien avec le Directeur de la BAm devra :*

R1.4  Appliquer la procédure de cash pooling du groupe EDF en établissant notamment un plan de prévision de trésorerie au regard des engagements d'EDFINA et en intégrant les délais de réapprovisionnement par la trésorerie du groupe EDF

**Enjeux / Risques :**

Suite donnée :      action retenue :☒           action à l'étude : ☐          action refusée : ☐

**Chargé de suivi pour la Direction de l'audit :** J.BURG

| Nom : Christian NADAL | Description du plan d'actions[28] | Pilotes | Dates[29] | Avis de la Direction de l'audit[30] | | |
|---|---|---|---|---|---|---|
| Fonction :<br>Date : 13/09/2004 | • Justifier de manière précise les demandes de virements mensuels pour éviter une trésorerie excédentaire. | C.Nadal | Fait 08/04 | Q<br>M | %<br>50% | Commentaires<br>L'action doit aller plus loin en appliquant stricto sensu la procédure de cash pooling du Groupe EDF<br>La procédure à mettre en place doit être fournie à la DA à la date d'échéance fixée. |

[28] Y compris responsabilités et dates prévues. Si mis à l'étude : raisons, objectifs, responsabilités et date de décision définitive. Si refusée : raisons, engagement du manager assumant les conséquences.
[29] Date échéance de la mise en oeuvre
[27] Avis motivé sur le plan d'actions : Q = Qualité : faible (f). Moyen (M). Fort (Ft). Non reçu (Nr) ; % = degré d'avancement en % ; Commentaires et demande éventuelle d'éléments probants
© Direction de l'audit

---

| EDF<br>Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF<br>du bureau de Washington »<br>- Version définitive - | 2004-V3-18<br>Page 18 sur 45 |
|---|---|---|

### 3 - Autres recommandations

### 1 – PILOTAGE DES ACTIVITES

*Le Président d'EDFINA devra :*

R1.1  Mettre en concurrence le cabinet d'expert comptable, dans le cadre de son renouvellement de contra, et contractualiser le plus possible des prestations forfaitisées.

**Enjeux / Risques :**

Suite donnée :      action retenue :☒           action à l'étude : ☐          action refusée : ☐

**Chargé de suivi pour la Direction de l'audit :** Y. BURG

| Nom : Christian NADAL | Description du plan d'actions[29] | Pilotes | Dates[30] | Avis de la Direction de l'audit[30] | | |
|---|---|---|---|---|---|---|
| Fonction :<br>Date : 13/09/2004 | • Remplacer le comptable actuel<br>• Faire préciser par un conseil externe la doctrine comptable et fiscale applicable à EDFINA,<br>• Assurer la remise en conformité fiscale avec la doctrine U.S.<br>• Appliquer le dispositif comptable défini. | C.Nadal. | Fait 09/04<br>12/04<br><br>12/04<br>exercice 05 | Q<br> | %<br> | Commentaires |

[29] Y compris responsabilités et dates prévues. Si mis à l'étude : raisons, objectifs, responsabilités et date de décision définitive. Si refusée : raisons, engagement du manager assumant les conséquences.
[29] Date échéance de la mise en oeuvre
[30] Avis motivé sur le plan d'actions : Q = Qualité : faible (f). Moyen (M). Fort (Ft). Non reçu (Nr) ; % = degré d'avancement en % ; Commentaires et demande éventuelle d'éléments probants
© Direction de l'audit

| EDF<br>Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF<br>du bureau de Washington »<br>- Version définitive - | 2004- V3-18<br>Page 19 sur 45 |
|---|---|---|

**2 – ORGANISATION DU BUREAU**

*Le Président d'EDFINA devra :*

R2.2  Doter le bureau d'un coffre et mettre en place une procédure interne limitant son accès

Suite donnée :     action retenue : ☒     action à l'étude : ☐     action refusée : ☐

Chargé de suivi pour la Direction de l'audit :
J. BURG

| Réponse<br>Nom : Christian NADAL | Description du plan d'actions[31] | Pilotes | Dates[32] | Avis de la Direction de l'audit[33] | | |
|---|---|---|---|---|---|---|
| | | | | Q | % | Commentaires |
| Fonction :<br>Date : 13/09/2004 | • Acheter une armoire forte<br>• Réviser les serrures des rangements<br>• Définir les conditions d'accès aux différents documents | C Nadal | fait 08/04<br>11/04<br>10/04 | | | |

---
[31] Y compris responsabilités et dates prévues. Si mis à l'étude : raisons, objectifs, responsabilités et date de décision définitive. Si refusée : raisons, engagement du manager assumant les conséquences.
[32] Date échéance de la mise en oeuvre.
[33] Avis motivé sur le plan d'actions : Q = Qualité : faible (f), Moyen (M), Fort (Ft), Non reçu (Nr) ; % = degré d'avancement en % ; Commentaires et demande éventuelle d'éléments probants
© Direction de l'audit

| EDF<br>Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF<br>du bureau de Washington »<br>- Version définitive - | 2004- V3-18<br>Page 20 sur 45 |
|---|---|---|

**2 – ORGANISATION DU BUREAU**

*Le Président d'EDFINA devra :*

R2.3  Mettre en place une animation d'équipe en organisant notamment des réunions régulières d'échanges d'informations au sein du bureau.

