ATTACHMENT 21

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D C  20549

FORM 6-K

REPORT OF FOREIGN PRIVATE ISSUER
PURSUANT TO RULE 13a-16 OR 15d-16 UNDER
THE SECURITIES EXCHANGE ACT OF 1934

For the month of August 2007

EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR)
(DISTRIBUTION AND MARKETING COMPANY OF THE NORTH )

(Translation of Registrant's Name Into English)

Argentina

(Jurisdiction of incorporation or organization)

Azopardo 1025
Buenos Aires C1107ADQ
Argentina

(Address of principal executive offices)

(Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F )

Form 20-F  _X_    Form 40-F _____

(Indicate by check mark whether the registrant by furnishing the information contained in this form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934 )

Yes _____  No _X_

(If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b):
82- _____ )

# EDENOR S.A.

Balance Sheets as of June 30, 2007 and December 31, 2006
Statements of Income for the six-month periods ended June 30, 2007 and 2006
Statements of Changes in Shareholders' Equity for the six-month periods ended June 30, 2007 and 2006
Statements of Cash Flows for the six-month periods ended June 30, 2007 and 2006
Notes to the Financial Statements as of June 30, 2007 and 2006 and December 31, 2006

Shareholders and public in general who are interested in taking knowledge about the report related to the Financial Statements as of June 30, 2007, which will be published in the electronic data base of the Securities and Exchange Commission (SEC), please visit Edenor website at www.edenor.com

1

## EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR S.A.)

### BOARD OF DIRECTORS

| | |
|---|---|
| CHAIRMAN: | Alejandro Macfarlane |
| VICE CHAIRMAN: | Marcos Marcelo Mindlin |
| DIRECTORS: | Damián Miguel Mindlin |
| | Gustavo Mariani |
| | Luis Pablo Rogelio Pagano |
| | Gustavo María Giugale |
| | Alfredo Mac Laughlin |
| | Henri Joseph Lafontaine (*) |
| | Edouard Dahome |
| | Edgardo Alberto Volosín |
| | Ignacio Raúl Chojo Ortiz |
| | Osvaldo Oscar Ramini (*) |
| ALTERNATE DIRECTORS: | Jorge Grecco |
| | Javier Douer |
| | Pablo Díaz |
| | Damián Burgio |
| | Brian Henderson |
| | Martín Alejandro Mittelman |
| | Ricardo Torres |
| | Jaques Andries (*) |
| | José Carlos Cueva (*) |
| | Alejandro Mindlin |
| | Carlos Florencio Correa Urquiza |
| | Domingo Antonio Sia (*) |

### SUPERVISORY COMMITTEE

| | |
|---|---|
| MEMBERS: | Diego Martín Salaverri |
| | José Daniel Abelovich |
| | Roberto Horacio Crouzel (*) |
| ALTERNATE MEMBERS: | Javier Errecondo |
| | Marcelo Héctor Fuxman |
| | Rafael Marcelo Lobos (*) |

(*) As of the date of issuance of these financial statements, they have resigned to their positions and their consideration by the Company's Board of Directors is still pending

2

**EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S A (EDENOR S A )**

Azopardo 1025 - Capital Federal

**FISCAL YEAR No. 16 BEGINNING ON JANUARY 1, 2007**

**FINANCIAL STATEMENTS AS OF JUNE 30, 2007**

**Main business:** Distribution of electricity and commercial services in the area and under the terms of the concession agreement by which this public service is regulated (Note 1)

**Date of registration with the Public Registry of Commerce:**

**of the Articles of Incorporation:** August 3, 1992

**of the last amendment to the By-laws:** May 28, 2007

**Term of the Corporation:** Through August 3, 2087

**Registration number with the "Inspección General de Justicia" (the Argentine governmental regulatory agency of corporations):** 1,559,940

**CAPITAL STRUCTURE**

**AS OF JUNE 30, 2007**
**(Note 16 a)**

(amounts stated in pesos)

| Class of shares | Subscribed and paid-in |
|---|---|
| Common, book-entry shares, face value 1 and 1 vote per share | |
| Class A | 462,292,111 |
| Class B | 442,210,385 |
| Class C | 1,952,604 |
| | 906,455,100 |

