SEGBA neither prepared separate financial statements nor maintained financial information or records with respect to its distribution operations or the operations in which the assets transferred to EDENOR were used Accordingly, it was not possible to determine the historical cost of transferred assets

Additions subsequent to such date have been valued at acquisition cost restated to reflect the effects of inflation as indicated in Note 2, net of the related accumulated depreciation Depreciation has been calculated by applying the straight-line method over the estimated useful life of the assets which was determined on the basis of the above-mentioned engineering studies Furthermore, in order to improve the disclosure of the account, the Company has made certain changes in the classification of property, plant and equipment, based on each technical process

In accordance with the provisions of TR N° 17, financial costs in relation to any given asset may be capitalized when such asset is in the process of production, construction, assembly or completion, and such processes, due to their nature, take long periods of time; those processes are not interrupted; the period of production, construction, assembly or completion does not exceed the technically required period; the necessary activities to put the asset in a condition to be used or sold are not substantially complete; and the asset is not in condition so as to be used in the production or start up of other assets, depending on the purpose pursued with its production, construction, assembly or completion The Company capitalized financial costs on property, plant and equipment from 1997 to 2001, in 2006 and during the six-month period ended June 30, 2007 Financial costs capitalized for the six-month periods ended June 30, 2007 and 2006 amounted to 3,912 and 4,386, respectively

During the six-month periods ended June 30, 2007 and 2006, direct and indirect costs capitalized amounted to 15,181 and 11,901 respectively

The recorded value of property, plant and equipment, taken as a whole, does not exceed their recoverable value

i)   **Allowances (Exhibit E):**

- Deducted from current assets:

- for doubtful accounts: it has been recorded to adjust the valuation of trade receivables up to their estimated recoverable value The amount of the allowance has been determined based on the historical series of collections for services billed through the end of the period/year and collections subsequent thereto

- Deducted from non-current assets:

- for impairment of value of deferred tax assets: as of June 30, 2007 and December 31, 2006 the Company has partially reversed out the valuation allowance (Note 3 n)
- for impairment of value of Municipal Bonds: due to impairment indicators, as of December 31, 2006 the Company recorded an allowance to reduce the value of such bonds to their expected recoverable amount (Note 3 e)

j)   **Accrued litigation :**

Amounts have been accrued for several contingencies

The Company is a party to certain lawsuits and administrative proceedings in several courts and government agencies, including with respect to certain tax contingencies arising from the ordinary course of business The Argentine tax authority ("AFIP") has challenged certain income tax deductions related to allowances for doubtful accounts made by the Company on its income tax returns for fiscal years 1996, 1997 and 1998, and has assessed additional taxes for approximately 9,300 Tax related contingencies are subject to interest charges and, in some

cases, to fines This matter is currently on appeal to the tax court During the appeal process, payment of such claim has been suspended

The Company is also a party to civil and labor lawsuits in the ordinary course of business

At the end of each period/year, management evaluates these contingencies and records an accrual for related potential losses when: (i) payment thereof is probable, and (ii) the amount can be reasonably estimated  The Company estimates that any loss in excess of amounts accrued in relation to the above matters will not have a material adverse effect on the Company's result of operations or its financial position

The evolution of the accrued litigation account has been disclosed in Exhibit E

k)  **Loans:**

As of the end of the period/year, the notes resulting from the restructuring process (Note 14) have been valued on the basis of the best estimate of the amount to be paid, discounted at a 10% annual nominal rate, which, in accordance with the Company's criterion, reasonably reflects market assessments of the time value of money and specific debt risks

Under Argentine GAAP, the exchange of debt instruments under substantially different conditions is considered as an extinguishment of the former debt (i e , debt before restructuring)

The extinguishment of the former debt generated a gain of 174,917 as of June 30, 2006, however the adjustment to present value of future cash flows of the notes, at a market rate of 10% per annum, generated a gain of 91,890 and a loss of 27,839 as of June 30, 2006 and 2007, respectively

During the six-month period ended June 30, 2007, the Company, as required in the trust agreement for the issuance of corporate notes has partially repurchased at market prices in successive operations, "discount corporate notes due on 2014" for a nominal value of US$ 36,000 thousand  After the aforementioned transactions, the balance of the financial debt (principal) amounts to US$ 340,430 thousand  The aforementioned operation generated a loss of US$ 471 thousand equivalent to 1,456, which has been included in the statements of income for the six-month period ended June 30, 2007 (Note 14)

l)  **Shareholders' equity accounts:**

These accounts have been restated to reflect the effects of inflation as indicated in Note 2, except for the "Shareholders' Contributions - Nominal value" account which has been maintained at its nominal value  The excess of the adjusted value over its nominal value has been included in the "Shareholders' Contributions  Adjustment to Capital" account

m)  **Statement of income accounts:**

–  The accounts that accumulate monetary transactions as of June 30, 2007 and 2006 have been disclosed at their nominal values
–  The charges for non-monetary assets consumed have been valued at cost restated to reflect the effects of inflation on the basis of the date of acquisition of such assets, as indicated in Note 2
–  Financial income (expense) and holding gains (losses) have been disclosed separately under income (expense) generated by assets and by liabilities
–  The adjustment to present value of the notes is stated at their nominal value
–  The gain on extinguishment of former debt as of June 30, 2006 is stated at nominal value
–  The adjustments to present value of trade receivables related to both the application of the retroactive tariff increase agreed upon in the Adjustment Agreement and the payment plan agreement signed with the Province of Buenos Aires for amounts deriving from the Framework Agreement as of June 30, 2007 are stated at their nominal value

