The above-mentioned process concluded partially on May 7, 2007 at 3 p m , date on which the preferential subscription period established for the Company's shareholders expired As a result, the Company's Class B shares and American Depositary Shares ("ADSs"), representing Class B shares, are currently traded at the Buenos Aires Stock Exchange and the New York Stock Exchange, respectively The final capital increase, as resolved by the Board of Directors' meeting held on June 14, 2007, amounted to nine percent (9%) which is represented by the 74,844,900 (seventy-four million eight hundred forty-four thousand nine hundred) new shares subscribed at the international primary offering, fully placed as 3,742,245 ADS The Class "B" shareholders NEV and EDFI sold at the international secondary offering 49,401,480 and 179,049,520 Class "B" shares, respectively Additionally, on May 1, 2007, the shareholders NEV and EDFI sold 57,706,040 Class "B" shares at the international secondary offering when the international underwriters fully exercised the over-allotment option (green shoe) contemplated in the prospectus for the public offering and section 2 of the underwriting agreement

With regard to the Company's Class C shares held by the Employee Stock Ownership Program (ESOP), it is hereby informed that on April 29, 2007 the ESOP was partially cancelled in advance, in conformity with a procedure set forth by the Federal Government, and that on April 30, 2007, an amount of 81,208,416 shares, which had been converted into Class "B" shares on April 27, 2007, was sold at the domestic secondary offering As of the date of issuance of these financial statements, an amount of 1,952,604 Class "C" shares, representing 0 2% of the Company's capital stock, remains outstanding

As a result of that which has been mentioned in the preceding paragraphs, as of the date of issuance of these financial statements, 51% of Edenor's capital stock, represented by 462,292,111 Class "A" shares, which have been pledged in favor of the Argentine Government as evidenced by the certificate issued by Caja de Valores, is held by EASA An amount of 442,210,356 shares is traded in the market 1,952,604 shares are held by Banco Nación as trustee of the Employee Stock Ownership Program, 19 shares are held by NEV and 10 by EDFI, thus totaling an amount of 906,455,100 shares representing 100% of the Company's capital stock Furthermore, it must be mentioned that the aforementioned capital increase is in the process of registration with the pertinent regulatory authorities

Furthermore, Dolphin and IEASA contributed 38,170,909 Class "B" shares of the Company, that had been transferred to them by NEV, to EASA, which is the controlling company On April 27, 2007, the contributed shares were converted into Class A shares to ensure that EASA continues to hold 51% of all the Class "A" shares outstanding Notwithstanding the fact that the capital increase referred to above is in the process of registration, on April 30, 2007, the Company requested Caja de Valores S A the registration of the new Class A shares and the extension thereto of the regulatory pledge in favor of the Argentine Government, in compliance with the Bidding Terms and Conditions of the International Public Bidding, the provisions of the Concession Agreement of Edenor S A , and the terms of the related pledge agreements signed on August 31, 1992 and July 14, 1994 where, by the second clause of these agreements, EASA was required to extend the first-priority preferred security interest to any Class "A" shares of the Company that EASA would acquire on a date subsequent to those of said Agreements.

The aforementioned issuance was carried out at a price of 2 62 per share Taking into account that the nominal value of each share is 1 00, an additional paid in capital, which amounts to 121,249, has been recorded

Furthermore, for the six-month period ended June 30, 2007, expenses incurred by the Company in relation to this process amounted to 14,321 which have been offset against the aforementioned additional paid-in capital, in accordance with the provisions of section 202 of the Corporations Law No 19,550 Therefore, the value of the additional paid-in capital, net of expenses, amounts to 106,928

45

24  **CORPORATE NOTES PROGRAM**

The Annual General Shareholders' Meeting held on February 23, 2006, approved the extension of the Global Medium-Term Corporate Notes Issuance Program for a Maximum Amount outstanding at any time of up to US$ 600,000,000 (or its equivalent in any other currency)  Said extension was also approved by the CNV through Resolution N° 15,359 issued by the CNV's Board of Directors on March 23, 2006

On June 14, 2007, the Company's Board of Directors approved the updating of the Trust Agreement for the issuance of corporate notes that had been duly approved by the CNV, as required by section 76 of Chapter VI of the CNV's Regulations  On June 1, 2007, the Company filed with the CNV a new version of the trust agreement together with accounting and financial information as well as other relevant data on the Company as of March 31, 2007

On June 28, 2007, the Company's Board of Directors approved the issuance and public offering, within the framework of the Program and under the terms of Law No  23,576 as amended, of fixed rate Corporate Notes, which may be issued in one or more series, for a nominal value of up to US$ 250,000,000 with maximum maturity in 2017 (Note 27 b)

Some of the terms and conditions of Corporate Note are as follow:

      a)  Fixed interest rate with maximum maturity in 2017
      b)  Maturity date up to a maximum of 10 years to commence as from issuance date
      c)  Issuance and payment currency: dollars
      d)  Full amortization at maturity date
      e)  Interest will be computed on the basis of a 360-day year comprised of twelve 30-day months and will be paid semiannually in arrears  The notes will accrue interest at a fixed rate
      f)  Penalty interest on past-due interest payments will be paid at a rate of 2% per annum
      g)  Interest will be paid in January and June of each year at a date to be determined
      h)  The corporate notes will be direct, unconditional, unsubordinated and secured obligations of the Company and will at all times rank equally among themselves and be given equal or superior treatment with respect to any other present or future unsecured indebtedness, unless such other indebtedness were regarded as a preferred debt by mandatory legal regulations or were a subordinated debt in accordance with stipulated terms
      i)  To the extent permitted by the applicable law, the Company will be allowed to repurchase Corporate Notes at any time and periodically

