ATTACHMENT 22

*Resumen: el Juez Federal de Zárate-Campana, Dr. Efraín Faggionato Márquez determinó, en la causa 2512, que los transformadores de la empresa EDENOR SA contenían PCBs en distintas concentraciones Los PCBs integran una lista entre los diez contaminantes orgánicos mas persistentes del planeta*
*A continuación se transcriben partes de los considerandos y las resoluciones del juez decretando el procesamiento de directivos de la empresa y de miembros del Ente Nacional Regulador de la Energía Eléctrica, y trabando embargo sobre sus bienes y los de la empresa EDENOR S A*

**RESUELVO:**

I DECRETAR EL PROCESAMIENTO de DANIEL JOSÉ LELLO, de las demás condiciones personales obrantes en el legajo, por considerarlo autor penalmente responsable del delito de contaminación peligrosa para la salud, conforme lo previsto y reprimido por el artículo 56 de la Ley 24 051, mandando a trabar embargo sobre bienes de su propiedad hasta cubrir la suma de quinientos mil pesos ($500 000), debiéndose confeccionar el mandamiento que será diligenciado por el oficial de Justicia del Tribunal (artículo 518 del Código Procesal Penal de la Nación)

II DECRETAR EL PROCESAMIENTO de LUCIANO PIRONIO, de las demás condiciones personales obrantes en el legajo, por considerarlo autor penalmente responsable del delito de contaminación peligrosa para la salud, conforme lo previsto y reprimido por el artículo 56 de la Ley 24 051, mandando a trabar embargo sobre bienes de su propiedad hasta cubrir la suma de quinientos mil pesos ($500 000), debiéndose confeccionar el mandamiento que será diligenciado por el oficial de Justicia del Tribunal (artículo 518 del Código Procesal Penal de la Nación)

III DECRETAR EL PROCESAMIENTO de JULIO ADALBERTO MARQUEZ, de las demás condiciones personales obrantes en el legajo, por considerarlo autor penalmente responsable del delito de contaminación peligrosa para la

salud, conforme lo previsto y reprimido por el artículo 56 de la Ley 24.051, mandando a trabar embargo sobre bienes de su propiedad hasta cubrir la suma de quinientos mil pesos ($500 000), debiéndose confeccionar el mandamiento que será diligenciado por el oficial de Justicia del Tribunal (artículo 518 del Código Procesal Penal de la Nación)

IV DECRETAR EL PROCESAMIENTO de JUAN ANTONIO LEGISA, de las demás condiciones personales obrantes en el legajo, por considerarlo autor penalmente responsable del delito de incumplimiento de los deberes de funcionario público, conforme lo previsto y reprimido por el artículo 248 del Código Penal, mandando a trabar embargo sobre bienes de su propiedad hasta cubrir la suma de un millón de pesos ($1 000 000), debiéndose confeccionar el mandamiento que será diligenciado por el oficial de Justicia del Tribunal (artículo 518 del Código Procesal Penal de la Nación)

V DECRETAR EL PROCESAMIENTO de MARIA CRISTINA MASSEI, de las demás condiciones personales obrantes en el legajo, por considerarla autor penalmente responsable del delito de incumplimiento de los deberes de funcionario público, conforme lo previsto y reprimido por el artículo 248 del Código Penal, mandando a trabar embargo sobre bienes de su propiedad hasta cubrir la suma de doscientos cincuenta mil pesos ($250 000), debiéndose confeccionar el mandamiento que será diligenciado por el oficial de Justicia del Tribunal (artículo 518 del Código Procesal Penal de la Nación)

VI DISPONER LA FALTA de MERITO de FRANCISCO FERNANDO PONASSO, HENRI LAFONTAINE, HENRI MARCEL ROGER DUCRE, CRISTIAN ROLLAND NADAL, conforme al artículo 309 del Código Procesal Penal de la Nación

