IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (HHK) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff Catherine Gaujacq, having moved, by counsel, to compel and for sanctions against defendants Electricite De France International North America, Inc. ("EDFINA"), Electricite de France International North America ("EDF") and Christian Nadal ("Mr. Nadal"), and upon consideration of the papers and for good cause shown, it is hereby

**ORDERED**, that Plaintiff's motion to compel and for sanctions is GRANTED; and it is further

**ORDERED** that Defendant Nadal shall respond fully and completely to Plaintiff's First Request for Production of Documents Nos. 21 and 22, and Defendant EDF shall respond fully and completely to Plaintiff's Fourth Request for Production of Documents Nos. 22, 25 and 30, and Defendants shall deliver copies of all responsive documents to counsel for Plaintiff, no later than 5:00 p.m. on May 12, 2008; and it is further

**ORDERED** that Plaintiff is granted leave to continue the depositions of Mr. Christian Nadal, Mr. Yann Laroche, individually and as the corporate designees, after the discovery requests identified herein have been fully responded to; and it is further

**ORDERED** that the depositions of Mr. Nadal, individually and as the corporate designee of EDF, and Yann Laroche, individually and as the corporate designee EDF, are hereby continued to explore the newly learned information, including Mr. Nadal's work in Argentina, the criminal proceedings, and the financial mismanagement and losses, and to inquire into the comparisons between Ms. Gaujacq and Mr. Nadal in light of the new information, and shall be had at the sole expense of Defendants, including court reporters, interpreters, all travel expenses (including international travel to Mr. Laroche in France, or for Mr. Laroche to travel to Washington D.C.), costs of all transcripts, and attorney's fees; and it is further

**ORDERED** that EDF, EDFINA, and Mr. Nadal's Motions for Summary Judgment in this matter are denied; and it is further

**ORDERED** that this matter shall be set for trial.

**SO ORDERED.**

DATE: _____      _____
Honorable Henry H. Kennedy, Jr.
United States District Judge
for the District of Columbia