IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CATHERINE GAUJACQ,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRICITE DE FRANCE<br>INTERNATIONAL NORTH AMERICA,<br>INC., ELECTRICITE DE FRANCE, S.A. and<br>CHRISTIAN NADAL,<br><br>Defendants | Civil Action No. C5-969 (HHK)<br><br>**DECLARATION<br>OF DOROTHEA W. REGAL** |

**DOROTHEA W. REGAL, ESQ.** hereby declares, under penalty of perjury under the laws of the United States, in accordance with 28 U.S.C. Section 1746, as follows:

1.    I am a member of the bar of this Court and of the law firm of Hoguet Newman Regal & Kenney, LLP, attorneys for Defendants Electricité de France, S.A. ("EDF") and Electricité de France International North America, Inc. ("EDFINA"). I make this Declaration for the purpose of putting documents before the Court in support of Defendants' Opposition To Plaintiff's Motion To Compel And For Sanctions and to provide certain facts relating to discovery in this litigation.

2.    Defendants EDF, EDFINA and Christian Nadal ("Nadal") produced collectively over 13,000 pages of documents in response to document requests

propounded by Plaintiff. Defendants EDF and EDFINA together produced 12,930 pages of documents, and Nadal produced another 259 pages of documents.

3.    Defendant EDF produced to Plaintiff its personnel file and related files on compensation and benefits, numbered EDF 679-939. These produced documents included Nadal's contract for his employment at EDENOR, numbered EDF 882-892.

4.    Defendant EDF produced to Plaintiff the audits of EDENOR conducted in 2000 and 2001, numbered EDF 4759-4768.

5.    Attached hereto as Attachment 1 is a true and accurate copy of a certified translation into English of the Spanish document that Plaintiff has proffered on her motion as Plaintiff's Attachment 22. The translation was done by The Trustforte Corporation located at 271 Madison Avenue, New York, New York 10016, certified by the American Translators Association.

6.    Attached hereto as Attachment 2 is a legible and complete copy of the Spanish version of the document submitted by Plaintiff as Proposed Attachment 16 to her prior Motion For Leave To Supplement Plaintiff's Opposition To Summary Judgment [Dkt. #145], together with a true and accurate copy of a certified translation thereof into English. The translation was done by The Trustforte Corporation located at 271 Madison Avenue, New York, New York 10016, certified by the American Translators Association.

7.    Attached hereto as Defendants' Attachment 3 is a true and accurate copy of pages 88-95 of the transcript of Plaintiff's deposition of Nadal, taken April 4, 2006, with the related errata.

8.    Attached hereto as Attachment 4 is a copy of the original Spanish version of the article published October 20, 2000 in <u>Clarin</u>, which I obtained from the Internet,

that Plaintiff has submitted in an uncertified English translation as Plaintiff's Attachment

15 to her motion, together with a true and accurate copy of a certified translation thereof

into English.   The translation was done by The Trustforte Corporation located at 271

Madison Avenue, New York, New York 10016, certified by the American Translators

Association.


Dated:  May 8, 2008


_____/s/_____

Dorothea W. Regal *(D.C. Bar No. NY0064)*

# Attachment 1

*Summary: The Federal Judge of Zárate-Campana, Dr. Efraín Faggionato Márquez, determined in Case 2512 that the transformers of the EDENOR SA company contained PCBs in various concentrations. PCBs are on a list of the ten most persistent organic pollutants in the world.*

*Below is a transcription of parts of the Judge's whereas clauses and resolutions ordering the indictment of the directors of the company and members of the National Electric Energy Regulatory Agency, and order an attachment on their assets and those of the EDENOR SA company.*

**BE IT RESOLVED:**

I. TO DECREE THE INDICTMENT of DANIEL JOSÉ LELLO, identified in the record, for allegedly committing the criminal act of pollution hazardous to health, as defined and penalized by Article 56 of Law 24,051, accompanied by an order to attach the assets that he owns in an amount sufficient to secure the sum of five hundred thousand pesos ($500,000). The court order to be served by an officer of the Court of Justice (Article 518 of the *National Criminal Code*) is to be drawn up.

II. TO DECREE THE INDICTMENT of LUCIANO PIRONIO, identified in the record, for allegedly committing the criminal act of pollution hazardous to health, as defined and penalized by Article 56 of Law 24,051, accompanied by an order to attach the assets that he owns in an amount sufficient to secure the sum of five hundred thousand pesos ($500,000). The court order to be served by an officer of the Court of Justice (Article 518 of the *National Criminal Code*) is to be drawn up.

III. TO DECREE THE INDICTMENT of JULIO ADALBERTO MÁRQUEZ, identified in the record, for allegedly committing the criminal act of pollution hazardous to [continues on next page]

[from previous page] health, as defined and penalized by Article 56 of Law 24,051, accompanied by an order to attach the assets that he owns in an amount sufficient to secure the sum of five hundred thousand pesos ($500,000). The court order to be served by an officer of the Court of Justice (Article 518 of the *National Criminal Code*) is to be drawn up.

MOHAMMED MUJUMDER MSS LLB
Notary Public, State of New York
No. 03-4962808
Qualified in Bronx County
Commission Expires Feb. 26 2010

CERTIFICATE OF ACCURACY

STATE OF NEW YORK )
                  )SS:
COUNTY OF NEW YORK )

Richard Melman, being duly sworn, deposes and says:
I am fluent in both the English and Spanish languages. I have made the above translation from a copy of the original document in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

Richard Melman
Trustforte Language Services

Sworn before me this
14th day of March, 2008

Notary Public

IV. TO DECREE THE INDICTMENT of JUAN ANTONIO LEGISA, identified in the record, for allegedly committing the criminal act of failure to comply with the duties of a public official, as defined and penalized by Article 248 of the Criminal Code, accompanied by an order to attach the assets that he owns in an amount sufficient to secure the sum of one million pesos ($1,000,000). The court order to be served by an officer of the Court of Justice (Article 518 of the *National Criminal Code*) is to be drawn up.

