UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC.,<br><br>ELECTRICITE DE FRANCE, S.A.,<br><br>　　　　　and<br><br>CHRISTIAN NADAL,<br><br>　　　　　Defendants. | Civil Action 05-00969  (HHK) |

ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its Memorandum Opinion docketed this same day, it is this 21st day of August 2008, hereby

**ORDERED** that defendants' motions for summary judgment [## 101, 107] are **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for defendants and this case is **DISMISSED**.  This is a final appealable order.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge