# STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW

Morgan D. Hodgson
Tel 202.429.6219
Fax 202.261.9821
mhodgson@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

September 10, 2008

Ms. Nancy Mayer-Whittington
Clerk of Court
United States District Court for the
  District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

  Re: **Gaujacq v. Electricité de France, et al.**
    **Case No. No. 1:05CV0969 (HHK)**

Dear Ms. Mayer-Whittington:

On August 21, 2008 (Docket No. 155) the Court entered Final Judgment in favor of Defendants in the above action. Therefore, pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 54.1, Defendant Christian Nadal hereby files the enclosed Bill of Costs with your office for processing and taxing.

Thank you for your assistance.

      Sincerely,

      Morgan D. Hodgson
      *Counsel for Defendant Christian Nadal*

Cc: All counsel of record

Attachments: Bill of Costs and Supporting Declaration of Morgan D. Hodgson

AO 133 (Rev. for DC 7/99) Bill of Costs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Catherine Gaujacq

BILL OF COSTS

Case Number: 1:05CV0969(HHK)

v.

Electricité de France International North America, et al.

Judgment having been entered in the above entitled action on 8/21/2008 against Catherine Gaujacq,
(date)
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk................................................................................................... | $ 0 |
| Fees for service of summons and subpoena........................................................... | 0 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 4611.70 |
| Fees and disbursements for printing....................................................................... | 49.35 |
| Fees for witnesses (itemize on reverse side).......................................................... | 0 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case................... | 0 |
| Docket fees under 28 U.S.C. 1923......................................................................... | 0 |
| Costs as shown on Mandate of Court of Appeals................................................... | 0 |
| Compensation of court-appointed experts.............................................................. | 0 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828....... | 0 |
| Other costs (please itemize).................................................................................... | 300.00 |
| TOTAL | $ 4,961.05 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Elaine Bredehoft, 11260 Roger Bacon Dr., #201, Reston, VA 20190

Signature of Attorney: _Morgan D Hodgson_

Name of Attorney: Morgan D. Hodgson

For: Christian Nadal    Date: Sept. 10, 2008
    Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk   By:_____   _____
                                    Deputy Clerk                    Date

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54(d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs.