IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ<br><br>　Plaintiff,<br><br>　　v.<br><br>ELECTRICITÉ DE FRANCE<br>　INTERNATIONAL NORTH AMERICA,<br>　INC., et al.<br><br>　Defendants. | No. 1:05CV0969 (HHK) |

**DECLARATION OF MORGAN D. HODGSON
IN SUPPORT OF COSTS TO BE TAXED BY THE CLERK FOR
DEFENDANT CHRISTIAN NADAL**

I am a Partner with the law firm of Steptoe & Johnson, LLP, and am one of the counsel of record for Defendant Christian Nadal ("Mr. Nadal") in the above action. I submit this Declaration in support of the Bill of Costs submitted on behalf of Mr. Nadal following entry of final judgment in his favor as reflected in Docket No. 155, Order of August 21, 2008. I am personally familiar with the facts and documents described herein.

The following costs were necessarily incurred on behalf of Mr. Nadal in connection with this case. Further, the services for which fees have been charged were actually and necessarily performed.

1.  Court Reporter Fees for transcripts pursuant to Local Rule 54.1(d)(6):

The Bill of Costs reflects the following charges for deposition transcripts:

| **Deponent** | **Date(s)** | **Reporter** | **Amount for Bill of Costs** |
|---|---|---|---|
| Catherine Gaujacq | March 16- 17, 2006; June 2, 2006 | Overnite Court Reporting Service | $2215 (original at standard rate of $3.75 per page)  $107.55 (cost of 1 copy of transcript at $.15/page)  $79.95 (cost of 1 copy of exhibits at $.15/page) |
| Christian Nadal | April 4-5, 2006 | Platt & Dawson, Inc. | $1354.95 (1 copy at standard rate of $ 2.35 per page) |
| Patrick de Botherel | April 9, 2006 | Olender Reporting, Inc. | $843.15 (1 copy at standard rate of $3.65 per page)  $11.10 (1 copy of exhibits at $.15/page) |

The depositions of these individuals were used on the record as exhibits to Defendants' summary judgment motions and supporting memoranda (Dockets 101-107).

True and correcct copies of invoices verifying these transcriptions and documents evidencing payment of these transcription invoices are attached as Exhibit A. The amounts set forth in the Bill of Costs have been adjusted so that such amounts do not include costs of ASCII files, compressed transcripts (minuscripts), real time transcription, rough drafts, and delivery charges. In instances in which an expedited rate was paid for the transcription, the costs set forth in the Bill of Costs have been adjusted to reflect the standard rate charged by the court reporting service.

2.  <u>Costs to Copy Exhibits Filed with the Clerk pursuant to Local Rule 54.1(d)(8)</u>

The Bill of Costs reflects costs of $ 49.35 for one copy of each exhibit that was filed by Mr. Nadal with the Clerk in this case. The total number of pages of exhibits for which copy costs are requested is 329 pages. These exhibits were filed in connection with Docket Nos. 33, 38, 71, 74, 75, 81, 84, 98, 107 and 146, filed on behalf of Mr. Nadal. Steptoe & Johnson's customary charge for such copying is $.20 per page. For purposes the Bill of Costs Mr. Nadal requests that such costs be taxed at the rate of $.15 per page.

3.  <u>Other Costs of Copying pursuant to Local Rule 54.1(d)(9)</u>

The Bill of Costs reflects $300.00 for other costs of copying. Over the course of the litigation duplication charges invoiced by Steptoe &Johnson and paid on behalf of Mr. Nadal have been approximately $16,938.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct, and that this Declaration is executed this 10th day of September 2008, in Washington, DC.

Respectfully submitted,

_____
Morgan D. Hodgson
D.C. Bar No. 186528
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 429-3000

*Counsel for Defendant Christian Nadal*