# Exhibit A

# Invoice

**The Overnite Court Reporting Service, Inc.**

P.O. Box 2808
Silver Spring, MD 20915-2808

Phone: 301-593-0671
fax: 301-593-8353
e-mail: RealtimeReporter@Comcast.net

**BILL TO**
Cooper, Ronald, Esq.
Steptoe and Johnson
1330 Connecticut Ave., NW
Washington, DC 20036-1795

| DATE | INVOICE # |
|---|---|
| 3/19/2006 | 6781 |

| DUE DATE | P.O. NUMBER |
|---|---|
| 4/18/2006 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 1-Transcript | Transcript in the matter of Gaujacq v. Electricite de France of witness Catherine Gaujacq on March 17, 2006, plus LiveNote feed. | 308 | 4.75 | 1,463.00 |
| 2-Email Delivery | Transcript delivered electronically by email | 1 | 75.00 | 75.00 |
| 3-ascii transcript | Transcript on floppy disk/CD | 1 | 35.00 | 35.00 |
| 4-Index | Transcript completely indexed | 1 | 40.00 | 40.00 |
| 6-Delivery | Delivery | 1 | 10.00 | 10.00 |

Check us out at www.DCCourtReporters.com
E.I.N. 52-1958672

| | |
|---|---|
| Subtotal | 1,623.00 |
| 0% Tax | |
| **Total** | **1,623.00** |

# Invoice

**The Overnite Court Reporting Service, Inc.**

P.O. Box 2808
Silver Spring, MD 20915-2808

Phone: 301-593-0671
Fax: 301-593-8353
e-mail: RealtimeReporter@Comcast.net

**BILL TO**
Cooper, Ronald, Esq.
Steptoe and Johnson
1330 Connecticut Ave., NW
Washington, DC 20036-1795

| DATE | INVOICE # |
|---|---|
| 3/19/2006 | 6779 |

| DUE DATE | P.O. NUMBER |
|---|---|
| 4/18/2006 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 1-Transcript | Transcript in the matter of Gaujacq v. Electricite de France of witness Catherine Gaujacq on March 16, 2006, plus LiveNote feed. | 256 | 4.75 | 1,216.00 |
| 2-Email Delivery | Transcript delivered electronically by email | 1 | 75.00 | 75.00 |
| 3-ascii transcript | Transcript on floppy disk/CD | 1 | 35.00 | 35.00 |
| 4-Index | Transcript completely indexed | 1 | 40.00 | 40.00 |
| 6-Delivery | Delivery | 1 | 10.00 | 10.00 |

Check us out at www.DCCourtReporters.com
E.I.N. 52-1958672

| | |
|---|---|
| Subtotal | 1,376.00 |
| 0% Tax | |
| **Total** | **1,376.00** |

**Sherman, Mary**

**To:** Michael Feuer
**Subject:** RE: your invoices are attached

Thanks very much


Mary B. Sherman


> **From:** Michael Feuer [mailto:realtimereporter@comcast.net]
> **Sent:** Wednesday, September 10, 2008 10:46 AM
> **To:** Sherman, Mary
> **Subject:** RE: your invoices are attached
>
> **$3.75, plus $1 for a realtime feed.**
>
>
>> -----Original Message-----
>> **From:** Sherman, Mary [mailto:MSherman@steptoe.com]
>> **Sent:** Wednesday, September 10, 2008 10:40 a.m.
>> **To:** Michael Feuer
>> **Subject:** RE: your invoices are attached
>>
>> Michael,
>>     Can you please tell me what your standard fee (per page) was in March 2006?
>>
>>
>> Mary B. Sherman
>>
>>
>>> **From:** Michael Feuer [mailto:realtimereporter@comcast.net]
>>> **Sent:** Tuesday, September 09, 2008 2:30 PM
>>> **To:** Sherman, Mary
>>> **Subject:** your invoices are attached
>>>
>>> **Here you go, Ms. Sherman.  Glad I could help.**
>>>
>>> **Michael Feuer**
>>> **Overnite Court Reporters**
>>> **(W) 301-593-0671**
>>> **(Fax) 301-593-8353**
>>> **(email) RealtimeReporter@Comcast.net**
>>> **(Website) www.DCCourtReporters.com**

9/10/2008

Platt & Dawson, Inc.
10195 Main Street
Suite M
Fairfax, VA 22031
(703-) 591-0007  Fax (703) 591-2101

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68451 | 04/12/2006 | 01-33908 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 04/05/2006 | P01 | |
| CASE CAPTION ||| 
| GAUJACQ V ELECTRICITE DE FRANCE ||| 
| TERMS ||| 
| Due upon receipt ||| 

DAVID CLARK, ESQ.
STEPTOE & JOHNSON, LLP
1330 CONNECTICUT AVENUE NW
WASHINGTON, DC 20036

```
One copy of deposition of:
    CHRISTIAN NADAL                          278 Pages           722.80
            P&D - admin. fee                                      10.00
            POSTAGE                                                5.00

ROUGH DRAFT:
    CHRISTIAN NADAL- ROUGH DRAFT             272 Pages           272.00

                                    TOTAL  DUE  >>>>            1,009.80
```

THANK YOU FOR YOUR BUSINESS.

