IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CATHERINE GAUJACQ,

      Plaintiff,

  v.

ELECTRICITE DE FRANCE
INTERNATIONAL NORTH AMERICA,
INC.,ELECTRICITE DE FRANCE, S.A. and

AND

CHRISTIAN NADAL,

      Defendants,

Civil Action No. 1:05-cv-00969

**DECLARATION OF
LAURA B. HOGUET**

---

**LAURA B. HOGUET** hereby declares, under penalty of perjury under the laws

of the United States, in accordance with 28 U.S.C. Section 1746, as follows:

1)  I am a member of the bar of this Court and of the law firm of Hoguet

Newman Regal & Kenney, LLP, attorneys for Defendants Electricité de France, S.A. and

Electricité de France International North America, Inc. (together, the "EDF Defendants")

in the above-captioned action.  I make this Declaration in support of the EDF

Defendants' application for Bill of Costs pursuant to Rule 54(d) of the Federal Rules of

Civil Procedure and Local Civil Rule 54.1(a) of the Local Rules of the United States

District Court for the District of Columbia.

2)  On August 21, 2008, a judgment was entered in this Court which granted

defendants' motion for summary judgment in its entirety and dismissed the above-

captioned case.

3)      Accompanying this Declaration is a Bill of Costs setting forth costs  and fees recoverable by the EDF Defendants from Plaintiff according to Local Civil Rule 54.1(d) of the Local Rules of the United States District Court for the District of Columbia, which consists of: **(a)** fees of the clerk, **(b)** fees for service of subpoenas, **(c)** fees of court reporters for deposition transcripts (and one copy thereof) that were used by the EDF Defendants in connection with obtaining the aforementioned summary judgment and order dismissing Plaintiff's case, **(d)** witness fees for deposition testimony, **(e)** fees for exemplification (translations) and copies of papers necessarily obtained for use in this case, **(f)** compensation of interpreters, and **(g)** other costs of copying of $300.

4)      Each recoverable item identified in the foregoing paragraph consists of the following:

**a)**      The fees of the clerk include filing fees for filing motions to compel discovery and to take the deposition of Cheryl Fellow, Ph.D., filed with the Clerk of the United States District Court of the Northern District of Texas.  The expense incurred by the EDF Defendants for these filings totaled $64.00.  Copies of the checks are attached hereto, collectively, as **Exhibit A.**

**b)**      The fees for service of subpoenas on witnesses who testified at depositions, pursuant to Local Rule 54(d)(1) include the following:   (a) Service of Subpoena on Phillipe Gaujacq., (b) Service of Subpoena for Peter Schneider, (c) Service of Subpoena on Entergy Services, Inc.   The expenses incurred for services of these subpoenas totaled $410.00.  A copy of the invoices from the judicial service of subpoena firm used by the EDF Defendants is attached hereto as **Exhibit B.**

2

c)      The transcripts used in the EDF Defendants' motion for summary judgment include the following: (1) deposition testimony of Yann LaRoche in France, taken on April 21, 2006 ($1,045.60), (2) deposition testimony of Patrick de Botherel taken on March 23, 2006 ($978.25), (3) deposition testimony of Christian Nadal, taken on April 4 and 5, 2006 ($1,161.60), (4) deposition testimony of Mame Bawo Ba taken on April 17, 2006 ($466.00), (5) deposition testimony of Alexandre Audie taken on April 25, 2006 ($338.00), (6) deposition testimony of Catherine Gaujacq taken on June 2, 2006 ($1,072.50), (7) deposition testimony of Phillipe Gaujacq taken on June 2, 2006 ($500.50).  The total cost, at the reporter's standard rate, of the original and one copy of deposition transcripts that were used by the EDF Defendants in connection with obtaining the aforementioned summary judgment and order dismissing Plaintiff's case totaled $5,591.91.  Copies of the invoices from the stenographic services firms used by the EDF Defendants for these transcripts are attached hereto, collectively, as **Exhibit C**.

d)      The witness fees pursuant to 18 U.S.C. §1821 (b) equal $92.58 for the deposition testimony of Cheryl Fellows, Ph. D., and Peter Schneider.   Copies of their checks are attached hereto, collectively, as **Exhibit D.**

e)      The fees for exemplification (translations) and copies of papers necessarily used in this case totaled $4,179.56:  $575 for translation, and $3,004.56 for copies, and $600.00 for scanning. The translations costs are as follows:  $195 for the translation of Plaintiff's employment (expatriation) agreement with EDF, $195 for the translation of an excerpt from EDF's Guide for Foreign (Seconded) employees, and $130 for the translation of two Declarations of French-speaking declarants (together with $55 for their certifications), all of which were filed with this Court in connection with the

EDF Defendants' summary judgment motion dismissing Plaintiff's case. The costs of copying include only the costs of copying the exhibits (at the rate of $.15 per page) filed with this Court by the EDF Defendants in connection with defendants' motion for summary judgment. The EDF Defendants filed 352 pages of exhibits with this Court in connection with their motion for summary judgment, all of which were copied at the rate of $.15 per page, which totaled **$52.80**. Additionally, the EDF Defendants scanned (for electronic filing) all the exhibits necessary for their summary judgment motion, which totaled **$600.00.** Additionally, the electronic filing system would not permit the EDF Defendants to file their "Bulky Exhibits" electronically, requiring these defendants to have three copies of such Bulky Exhibits made: one to file with the Clerk of the Court, one courtesy copy for Judge Penn, and one service copy for Plaintiff. The cost of three sets of copies, together with tabs and binding, at the rate of $.15 per page, totaled **$2,951.76.** A copy of the invoices from the translation service firm, and a copy of the invoice from the outside contractor for copying and scanning are attached, collectively, as **Exhibit E**.

> **f)** The compensation for interpreters totaled $700, and consists of the cost of an interpreter at the deposition of Catherine Gaujacq. A copy of the invoice from the translation service firm is attached hereto as **Exhibit F**.

> **g)** EDF Defendants seek other costs of copying in the amount of $300, which is recoverable under Local Rule 54(d)(9)). Exhibit F contains the EDF Defendants' other copying costs.

> 5) The foregoing disbursements are allowable by law, are correctly stated, and were necessarily incurred.

6)    By reason of the foregoing, the undersigned respectfully requests that judgment be entered for the taxation of at the attached Bill of Costs, in the amount of $11,308.05.

Dated:  September 10, 2008

___/s/_____
Laura B. Hoguet  (D.C. Bar No. 200915)