EXHIBIT A

# HOGUET NEWMAN & REGAL, LLP

## CHECK REQUEST

Date: __5/17/06__    Requested By: __R. May__    Amount: __39.00__

Return Check To: _____    By [Date]: __5/17/06__    Time Needed: _____

Make Check Payable to: __Clerk, U.S. District Court Northern District of Texas__

Address: _____

Description of Expense:

☐ Office - Specify: _____

☒ Client - Name: __EDF__    Number: _____

Specify: _____

☐ Other - Specify: _____

Reference to Appear on Check: __Filing Fee__

HOGUET NEWMAN & REGAL, LLP

CHECK REQUEST

Date: _5/17/06_    Requested By: _R.B. May_    Amount: _25.00_

Return Check To: _____    By [Date]: _5/17/06_    Time Needed: _____

Make Check Payable to: _Clerk, U.S. District Court Northern District of Tex_
Address: _____

Description of Expense:

☐ Office – Specify: _____

☐ Client – Name: _EDP_    Number: _____

    Specify: _____

☐ Other – Specify: _____

Reference to Appear on Check: _Filing Fee_

EXHIBIT B

Page No.    1
06/08/2006

INVOICE #: 5081    TO: HOGUET, NEWMAN & REGAL LLP

AETNA  CENTRAL  JUDICIAL  SERVICES

| SERVE DATE | RECORD NUMBER | CLIENT FILE # | CAPTION | | RECIPIENT | SERV CODE | FEES ADVANCE | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|---|
| 05/08/2006 | 8HNR943500 | | CATHERINE GAUJACQ | v ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., ETAL | PETER SCHNEIDER | XGVU | 20.00 | 145.00 |
| 05/08/2006 | 8HNR943501 | | CATHERINE GAUJACQ | v ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., ETAL | PHILIPPE GAUJACQ | XGU | 0.00 | 150.00 |
| 05/08/2006 | 8HNR943502 | | CATHERINE GAUJACQ | v ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC., ETAL | ENTERGY SERVICES, INC. | XGU | 0.00 | 125.00 |

EXHIBIT C

ANNE HAZELWOOD,
15 rue Georges Pitard,
75015 – PARIS.
France.

Tel: 33.1.48.56.68.22
Fax: 33.1.48.56.68.25

25th May 2006


I N V O I C E


Court reporter fees in connection
with the deposition taken in Paris
France on 21st April 2006 in case
of CATHERINE GAUJACQ v. EDF et al:

                                          US $

- 120 pages at $ 4.50 per page .....    540.00
- Realtime hook-up $ 1.50 per page .    180.00
- Draft 120 pages at $ 2.00 per page    240.00
- Hire of lap-top for interpreter ..    100.00
- ASCII, condensed, word index .....    100.00
- Copying exhibits ................      45.60
- Production, binding ............      120.00
- FedEx costs ....................      175.00

              Total due:  US $1,500.60


Please remit by bank check within 15 days



Ms. Laura A. Hoguet,
Hoguet, Newman & Regal LLP,
10 East 40th Street,
New York,
NY 10016.
USA.

Olender Reporting, Inc.
1522 K Street, NW, Suite 720
Washington, DC 20005
(202) 898-1108   Fax  (202) 289-0566

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 999328 | 04/09/2006 | 01-22763 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/23/2006 | STEWS9 | 1:05CV0969 (J |

| CASE CAPTION |
|---|
| Catherine Gaujacq vs. Electricite de France, Int'l North Am |

| TERMS |
|---|
| Due upon receipt |

Dorothea W. Regal, Esq.
Hogeut, Newman & Regal, LLP
10 East 40th Street
New York, NY 10016

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|---|---|---|---|
| PATRICK DE BOTHEREL | 231 Pages @ | 2.65/Page | 612.15 |
| EXHIBITS | 74 Pages @ | .25/Page | 18.50 |
| Rough Draft | 231.00 Pages @ | 1.50/Page | 346.50 |
| E-Transcript | | | 66.75 |
| Condensed Trans w/ Index | | | 66.75 |
| Shipping & Handling | | | 15.00 |

