# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:05CV0969 (HHK) |
| | ) |
| ELECTRICITE DE FRANCE | ) |
| INTERNATIONAL NORTH AMERICA, | ) |
| INC. and | ) |
| | ) |
| ELECTRICITE DE FRANCE, S.A. and | ) |
| | ) |
| CHRISTIAN NADAL, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Catherine Gaujacq, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order, dated August 21, 2008, granting summary judgment in favor of Defendants Electricite De France International North America, Inc., Electricite De France, S.A., and Christian Nadal, and the August 21, 2008 final order dismissing this case.

Plaintiff further gives Notice that she is appealing to the United States Court of Appeals for the District of Columbia Circuit the absence of any ruling on her Motion for Leave to Supplement Plaintiff's Opposition to Defendants' Motions for Summary Judgment filed on March 5, 2008 and her Reply in Support of Motion for Leave to Supplement Plaintiff's Opposition to Defendants' Motions for Summary Judgment filed on March 27, 2008.

Plaintiff further gives Notice that she is appealing to the United States Court of Appeals for the District of Columbia Circuit the absence of any ruling on her Motion to Compel and for Sanctions filed on April 23, 2008 and her Reply to Defendants' Opposition to Plaintiff's Motion to Compel and for Sanctions filed on May 19, 2008.

September 10, 2008                    Respectfully submitted,

/s/  ELAINE CHARLSON BREDEHOFT
_____
Elaine Charlson Bredehoft
D.C. Bar No. 441425
Carla D. Brown
D.C. Bar No. 474097
Kathleen Z. Quill
D.C. Bar No. 489079
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800
(703) 318-6808 (facsimile)

*Counsel for Plaintiff,*
   *Catherine Gaujacq*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 10th day of September 2008, a copy of the foregoing Notice of Appeal was filed electronically via ECF and mailed via first class mail, postage prepaid, to:

        Laura B. Hoguet, Esq.
        Dorothea W. Regal, Esq.
        HOGUET NEWMAN & REGAL, LLP
        10 East 40th Street
        New York, NY 20016

        *Counsel for Defendants EDF, SA*
          *and EDFINA*

        Morgan D. Hodgson, Esq.
        David A. Clark, Esq.
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, N.W.
        Washington, D.C. 20036

        *Counsel for Defendant Christian Nadal*

        /s/ ELAINE CHARLSON BREDEHOFT
        _____
        Elaine Charlson Bredehoft
        D.C. Bar No. 441425
        Carla D. Brown
        D.C. Bar No. 474097
        Kathleen Z. Quill
        D.C. Bar No. 489079
        CHARLSON BREDEHOFT & COHEN, P.C.
        11260 Roger Bacon Drive, Suite 201
        Reston, Virginia 20190
        (703) 318-6800
        (703) 318-6808 (facsimile)

        *Counsel for Plaintiff,*
          *Catherine Gaujacq*