IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CATHERINE GAUJACQ, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:05CV0969 (HHK) |
| ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA, INC. and | ) ) ) ) ) | |
| ELECTRICITE DE FRANCE, S.A. and | ) ) ) | |
| CHRISTIAN NADAL, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF ORDERING TRANSCRIPT

Notice is hereby given that Plaintiff, Catherine Gaujacq, placed an order with Ms. Annie Smith, for a transcript of the proceedings held before the Honorable Henry H. Kennedy, Jr., on May 30, 2008. A copy of order for this transcript is attached at Attachment 1.

September 19, 2008                          Respectfully submitted,

/s/ ELAINE CHARLSON BREDEHOFT
_____
Elaine Charlson Bredehoft
D.C. Bar No. 441425
Carla D. Brown
D.C. Bar No. 474097
Kathleen Z. Quill
D.C. Bar No. 489079
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800
(703) 318-6808 (facsimile)
*Counsel for Plaintiff,*
   *Catherine Gaujacq*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 19th day of September 2008, a copy of the foregoing Notice of Ordering Transcript was filed electronically via ECF and mailed via first class mail, postage prepaid, to:

        Laura B. Hoguet, Esq.
        Dorothea W. Regal, Esq.
        HOGUET NEWMAN & REGAL, LLP
        10 East 40th Street
        New York, NY 20016

        *Counsel for Defendants EDF, SA*
          *and EDFINA*

        Morgan D. Hodgson, Esq.
        David A. Clark, Esq.
        1330 Connecticut Avenue, N.W.
        Washington, D.C. 20036

        *Counsel for Defendant Christian Nadal*


        /s/ ELAINE CHARLSON BREDEHOFT
        _____
        Elaine Charlson Bredehoft
        D.C. Bar No. 441425
        Carla D. Brown
        D.C. Bar No. 474097
        Kathleen Z. Quill
        D.C. Bar No. 489079
        CHARLSON BREDEHOFT & COHEN, P.C.
        11260 Roger Bacon Drive, Suite 201
        Reston, Virginia 20190
        (703) 318-6800
        (703) 318-6808 (facsimile)

        *Counsel for Plaintiff,*
          *Catherine Gaujacq*