# CHARLSON BREDEHOFT & COHEN, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

CURTIS L. CHARLSON (RET.)*
ELAINE CHARLSON BREDEHOFT◊
PETER C. COHEN◊
CARLA D. BROWN◊□
KATHLEEN Z. QUILL◊●
BRITTANY J. SAKATA

\* ADMITTED ONLY IN MINNESOTA
◊ ALSO ADMITTED IN D.C.
□ ALSO ADMITTED IN MARYLAND
● ALSO ADMITTED IN MASSACHUSETTS

September 16, 2008

**BY FEDERAL EXPRESS**

Ms. Annie Smith
U.S. District Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *Catherine Gaujacq v. Electricite de France Int'l No. America, Inc., et al.*
       *No. 1 05CV0969*
       *Transcript of May 30, 2008 Proceedings before Judge Kennedy*

Dear Ms. Shaw:

    Pursuant to your telephone conversations with my paralegal, we would like to order the transcript of the Motions before the Hon. Henry H. Kennedy, Jr. on Friday, May 30, 2008 in the matter of *Catherine Gaujacq v. Electricite de France Int'l No America, Inc., et al.*, on an expedited basis. I have enclosed our firm's check in the amount of $ 431.65 for this order. Additionally, I have enclosed a completed air bill for the return of the transcript to us by Federal Express.

    Thank you very much for your assistance in this matter. Please feel free to contact my office should you require any additional information.

Very truly yours,

Kathleen Z. Quill

Enclosure