ATTACHMENT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (HHK) |
| ) | |
| ELECTRICITE DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC. and ) | |
| ) | |
| ELECTRICITE DE FRANCE, S.A. and ) | |
| ) | |
| CHRISTIAN NADAL, ) | |
| ) | |
| Defendants ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Catherine Gaujacq, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order, dated August 21, 2008, granting summary judgment in favor of Defendants Electricite De France International North America, Inc., Electricite De France, S.A., and Christian Nadal, and the August 21, 2008 final order dismissing this case.

Plaintiff further gives Notice that she is appealing to the United States Court of Appeals for the District of Columbia Circuit the absence of any ruling on her Motion for Leave to Supplement Plaintiff's Opposition to Defendants' Motions for Summary Judgment filed on March 5, 2008 and her Reply in Support of Motion for Leave to Supplement Plaintiff's Opposition to Defendants' Motions for Summary Judgment filed on March 27, 2008.

Plaintiff further gives Notice that she is appealing to the United States Court of Appeals for the District of Columbia Circuit the absence of any ruling on her Motion to Compel and for Sanctions filed on April 23, 2008 and her Reply to Defendants' Opposition to Plaintiff's Motion to Compel and for Sanctions filed on May 19, 2008.

September 10, 2008                    Respectfully submitted,

/s/ ELAINE CHARLSON BREDEHOFT
_____
Elaine Charlson Bredehoft
D.C. Bar No. 441425
Carla D. Brown
D.C. Bar No. 474097
Kathleen Z. Quill
D.C. Bar No. 489079
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800
(703) 318-6808 (facsimile)

*Counsel for Plaintiff,*
  *Catherine Gaujacq*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September 2008, a copy of the foregoing Notice of Appeal was filed electronically via ECF and mailed via first class mail, postage prepaid, to:

> Laura B. Hoguet, Esq.
> Dorothea W. Regal, Esq.
> HOGUET NEWMAN & REGAL, LLP
> 10 East 40[th] Street
> New York, NY 20016
>
> *Counsel for Defendants EDF, SA
> and EDFINA*
>
> Morgan D. Hodgson, Esq.
> David A. Clark, Esq.
> STEPTOE & JOHNSON LLP
> 1330 Connecticut Avenue, N.W.
> Washington, D.C. 20036
>
> *Counsel for Defendant Christian Nadal*


> /s/ ELAINE CHARLSON BREDEHOFT
> _____
> Elaine Charlson Bredehoft
> D.C. Bar No. 441425
> Carla D. Brown
> D.C. Bar No. 474097
> Kathleen Z. Quill
> D.C. Bar No. 489079
> CHARLSON BREDEHOFT & COHEN, P.C.
> 11260 Roger Bacon Drive, Suite 201
> Reston, Virginia 20190
> (703) 318-6800
> (703) 318-6808 (facsimile)
>
> *Counsel for Plaintiff,
>    Catherine Gaujacq*

3

ATTACHMENT 2

**PLATT & DAWSON, INC.**
Attorney Rate Schedule
January 25, 2006

| Regular Attendance Rates ||||
|---|---|---|---|
| 10:00 am -1:00 pm | $150.00 | 1:00 pm - 5:00 pm | $200.00 |
| 10:00 am -2:00 pm | $200.00 | 2:00 pm - 5:00 pm | $150.00 |
| 10:00 am - 5:00 pm | $300.00 | 3 hours (before 5:00 pm) | $150.00 |

Before 5 p.m.: $25 per half hour/$50 per hour (after 3 hours)
After 5 p.m.: $38 per half hour/$75 per hour
After midnight: $50 per half hour/$100 per hour

Minimum Attendance: $150.00 (up to 3 hours)
En route cancellation: $100.00
Court: Attendance plus pages

When a deposition not transcribed is ordered within 30 days, the attendance fee is applied to the cost.

