# ATTACHMENT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CATHERINE GAUJACQ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05CV0969 (HHK) |
| | ) | |
| ELECTRICITE DE FRANCE | ) | |
| INTERNATIONAL NORTH AMERICA, | ) | |
| INC. and | ) | |
| | ) | |
| ELECTRICITE DE FRANCE, S.A. and | ) | |
| | ) | |
| CHRISTIAN NADAL, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Catherine Gaujacq, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order, dated August 21, 2008, granting summary judgment in favor of Defendants Electricite De France International North America, Inc., Electricite De France, S.A., and Christian Nadal, and the August 21, 2008 final order dismissing this case.

Plaintiff further gives Notice that she is appealing to the United States Court of Appeals for the District of Columbia Circuit the absence of any ruling on her Motion for Leave to Supplement Plaintiff's Opposition to Defendants' Motions for Summary Judgment filed on March 5, 2008 and her Reply in Support of Motion for Leave to Supplement Plaintiff's Opposition to Defendants' Motions for Summary Judgment filed on March 27, 2008

Plaintiff further gives Notice that she is appealing to the United States Court of Appeals for the District of Columbia Circuit the absence of any ruling on her Motion to Compel and for Sanctions filed on April 23, 2008 and her Reply to Defendants' Opposition to Plaintiff's Motion to Compel and for Sanctions filed on May 19, 2008

September 10, 2008                    Respectfully submitted,

                                      /s/  ELAINE CHARLSON BREDEHOFT

                                      _____
                                      Elaine Charlson Bredehoft
                                      D.C. Bar No. 441425
                                      Carla D. Brown
                                      D.C. Bar No. 474097
                                      Kathleen Z. Quill
                                      D.C. Bar No. 489079
                                      CHARLSON BREDEHOFT & COHEN, P.C.
                                      11260 Roger Bacon Drive, Suite 201
                                      Reston, Virginia 20190
                                      (703) 318-6800
                                      (703) 318-6808 (facsimile)

                                      *Counsel for Plaintiff,*
                                      *Catherine Gaujacq*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September 2008, a copy of the foregoing Notice of Appeal was filed electronically via ECF and mailed via first class mail, postage prepaid, to:

Laura B. Hoguet, Esq.
Dorothea W. Regal, Esq.
HOGUET NEWMAN & REGAL, LLP
10 East 40th Street
New York, NY 20016

*Counsel for Defendants EDF, SA
and EDFINA*

Morgan D. Hodgson, Esq.
David A. Clark, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Counsel for Defendant Christian Nadal*


/s/ ELAINE CHARLSON BREDEHOFT
_____
Elaine Charlson Bredehoft
D.C. Bar No. 441425
Carla D. Brown
D.C. Bar No. 474097
Kathleen Z. Quill
D.C. Bar No. 489079
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800
(703) 318-6808 (facsimile)

*Counsel for Plaintiff,
Catherine Gaujacq*

3

ATTACHMENT 2

## Kathy Quill

**From:** Kathy Baker
**Sent:** Thursday, September 18, 2008 1:37 PM
**To:** Kathy Quill
**Subject:** FW: Rates for Deposition Transcripts

**From:** Tom Olender [mailto:tom@olenderreporting.com]
**Sent:** Thursday, September 18, 2008 1:36 PM
**To:** Kathy Baker
**Subject:** RE: Rates for Deposition Transcripts

To Kathy Baker:
When Mary Sherman contacted us, she asked us what the standard rate for a deposition
trascript was in 2006. I informed her that it was $3.65 per page. That is the standard rate for
the Original & 1 copy. However, the standard rate for a copy is $2.65 per page.
Hogeut Newman & Regal was charged $2.65 per page because they received standard 10-
day delivery on their copy sale.
Let me know if you need anything else.

**Thomas W. Olender**
**Olender Reporting, Inc.**
**1522 K Street, NW**
**Suite 720**
**Washington, DC 20005**
**(202) 898-1108**
**E Mail: tom@olenderreporting.com**
**Website: www.OlenderReporting.com**



OLENDER REPORTING, INC.