Suite donnée :     action retenue : ☒     action à l'étude : ☐     action refusée : ☐

Chargé de suivi pour la Direction de l'audit :
J. BURG

| Réponse<br>Nom : Christian NADAL | Description du plan d'actions[34] | Pilotes | Dates[35] | Avis de la Direction de l'audit[36] | | |
|---|---|---|---|---|---|---|
| | | | | Q | % | Commentaires |
| Fonction :<br>Date : 13/09/2004 | • Définir les principes d'animation et de partage des informations | C Nadal | 10/04 | | | |

---
[34] Y compris responsabilités et dates prévues. Si mis à l'étude : raisons, objectifs, responsabilités et date de décision définitive. Si refusée : raisons, engagement du manager assumant les conséquences.
[35] Date échéance de la mise en oeuvre.
[36] Avis motivé sur le plan d'actions : Q = Qualité : faible (f), Moyen (M), Fort (Ft), Non reçu (Nr) ; % = degré d'avancement en % ; Commentaires et demande éventuelle d'éléments probants
© Direction de l'audit

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004-V3-18 Page 21 sur 45 |
|---|---|---|

**1 - PILOTAGE DES ACTIVITES**

*Le Directeur de la BAm, en liaison avec le Directeur Général Opérations devra :*

R1.5  Finaliser la lettre de mission du nouveau président

Enjeux / Risques :

Suite donnée :  action retenue :☒   action à l'étude : ☐   action refusée : ☐

Chargé de suivi par la Direction de l'audit : I. BURG

| Réponses | Description du plan d'actions[37] | | Pilotes | Dates[38] | Avis de la Direction de l'audit[39] | | |
|---|---|---|---|---|---|---|---|
| Nom : Christian NADAL | | | | | Q | % | Commentaires |
| Fonction : | Etablir un projet de mission du bureau. | | C Nadal | 12/04 | Q | | |
| Date : 13/09/2004 | | | | | | | |

[37] Y compris responsabilités et dates prévues. Si mis à l'étude : raisons, objectifs, responsabilités et dates de décision définitive. Si refusée : raisons, engagement du manager assumant les conséquences.
[38] Date échéance de la mise en œuvre
[39] Avis motivé sur le plan d'actions : Q = Qualité : faible (f) Moyen (M). Fort (FI)  Non recevable (x)  % = degré d'avancement en % ; Commentaires et demande éventuelle d'éléments probants.

© Direction de l'audit

---

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004-V3-16 Page 22 sur 45 |
|---|---|---|

**OBJECTIFS GENERAUX DE LA MISSION**

En complément au programme de missions d'audit du premier semestre 2004 arrêté par le Président d'EDF, la Direction de l'audit d'EDF a été chargée d'un audit « flash » portant sur le contrôle interne de la Délégation EDF de Washington.

Les objectifs de la mission sont de vérifier :

- Le pilotage et le contrôle des activité (des objectifs de résultats, des plans d'actions, le reporting et tableaux de bord,...),
- Le fonctionnement du bureau (des relations en matière de reporting avec la Branche Amérique et autres entités du Groupe, les lettres de mission, l'organisation des activités du bureau,...),
- L'organisation du contrôle interne (le suivi des comptes, l'engagements de commandes, les dépenses, les délégations, l'imputation des charges,...),
- Les budgets et comptes de résultats sur les 3 dernières années.

**METHODE UTILISEE**

*Contexte*

La mission d'audit est intervenue dans un contexte de passation de pouvoir récent avec la nomination d'un nouveau Président EDFINA appuyé par un Conseil d'Administration d'un 1er Juin 2004 : le Président sortant ayant accepté la fonction de Vice Président.

Le présent rapport constitue une photographie, à la date de la mission d'audit, des risques principaux relatifs au fonctionnement et au niveau de Washington portant sur le pilotage de ses activités et son contrôle interne.

Les recommandations suggérées s'inscrivent dans ce cadre et ont pour but :

- de consolider ou rétablir le progrès déjà engagés,
- de proposer les ajustements visant à renforcer le niveau de contrôle interne du bureau en cas de fonctionnement.

Il est à noter qu'un certain nombre de recommandations formulées dans le cadre de cet audit « flash » et explicitées en réunion de pré-validation du 9 juillet 2004 sont d'ores et déjà en cours de mise en œuvre.

*Limites ou exclusions du champ de l'audit :*

Les activités liées à NUSTART Energy Development LLC, dans le cadre du projet « PREMIUM 2015 », ont été exclues du champ de la mission d'audit « flash ». Seuls les éléments relatifs aux principales décisions liées au projet ainsi que les engagements financiers et leurs suivis ont été intégrés au champ de la mission.