3

**EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR S.A.)**

**BALANCE SHEETS AS OF JUNE 30, 2007 AND DECEMBER 31, 2006**

(stated in thousands of pesos)

|  | 2007 | 2006 |
|---|---|---|
| **CURRENT ASSETS** |  |  |
| Cash and banks | 4,390 | 481 |
| Investments (Exhibit D) | 141,822 | 32,192 |
| Trade receivables (Note 4) | 353,138 | 270,938 |
| Other receivables (Note 5) | 18,503 | 30,221 |
| Supplies | 9,695 | 13,635 |
| Total Current Assets | 527,548 | 347,467 |
|  |  |  |
| **NON-CURRENT ASSETS** |  |  |
| Trade receivables (Note 4) | 117,593 | 0 |
| Other receivables (Note 5) | 167,371 | 256,475 |
| Investments in other companies (Exhibit C) | 432 | 378 |
| Supplies | 11,058 | 4,921 |
| Property, plant and equipment (Exhibit A) | 2,932,816 | 2,925,422 |
| Total Non-current Assets | 3,229,270 | 3,187,196 |
|  |  |  |
| **Total Assets** | 3,756,818 | 3,534,663 |
|  |  |  |
| **CURRENT LIABILITIES** |  |  |
| Trade accounts payable (Note 6) | 243,494 | 267,640 |
| Loans (Note 7) | 16,134 | 2,029 |
| Salaries and social security taxes (Note 8) | 43,666 | 51,446 |
| Taxes (Note 9) | 87,344 | 62,192 |
| Other liabilities (Note 10) | 11,157 | 26,380 |
| Accrued litigation (Exhibit E) | 30,165 | 25,914 |
| Total Current Liabilities | 431,960 | 435,601 |
|  |  |  |
| **NON-CURRENT LIABILITIES** |  |  |
| Trade accounts payable (Note 6) | 33,390 | 31,250 |
| Loans (Note 7) | 1,009,273 | 1,095,490 |
| Salaries and social security taxes (Note 8) | 22,010 | 20,287 |
| Other liabilities (Note 10) | 251,469 | 241,079 |
| Accrued litigation (Exhibit E) | 41,776 | 40,606 |
| Total Non-Current Liabilities | 1,357,918 | 1,428,712 |
| **Total Liabilities** | 1,789,878 | 1,864,313 |
|  |  |  |
| **SHAREHOLDERS' EQUITY (as per related statements)** | 1,966,940 | 1,670,350 |
|  |  |  |
| **Total Liabilities and Shareholders' Equity** | 3,756,818 | 3,534,663 |

The accompanying notes 1 through 28 and supplemental exhibits A, C, D, E, G and H are an integral part of these financial

statements

4

EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S A (EDENOR S A )

STATEMENTS OF INCOME

FOR THE SIX-MONTH PERIODS ENDED JUNE 30, 2007 AND 2006

(stated in thousands of pesos)

|  | 2007 | 2006 |
|---|---|---|
| Net sales ( Note 11) | 1,066,013 | 669,829 |
| Electric power purchases | (443,264) | (383,200) |
| Gross margin | 622,749 | 286,629 |
| Transmission and distribution expenses ( Exhibit H) | (204,136) | (174,448) |
| Administrative expenses (Exhibit H) | (53,661) | (45,921) |
| Selling expenses (Exhibit H) | (42,246) | (46,377) |
| Net operating income | 322,706 | 19,883 |
| Financial income (expenses) and holding gains (losses) | | |
| Generated by assets | | |
| Exchange difference | (616) | 2,980 |
| Interest | 4,625 | 7,421 |
| Holding results | 28 | (9) |
| Generated by liabilities | | |
| Financial expenses (*) | (5,242) | (15,554) |
| Exchange difference | (11,559) | (22,979) |
| Interest ( **) | (27,387) | (34,769) |
| Adjustment to present value of the retroactive tariff increase arising from the application of the new electricity rate schedule and of the Payment Plan Agreement with the | | |
| Province of Bs As (Notes 13 and 17 b) | (36,687) | 0 |
| Gain on extinguishment of former debt (Note 3 k) | 0 | 174,917 |
| Adjustment to present value of notes ( Note 3 k) | (27,839) | 91,890 |
| Loss from the repurchase of notes ( Notes 3 k and 14) | (1,456) | 0 |
| Adjustment to present value of repurchased notes | (2,703) | 0 |
| Other (expense) income, net (Note 12) | (9,112) | (8,768) |
| Income before taxes | 204,758 | 215,012 |
| Income tax (Note 3 n) | (89,941) | 189,165 |
| Net income for the period | | |
|  | 114,817 | 404,177 |
| Earnings per common share | 0.127 | 0.486 |

(*)  The breakdown of financial expenses is as follows:

| | | |
|---|---:|---:|
| Fees related to the Corporate Notes Issuance Program (Note 24) | (2,067) | 0 |
| Fees related to the initial public offering of capital stock (Note 23) | 0 | (10,012) |
| Financial assistance Electricidad Argentina S A  (Note 15) | (3,073) | (4,793) |
| Withholdings income tax and others financial expenses | (102) | (749) |
| Total | (5,242) | (15,554) |