— The adjustment to present value of repurchased notes as of June 30, 2007 is stated at nominal value

16

**n)    Income tax and tax on minimum presumed income:**

The Argentine GAAP require the application of the deferred tax method to account for income tax. This method consists of recognizing deferred tax assets and liabilities when temporary differences arise from the valuation of assets and liabilities for accounting and tax purposes. Regarding the restatement of property, plant and equipment to reflect the effects of inflation, the Company has applied Resolution MD (the Board) N° 11/03 of the CPCECABA and General Resolution N° 487/06 of the CNV (see Note 2 - Changes in Argentine GAAP)

As of June 30, 2007, the allowance for impairment of value of deferred tax assets amounted to 32,722. The amount of the allowance has been assessed based on business projections which include the Company's estimate of future tariff increases deriving from the Adjustment Agreement (Note 17 b)

The reconciliation between the income tax as charge to the statement of income for the periods ended June 30, 2007 and 2006, and the amount that would result from applying the tax rate in effect (35%) to the income before taxes for each period, is as follows:

|  | 2007 | 2006 |
|---|---|---|
| Income tax calculated at tax rate in effect on the income before taxes | 71,665 | 75,254 |
| Permanent differences |  |  |
| Adjustment for inflation of property, plant and equipment | 16,127 | 16,840 |
| Accruals and other | 1,688 | 10,348 |
| Income tax | 89,480 | 102,442 |
| Increase (Decrease) in the allowance for impairment of value of deferred tax assets | 461 | (291,607) |
| Income tax benefit for the period | 89,941 | 189,165 |
|  |  |  |
| **Allowance for impairment of value of deferred tax assets** |  |  |
| Balance at beginning of year | 32,261 | 312,187 |
| Increase (Decrease) in the allowance for impairment of value of deferred tax assets | 461 | (291,607) |
| Balance at end of period | 32,722 | 20,580 |

Additionally, the breakdown of deferred tax assets and liabilities as of June 30, 2007 and December 31, 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| **Non-current deferred tax assets** |  |  |
| Tax-loss carry forward | 83,447 | 143,886 |
| Allowance for doubtful accounts | 6,663 | 6,426 |
| Accruals | 34,466 | 93,179 |
| Adjustment to present value of the retroactive tariff increase arising from the application of the new electricity rate schedule and other trade receivables | 12,841 | 0 |
| Supplies valuation | 15 | 159 |
|  | 137,432 | 243,650 |
| **Non-current deferred tax liabilities** |  |  |
| Property, plant and equipment | (17,215) | (24,209) |

| | | |
|---|--:|--:|
| Adjustment to present value of the notes | ( 10,255) | (19,998) |
| | (27,470) | (44,207) |
| | | |
| **Net deferred tax assets before allowance** | 109,962 | 199,443 |
| | | |
| Allowance for impairment of value of deferred tax assets | (32,722) | (32,261) |
| **Net deferred tax assets** | 77,240 | 167,182 |

17

Tax losses to be carried forward as of June 30, 2007 are as follow:

|  | Amount | Tax rate 35% | Year expiring |
|---|---|---|---|
| Tax loss carry forward 2002 | 214,659 | 75,131 | 2007 |
| Tax loss carry forward 2005 | 23,761 | 8,316 | 2010 |
| Total tax losses as of June 30, 2007 | 238,420 | 83,447 | |

As tax losses become statute-barred within five years, the aforementioned tax losses may be applied to offset any future taxable income that may arise within such five-year term

Additionally, the Company determines the tax on minimum presumed income by applying the current rate of 1% on the Company's taxable assets as of the end of the period/year The tax on minimum presumed income and the income tax complement each other The Company's tax obligation for a given year will be equal to the higher of these taxes However, should the tax on minimum presumed income exceed income tax in any given fiscal year, such excess will be eligible for credit against a partial payment of any excess of the income tax over the tax on minimum presumed income that may arise in any of the ten subsequent fiscal years

For the six month period ended June 30, 2007 the Company has estimated a minimum presumed income tax charge of 4,093, whereas for the year ended December 31, 2006 the charge amounted to 19,872 The corresponding outstanding tax credits as of the end of the period/year have been included in Other non-current receivables

ñ) **Operating leases:**

As lessee, EDENOR has lease contracts (buildings) which classify as operating leases