For the six-month period ended June 30, 2007, expenses incurred by the Company in relation to this process amounted to 2,067 of which an amount of 1,949 remains outstanding (Note 10)

46

**25  BREAKDOWN OF TEMPORARY INVESTMENTS, RECEIVABLES AND LIABILITIES BY COLLECTION AND PAYMENT TERMS**

As required by CNV's regulations, the balances of the accounts below as of June 30, 2007, are as follow:

| Term | Time Deposits and Money Market Funds | Receivables (1) | Loans | Other payables (2) |
|---|---|---|---|---|
| With no explicit due date | 14,729 | 0 | 0 | 251,469 |
| **With due date** | | | | |
| Past due: | | | | |
| Up to three months | 0 | 52,496 | 0 | 0 |
| From three to six months | 0 | 6,119 | 0 | 0 |
| From six to nine months | 0 | 6,919 | 0 | 0 |
| From nine to twelve months | 0 | 7,985 | 0 | 0 |
| Over one year | 0 | 72,485 | 0 | 0 |
| Total past due | 0 | 146,004 | 0 | 0 |
| To become due: | | | | |
| Up to three months | 127,093 | 249,012 | 1,756 | 363,443 |
| From three to six months | 0 | 1,017 | 0 | 13,042 |
| From six to nine months | 0 | 882 | 0 | 4,588 |
| From nine to twelve months | 0 | 1,043 | 14,378 | 4,588 |
| Over one year | 0 | 317,686 | 1,009,273 | 55,400 |
| Total to become due | 127,093 | 569,640 | 1,025,407 | 441,061 |
| Total with due date | 127,093 | 715,644 | 1,025,407 | 441,061 |
| Total | 141,822 | 715,644 | 1,025,407 | 692,530 |

(1) Excludes allowances
(2) Comprises total liabilities except accrued litigation and debt notes

Due to the financial debt restructuring mentioned in Note 14, Corporate Notes accrue interest at floating and fixed rates, which amount to approximately 8% on average; only 3 72% of the debt accrues interest at a floating rate whereas the remaining accrues interest at a fixed rate

26. **EFFECTS OF THE DEVALUATION OF THE ARGENTINE PESO AND OF OTHER CHANGES TO THE ECONOMIC RULES**

Since early December 2001, the Argentine Government authorities implemented a number of monetary and exchange control measures that mainly included restrictions on (i) the free availability of funds deposited with banks and (ii) the making of transfers of funds abroad, other than those related to foreign trade, which required the Argentine Central Bank's prior approval

On January 6, 2002, the Argentine Congress passed the Economic Emergency and Foreign Currency Exchange System Reform Law N° 25,561 which involved a significant change of the economic model then in force, and the amendment of the Convertibility Law under which the peso had been pegged at par with the dollar since March 1991 The new Law further empowered the Federal Executive Power to implement additional monetary, financial and foreign currency exchange measures to overcome the economic crisis in the medium term

As a consequence of the changes implemented, from January 2002 through March 2007 there was an increase in the domestic wholesale price index of 189%, in accordance with the information released by the Argentine Institute of Statistics and Census

As established by the aforementioned Economic Emergency and Foreign Currency Exchange System Reform Law, the exchange loss resulting from applying the new rate of exchange to the net position of assets and liabilities denominated in foreign currency as of January 6, 2002, has been deducted from income tax at a rate of 20% per annum over the five fiscal years ending after the effective date of the above mentioned Law (from fiscal year 2002 through fiscal year 2006)

Moreover, through different resolutions issued by the BCRA, the restrictions imposed on the remittance of funds abroad were lifted However, the obligation to comply with the information reporting requirement established by the BCRA's Resolution A 3602 and supplementary regulations is still in effect

Furthermore, different regulations were issued that established:

a) the conversion into pesos of public works contracts and privatized utility rates with adjustment clauses in US dollars at the rate of ARS 1 per US dollar
   The impossibility of applying the tariff adjustment mechanisms stipulated in the concession agreement

b) the renegotiation of the concession agreement, whose process was declared open by Law N° 25,561 and regulated by Decrees N° 370/02 and 311/03 of the Federal Executive Power The period for the completion of the aforementioned process has been extended by Law N° 25,972 until December 31, 2005, by Law N° 26,077 until December 31, 2006 and subsequently until December 31, 2007 by Law N° 26,204

These financial statements include the effects deriving from the new economic and foreign currency exchange policies known as of their date of issuance All estimates made by the Company's Management have contemplated such policies The effects of any additional measures to be implemented by the Government and the regulations to be issued on measures previously adopted will be recognized in the financial statements at the time the Company's Management becomes aware of them

48

**27  SUBSEQUENT EVENTS**

**a) Alleged environmental pollution**

On July 16, 2007, the Company was notified that on July 11, 2007 the Investigating Judge ruled the definitive acquittal of all Company officials and employees that had been indicted in the case, thus ordering the closing of the case  This decision may be appealed (Note 21)

**b) Corporate Notes Program**

The expiration of the period during which those interested could submit their non-binding proposals for the subscription of Corporate Notes (Placement Period), that had been originally set for July 18, 2007 at 1 p m , has been extended, upon the prior agreement of the Company and the Selling Agents, through July 31, 2007 at 1 p m

Additionally, on July 30, 2007, the expiration of the placement period was once again extended through November 2, 2007 at 1 p m  (Note 24)

**c) Regulatory framework**

On July 7, 2007 the *Official Gazette* published Resolution N° 467/07 of the ENRE pursuant to which the first management period is extended for 5 years to commence as from the date on which the Revision of the Company Tariff Structure (RTI) goes into effect  Its original maturity would have taken place on August 31, 2007 (Note 17 b)