SOBRESEER a JUAN CARLOS CASSAGNE, HUGO RICARDO PENTENERO, RICARDO FLAMMINI, YVES DESROUSSEAUX, EDUARDO VICH, EMILIO JOSÉ CÁRDENAS, JAVIER ANTONIO GONZÁLEZ NORBERTO ANTONIO GONZÁLEZ, EDUARDO JAVIER ROMERO, MARIO JOSÉ GUARAGNA, PATRICE MEES, CRISTIAN PARIS, BO GOSTA KALLSTRAND, JOSÉ MANUEL CALDERERO, ALBERTO LÓPEZ GARCÍA, JESÚS BURILLO ANDREU, ALFREDO LLORENTE LEGAZ, RAMÓN VÁZQUEZ GONZÁLEZ RICARDO EUSEBIO RODRÍGUEZ, OSCAR ERMELINDO MASSEI, CARLOS EUGENIO GARAT, conforme al artículo 336, inciso 4º del Código Procesal Penal de la Nación, haciendo mención que la formación del presente sumario en nada afecta el buen nombre y honor del que gozaren los mencionados

ORDENAR EL EMBARGO PREVENTIVO sobre los activos de la empresa Distribuidora de Energía Norte SA (EDENOR), hasta cubrir la suma ciento cincuenta millones de pesos ($ 150 000 000), que se entiende prudente para cautelar la reparación del daño causado el remedio ambiental y las costas causídicas (arts 518,519 y 520 CPPN)

**LO QUE SE TIENE POR PROBADO**

En esta causa está probado que:
a. Hay presencia de PCBs en la tierra (suelo y el agua)

b Los transformadores de la empresa EDENOR SA contenían y contienen PCBs en distintas concentraciones
c El mantenimiento de dichos transformadores no fue el adecuado puesto que existieron averías que permitieron el derrame de su líquido refrigerante (que es el que contiene PCBs) y hasta el incendio de dichos transformadores
d El derrame del contenido líquido de dichos transformadores se desparramó sobre el suelo y percoló a la napa de agua
e El incendio de transformadores con contenido de PCBs, por combustión de este elemento químico, libera "dibenzoparadioxinas", que potencian el carácter cancerígeno de los PCBs
f Hubo y siguen existiendo transformadores que contienen PCBs como sustancia refrigerante, en el ámbito territorial al cual se circunscribió esta investigación
g Lo antes expuesto fue negado por la autoridad de control (Ente Nacional Regulador de la Energía) y por la empresa (Empresa Distribuidora de Energía Norte SA)

**ALGUNOS DATOS ACLARATORIOS**

a Los PCBs son utilizados como sustancia refrigerante en esta clase de industria durante mucho tiempo anterior a la de la presente pesquisa
b Está permitido - con limitaciones de acuerdo a cantidades determinadas - el uso de PCBs como integrantes del elemento refrigerante de los transformadores, por un tiempo determinado hasta su total eliminación
c Los PCBs integran una lista entre las diez (10) sustancias químicas como contaminantes orgánicos mas persistentes del planeta

*(Fuente Programa de las Naciones Unidas para el Desarrollo - PNUD- 1997)*

ATTACHMENT 23

Federal Judge of Zárate Bell Doctor Efraín Faggionatto Márquez, who in the cause 2512 determined: Bell, May 24, 2005.

I RESOLVE:

I DECREEING THE PROSECUTION of DANIEL JOSÉ LELLO, from the other personal conditions presented to the Court, by considering him responsible author for the crime of dangerous contamination for the health, as specified and repressed by the article 56 of the Law 24051, enjoining embargo on goods of his property until covering the sum of five hundred thousand pesos ($500 000), let the order be executed diligently by the official Justice of the Court (article 518 of the Criminal Code of the Nation).

VI DECREEING THE LACK of MERIT of FRANCISCO FERNANDO PONASSO, from the other personal conditions presented to the Court, according to the article 309 of the Criminal Code of the Nation.

IX DECREEING THE LACK of MERIT of CRISTIAN ROLLAND NADAL, from the other personal conditions presented to the Court, according to the article 309 of the Criminal Code of the Nation

XXXI ORDERING THE PREVENTIVE EMBARGO against the assets of Empressa Distribuidora de Energia Norte SA (EDENOR), to the amount of one hundred and fifty millions pesos ( 150,000,000), as a prudent escrow to provide for the repairs and environmental remedy and the associated costs (Arts 518, 519, and 520 Code of criminal of the Nation)