V. TO DECREE THE INDICTMENT of MARÍA CRISTINA MASSEI, identified in the record, for allegedly committing the criminal act of failure to comply with the duties of a public official, as defined and penalized by Article 248 of the Criminal Code, accompanied by an order to attach the assets that she owns in an amount sufficient to secure the sum of two hundred fifty thousand pesos ($250,000). The court order to be served by an officer of the Court of Justice (Article 518 of the *National Criminal Code*) is to be drawn up.

VI. TO FIND AN ABSENCE OF MERIT in the case of FRANCISCO FERNANDO PONASSO, HENRI LAFONTAINE, HENRI MARCEL ROGER DUCRE, and CRISTIAN ROLLAND NADAL, pursuant to Article 309 of the National Criminal Procedure Code.

TO DISCONTINUE AS TO JUAN CARLOS CASSAGNE, HUGO RICARDO PENTENERO, RICARDO FLAMMINI, YVES DESROUSSEAUX, EDUARDO VICH, EMILIO JOSÉ CÁRDENAS, JAVIER ANTONIO GONZÁLEZ, NORBERTO ANTONIO GONZÁLEZ, EDUARDO JAVIER ROMERO, MARIO JOSÉ GUARAGNA, PATRICE MEES, CRISTIAN PARIS, BO GOSTA KALLSTRAND, JOSÉ MANUEL CALDERERO, ALBERTO LÓPEZ GARCÍA, JESÚS BURILLO ANDREU, ALFREDO LLORENTE LEGAZ, RAMÓN VÁZQUEZ GONZÁLEZ, RICARDO EUSEBIO RODRÍGUEZ, OSCAR ERMELINDO MASSEI, CARLOS and EUGENIO GARAT, pursuant to Article 336, part 4, of the National Criminal Procedure Code, while making a record of the fact that the formation of this proceeding in no way impairs the aforementioned persons' good name and honor.

TO ORDER A PREVENTIVE ATTACHMENT of the assets of the Distribuidora de Energía Norte SA (EDENOR) company, in an amount sufficient to secure the sum of one hundred fifty million pesos ($150,000,000), which sum is deemed prudent for the purpose of securing redress of the damage caused to the environment and coastline (Articles 518, 519, and 520, National Criminal Trial Code).

## WHAT IS DEEMED TO HAVE BEEN PROVEN

It is proven in this case that:

a. There is a presence of PCBs in the ground (soil and water).

b. The transformers of the EDENOR SA company contained and still contain PCBs in varying concentrations.

c. The maintenance given to said transformers was not adequate, since there were breakages which allowed their refrigerating fluid (the component which contains the PCBs) to leak out, and some of the transformers in question even caught fire.

MOHAMMED MUJUMDER MSS LLB
Notary Public, State of New York
No. 03-4962806
Qualified in Bronx County
Commission Expires Feb. 26 2010

CERTIFICATE OF ACCURACY

STATE OF NEW YORK  )
                    )SS:
COUNTY OF NEW YORK  )

Richard Melman, being duly sworn, deposes and says:
I am fluent in both the English and Spanish languages. I have made the above translation from a copy of the original document in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

Richard Melman
Trustforte Language Services

Sworn before me this
14th day of March, 2008

Notary Public

d. The leakage of said transformers' liquid content spread through the soil and filtered down to the water table.

e. The burning of transformers with PCB content, due to the combustion of that chemical compound, releases "dibenzoparadioxins," which intensify the carcinogenic effect of the PCBs.

f. There were and continue to be transformers which contain PCBs as their refrigerant, in the territorial area to which this investigation was circumscribed.

g. The foregoing was denied by the regulatory authority (National Electric Energy Regulatory Agency) and the company (Empresa Distribuidora de Energía Norte SA).

## SOME CLARIFYING DATA

a. PCBs have been used as a refrigerant in this branch of industry for a long time prior to this inquiry.

b. The use of PCBs as components of the refrigerating element of transformers for a certain length of time pending their full elimination is permitted, with limitations varying with the amounts in question.

c. PCBs are part of a list of the ten (10) chemical substances identified as the most persistent organic pollutants in the world.

*(Source: United Nations Development Program – UNDP – 1997)*

---

MOHAMMED MUJUMDER MSS LLB
Notary Public, State of New York
No. 03-4892868
Qualified in Bronx County
Commission Expires Feb. 26 2010

CERTIFICATE OF ACCURACY

STATE OF NEW YORK )
                        )SS:
COUNTY OF NEW YORK )

Richard Melman, being duly sworn, deposes and says:
I am fluent in both the English and Spanish languages. I have made the above translation from a copy of the original document in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

Sworn before me this
14th day of March, 2008

Richard Melman
Trustforte Language Services

Notary Public

# Attachment 2

News

6/2/03                                                                                              Press Release

**In light of PCBs**

Below we transcribe the first measure ordered by the Court of Zárate Campana in May, summoning all of the members of the EDENOR board, the ENRE, thee provincial officials, and Mr. Carlos Garat.