TAX ID NO.: 54-1374149                                  (202) 429-3000

*Please detach bottom portion and return with payment.*

DAVID CLARK, ESQ.
STEPTOE & JOHNSON, LLP
1330 CONNECTICUT AVENUE NW
WASHINGTON, DC 20036

Invoice No.: 68451
Date       : 04/12/2006
**TOTAL DUE** : **1,009.80**

Job No.  : 01-33908
Case No. :
GAUJACQ V ELECTRICITE DE FRANCE

Remit To:  **Platt & Dawson, Inc.**
           **10195 Main Street**
           **Suite M**
           **Fairfax, VA 22031**

Attn: Mary Sherman

Platt & Dawson, Inc.
10195 Main Street
Suite M
Fairfax, VA 22031
(703-) 591-0007   Fax (703) 591-2101

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68449 | 04/12/2006 | 01-33906 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 04/04/2006 | C01 | |

| CASE CAPTION |
|---|
| GAUJACQ V ELECTRICITE DE FRANCE |
| TERMS |
| Due upon receipt |

DAVID CLARK, ESQ.
STEPTOE & JOHNSON, LLP
1330 CONNECTICUT AVENUE NW
WASHINGTON, DC 20036

```
5-day expedited - One copy of deposition of:
    CHRISTIAN NADAL                              269 Pages          632.15
            P&D - admin. fee                                         10.00
            POSTAGE                                                   6.00
ROUGH DRAFT:
    CHRISTIAN NADAL ROUGH DRAFT                  269 Pages          269.00

                                         TOTAL   DUE  >>>>          917.15
```

THANK YOU FOR YOUR BUSINESS.

TAX ID NO.: 54-1374149                                    (202) 429-3000

*Please detach bottom portion and return with payment.*

DAVID CLARK, ESQ.
STEPTOE & JOHNSON, LLP
1330 CONNECTICUT AVENUE NW
WASHINGTON, DC 20036

Invoice No.: 68449
Date       : 04/12/2006
**TOTAL DUE** :   917.15

Job No.  : 01-33906
Case No. :
GAUJACQ V ELECTRICITE DE FRANCE

Remit To:  Platt & Dawson, Inc.
           10195 Main Street
           Suite M
           Fairfax, VA 22031

Olender Reporting, Inc.
1522 K Street, NW, Suite 720
Washington, DC 20005
(202) 898-1108    Fax (202) 289-0566

1448

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 999327 | 04/09/2006 | 01-22763 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/23/2006 | STEWS9 | 1:05CV0969 (J |

**CASE CAPTION**

Catherine Gaujacq vs. Electricite de France, Int'l North Am

**TERMS**

Due upon receipt

David Clark, Esq.
Steptoe & Johnson, L.L.P.
1330 Connecticut Avenue, N.W.
7th Floor
Washington, DC 20036-1795

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    PATRICK DE BOTHEREL              231   Pages @    5.04/Page       1,164.24
         EXHIBITS                     74   Pages @     .25/Page          18.50
         Rough Draft                 231.00 Pages @   1.50/Page         346.50
         Condensed Trans w/ Index                                        66.75
         E-Transcript                                                    66.75
         Shipping & Handling                                             15.00

                                              TOTAL   DUE  >>>>       1,677.74

                                      AFTER 05/09/2006 PAY            1,845.51

EXPEDITED/1 Day
```

Client: 15171 0002
Mary B. Sherman    DEPTRNX

TAX ID NO.: 52-1358946                           (202) 429-3000    Fax (202) 429-3902

*Please detach bottom portion and return with payment.*

David Clark, Esq.
Steptoe & Johnson, L.L.P.
1330 Connecticut Avenue, N.W.
7th Floor
Washington, DC 20036-1795

Job No.      : 01-22763
Case No.     : 1:05CV0969 (JGP)
Catherine Gaujacq vs. Electricite de

Invoice No.: 999327
Date         : 04/09/2006
**TOTAL DUE**  :  **1,677.74**
AFTER 5/9/2006 PAY : 1,845.51

PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC/AmExp #:

Remit To:    **Olender Reporting, Inc.**
             **1522 K Street, NW, Suite 720**
             **Washington, DC 20005**

Amount to Charge:
Exp. Date:                Phone #:
Cardholder's Signature:

V533466

## Sherman, Mary

| | |
|---|---|
| **From:** | Tom Olender [tom@olenderreporting.com] |
| **Sent:** | Wednesday, September 10, 2008 11:41 AM |
| **To:** | Sherman, Mary |
| **Subject:** | Standard rates |

Ms. Sherman:
Our standard rate for depositions in April, 2006 was $3.65 per page.

**Thomas W. Olender**
**Olender Reporting, Inc.**
**1522 K Street, NW**
**Suite 720**
**Washington, DC 20005**
**(202) 898-1108**
**E Mail: tom@olenderreporting.com**
**Website: www.OlenderReporting.com**



9/10/2008