TOTAL  DUE  >>>>                    1,125.65

AFTER 05/09/2006 PAY              1,238.22

*OK to pay*
*charge = EDF*
*Dot W Regal*
*4/18/06*

TAX ID NO.:  52-1358946                              (212) 689-8808

*Please detach bottom portion and return with payment.*

Dorothea W. Regal, Esq.
Hogeut, Newman & Regal, LLP
10 East 40th Street
New York, NY 10016

Job No.    :  01-22763
Case No.   :  1:05CV0969 (JGP)
Catherine Gaujacq vs. Electricite de

Invoice No.:  999328
Date       :  04/09/2006
**TOTAL DUE  :   1,125.65**
AFTER 5/9/2006 PAY :  1,238.22

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____

VISA/MC/AmExp #: _____

Amount to Charge: _____

Exp. Date: _____  Phone #: _____

Cardholder's Signature: _____

Remit To:    **Olender Reporting, Inc.**
             **1522 K Street, NW, Suite 720**
             **Washington, DC 20005**

09/09/2008  09:17   7035346747                MFN PH GROUP GRP

Platt & Dawson, Inc.
10195 Main Street
Suite M
Fairfax, VA 22031
(703-) 591-0007   Fax (703) 591-2101

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68452 | 04/12/2006 | 01-33908 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/05/2006 | P01 | |

| CASE CAPTION |
|---|
| GAUJACQ V ELECTRICITE DE FRANCE |

| TERMS |
|---|
| Due upon receipt |

DOROTHEA W. REGAL, ESQ.
HOGUET, NEWMAN & REGAL, LLP
10 EAST 40TH STREET
NEW YORK, NY 10016

| | | | |
|---|---|---|---|
| One copy of deposition of: | | | |
| CHRISTIAN NADAL | | | |
| P&D - admin. fee | 278 Pages | | 889.60 |
| POSTAGE | | | 10.00 |
| | | | 5.05 |
| One copy of deposition of: | | | |
| CHRISTIAN NADAL- ROUGH DRAFT | | | |
| | 272 Pages | | 272.00 |
| | TOTAL   DUE   >>>> | | **1,176.65** |

THANK YOU FOR YOUR BUSINESS.

TAX ID NO.: 54-1374149                                    (212) 689-8808

*Please detach bottom portion and return with payment.*

DOROTHEA W. REGAL, ESQ.
HOGUET, NEWMAN & REGAL, LLP
10 EAST 40TH STREET
NEW YORK, NY 10016

Invoice No. :  68452
Date        :  04/12/2006
**TOTAL DUE**  :  **1,176.65**

Job No.    :  01-33908
Case No.   :
GAUJACQ  V  ELECTRICITE DE FRANCE

Remit To:  **Platt & Dawson, Inc.**
**10195 Main Street**
**Suite M**
**Fairfax, VA 22031**

*Attn. Josephine*

Platt & Dawson, Inc.
10195 Main Street
Suite M
Fairfax, VA 22031
(703-) 591-0007   Fax (703) 591-2101

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68448 | 04/12/2006 | 01-33906 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/04/2006 | C01 | |

| CASE CAPTION | | |
|---|---|---|
| GAUJACQ V ELECTRICITE DE FRANCE | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

DOROTHEA W. REGAL, ESQ.
HOGUET, NEWMAN & REGAL, LLP
10 EAST 40TH STREET
NEW YORK, NY 10016

```
5-day expedited - One copy of deposition of:
   CHRISTIAN NADAL
                  P&D - admin. fee          269 Pages              726.30
                  POSTAGE                                            10.00
                                                                      6.00
ROUGH DRAFT:
   CHRISTIAN NADAL ROUGH DRAFT

                                            269 Pages              269.00

                              TOTAL   DUE   >>>>               1,011.30

THANK YOU FOR YOUR BUSINESS.
```

TAX ID NO.: 54-1374149                                              (212) 689-8808

*Please detach bottom portion and return with payment.*

DOROTHEA W. REGAL, ESQ.
HOGUET, NEWMAN & REGAL, LLP
10 EAST 40TH STREET
NEW YORK, NY 10016

```
Invoice No.:  68448
Date        :  04/12/2006
TOTAL DUE   :   1,011.30


Job No.     :  01-33906
Case No.    :
GAUJACQ V ELECTRICITE DE FRANCE
```

Remit To:   **Platt & Dawson, Inc.**
            **10195 Main Street**
            **Suite M**
            **Fairfax, VA 22031**