**SATURDAY/ SUNDAY/ HOLIDAY ATTENDANCE RATES**
(Holidays: New Years Day, President's Day, Memorial Day, July 4th, Labor Day, Thanksgiving Day and Christmas)
Court: Regular attendance rate x 1.5
Depositions: Regular attendance plus pages
Depositions not transcribed: Regular attendance rate x 1.5

| Transcript Page Rates | Original + Copy | Copy* |
|---|---|---|
| Regular | 3.80 | 2.00 |
| Semi-expedite (6-9 working days) | 4.00 | 2.20 |
| 5-day or Panel or Committee (under 10) | 4.50 | 2.35 |
| 4-day | 5.00 | 2.60 |
| 3-day/Public Hearing | 5.50 | 2.85 |
| 2-day | 6.00 | 3.10 |
| Daily | 6.50 | 3.35 |
| Same day | 8.75 | 4.40 |
| Medical (difficult) or video | +0.30 | +0.15 |
| Draft Deposition | 1.00 | 1.00 |
| Draft court- same day | 1.25 | 1.25 |
| Draft court- not same day | 1.00 | 1.00 |
| Draft with difficult medical | +.25 | +.25 |

*Second copy rate to same attorney: .25 per page

Uncontested minimum (5 day delivery): $150.00
Daily transcript minimum: $175.00
Waiting time over one-half hour: $25 per half hour
Deposition with interpreter: Pages plus one-half of the hourly rate
Transcribing tapes: Pages plus hourly rate

**Miscellaneous**
Receipt/ mailing of subpoenaed records: $30.00 plus postage
ASCII disk: $10.00
Exhibit copies: .20 per page regular/ .25 per page legal
Video rates upon request

*[handwritten note: 2nd copy rate to rptr should be .12 on all rptr sheet]*

# ATTACHMENT 3

**Kathy Baker**

| | |
|---|---|
| **From:** | Karina Gukasian-Hunt [kgukasian@trustfortelanguages.com] |
| **Sent:** | Thursday, September 18, 2008 12:04 PM |
| **To:** | Kathy Baker |
| **Subject:** | RE: Invoices |
| **Attachments:** | TFL price list-2008.doc |
| **TimeMattersID:** | MD9229B36B21A615 |
| **TM Contact:** | Catherine Gaujacq |
| **TM Matter No:** | 690 |
| **TM Matter Reference:** | Gaujacq, Catherine |

Hi Kathy,

The regular translation prices for these documents would have been as follows:

| | |
|---|---|
| Invoice 250682 | $120 |
| Invoice 251211 | $120 |
| Invoice 251299 | $85 |
| Invoice 255236 | $35 |

I am also attaching our price list.
Please let me know if you have any questions.
Thank you,

Karina Gukasian-Hunt
VP Special Projects
Trustforte Language Services
271 Madison Avenue, 3rd Floor
New York, NY 10016
☎: 212-481-4980
Fax: 212-683-4801
kgukasian@trustfortelanguages.com
www.trustfortelanguages.com

---

**From:** Kathy Baker [mailto:kbaker@cbc-law.com]
**Sent:** Thursday, September 18, 2008 11:53 AM
**To:** info@trustfortelanguages.com
**Subject:** Invoices

Good morning, Karina,

Per our telephone conversation a few minutes ago, I am attaching copies of four invoices which date back to October 2006 and December 2006. I would appreciate your advising me for each invoice what the charge(s) would be regular (vs. rush or expedited or next day) service with respect to your rates back in 2006, as soon as possible.

Thank you very much for your assistance. Please feel free to contact me should you have any questions.

Kathy Baker

09/19/08

Kathryn McBride Baker
Paralegal
Charlson Bredehoft & Cohen, P.C.
11260 Roger Bacon Drive, #201
Reston, Virginia 20190
(703) 318-6800

09/19/08

ATTACHMENT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ) | |
| ELECTRICITÉ DE FRANCE, S.A., ) | |
| ELECTRICITÉ DE FRANCE ) | |
| INTERNATIONAL NORTH AMERICA, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF BULKY EXHIBITS

Pursuant to the procedures for filing documents electronically, exhibits 1 through 96, which are the attachments to Defendants' Statement Pursuant to FRCP 56.1 and Local Rule 7(h), are in paper form only and are being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