**From:** Kathy Baker [mailto:kbaker@cbc-law.com]
**Sent:** Thursday, September 18, 2008 1:18 PM
**To:** tom@olenderreporting.com; robert@olenderreporting.com
**Cc:** Kathy Quill
**Subject:** Rates for Deposition Transcripts

Mr Olender,

I was just speaking with Robert regarding your standard deposition rates as they existed in 2006. He was very
helpful but advised me that I should email you to request the information in writing

In the case styled *Gaujacq v EDFINA, et al* Olender Reporting took the deposition of Patrick DeBotherel (on

March 23, 2006)  I need to know what the **regular standard charge** would be for a **copy** of this deposition transcript.  On September 8th, in an email to Mary Sherman with Steptoe & Johnson, you advised that Olender's standard rate for depositions in April 2006 was $3 65 per page   However, on invoice number 999328 (for Hogeut, Newman & Regal), the rate was $2 65 per page

Thank you very much for your attention to this request.  If you could please respond to both Ms  Quill and me, I would appreciate it

Kathy Baker


Kathryn McBride Baker
Paralegal
Charlson Bredehoft & Cohen, P C.
11260 Roger Bacon Drive, #201
Reston, Virginia 20190
(703) 318-6800

# ATTACHMENT 3

# PLATT & DAWSON, INC.
### Attorney Rate Schedule
### January 25, 2006

| Regular Attendance Rates | | | |
|---|---|---|---|
| 10:00 am -1:00 pm | $150.00 | 1:00 pm - 5:00 pm | $200.00 |
| 10:00 am -2:00 pm | $200.00 | 2:00 pm - 5:00 pm | $150.00 |
| 10:00 am - 5:00 pm | $300.00 | 3 hours (before 5:00 pm) | $150.00 |

Before 5 p.m.: $25 per half hour/$50 per hour (after 3 hours)

After 5 p.m.: $38 per half hour/$75 per hour

After midnight: $50 per half hour/$100 per hour

Minimum Attendance: $150.00 (up to 3 hours)

En route cancellation: $100.00

Court: Attendance plus pages

When a deposition not transcribed is ordered within 30 days, the attendance fee is applied to the cost.

| SATURDAY/ SUNDAY/ HOLIDAY ATTENDANCE RATES |
|---|
| (Holidays: New Years Day, President's Day, Memorial Day, July 4th, Labor Day, Thanksgiving Day and Christmas) |

Court: Regular attendance rate x 1.5

Depositions: Regular attendance plus pages

Depositions not transcribed: Regular attendance rate x 1.5

| Transcript Page Rates | | |
|---|---|---|
| | Original + Copy | Copy* |
| Regular | 3.80 | 2.00 |
| Semi-expedite (6-9 working days) | 4.00 | 2.20 |
| 5-day or Panel or Committee (under 10) | 4.50 | 2.35 |
| 4-day | 5.00 | 2.60 |
| 3-day/Public Hearing | 5.50 | 2.85 |
| 2-day | 6.00 | 3.10 |
| Daily | 6.50 | 3.35 |
| Same day | 8.75 | 4.40 |
| Medical (difficult) or video | +0.30 | +0.15 |
| Draft Deposition | 1.00 | 1.00 |
| Draft court- same day | 1.25 | 1.25 |
| Draft court- not same day | 1.00 | 1.00 |
| Draft with difficult medical | +.25 | +.25 |
| *Second copy rate to same attorney: .25 per page | | |

Uncontested minimum (5 day delivery): $150.00

Daily transcript minimum: $175.00

Waiting time over one-half hour: $25 per half hour

Deposition with interpreter: Pages plus one-half of the hourly rate

Transcribing tapes: Pages plus hourly rate

### Miscellaneous
Receipt/ mailing of subpoenaed records: $30.00 plus postage

ASCII disk: $10.00

Exhibit copies: .20 per page regular/ .25 per page legal

Video rates upon request.

*[handwritten note:]* 2nd a copy rate to rptr should be .12 on all [?] sheet