© Direction de l'audit

© Direction de l'audit

| EDF Direction de l'audit | AUDIT « Contrôle Interne de la délégation EDF du bureau de Washington » – Version définitive – | 2004-V3-18 Page 23 sur 45 |
|---|---|---|

**Déroulement de la mission :**

La mission s'est déroulée du 28 juin au 9 juillet 2004 en 3 étapes :

- Etape 1 : collecte des informations nécessaires à la connaissance du sujet auprès des membres du bureau.
- Etape 2 : entretiens avec tous les membres du bureau et les structures financières en lien avec les activités EDFINA (DGF BAm, DGF BECAm et DGF BE). Elle a pour objet le collecte et la vérification des faits permettant de dresser un constat partagé et établie sur l'ensemble des points concernés par les objectifs de la mission.
- Etape 3 : formulation des constats et recommandations de l'audit qui sera complété par la tenue d'une réunion de pré-validation le 9 juillet 2004 en présence du Président et des 2 Vice-Présidents d'EDFINA.

Les produits de la mission d'audit (« flash ») sont les suivants :

- Une fiche descriptive présentant le fonctionnement du bureau de Washington.
- Les conclusions de l'audit présentées au travers des 3 fiches d'analyse :
  - Fiche 1 : Pilotage des activités du bureau de Washington.
  - Fiche 2 : Organisation du bureau de Washington.
  - Fiche 3 : Contrôle Interne.

**POINTS FORTS CONSTATES DURANT LA MISSION D'AUDIT**

La mission d'audit a constaté une bonne maîtrise des dépenses (contrôlées et raisonnables au vu des pratiques habituelles) au sein du bureau.

EDFINA dispose de compétences nécessaires à ses ambitions, notamment en ce qui concerne l'expertise nucléaire et les rapports avec les banques, les utilities et les industries nord américains.

© Direction de l'audit

---

| EDF Direction de l'audit | AUDIT « Contrôle Interne de la délégation EDF du bureau de Washington » – Version définitive – | 2004-V3-18 Page 24 sur 45 |
|---|---|---|

## FICHE DESCRIPTIVE DU BUREAU DE WASHINGTON

EDFINA (Bureau de Washington) est une « Corporation for profit », incorporée depuis 1991, société privée possédée à 100% par EDF International et « Liaison Office » aux USA du holding EDF.

Le « Chairman of the Board EDFINA » est le Directeur d'EDF Branche Amérique (BAm) située à Buenos Aires (Argentine). Le « Board of Directors » d'EDFINA validé par « written consents » (Conseil d'Administration tenu annuellement sur papier) le budget et les principales actions du bureau de Washington.

Les comptes financiers limités au bilan (« schedule of assets ») et déclarations fiscales sont élaborés par le bureau de Washington avec l'appui d'un cabinet comptable certifié (CPA).

Outre ses propres employés américains et les expatriés payés par la Branche Amérique, EDFINA constitue légalement l'Employeur (au titre des lois d'immigration américaines) des détachés du Groupe EDF sur le continent américain hors filiales (point traité en fiche 2).

Le budget d'EDFINA est construit sur la base de 2 comptes :

- Un budget sur compte vert (« green » 429) concernant les dépenses propres au fonctionnement d'EDFINA.
- Un budget sur compte jaune (« yellow » 863) concernant les dépenses liées à des missions particulières confiées à EDFINA par le Groupe EDF.

Ces dépenses sont refacturées aux différentes entités ayant sollicité EDFINA. Les besoins exprimés par le Groupe concernent principalement les contacts avec les milieux bancaires en vue de la l'ouverture du Capital d'EDF, la coopération dans le domaine nucléaire, l'ouverture du marché de détail, la représentation auprès de la banque mondiale et organismes multilatéraux, les activités des électriciens et gaziers américains (production transport, marché de gros, trading, supply ...)

| Budget EDFINA en milliers de $ | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|
| Probable/réalisé vert (*) | 688 | 742 | 1.929 | 1.021 | 1.069 | 1.069 |
| Probable/réalisé jaune (*) | 1.275 | 227 | 1.410 | 1.661 | 1.923 | 1.985 |
| Total probable/réalisé | – / 963 | – / 969 | 3.339 / 1.102 | 2.682 / – | 3.001 / – | 3.165 / – |
| Cash in Bank | .112 | .435 | .645 | 407 (**) | | |

Les membres du bureau sont responsables de « topics » décrits en annexe 1 de la note de présentation d'EDFINA réalisée par l'ex-Président le 10 juin 2004. Les activités de type veille et représentation conduites par EDFINA font l'objet d'un reporting trimestriel diffusé à la Tête de Groupe d'EDF et aux Directeurs de Branches concernés. La formulaire de couverture d'EDFINA est géographiquement les USA et le Canada.