(**) Includes 271 as of June 30, 2006 with Related Parties ( Note 15)

The accompanying notes 1 through 28 and supplemental exhibits A, C, D, E, G and H are an integral part of these financial statements

5

EMPRESA DISTRIBUIDORA Y COMERCIAL IZADORA NORTE S A (EDENOR S A )

STATEMENTS OF CHANGES IN SHAREHOLDERS' EQUITY

FOR THE SIX-MONTH PERIODS ENDED JUNE 30, 2007 AND 2006

(stated in thousands of pesos)

| | | | | | 2007 | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| | Shareholders' contributions | | | | Retained earnings | | | |
| | | | | | Appropriated Retained Earnings | Unappropriated Retained Earnings | | |
| | Nominal Value (Note 16.a) | Additional Paid in Capital | Additional Paid in Capital | Total | Legal Reserve | Accumulated Deficit | Total | Total |
| Balance at beginning of year | 831 610 | 996 489 | - | 1 828 099 | 53 320 | (211 069) | 1 670 350 | 1 377 284 |
| Capital increase resolved by the Board of Directors meeting dated June 14, 2007 as per the powers granted by the Shareholders Meeting held on June 7 2006 (Note 23) | 74 845 | - | 106 928 | 181 773 | - | · | 181 773 | |
| Net income for the period | - | - | - | - | · | 114 817 | 114 817 | 404 177 |
| Balance at end of period | 906 455 | 996 489 | 106 928 | 2 009 872 | 53 320 | (96 252) | 1 966 940 | 1 781 461 |

The accompanying notes 1 through 28 and supplemental exhibits A, C, D , E, G and H are an integral part of these financials statements

6

**EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR S.A.)**

STATEMENTS OF CASH FLOWS

FOR THE SIX-MONTH PERIODS ENDED JUNE 30, 2007 AND 2006

(stated in thousands of pesos)

|  | 2007 | 2006 |
|---|---|---|
| **Changes in cash and cash equivalents** | | |
| Cash and cash equivalents at beginning of year | 32,673 | 308,139 |
| Cash and cash equivalents at end of period | 146,212 | 7,373 |
| Net increase (decrease) in cash and cash equivalents | 113,539 | (300,766) |
| | | |
| **Cash flows from operating activities** | 114,817 | 404,177 |
| Net income for the period | | |
| | | |
| **Adjustments to reconcile net income to net cash flows provided by operating activities** | | |
| Depreciation of property, plant and equipment (Exhibit A) | 89,519 | 90,064 |
| Retirement of property, plant and equipment (Exhibit A) | 154 | 0 |
| Gain from investments in related parties | (54) | (11) |
| Gain on extinguishment of former debt (Note 3 k) | 0 | (174,917) |
| Adjustment to present value of notes (Note 3 k) | 27,839 | (91,890) |
| Adjustment to present value of note repurchases | 2,703 | 0 |
| Exchange difference, interest and penalties on loans | 25,551 | 43,836 |
| Supplies recovered from third parties | 0 | (5,782) |
| Income tax (Note 3 n) | 89,941 | (189,165) |
| Adjustment to present value of the retroactive tariff increase arising from the application of the new electricity rate schedule and of the Payment Plan Agreement with the Province of Bs As  (Note 17 b) | 36,687 | 0 |
| | | |
| **Changes in assets and liabilities:** | | |
| | | |
| Net (increase) in trade receivables | (238,048) | (23,185) |
| Net decrease (increase) in other receivables | 10,881 | (7,995) |
| Increase in supplies | (2,197) | (4,568) |
| (Decrease) Increase in trade accounts payable | (22,006) | 24,545 |
| (Decrease) Increase in salaries and social security taxes | (6,057) | 2,929 |
| Increase (Decrease) in taxes | 25,152 | (4,629) |
| (Decrease) Increase in other liabilities | (4,833) | 26,551 |
| Net increase in accrued litigation | 5,421 | 2,989 |
| | | |
| Financial interest paid (net of interest capitalized) (Note 18 b) | (17,289) | (14,998) |
| Financial interest collected (Note 18 b) | 1,568 | 1,482 |
| | | |
| **Net cash flows provided by operating activities** | 139,749 | 79,433 |
| **Cash flows from investing activities** | | |
| Additions of property, plant and equipment | (97,067) | (69,405) |

| | | |
|---|---|---|
| Net cash flows used in investing activities | (97,067) | (69,405) |
| **Cash flows from financing activities** | | |
| (Decrease) in loans | (110,916) | (310,794) |
| Capital increase (Note 16) | 181,773 | 0 |
| Net cash flows provided by (used in) financing activities | 70,857 | (310,794 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | 113,539 | (300,766) |