Common characteristics of these lease contracts are that lease payments (installments) are established as fixed amounts, there are neither purchase option clauses nor renewal term clauses (except for the Handling and Energy Transformation Center contract that has an automatic renewal clause for five-year term) and there are prohibitions such as: transferring or sub-leasing the building, changing its use and/or making any kind of modifications thereto All operating lease contracts have cancelable terms and lease periods of two or three to thirteen years

Buildings are for commercial offices, the warehouse, the headquarters building (comprised of administration, commercial and technical offices), the Handling and Energy Transformation Center (two buildings and a plot of land located within the perimeter of Central Puerto Nuevo and Puerto Nuevo) and Las Heras substation

As of June 30, 2007, future minimum lease payments with respect to operating leases are as follow:

| | |
|---|---|
| 2007 | 1,488 |
| 2008 | 1,122 |
| 2009 | 211 |
| 2010 | 147 |
| 2011 | 147 |
| 2012 | 147 |
| **Total minimum lease payments** | **3,262** |

18

Total rental expenses for all operating leases for the six-month periods ended June 30, 2007 and 2006 are as follow:

|  | 2007 | 2006 |
|---|---|---|
| **Total rental expenses** | **1,445** | **1,297** |

As lessor, Edenor has entered into several operating lease contracts with certain cable television companies granting them the right to use poles of the Company's network. Most of such lease contracts include automatic renewal clauses

As of June 30, 2007, future minimum lease collections with respect to operating leases are as follow:

| 2007 | 3,536 |
|---|---|
| 2008 | 987 |
| 2009 | 62 |
| 2010 | 0 |
| 2011 | 0 |
| **Total minimum lease collections** | **4,585** |

Total rental income for all operating leases for the six-month periods ended June 30, 2007 and 2006, is as follows:

|  | 2007 | 2006 |
|---|---|---|
| **Total rental income** | **5,110** | **6,622** |

o)  **Labor cost liabilities and Early retirements payable:**

They include the following charges:

– for supplementary benefits of paid leave of absence derived from accumulated vacation,
– for seniority-based bonus to be granted to employees with a specified number of years of employment, as stipulated in collective bargaining agreements in effect (as of June 30, 2007 and December 31, 2006, the accrual for such bonuses amounted to 5,153 and 4,847 respectively), and
– for other personnel benefits (pension plan) to be granted to employees upon retirement, as stipulated in collective bargaining agreements in effect (as of June 30, 2007 and December 31, 2006, the accrual for these benefits amounted to 11,755 and 9,638 respectively)

Liabilities related to the above-mentioned seniority-based bonus and other personnel benefits (pension plans) to be granted to employees, have been determined taking into account all rights accrued by the beneficiaries of both plans as of June 30, 2007 and December 31, 2006, respectively, on the basis of an actuarial study conducted by an independent actuary as of December 31, 2006 Such liabilities have been disclosed under the "Salaries and social security taxes" account as seniority-based bonus and other personnel benefits, respectively (Note 8)

Early retirements payable corresponds to individual optional agreements After employees reach a specific age, the Company may offer them this option The related accrued liability represents future payment obligations which as of June 30, 2007 and December 31, 2006 amount to 2,459 and 2,320 (current) and 5,102 and 5,802 (non-current), respectively (Note 8)

p)  **Customer deposits and contributions:**

**Customer deposits:**

Under the Concession Agreement, the Company is allowed to receive customer deposits in the following cases:

1 When the power supply is requested and the user is unable to provide evidence of his legal ownership of the premises;

19

2    When service has been suspended more than once in one-year period;

3    When the power supply is reconnected and the Company is able to verify the illegal use of the service (fraud)

4    When the customer is undergoing liquidated bankruptcy or reorganization proceedings

The Company has decided not to request customer deposits from residential T1 tariff customers

Customer deposits may be either paid in cash or through the customer's bill, and accrue monthly interest at a specific rate of Banco de la Nación called "reference" rate

When a customer requests that the supply service be disconnected, the customer's deposit is credited (principal amount plus any interest accrued through the date of reimbursement) Any balance outstanding at the time of requesting the disconnection of the supply service is deducted from the amount so credited Similar procedures are followed when the supply service is disconnected due to customer inability to pay for the electricity consumed Consequently, the Company recovers, either fully or partially, any amount owed for electric power consumption

When the conditions for which the Company is allowed to receive customer deposits no longer exist, the principal amount plus any interest accrued thereon are credited to the customer's account

**Customer contributions:**

The Company receives advances from certain customers for services to be provided based on individual agreements Such advances are stated at nominal value as of the end of the period/year

q)    **Revenue recognition:**

Revenues from operations are recognized on an accrual basis and derive mainly from electricity distribution Such revenues include electricity supplied, whether billed or unbilled, at the end of the period/year and have been valued on the basis of applicable tariffs

The Company also recognizes revenues from other concepts included in distribution services, such as new connections, pole rental, transportation of electricity to other distribution companies, etc

All revenues are recognized when the Company's revenue earning process has been substantially completed, the amount of revenues may be reasonably measured, and the economic benefits associated with the transaction flow to the Company