**28  FINANCIAL STATEMENTS TRANSLATION INTO ENGLISH LANGUAGE**

These financial statements are the English translation of those originally prepared by the Company in Spanish and presented in accordance with accounting principles generally accepted in Argentina  The effects of the differences between accounting principles generally accepted in Argentina and the accounting principles generally accepted in the countries in which the financial statements are to be used have not been quantified  Accordingly, the accompanying financial statements are not intended to present the financial position, results of operation, stockholder's equity or cash flows in accordance with accounting principles generally accepted in the countries of users of the financial statements, other than Argentina

49

## EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR S.A.)

### FINANCIAL STATEMENTS AS OF JUNE 30, 2007 AND DECEMBER 31, 2006

EXHIBIT A

### PROPERTY, PLANT AND EQUIPMENT

(stated in thousands of pesos)

| MAIN ACCOUNT | Original value | | | | | Depreciation | | | | | Net book value 2007 | Net book value 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | At beginning of year | Additions | Retirements | Transfers | At end of period | At beginning of year | Retirements | For the period | Annual rate | At end of period | | |
| **FACILITIES IN SERVICE** | | | | | | | | | | | | |
| Substations | 849,840 | 0 | 0 | 22,725 | 872,565 | 284,103 | 0 | 12,995 | 3-4% | 297,098 | 575,467 | 565,737 |
| High voltage networks | 343,107 | 0 | 0 | 38,650 | 381,757 | 122,853 | 0 | 5,632 | 3-4% | 128,485 | 253,272 | 220,254 |
| Medium voltage networks | 748,656 | 0 | (24) | 14,740 | 763,372 | 275,357 | (20) | 12,069 | 3-4% | 287,406 | 475,966 | 473,299 |
| Low voltage networks | 1,628,179 | 0 | (281) | 16,723 | 1,644,621 | 878,202 | (131) | 31,817 | 4-5% | 909,888 | 734,733 | 749,977 |
| Transformation chambers and platforms | 460,791 | 0 | 0 | 16,217 | 477,008 | 175,334 | 0 | 7,937 | 3-4% | 183,271 | 293,737 | 285,457 |
| Meters | 546,887 | 0 | 0 | 19,925 | 566,812 | 211,057 | 0 | 11,836 | 4-5% | 222,893 | 343,919 | 335,830 |
| Buildings | 76,215 | 0 | 0 | 756 | 76,971 | 19,955 | 0 | 549 | 2-3% | 20,504 | 56,467 | 56,260 |
| Communications network and facilities | 83,637 | 0 | 0 | 586 | 84,223 | 48,273 | 0 | 2,105 | 4-5% | 50,378 | 33,845 | 35,364 |
| Total facilities in service | 4,737,312 | 0 | (305) | 130,322 | 4,867,329 | 2,015,134 | (151) | 84,940 | | 2,099,923 | 2,767,406 | 2,722,178 |
| **FURNITURE, TOOLS AND EQUIPMENT** | | | | | | | | | | | | |
| Furniture, equipment and software projects | 161,913 | 5,816 | 0 | 0 | 167,729 | 151,031 | 0 | 3,558 | 12-13% | 154,589 | 13,140 | 10,882 |
| Tools and other | 44,922 | 65 | 0 | 0 | 44,987 | 41,213 | 0 | 744 | 10-11% | 41,957 | 3,030 | 3,709 |
| Transportation equipment | 15,066 | 664 | 0 | 0 | 15,730 | 13,376 | 0 | 277 | 20% | 13,653 | 2,077 | 1,690 |
| Total furniture tools and equipment | 221,901 | 6,545 | 0 | 0 | 228,446 | 205,620 | 0 | 4,579 | | 210,199 | 18,247 | 16,281 |
| Total assets subject to depreciation | 4,959,213 | 6,545 | (305) | 130,322 | 5,095,775 | 2,220,754 | (151) | 89,519 | | 2,310,122 | 2,785,653 | 2,738,459 |
| **CONSTRUCTION IN PROCESS** | | | | | | | | | | | | |
| Transmission | 114,270 | 30,393 | 0 | (61,375) | 83,288 | 0 | 0 | 0 | | 0 | 83,288 | 114,270 |
| Distribution and other | 72,693 | 60,129 | 0 | (68,947) | 63,875 | 0 | 0 | 0 | | 0 | 63,875 | 72,693 |
| Total construction in process | 186,963 | 90,522 | 0 | (130,322) | 147,163 | 0 | 0 | 0 | | 0 | 147,163 | 186,963 |
| Total 2007 | 5,146,176 | 97,067 | (305) | 0 | 5,242,938 | 2,220,754 | (151) | 89,519 | | 2,310,122 | 2,932,816 | 0 |
| Total 2006 | 4,932,424 | 215,782 | (2,030) | 0 | 5,146,176 | 2,043,154 | (1,380) | 178,980 | | 2,220,754 | 0 | 2,925,422 |

50

EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR S.A.)
FINANCIAL STATEMENTS AS OF JUNE 30, 2007 AND DECEMBER 31, 2006

EXHIBIT C

INVESTMENTS IN OTHER COMPANIES

(stated in thousands of pesos)

| Name and features of securities | Class | Face Value | Number | Adjusted cost | Value on equity method | Net book value 06/30/07 | Main activity | Date | Capital | Income for the year | Equity | % interest in capital stock | Net book value 12/31/06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Information on Issuer | | | | | |
| | | | | | | | | Last financial statements issued | | | | | |
| NON-CURRENT INVESTMENTS Art. 33 Law No 19 550 | | | | | | | | | | | | | |
| -Companies-Related Company: | | | | | | | | | | | | | |
| SACME S A | common non-endorsable $ | 1 | 6 000 | 15 | 432 | 432 | Electric power services | 6/30/2007 | 28 | 0 | 864 | 50 | 378 |
| Total | | | | | | 432 | | | | | | | 378 |