**Campana, May 30, 2003**

I. Having been received, the information is to be inserted in the case file and taken into account.

II. Since the state of suspicion required for this stage of the proceeding exists, the following testimonies are to be taken (Article 294 of the National Criminal Procedure Code):

**A – Regarding the Edenor S.A. firm**
1) Chairman, Mr. Francisco Fernando Ponasso
2) Vice Chairman, Mr. Patrice Mees
3) General Manager in 2000, Mr. Cristian Nadal
4) Current General Manager, Mr. Henry Lafontaine
5) Director, Mr. Yves Desrousseaux
6) Director, Mr. Jesús Burillo Andreu
7) Director, Mr. Alberto López García
8) Director, Mr. Christian Paris
9) Director, Mr. Alfredo Llorente Legas
10) Director, Mr. Ramón Vázquez
11) Director, Mr. Eduardo Vich
12) Director, Mr. Alberto Álvarez
13) Director, Mr. Emilio García Díez
14) Director, Mr. Antonio Capdepon
15) Director, Mr. Mar Amedee Riutort
16) Director, Mr. Piere Baradat
17) Director, Mr. Juan Madrigal
18) Director, Mr. José Luis Cesario
19) Director, Mr. Juan Carlos Cassagne
20) Director, Mr. Hugo Ricardo Pentenero
21) Director, Mr. Ricardo Flammini
22) Director, Mr. Eduardo Javier Romero
23) Director, Mr. Guillermo Néstor Pérez
24) Director, Mr. Máximo Julio Fonrouge
25) Director, Mr. Bo Kallistrand
26) Director, Mr. José Manuel Granged Bruñen
27) Director, Mr. Jean François Talbot
28) Director, Mr. José Caldero

MOHAMMED MUJUMDER MSS LLB
Notary Public, State of New York
No. 03-4962808
Qualified in Bronx County
Commission Expires Feb. 26 2010

CERTIFICATE OF ACCURACY

STATE OF NEW YORK   )
                    )SS.:
COUNTY OF NEW YORK  )

Richard Melaan, being duly sworn, deposes and says:
I am fluent in both the English and Spanish languages. I have made the above translation from a copy of the original document in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

Richard Melaan
Trustforte Language Services

Sworn before me this
14th day of March, 2008

Notary Public

29) Director, Mr. Henri Marcel Roger Ducre
30) Director, Mr. Gilles Jehan
31) Director, Mr. Gilbert Cotto
32) Director, Mr. Bruno Notrosso
33) Director, Mr. Norberto González
34) Director, Mr. Oscar Eduardo Marano
35) Director, Mr. Emilio Jorge Cárdenas
36) Director, Mr. Mario José Curagua
37) Director, Mr. Javier González Fraga
38) Director, Mr. Jean Luc Aschard
39) Director, Mr. Julio Ricardo Loria
40) Director, Mr. Jean Cristophe Philbe
41) Director, Mr. Eduard Dahomi
42) Director, Mr. Didier Lamethe
43) Director, Mr. Mario Martín
44) Director, Mr. José Patricio Richards
45) Operating Planning Manager (previous Pilar Technical Manager), Mr. Daniel Lello
46) Deputy Environment Manager, Mr. Julio Márquez
47) Deputy Quality of Supply Manager for the Pilar area, Mr. Luciano Pironio

**B – Regarding the National Electric Energy Regulatory Agency (ENRE)**
1) Headed by Mr. Juan Antonio Legisa in 2000
2) Head of Environment Department in 2000, Ms. Cristina Massei

**C) Regarding the Environmental Policy Secretariat of Buenos Aires Province**
1) Secretary of Environmental Policy in 2000, Mr. Ricardo Eusebio Rodríguez

**D) Regarding the National Secretariat of Sustainable Development and Environmental Policy**
1) Head of the Secretariat in 2000, Mr. Oscar Massei

**E) Environmental Directorate of Pilar Municipality**
1) Secretary of the Environment, Mr. Carlos Garat

**III.a)** Hearings are scheduled for the members of the Edenor S.A. company's board commencing August 7 of the current year, three per business day at 9:00 am, 10:00 am, and 12:00 noon, in chronological order according to the foregoing list and through August 29 of the current year.

**b)** Hearings are scheduled for the officials responsible for the ENRE, on September 2 of the current year, at 9:00 am and 12:00 noon.

**c)** A hearing is scheduled for the Secretary of Environmental Policy of the Buenos Aires Province, on September 3 of the current year at 9:00 am.

**d)** A hearing is scheduled for the head of the National Secretariat of Sustainable Development and Environmental Policy, on September 4 of the current year at 9:00 am.

MOHAMMED MUJUMDER MSS LLB
Notary Public, State of New York
No. 03-4962806
Qualified in Bronx County
Commission Expires Feb. 26 2010

CERTIFICATE OF ACCURACY

STATE OF NEW YORK )
                   )SS:
COUNTY OF NEW YORK )

Richard Melman, being duly sworn, deposes and says:

I am fluent in both the English and Spanish languages. I have made the above translation from a copy of the original document in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

Sworn before me this
14th day of March, 2008

Richard Melman
Trustforte Language Services

Notary Public

e) A hearing is scheduled for the Secretary of the Environment of Pilar Municipality, on September 5 of the current year at 9:00 am.

IV. To be officially noted, process to be served, and through the officer of the Court to comply with the procedures required to achieve effective notification of the aforenamed persons.

**Federico Efraín Fagionatto Márquez**
**Federal Judge**

Before me,
**Dr. Andrés Germán Canela**
**Federal Secretary**

Carried out on the same day. WITNESS.
**Dr. Andrés Germán Canela**
**Federal Secretary**

MOHAMMED MUJUMDER MSS LLB
Notary Public, State of New York
No. 03-4962908
Qualified in Bronx County
Commission Expires Feb. 26 2010

**CERTIFICATE OF ACCURACY**

STATE OF NEW YORK )
                                    )SS:
COUNTY OF NEW YORK )

Richard Melman, being duly sworn, deposes and says:
I am fluent in both the English and Spanish languages. I have made the above translation from a copy of the original document in the Spanish language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability, and belief.