Platt & Dawson, Inc.
10195 Main Street
Suite M
Fairfax, VA 22031
(703-) 591-0007   Fax (703) 591-2101

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68536 | 04/27/2006 | 01-33992 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 04/17/2006 | P01 | |

DOROTHEA W. REGAL, ESQ.
HOGUET, NEWMAN & REGAL, LLP
10 EAST 40TH STREET
NEW YORK, NY 10016

| CASE CAPTION |
|---|
| GAUJACQ V ELECTRICTE DE FRANCE |

| TERMS |
|---|
| Due upon receipt |

One copy of deposition of:
   MAME BAWO BA

|  |  |  |
|---|---|---|
| P&D - admin. fee | 233 Pages | 466.00 |
| POSTAGE | | 10.00 |
| | | 5.20 |
| | TOTAL   DUE   >>>> | 481.20 |

THANK YOU FOR YOUR BUSINESS.

TAX ID NO.: 54-1374149                                    (212) 689-8808

*Please detach bottom portion and return with payment.*

DOROTHEA W. REGAL, ESQ.
HOGUET, NEWMAN & REGAL, LLP
10 EAST 40TH STREET
NEW YORK, NY 10016

Invoice No.:   68536
Date         :   04/27/2006
**TOTAL  DUE** :       481.20

Job No.   :   01-33992
Case No.  :
GAUJACQ V ELECTRICTE DE FRANCE

Remit To:   Platt & Dawson, Inc.
            10195 Main Street
            Suite M
            Fairfax, VA 22031

09/09/2008  09:17  7035246743    NFTC 08770208 GRP

Platt & Dawson, Inc.
10195 Main Street
Suite M
Fairfax, VA 22031
(703-) 591-0007   Fax (703) 591-2101

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68581 | 05/08/2006 | 01-34013 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/25/2006 | P01 | |

| CASE CAPTION |
|---|
| GAUJACQ V ELECTRICTE DE FRANCE |
| **TERMS** |
| Due upon receipt |

DOROTHEA W. REGAL, ESQ.
HOGUET,NEWMAN & REGAL, LLP
10 EAST 40TH STREET
NEW YORK, NY 10016

One copy of deposition of:
   Alexandre Audie

|  | | |
|---|---|---|
| P&D - admin. fee | 169 Pages | 338.00 |
| POSTAGE | | 10.00 |
| | | 4.25 |
| | **TOTAL   DUE   >>>>** | 352.25 |

TAX ID NO.:  54-1374149

(212) 689-8808

*Please detach bottom portion and return with payment.*

DOROTHEA W. REGAL, ESQ.
HOGUET,NEWMAN & REGAL, LLP
10 EAST 40TH STREET
NEW YORK, NY 10016

Invoice No.:  68581
Date        :  05/08/2006
**TOTAL DUE** :      352.25

Job No.   :  01-34013
Case No.  :
GAUJACQ V ELECTRICTE DE FRANCE

Remit To:   **Platt & Dawson, Inc.**
           **10195 Main Street**
           **Suite M**
           **Fairfax, VA 22031**

Platt & Dawson, Inc.
10195 Main Street
Suite M
Fairfax, VA 22031
(703-) 591-0007   Fax (703) 591-2101

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68729 | 06/08/2006 | 01-34171 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 06/02/2006 | P01 | |

DOROTHEA W. REGAL, ESQ.
HOGUET,NEWMAN & REGAL, LLP
10 EAST 40TH STREET
NEW YORK, NY 10016

| CASE CAPTION |
|---|
| GAUJACQ V EDF |

| TERMS |
|---|
| Due upon receipt |

Daily - Original and one copy of deposition of:
    CATHERINE GAUJACQ

                                          165 Pages                            1,072.50

        PARKING AND/OR METRO                                                   11.05
        TRAVEL TIME                                                               15.00
        MISC. CHARGES                                                     87.50
        POSTAGE                                                                  5.00