NANCY MAYER-WHITTINGTON

Clerk

October 16, 2006

ATTACHMENT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE GAUJACQ, ) | |
| Plaintiff, ) | |
| v. ) | No. 1:05CV0969 (JGP) |
| ELECTRICITÉ DE FRANCE, S.A., ) ELECTRICITÉ DE FRANCE INTERNATIONAL NORTH AMERICA, INC., et al., ) | |
| Defendants. ) | |

### NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that a portion of Exhibit F (an attachment to the Declaration of Patrick De Botherel), and Exhibits 27, 30 and 60, (attachments to Defendants' Statement Pursuant to FRCP 56.1 and Local Rule 7(h)), together with their translations have been filed as Sealed Attachments in paper format with the Court. These documents are not available for public viewing.

NANCY MAYER-WHITTINGTON

Clerk

October 16, 2006

ATTACHMENT 6

Page 1

In the U.S. District Court

For the District of Columbia

-----------------------------x

Catherine Gaujacq              :

                               : NO. 1:05CV0969

         v.                    :

                               :

Electricite de France          :
International, North           :
America, et al                 :

-----------------------------x

March 16, 2006

DEPOSITION OF:

         Catherine Gaujacq,

a witness, called by counsel pursuant to notice,

commencing at 9:30 a.m., which was taken at 11260

Roger Bacon Drive, Reston, VA

Page 2

1    Appearances
2    Elaine C. Bredehoft, Esq.
3    Charlson, Bredehoft and Cohen
4    11260 Roger Bacon Drive
5    Reston, VA 20190
6    for the Plaintiff
7
8    Laura B. Hogeut, Esq.
9    Steptoe and Johnson
10   1330 Connecticut Ave., NW
11   Washington, DC 20036-1795
12   for the Defendant
13
14
15
16
17
18
19
20
21

Overnite Court Reporting Service   (301) 593-0671        Fax - (301) 593-8353
Washington, DC Metro Area                      www.DCCourtReporters.com
ccb4a962-60e8-4fa0-b2d8-f9cd3dd6d8ed

In the U.S. District Court

For the District of Columbia

-------------------------------x

Catherine Gaujacq             :

                              : NO. 1:05CV0969

          v.                  :

                              :

Electricite de France         :
International, North          :
America, et al                :

-------------------------------x

March 17, 2006

DEPOSITION OF:

     Catherine Gaujacq (Cont'd)

a witness, called by counsel pursuant to notice,

commencing at 8:41 a.m., which was taken at 11260

Roger Bacon Drive, Reston, VA

Case 1:05-cv-00969-HHK    Document 160-2    Filed 09/19/2008    Page 18 of 20
CATHERINE GAUJACQ DEPOSITION    March 17, 2006    Gaujacq v. EDFINA

Page 258

1    Appearances

2  Elaine C. Bredehoft, Esq.

3  Charlson, Bredehoft and Cohen

4  11260 Roger Bacon Drive

5  Reston, VA 20190

6  for the Plaintiff

7

8  Laura B. Hogeut, Esq.

9  Steptoe and Johnson

10  1330 Connecticut Ave., NW

11  Washington, DC 20036-1795

12  for the Defendant

13

14

15

16

17

18

19

20

21

566

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - -x
                                    :
CATHERINE GAUJACQ,                  :
                                    :
        Plaintiff,                  :
                                    :
    vs.                             : 1:05CV0969 (JGP)
                                    :
ELECTRICITE DE FRANCE               :
INTERNATIONAL NORTH AMERICA, INC.,  :
et al.,                             :
                                    :
        Defendants                  :
                                    :
- - - - - - - - - - - - - - - - - -x

                        Washington, D.C.