EDFINA contribue également à la mise à jour du PDS de la Branche Amérique, pour la partie USA et Canada, en réactualisant notamment les données institutionnelles et concurrentielles et en ajustant les cibles des projets d'acquisition en fonction du PDS Groupe.

(*) Le projet PREMIUM 2015 est imputé sur le budget jaune et refacturé à la Branche Energies à hauteur de 1.49 M$ en 2004, 1.74 M$ en 2005 et 1.85 M$ en 2006

© Direction de l'audit

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004- V3-18 Page 25 sur 45 |
|---|---|---|
| (*) Situation au 1/6/04 | | |

Direction de l'audit

© Direction de l'audit

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004- V3-18 Page 26 sur 45 |
|---|---|---|

FICHES D'ANALYSE

Direction de l'audit

© Direction de l'audit

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004-V3-18 Page 27 sur 45 |
|---|---|---|

*Fiche 1 : Pilotage des activités du bureau de Washington*

*Le pilotage du bureau de Washington est insuffisant en matière de prévisions, de suivi et de consolidation budgétaires. La trésorerie du bureau n'est pas suffisamment optimisée.*

| CONSTATS | CAUSES | CONSEQUENCES |
|---|---|---|
| Depuis 2001, les comptes présentés en CA d'EDFINA ne sont plus approuvés par le comptable de la société. De plus, le contrat de prestations du cabinet d'expert comptable ne prévoit pas le traitement de produits pouvant être générés au travers des ventes de prestations pour NUSTART LLC. | Manque de rigueur dans la tenue des AG ? Les AG d'EDFINA se tiennent « sur papier », les présentations des comptes n'ont jamais fait l'objet de remarques des différents administrateurs. Manque d'anticipation sur les évolutions comptables au regard de NUSTART. | Risque juridique en cas d'erreur comptable. Risque fiscal. |
| Les validations budgétaires concernant le compte « jaune » du bureau ne sont pas explicitement approuvées par les Branches : Le budget alloué (d'un total de 1,88 M$ sur 2004, 1,93 M$ sur 2005 et 2,06 M$ sur 2006), sur le compte jaune (dépenses re-facturées au sein du groupe EDF) n'est pas formellement approuvé par les Branches concernées (BAm, BE et R et D). De façon générale les budgets ne sont pas élaborés avec les collaborateurs du bureau. | Historiquement, le budget jaune était réservé aux missions ponctuelles, difficilement prévisibles. Depuis 2003 une activité autre que des missions ponctuelles, fait l'objet de dépenses planifiées représentant plus de 60% du budget EDFINA; il s'agit du projet « PREMIUM 2015 » devant être pris en charge par la BE. Démarche centralisatrice concernant l'élaboration du budget sans partage d'informations au sein du bureau (volonté managériale). | En cas de non transfert des besoins financiers par les Branches risque de discrédit du groupe EDF vis-à-vis des parties prenantes. Manque de responsabilisation des acteurs dans le processus budgétaire. Risque de ne pas prendre en compte toutes les dépenses du bureau. |
| Le budget d'EDFINA ne fait pas l'objet de re-prévisions en cours d'exercice. - Sur l'exercice 2003, le budget n'a pas été réactualisé suite à l'abandon du projet d'acquisition d'une utility (option 1 PDS) représentant 580.000 $ et suite au report du budget « Premium 2015 » d'un montant de 1,719 M$ pour l'exercice 2004. - Sur l'exercice 2004, à la date de la mission d'audit, le budget n'a pas fait l'objet d'une réactualisation suite à l'arrivée du nouveau Président d'EDFINA. | La restructuration des Branches a conduit à mettre en place de nouvelles interfaces avec EDFINA dont les rôles et responsabilités étaient en cours de cadrage jusqu'en 2003. Le nombre d'interlocuteurs et le manque de coordination entre Branches ne facilite pas la mise au point des budgets EDFINA (BAm, BE, R et D appui BEOMA). La reprévision budgétaire du 1er juillet n'a pas été | Mauvaise optimisation des ressources financières du Groupe EDF. |

© Direction de l'audit

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004-V3-18 Page 28 sur 45 |
|---|---|---|