The accompanying notes 1 through 28 and supplemental exhibits A, C, D, E, G and H are an integral part of these financial statements

7

EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S A
(EDENOR S A )

### NOTES TO THE FINANCIAL STATEMENTS

#### AS OF JUNE 30, 2007 AND 2006 AND DECEMBER 31, 2006

(amounts stated in thousands of Argentine pesos, except as otherwise indicated )

## 1 ORGANIZATION AND START UP OF THE COMPANY

In compliance with Law N° 24,065 and in agreement with the reform process of the Argentine Federal Government and the privatization program of Argentine state-owned companies, the entire business of generation, transportation, distribution and sale of electric power carried on by Servicios Eléctricos del Gran Buenos Aires S A (SEGBA) was declared to be subject to privatization; the operation was divided into seven business units: three for the distribution and four for the generation of electric power

On May 14, 1992, the Ministry of Economy and Public Works and Utilities, by Resolution N° 591/92, approved the Bidding Terms and Conditions (Bid Package) of the International Public Bidding for the sale of the Class "A" shares, representing 51% of the capital stock of Empresa Distribuidora Norte S A (hereinafter, "EDENOR" or "the Company") and Empresa Distribuidora Sur S A (EDESUR S A ), two of the three electric power distribution companies into which SEGBA had been divided

EDF International (EDF S A ), Empresa Nacional Hidroeléctrica del Ribagorzana, S A (ENHER), Astra Compañía Argentina de Petróleo S A (ASTRA), Société D'Amenagement Urbain et Rural (SAUR), Empresa Nacional de Electricidad S A (ENDESA) and J P Morgan International Capital Corporation formed Electricidad Argentina S A (EASA) to bid for the Class "A" shares of EDENOR, a company organized on July 21, 1992 by Decree N° 714/92 of the Federal Government

EASA was awarded the Class "A" shares of EDENOR based on a bid of US$ 427,972,977 (equivalent to the same amount in Argentine pesos as of such date) The corresponding contract for the transfer of 51% of EDENOR's capital stock was executed on August 6, 1992 The award as well as the transfer contract were approved on August 24, 1992 by Decree N° 1,507/92 of the Federal Government Finally, on September 1, 1992, EASA took over the operations of EDENOR

In accordance with the provisions of Decree N° 282/93 of the Federal Government, dated February 22, 1993, the recorded values of assets, liabilities and net capital arising from the transfer of SEGBA, were determined on the basis of the price actually paid for 51% of EDENOR's capital stock (represented by the totality of Class "A" shares) This price was also used as the basis to determine the value of the remaining 49% of the capital stock In order to determine the value of the assets transferred from SEGBA, the amount of liabilities assumed was added to the value of the total capital stock of 831,610, determined as indicated above Management estimates that the amounts of the assets transferred from SEGBA represented their fair values as of the date of the privatization

The corporate purpose of EDENOR is to engage in the distribution and sale of electricity within the concession area Furthermore, the Company may subscribe or acquire shares of other electricity distribution companies, subject to the approval of the regulatory agency, lease the network to provide electricity transmission or other voice, data and image transmission services, and render advisory, training, maintenance, consulting, and management services and know-how related to the distribution of electricity both in Argentina and abroad These activities may be conducted directly by EDENOR or through subsidiaries or related companies In addition, the Company may act as trustee of trusts created under Argentine laws, including extending secured credit facilities to service vendors and suppliers acting in the distribution and sale of electricity, who have been granted guarantees by reciprocal guarantee companies owned by

the Company

8

On June 12, 1996, the Extraordinary Shareholders' Meeting approved the change of the Company's name to Empresa Distribuidora y Comercializadora Norte S A (EDENOR S A) so that the new name would reflect the description of the Company's core business  The amendment to the Company's by-laws as a consequence of the change of name was approved by the National Regulatory Authority for the Distribution of Electricity (ENRE - *Ente Nacional Regulador de la Electricidad*) , through Resolution N° 417/97 and registered with the Public Registry of Commerce on August 7, 1997

On May 4 and June 29, 2001, EDF International S A (a wholly-owned subsidiary of EDF) acquired all the shares of EASA and EDENOR held by ENDESA Internacional, YPF S A (surviving company of ASTRA) and SAUR Therefore, the direct and indirect interest of EDF International S A (EDFI) in EDENOR increased to 90%

On June 29, 2005, the Board of Directors of EDF approved a draft agreement with Dolphin Energía S A (Dolphin) pursuant to which it would assign 65% of EDENOR's capital stock (held by EDFI) through the transfer of all Class "A" common shares held by EASA and 14% of the Class "B" common shares  In this manner, EDFI would retain a 25% interest in EDENOR  The remaining 10% would be kept by the employees according to the Employee Stock Ownership Program (ESOP)  The closing of the agreement took place upon its approval by the corresponding French and Argentine governmental authorities