During the six-month period ended June 30, 2007, the Company recognized revenues from the retroactive tariff increase deriving from the application of the new electricity rate schedule to non-residential consumption for the period of November 2005 through January 31, 2007 (Note 17 b) as it was during this period that the new electricity rate schedule went into effect as from February 1, 2007, was approved by Resolution No 51/2007 of the ENRE

r)    **Estimates:**

The preparation of the financial statements in accordance with Argentine GAAP requires the Company's Board of Directors and Management to make estimates that affect the reported amounts of assets and liabilities and the disclosure of contingent assets and liabilities at the date of the financial statements Actual results and amounts may differ from the estimates used in the preparation of the financial statements

s)    **Earnings per common share:**

It has been computed on the basis of the number of shares outstanding as of June 30, 2007, which amounts to 906,455,100, and June 30, 2006 which amounted to 831,610,200 shares. There is no earning (loss) per share dilution, as the Company has issued neither preferred shares nor corporate notes convertible into common shares

20

t)  **Segment information:**

In accordance with the provisions of TR No 18, the Company is required to disclose segment information provided certain requirements are met This Resolution establishes the criterion to be followed for reporting information on operating segments in annual financial statements, and requires the reporting of selective information on operating segments in interim financial reports Operating segments are those components of a company's activity about which different financial information may be obtained, whether for the allocation of resources or the determination of an asset's performance TR N° 18 also establishes the criterion to be applied by a company to disclose its products and services, geographical areas and major customers

The Company is a natural monopoly that operates in a single business segment, electricity distribution and sale in a specific urban geographical area, pursuant to the terms of the concession agreement that governs the provision of this public service The Company's activities have similar economic characteristics and are similar as to the nature of their products and services and the electricity distribution process, the type or category of customers, the geographical area and the methods of distribution Management evaluates the Company's performance based on net income Accordingly, the disclosure of information as described above is not necessary

u)  **Risk management:**

The Company operates mainly in Argentina Its business may be affected by inflation, currency devaluation, regulations, interest rates, price controls, changes in governmental economic policies, taxes and other political and economic-related issues affecting the country The majority of the Company's assets are either non-monetary or denominated in Argentine pesos, whereas the majority of its liabilities are denominated in U S dollars As of June 30, 2007, a minimum portion of the Company's debts accrues interest at floating rates, consequently the Company's exposure to interest rate risk is limited

As of June 30, 2007 and December 31, 2006, the Company has not entered into any foreign currency forward contracts or floating interest rate forward contracts

v)  **Concentration risks:**

**Related to customers**

The Company's accounts receivable derived primarily from the sale of electric power

No single customer accounted for more than 10% of sales for the six-month periods ended June 30, 2007 and 2006 The collectibility of trade receivables balances related to the Framework Agreement, which amount to 7,579 and 45,552 as of June 30, 2007 and December 31, 2006, respectively, as disclosed in Notes 4 and 13, is subject to compliance with the terms of such Framework Agreement

In addition and as described in Note 13, the aforementioned Framework Agreement expired on December 31, 2006 As from such date the Company has been negotiating the renewal of such agreement with the Federal and Provincial Governments However, the Company has continued supplying electricity to low income areas and shantytowns

**Related to employees who are union members**

As of June 30, 2007, approximately 78% of the Company's employees were union members Although the relationship with unions is currently stable, the Company may not ensure that there will be no work disruptions or strikes in the future, which could have a material adverse effect on the Company's business and the results of operations, specially in light of the social tension caused by the economic crisis Furthermore, collective

bargaining agreements signed with unions will expire by the end of the current 2007 fiscal year  There is no guarantee that the Company will be able to negotiate new collective bargaining agreements under the same terms as those currently in place or that there will be no strikes during or after the negotiation process

21

The Bid Package sets forth the responsibilities of both SEGBA and the Company in relation to the personnel transferred by SEGBA through Resolution N° 26/92 of the Energy Secretariat According to the Bid Package, SEGBA will be fully liable for any labor and social security obligations accrued or originated in events occurred before the take-over date, as well as for any other obligations deriving from lawsuits in process at such date

In December 1998, new collective bargaining agreements were signed with the *Sindicato de Luz y Fuerza de la Capital Federal* and the *Asociación de Personal Superior de Empresas de Energía* These agreements would be in effect for a term of five years to commence as from the date of approval and until the signing of a new agreement The Ministry of Labor and Social Security approved the agreements signed with both the *Sindicato de Luz y Fuerza de la Capital Federal* and the *Asociación de Personal Superior de Empresas de Energía* on March 11, 1999 (through Resolution N° 31) and October 15, 1999 (through Resolution N° 318/99), respectively

During 2005, two new collective bargaining agreements were signed with the *Sindicato de Luz y Fuerza de la Capital Federal* and the *Asociación de Personal Superior de Empresas de Energía* , which will expire on December 31, 2007 and October 31, 2007, respectively These agreements were approved by the Ministry of Labor and Social Security on November 17, 2006 and October 5, 2006, respectively