51

**EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR S.A.)**

FINANCIAL STATEMENTS AS OF JUNE 30, 2007 AND DECEMBER 31, 2006

EXHIBIT D

OTHER INVESTMENTS

(stated in thousands of pesos)

| MAIN ACCOUNT | Net book value | |
| --- | --- | --- |
| | 2007 | 2006 |
| CURRENT INVESTMENTS | | |
| Time deposits | | |
| in foreign currency (Exhibit G) | 78,873 | 1,360 |
| in local currency | 48,220 | 0 |
| Money market funds | | |
| in local currency | 14,729 | 30,832 |
| Total | 141,822 | 32,192 |

52

## EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR S.A.)

### FINANCIAL STATEMENTS AS OF JUNE 30, 2007 AND DECEMBER 31, 2006

EXHIBIT E

### ALLOWANCES AND ACCRUALS

(stated in thousands of pesos)

| MAIN ACCOUNT | 2007 | | | | 2006 |
| --- | --- | --- | --- | --- | --- |
| | At beginning of year | Additions | Retirements | At end of period | At end of year |
| **Deducted from current assets** | | | | | |
| For doubtful accounts | 25,623 | 60 | (1,966) | 23,717 | 25,623 |
| For other doubtful accounts | 2,300 | 300 | 0 | 2,600 | 2,300 |
| For impairment of value of Municipal bonds | 5,918 | 0 | (5,918) | 0 | 5,918 |
| **Deducted from non-current assets** | | | | | |
| For impairment of value of deferred tax assets | 32,261 | 461 | 0 | 32,722 | 32,261 |
| **Included in current liabilities** | | | | | |
| Accrued litigation | 25,914 | 6,000 | (1,749) | 30,165 | 25,914 |
| **Included in non-current liabilities** | | | | | |
| Accrued litigation | 40,606 | 1,170 | 0 | 41,776 | 40,606 |

53

EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A (EDENOR S.A.)

EXHIBIT G

FINANCIAL STATEMENTS AS OF JUNE 30, 2007 AND DECEMBER 31, 2006

FOREIGN CURRENCY DENOMINATED ASSETS AND LIABILITIES

| Account | | 2007 | | | | 2006 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Foreign currency type and amount (2) | Exchange rate (1) | Booked amount in thousands of pesos | | Foreign currency type and amount (2) | Booked amount in thousands of pesos |
| Current Assets | | | | | | | |
| Cash and banks | US$ | 41,261 | 3 0530 | 126 | U$S | 61,953 | 187 |
| | ECU | 34,695 | 4 1298 | 143 | ECU | 31,288 | 125 |
| Investments | | | | | | | |
| Time deposits | US$ | 25,834,711 | 3 0530 | 78,873 | U$S | 450,184 | 1,360 |
| Other receivables | | | | | | | |
| Prepaid expenses | US$ | 32,929 | 3 0530 | 101 | U$S | 33,450 | 101 |
| Related companies | US$ | 444,789 | 3 0530 | 1,358 | U$S | 1,465,585 | 4,429 |
| Other debtors | US$ | 415,867 | 3 0530 | 1,270 | U$S | 1,435,544 | 4,338 |
| Other | US$ | 246,374 | 3.0530 | 752 | U$S | 249,637 | 754 |
| Total Current Assets | | | | 82,623 | | | 11,294 |
| Total Assets | | | | 82,623 | | | 11,294 |
| Current Liabilities | | | | | | | |
| Trade accounts payable | US$ | 6,157,334 | 3 0930 | 19,045 | U$S | 5,050,196 | 15,464 |
| | ECU | 309,917 | 4 1842 | 1,297 | ECU | 199,772 | 807 |
| Loans notes | US$ | 5,667,749 | 3 0930 | 17,530 | U$S | 662,494 | 2,029 |
| Other liabilities | | | | | | | |
| Technical assistance - Operator's compensation | US$ | 438,889 | 3 0930 | 1,357 | U$S | 1,458,322 | 4,465 |
| Fees related to the initial public offering of capital stock | US$ | 1,821,290 | 3 0930 | 5,633 | U$S | 1,229,162 | 3,764 |
| Fees related to debt restructuring | US$ | 0 | 3 0930 | 0 | U$S | 2,383,781 | 7,299 |
| Fees related to corporate notes issuance program | US$ | 630,000 | 3 0930 | 1,949 | U$S | 0 | 0 |
| Other | US$ | 168,919 | 3 0930 | 522 | U$S | 738,336 | 2,261 |
| | ECU | 40,383 | 4.1842 | 169 | ECU | 42,986 | 174 |
| Total Current Liabilities | | | | 47,502 | | | 36,263 |
| Non-Current Liabilities | | | | | | | |
| Loans notes | US$ | 335,329,705 | 3.0930 | 1,037,176 | U$S | 376,429,657 | 1,152,628 |
| Total Non-Current Liabilities | | | | 1,037,176 | | | 1,152,628 |
| Total Liabilities | | | | 1,084,678 | | | 1,188,891 |

(1) Selling and buying exchange rate of Banco de la Nación Argentina in effect at the end of the period
(2) US$ = US Dollar; ECU = Euro

54

**EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR S.A.)**
INFORMATION REQUIRED BY SECTION 64 CLAUSE b) OF LAW No. 19,550