Sworn before me this
14th day of March, 2008

Richard Melman
Trustforte Language Services

Notary Public

"# WebPilar.com La Web de la Ciudad de Pilar"

Recomendá este sitio   Hacenos Página de inicio   Agregar a favoritos

Pilar - Bs. As. Argentina

Actualizado el 25/06/03
mail@webpilar.com



**HOME    NOTAS    FOROS    SERVICIOS    DATOS PILAR**

*Noticias*

02/06/03                                                    **Comunicado de Prensa**

# A la luz del PCB

Correo

A continuación transcribimos la primera medida dispuesta por
el Juzgado de Zárate Campana durante Mayo por la cual se
cita a declaración indagatoria a todo el directorio de EDENOR,
al ENRE, a funcionarios provinciales y al Licenciado Carlos
Garat.

**Campana 30 de mayo de 2003**
**I** -Por recibido agréguese y téngase presente lo informado
**II** -Existiendo el estado de sospecha requerido para esta etapa
del proceso, cúmplase con las siguientes declaraciones
indagatorias (Artículo 294 del código procesal penal de la
Nación):



**A- Respecto de la firma Edenor S.A.**
1) Presidente, Señor Francisco Fernando Ponasso
2) Vicepresidente, Señor Patrice Mees
3) Gerente General durante el año 2000, Señor Cristian Nadal
4) Gerente General actual, Señor Henry Lafontaine
5) Director, Señor Yves Desrousseaux
6) Director, Señor Jesús Burillo Andreu
7) Director, Señor Alberto López García
8) Director, Señor Christian Paris
9) Director, Señor Alfredo Llorente Legas
10) Director, Señor Ramón Vázquez
11) Director, Señor Eduardo Vich
12) Director, Señor Alberto Álvarez
13) Director, Señor Emilio García Díez
14) Director, Señor Antonio Capdepon
15) Director, Señor Marc Amedee Riutort
16) Director, Señor Pierre Baradat
17) Director, Señor Juan Madrigal
18) Director, Señor Jose ´Luis Cesario
19) Director, Señor Juan Carlos Cassagne
20) Director, Señor Hugo Ricardo Pentenero
21) Director, Señor Ricardo Flammini
22) Director, Señor Eduardo Javier Romero
23) Director, Señor Guillermo Néstor Pérez
24) Director, Señor Máximo Julio Fonrouge

ingresá - click



25) Director, Señor Bo Kallistrand
26) Director, Señor José Miguel Granged Bruñen
27) Director, Señor Jean Francois Talbot
28) Director, Señor José Caldero
29) Director, Señor Henri Marcel Roger Ducre
30) Director, Señor Gilles Jehan
31) Director, Señor Gilbert Cotto
32) Director, Señor Bruno Notrosso
33) Director, Señor Norberto González
34) Director, Señor Oscar Eduardo Marano
35) Director, Señor Emilio Jorge Cárdenas
36) Director, Señor Mario José Cuaragua
37) Director, Señor Javier González Fraga
38) Director, Señor Jean Luc Aschard
39) Director, Señor Julio Ricardo Loria
40) Director, Señor Jean Christophe Philbe
41) Director, Señor Eduard Dahomi
42) Director, Señor Didier Lamethe
43) Director, Señor Mario Martín
44) Director, Señor José Patricio Richards
45) Gerente de Planeamiento Operativo (Anterior Gerente Técnico Pilar) Señor Daniel Lello
46) Sub Gerente de Medio Ambiente Señor Julio Márquez
47) Sub Gerente de calidad de suministro área Pilar Señor Luciano Pironio

**B- Respecto del Ente Nacional Regulador de la Electricidad (ENRE)**
**1)** Titular durante el año 2000 Señor Juan Antonio Legisa
**2)** Jefa del Departamento Ambiental durante el año 2000 Señora Cristina Massei.

**C) Respecto de la Secretaría de Política Ambiental de la Provincia de Buenos Aires**
**1)** Secretario de Política Ambiental durante el año 2000, Señor Ricardo Eusebio Rodríguez.

**D)** Respecto de la Secretaría de Desarrollo Sustentable y Política Ambiental de la Nación
**1)** Titular de la Secretaría durante el año 2000 Señor Oscar Massei.

**E)** Dirección de Medio Ambiente de la Municipalidad de Pilar
**1)** Secretario de Medio Ambiente, Señor Carlos Garat.

**III. a)** De los integrantes del Directorio de la firma Edenor S.A. Fíjase audiencia a partir del día 7 de Agosto del año en curso, tres por día hábil a las 9.00, 10.30 y 12.00 horas, en orden cronológico según el listado mas arriba detallado y hasta el día 29 de agosto del corriente año
**b)** Para los responsables del ENRE habilítese audiencias para el día 2 de septiembre del año en curso, a las 9.00 y 12 horas.
**c)** Respecto del Secretario de Política Ambiental de la Provincia de Buenos Aires, fíjase audiencia para el día 3 de septiembre

del año en curso a las 9.00 horas.
**d)** En cuanto al titular de la Secretaría de Desarrollo sustentable y Política ambiental de la Nación, habilitase audiencia para el día 4 de septiembre del corriente año a las 9.00 horas
**e)** del Secretario de Medio Ambiente de la Municipalidad de Pilar, fíjase audiencia para el día 5 de septiembre del corriente año a las 9.00 horas.

**IV-** Tómese razón, notifíquese y por intermedio del actuario cúmplase con las diligencias tendientes a lograr la efectiva notificación de los mas arriba nombrados.