Daily - Original and one copy of deposition of:
    PHILLIPE GAUJACQ

                                     77 Pages                              500.50

THANK YOU FOR YOUR BUSINESS.            TOTAL  DUE  >>>>        **1,691.55**

TAX ID NO.:  54-1374149

(212) 689-8808

*Please detach bottom portion and return with payment.*

DOROTHEA W. REGAL, ESQ.
HOGUET,NEWMAN & REGAL, LLP
10 EAST 40TH STREET
NEW YORK, NY 10016

Invoice No.:  68729
Date       :  06/08/2006
**TOTAL DUE** :   **1,691.55**

Job No.  :  01-34171
Case No. :
GAUJACQ V EDF

Remit To:   Platt & Dawson, Inc.
              10195 Main Street
              Suite M
              Fairfax, VA 22031

EXHIBIT D

7296

**Vendor**
Cheryl Fell

**Inv. No.**
05042006

**Our. Vchr.**
17051

**Memo**
Service of Subpoena. RE: EDF

**Reference**

**Invoice Amount**
$47.14

$47.14
05/04/2006

729

| Vendor | | | |
|---|---|---|---|
| Peter Schneider | | | |

| Inv. No. | Our Vclir. | Memo | Invoice Amount |
|---|---|---|---|
| 05/04/06 | 17050 | Service of Subpoena  RE: EDF | $45.44 |

Reference

$45.44
May 04, 2006

EXHIBIT E



# THE TRUSTFORTE CORPORATION

271 Madison Avenue, Third Floor, New York, New York 10016
Tel: 212-481-4870 • Fax: 212-481-4971, 4972
Email: info@trustfortecorp.com   www.trustfortecorp.com

Invoice No. 250682

DATED:      October 5, 2006

TO:         Alex Gelerman
            Hoguet Newman and Regal, LLP
            10 East 40th Street
            New York, New York 10016-0301

TEL:        (212) 689-8808
FAX:        (212) 689-5101

For Translation Services Rendered (French-English), as per client's request:

**Mission Assignment Document**

Catherine Gaujacq                                          $ 195.00

Disbursements                                              $ [waived]

Invoice Total Due                                          $ 195.00

**Please note:  If this project requires more than the 3 hour minimum you are being charged for at $65/hr, you will be invoiced for the difference afterwards.**

Please make payment to:          The Trustforte Corporation
                                 271 Madison Avenue
                                 Third Floor
                                 New York, New York 10016



# THE TRUSTFORTE CORPORATION

271 Madison Avenue, Third Floor, New York, New York 10016
Tel: 212-481-4870 • Fax: 212-481-4971, 4972
Email: info@trustfortecorp.com    www.trustfortecorp.com

Invoice No. 251211

| | |
|---|---|
| **DATED:** | October 10, 2006 |
| **TO:** | **Alex Gelerman**<br>Hoguet Newman and Regal, LLP<br>10 East 40th Street<br>New York, New York 10016-0301 |
| **TEL:** | **(212) 689-8808** |
| **FAX:** | **(212) 689-5101** |

For Translation Services Rendered (French-English), as per client's request:

Guide for Foreigners
NEXT DAY RUSH SERVICE
Excerpts from Guide                                          $ 195.00

Disbursements                                                $ [waived]

Invoice Total Due                                            $ 195.00

Please make payment to:        The Trustforte Corporation
                               271 Madison Avenue
                               Third Floor
                               New York, New York 10016



# THE TRUSTFORTE CORPORATION

271 Madison Avenue, Third Floor, New York, New York 10016
Tel: 212-481-4870 • Fax: 212-481-4971, 4972
Email: info@trustfortecorp.com    www.trustfortecorp.com

### Invoice No. 251299

DATED:       October 13, 2006

TO:          **Alex Gelerman**
             Hoguet Newman and Regal, LLP
             10 East 40th Street
             New York, New York 10016-0301

TEL:         (212) 689-8808
FAX:         (212) 689-5101

For Certification Services Rendered (French-English), as per client's request:

**Certificate of 2 Declarations**
Next Day Service
Catherine Gaujacq                                      $ 130.00

Disbursements                                          waived

**Invoice Total Due**                                  $ <u>130.00</u>

Please make payment to:       The Trustforte Corporation
                              271 Madison Avenue
                              Third Floor
                              New York, New York 10016



# THE TRUSTFORTE CORPORATION

271 Madison Avenue, Third Floor, New York, New York 10016
Tel: 212-481-4870 • Fax: 212-481-4971, 4972
Email: info@trustfortecorp.com    www.trustfortecorp.com