                        Friday, June 2, 2006

    Continuing deposition of CATHERINE GAUJACQ, called

for examination by counsel for the defendants,

pursuant to notice, at the office of Steptoe &

Johnson, LLP, 1330 Connecticut Avenue, N.W.,

Washington, D.C., before Laurel P. Platt, a Registered

Diplomate Reporter, and Fada S. Chaconas, a notary

public in and for Washington, D.C., beginning at 8:37

a.m., when were present on behalf of the respective

parties:

```
                                              Page 567
1   FOR THE PLAINTIFF:
2       ELAINE CHARLSON BREDEHOFT, ESQ
        Charlson, Bredehoft & Cohen P C
3       11260 Roger Bacon Drive
        Suite 201
4       Reston, Virginia 20190
5   FOR THE DEFENDANT CHRISTIAN NADAL:
6       MORGAN D HODGSON, ESQ
        DAVID A CLARK, ESQ,
7       Steptoe & Johnson, LLP
        1330 Connecticut Avenue, N W
8       Washington, D C  20036
        202-429-3000
9
    FOR THE DEFENDANTS ELECTRICITE DE FRANCE, S A AND
10  ELECTRICITE DE FRANCE INTERNATIONAL NORTH AMERICA:
11      DOROTHEA W REGAL, ESQ
        Hoguet, Newman & Regal, LLP
12      10 East 40th Street
        New York, New York 10016
13      212-689-8808
14
15
16
17
18
19
20
21
22
```

```
                                              Page 568
1                    I N D E X
2
3              EXAMINATION BY COUNSEL FOR
               THE DEFENDANTS:
4
               MR NADAL,        EDF, EDFINA,
5   WITNESS    MS HODGSON       MS REGAL
6   Catherine Gaujacq    569          690
7
8                    EXHIBITS
9   CATHERINE GAUJACQ            FOR IDENTIFICATION
10  No  89 (Catherine Gaujacq s resume)    576
11  No  90 (3/1/05 offer letter)           589
12  No  91 (Employee Pay Stub Image)       595
13  No  92 (Entergy benefits form)         609
14  No  93 (chronology of events)          630
15  No  94 (Simulation de pension)         661
16  No  95 (IRS 2004 Form 1040)            675
17  No  96 (IRS 2005 tax forms)            675
18  No  97 (4/15/06 check copy)            690
19  No  98 (copy of passport pages
            Bates 2529 through 2532)       697
20
    No  99 (passport copy)                 717
21
22
```

```
                                              Page 569
1               P R O C E E D I N G S
2   Whereupon,
3           CATHERINE GAUJACQ,
4   plaintiff, was called for examination by counsel for
5   the defendants, and after having been first duly
6   sworn, was examined and testified as follows:
7       EXAMINATION BY COUNSEL FOR THE DEFENDANT
8   CHRISTIAN NADAL
9       BY MS HODGSON:
10      Q  Good morning, Ms Gaujacq  My name is Morgan
11  Hodgson.  I am with Steptoe & Johnson.  I represent
12  Defendant Christian Nadal, and I am going to be
13  examining you on behalf of all defendants, and then
14  Ms Regal will ask whatever additional questions she
15  may wish to ask you this morning, also on behalf of
16  all defendants  You understand that this a
17  continuation of your deposition.
18      A  Yes
19      Q  And you understand that you are under oath --
20      A  I do
21      Q  -- and what that means.
22      A  Yes
```

```
                                              Page 570
1       Q  I'd like to ask you some questions initially
2   about your departure from EDF.  Okay?
3       A  Okay.
4       Q  Who is Jeff Wheelock?
5       A  I mean --
6       Q  Does that name ring a bell?
7       A  Not really
8       Q  Did you ever speak to somebody who was the
9   human resources director at IMPO?
10      A  Yes, I do
11      Q  Does that refresh your recollection that you
12  might have spoken to a man named Jeff Wheelock?
13      A  I mean, no  Honestly, no  I spent a few
14  hours with human resources people at IMPO, and you
15  tell me Jeff Wheelock was at IMPO or he's at IMPO
16  You say it  I don't recall
17      Q  When did you meet with human resources
18  representatives at IMPO?
19      A  I had one interview about opportunities of
20  employment in the nuclear industry at IMPO at the end
21  of October of 2004
22      Q  And that took place in Atlanta?
```