| CONSTATS | CAUSES | CONSEQUENCES |
|---|---|---|
| | réalisée au moment de l'audit. | |
| La trésorerie d'EDFINA n'est pas optimisée : A fin 2003, l'excédent de trésorerie s'élève à 645.113 $ pour l'ensemble des deux comptes (vert et jaune) à comparer aux situations de trésorerie pour les années antérieures qui représentaient environ 100.000 $ en fin d'exercice. A fin juin 2004, cette situation perdure avec un excédent de trésorerie qui représente encore 401.760 $ | Absence de procédure au sein du bureau pour optimiser la trésorerie d'EDFINA. Absence de règles via la BAm concernant l'optimisation de la trésorerie. | Non valorisation du cash disponible par EDF. Non respect des procédures de « cash pooling ». |
| L'organisation du reporting au sein du bureau et vers les Branches est incomplète : Les activités liées au projet NUSTART représentant plus de 50 % du budget 2004 du bureau (soit 1,5 M$ en 2004, 1,7 M$ en 2005 et 1,9 M$ en 2006) ne font pas l'objet au moment de l'audit d'un reporting financier vers la BE et le nouveau Président d'EDFINA (en place depuis le 1er juin 2004) ne dispose pas de vision globale de ce projet et de son état d'avancement. Pour ce projet, la DIN a intégré les éléments budgétaires suivants : 1,25 M€ pour 2005, 1,25 M€ pour 2006 et 1 M€ pour 2007. Pour 2004, aucune ligne budgétaire n'est allouée par la DIN pour le projet. | Confidentialité requise sur le projet NUSTART (non audité au delà du dispositif d'engagement budgétaire). | Manque de vision globale et de coordination au sein du Groupe EDF. Décisions prises pouvant aller à l'encontre des intérêts du Groupe. La BAm et la BE ne disposent pas d'une vision précise de la valeur engagée par EDFINA dans NUSTART (seul un budget de 1M$/an sur une période de 6 ans est clairement affiché dans le MOU), sans aucune précision financière concernant les prestations de type « In-kind ». Ces prestations, estimées sur la base d'un effectif de 4 personnes/an pourraient représenter un budget compris entre 500.000 et 650.000 $/an ; soit de façon globale, un engagement financier d'EDFINA de l'ordre de 9 M$ sur 6 ans. |
| Le nouveau Président ne dispose pas, au moment de l'audit de lettre de mission fixant ses objectifs. | Passation de pouvoir récente officialisée au 1er juin 2004. Le projet, en cours d'élaboration (au moment de l'audit), doit être finalisé en lien avec le Directeur | Orientations stratégiques non confirmées. |

© Direction de l'audit

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004- V3-18 Page 29 sur 45 |
|---|---|---|
| CONSTATS | CAUSES | CONSEQUENCES |
| | Général des Opérations pour fin juillet 2004. | |

### PROPOSITIONS D'AMELIORATIONS

*Le Président d EDFINA devra :*

**R 1.1**

Mettre en concurrence le cabinet d'expert comptable, dans le cadre de son renouvellement de contrat, et contractualiser le plus possible des prestations forfaitisées.

**R 1.2**

Mettre en place un dispositif d'approbation formelle des comptes pour la CASH/EDFINA et engager une étude permettant de gérer, sur le plan comptable, les éventuels produits vendus au travers de NUSTART ENERGY DEVELOPMENT LLC.

*Sur proposition du Président d'EDFINA, les Directeurs des entités clientes d'EDFINA (Branche Energies, R&D et Tête de Groupe), conjointement avec le Directeur de la BArn devront :*

**R 1.3**

Formaliser les missions qu'elles confient à EDFINA précisant notamment les objectifs, les moyens, les délégations de pouvoirs associés et les modalités de reporting, ...

*Le Président d'EDFINA, en lien avec le Directeur de la BArn devra :*

**R 1.4**

Appliquer la procédure de « cash pooling » du Groupe EDF en établissant notamment un plan de prévision de trésorerie au regard des engagements d'EDFINA et en intégrant les délais de réapprovisionnement par la Trésorerie du Groupe EDF.

*Le Directeur de la BArn, en liaison avec le Directeur Général Opérations devra :*

© Direction de l'audit

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004- V3-18 Page 30 sur 45 |
|---|---|---|

**R 1.5**

Finaliser la lettre de mission du nouveau Président EDFINA

© Direction de l'audit

Direction de l'audit

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004-V3-18 Page 35 sur 45 |
|---|---|---|

| CONSTATS | CAUSES | CONSEQUENCES |
|---|---|---|
| • Les chèques relatifs aux paiements mensuels de la banque AMEX (en remboursement des dépenses effectuées avec les cartes AMEX) sont signés par une des personnes pouvant elle-même utilisée les cartes, sans qu'il y ait contre-signature<br>• Un contrat de consultance courant du 1er janvier 2003 au 30 juin 2006, signé le 29 décembre 2003 pour un montant total de 161.700 $, fait l'objet de paiements effectués par la personne signataire du contrat (2 paiements sont réalisés à ce jour: 46.200 $ réglés le 30 décembre 2003 et 11.550 $ réglés le 18 mars 2004),<br>• L'absence de validation hiérarchique tracée a priori, pour les demandes de déplacements professionnels (budget prévisionnel de déplacements 200.000 $ pour l'année 2004). | | |
| 2/ Les engagements d'EDFINA, au travers des commandes et des contrats cadre, ne sont pas suffisamment précis et ne font pas l'objet de mise en concurrence, à titre d'exemples, la mission d'audit a constaté :<br>• Des paiements mensuels à hauteur de 1000 $ sont ordonnés pour le Cabinet Oldakers and Harris sur la base d'un contrat-cadre caduc depuis mars 2001,<br>• Un accord-cadre avec le Cabinet LLGM n'intègre pas une définition des coûts horaires des consultants autres que ceux des associés et les prestations sont réalisées sans lettre d'engagement au préalable, | Absence de dispositif définissant au sein du bureau les règles en matière de passations de commandes.<br><br>Le faible effectif d'EDFINA n'a pas favorisé le formalisme nécessaire à tout acte d'achat.<br><br>Méconnaissance des obligations en matière de droit commercial et droit de la concurrence. | Risque de malversation possible.<br><br>Risques juridiques avec les contractants<br><br>Risque de dérives financières (sur l'achat des billets d'avion par exemple). |