On September 15, 2005, by virtue of the stock purchase-sale agreement entered into by EDFI and Dolphin and Dolphin's subsequent partial assignments of its interest in EASA and EDENOR to IEASA S A (IEASA) and New Equity Ventures LLC (NEV), the formal take over by Dolphin took place at the offices of Caja de Valores S A , together with the change in the indirect control of EDENOR through the acquisition of 100% of the capital stock of EASA, which is the controlling company of EDENOR, by Dolphin (90%) and IEASA (10%)  Furthermore, as a result of the aforementioned agreement, the ownership of EDENOR's Class "B" common shares (representing 39% of its capital stock) changed with 14% of the Company's capital stock now being held by NEV and the remaining 25% being kept by EDFI

Furthermore, at the Ordinary and Extraordinary Shareholders' Meeting held on September 15, 2005, the following was resolved: i) to approve the amendment to the Company's By-laws in order to increase the number of Class "A" Directors and Alternate Directors from five to seven, and from three to four the number of Class "B" Directors and Alternate Directors; in other words, to increase the number of Directors and Alternate Directors from nine to twelve, respectively  This amendment was approved by the ENRE through Resolution N° 563/05; ii) to ratify the amendment to the Audit Committee's Regulations that had been approved by the Company's Board of Directors on August 30, 2005, pursuant to which the number of Committee members was reduced to three, with the requirement that two of them be independent; iii) to approve both the resignations of all Class "A" and Class "B" Directors, and Supervisory Committee members and the appointment of their replacements

On April 28, 2006, the Company's Board of Directors decided to initiate the public offering of part of the Company's capital stock in local and international markets, including, but not limited to the trading of its shares in the Buenos Aires Stock Exchange (BCBA) and the New York Stock Exchange (NYSE), United States of America

On June 7, 2006, the Ordinary and Extraordinary Shareholders' Meeting resolved to increase capital stock up to ten percent (10%), request authorization for the public offering from both the National Securities Commission (CNV) and the Securities and Exchange Commission (SEC) of the United States of America, as well as authorization to trade from both the Buenos Aires Stock Exchange and the New York Stock Exchange, entrusting the Board of Directors with the task of taking the necessary steps to implement such resolutions

Additionally, it was decided that an American Depositary Receipts (ADRs) program, represented by American Depositary Shares (ADSs) would be created and that it would be the responsibility of the Board of Directors to determine the terms and conditions and the scope of the program (Note 23)

On June 14, 2007, the Board of Directors held a meeting in which a final report on Edenor's capital increase and public offering process, which ended on May 7, 2007 at 3 p m , date on which the preferential subscription period established for the Company's shareholders expired, was presented  As a result of the above-mentioned process, the Company's Class B shares and American Depositary Shares ("ADSs"), representing Class B shares, are currently traded at the Buenos Aires Stock Exchange and the New York Stock Exchange, respectively  The final capital increase, as resolved by the above-mentioned Board of Directors' meeting, amounted to nine percent (9%) which is represented by  74,844,900 (seventy-four million eight hundred forty-four thousand nine hundred) new shares subscribed at the international primary offering, fully placed as 3,742,245 ADS  It was also informed that 207,902,540 Class B shares were placed at the international secondary offering as of such date

9

The Class "B" shareholders NEV and EDFI sold at the international secondary offering 49,401,480 and 179,049,520 Class "B" shares, respectively Additionally, on May 1, 2007, the shareholders NEV and EDFI sold 57,706,040 Class "B" shares at the international secondary offering when the international underwriters fully exercised the over-allotment option (green shoe) contemplated in the prospectus for the public offering and section 2 of the underwriting agreement

With regard to the Company's Class "C" shares held by the Employee Stock Ownership Program (ESOP), on April 29, 2007 the ESOP was partially cancelled in advance in conformity with a procedure set forth by the Federal Government, and on April 30, 2007, an amount of 81,208,416 shares, which had been converted into Class "B" shares on April 27, 2007, was sold at the domestic secondary offering As of the date of issuance of these financial statements, an amount of 1,952,604 Class "C" shares, representing 0 2% of the Company's capital stock, remains outstanding

Consequently, as of the date of issuance of these financial statements, 51% of Edenor's capital stock, represented by 462,292,111 Class "A" shares, which have been pledged in favor of the Argentine Government as evidenced by the certificate issued by Caja de Valores, is held by EASA An amount of 442,210,356 shares is traded in the market, 1,952,604 shares are held by Banco Nación as trustee of the Employee Stock Ownership Program, 19 shares are held by NEV and 10 by EDFI, thus totaling an amount of 906,455,100 shares representing 100% of EDENOR's capital stock Furthermore, it must be mentioned that the aforementioned capital increase is in the process of registration