**w) Financial statements comparison:**

Certain amounts disclosed in the financial statements as of June 30, 2006 have been reclassified for comparative purposes, following the disclosure criteria used for the financial statements as of June 30, 2007

Such reclassifications do not imply any changes in shareholders' equity as of June 30, 2006 or in the results of operations for the six-month period then ended

**x) Foreign currency translation/ transactions:**

The Company accounts for foreign currency denominated assets and liabilities and related transactions as follows:

The accounting measurements of purchases, sales, payments, collections, other transactions and outstanding balances denominated in foreign currency are translated into pesos using the exchange rates described below Thus, the resulting amount in pesos represents the amount collected or to be collected, paid or to be paid

For translation purposes, the following exchange rates are used:

a)   the exchange rate in effect at the date of the transaction, for payments, collections and other transactions denominated in foreign currency; and
b)   the exchange rate in effect at the date of the financial statements, for assets and liabilities denominated in foreign currency

For transactions and balances denominated in foreign currency, the bid price is used for assets, and the offer price is used for liabilities

The effect of such translations has been included in the Statements of Income as "Exchange difference" under "Financial income (expenses) and Holding results"

22

## 4 TRADE RECEIVABLES

The detail of trade receivables as of June 30, 2007 and December 31, 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| **Current:** |  |  |
| Receivables from sales of electricity: |  |  |
| Billed | 161,132 | 112,706 |
| Unbilled |  |  |
| Sales of electricity | 113,408 | 92,803 |
| Retroactive tariff increase arising from the application of the new electricity rate schedule (Note 17 b item d) | 46,971 | 0 |
| Adjustment to present value of the retroactive tariff increase arising from the application of the new electricity rate schedule (Note 3 c) | (2,427) | 0 |
| Framework Agreement (Note 13) | 7,579 | 45,552 |
| Framework Agreement - Payment plan with the Province of Bs As (Note 13) | 18,076 | 0 |
| Adjustment to present value of the Framework Agreement - Payment plan with the Province of Bs As (Note 3 c) | (827) | 0 |
| National Fund of Electricity (Note 17 a) | 9,688 | 23,015 |
| Cannon payable for the expansion of the network, transportation and others (Note 17 b) | 12,996 | 11,882 |
| In litigation | 10,259 | 10,603 |
| Subtotal | 376,855 | 296,561 |
| Less: |  |  |
| Allowance for doubtful accounts (Exhibit E) | (23,717) | (25,623) |
|  | 353,138 | 270,938 |

|  | 2007 | 2006 |
|---|---|---|
| **Non-Current:** |  |  |
| Receivables from sales of electricity: |  |  |
| Unbilled |  |  |
| Retroactive tariff increase arising from the application of the new electricity rate schedule (Note 17 b item d) | 151,026 | 0 |
| Adjustment to present value of the retroactive tariff increase arising from the application of the new electricity rate schedule (Note 3 c) | (33,433) | 0 |
|  | 117,593 | 0 |

23

## 5  OTHER RECEIVABLES

The detail of other receivables as of June 30, 2007 and December 31, 2006 is as follows:

| | 2007 | 2006 |
|---|---:|---:|
| **Current:** | | |
| Prepaid expenses (1) | 1,610 | 1,305 |
| Advances to suppliers | 609 | 1,082 |
| Advances to personnel | 125 | 238 |
| Related parties (2) (Note 15) | 1,806 | 4,877 |
| Preliminary attachments - ENRE - (Note 17 a) | 59 | 67 |
| Municipal Bonds (Notes 3 e) | 0 | 11,836 |
| Allowance for impairment of value of Municipal Bonds ( Exhibit E) | 0 | (5,918) |
| Other debtors (3) | 14,129 | 15,175 |
| Allowance for other doubtful accounts (Exhibit E) | (2,600) | (2,300) |
| Other (4) | 2,765 | 3,859 |
| | 18,503 | 30,221 |

| | 2007 | 2006 |
|---|---:|---:|
| **Non-current:** | | |
| Other debtors (Note 16 c) | 0 | 3,077 |
| Tax credit on minimum presumed income (Note 3 n) | 90,124 | 86,031 |
| Net deferred tax assets (Note 3 n) | 109,962 | 199,443 |
| Allowance for impairment of value of deferred tax assets (Exhibit E) | (32,722) | (32,261) |
| Other | 7 | 185 |
| | 167,371 | 256,475 |

(1) Includes 101 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006
(2) Includes 1,358 and 4,429 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006, respectively
(3) Includes 1,270 and 4,338 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006, respectively
(4) Includes 752 and 754 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006, respectively

## 6  TRADE ACCOUNTS PAYABLE

The detail of trade accounts payable as of June 30, 2007 and December 31, 2006 is as follows:

| | 2007 | 2006 |
|---|---:|---:|
| **Current:** | | |
| Payables for purchase of electricity and other purchases (1) | 133,870 | 158,371 |
| Unbilled electric power purchases | 95,926 | 92,877 |
| Customer contributions (Note 3 p) | 13,065 | 16,123 |
| Other | 633 | 269 |
| | 243,494 | 267,640 |