EXHIBIT H

FOR THE SIX-MONTH PERIODS ENDED JUNE 30, 2007 AND 2006

(stated in thousands of pesos)

| Description | Transmission and Distribution Expenses (2007) | Administrative Expenses (2007) | Selling Expenses (2007) | Total (2007) | Total (2006) |
|---|---|---|---|---|---|
| Salaries and social security taxes | 57,162 | 16,691 | 11,419 | 85,272 | 66,546 |
| Postage and telephone | 549 | 670 | 3,768 | 4,987 | 4,799 |
| Bank commissions | 0 | 0 | 3,581 | 3,581 | 3,247 |
| Allowance for doubtful accounts | 0 | 0 | 360 | 360 | 11,290 |
| Supplies consumption | 15,332 | 784 | 367 | 16,483 | 12,118 |
| Work by third parties | 34,650 | 2,341 | 13,028 | 50,019 | 37,847 |
| Rent and insurance | 1,082 | 1,387 | 281 | 2,750 | 2,178 |
| Security service | 1,800 | 288 | 68 | 2,156 | 2,007 |
| Fees | 692 | 1,303 | 73 | 2,068 | 2,434 |
| Advertising | 0 | 8,253 | 0 | 8,253 | 3,274 |
| Reimbursements to personnel | 2,690 | 630 | 559 | 3,879 | 3,508 |
| Temporary personnel | 141 | 117 | 781 | 1,039 | 781 |
| Depreciation of property, plant and equipment | 86,241 | 2,151 | 1,127 | 89,519 | 90,064 |
| Technical assistance - Operator's compensation | 3,727 | 0 | 0 | 3,727 | 3,043 |
| Directors and Supervisory Committee members' fees | 0 | 497 | 0 | 497 | 426 |
| Tax on financial transactions | 0 | 11,486 | 0 | 11,486 | 9,773 |
| Taxes and charges | 0 | 630 | 5,395 | 6,025 | 5,397 |
| Other | 55 | 732 | 18 | 805 | 1,230 |
| Total 2007 | 204,136 | 53,661 | 42,246 | 300,043 | - |
| Total 2006 | 174,448 | 45,921 | 46,377 | - | 266,746 |

55

Case 1:05-cv-00969-HHK    Document 150-21    Filed 04/23/2008    Page 14 of 27
Page 92 of 105

**EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE S.A. (EDENOR S.A.)**
Azopardo 1025 - Capital Federal

**INFORMATIVE SUMMARY**

**FOR THE SIX-MONTH PERIODS ENDED**

**JUNE 30, 2007, 2006, 2005, 2004 AND 2003**

1. **General Comments**
(Not covered by the Independent Auditors' Report)

(Figures stated in thousands of pesos as indicated in Note 2 to the financial statements)

In the six-month period ended June 30, 2007, the Company recorded a net income of 114,817 due mainly to the recognition of the retroactive tariff increase derived from the implementation of the new electricity rate schedule, which amounted to 218,591 As of the end of the period, the Company's equity amounts to 1,966,940 During the period, a capital increase of 181,773 occurred, as a result of the Initial Public Offering of capital stock,

Net operating income amounted to 322,706, which represents a significant increase as compared to the net operating income of 19,883 recorded in the same period of the previous year The positive evolution is due to the increase recorded in the gross margin (retroactive tariff increase, tariff increase since February 1, 2007, increase in electricity demand), partially offset by the increase recorded in operating costs

The demand for electricity in the concession area recorded an accumulated increase of 9 6% as compared to the same period of 2006

The investment in property, plant and equipment totaled 97,067 This amount was mainly allocated to increasing quality levels and meeting current and new customer demand

56

## 2  Comparative balance sheet structure

(figures stated in thousands of pesos as indicated in Note 2 to the financial statements)

| ACCOUNTS | 06 30 2007 | 06 30 2006 | 06 30 2005 | 06 30 2004 | 06 30 2003 |
|---|---|---|---|---|---|
| Current Assets | 527,548 | 300,676 | 504,044 | 476,004 | 401,735 |
| Non-Current Assets | 3,229,270 | 3,183,573 | 2,984,693 | 3,000,749 | 3,063,663 |
| **Total Assets** | 3,756,818 | 3,484,249 | 3,488,737 | 3,476,753 | 3,465,398 |
| Current Liabilities | 431,960 | 365,096 | 1,916,532 | 1,838,581 | 1,284,481 |
| Non-Current Liabilities | 1,357,918 | 1,337,692 | 74,348 | 71,310 | 480,500 |
| **Total Liabilities** | 1,789,878 | 1,702,788 | 1,990,880 | 1,909,891 | 1,764,981 |
| **Shareholders' Equity** | 1,966,940 | 1,781,461 | 1,497,857 | 1,566,862 | 1,700,417 |
| **Total Liabilities and Shareholders' Equity** | 3,756,818 | 3,484,249 | 3,488,737 | 3,476,753 | 3,465,398 |

## 3  Comparative income structure

(figures stated in thousands of pesos as indicated in Note 2 to the financial statements)

| ACCOUNTS | 06 30 2007 | 06 30 2006 | 06 30 2005 | 06 30 2004 | 06 30 2003 |
|---|---|---|---|---|---|
| Net operating income (loss) | 322,706 | 19,883 | (14,123) | 23,267 | 37,780 |
| Financial income (expenses) and holding gains (losses) | (108,836) | 203,897 | (12,511) | (64,542) | 259,982 |
| Other income (expense), net | (9,112) | (8,768) | (2,394) | (8,687) | (3,517) |
| Income (loss) before taxes | 204,758 | 215,012 | (29,028) | (49,962) | 294,245 |
| Income tax | (89,941) | 189,165 | 0 | 0 | 0 |
| Net Income (Loss) for the Period | 114,817 | 404,177 | (29,028) | (49,962) | 294,245 |