**Federico Efraín Fagionatto Márquez**
**Juez Federal**

Ante mí
**Dr. Andrés Germán Cancela**
**Secretario Federal**

En igual fecha se cumplió CONSTE
**Dr. Andrés Germán Cancela**
**Secretario Federal**



Foro General de la Ciudad. Dejá tu opinón sin censuras





Página Principal  I  Noticias  I  Foros  I  Servicios  I  Datos  I  Shopping  I  Contácten

# Attachment 3

Page 86

1  progress during my time.
2     Q.  Did the board of Edenor ever express any
3  dissatisfaction with your performance or with you
4  while you were in Argentina?
5     A.  You -- you say dissatisfaction?
6     Q.  Yes.
7     A.  No.
8     Q.  Did EDF express any dissatisfaction with your
9  performance or with you while you were in Argentina?
10    A.  With my performance, no.  We had some
11 differences of view.  We -- some executives in EDF,
12 not all of them, about the strategy and the
13 implementation of EDF, not of Edenor.
14    Q.  Who were the executives at EDF that had
15 differences with you on strategy and implementation?
16    A.  One was the -- the CEO or not the -- he had
17 not this title of CEO, but it doesn't matter.  It's a
18 very complicated French title.  And his name I already
19 told.  It was Caperan, C-A-P-E-R-A-N.
20       And another one was the -- responsible for
21 international division.  And his name was Kallstrand.
22 Kallstrand is K-A-L-L-S-T-R-A-N-D.

Page 87

1     Q.  Anyone else?
2     A.  No.
3     Q.  Okay.  Is Caperan still with EDF?
4     A.  No.
5     Q.  When did he leave?
6     A.  2002.  By May 2002.
7     Q.  Do you recall why he left?
8     A.  Well, there was no official explanation given
9  by the company.
10    Q.  Do you know why he left?
11    A.  Could be an assumption.  And the assumption
12 is partly because of the policy in Latin America and
13 partly about policy in Italy.
14    Q.  And what about those policies?
15    A.  In Italy EDF launched a kind of aggressive
16 buying offer on an Italian company and was not
17 properly done.
18       And the Argentina, it would appear that
19 the -- and also in Brazil the way EDF bought under
20 Caperan's direction -- direction, the result was not
21 good.
22    Q.  In what way?

Page 88

1     A.  Well, they bought these companies at too high
2  a price and at the wrong moment and with a -- not with
3  the proper agreements.
4     Q.  That was Italy.  What about Latin America?
5     A.  No.  I was speaking --
6     Q.  That was Latin America?
7     A.  That was Latin America.
8     Q.  I'm sorry.
9     A.  Italy, it was the -- the aggressive action
10 that was also not well prepared.
11    Q.  When did EDF make the acquisition in Latin
12 America where the price was too high and at the wrong
13 moment?
14    A.  Well, the acquisition of -- of Edenor was by
15 the end of spring 2001.  And Light, the -- the
16 Brazilian company, was at the same time more or less.
17       MS. REGAL:  I'm sorry.  Would you read back
18 the answer?
19       (The last answer was read.)
20    A.  And for Caperan I said he left in May 2002;
21 right?
22    Q.  Yes.

Page 89

1     A.  That's right.
2     Q.  Okay.  And you believe it was because of what
3  you just described.
4     A.  Yeah.
5     Q.  Okay.  Kallstrand, is he still with EDF?
6     A.  No.
7     Q.  When did he leave?
8     A.  By the same time as -- maybe a couple of
9  months before Caperan.
10    Q.  And why did Kallstrand leave?
11    A.  I'm sorry.  Why?
12    Q.  Why did he leave?
13    A.  For the same reasons.
14    Q.  He was involved in the same decisions.
15    A.  Yes.
16    Q.  Okay.  Were you involved at all in those
17 decisions?
18    A.  No.  No.
19    Q.  You hesitated.  Why?
20    A.  Because I -- I was not in charge of the
21 negotiation for EDF, obviously.  I was in Edenor.
22 And -- well, I gave my advice in some meetings with

23 (Pages 86 to 89)

PLATT & DAWSON, INC.  (703) 591-0007

Page 90

1    EDF. That's my -- my whole involvement.
2        Q. And the advice that you gave in meetings with
3    EDF, did it involve the acquisition of Edenor?
4        A. Yes.
5        Q. And were you in favor of the acquisition?
6        A. Not at that time, not at that price and not
7    under these conditions.
8        Q. Okay.
9        A. The purpose of the chairman was to buy
10    Edenor. And it was good business. Light wasn't,
11    but -- Light, the Brazilian one, wasn't; but Edenor
12    was a good business, but the conditions, the -- the
13    evaluations or other troubles in regulation are not
14    unexpected in these countries.
15        And then when you buy you must be prepared
16    to -- to conditions going worse or difficult. And
17    this is what I said. And they didn't care. They
18    wanted to buy assuming that the conditions would be
19    always good and always improving.
20        Q. In your meetings with EDF about the
21    acquisition of Edenor did you suggest waiting?
22        A. Waiting, you said?

Page 91

1        Q. Yes.
2        MS. REGAL: Let me object, object to the form
3    of the question. You may answer it.
4        Q. Well, let me ask a different -- I'll ask it
5    differently. I'll correct that. In your meetings
6    with EDF relating to the acquisition of Edenor what
7    was your input? What did you tell them?
8        A. My input was about what profitability we can
9    expect in the long term. And this is a key factor,
10    because you can determine the price knowing how much
11    the company will earn. You can settle on price.
12        And I said that we were at a very high level
13    and we could not expect higher level of profitability,
14    because the standard of quality of service of the
15    company was acceptable. And people in the country
16    were satisfied, but their expectations would increase.
17        And, also, in this country you may have
18    sometimes tornadoes or bad weather. And you have to
19    prepare the -- the equipment of the company to these
20    conditions. Then you have to make investments.
21        This is why I said we could not -- they were
22    expecting more profitability from the company. And