## Invoice No. 255236

DATED:      December 4, 2006

TO:         **Alex Gelerman**
            Hoguet Newman and Regal, LLP
            10 East 40th Street
            New York, New York 10016-0301

*ok to pay*
*⤷ gelem*

TEL:        (212) 689-8808
FAX:        (212) 689-5101

---

For Translation Services Rendered (French-English), as per client's request:    *EDF*

**Certification**
**SAME DAY SERVICE**

$ 55.00

Disbursements                                                          $ [waived]

Invoice Total Due                                                      $ 55.00

Please make payment to:        The Trustforte Corporation
                               271 Madison Avenue
                               Third Floor
                               New York, New York 10016



# LEX
## BUSINESS SOLUTIONS ®

**Bill To:**
Hoguet, Newman Regal
10 East 40th Street
35th Floor
New York, NY 10016

# Invoice

| | |
|---|---|
| Invoice # | I12415707B |
| Invoice Date | 10/25/2006 |
| Job # | J12415707 |
| Customer # | F1210121 |

**Payment Terms** NET 30 DAYS

# Detail

| Order Date | Ordered By | Client/Matter # | Consultant |
|---|---|---|---|
| 10/14/2006 | Randi May | EDF | Ross Helrich |

| Description | Originals | Sets | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|
| Litigation - Heavy | 3,589.00 | 7.00 | 25,123.00 | $0.1500 | $3,768.45 |
| CD Duplication - Master | 1.00 | 6.00 | 6.00 | $20.0000 | $120.00 |
| Tabs - Alpha/Numeric | 1,663.00 | 1.00 | 1,663.00 | $0.3500 | $582.05 |
| Tabs - Custom | 1,414.00 | 1.00 | 1,414.00 | $0.7000 | $989.80 |
| Binding - ACCO Clip | 5.00 | 1.00 | 5.00 | $2.5000 | $12.50 |
| Binding - Velo | 35.00 | 1.00 | 35.00 | $2.5000 | $87.50 |
| Scanning - Autofeed 300 dpi | 4,000.00 | 1.00 | 4,000.00 | $0.1500 | $600.00 |

**Send Payment To:**
**LEX Business Solutions**
P.O. Box 631521
Baltimore, MD 21263-1521

**Federal Tax ID: 54-1738758**

# Remittance

Invoice #: I12415707B
Customer #: F1210121

**a DAATA management company**

| | |
|---|---|
| Subtotal | $6,160.30 |
| Sales Tax | $515.93 |
| Misc/Postage | $0.00 |
| Delivery | $0.00 |
| Less Adjustment | $0.00 |
| **Total** | **$6,676.23** |
| Date Due | 11/24/2006 |

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days. The account will be assessed a 1.5 % monthly late fee for all invoices 30 days or more in arrears. In the event LEX, Inc. does not receive prompt payment for services rendered, Lex Inc. reserves the right to retain outside legal and/or collection services. The client will be liable for collection costs incurred by Lex, Inc. to include but not limited to; attorney fees, collection agency fees, and court costs.

**Received and Approved by:** _Anton Golan_

**Date:** _11/1/06_

EXHIBIT F

ABREU LANGUAGE SERVICES LTD
2334 N. VAN BUREN CT
ARLINGTON, VA  22205
USA

# Invoice

Invoice Number:
1674

Voice:    703-533-9869
Fax:      703-533-2139

Invoice Date:
Jun 3, 2006

Page:
1

Duplicate

Sold To:
HOGUET, NEWMAN & REGAL
10 E. 40th Street
35th Floor
New York, NY  10016

Ship to:

| Customer ID | Item | Customer PO | | Payment Terms |
|---|---|---|---|---|
| HOG | | | | Net Due |
| Sales Rep ID | | Shipping Method | Ship Date | Due Date |
| - - | | | | 6/3/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | French interpreting by Jessica Abreu at deposition of Mr. Gaujacq | | 700.00 |

*Mary Cremen*
*6/6/06*
*EDF*

*OK*    Check No:

|  |  |
|---|---|
| Subtotal | 700.00 |
| Sales Tax | |
| Total Invoice Amount | 700.00 |
| Payment Received | |
| **TOTAL** | 700.00 |