© Direction de l'audit

---

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004-V3-18 Page 36 sur 45 |
|---|---|---|

| CONSTATS | CAUSES | CONSEQUENCES |
|---|---|---|
| • Des achats de billets d'avion via internet sont réalisés au fil de l'eau sans négociation préalable d'un tarif négocié en fonction d'un nombre de voyages réalisés | | |
| 3/ Absence de trace de livrables concernant les commandes et contrats passés par EDFINA:<br>L'analyse de 2 contrats met en évidence à la date de la mission d'audit, une absence de trace de livrables au sein d'EDFINA (études, rapports, conseils juridiques...) alors que les prestations ont été livrées, facturées et payées:<br>◦ Un ordre de paiement (N° 363704), d'un montant de 25.170 $, a été réalisé sur facture le 15 avril 2004 pour le compte du cabinet LLGM et à la date de la mission d'audit, aucun livrable n'a pu être constaté in situ,<br>◦ Des ordres de paiement mensuels d'un montant de 1.000 $ sont réalisés depuis mars 2000 pour le compte de la société Oldakers and Harris et à la date de la mission d'audit, aucun livrable n'a pu être constaté au sein du bureau de Washington(*).<br><br>(*) Suite à la réunion de pré-validation du 9 juillet, la mission d'audit a reçu par mail le livrable de la prestation du Cabinet Oldakers and Harris au titre de juin 2004 | Le souci de confidentialité est invoqué par l'ex. Président pour ne pas déposer les dossiers sensibles dans les locaux EDFINA,<br><br>Une culture managériale ne privilégiant pas la transversalité dans le traitement de certains dossiers (domaine nucléaire par exemple),<br><br>Dossiers sensibles stockés sur le micro-ordinateur de l'ex. Président. | Certaines prestations de conseils ne sont connues que d'un seul membre d'EDFINA<br><br>Perte d'informations car pas d'assurance de trouver les dossiers sensibles en cas d'absence de la personne qui les détient.<br><br>L'audit n'a pas obtenu d'informations concernant le degré de sécurisation des données stockées sur micro de l'ex. Président et support de back-up utilisé.<br><br>Les recommandations relatives au point 3 sont traitées dans la fiche 2 (cf. R2.1 et R2.2). |

© Direction de l'audit

| EDF<br>Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington »<br>- Version définitive - | 2004- V3-18<br>Page 37 sur 45 |
|---|---|---|

| CONSTATS | CAUSES | CONSEQUENCES |
|---|---|---|
| Retard dans la remise des justificatifs par rapport aux ordres de paiement des cartes AMEX | Manque de formalisme concernant l'utilisation des cartes AMEX. | Risque d'abus.<br><br>Paiements des dépenses par carte AMEX sans avoir au préalable l'exhaustivité des justificatifs permettant un contrôle a posteriori des dépenses effectuées courant de mois. |

© Direction de l'audit

| EDF<br>Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington »<br>- Version définitive - | 2004- V3-18<br>Page 38 sur 45 |
|---|---|---|

## PROPOSITIONS D'AMELIORATIONS

*Le Président d'EDFINA devra :*

**R 3.1**
Préciser les délégations et subdélégations de pouvoir au regard de ses décisions du 18 juin 2004 et de celles du « board » du 1er juin 2004, en fixant notamment les limites de dépenses autorisées (cf. Recommandation R1.3).

**R 3.2**
Formaliser et mettre en place un dispositif de contrôle interne respectueux de la séparation des pouvoirs (engagement, réception et paiement des commandes), le communiquer aux collaborateurs et vérifier son application. Fixer par ailleurs des règles de traçabilité des accords hiérarchiques sur les engagements réalisés (en particulier pour les voyages et dépenses personnelles).

**R 3.3**
Imposer un seuil de paiement maximum par carte de crédit AMEX et une double signature pour autoriser l'établissement de chèques AMEX.