Furthermore, Dolphin and IEASA contributed 38,170,909 Class "B" shares of the Company, that had been transferred to them by NEV, to EASA, which is the controlling company On April 27, 2007, the contributed shares were converted into Class "A" shares to ensure that EASA continues to hold 51% of all the Class "A" shares outstanding Nevertheless, the abovementioned capital increae is in the process of registration, on April 30, 2007, the Company requested Caja de Valores S A the registration of the new Class "A" shares and the extension thereto of the regulatory pledge in favor of the Argentine Government, in compliance with the Bidding Terms and Conditions of the International Public Bidding, the provisions of the Concession Agreement of Edenor S A , and the terms of the related pledge agreements signed on August 31, 1992 and July 14, 1994, where by the second clause of these agreements, EASA was required to extend the first-priority preferred security interest to any Class "A" Shares of the Company that EASA would acquire on a date subsequent to those of said Agreements

Moreover, section 19 of the Adjustment Agreement entered into by the Company and the Argentine Government, which was ratified by Decree No 1,957/2006, stipulates that the pledge on the Company's shares in favor of the Argentine Government granted as security for the performance of the Concession Agreement will be extended to include the performance of the obligations assumed by the Company in such Adjustment Agreement

The Company was notified that on June 22, 2007, the shareholders of Dolphin Energía S A and IEASA S A (that own 100% of the stock of Electricidad Argentina S A , the controlling company of Edenor S A ) and Pampa Holding S A agreed to exchange the totality of the capital stock of Dolphin Energía S A and IEASA S A for common shares of Pampa Holding S A

## 2  BASIS OF PRESENTATION OF THE FINANCIAL STATEMENTS

### Financial statements presentation

These financial statements have been prepared in accordance with accounting principles generally accepted in the Autonomous City of Buenos Aires, Argentina (hereinafter "Argentine GAAP") and the criteria established by the National Securities Commission (CNV), taking into account that which is mentioned in the following paragraphs

10

Case 1:05-cv-00969-HHK    Document 150-18    Filed 04/23/2008    Page 18 of 26

As from January 1, 2003 and as required by General Resolution N° 434/03 of the CNV, the Company reports the results of its operations, determines the values of its assets and liabilities and determines its profit and loss in conformity with the provisions of Technical Resolutions (TR) N° 8, 9 and 16 through 18 (amended text June 2003) As from January 1, 2004, the Company has applied the provisions of TR N° 21 of the Argentine Federation of Professional Councils in Economic Sciences (FACPCE) as approved by the Professional Council in Economic Sciences of the Autonomous City of Buenos Aires (CPCECABA), with specific few exceptions and clarifications introduced by General Resolution N° 459/04 of the CNV

The CNV through its General Resolutions N° 485/05 and 487/06 decided to implement certain changes in the Argentine GAAP effective for fiscal years or interim periods beginning as from January 1, 2006, by requiring the application of TR N° 6, 8, 9, 11, 14, 16, 17, 18, 21, and 22 and Interpretations 1, 2, 3, and 4, of the FACPCE with the amendments introduced by such Federation through April 1, 2005 (Resolution N° 312/05) and adopted by the CPCECABA (Resolution CD N° 93/05) with certain amendments and clarifications

Among the aforementioned changes the following can be noted: i) the comparison between the original values of certain assets and their recoverable values, using discounted cash-flows; ii) the consideration of the difference between the accounting and tax values resulting from the adjustment for inflation included in non-monetary assets, as a temporary difference, allowing the Company to either recognize a deferred tax liability or to disclose the effect of such accounting change in a note to the financial statements and (iii) the capitalization of interest cost on certain assets (only those assets that require an extended period of time to be produced or acquired would qualify) during the term of their construction and until they are in condition to be used

The Company has completed its analysis of the impact of the application of the change mentioned in the preceding paragraph under (i) on its property, plant and equipment and has determined  that said change  does  not have a significant impact on the Company's financial position or net income  for the six-month period ended June 30, 2007, given that the fair value - defined as the discounted value of net cash flows arising from both the use of the assets and their final disposal-, exceeds their recorded value (Note 3 h)

With regard to item (ii), the Company has decided to disclose said effect in a note to the financial statements  Had the Company chosen to recognize the effect of the adjustment for inflation of its property, plant and equipment as a temporary difference, as of June 30, 2007 a deferred tax liability of approximately 453,605 would have been recorded  As a result, a debit to prior year adjustment (unappropriated retained earnings - accumulated deficit) amounting to 469,732 and a credit to net income for the period, under the income tax account, amounting to 16,127, would have been recorded