**Non-Current:**

| | | |
|---|---|---|
| Customer deposits (Note 3 p) | 33,390 | 31,250 |

(1) Includes 20,342 and 16,271 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006, respectively. Also, includes balances with SACME S A for 661 and 676 as of June 30, 2007 and December 31, 2006, respectively and balances with Errecondo, Salaverri, Dellatorre, Gonazalez & Burgio for 3,240 and 16 as of June 30, 2007 and December 31, 2006, respectively

24

## 7  LOANS

The detail of loans as of June 30, 2007 and December 31, 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| **Current:** | | |
| Notes: | | |
| In foreign currency (Exhibit G and Note 14) | | |
| Fixed and Incremental Rate Discount Notes – Class A | 10,697 | 0 |
| Fixed and Incremental Rate Discount Notes – Class B | 5,077 | 0 |
| Interest (Note 14) | 1,756 | 2,029 |
| Subtotal | 17,530 | 2,029 |
| Adjustment to present value of notes | (1,396) | 0 |
| Notes at present value | 16,134 | 2,029 |
| **Non-Current:** | | |
| Notes: | | |
| In foreign currency (Exhibit G and Note 14) | | |
| Fixed and Incremental Rate Par Notes – Class A | 227,289 | 225,009 |
| Fixed and Incremental Rate Par Notes – Class B | 155,544 | 153,986 |
| Floating Rate Par Notes – Class A | 39,145 | 38,753 |
| Fixed and Incremental Rate Discount Notes – Class A | 417,170 | 466,409 |
| Fixed and Incremental Rate Discount Notes – Class B | 198,028 | 268,471 |
| Subtotal | 1,037,176 | 1,152,628 |
| Adjustment to present value of notes | (27,903) | (57,138) |
| Notes at present value | 1,009,273 | 1,095,490 |

## 8  SALARIES AND SOCIAL SECURITY TAXES

The detail of salaries and social security taxes as June 30, 2007 and December 31, 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| **Current:** | | |
| Salaries payable and accruals | 36,214 | 44,423 |
| Social Security (ANSES) | 4,993 | 4,703 |
| Early retirements payable (Note 3 o) | 2,459 | 2,320 |
|  | 43,666 | 51,446 |
| **Non-Current** (Note 3 o) : | | |
| Other personnel benefits (Note 2) | 11,755 | 9,638 |
| Seniority-based bonus | 5,153 | 4,847 |
| Early retirements payable | 5,102 | 5,802 |
|  | 22,010 | 20,287 |

Case 1:05-cv-00969-HHK    Document 150-19    Filed 04/23/2008    Page 19 of 27

25

## 9  TAXES

The detail of taxes as of June 30, 2007 and December 31, 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| **Current:** | | |
| Provincial, municipal and federal contributions and taxes | 27,202 | 19,568 |
| Value Added Tax (VAT) | 25,735 | 11,935 |
| Tax on minimum presumed income | 4,663 | 6,507 |
| Withholdings | 5,493 | 4,894 |
| Municipal taxes | 19,920 | 15,044 |
| Other | 4,331 | 4,244 |
|  | 87,344 | 62,192 |

## 10  OTHER LIABILITIES

The detail of other liabilities as of June 30, 2007 and December 31, 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| **Current:** | | |
| Technical Assistance (1) (Note 15) | 1,379 | 4,465 |
| Fees related to the initial public offering of capital stock (2) | 5,633 | 3,820 |
| Fees related to debt restructuring (Exhibit G) | 0 | 7,299 |
| Fees related to the issuance of Corporate Notes (Note 24 and Exhibit G) | 1,949 | 0 |
| Program for the Rational Use of Electric Power (PUREE) | 91 | 6,926 |
| Other (3) | 2,105 | 3,870 |
|  | 11,157 | 26,380 |
| **Non-current:** | | |
| ENRE penalties (Note 17 a and b) | 251,469 | 241,079 |

(1) Includes 1,357 and 4,465 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006, respectively

(2) Includes 5,633 and 3,764 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006, respectively

(3) Includes 691 and 2,435 in foreign currency (Exhibit G) as of June 30, 2007 and December 31, 2006, respectively Also, includes balances with Errecondo, Salaverri, Dellatorre Gonzalez & Burgio for 309 and 208 as of June 30, 2007 and December 31, 2006, respectively (Note 15)

## 11  NET SALES

The breakdown of net sales for the six-month periods ended June 30, 2007 and 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| Sales of electricity (1) | 1,050,349 | 654,942 |

| | | |
|---|---:|---:|
| Late payment charges | 8,174 | 6,133 |
| Pole leases | 5,110 | 6,622 |
| Connection charges | 1,778 | 1,322 |
| Reconnection charges | 602 | 810 |
| | 1,066,013 | 669,829 |