57

## 4. Statistical data (in units of power)
(Not covered by the Independent Auditors' Report)

| CONCEPT | UNIT | 06.30.2007 | 06.30.2006 | 06.30.2005 | 06.30.2004 | 06.30.2003 |
|---|---|---|---|---|---|---|
| Sales of electricity (1) | GWh | 8,892 | 8,115 | 7,680 | 7,366 | 6,736 |
| Electricity purchases (1) | GWh | 9,987 | 9,108 | 8,616 | 8,325 | 7,532 |

(1) The related amounts include toll fees

## 5. Ratios

| | RATIOS | 06.30.2007 | 06.30.2006 | 06.30.2005 | 06.30.2004 | 06.30.2003 |
|---|---|---|---|---|---|---|
| Current | Current assets / Current liabilities | 1.22 | 0.82 | 0.26 | 0.26 | 0.31 |
| Solvency | Shareholders' Equity / Total liabilities | 1.10 | 1.05 | 0.75 | 0.82 | 0.96 |
| Fixed assets | Non-current assets / Total assets | 0.86 | 0.91 | 0.86 | 0.86 | 0.88 |
| Income (loss) before taxes | Income (Loss) before taxes / Shareholders' Equity excluding income (loss) for the period | 11.06% | 15.61% | (1.90)% | (3.09)% | 20.93% |

58

### 6. Outlook

(Not covered by the Independent Auditors' Report)

During the first semester of 2007, the Argentine economy continued increasing at a high rate

Both tax collection and the international reserves of the Argentine Central Bank continued increasing, as it occurred during 2006

As regards inflation, the government continues monitoring the evolution of prices of some basic products and services, and has signed price agreements with several major companies

With regard to the Adjustment Agreement, it was ratified by the Federal Government through Decree No 1957/06 which was published in the *Official Gazette* on January 8, 2007 Additionally, on February 5, 2007 the *Official Gazette* published Resolution N° 51/2007 of the ENRE which approves the Company's new electricity rate schedule, to be applied for electricity consumption recorded as from February 1, 2007 Furthermore, on April 30, 2007 the *Official Gazette* published Resolution N° 434/2007 of the Energy Secretariat which establishes, among other things, that the new electricity rate schedule resulting from the Revision of the Company Tariff Structure (RTI) will go into effect on February 1, 2008 These regulations allow and will allow for an increase in revenues which will improve the Company's operating indicators

The Company has successfully carried out the public offering process of part of its capital stock in local and international markets with the purpose of increasing financing resources, using the proceeds for improving the development of its activities and the rendering of services as well as for the partial reduction of its financial indebtedness

Buenos Aires, August 8, 2007

ALEJANDRO MACFARLANE
Chairman

# Deloitte.

Deloitte & Co  S R L
Florida 234, Piso 5°
C1005AAF
Ciudad Autónoma
de Buenos Aires
Argentina

Tel: (54-11) 4320-2700
Fax: (54-11) 4325-8081/4326-7340
www deloitte com

## INDEPENDENT AUDITORS' REPORT
(Limited Review Report on Interim Financial Statements)

To the President and Board of Directors of
**EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE
SOCIEDAD ANONIMA (EDENOR S A )**
Azopardo 1025
City of Buenos Aires

### 1       Identification of the financial statements subject to limited review

We have reviewed the accompanying financial statements of **EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA
NORTE SOCIEDAD ANONIMA (EDENOR S A )** (the "Company"), which include the balance sheet as of June 30, 2007,
and the statements of income, changes in shareholders' equity and cash flows for the six-month period then ended, with their
notes 1 to 28 (note 2 and 3 describe a summary of significant accounting policies) and supplemental Exhibits A, C, D, E, G
and H, thereto

The financial statements and the supplemental information referred to above are presented for comparative purposes with the
financial statements and the supplemental information for the year ended December 31, 2006 and the six-month period ended
June 30, 2006

The Company's Board of Directors and Management are responsible for the preparation and fair presentation of these
financial statements in accordance with accounting principles generally accepted in Argentina, for public companies  Such
accounting principles include those approved by the Professional Council of Economic Sciences of the City of Buenos Aires
and the alternatives selected by the National Securities Commission (CNV) in certain accounting areas whereby the
professional accounting principles accept more than one accounting criteria  This responsibility includes (i) designing,
implementing and maintaining internal control relevant to the preparation and fair presentation of financial statements that
are free from material misstatement, whether due to errors or omissions or to irregularities; (ii) selecting and applying
appropriate accounting policies, and (iii) making accounting estimates that are reasonable in the circumstances  Our
responsibility is to express an assertion on these financial statements based on our review carried out pursuant to the scope of
work outlined in section 2 of this report

### 2       Scope of the limited review

Our review was limited to the application of the procedures established by Argentine auditing standards approved by the
Argentine Federation of Professional Councils in Economic Sciences and adopted by the Professional Council of Economic
Sciences of the Buenos Aires City for interim financial statements

60

A limited review is substantially less in scope than an audit conducted in accordance with generally accepted auditing standards in Argentina, the objective of which is the issuance of an opinion on the financial statements taken as a whole A review of interim financial information consists principally of applying analytical procedures to financial data, perform global tests and of making inquiries to Company's personnel responsible for financial and accounting matters

Accordingly, we do not express such an opinion on the Company's financial position as of June 30, 2007, on the results of its operations, the changes in its shareholders equity, and its cash flows for the six-month period then ended