Page 92

1    the company was already at a high level. It was the
2    highest level of profitability in all EDF companies at
3    that time, all EDF subsidiaries including EDF France,
4    much better than EDF France. And it was not wise to
5    make calculations with the higher profitability,
6    because the profitability was already at the maximum.
7        Q. You thought it had reached its peak.
8        A. I'm sorry.
9        Q. You thought it had reached its peak in
10    profitability.
11        A. Peak and it could be stable at that level,
12    because -- and it was already a very, very good
13    performance, because it was already a very high level
14    of profitability, yes.
15        And we had to use the -- we had productivity,
16    additional productivity, possible; but my suggestion
17    was to dedicate these productivity gains to improvement
18    in the company.
19        And I had also another difference with them.
20    The company had a very important debt, because
21    according to history and the way the -- the
22    shareholders wanted the company to be run they took

Page 93

1    back to France or Spain or to other shareholders'
2    pockets all the results of the company.
3        And when I thought it was not wise, because
4    the shareholders could get -- borrow money on the
5    domestic markets at a much lower rate. At that time
6    the rate in France was two percent. And the rate in
7    Argentina -- and we had the best ratings, but the rate
8    was -- for loans for our company was about 14 or 16
9    percent.
10        And, in addition, the big debt was risk in
11    case of an evaluation. Then I suggested first to
12    reduce the debt by using the profits locally and,
13    second, if not, at least to insure the debts, because
14    you -- you have some -- under some mechanism you can
15    pay a premium and get your debt insured for a while.
16        And had we done that, we -- we would have
17    been covered. Had we done that, meaning insurance for
18    the debt, we would have been covered by the -- the
19    insurance when the -- the devaluation occurred.
20        Q. So in this instance you thought that EDF
21    should be more prudent in the manner in which it
22    pursued its --

24 (Pages 90 to 93)

PLATT & DAWSON, INC. (703) 591-0007

Page 94

1      MR. CLARK: Objection to form.
2      Q. – Edenor acquisition with EDF. Is that fair
3  to say?
4      MR. CLARK: Object to the form.
5      A. "Prudent" may not be the word. I think
6  negotiating otherwise.
7      Q. Did they listen to you?
8      MS. REGAL: Object to the form of the
9  question.
10     A. Caperan and – and Kallstrand, no.
11     Q. Was Mr. Roussely in the room?
12     A. No. Roussely was not in charge of current
13 operations. He relied on Caperan. Well, he – he
14 heard my comments; but his policy was – I was not in
15 charge. I was the CEO of Edenor in charge of
16 operations, strategy and management of Edenor.
17     And Caperan was in charge for EDF; ~~that he~~ *then*
18 followed the decision of Caperan. And when the
19 decision of Caperan appeared not to be the right one
20 he fired him.
21     Q. You said that Mr. Roussely heard your
22 comments. How did he hear them?

Page 95

1      A. I had a meeting with him in – in July.
2      Q. Of?
3      A. July 2001.
4      But I met him several times, but I had one
5  chance to make these comments in – by July. Several
6  times with several people but mainly with him in July
7  2001.
8      Q. Jump back to the computer for a moment. Did
9  you decide on your own to bring the laptop back to
10 France and turn that over to Ginette Elkrieff?
11     MS. REGAL: I object to the form of the
12 question. You may answer.
13     A. I discussed with – with her. And she asked
14 me sometimes if it was still use – useless, useful.
15 And I say yes in the beginning. At the end I said no.
16 And I ~~return~~ *returned* the computer to her.
17     Q. But no one directed you to; is that accurate?
18     A. I'm sorry?
19     Q. No one directed you to bring the computer
20 back to her; correct?
21     MS. REGAL: Object to the form of the
22 question.

Page 96

1      A. Directed, no.
2      Q. Okay. When you left your post as the
3  director and vice-president of strategy and
4  development who took over your position?
5      A. It became a different organization –
6      Q. Okay.
7      A. – meaning –
8      Q. Who –
9      A. – partly the – Roussely created near him a
10 director of strategy only. And development
11 responsibility was included in the Caperan post.
12     Q. Okay. Did anyone direct you to turn over
13 your laptop when you left the post of director and
14 vice-president of strategy and development?
15     A. No. I discussed with the people of some
16 arrangements, people meaning in the direction for
17 executives. I discussed what I was doing, how we were
18 arranging my – my cars and so on. And I – and we –
19 we arranged all that.
20     And then I – I discussed with the people *a*
21 from the direction for executives. It is special body
22 run now by Bouron. Bouron. The name is B-O-U-R-O-N.

Page 97

*a*
1  But it was different executive at that time. He's in
2  charge of executives in EDF. And when you leave or
3  when you make a change you discuss with him.
4      Q. And you discuss with him your arrangements
5  for transition.
6      A. Yes.
7      Q. Okay. Did Mr. Bouron or anyone else in
8  charge of the executives of EDF direct you to turn
9  over your files or your computer to EDF when you left
10 your post of director and vice-president of strategy
11 and development?
12     A. I don't recall the detail for cars, files and
13 so on, but – I don't recall the details for car,
14 files and so on; but I did it accordingly to the
15 standard procedures of the company and discussing with
16 my colleagues or collaborators and Caperan and the
17 predecessor of Bouron, B-O-U-R-O-N.
18     Q. Okay. And would you say that all of these
19 discussions for your transition from leaving the post
20 of director, vice-president of strategy and
21 development and moving over to the CEO of Edenor –
22     A. Edenor.