© Direction de l'audit

EDF 00138.4

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive- | 2004-V3-18 Page 39 sur 46 |
| --- | --- | --- |

SYNTHESE DES RECOMMANDATIONS

Direction de l'audit

© Direction de l'audit

---

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive- | 2004-V3-18 Page 40 sur 46 |
| --- | --- | --- |

## 1 - Recommandations suivies par le Directeur Général Operations

*Sur proposition du Président d'EDFINA, les Directeurs des entités clientes d'EDFINA (Branche Energies, R&D et Tête de Groupe), conjointement avec le Directeur de la BAm devront :*

R 1.2
Formaliser les missions qu'elles confient à EDFINA précisant notamment les objectifs, les moyens, les délégations de pouvoirs associés et les modalités de reporting.

| Recommandation | retenue ☒ | à l'étude ☐ | refusée ☐ |
| --- | --- | --- | --- |
| Commentaires / dates prévues : | | | |

## 2 - Recommandations suivies par la Direction de l'Audit

*Le Président d'EDFINA devra :*

R 1.2
Mettre en place un dispositif d'approbation formelle des comptes pour le CA d'EDFINA et engager une étude permettant de gérer, sur le plan comptable, les éventuels produits vendus au travers de NUSTART ENERGY DEVELOPMENT LLC.

| Recommandation | réalisée ☐ | retenue ☒ | à l'étude ☐ | refusée ☐ |
| --- | --- | --- | --- | --- |
| Commentaires / dates prévues : | | | | |

R 2.1
Mettre en place un système d'information centralisé qui permette d'archiver l'ensemble des dossiers et informations traitées par le bureau, en intégrant un système de verrouillage en fonction du degré de confidentialité des informations (une base Notes pourrait par exemple être déployée).

| Recommandation | réalisée ☐ | retenue ☒ | à l'étude ☐ | refusée ☐ |
| --- | --- | --- | --- | --- |
| Commentaires / dates prévues : | | | | |

R 2.4
Etablir les lettres de mission et délégations de pouvoirs des membres du bureau et systématiser les entretiens individuels, sur la base des objectifs fixés.

| Recommandation | réalisée ☐ | retenue ☒ | à l'étude ☐ | refusée ☐ |
| --- | --- | --- | --- | --- |
| Commentaires / dates prévues : | | | | |

© Direction de l'audit

EDF 001285

Direction de l'audit

EDF 001286

**R 2.5**

Informer l'ensemble des responsables du Groupe EDF de la nécessité de communiquer, par anticipation au bureau de Washington, les projets d'expatriation aux États-Unis et au Canada afin de respecter les règles d'immigration.
Renforcer le dispositif de suivi des expatriés en établissant un état des lieux précis, sur la base de fiches signalétiques et animer le réseau des expatriés: au travers des informations issues des remontées de bilans mensuels.

| Recommandation | réalisée □ | retenue ⊠ | à l'étude □ | refusée □ |
| Commentaires / dates prévues : | | | | |

**R 3.1**

Préciser les délégations et subdélégations de pouvoir au regard de ses décisions du 18 juin 2004 et de celles du board du 1er juin 2004, en fixant notamment des limites de dépenses autorisées (cf. Recommandation R1.3).

| Recommandation | réalisée □ | retenue ⊠ | à l'étude □ | refusée □ |
| Commentaires / dates prévues : | | | | |

**R 3.2**

Formaliser et mettre en place un dispositif de contrôle interne respectueux de la séparation des pouvoirs (engagement, réception et paiement des commandes), le communiquer aux collaborateurs et vérifier son application. Fixer par ailleurs des règles de traçabilité des accords hiérarchiques sur les engagements réalisés (en particulier pour les voyages et dépenses personnelles).

| Recommandation | réalisée ⊠ | retenue ⊠ | à l'étude □ | refusée □ |
| Commentaires / dates prévues : | | | | |

**R 3.3**

Imposer un seul reçu de paiement maximum par carte de crédit AMEX et une double signature pour autoriser l'établissement de chèques AMEX.

| Recommandation | réalisée □ | retenue ⊠ | à l'étude □ | refusée □ |
| Commentaires / dates prévues : | | | | |

*Le Président d'EDFINA, en lien avec le Directeur de la BAm devra :*

**R 1.4**

Appliquer la procédure de « cash pooling » du Groupe EDF en établissant notamment un plan de prévision de trésorerie au regard des engagements d'EDFINA et en intégrant les délais de réapprovisionnement par la Trésorerie du Groupe EDF.

| Recommandation | réalisée □ | retenue ⊠ | à l'étude □ | refusée □ |
| Commentaires / dates prévues : | | | | |

© Direction de l'audit

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004-V3-18 Page 43 sur 45 |
|---|---|---|

3 - Autres recommandations

Le Président d'EDFINA devra :

R 1.1
Mettre en concurrence le cabinet d'expert comptable, dans le cadre de son renouvellement de contrat, et contractualiser, le plus possible, des prestations forfaitisées.

R 2.2
Doter le bureau d'un coffre et mettre en place une procédure interne pour en interdit son accès.

R 2.3
Mettre en place une animation d'équipe en organisant régulièrement des réunions régulières d'échanges d'informations au sein du bureau.