Additionally, had the Company elected to recognize a deferred tax liability, and excluding the effects of the allowance for impairment of value of deferred tax assets, in subsequent years, the Company would have recorded an income tax expense that would have been lower than the income tax expense that will be recorded as a result of maintaining the criterion applied up to the moment, whose distribution in subsequent years has been estimated as follows :

| Year | Effect on deferred tax result<br>Nominal value |
|---|---|
| 2007 (six months) | 13,771 |
| 2008 | 27,541 |
| 2009 | 26,396 |
| 2010 | 25,011 |
| 2011 – 2015 | 111,174 |
| 2016 – 2020 | 92,321 |
| Remainder | 157,391 |
| **Total** | 453,605 |

In accordance with the provisions of TR N° 17, financial costs in relation to any given asset may be capitalized when such asset is in the process of production, construction, assembly or completion, and such processes, due to their nature, take long periods of time; those processes are not interrupted; the period of production, construction, assembly or completion does not exceed the technically required period; the necessary activities to put the asset in a condition to be used or sold are not substantially complete; and the asset is not in condition to be used in the production or start up of other assets, depending on the purpose pursued with its production, construction, assembly or completion. The Company capitalized financial costs on property, plant and equipment from 1997 to 2001, in 2006 and during the six-month period ended June 30, 2007. Financial costs capitalized for the six-month periods ended June 30, 2007 and 2006 amounted to 3,912 and 4,386, respectively

11

## Consideration of the effects of inflation

The financial statements fully reflect the effects of the changes in the purchasing power of the currency through August 31, 1995 As from such date, and in accordance with Argentine GAAP and the requirements of control authorities, the restatement of the financial statements to reflect the effects of inflation was discontinued until December 31, 2001 As from January 1, 2002, and in accordance with Argentine GAAP, it was established that inflation adjustment be reinstated and that the accounting basis restated as a result of the change in the purchasing power of the currency through August 31, 1995, as well as transactions with original date as from such date through December 31, 2001, be considered as restated as of the latter date The financial statements have been restated to reflect the effects of inflation based on the variations of the Domestic Wholesale Price Index

On March 25, 2003, the Federal Government issued Decree N° 664 establishing that financial statements for fiscal years ending as from such date had to be prepared in nominal currency Consequently, and in accordance with Resolution N° 441 of the CNV, the Company discontinued the restatement of its financial statements as from March 1, 2003 This criterion does not agree with Argentine GAAP which establish that financial statements were to be restated through September 30, 2003 The Company has estimated that the effect of not having restated the financial statements through September 30, 2003 is not significant on the financial statements

## Changes in Argentine GAAP

On May 24, 2006 the Board of the CPCECABA approved TR N° 23 "Argentine GAAP - Employee benefits upon termination of labor relationship and other long-term benefits" This TR is in effect for the Company's financial statements for fiscal years or interim periods beginning as from January 1, 2007 The application of said resolution does not have a significant valuation impact on the Company's financial statements The amounts corresponding to the personnel benefits plan (pension plan) implemented by the Company are as follow (Notes 3 o and 8):

The periodical components of the personnel benefits plan for the six-month period ended June 30, 2007, that are disclosed in Other (expense) income net under Voluntary retirements - terminations (Note 12), are as follow:

| | |
|---|---:|
| Cost | 563 |
| Interest | 1,436 |
| Amortization of recognized net actuarial loss | 380 |
| | 2,379 |

The detail of the variations in the Company's payment obligations under the personnel benefits plan as of June 30, 2007, is as follows:

| | |
|---|---:|
| Payment obligations under the personnel benefits plan at the beginning of the year | 15,352 |
| Cost | 563 |
| Interest | 1,436 |
| Actuarial loss | 0 |
| Benefits paid to participating employees | (262) |
| Payment obligations under the personnel benefits plan at the end of the period | 17,089 |
| | |
| Payment obligations under the personnel benefits plan at the end of the period | 17,089 |
| Unrecognized net actuarial loss | (5,334) |

Total personnel benefits plan (pension plan) (Note 8)                  11,755

12

Actuarial assumptions used were the following:

| | |
|---|---|
| Discount rate | 19% |
| Salary increase | 15% |
| Inflation | 12% |

### 3 VALUATION CRITERIA

The main valuation criteria used in the preparation of the financial statements are as follow:

**a)    Cash and banks:**

- In local currency: at nominal value
- In foreign currency: at the exchange rate in effect as of the end of the period/year  The corresponding detail is disclosed in Exhibit G

**b)    Current investments:**

Current investments include:

- Time deposits, which include the portion of interest income accrued through the end of the period/year; those denominated in foreign currency have been valued at the rate of exchange in effect as of the end of the period/year, and
- Money market funds, which have been valued at the prevailing market price as of the end of the period/year

**c)    Trade receivables:**

- Services rendered and billed but not collected, and services rendered but unbilled as of the end of the period/year, at nominal value;
- Services rendered but unbilled as of the end of the six-month period ended June 30, 2007, arising from the retroactive increase deriving from the application of the new electricity rate schedule (Note 17 b) have been valued on the basis of the best estimate of the amount to be collected, discounted at a 10% annual nominal rate, which, in accordance with the Company's criterion, reasonably reflects market assessments of the time value of money and risks specific to the receivable  A similar procedure was followed with the amount included in the payment plan agreement signed with the Province of Buenos Aires under the Framework Agreement (Note 13)

The amounts thus determined:

1 are net of an allowance for doubtful accounts, as described in more detail in paragraph i) of this Note
2 consider the effects of that which is stated in Note 13

**d)    Other receivables and liabilities (excluding loans):**

- In local currency: at nominal value
- In foreign currency: at the exchange rate in effect as of the end of the period/year (Exhibit G)

Trade accounts payable have been valued at nominal value including, if any, interest expense accrued as of the end of the period/year  The values thus obtained do not differ significantly from those that would have been obtained if the Argentine GAAP had been applied, inasmuch as they establish that trade accounts payable must be

Case 1:05-cv-00969-HHK   Document 150-18   Filed 04/23/2008   Page 24 of 26

valued at their estimated cash price at the time of the transaction, plus interest and implicit financing components accrued on the basis of the internal rate of return determined at such opportunity

13

Other receivables and liabilities have been valued at their nominal value including, if any, interest income or expense accrued as of the end of the period/year  The values thus obtained do not differ significantly from those that would have been obtained if the Argentine GAAP had been applied, inasmuch as they establish that other receivables and liabilities must be valued on the basis of the best estimate amount to be collected and paid, respectively, discounted at a rate that reflects the time value of money and the risks specific to the transaction estimated at the time of their being recorded in assets and liabilities, respectively

e)   **Municipal Bonds**

As of December 31, 2006, the Municipal Financial Restructuring Bonds ( *Bonos de Saneamiento Financiero Municipal* ) issued pursuant to Law N° 11,752 were valued at their conversion value according to the legislation mentioned in Note 26 (i e  face value converted into pesos at the rate of 1 40 Argentine Pesos per US Dollar), restated for inflation as of such year-end, including the inflation-linked CER ("benchmark stabilization coefficient") adjustment and interest accrued through the end of that year at an annual rate of 4%

Due to impairment indicators, as of December 31, 2006, the Company recorded an allowance to reduce the value of the above-mentioned bonds to their expected recoverable amount of 5,918 (Note 3 i and Exhibit E)

On January 4, 2007 the Company sold the aforementioned bonds at a value of 5,947

f)   **Supplies:**

At acquisition cost restated to reflect the effects of inflation as indicated in Note 2  The consumption of supplies has been valued based on the average cost method

The Company has classified supplies into current and non-current depending on whether they will be used for maintenance or capital expenditures

The carrying value of supplies, taken as a whole, does not exceed their recoverable value

g)   **Non-current investments:**

It represents the 50% interest held in the related company SACME S A  (a company organized by means of equal contributions by distribution companies EDENOR S A  and EDESUR S A  in accordance with the Bid Package)  SACME S A  is in charge of monitoring the electric power supplied to the aforementioned distributors  As of June 30, 2007 and December 31, 2006, the investment in SACME has been recorded at its equity value

In order to determine the equity value, the audited financial statements of SACME S A  as of June 30, 2007 and December 31, 2006 have been used  The Company is not aware of any events occurred in SACME as of June 30, 2007 that could significantly modify that company's financial position or its results  The accounting principles used by SACME are similar to those applied by EDENOR for the preparation of its financial statements

h)   **Property, plant and equipment:**

Property, plant and equipment transferred by SEGBA on September 1, 1992 were valued as of the privatization date as described below, and restated to reflect the effects of inflation as indicated in Note 2  The total value of the assets transferred from SEGBA was allocated to individual assets accounts on the basis of engineering studies conducted by the Company

The total value of property, plant and equipment has been determined based on the US$ 427 million price effectively paid by EASA for the acquisition of 51% of the Company's capital stock at acquisition date  Such

price was used to value the entire capital stock of EDENOR at 832 million pesos, which, when added to the fair value of the debts assumed by the Company under the SEGBA Privatization Bid Package for 139 2 million less the fair value of certain assets received from SEGBA for 103 2 million, valued property plant and equipment at 868 million

14