(1) Net of ENRE penalties for 10,600 and 12,400 for the six-month periods ended June 30, 2007 and 2006, respectively (Note 17) As of June 30, 2007, includes 218,591 related to the retroactive tariff increase arising from the application of the new electricity rate schedule (Note 17 b item d)

26

## 12  OTHER (EXPENSE) INCOME- NET

The breakdown of other income (expense), net for the six-month periods ended June 30, 2007 and 2006 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| Non operating income | 1,035 | 795 |
| Commissions on municipal taxes collection | 866 | 764 |
| Net income (expense) from technical services | (901) | 1,891 |
| Voluntary retirements and terminations | (2,717) | (9,858) |
| Severance paid | (2,273) | (1,757) |
| Accrued litigation | (6,000) | (6,000) |
| Supplies recovered from third parties | 0 | 5,782 |
| Disposal of property, plant and equipment | (154) | 0 |
| Other | 1,032 | (385) |
|  | (9,112) | (8,768) |

## 13  FRAMEWORK AGREEMENT

On January 10, 1994, the Company, together with EDESUR S.A., the Argentine Federal Government and the Government of the Province of Buenos Aires signed a Framework Agreement aimed at resolving the issue of supplying electricity to low-income areas and shantytowns Pursuant to such Framework Agreement, the Company is entitled to receive compensation from a Special Fund for any non-payment s of electricity supplied to low-income areas and shantytowns The ENRE approved this Framework Agreement through Resolution N° 6 dated January 20, 1994, which was then ratified by both the Federal Government through Decree N° 584 dated April 22, 1994 and the Government of the Province of Buenos Aires through Decree N° 1,445 dated June 2, 1994

In accordance with Section 5 of the above-mentioned Agreement, the Company waived its right to any claims and/or collection of bills, adjustments, surcharges and interest arising or accrued from September 1, 1992 through January 31, 1994, as a result of direct connections, power theft, unrecorded consumption or any other form of misappropriation of electricity or illegal use thereof The economic value assigned to the above-mentioned waiver amounted to 20,000, for which purpose a Special Fund was set up The cost of this Special Fund was borne by the Argentine Federal Government and the Province of Buenos Aires which contributed a percentage of the bills effectively collected from users in low-income areas and shantytowns The four-year duration of this Special Fund, which commenced as from the date on which the Framework Agreement went into effect, ended on June 30, 1998 The Company has been fully compensated for the economic effect derived from the above-mentioned waiver

As permitted by Section 13 of the Agreement, which stipulates that the terms and conditions of the Agreement may be subject to review and/or adjustments under certain circumstances, and taking into account that not all of the objectives of the Agreement could be completely fulfilled within the originally stipulated period, although most of them had been accomplished, and considering also that new shantytowns had appeared which had to be recognized, the parties agreed to extend the term of the Agreement for an additional fifty-month period ending August 31, 2002 During such additional period the original provisions of the Framework Agreement and the Regulations continued to be in effect Furthermore, a new population census was conducted so as to identify those shantytowns which up to then had not been recognized Said census has been completed and approved by the regulatory agency Furthermore, the above-mentioned extension of the Framework Agreement was approved by the Argentine Federal Government through Decree N° 93 dated January 25, 2001

As from the expiration date of the above-mentioned Agreement, the Company continued supplying electricity to low-income areas and shantytowns

27

On October 6, 2003, the Company signed a new Framework Agreement with the Argentine Federal Government and the Government of the Province of Buenos Aires for a term of four years, which retroactively covers all the services provided as from September 1, 2002 This Agreement may be renewed for another four-year term should the parties so agree

The new Agreement, whose terms and conditions are similar to those of the previous agreement, was ratified by both the Federal Executive Power and the Government of the Province of Buenos Aires through Decree N° 1972 dated December 29, 2004 (published in the *Official Gazette* on January 5, 2005) and Decree N° 617 dated April 5, 2005 (published in the *Official Gazette* on May 23, 2005), respectively

As disclosed in Note 4, receivables under the new Agreement as of June 30, 2007 and December 31, 2006 amounted to 7,579  and 45,552, respectively  During the period ended June 30, 2007, the Company collected 5,828 from the Federal Government

On October 26, 2006, the Company entered into a Payment Plan Agreement with the Government of the Province of Buenos Aires which establishes the conditions according to which the Province of Buenos Aires will honor its obligation to the Company under the Framework Agreement expired on December 31, 2006  In such agreement, the Company claims a debt amounting to 27,114, for the period September 2002 through June 2006, which the Province agrees to verify in accordance with the provisions of chapter VI -section 13 and related sections- of the Fund Regulations of the new Agreement  Furthermore, the Province agrees to pay the debt resulting from the aforementioned verification, in 18 equal, consecutive and monthly installments

The aforementioned payment plan stipulates that together with the payment of the first six installments, the Province of Buenos Aires would pay the amounts resulting from the electricity provided to low-income areas and shantytowns during the last semester of 2006, which amount to 5,815