3.      **Assertion**

Based on the procedures applied as described in section 2, which did not include all the procedures necessary to enable us to express an opinion on the financial statements referred to in section 1, we assert that the financial statements of **EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE SOCIEDAD ANONIMA (EDENOR S A )** as of June 30, 2007 mentioned in section 1 take into account all material facts and circumstances which we are aware of and we have no observations to make on them

The figures for the year ended December 31, 2006 and for the six-month period ended June 30, 2006, which are presented for comparative purposes, as it is stated in section 1, agree with those included in the financial statements corresponding to such dates,

   a)  Our unqualified auditors' report on the financial statements for the year ended December 31, 2006 was issued on February 21, 2007

   b)  Our limited review report related to the six-month period ended June 30, 2006 was issued on August 8, 2006 and was subject to the resolution of the uncertainties described in such report in the explanatory paragraph These uncertainties have been solved with the completion of the restructuring of the financial debt, as it is described in Note 14 and with the ratification of the Adjustment Agreement and the approval of the new electricity rate schedule, as it is described in Note 17 b)

4       **Financial statements translation into English language**

This report and the financial statements referred to in section 1 have been translated into English for the convenience of English- speaking readers As further explained in Note 28 to the accompanying financial statements, " *These financial statements are the English translation of those originally prepared by the Company in Spanish and presented in accordance with accounting principles generally accepted in Argentina The effects of the differences between accounting principles generally accepted in Argentina and the accounting principles generally accepted in the countries in which the financial statements are to be used have not been quantified Accordingly the accompanying financial statements are not intended to present the financial position results of operations, shareholders' equity or cash flows in accordance with accounting principles generally accepted in the countries of users of the financial statements other than Argentina*

City of Buenos Aires, August 8, 2007

**DELOITTE & Co S R L**

**Daniel H Recanatini**
(Partner)

Case 1:05-cv-00969-HHK    Document 150-21    Filed 04/23/2008    Page 22 of 27

Page 100 of 105

*Deloitte refers to one or more of Deloitte Touche Tohmatsu, a Swiss Verein, its member firms and their respective subsidiaries and affiliates As a Swiss Verein (association), neither Deloitte Touche Tohmatsu nor any of its member firms has any liability for each other's acts or omissions Each of the member firms is a separate and independent legal entity operating under the names "Deloitte," "Deloitte & Touche " "Deloitte Touche Tohmatsu," or other related names Services are provided by the member firms or their subsidiaries or affiliates and not by the Deloitte Touche Tohmatsu Verein*

61

## SUPERVISORY COMMITTEE'S REPORT

### To the Shareholders of
### EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE
### SOCIEDAD ANONIMA (EDENOR S.A.)

1 - In our capacity as members of the Supervisory Committee and as required by section 63 clause b of the Buenos Aires Stock Exchange Regulations, we have performed a limited review of the balance sheet of Empresa Distribuidora y Comercializadora Norte Sociedad Anónima (Edenor S A ) (hereinafter, "Edenor S A " or the "Company") as of June 30, 2007 and the related statements of income, changes in shareholders' equity and cash flows for the six-month period then ended, with their notes 1 through 28 and supplemental exhibits A, C, D, E, G and H thereto The preparation and issuance of the financial statements are the responsibility of the Company

2 - We have performed our review in accordance with current regulations established in Technical Resolution No 15 of the Argentine Federation of Professional Councils in Economic Sciences Those regulations require that the documents detailed in item 1 be examined in accordance with generally accepted auditing standards for the limited review of financial statements for interim periods and that such review include verification of the consistency of the documents subject to the review with the information on corporate decisions laid down in the minutes and whether such decisions comply with the law and the Company's by-laws as to their formal and documentary aspects In conducting our review of the documents detailed in item I, we have taken into account the limited review performed by the external auditors, Deloitte & Co S R L , who issued their Report dated August 8, 2007, in accordance with auditing standards generally accepted in Argentina for the limited review of financial statements for interim periods Our review included the work planning, nature, scope and opportunity of the review procedures applied as well as the conclusions of the limited review performed by said auditors A limited review consists principally of applying analytical procedures to financial data and of making inquiries to Company personnel responsible for financial and accounting matters A limited review is substantially less in scope than an audit conducted in accordance with generally accepted auditing standards, the objective of which is to express an opinion on the financial statements taken as a whole Accordingly, we do not express such an opinion Our review did not include management, marketing or operating criteria applied by the Company, which are the responsibility of the Company's Board of Directors

3 - Based on our review, performed with the scope described in item 2, which did not include all the procedures necessary to enable us to express an opinion on the financial statements subject to the review, we are able to report that t he financial statements of EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE SOCIEDAD ANONIMA (EDENOR S A ) as of June 30, 2007 referred to in item 1 of this report take into account all material facts and circumstances of which we have become aware, and we have no further observations to make in relation to such financial statements

62

Case 1:05-cv-00969-HHK    Document 150-21    Filed 04/23/2008    Page 24 of 27

4 –  With regard to the figures for the year ended December 31, 2006 and for the six-month period ended June 30, 2006, which are presented for comparative purposes, we have verified that they agree with those included in the financial statements as of those dates based on which the Supervisory Committee has issued :

a)  Their unqualified report on the financial statements for the year ended December 31, 2006 dated February 21, 2007

b)  Their limited review report on the financial statements for the six-month period ended June 30, 2006, dated August 8, 2006, which was subject to the resolution of the uncertainties described in such report in the explanatory paragraph These uncertainties have been solved with the completion of the financial debt restructuring, as described in note 14, and the ratification of the Adjustment Agreement by the Federal Executive Power and the issuance of the new electricity rate schedule, as described in note 17 b)

5 –  The provisions of s ection 294 of the Argentine Business Organizations L aw have been complied with