25 (Pages 94 to 97)

PLATT & DAWSON, INC. (703) 591-0007

Attachment 4

Clarín.com [Logo]
Friday, 10/20/2000

Clarín.com >> Friday Edition 10/20/2000 >> Society >> **There are still transformers with a highly toxic substance in them**

A HEALTH HAZARD: THERE ARE 74 UNITS WHICH USE THE COOLANT PCB IN THE CAPITAL CITY

## There are still transformers with a highly toxic substance in them

Edenor and Edesur acknowledge it.
* And they promise to replace them before the end of the year
* Though they assert that they are in safe places, Clarín found that many are easily accessible

HERNAN FIRP

According to the World Health Organization (WHO), PCB is a highly toxic substance which is on the list of hazardous pollutants and may be carcinogenic. The Edenor and Edesur companies acknowledged before **Clarín** that there are still 74 transformers in the Federal Capital's electric power network which use that substance as a coolant. At the same time, the concession holders promised to eliminate all the units containing PCB before the end of the year, even though they **claim that these transformers pose no risk whatsoever.** "They are in good condition and accessible only to the technicians," they said.

However, a **Clarín** visit found that this is not the case: there was a unit in a garage in Palermo, in plain view, which had a **leak of a viscous fluid.** And in several buildings of the Capital City we found that the transformers are within easy reach" (see **In many ...**).

Though the companies stress that the remaining units with PCB are only in the city of Buenos Aires, the Intendant of San Isidro, Gustavo Posse, filed a complaint before a federal judge because there were Edenor company transformers "that spouted that substance" (see **Complaint ...**).

In response to these complaints about the possible use of PCB as a coolant in its transformers, Edenor stated that **it does not use that substance on public thoroughfares.**

The total number of transformers in the Capital and Greater Buenos Aires is 36,000. There are now 74 of them which contain PCB: Edesur has 35 units, and Edenor 39. All of them, say the companies, are in the city. And the National Electricity Regulatory Agency (ENRE) has stated that there are no transformers with that substance on public thoroughfares.

An Edesur source told us: "In the last year we removed 122 units with PCB, and only 35 remain in the Capital: five at substations and the rest in **apartment buildings, garages, or basements.**" And he made this commitment: "On December 31 there will be no more units of this kind."

CERTIFICATE OF ACCURACY

STATE OF NEW YORK )
                   )SS:
COUNTY OF NEW YORK )

Cecilia Modena, being duly sworn, deposes and says:

I am fluent in both the English and Spanish languages. I am competent to translate from Spanish to English. I hereby certify that this is a true and correct translation from a copy of the original document in the Spanish language and that the same is a true and complete translation to the best of my knowledge and belief.

Cecilia Modena
Trustforte Language Services

Sworn before me this
6th day of May, 2008

Notary Public

AHMMED MUJUMDER MSS LLB
Notary Public, State of New York
No. 03-4962808
Qualified in Bronx County
Commission Expires Feb. 26

PCB is the abbreviation for **polychlorinated biphenyl**, which is on a list of toxic substances that should vanish according to the World Health Organization (WHO). This coolant is used in electrical transformers and capacitors. It is also found in carbon paper, hydraulic fluids, lubricants, and oil additives.

PCB **is not biodegradable, and it is fully proven that it causes multiple types of cancer**. In Europe its use is being restricted until its total elimination in 2010; in the United States it has not been used in transformers since 1979, but 24,000 older units with PCB still function.

The dispute over the substance became known when a woman from Del Viso, Pilar district, wanted to find out why her four year-old son had been diagnosed with leukemia (see **No one ...**).

In response to this particular case, Edenor explained that it had taken samples from all the units located in Del Viso and had sent them to the INTI (National Institute of Industrial Technology) for analysis. The results, dating from August 1, 2000, showed no PCB presence.

Once the transformers are deactivated, they are taken to a bonded warehouse. There, each unit is loaded into reinforced casks so that it can be placed in a container, which then travels to one of the five European countries authorized for their dismantling: Finland, Britain, France, Spain, and Belgium.

In Argentina, at the ENRE's request, transformers with PCB are being replaced with others containing a **silicone oil** (Polydimethylsiloxane). The agency has ordered the replacement to conclude prior to the first quarter of 2001.

The natural oil is a transparent fluid less dense than water, capable of regulating a transformer's temperature, and is practically incombustible. **The replacement of each transformer costs about 6,000 pesos.**

National Law 24,051 on Hazardous Residues sets the tolerable limits for PCB and issues penalties for leakage, of as little as a single drop. Juan Legisa, head of the ENRE, the agency that regulates the electric power companies, explained: "The legislation does not prohibit the installation of transformers with PCB. But there is a Labor Ministry resolution (369/91) which says that these substances are toxic. To minimize the risks, it is necessary to take precautions, and that is why the replacement of transformers was ordered."

Did they receive complaints about health conditions caused by PCB? "No, only 30 inquiries, asking for advice or explanations about the chemical compound," added ENRE officials.

According to Cristian Nadal, Edenor's General Manager, "we still have 39 transformers with PCB, and we will remove them by the end of November. They are in underground chambers or buildings, and access to them can only be attained by trained personnel. **The substance leaves the country, the transformer is sold for scrap, and no residues remain in Argentina.**"

In spite of the complaints, other Edenor sources consulted by **Clarín** disputed the story that set off the controversy with a categorical assertion: "We never had transformers with PCB in Buenos Aires Province."

**CERTIFICATE OF ACCURACY**

STATE OF NEW YORK    )
                     )SS:
COUNTY OF NEW YORK   )

Cecilia Modena, being duly sworn, deposes and says:

I am fluent in both the English and Spanish languages. I am competent to translate from Spanish to English. I hereby certify that I have made the translation from a copy of the original document in the Spanish language and that the same is a true and complete translation to the best of my knowledge and belief.