Le Directeur de la BAm, en liaison avec le Directeur d'EDFINA (Stephan Operations) devra :

R 1.5
Finaliser la lettre de mission du nouveau Président d'EDFINA.

© Direction de l'audit

---

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004-V3-18 Page 44 sur 45 |
|---|---|---|

Annexe : Extrait du processus de fin d'audit

VALIDATION ET DIFFUSION DES CONCLUSIONS D'AUDIT

Le projet de rapport d'audit
Le « Projet de Rapport » constitue un relevé de constats, de faiblesses et de dysfonctionnements ainsi qu'une analyse de leurs causes et conséquences.
A la suite de l'exposé des problèmes, il comporte des propositions d'amélioration.
Il est diffusé aux responsables concernés (prescripteurs ou la mission et responsables audités) avant la réunion de validation.

La réunion de validation
Une « Réunion de Validation » est tenue entre responsables audités et auditeurs, et, si nécessaire, en présence des prescripteurs de l'audit pour recueillir l'avis des audités sur les constats, rabonnements et conclusions et valider les recommandations de l'audit. Les responsables audités désignés sont tenus de fournir un plan d'actions détaillé et coordonné sous 1 mois à la DAI.
En cas de désaccord sur la formulation d'un problème ou la pertinence d'une recommandation, les commentaires des responsables audités sont actés dans le rapport d'audit.

Rapport d'audit
Le rapport d'audit évolue selon deux versions : une version provisoire et une version définitive.

La version provisoire correspond au projet de rapport enrichi des enseignements de la réunion de validation, du document de suivi des recommandations ainsi que des modalités de leur hiérarchisation. Elle est adressée, dans les jours suivant la réunion de validation, aux participants et autres responsables identifiés en charge de la mise en oeuvre de plans d'actions.

La version définitive se distingue de la version provisoire en ce qu'elle comporte en plus une synthèse destinée à être lue par les dirigeants, elle traite des plans d'actions assortis de l'avis de la DAI (sauf cas d'absence ou de refus de proposition exploitable avec les délais d'émission du rapport). Elle est diffusée au Président et au ..., par le chef en charge de mettre en oeuvre les plans d'action ainsi qu'au Directeur de la DPCG et aux délégués opérationnels), environ 5 semaines après la diffusion du rapport provisoire.

Sauf accord du Président, le rapport d'audit ne doit pas être diffusé plus largement, car :
Il contient des informations confidentielles,
son style peut heurter un lecteur non averti.

Le Président peut décider l'examen du rapport à l'ordre du jour d'un Comité Exécutif, d'un CIG ou d'une réunion thématique avec, selon les cas, la présence des responsables audités et des auditeurs.

SUIVI DE LA MISE EN OEUVRE DES PLANS D'ACTIONS

Suivi des recommandations (1 mois après diffusion du rapport d'audit)
Immédiatement après la réunion de validation, les destinataires des recommandations reçoivent la première version du "document de suivi des recommandations", le renseignent des plans d'actions dont ils ont la responsabilité et le retournent à la DAI dans le délai fixé lors de la réunion de validation (1 mois à priori).

Les émetteurs des plans d'actions se voient adresser en retour, par le chargé de suivi de la DAI, la version définitive du rapport et le "document de suivi des recommandations" assorti de l'avis de la Direction de l'Audit.

Ce "document de suivi des recommandations", constituant le "document navette" entre auditeurs et audités, est échangé sous forme informatique ; la confidentialité en est assurée par le chiffrement.

© Direction de l'audit

EDF 001287

EDF 001288

| EDF Direction de l'audit | AUDIT « Contrôle interne de la délégation EDF du bureau de Washington » - Version définitive - | 2004-V3-16 Page 45 sur 46 |
| --- | --- | --- |

**Suivi et évaluation des plans d'actions (entre 3 et 6 mois après diffusion du rapport d'audit)**

Le chargé de suivi de la mission de la DAI contacte ou rencontre le(s) responsable(s) audité(s) et se fait communiquer ou présenter l'état d'avancement des plans d'actions dérive par tous les éléments probants qu'il juge utiles. Il actualise en conséquence le "document de suivi des recommandations" et le retourne à son correspondant. En cas de difficultés, une alerte est effectuée auprès des Directions hiérarchiques ou fonctionnelles concernées.

**Bilan des actions de progrès (un an après diffusion du rapport d'audit)**

La Direction de l'audit évalue les évolutions intervenues et formule un avis motivé sur l'efficacité des actions de redressement conduites. Cet avis est formalisé dans une "fiche de clôture" adressée au(x) responsable(s) audité(s) (Directeurs de Divisions ou équivalents) pour validation, après envoi aux Directeurs de Branches et Directeurs généraux concernés. Sur proposition de la DAI, ces experts décident de la suite à donner : clôture définitive de la mission, programmation d'une vérification ultérieure ou demande d'exploitations aux responsables, audit complémentaire ciblé sur les dimensions résolues dans des domaines à fort enjeu, nouvel audit...

© Direction de l'audit