The Company waived its right to interest accrued from the date on which the New Framework Agreement went into effect through the commencement of the agreed-upon installment plan  The aforementioned waiver is subject to the compliance of the Government of the Province of Buenos Aires with the agreed-upon installment plan

The aforementioned agreement was approved by the Company's Board of Directors on November 7, 2006 and published in the *Official Gazette* of the Province of Buenos Aires on May 29, 2007

On April 24, 2007, the Company received a payment of 5,346, which includes the first three installments of the aforementioned payment plan for a total amount of 4,519  Furthermore, on June 21, 2007 the Province of Buenos Aires made a payment of 8,722 on account of the total debt arising from the Framework Agreement

The aforementioned Framework Agreement expired on December 31, 2006  As from such date the Company has been negotiating the renewal of such agreement with the Federal and Provincial Governments  However, the Company has continued supplying electricity to low-income areas and shantytowns

## 14  RESTRUCTURING OF FINANCIAL DEBT

On January 19, 2006, the Board of Directors approved the launching of a solicitation of consent for the restructuring of the Company's financial debt through the exchange of such debt for a combination of cash and notes (the Restructuring) pursuant to a voluntary exchange offer (the Voluntary Exchange Offer) and/or an out-of-court reorganization agreement (A *cuerdo Preventivo Extrajudicial*) (the APE)

Furthermore, the holders of Gain Trust Notes due in 2005, which represented an interest in the private corporate note issued by the Company and held by a financial trust, were offered to directly participate in the Restructuring by exchanging their Gain Trust Notes for Floating Rate Notes due in 2006, and then exchanging such Notes for the

Case 1:05-cv-00969-HHK    Document 150-19    Filed 04/23/2008    Page 25 of 27

consideration offered in the Restructuring

28

**The Restructuring**

The Company made an exchange offer and launched a solicitation of consent to execute an APE with eligible holders of its outstanding financial debt An APE is an insolvency procedure available to debtors under the Argentine Bankruptcy Law (LCQ) consisting of an out-of-court reorganization agreement between a debtor and creditors holding at least two thirds of unsecured debt, which is subject to judicial confirmation Upon judicial confirmation, the APE becomes binding on all unsecured and non-preferred creditors, including non-consenting creditors, whether or not such creditors have participated in the negotiation or execution of the APE

Creditors holding more than 65% of the Company's outstanding financial debt (including accrued and unpaid interest and applicable penalties, if any) have committed, by signing support agreements with the Company, to tender their debt in the Voluntary Exchange Offer and give their consent to the APE, should this procedure be initiated

The Company could carry out the Restructuring in accordance with one of the following three alternatives:

- If creditors holding at least 66% but less than 93% of the aggregate outstanding amount give their consent to the Restructuring, the Company, the Supporting Creditors and the APE Representative, on behalf of Consenting Creditors, will promptly execute the Restructuring Agreement, and the Company may, at its own option, either proceed with a Mandatory Exchange through the APE or an In-APE Exchange on the Consummation Date or on the In-APE Exchange Date, respectively, subject in each case to the fulfillment of the Conditions to the APE Restructuring Alternatives;

- If creditors holding at least 93% but less than 98% of the aggregate outstanding amount give their consent to the Restructuring, the Company may, at its own option, either proceed with an In-APE Exchange (subject to the fulfillment of the Conditions to the APE Restructuring Alternatives) on the In-APE Exchange Date or carry out the Voluntary Exchange Offer (subject to the fulfillment of the Conditions to the Voluntary Exchange Offer) on the Voluntary Exchange Date; or

- If creditors holding at least 98% of the aggregate outstanding amount give their consent to the Restructuring, the Company will carry out the Voluntary Exchange Offer (subject to the fulfillment of the Conditions to the Voluntary Exchange Offer) on the Voluntary Exchange Date

Each of these alternatives was subject to the fulfillment of certain conditions, including all necessary regulatory approvals

On February 22, 2006, the Company informed that creditors holding 100% of the Company's outstanding financial debt (including accrued and unpaid interest and applicable penalties) had accepted the restructuring process of the financial debt, either by directly giving their consent and/or signing support agreements with the Company Consequently, in accordance with the degree of acceptance received, the Company carried out the Restructuring following the third alternative mentioned above

The Company carried out the Restructuring through the exchange of the outstanding financial debt held by consenting creditors, at such creditors' option, subject to proration and reallocation, for one or a combination of the following alternatives, which include the issuance of notes under the current corporate notes program:

- The Fixed Rate Par Option: For each US$ 1,000 principal amount of outstanding financial debt, creditors received Fixed Rate Par Notes for a nominal value of US$ 1,000 The amount of Fixed Rate Par Notes issued under the Restructuring was not subject to a maximum amount Interest on Fixed Rate Par Notes will be payable semiannually in arrears at an annual fixed rate, as detailed in the table below, and principal will be due and payable in semiannual installments based on the amortization schedule detailed in the table below :