City of Buenos Aires, August 8, 2007

By the Supervisory
Committee

José Daniel Abelovich
Member

63

**MINUTES OF THE MEETING OF EDENOR S.A. SUPERVISORY COMMITTEE**

In the City of Buenos Aires, on August 7, 2007, the undersigned members of the Supervisory Committee meet on the 17th floor of the corporate domicile of EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE SOCIEDAD ANONIMA (EDENOR S A ), located at 1025 Azopardo Street At 10 a m , the legally and statutorily required quorum being present, Dr Daniel Abelovich, member and president of the Supervisory Committee proposes to open the meeting and deal with the first item of the Agenda: **1) Consideration of the financial statements for the second quarter of the current fiscal year ended June 30, 2007** Dr Abelovich calls the meeting to order and states that as all Supervisory Committee members have been duly provided with the documentation relating to the fiscal year subject to consideration, together with the external auditors' report, this Committee has examined all the documentation, including the supporting documentation of the work performed by said auditors, with whom working meetings have been held and whose criteria are shared by this Committee As a result of the analysis performed by this Supervisory Committee, and given the knowledge all its members possess concerning the documentation and the actions taken by the corporate bodies, he suggests that all the documentation be approved and that he be expressly empowered as President of the Supervisory Committee to sign all the documentation once it is approved Upon extensive discussion, the motion is unanimously approved The President then puts under consideration the second item of the Agenda: **2) Supervisory Committee's Report and other related documentation and appointment of a member for the signing thereof** . Dr Abelovich states that it is necessary to express an opinion on the Committee's Report and puts under consideration of those present a draft version of the report that has been previously distributed Immediately afterwards, upon consideration and discussion, said report is unanimously approved and Dr. Abelovich is authorized to sign as President and in the name of the Supervisory Committee, the report as well as the rest of the aforementioned documentation whose transcription is thereupon ordered:

**SUPERVISORY COMMITTEE'S REPORT**

**To the Shareholders of
EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE
SOCIEDAD ANONIMA (EDENOR S.A.)**

**1.-** In our capacity as members of the Supervisory Committee and as required by section 63 clause b of the Buenos Aires Stock Exchange Regulations, we have performed a limited review of the balance sheet of Empresa Distribuidora y Comercializadora Norte Sociedad Anónima (Edenor S A ) (hereinafter, "Edenor S A " or the "Company") as of June 30, 2007 and the related statements of income, changes in shareholders' equity and cash flows for the six-month period then ended, with their notes 1 through 28 and supplemental exhibits A, C, D, E, G and H thereto The preparation and issuance of the financial statements are the responsibility of the Company

**2 -** We have performed our review in accordance with current regulations established in Technical Resolution No 15 of the Argentine Federation of Professional Councils in Economic Sciences Those regulations require that the documents detailed in item 1 be examined in accordance with generally accepted auditing standards for the limited review of financial statements for interim periods and that such review include verification of the consistency of the documents subject to the review with the information on corporate decisions laid down in the minutes and whether such decisions comply with the law and the Company's by-laws as to their formal and documentary aspects In conducting our review of the documents detailed in item I, we have taken into account the limited review performed by the external auditors, Deloitte & Co S R L , who issued their Report dated August 8, 2007, in accordance with auditing standards generally accepted in Argentina for the limited review of financial statements for interim periods Our review included the work planning, nature, scope and opportunity of the review procedures applied as well as the conclusions of the limited review performed by said auditors A limited review consists principally of applying analytical procedures to financial data and of making inquiries to Company personnel responsible for financial and accounting matters. A limited review is substantially less in scope than an audit conducted in accordance with generally accepted auditing standards, the objective of which is to express an opinion on the financial statements taken as a whole Accordingly, we do not express such an opinion. Our review did not include management, marketing or operating criteria applied by the Company, which are the responsibility of the Company's Board of Directors

**3 -** Based on our review, performed with the scope described in item 2, which did not include all the procedures necessary to enable us to express an opinion on the financial statements subject to the review, we are able to report that the financial statements of EMPRESA DISTRIBUIDORA Y COMERCIALIZADORA NORTE SOCIEDAD ANONIMA (EDENOR S A ) as of June 30, 2007

referred to in item 1 of this report take into account all material facts and circumstances of which we have become aware, and we have no further observations to make in relation to such financial statements

4 - With regard to the figures for the year ended December 31, 2006 and for the six-month period ended June 30, 2006, which are presented for comparative purposes, we have verified that they agree with those included in the financial statements as of those dates based on which the Supervisory Committee has issued:

   a) Their unqualified report on the financial statements for the year ended December 31, 2006 dated February 21, 2007

   b) Their limited review report on the financial statements for the six-month period ended June 30, 2006, dated August 8, 2006, which was subject to the resolution of the uncertainties described in such report in the explanatory paragraph These uncertainties have been solved with the completion of the financial debt restructuring, as described in note 14, and the ratification of the Adjustment Agreement by the Federal Executive Power and the issuance of the new electricity rate schedule, as described in note 17 b)

5.- The provisions of section 294 of the Argentine Business Organizations Law have been complied with

City of Buenos Aires, August ___, 2007

By the Supervisory Committee


José Daniel Abelovich

Member


Afterwards, the President puts under consideration of Supervisory Committee members the third item of the Agenda: **3) Miscellaneous** . There being no further business to come before the meeting, and at the motion of Dr Abelovich, the meeting is adjourned at 11 00 a m

Respectfully submitted,


Diego Salaverri                    Rafael M Lobos                    Daniel Abelovich

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized

Empresa Distribuidora y Comercializadora Norte S A

By: /s/ Rogelio Pagano
    Rogelio Pagano
    Chief Financial Officer

Date: August 10, 2007