Cecilia Modena
Trustforte Language Services

Sworn before me this
6th day of May, 2008

Notary Public

MOHAMMED MUNIR MSS LLB
Notary Public, State of New York
No. 03-4962808
Qualified in Bronx County
Commission Expires Feb. 26, 2010



Clarín

Clarín.com » Edición Viernes 20.10.2000 » Sociedad » **Aún quedan transformadores con una sustancia altamente tóxica**

UN PELIGRO PARA LA SALUD: EN LA CAPITAL HAY 74 EQUIPOS QUE USAN EL REFRIGERANTE PCB

## Aún quedan transformadores con una sustancia altamente tóxica

Lo reconocen Edenor y Edesur
- Y prometen que los reemplazarán antes de fin de año
- Aunque afirman que están en lugares seguros, Clarín comprobó que muchos resultan de fácil acceso

HERNAN FIRP

Según la Organización Mundial de la Salud (OMS), el PCB es una sustancia altamente tóxica que figura en una lista de contaminantes peligrosos y tendría efectos cancerígenos. Las empresas Edenor y Edesur reconocieron a **Clarín** que en el tendido eléctrico de la Capital Federal todavía quedan 74 transformadores que utilizan esa sustancia como refrigerante. Al mismo tiempo, las concesionarias prometieron que antes de fin de año eliminarán todos los equipos que contienen PCB, pese a que **aseguran que estos transformadores no generan riesgo alguno**. "Están en buen estado y sólo al alcance de los técnicos", dijeron.

Sin embargo, una recorrida de **Clarín** constató que no es así: en un garaje de Palermo, a la vista, había un equipo que tenía una **pérdida de un líquido viscoso**. Y en varios edificios de la Capital pudo comprobarse que los transformadores estaban al alcance de la mano (ver **En muchos...**).

Aunque las empresas subrayan que el remanente de equipos con PCB sólo está en la ciudad de Buenos Aires, el intendente de San Isidro, Gustavo Posse, presentó una denuncia ante un juzgado federal porque había transformadores de la compañía Edenor "que chorreaban esa sustancia" (ver **Denuncia...**).

A raíz de las denuncias sobre la posible utilización de PCB como refrigerante de sus transformadores, Edenor señaló que **no utiliza ese elemento en la vía pública**.

La población total de transformadores en Capital y Gran Buenos Aires es de 36 mil aparatos. Los que contienen PCB son hoy 74: Edesur tiene 35 equipos; Edenor, 39. Todos ellos, dicen las compañías, están en la ciudad. Y el Ente Nacional Regulador de Electricidad (ENRE) asegura que no hay transformadores con esa sustancia en la vía pública.

Una fuente de Edesur dijo: "En el último año sacamos 122 aparatos con PCB, sólo quedan 35 que están en Capital: cinco en subestaciones y el resto **en edificios de departamentos, garajes o sótanos**". Y se comprometió: "El 31 de diciembre no habrá más equipos de este tipo".

PCB es la sigla del **policlorinato bifenilo**, una sustancia que integra una lista de tóxicos que deberían desaparecer, según la Organización Mundial de la Salud (OMS). Este refrigerante se usa en transformadores eléctricos y capacitores. También en papel carbónico, fluidos hidráulicos, lubricantes y en los aditivos del petróleo.

El PCB **no es biodegradable y estaría comprobado que produce distintos tipos de cáncer**. En Europa se está restringiendo su utilización

para ser totalmente eliminado en el 2010; en los Estados Unidos esta
sustancia no se utiliza en transformadores desde 1979, pero todavía
funcionan 24 mil equipos con PCB anteriores a esa fecha.

El conflicto alrededor de la sustancia se conoció cuando una mujer de Del
Viso, partido de Pilar, quiso investigar por qué le habían diagnosticado
leucemia a su hijo de cuatro años (ver **Nadie...**).

Respecto de este caso puntual, Edenor explicó que tomaron muestras de los
equipos ubicados en la localidad de Del Viso y las mandaron a analizar al
INTI (Instituto Nacional de Tecnología Industrial). Los resultados —datan del
1° de agosto de 2000— no evidencian la presencia de PCB.

Una vez realizada la desactivación de los transformadores, son transportados
a un depósito fiscal. Allí se carga el aparato en toneles blindados para que
queden alojados en contenedores que luego viajan a uno de los cinco países
europeos autorizados para su desguace: Finlandia, Gran Bretaña, Francia,
España y Bélgica.

En la Argentina, de acuerdo con la solicitud del ENRE, los transformadores
de PCB están siendo reemplazados por otros que contienen un **aceite
natural siliconado** (polidimetil siloxano). El organismo establece que el
reemplazo debe concluir antes del primer trimestre de 2001.

El aceite natural es un fluido transparente de menor densidad que el agua,
capaz de regular la temperatura del transformador y prácticamente
incombustible. **El reemplazo de cada transformador cuesta unos
6.000 pesos.**

La Ley Nacional 24.051 de Residuos Peligrosos fija cuáles son los límites
permitidos de PCB y castiga hasta el derrame de una gota. Juan Legisa,
titular del ENRE, organismo que controla a las compañías de energía
eléctrica, explicó: "La legislación no prohíbe la instalación de
transformadores con PCB. Pero existe una resolución del Ministerio de
Trabajo (369/91) que dice que estas sustancias son tóxicas. Para minimizar
los riesgos es necesario tomar recaudos y por eso se estableció la sustitución
de los transformadores".

¿Tuvieron denuncias sobre trastornos provocados por el PCB? "No, sólo 30
consultas, pidiendo asesoramiento o explicaciones sobre el compuesto
químico", agregaron en el ENRE.

Según Cristian Nadal, gerente general de Edenor, "nos quedan 39
transformadores con PCB, y hacia fines de noviembre los sacaremos. Se
encuentran en cámaras subterráneas o edificios y únicamente se puede
acceder a ellos a través de personal capacitado. **La sustancia sale del
país, el transformador es vendido como chatarra y en la Argentina
no quedan residuos**".

Pese a las denuncias, otras fuentes de Edenor consultadas por **Clarín**
desmintieron la versión que desató la polémica con una afirmación
contundente: "En la provincia de Buenos Aires nunca tuvimos
transformadores con PCB".